MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. MJ-19-0344 |
| Plaintiff, | |
| v. | WAIVER OF PRELIMINARY HEARING |
| PAIGE THOMPSON, | |
| Defendant. | |

I am a defendant charged in this case. My attorney has explained to me that I have the right to a preliminary hearing and the purpose of that proceeding. It was also explained to me that I have the right to testify at the preliminary hearing and that, if I wish, I may call other witnesses on my behalf. I also understand that I may waive my right to the preliminary hearing. The fact of such waiver cannot be used against me. I understand that if I waive the preliminary hearing, my case will be bound over for further proceedings in the District Court, and any bond I have signed or will sign in this case for my release remains or will remain in full force and effect.

I hereby waive my right to a preliminary hearing.

DATED this 31st day of July, 2019.

PAIGE THOMPSON

Presented by:

s/ *Mohammad Ali Hamoudi*
Assistant Federal Public Defender
Attorney for Paige Thompson

WAIVER OF PRELIMINARY HEARING - 1
(*Paige Thompson*; MJ-19-0344)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of filing to all registered parties of record.

s/ *Charlotte Ponikvar*
Paralegal
Office of the Federal Public Defender

WAIVER OF PRELIMINARY HEARING - 2
(*Paige Thompson*; MJ19-344)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100