MAGISTRATE JUDGE MICHELLE L. PETERSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. MJ19-344-MLP |
| Plaintiff, | |
| v. | MOTION TO FILE OVERLENGTH RESPONSE TO GOVERNMENT'S MEMORANDUM IN SUPPORT OF MOTION FOR DETENTION |
| PAIGE THOMPSON, | |
| Defendant. | |

Paige Thompson, by her attorney, Assistant Federal Public Defender Mohammad Ali Hamoudi, respectfully requests permission to file a 22-page response to the government's memorandum in support of its motion for detention (Dkt. 13).

Ms. Thompson's response addresses important legal and factual issues that need to be briefed in detail for this Court's consideration and for preservation of the record. Counsel has condensed and focused the facts and issues to the best of his ability while still providing the Court with a thorough explanation of the relevant facts and law. As a result, the response cannot be adequately briefed within the 12-page limit of Local Criminal Rule 12(b)(5).

//

//

MOTION TO FILE OVERLENGTH RESPONSE TO
GOVERNMENT'S MEMORANDUM IN SUPPORT OF
MOTION FOR DETENTION
(*Paige Thompson*; MJ19-344-MLP) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, WA  98101
(206) 553-1100

1   Accordingly, counsel for Ms. Thompson seeks permission to file a 22-page
2  response to the government's memorandum.
3   DATED this 20th day of August 2019.

4   Respectfully submitted,

5   s/ *Mohammad Ali Hamoudi*
6   Assistant Federal Public Defender
    Attorney for Paige A. Thompson

MOTION TO FILE OVERLENGTH RESPONSE TO
GOVERNMENT'S MEMORANDUM IN SUPPORT OF
MOTION FOR DETENTION
(*Paige Thompson*; MJ19-344-MLP) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, WA  98101**
**(206) 553-1100**

# CERTIFICATE OF SERVICE

I certify that on August 20, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of filing to all registered parties.

s/ *Suzie Strait*
Paralegal

MOTION TO FILE OVERLENGTH RESPONSE TO GOVERNMENT'S MEMORANDUM IN SUPPORT OF MOTION FOR DETENTION
(*Paige Thompson*; MJ19-344-MLP) - 3

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, WA  98101
(206) 553-1100