# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAIGE THOMPSON,<br><br>Defendant. | NO. MJ19-344<br><br>UNITED STATES' MOTION TO FILE A RESPONSE IN EXCESS OF 12 PAGES<br><br>**NOTED:** August 30, 2019 |

The United States of America, by and through Brian T. Moran, United States Attorney for the Western District of Washington, and Steven T. Masada, Assistant United States Attorney for said District, hereby moves this Court for an order permitting the United States to file the Government's Reply Memorandum in excess of the twelve-page limitation prescribed in CrR12(c)(6) of the Local Rules of the United States District Court for the Western District of Washington.  Specifically, the Unites States seeks the Court's approval to file a response that is up to fifteen pages in length.

//
//
//

United States' Motion to File a Response in Excess of 12 Pages
(*U.S. v. Thompson* / MJ19-344) - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The United States seeks this authorization as additional pages are needed to respond to the Defendant's over length brief of 23 pages.

Dated this 22nd day of August, 2019.

Respectfully submitted,

BRIAN T. MORAN
United States Attorney

*/s/ Steven T. Masada*
STEVEN T. MASADA
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, Washington  98101
Telephone:   (206) 553-7970
Facsimile:   (206) 553-0882
Email: Steven.Masada@usdoj.gov

United States' Motion to File a Response in Excess of 12 Pages
(*U.S. v. Thompson* / MJ19-344) - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant.

/s/ Elizabeth Gan
ELIZABETH GAN
Legal Assistant
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: (206) 553-4370
FAX:   (206) 553-0882
E-mail: Elizabeth.Gan@usdoj.gov

United States' Motion to File a Response in Excess of 12 Pages
(*U.S. v. Thompson* / MJ19-344) - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970