UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> PAIGE THOMPSON, <br><br> Defendant. | NO. MJ19-344 <br><br> **GOVERNMENT'S MOTION TO SEAL** <br><br> **NOTED:** August 30, 2019 |

The United States of America, by and through Brian T. Moran, United States Attorney for the Western District of Washington, and Steven T. Masada, Assistant United States Attorney for said District, hereby files this Motion to Seal.

//

//

//

Motion to Seal
*U.S. v. Thompson,* MJ19-344- 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   The Government hereby requests that Exhibit 8 to the Government's Reply
2 Memorandum, which will be filed under seal following this motion, be allowed to remain
3 under seal due to the sensitive information pursuant contained therein.
4   DATED this 22nd day of August, 2019.

Respectfully submitted,

BRIAN T. MORAN
United States Attorney

*/s/ Steven T. Masada*
STEVEN T. MASADA
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, Washington  98101
Telephone:   (206) 553-7970
Facsimile:   (206) 553-0882
Email: Steven.Masada@usdoj.gov

Motion to Seal
*U.S. v. Thompson,* MJ19-344- 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant.

*/s/ Elizabeth Gan*
ELIZABETH GAN
Legal Assistant
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: (206) 553-4370
FAX:   (206) 553-0882
E-mail: Elizabeth.Gan@usdoj.gov

Motion to Seal
*U.S. v. Thompson,* MJ19-344- 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970