UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> PAIGE THOMPSON, <br><br> Defendant. | NO. MJ19-344 <br><br> **[PROPOSED] ORDER TO SEAL** |

Having read the Government's Motion to Seal and due to the sensitive information contained therein, it is hereby ORDERED that the Exhibit 8 to the Government's Reply Memorandum, shall remain sealed.

DATED this _____ day of August, 2019.

_____
MICHELLE L. PETERSON
United States District Judge

Presented by:

*/s/ Steven T. Masada*
STEVEN T. MASADA
Assistant United States Attorney

Order to Seal
*U.S. v. Thompson*, MJ19-344 - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970