UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAIGE A. THOMPSON,<br><br>Defendant. | NO. MJ19-0344<br><br>**UNITED STATES' SUPPLEMENTAL FILING IN SUPPORT OF MOTION FOR DETENTION** |

The United States of America, by and through Brian T. Moran, United States Attorney for the Western District of Washington, and Andrew C. Friedman and Steven T. Masada, Assistant United States Attorneys for said District, files this supplemental filing in support of its motion to detain Defendant Paige A. Thompson. The detention hearing currently is scheduled for August 23, 2019.

Late yesterday afternoon, after the government had filed its reply memorandum, the government was contacted by a lawyer for a bitcoin exchange (not previously involved in this case). That lawyer indicated that, in September 2018, Thompson had sent an employee at that company an e-mail threatening to commit suicide. The government is

//

//

SUPPLEMENTAL FILING IN SUPPORT OF DETENTION - 1
*United States v. Paige A. Thompson*, No. MJ19-0344

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1 | filing this e-mail as Exhibit 9, attached hereto.  This e-mail is relevant to issues previously
2 | raised in the government's briefing regarding Thompson's risk of non-appearance.
3 |       DATED this 23rd day of August, 2019.

Respectfully submitted,

BRIAN T. MORAN
United States Attorney

*// s // Andrew C. Friedman*
*// s // Steven T. Masada*

ANDREW C. FRIEDMAN
STEVEN T. MASADA
Assistant United States Attorneys
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington  98101-1271

SUPPLEMENTAL FILIING IN SUPPORT OF DETENTION - 2
*United States v. Paige A. Thompson*, No. MJ19-0344

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorneys of record for the defendant.

/s/ *Anna Chang*
Anna Chang, Paralegal
United States Attorney's Office
700 Stewart, Suite 5220
Seattle, Washington  98101-1271
Telephone:   (206) 553-7970
Facsimile:   (206) 553-2502

SUPPLEMENTAL FILIING IN SUPPORT OF DETENTION - 3
*United States v. Paige A. Thompson*, No. MJ19-0344

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970