# DEFENDANT STATUS SHEET
(One for each defendant)

## I. CASE STATUS

Name of Defendant: Paige Thompson

Has defendant had initial appearance in this case?   [✓] Yes   [ ] No

MJ 19-344 MAT         CR

## II. CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

[ ] Continue Conditions of Release

[✓] Continue Detention

[ ] Temporary Detention, a detention hearing has been scheduled for

## III. ARRAIGNMENT

[ ] Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

[ ] Summons to be Issued for Appearance on

   Defendant's Address:

[✓] Letter to Defense Counsel for Appearance on Christopher Sanders & Mohammad Ali Hamoudi

   Defense Attorney's Name and address: FPD

The estimated trial time is   3-5   days.

(Revised March 2018)