|     |     |
| --- | --- |
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>PARK HUNG QUAN,<br><br>  Defendant. | NO. CR19-0148JCC<br><br>NOTICE OF RELATED CASES |
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>PAIGE A. THOMPSON,<br><br>  Defendant. | NO. CR19-0159RSL<br><br>NOTICE OF RELATED CASES |

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

The United States of America, by and through Brian T. Moran, United States Attorney for the Western District of Washington, and Andrew C. Friedman and Steven T. Masada, Assistant United States Attorneys for said District, submits the following notice

Notice of Related Case- 1
*U.S. v. Quan,* CR19-0148JCC
*U.S. v. Thompson*, CR19-0159RSL

advising the Court that the above-captioned cases, *United States v. Park Hung Quan*, CR19-0148JCC, and *United States v. Paige A. Thompson*, CR19-0159RSL, are related cases.

## FACTS

On July 26, 2019, the Federal Bureau of Investigation (FBI), which was conducting an investigation into a breach of servers rented by Capital One Financial Corporation ("Capital One") from a cloud computing company, and the theft of information from those servers, obtained a search warrant to search the residence of Paige A. Thompson for evidence relating to that crime. Thompson was a tenant in a residence owned, and also lived in, by Park Hung Quan, and also lived in by three other people. On July 29, 2019, the FBI executed that search warrant. Thompson, Quan, and their three housemates all were present at the residence.

While conducting an initial security sweep of the residence, agents observed firearms and firearms-related items in Quan's bedroom. Quan, who is a convicted felon, is not allowed to possess firearms. Agents halted their search of Quan's bedroom and obtained a supplemental warrant authorizing a search for firearms and related items. Pursuant to the two warrants, agents seized evidence relating to the cyber intrusion from Thompson's bedroom, and they seized firearms and firearms-related items from Quan's bedroom. Based upon those seizures, and other evidence in the investigations, Quan was indicted on August 8, 2019, in *United States v. Park Hung Quan*, CR19-0148JCC, for being a felon in possession of a firearm. Thompson was indicted on August 28, 2019, in *United States v. Paige A. Thompson*, CR19-0159RSL, for wire fraud and computer fraud and abuse.

## DISCUSSION

The two cases, *United States v. Park Hung Quan*, CR19-148JCC, and *United States v. Paige A. Thompson*, CR19-159RSL, share common questions of law and fact. Pursuant to Local Criminal Rule 13, when cases involve common questions of law or fact, it may be appropriate that the cases be assigned to the judge to whom the case bearing the earliest

Notice of Related Case- 2
*U.S. v. Quan,* CR19-0148JCC
*U.S. v. Thompson*, CR19-0159RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

filing number was assigned.  *See* CrR 13(a).  "Counsel are encouraged to file a notice of related case in order to bring such cases to the attention of the court."  CrR 13(b).

As discussed above, *United States v. Park Hung Quan*, CR19-148JCC, and *United States v. Paige A. Thompson*, CR19-159RSL, arise out searches of the same residence.  Either, or both, may involve challenges to the initial warrant to search the residence for evidence of Thompson's cybercrime.  Thus, they may present the same legal issues.  And, any challenge to the search warrants at issue in either case would involve testimony from the same witnesses:  that is, the searching agents and the residents of the house.

More generally, Quan and Thompson are witnesses to each other's crimes.  Thompson presumably witnessed Quan's ownership and possession of firearms.  (Other housemates certainly did.)  And Quan presumably has knowledge of who had access to Thompson's computers.  Quan and Thompson also could be suspects to whom their counsel would point as alternative perpetrators of their crimes.  For instance, Thompson might suggest that Quan, who apparently had access to her computer, was the person who actually was responsible for committing intrusions with which she is charged.  Moreover, the two cases are to some extent intertwined:  for example, Thompson's access to Quan's firearms was a factor at Thompson's detention hearing.

Finally, Thompson's and Quan's housemates are material witnesses in both criminal cases.  Notably, multiple housemates have made public statements to the media about the search and about both Quan and Thompson.[1]  And, housemates have provided conflicting statements in the two proceedings.  For example, one housemate supported Quan's release by telling the United States Probation & Pretrial Services Office that Thompson would not be welcome back at the house, but subsequently supported Thompson's release by saying that Thompson was welcome to return to the house.

---

[1] *See, e.g.,* https://www.seattletimes.com/seattle-news/crime/seattle-woman-accused-in-massive-capital-one-data-breach-was-skilled-with-computers-but-struggled-in-her-personal-life/ (Aug. 1, 2019); https://www.dailymail.co.uk/video/news/video-1977172/Roommate-Capital-One-hacker-Paige-Thompson-speaks-raid.html (Aug. 1, 2019); https://www.king5.com/article/news/local/she-couldve-gotten-us-killed-seattle-roommates-describe-fbi-raid-of-capital-one-hacking-suspect/281-d2c4c1c3-6250-4e1c-89d2-a61fa7c0343a (July 31, 2019).

Notice of Related Case- 3
*U.S. v. Quan,* CR19-0148JCC
*U.S. v. Thompson*, CR19-0159RSL

Assigning both cases to the same District Judge would avoid inconsistent resolutions of common issues, would minimize the danger of witnesses presenting different accounts in different proceedings, and would ensure that the presiding judge had a complete picture of the entire factual scenario in the two cases, which would be beneficial, particularly if both cases proceed to sentencing.

## CONCLUSION

Accordingly, pursuant to the Local Criminal Rules, the government submits this notice advising the Court that *United States v. Park Hung Quan*, CR19-0148JCC, and *United States v. Paige A. Thompson*, CR19-0159RSL, are related cases and that assignment of these cases to the same District Judge may be appropriate.

DATED this 30th day of August, 2019.

Respectfully submitted,

BRIAN T. MORAN
United States Attorney

 *// s // Andrew C. Friedman*
 *// s // Steven T. Masada*

ANDREW C. FRIEDMAN
STEVEN T. MASADA
Assistant United States Attorneys
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington  98101-1271

Notice of Related Case- 4
*U.S. v. Quan,* CR19-0148JCC
*U.S. v. Thompson*, CR19-0159RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant(s).

          *s/ Andrew C. Friedman*
          ANDREW C. FRIEDMAN
          Assistant United States Attorney

          United States Attorney's Office
          700 Stewart Street, Suite 5220
          Seattle, Washington 98101-1271
          Phone:    (206) 553-2277
          Fax:    (206) 553-0882
          Email:    Andrew.Friedman@usdoj.gov

Notice of Related Case- 5
*U.S. v. Quan,* CR19-0148JCC
*U.S. v. Thompson*, CR19-0159RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970