THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR19-159-RSL |
| Plaintiff, | |
| v. | UNOPPOSED MOTION FOR BRIEFING SCHEDULE |
| PAIGE THOMPSON, | |
| Defendant. | |

Paige Thompson, by her attorneys, Assistant Federal Public Defenders Mohammad Ali Hamoudi and Christopher Sanders, respectfully files this unopposed motion for a briefing schedule so that this Court may review the detention orders entered in this case by Magistrate Judge Michelle Peterson on August 23, 2019, and August 28, 2019. *See* Dkts. 32, 35.

Ms. Thompson is charged by indictment with one count of wire fraud and one count of computer fraud and abuse. Dkt. 33. At the detention hearing on August 28, 2019, Magistrate Judge Peterson ordered Ms. Thompson detained. The parties respectfully request a briefing schedule to reopen the detention matter. Defense counsel and counsel for the government have conferred, and Assistant United States Attorney Andrew Friedman does not oppose this motion. The parties request the following briefing schedule:

UNOPPOSED MOTION FOR BRIEFING SCHEDULE
(*Paige Thompson*, CR19-159-RSL) - 1

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, WA  98101
(206) 553-1100

- Opening Brief due September 13, 2019
- Response Brief due September 20, 2019
- Reply Brief due September 23, 2019

DATED this 5th day of September 2019.

                              Respectfully submitted,

                              s/ *Mohammad Ali Hamoudi*
                              s/ *Christopher Sanders*
                              Assistant Federal Public Defenders
                              Attorneys for Paige Thompson

UNOPPOSED MOTION FOR BRIEFING SCHEDULE
(*Paige Thompson*, CR19-159-RSL) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, WA  98101**
**(206) 553-1100**

**CERTIFICATE OF SERVICE**

I certify that on September 5, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of filing to all registered parties.

s/ *Suzie Strait*
Paralegal

UNOPPOSED MOTION FOR BRIEFING SCHEDULE
(*Paige Thompson*, CR19-159-RSL) - 3

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, WA  98101**
**(206) 553-1100**