THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR19-159-RSL |
| Plaintiff, | ) | |
| v. | ) | NOTICE OF APPEARANCE |
| PAIGE THOMPSON, | ) | OF COUNSEL |
| Defendant. | ) | |

NOTICE IS GIVEN that Assistant Federal Public Defender Nancy Tenney appears as counsel for Paige Thompson. It is requested that notice of all filings be served upon the undersigned.

DATED this 5th day of September 2019.

Respectfully submitted,

s/ *Nancy Tenney*
Assistant Federal Public Defender
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
Phone: (206) 553-1100
Fax: (206) 553-0120
Nancy_Tenney@fd.org

NOTICE OF APPEARANCE
(*Paige Thompson*, CR19-159-RSL) - 1

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

**CERTIFICATE OF SERVICE**

I certify that on September 5, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of filing to all registered parties.

s/ *Suzie Strait*
Paralegal

NOTICE OF APPEARANCE
(*Paige Thompson*, CR19-159-RSL) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**