THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR19-159-RSL |
| Plaintiff, | |
| v. | ~~(PROPOSED)~~ ORDER FOR BRIEFING SCHEDULE |
| PAIGE THOMPSON, | |
| Defendant. | |

The Court has considered Ms. Thompson's unopposed motion for a briefing schedule to review the detention orders filed in this case and finds there are compelling reasons to grant the motion.

IT IS NOW ORDERED that counsel for Ms. Thompson may file an opening brief by September 13, 2019, the government may respond by September 20, 2019, and the defense may reply by September 23, 2019.

DATED this 6th day of September 2019.

_____
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Mohammad Ali Hamoudi*
s/ *Christopher Sanders*
Assistant Federal Public Defenders
Attorneys for Paige Thompson

ORDER FOR BRIEFING SCHEDULE
(*Paige Thompson*, CR19-159-RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
(206) 553-1100