UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                    Plaintiff,<br><br>         v.<br><br>PAIGE THOMPSON,<br><br>                    Defendant. | No. CR 19-159-RSL<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

---

NOTICE OF APPEARANCE OF COUNSEL
No. CR 19-159-RSL

BAKER MARQUART LLP
777 S. Figueroa St., Suite 2850
Los Angeles, CA 90017
(424) 652-7800

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Brain E. Klein appears as co-counsel for defendant Paige Thompson.  Effective immediately, please add Mr. Klein as attorney to be noticed on all filings at the following address:

> Brian E. Klein
> Baker Marquart LLP
> 777 S. Figueroa Street, Suite 2850
> Los Angeles, CA 90017
> Telephone: (424) 652-7800
> Facsimile: (424) 652-7850
> E-Mail:   bklein@bakermarquart.com

Dated: September 10, 2019

Respectfully submitted,

BAKER MARQUART LLP

By:  ____/s/ *Brian E. Klein*_____
         Brian E. Klein

---

NOTICE OF APPEARANCE OF COUNSEL
No. CR 19-159-RSL

1

BAKER MARQUART LLP
777 S. Figueroa St., Suite 2850
Los Angeles, CA 90017
(424) 652-7800

**CERTIFICATE OF SERVICE**

I certify that on September 10, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to all registered parties.

_____
Becky Isomoto

NOTICE OF APPEARANCE OF COUNSEL          2                         BAKER MARQUART LLP
No. CR 19-159-RSL                                                  777 S. Figueroa St., Suite 2850
                                                                   Los Angeles, CA 90017
                                                                   (424) 652-7800