THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR19-159-RSL |
| Plaintiff, | ) ) | |
| v. | ) ) ) | MOTION TO FILE OVERLENGTH MOTION FOR REVIEW AND REVOCATION OF MAGISTRATE JUDGE'S DETENTION ORDER |
| PAIGE THOMPSON, | ) ) | |
| Defendant. | ) ) | Noted for September 27, 2019 |

     Paige Thompson, by her attorneys, respectfully requests permission to file an 18-page motion for review and revocation of the magistrate judge's detention order. Ms. Thompson's motion addresses important legal and factual issues that need to be briefed in detail for this Court's consideration and for preservation of the record. Counsel have condensed and focused the facts and issues to the best of their ability while still providing the Court with a thorough explanation of the relevant facts and law. As a result, the response cannot be adequately briefed within the 12-page limit of Local Criminal Rule 12(b)(5).

     Accordingly, counsel for Ms. Thompson seeks permission to file an 18 - page motion.

     DATED this 13th day of September, 2019.

Respectfully submitted,

s/ *Nancy Tenney*
Assistant Federal Public Defender
Attorney for Paige A. Thompson

MOTION TO FILE OVERLENGTH MOTION FOR
REVIEW AND REVOCATION OF DETENTION ORDER
(*Paige Thompson*, CR19-159-RSL) - 1

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, WA  98101
(206) 553-1100

**CERTIFICATE OF SERVICE**

I certify that on September 13, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of filing to all registered parties.

> s/ *Charlotte Ponikvar*
> Paralegal
> Office of the Federal Public Defender

MOTION TO FILE OVERLENGTH MOTION FOR
REVIEW AND REVOCATION OF DETENTION ORDER
(*Paige Thompson*, CR19-159-RSL) - 2

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
(206) 553-1100