THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR19-159-RSL |
| Plaintiff, | ) ) | (PROPOSED) ORDER GRANTING MOTION TO FILE OVERLENGTH |
| v. | ) ) | MOTION FOR REVIEW AND REVOCATION OF MAGISTRATE |
| PAIGE THOMPSON, | ) ) | JUDGE'S DETENTION ORDER |
| Defendant. | ) ) | |

The Court has considered the defense motion to file an overlength motion for review and revocation of the magistrate judge's detention order in excess of the 12-page limit imposed by Local Criminal Rule 12(b)(5), along with all the records in this case.

IT IS NOW ORDERED that counsel for Paige Thompson may file an 18-page motion for review and revocation of the magistrate judge's detention order.

DATED this _____ day of September, 2019.

_____
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Nancy Tenney*
Assistant Federal Public Defender
Attorney for Paige Thompson

ORDER TO FILE OVERLENGTH MOTION FOR
REVIEW AND REVOCATION OF DETENTION ORDER
(*Paige Thompson*, CR19-159-RSL) - 1

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, WA  98101
(206) 553-1100