THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PAIGE THOMPSON,<br><br>　　　　　Defendant. | No. CR19-159-RSL<br><br>(PROPOSED) ORDER REVOKING DETENTION ORDER AND RELEASING DEFENDANT ON APPEARANCE BOND |

The Court having considered the defense motion for review and revocation of the magistrate judge's detention order, the government's response, and all the records and files herein, the Court hereby

ORDERS that Defendant's Motion for Revocation of Magistrate Judge's Detention Order is granted.  This matter is hereby remanded to the Magistrate Judge to direct Ms. Stuart's release on the least restrictive conditions necessary.

DATED this ____ day of September, 2019.

_____
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Nancy Tenney*
Assistant Federal Public Defender
Attorney for Paige Thompson

ORDER REVOKING DETENTION ORDER AND
RELEASING DEFENDANT ON APPEARANCE BOND
(*Paige Thompson*, CR19-159-RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, WA  98101
(206) 553-1100