UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. CR19-159RSL |
| vs. | MINUTE ORDER |
| PAIGE THOMPSON, | |
| Defendant. | |

The following Minute Order is made and entered on the docket at the direction of the

HONORABLE ROBERT S. LASNIK, UNITED STATES DISTRICT JUDGE:

A hearing on defendant's Motion For Review of Detention Order (Dkt. # 44) has been scheduled

for **Friday, October 4, 2019 at 11:00 a.m.** in courtroom 15106 before the Honorable Robert S. Lasnik,

United States District Court Judge.

DATED this 18th day of September, 2019.

/s/Kerry Simonds
by Kerry Simonds, Deputy Clerk
To Robert S. Lasnik, Judge
206-370-8519

MINUTE ORDER