THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR19-159-RSL |
| Plaintiff, | |
| v. | MOTION TO SEAL SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION TO REVIEW AND REVOKE DETENTION ORDER |
| PAIGE A. THOMPSON, | |
| Defendant. | Noted for October 4, 2019 |

Paige Thompson, through undersigned counsel, moves this Court to order that her supplement to the motion to review and revoke the magistrate judge's detention order, which will be filed on September 23, 2019, be filed under seal and secured from public access until further order of the Court. This motion is made on the ground that disclosure of the information in that supplemental memorandum could result in a threat to the safety of a person or persons.

DATED this 23rd day of September 2019.

Respectfully submitted,

s/ *Mohammad Ali Hamoudi*
s/ *Christopher Sanders*
s/ *Nancy Tenney*
Assistant Federal Public Defenders
s/ *Brian Klein*
Baker Marquart LLP

Attorneys for Paige Thompson

MOTION TO SEAL SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION TO REVIEW AND REVOKE DETENTION ORDER
(*Paige Thompson*, CR19-159-RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

**CERTIFICATE OF SERVICE**

I certify that on September 23, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of filing to all registered parties.

s/ *Suzie Strait*
Paralegal

MOTION TO SEAL SUPPLEMENTAL
MEMORANDUM IN SUPPORT OF MOTION TO
REVIEW AND REVOKE DETENTION ORDER
(*Paige Thompson*, CR19-159-RSL) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**