THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR19-159-RSL |
| Plaintiff, | ) | |
| v. | ) | (PROPOSED) ORDER GRANTING MOTION TO SEAL SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION TO REVIEW AND REVOKE DETENTION ORDER |
| PAIGE A. THOMPSON, | ) | |
| Defendant. | ) | |

This matter has come before the Court on Ms. Thompson's Motion to Seal the Supplemental Memorandum in Support of the Motion to Review and Revoke the Detention Order. The Court has considered the motion and all records in this case, and finds there are compelling reasons to file the supplemental memorandum under seal.

IT IS ORDERED that Ms. Thompson's supplemental memorandum be filed under seal until further order of this Court.

DATED this _____ day of _____ 2019.

_____
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Mohammad Ali Hamoudi*
s/ *Christopher Sanders*
s/ *Nancy Tenney*
s/ *Brian Klein*
Attorneys for Paige Thompson

ORDER TO SEAL SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION TO REVIEW AND REVOKE DETENTION ORDER
(*Paige Thompson*, CR19-159-RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100