THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br> v.<br><br>PAIGE A. THOMPSON,<br><br>  Defendant. | No. CR19-159-RSL<br><br>MOTION TO FILE OVERLENGTH REPLY TO RESPONSE TO MOTION TO REVIEW AND REVOKE DETENTION ORDER<br><br>Noted for October 4, 2019 |

Paige Thompson, by her undersigned attorneys, respectfully requests permission to file an overlength reply to the government's response to her motion for review and revocation of the detention order.

Ms. Thompson's reply addresses important legal and factual issues that need to be briefed in detail for this Court's consideration and for preservation of the record. Counsel has condensed and focused the facts and issues to the best of their ability while still providing the Court with a thorough explanation of the relevant facts and law. As a result, the response cannot be adequately briefed within the 6-page limit of Local Criminal Rule 12(b)(5).

//

//

MOTION TO FILE OVERLENGTH REPLY TO RESPONSE TO MOTION TO REVIEW AND REVOKE DETENTION ORDER
(*Paige Thompson*, CR19-159-RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

Accordingly, counsel for Ms. Thompson seeks permission to file a 13-page reply to the government's response to her motion for review and revocation of the detention order.

DATED this 23rd day of September 2019.

          Respectfully submitted,

          s/ *Mohammad Ali Hamoudi*
          s/ *Christopher Sanders*
          s/ *Nancy Tenney*
          Assistant Federal Public Defenders
          s/ *Brian Klein*
          Baker Marquart LLP

          Attorneys for Paige Thompson

MOTION TO FILE OVERLENGTH REPLY TO
RESPONSE TO MOTION TO REVIEW AND
REVOKE DETENTION ORDER
(*Paige Thompson*, CR19-159-RSL) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

**CERTIFICATE OF SERVICE**

I certify that on September 23, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of filing to all registered parties.

s/ *Suzie Strait*
Paralegal

MOTION TO FILE OVERLENGTH REPLY TO RESPONSE TO MOTION TO REVIEW AND REVOKE DETENTION ORDER
(*Paige Thompson*, CR19-159-RSL) - 3

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**