THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR19-159-RSL |
| Plaintiff, | ) | |
| v. | ) | (PROPOSED) ORDER GRANTING MOTION TO FILE OVERLENGTH REPLY TO RESPONSE TO MOTION TO REVIEW AND REVOKE DETENTION ORDER |
| PAIGE A. THOMPSON, | ) | |
| Defendant. | ) | |

THE COURT has considered the defense motion to file an overlength reply to the government's response to the motion for review and revocation of the detention order in excess of the 6-page limit imposed by Local Criminal Rule 12(b)(5), along with all the records in this case.

IT IS NOW ORDERED that counsel for Paige Thompson may file a 13-page reply.

DATED this _____ day of _____ 2019.

_____
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Mohammad Ali Hamoudi*
s/ *Christopher Sanders*
s/ *Nancy Tenney*
s/ *Brian Klein*
Attorneys for Paige Thompson

ORDER GRANTING MOTION TO FILE
OVERLENGTH REPLY TO RESPONSE TO MOTION
TO REVIEW AND REVOKE DETENTION ORDER
(*Paige Thompson*, CR19-159-RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100