THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,                )   No. CR19-159-RSL
                                                          )
            Plaintiff,                                 )
                                                          )   DECLARATION OF PATRICIA
            v.                                                )   STORDEUR
                                                          )
PAIGE A. THOMPSON,                             )
                                                          )
            Defendant.                             )
                                                          )

I, Patricia Stordeur, declare the following to be true and correct to the best of my information and belief:

1) I am employed as a paralegal by the Federal Public Defender's Office for the Western District of Washington, Seattle office.

2) As part of my duties, I assist our clients with finding housing and employment during their transition from prison and/or the halfway house.

3) I routinely work with organizations such as Pioneer Human Services and Goodwill, which provide wraparound services such as case management, housing, and employment training.

4) I have also helped clients to find work with the many local companies that are willing to employ individuals with felony convictions or pending cases. A non-exhaustive list of these companies includes:

- 13 Coins
- Express Employment
- FedEx

DECLARATION OF PATRICIA STORDEUR
(*Paige A. Thompson*; CR19-159-RSL) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

- KML
- LaFarge North America
- Metropolitan Improvement District
- Microsoft Retail Stores
- MOD Pizza
- Nike
- Olympian Precast
- RT Hood
- Sound Building Supply
- Tradesman International
- UPS
- WELD Seattle
- WIS Window Installation

5) In my experience, our clients need to be out of custody before they can begin to apply for these opportunities, schedule interviews, and be available for employment.

6) If released to the halfway house, our office will assist Ms. Thompson with accessing local resources for long-term housing and local employment, as well as any other counseling or treatment that she may need while this case is pending.

I certify under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED this 23rd day of September 2019.

s/ *Patricia Stordeur*
Paralegal
Office of the Federal Public Defender

DECLARATION OF PATRICIA STORDEUR
(*Paige A. Thompson*; CR19-159-RSL) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**