Judge Lasnik

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAIGE THOMPSON,<br><br>Defendant. | NO. CR19-0159RSL<br><br>[~~PROPOSED~~]<br><br>ORDER GRANTING UNITED STATES' MOTION TO FILE A RESPONSE IN EXCESS OF TWELVE PAGES |

The Court having reviewed the United States' Motion to File a Response in Excess of Twelve Pages, enters the following order:

IT IS HEREBY ORDERED that the motion is GRANTED. The United States may file an opposition to Defendant's detention appeal that does not exceed 19 pages in length.

DATED: this 24th day of September, 2019.

_____
ROBERT S. LASNIK
United States District Judge

Presented by:

*/s/ Andrew C. Friedman*
Assistant United States Attorney

Order Granting United States' Motion to File a Response in Excess of Twelve Pages
(*U.S. v. Thompson* / CR19-0159RSL) - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970