THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>v.<br><br>PAIGE THOMPSON,<br><br>       Defendant. | No. CR19-159-RSL<br><br>~~(PROPOSED)~~ ORDER GRANTING MOTION TO FILE OVERLENGTH MOTION FOR REVIEW AND REVOCATION OF MAGISTRATE JUDGE'S DETENTION ORDER |

The Court has considered the defense motion to file an overlength motion for review and revocation of the magistrate judge's detention order in excess of the 12-page limit imposed by Local Criminal Rule 12(b)(5), along with all the records in this case.

IT IS NOW ORDERED that counsel for Paige Thompson may file an 18-page motion for review and revocation of the magistrate judge's detention order.

DATED this 27th day of September, 2019.

_____
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Nancy Tenney*
Assistant Federal Public Defender
Attorney for Paige Thompson

ORDER TO FILE OVERLENGTH MOTION FOR
REVIEW AND REVOCATION OF DETENTION ORDER
(*Paige Thompson*, CR19-159-RSL) - 1

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
(206) 553-1100