UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAIGE A. THOMPSON,<br><br>Defendant. | NO. CR19-159RSL<br><br>**ORDER CONTINUING TRIAL DATE AND PRETRIAL MOTIONS DEADLINE** |

THE COURT, having considered the Stipulated Motion to Continue Trial Date and Pretrial Motions Deadline, and all the files and records herein, finds as follows:

1. The facts and circumstances are as set forth in the Stipulated Motion to Continue Trial Date and Pretrial Motions Deadline, Dkt. #60;

2. The case is complex due to such factors as the volume of discovery and the complexity of the legal and factual issues involved;

3. Failure to grant a continuance in this case would deny counsel the reasonable time necessary for effective preparation of trial and other pretrial proceedings, taking into account the exercise of due diligence;

4. For these reasons, failure to grant a continuance could result in a

ORDER CONTINUING TRIAL DATE - 1

miscarriage of justice;

5. The ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial;

6. All these findings are made within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(i),(ii) and (iv);

7. The period of time from the filing date of the Stipulated Motion to Continue Trial Date and Pretrial Motions Deadline until the new trial date, set forth below, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

IT IS THEREFORE ORDERED that:

1. The trial in this matter is continued to March 2, 2020, at 9:00 a.m.;

2. Pre-trial motions are due no later than January 13, 2020, with all pretrial motions noted for consideration on the third Friday after filing, and responses thereto due no later than fourteen (14) days after filing of motions;

3. The defendant has filed with the Court a waiver of rights under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, through the aforementioned trial date. Dkt. #60-2.

DATED this 11th day of October, 2019.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

Presented by:

*/s/ Andrew Friedman*
*/s/ Steven Masada*

ANDREW C. FRIEDMAN
STEVEN T. MASADA
Assistant United States Attorneys

ORDER CONTINUING TRIAL DATE - 2