Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> PAIGE A. THOMPSON, <br><br> Defendant. | NO.   CR19-159RSL <br><br> **STIPULATED MOTION FOR PROTECTIVE ORDER** <br><br> Noting Date: October 25, 2019 |

The parties, by and through their respective counsel, file this Stipulated Motion for Protective Order, and present the proposed order attached herewith.

The Indictment charges the above-captioned defendant with a scheme involving the unauthorized access to the protected servers of various victim entities.  As set forth in the attached proposed Protective Order, which is incorporated herein by reference, this case involves a substantial amount of electronic discovery, some of which contains malware, stolen victim data, other contraband, and otherwise sensitive material.  The discovery material may also include law enforcement sensitive items related to ongoing investigation efforts and ongoing matters occurring before the grand jury.

Accordingly, the parties respectfully request the Court enter the proposed Protective Order governing discovery in this matter.

DATED this 25th day of October, 2019.

                              Respectfully submitted,

                              BRIAN T. MORAN
                              United States Attorney

                              *// s //*
                              _____
                              ANDREW C. FRIEDMAN
                              STEVEN T. MASADA
                              Assistant United States Attorneys
                              United States Attorney's Office
                              700 Stewart Street, Suite 5220
                              Seattle, Washington 98101-1271
                              Telephone: 206.553.7970
                              Fax: 206.553.4440


                              Per authorization by email:

                              *// s //*
                              _____
                              MOHAMMAD HAMOUDI
                              CHRISTOPHER SANDERS
                              NANCY TENNEY
                              Assistant Federal Public Defenders

                              BRIAN E. KLEIN
                              Attorney, Baker Marquart LLP

                              Attorneys for Defendant Paige Thompson

**CERTIFICATE OF SERVICE**

I hereby certify that on October 25, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant(s).

*/s/ Kylie Noble*
KYLIE NOBLE
Legal Assistant
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-3903
Telephone: (206) 553-2520
Fax: (206) 553-4440
E-mail: kylie.noble@usdoj.gov