Magistrate Judge Clerks ▸ Passports & IDs: Thompson, Paige

| | |
|---|---|
| Office | Seattle |
| Defendant Name | Thompson, Paige |
| Received From | Tenney, Nancy |
| Date | 11/4/2019 |
| Case # | 2:19-cr-00159-RSL-1 |
| Item type? | Passport or identification |
| Item | U.S. Passport |
| Quantity | |
| Passport # | ▮▮▮▮▮ |
| Expiration Date | 6/30/2024 |
| Judgment Date | |
| Notice of Intent | |
| Order Release | |
| Returned to | |
| Return Date | |
| Picked up? | |
| Certified Mail # | |
| Comments/Events | |
| First Letter Index | T |
| Audit | |
| Received by Mag Team? | Yes |
| Fugitive? | No |
| Receipt Number | |
| Label | |
| Barcode | |
| 30 day notice | |
| Inventory date | |
| Inventoried by: | |
| Inventory Notes | |

Version: 2.0
Created at 11/4/2019 2:57 PM by Stefanie Prather
Last modified at 11/4/2019 3:36 PM by Kadya Peter

Close