Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>PAIGE A. THOMPSON,<br><br>Defendant. | NO.   CR19-159RSL<br><br>**NOTICE OF CHANGE OF ADDRESS** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE, effective immediately, the address for Brian Klein, counsel for Paige Thompson has changed.  Telephone and facsimile numbers remain the same.

Firm information:

OLD ADDRESS:	Brian E. Klein
BAKER MARQUART LLP
2029 Century Park East, Suite 1600
Los Angeles, CA 90067
Telephone:  (424) 652-7800
Facsimile:  (424) 652-7850

| | |
|---|---|
| 1 | NEW ADDRESS:   Brian E. Klein |
| 2 | BAKER MARQUART LLP |
|   | 777 S. Figueroa Street, Suite 2850 |
| 3 | Los Angeles, CA 90017 |
|   | Telephone:  (424) 652-7800 |
| 4 | Facsimile:  (424) 652-7850 |

DATED this 7th day of November, 2019.

Respectfully submitted,

BRIAN E. KLEIN
Attorney, Baker Marquart LLP

    */s/ Brian E. Klein*

BRIAN E. KLEIN
Baker Marquart LLP

Attorney for Defendant Paige Thompson

NOTICE OF CHANGE OF ADDRESS - 2
*United States v. Thompson,* CR19-159RSL

**CERTIFICATE OF SERVICE**

I hereby certify that on November 7, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant(s).

*/s/ Al Chua*
Al Chua
Paralegal
BAKER MARQUART LLP
777 S. Figueroa St., Suite 2850
Los Angeles, CA 90017
Telephone: (424) 652-7800
Fax: (424) 652-7850
E-mail: achua@bakermarquart.com

NOTICE OF CHANGE OF ADDRESS - 3
*United States v. Thompson,* CR19-159RSL