Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>PAIGE A. THOMPSON,<br><br>Defendant. | NO. CR19-159-RSL<br><br>**STIPULATED MOTION FOR PROTECTIVE ORDER**<br><br>Noting Date: December 5, 2019 |

Defendant Paige Thompson files this Stipulated Motion for Protective Order, and presents the attached proposed order.  The proposed protective order was negotiated and agreed on by counsel for Ms. Thompson and non-party Capital One.  The government has no objection to the proposed protective order and stipulates to the entry of it.

As set forth in the attached proposed protective order, which is incorporated by reference, this case involves electronic material and other potentially sensitive and confidential material.  Accordingly, Ms. Thompson respectively requests that the Court enter the proposed protective order governing the production of materials by Capital One to Ms. Thompson.

//
//
//

DATED this 5th day of December, 2019.

    Respectfully submitted,

    s/ *Mohammad Ali Hamoudi*
    s/ *Christopher Sanders*
    s/ *Nancy Tenney*
    Assistant Federal Public Defenders
    s/ *Brian Klein*
    Baker Marquart LLP

    Attorneys for Paige Thompson