The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAIGE A. THOMPSON,<br><br>Defendant. | NO. CR19-159RSL<br><br>***STIPULATED* MOTION TO CONTINUE TRIAL DATE AND PRETRIAL MOTIONS DEADLINE**<br><br>Noting date:  June 4, 2020 |

Defendant, Paige A. Thompson, and the United States of America, by and through their respective counsel, hereby file this *stipulated* motion for a continuance of the trial date and the pretrial motions deadline.

Trial in this matter currently is scheduled for October 19, 2020.  Pretrial motions are due no later than August 24, 2020.  For the reasons stated below, the parties jointly request a continuance of the trial date until February 8, 2021.  The parties likewise request that the pretrial motions deadline be extended to November 20, 2020.  A proposed order prepared and presented by the parties is attached.

//
//

*STIPULATED* MOTION TO CONTINUE - 1
*U.S. v. Thompson*, CR19-159RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## I.    DISCUSSION

The parties stipulate and agree as follows:

1. This case stems from an investigation into alleged computer hacking activity. As set forth in the files on record, incorporated herein, Thompson is charged with breaching the computers of multiple entities, including a federally-insured financial institution.

2. On July 29, 2019, federal authorities conducted a search of Thompson's residence, located in Seattle, Washington. Various items, including computers and electronic devices, were seized. The same day, Thompson made her initial appearance in federal court and was charged by Complaint.

3. On August 28, 2019, a grand jury returned a two-count Indictment charging Thompson with wire fraud, in violation of 18 U.S.C. § 1343, and computer fraud and abuse, in violation of 18 U.S.C. 1030(a)(2)(A) and (C), and (c)(2)(A) and (B).

4. Trial currently is scheduled for October 19, 2020. Although Thompson initially was ordered detained, following an order of this Court, Thompson has been released on a pretrial bond.

5. The parties, by and through counsel, stipulate to and jointly request a continuance of the trial date and motions deadline as set forth herein. For multiple reasons, including, but not limited to, the nature of the charges and prosecution, the potential consequences, the possible questions of law and fact, the size, scope, and technical nature of discovery, and the unusual complexity of the case, this continuance and extension of the pretrial motions deadline are necessary and warranted.

6. This case involves an immense amount of electronic discovery. The government has produced a significant amount of electronic data, estimated to approach 20 terabytes, including material obtained from online service providers, investigative reports, and images of several computers and electronic devices recovered from Thompson's residence. The government's investigation is continuing, and the government is continuing to generate and produce additional discovery.

*STIPULATED* MOTION TO CONTINUE  - 2
*U.S. v. Thompson*, CR19-159RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

7. The discovery includes sensitive material. For instance, the electronic data contains malware, as well as a large amount of protected information of alleged victims, including personally identifiable information (PII) of individuals, and internal and proprietary company records and information. As a result, at the parties' request, the Court entered a Protective Order, dated October 30, 2019. Accordingly, the review and processing of discovery have required, and continue to require, additional time to comply with the handling and storage of such protected material.

8. Undersigned defense counsel requires additional time to review the evidence, including with Thompson, to conduct follow-up investigation, and to retain and consult with experts, in order effectively to represent Thompson.

9. Since February of this year, Seattle, Washington, and the entire country have experienced a pandemic that has resulted in the closure of large parts of society. The pandemic has resulted in Chief Judge Martinez of this Court issuing a series of General Orders that have essentially closed the Court, and continued all proceedings beginning March 9, 2020, and continuing until at least August 3, 2020. This pandemic has interfered substantially with the parties' ability to investigate the case, and to prepare for trial.

10. This case involves serious allegations and charges, set forth above. The maximum penalties for wire fraud includes a term of imprisonment of up to 20 years. The government has indicated that, once grand jury proceedings resume, it expects to add additional charges in this case, as forensic investigation continues and additional entities it believes are victims are identified.

11. A trial in this case likely would span multiple weeks and include testimony from many fact and expert witnesses and hundreds of exhibits. The government anticipates that its evidence would include testimony from representatives of numerous companies alleged to be victims, including some from overseas, and expert testimony regarding multiple topics, including forensic analyses of computers and other electronic

*STIPULATED* MOTION TO CONTINUE  - 3
*U.S. v. Thompson*, CR19-159RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

evidence, and malware and computer scripts, among other things. The defense likewise may present similar evidence at a trial.

12. Given the circumstances, including the charges, the complexity of the case, the technical nature and size of discovery, the foreseeable trial evidence, and the potential consequences of conviction, a continuance is warranted and necessary in this case.

13. Undersigned counsel respectfully request a new trial date of February 8, 2021 (a date on which the parties understand the Court is available). The parties further request a continuance of the pretrial motions deadline to November 20, 2020.

14. Undersigned defense counsel have discussed with their client the proposed continuance and her rights under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq*. The defendant agrees with this course and has executed a waiver through the proposed trial date.

15. The parties agree that (a) the failure to grant a continuance in this case will deny defense counsel reasonable time necessary for effective preparation for trial and other pretrial proceedings, taking into account the exercise of due diligence; (b) the ends of justice served by granting this continuance outweigh the interest of the public and the defendant in a speedy trial; and, (c) that failure to grant a continuance in this proceeding could create a risk of a miscarriage of justice; all within the meaning of 18 U.S.C. § 3161(h)(7).

## II. CONCLUSION

For the above stated reasons, the parties respectfully request that the Court find that the ends of justice served by continuing the trial date outweigh the best interests of the public and the defendant in a more speedy trial.

It is further requested that the Court find, for the purpose of computing the time limitations imposed by the Speedy Trial Act, that the period of delay from the date of the filing of this motion until the new trial date is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(i),(ii), and (iv).

Therefore, the parties ask that the trial date be continued until February 8, 2021.

*STIPULATED* MOTION TO CONTINUE - 4
*U.S. v. Thompson*, CR19-159RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  The parties further ask that the deadline to file pretrial motions be reset to
2  November 20, 2020, and that any pretrial motions be noted for consideration on the
3  fourth Friday thereafter, with responses due December 11, 2020, and replies due
4  December 18, 2020.
5  DATED: this 4th day of June, 2020.

Respectfully submitted,

BRIAN T. MORAN
United States Attorney

*/s/ Andrew C. Friedman*
ANDREW C. FRIEDMAN
STEVEN T. MASADA
Assistant United States Attorneys
United States Attorney's Office

*/s/ (by email authorization)*
MOHAMMAD ALI HAMOUDI
CHRISTOPHER SANDERS
NANCY TENNEY
Assistant Federal Public Defenders

BRIAN KLEIN
MELISSA MEISTER
Baker Marquart LLP
Attorneys for Paige A. Thompson

*STIPULATED* MOTION TO CONTINUE - 5
*U.S. v. Thompson*, CR19-159RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the attorneys of record for the defendant.

*/s/ Salee Porter*
SALEE PORTER
Paralegal
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone:  (206) 553-7970

STIPULATED MOTION TO CONTINUE - 6
U.S. v. Thompson, CR19-159RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970