Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAIGE A. THOMPSON,<br><br>Defendant. | NO. CR19-159RSL<br><br>**ORDER CONTINUING TRIAL DATE AND PRETRIAL MOTIONS DEADLINE** |

THE COURT, having considered the Stipulated Motion to Continue Trial Date and Pretrial Motions Deadline, the defendant's knowing and voluntary waiver (Dkt. #83), and all the files and records herein, finds as follows:

1. The facts and circumstances are as set forth in the Stipulated Motion to Continue Trial Date and Pretrial Motions Deadline;

2. The case is complex due to such factors as the volume of discovery and the complexity of the legal and factual issues involved;

3. Failure to grant a continuance in this case would deny counsel the reasonable time necessary for effective preparation of trial and other pretrial proceedings, taking into account the exercise of due diligence;

Order Continuing Trial Date - 1
*U.S. v. Thompson*, CR19-159RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

4.  For these reasons, failure to grant a continuance could result in a miscarriage of justice;

5.  The ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a more speedy trial; and

6.  All these findings are made within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(i),(ii) and (iv).

IT IS THEREFORE ORDERED that:

1.  The trial in this matter is continued to February 8, 2021, at 9:00 a.m.;

2.  Pre-trial motions are due no later than November 20, 2020, and any pretrial motion shall be noted for consideration no earlier than the fourth Friday after the filing date;

3.  Responses to any pre-trial motions are due on December 11, 2020 (or twenty-one (21) days after filing of any motion filed prior to November 20, 2020), and any replies thereto are due on December 18, 2020 (or seven (7) days after filing of any response filed prior to prior to December 11, 2020);

4.  The period of time from the filing date of the Stipulated Motion to Continue Trial Date and Pretrial Motions Deadline until the new trial date, February 8, 2021, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

DATED: this 11th day of June, 2020.

*signature*
Robert S. Lasnik
United States District Judge

Presented by:

*/s/ Andrew C. Frieman*
ANDREW C. FRIEDMAN
STEVEN T. MASADA
Assistant United States Attorneys

Order Continuing Trial Date - 2
U.S. v. Thompson, CR19-159RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970