Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>PAIGE A. THOMPSON,<br><br>Defendant. | NO. CR19-159-RSL<br><br>**STIPULATED MOTION FOR AMENDED PROTECTIVE ORDER**<br><br>Noting Date: July 21, 2020 |

      Defendant Paige Thompson files this Stipulated Motion for Amended Protective Order, and presents the attached proposed order. The proposed order was negotiated and agreed on by counsel for Ms. Thompson and non-party Capital One, and is meant to supersede and replace the existing protective order between them entered on December 6, 2019 (Dkt. No. 77). The government has no objection and stipulates to the entry of the proposed amended protective order.

      As set forth in the attached proposed amended protective order, which is incorporated by reference, this case involves electronic material and other potentially sensitive and confidential material. Accordingly, Ms. Thompson respectively requests that the Court enter the proposed order governing the production of materials by Capital One to Ms. Thompson.

//
//

DATED this 21st day of July 2019.

Respectfully submitted,

s/ *Mohammad Ali Hamoudi*
s/ *Christopher Sanders*
s/ *Nancy Tenney*
Assistant Federal Public Defenders

s/ *Brian Klein*
Baker Marquart LLP

Attorneys for Paige Thompson