WA/WD PTS-NoAction (01/19)

# UNITED STATES DISTRICT COURT
for
Western District of Washington

Report on Defendant Under Pretrial Services Supervision

**Date of Report:** 08/11/2020

**Name of Defendant:**  Paige Thompson                                **Case Number:** 2:19CR00159RSL-1

**Name of Judicial Officer:**   The Honorable Robert S. Lasnik, United States District Judge

**Original Offense:**   Count 1: Wire Fraud
                        Count 2: Computer Fraud and Abuse

**Date Supervision Commenced:** 11/04/2019

Bond Conditions Imposed:

- Submit to drug and alcohol testing, to include urinalysis, breathalyzer, or hand-held devices, as directed by Pretrial Services. You shall not use, consume or possess alcohol or any other product containing alcohol, including medication, unless prescribed to you by a physician and under the direction of Pretrial Services. Obtain an alcohol/substance abuse evaluation and follow any treatment recommendations as directed by Pretrial Services.

- Halfway house placement with release privileges as determined by Pretrial Services. You must comply with facility rules, and are required to make payments towards your subsistence at the halfway house in an amount determined by the halfway house, but not to exceed 25% of your income and/or the current daily rate. **Pretrial Services will coordinate the defendant's release with the U.S. Marshals.**

- Travel is restricted to the Western District of Washington, or as directed by Pretrial Services.

- The defendant shall participate in the location monitoring program with Active Global Positioning Satellite technology. The defendant is restricted to his/her residence at all times except for employment, religious services, medical, legal reasons, or as otherwise approved by the location monitoring specialist. The defendant shall abide by all program requirements, and must contribute towards the costs of the services, to the extent financially able, as determined by the location monitoring specialist. **The location monitoring specialist will coordinate the defendant's release with the U.S. Marshals**.

- Surrender all current and expired passports and travel documents to the court. Do not apply for/obtain a new passport or travel document from any country without permission of the court. If the surrendered passport is a foreign passport, it shall be forwarded to Immigration and Customs Enforcement if defendant is convicted of an offense, unless otherwise ordered by the Court.

- Maintain residence as directed. Do not change residence without prior approval of Pretrial Services or as directed by Pretrial Services.

- You are prohibited from possessing or having access to firearms and dangerous weapons. All firearms and dangerous weapons must be removed from your residence(s), vehicle(s), and place of employment. This condition operates in conjunction with any restrictions imposed under Title 18, USC 922, and the Washington State Revised Code, Chapter 9.41.

- Undergo a mental health, psychiatric or psychological evaluation and follow all treatment recommendations in that evaluation, as directed by Pretrial Services. You shall take all medications as prescribed.

Case 2:19-cr-00159-RSL   Document 88   Filed 08/12/20   Page 2 of 4

| | |
|---|---|
| The Honorable Robert S. Lasnik, United States District Judge | Page 2 |
| Report on Defendant Under Pretrial Services Supervision | 8/11/2020 |

- The defendant shall not use, possess or have access to a computer or computer components (functional or non-functional), including but not limited to hard drives, external storage devices, keyboards, and mouse, at the defendant's residence, place of employment, private homes, libraries, schools, or other public locations, without prior approval of Pretrial Services. In addition, the defendant shall not use, possess, or have access to PDA's, gaming systems, and Internet enabled TV devices, nor access the internet through use of a cellular phone device. The defendant shall not access the internet, or private or public computer networks, or not have others do so on his/her behalf, without prior approval of Pretrial Services. The defendant hereby consents to U.S. Pretrial Services' use of electronic detection devices to evaluate the defendant's access to WiFi (wireless fidelity) connections.

- Provide Pretrial Services with any requested information regarding your financial status, income sources, and investments. Sign a Release of Information form for Credit Bureau Verification if requested by Pretrial Services.

- Maintain employment, or, if unemployed, actively seek employment as directed by Pretrial Services.

- If employed and job duties require and/or you have the ability to access computers, you will notify your employer of pending charges and obtain prior approval from Pretrial Services. The employer shall sign a Third Party Disclosure Form as directed by Pretrial Services.

- You must contribute towards the costs of the services required by this bond, to the extent you are financially able to do so, as determined by Pretrial Services.

- You shall not have direct contact or indirect contact with any existing and/or future witnesses in this case.

- Release to and placement at with release privileges as determined by Pretrial Services. You must comply with all facility rules. **Pretrial Services will coordinate the defendant's release with the U.S. Marshals**.

- The defendant shall not go near any Amazon or Capital One locations.

## NONCOMPLIANCE SUMMARY

The defendant has not complied with the following conditions of supervision:

- Undergo a mental health, psychiatric or psychological evaluation and follow all treatment recommendations in that evaluation, as directed by Pretrial Services. You shall take all medications as prescribed.

**Nature of Noncompliance**

1. The defendant has violated the special condition she follow all treatment recommendations by failing to participate in mental heath treatment and missing counseling sessions on or about July 13 and 20, 2020.

**Supporting Evidence:** On November 4, 2020, a detention review hearing was held before Your Honor and she was subsequently released on bond with standard and special conditions. On November 5, 2020, an intake appointment was completed where the defendant acknowledged her understanding of all conditions of the bond, including the special condition to follow all treatment recommendations.

Case 2:19-cr-00159-RSL   Document 88   Filed 08/12/20   Page 3 of 4

The Honorable Robert S. Lasnik, United States District Judge Page 3
Report on Defendant Under Pretrial Services Supervision 8/11/2020

On July 20, 2020, Emily Taylor at Seattle Counseling Services advised Ms. Thompson had not answered her phone calls on July 20, 2020, and the previous week. She indicated clients are taken off her schedule after missing two appointments. I attempted to reach Ms. Thompson on July 20, 2020, to no avail. The following day I communicated with Ms. Thompson to contact her provider and reminded her of treatment obligations as it relates to the Court. Ms. Thompson has since reportedly rescheduled and attended therapy via telephone on August 4, 2020.

On August 4, 2020, I received Ms. Thompson's monthly treatment report indicating she was noncompliant with her mental health treatment program for missing all appointments scheduled in July 2020, including one rescheduled appointment.

For brevity, the Court and parties are familiar with Ms. Thompson's extensive mental health history and concerns as outlined in the Sealed Status Report submitted on May 8, 2020 (Dkt. 81). Given the repetitive nature of disengaging or minimal effort invested in treatment, notification to the Court is warranted at this time. This, along with additional concerning texts, has been an ongoing issue. Ms. Thompson frequently relays thoughts of hopelessness and claims treatment is not beneficial.

I spoke with Ms. Thompson again on August 10, 2020, to discuss the missed appointments and expectations going forward. Ms. Thompson agreed to engage in treatment as recommend by her counselor. Ms. Thompson has otherwise remained in communication, expresses herself and is forthright with me. I hope to work with her defense team and counselor on a treatment plan to keep her in compliance and assist her in areas of need that may also mitigate a risk of non-appearance and danger to the community or herself.

Ms. Thompson is pending trial before Your Honor on February 8, 2021.

**United States Probation Officer Action:**
☒ Mental health provider contacted for compliance assistance
☒ Defense counsel contacted for compliance assistance
☒ Reprimand

I contacted Assistant United States Attorney Andrew Friedman and Steven Masada; however, I have not received a response opposing or supporting my recommendation. I notified defense counsel Nancy Tenney and she advised defense counsel has no objection to the recommendation.

I respectfully recommend that the Court endorse the actions taken at this time.

| | |
|---|---|
| I swear under penalty of perjury that the foregoing is true and correct. | APPROVED:<br>Connie Smith<br>Chief United States Probation and Pretrial Services Officer |
| Executed on this 11th day of August, 2020. | BY: |
| Ben Beetham<br>United States Probation Officer | Patrick E. Robertson<br>Supervising United States Probation Officer |

| The Honorable Robert S. Lasnik, United States District Judge | Page 4 |
|---|---|
| Report on Defendant Under Pretrial Services Supervision | 8/11/2020 |

## THE COURT FINDS PROBABLE CAUSE AND DIRECTS:

☒ Judicial Officer endorses the United States Probation Officer's actions
☐ Issue a Summons
☐ Issue a Warrant
☐ Other

*/s/ Robert S. Lasnik*

Robert S. Lasnik, United States District Judge
August 12, 2020
Date