UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>PAIGE A. THOMPSON,<br><br>  Defendant. | Case No. 2:19-CR-159-RSL<br><br>ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS DEADLINE |

This matter comes before the Court on the parties' "Stipulated Motion to Continue Trial Date and Pretrial Motions Deadline." Dkt. # 89. Having considered the facts set forth in the motion, and defendant's knowing and voluntary waiver, the Court finds as follows:

1. The Court adopts the facts set forth in the stipulated motion: specifically, that the government is continuing to generate and produce discovery, and defense counsel needs additional time to review discovery and to retain and consult with experts. The Court accordingly finds that a failure to grant a continuance would deny counsel, and any potential future counsel, the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

2. The Court finds that a failure to grant a continuance would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i).

3. The Court finds that the additional time requested between February 8, 2021 and the proposed trial date of June 7, 2021, is a reasonable period of delay. The Court finds that this

ORDER GRANTING STIPULATED MOTION TO CONTINUE
TRIAL AND PRETRIAL MOTIONS DEADLINE - 1

additional time is necessary to provide defense counsel reasonable time to prepare for trial, considering all the facts set forth above.

4. The Court further finds that this continuance would serve the ends of justice, and that these factors outweigh the best interests of the public and defendant in a speedier trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

5. Defendant has signed a waiver indicating that she has been advised of her right to a speedy trial and that, after consulting with counsel, she has knowingly and voluntarily waived that right and consented to the continuation of her trial to a date up to and including June 28, 2021, Dkt. # 90, which will permit trial to start on June 7, 2021.

IT IS HEREBY ORDERED that the trial date shall be continued from February 8, 2021, to June 7, 2021, and pretrial motions are to be filed no later than February 18, 2021, and shall be noted for consideration no earlier than the fourth Friday after the filing date;

IT IS FURTHER ORDERED that responses to any pre-trial motions are due on March 11, 2021 (or twenty-one (21) days after the filing of any motion filed prior to February 18, 2021), and any replies thereto are due on March 18, 2021 (or seven (7) days after filing of any response filed prior to prior to February 18, 2021); and

IT IS FURTHER ORDERED that the period of time from the current trial date of February 8, 2021, up to and including June 28, 2021, shall be excludable time pursuant to the 18 U.S.C. § 3161, *et seq*. The period of delay attributable to this filing and granting of this motion is excluded for speedy trial purposes pursuant to 18 U.S.C. §§ 3161(h)(1)(D), (h)(7)(A), and (h)(7)(B)(i), (iv).

DATED this 30th day of November, 2020.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING STIPULATED MOTION TO CONTINUE
TRIAL AND PRETRIAL MOTIONS DEADLINE - 2