Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> PAIGE A. THOMPSON, <br><br> Defendant. | NO. CR19-159-RSL <br><br> **NOTICE OF CHANGE OF FIRM NAME** |

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that the law firm of Baker Marquart LLP has changed its firm name to Waymaker LLP, effective immediately. The firm's address, telephone number and facsimile number will remain the same. The firm's email addresses have been changed from bklein@bakermarquart.com to bklein@waymakerlaw.com.

Please update your records to reflect this change.

//
//
//

NOTICE OF CHANGE OF FIRM NAME
*United States v. Thompson*, CR19-159-RSL

DATED this 25th day of January 2021.

                Respectfully submitted,

                */s/ Brian Klein*
                Assistant Federal Public Defenders
                Brian Klein
                WAYMAKER LLP

                Attorneys for Paige Thompson