1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | Case No. CR19-159RSL |
|---|---|
| Plaintiff, | ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL DATE AND PRETRIAL MOTIONS DEADLINE |
| v. | |
| PAIGE A. THOMPSON, | |
| Defendant. | |

This matter comes before the Court on defendant's "Unopposed Motion to Continue Trial Date and Pretrial Motions Deadline." Dkt. # 93. Having considered the facts set forth in the motion, and defendant's knowing and voluntary waiver, Dkt. # 94, the Court finds as follows:

1. The Court adopts the facts set forth in the unopposed motion: specifically, that the government is likely to continuing generating and producing discovery, and defense counsel needs additional time to review discovery and to retain and consult with experts. The Court accordingly finds that a failure to grant a continuance would deny counsel, and any potential future counsel, the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

2. The Court finds that a failure to grant a continuance would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i).

3. The Court finds that the additional time requested between June 7, 2021 and the proposed trial date of July 12, 2021, is a reasonable period of delay. The Court finds that this additional

time is necessary to provide defense counsel reasonable time to prepare for trial, considering all the facts set forth above.

4. The Court further finds that this continuance would serve the ends of justice, and that these factors outweigh the best interests of the public and defendant in a speedier trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

5. Defendant has signed a waiver indicating that she has been advised of her right to a speedy trial and that, after consulting with counsel, she has knowingly and voluntarily waived that right and consented to the continuation of her trial to a date up to and including July 26, 2021, Dkt. # 94, which will permit her trial to start on July 12, 2021.

IT IS HEREBY ORDERED that the trial date shall be continued from June 7, 2021, to July 12, 2021, and pretrial motions are to be filed no later than March 12, 2021, and shall be noted for consideration no earlier than the fourth Friday after the filing date;

IT IS FURTHER ORDERED that responses to any pre-trial motions are due on April 2, 2021 (or twenty-one (21) days after the filing of any motion filed prior to March 12, 2021), and any replies thereto are due on April 9, 2021 (or seven (7) days after filing of any response filed prior to March 12, 2021); and

IT IS FURTHER ORDERED that the period of time from the current trial date of June 7, 2021, up to and including July 12, 2021, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*. The period of delay attributable to this filing and granting of this motion is excluded for speedy trial purposes pursuant to 18 U.S.C. §§ 3161(h)(1)(D), (h)(7)(A), and (h)(7)(B)(i), (iv).

IT IS SO ORDERED.

DATED this 2nd day of February, 2021.

*Robert S. Lasnik* (signature)
Robert S. Lasnik
United States District Judge

ORDER GRANTING UNOPPOSED MOTION TO CONTINUE
TRIAL DATE AND PRETRIAL MOTIONS DEADLINE - 2