WA/WD PTS-Modification (01/19)

# UNITED STATES DISTRICT COURT
for
Western District of Washington

Report on Defendant Under Pretrial Services Supervision

**Date of Report:** 02/05/2021

**Name of Defendant:**  Paige  Thompson                    **Case Number:** 2:19CR00159-RSL

**Name of Judicial Officer:**   The Honorable Robert S. Lasnik, United States District Judge

**Original Offense:**  Wire Fraud (Count 1); Computer Fraud and Abuse (Count 2)

**Date Supervision Commenced:** 11/04/2019

Bond Conditions Imposed:

- Submit to drug testing, to include urinalysis or hand-held testing devices, as directed by Pretrial Services. You shall not use, consume, or possess alcohol, any product containing alcohol, or other intoxicants, including medication, unless prescribed to you by a physician and under the direction of Pretrial Services. Obtain an alcohol/substance abuse evaluation and follow any treatment recommendations as directed by Pretrial Services. You shall participate as directed in a program approved by the probation and pretrial services office for treatment of narcotic addiction, drug dependency, or substance abuse, which may include testing to determine if the defendant has reverted to the use of drugs or alcohol.

- Halfway house placement with release privileges as determined by Pretrial Services. You must comply with facility rules and are required to make payments towards your subsistence at the halfway house in an amount determined by the halfway house, but not to exceed 25% of your income and/or the current daily rate. **Pretrial Services will coordinate the defendant's release with the U.S. Marshals.** (*Removed 12/4/2019*)

- Travel is restricted to the Western District of Washington, or as directed by Pretrial Services.

- The defendant shall participate in the location monitoring program with Active Global Positioning Satellite technology. The defendant is restricted to his/her residence at all times except for employment, religious services, medical, legal reasons, or as otherwise approved by the location monitoring specialist. The defendant shall abide by all program requirements, and must contribute towards the costs of the services, to the extent financially able, as determined by the location monitoring specialist. **The location monitoring specialist will coordinate the defendant's release with the U.S. Marshals**.

- Surrender all current and expired passports and travel documents to the court. Do not apply for/obtain a new passport or travel document from any country without permission of the court. If the surrendered passport is a foreign passport, it shall be forwarded to Immigration and Customs Enforcement if defendant is convicted of an offense, unless otherwise ordered by the Court.

- Maintain residence as directed. Do not change residence without prior approval of Pretrial Services or as directed by Pretrial Services.

- You are prohibited from possessing or having access to firearms and dangerous weapons. All firearms and dangerous weapons must be removed from your residence(s), vehicle(s), and place of employment.

Case 2:19-cr-00159-RSL   Document 96   Filed 02/05/21   Page 2 of 3

The Honorable Robert S. Lasnik, United States District Judge  Page 2
Report on Defendant Under Pretrial Services Supervision  2/5/2021

    This condition operates in conjunction with any restrictions imposed under Title 18, USC 922, and the Washington State Revised Code, Chapter 9.41.

- Undergo a mental health, psychiatric or psychological evaluation and follow all treatment recommendations in that evaluation, as directed by Pretrial Services. You shall take all medications as prescribed.

- The defendant shall not use, possess or have access to a computer or computer components (functional or non-functional), including but not limited to hard drives, external storage devices, keyboards, and mouse, at the defendant's residence, place of employment, private homes, libraries, schools, or other public locations, without prior approval of Pretrial Services. In addition, the defendant shall not use, possess, or have access to PDA's, gaming systems, and Internet enabled TV devices, nor access the internet through use of a cellular phone device. The defendant shall not access the internet, or private or public computer networks, or not have others do so on his/her behalf, without prior approval of Pretrial Services. The defendant hereby consents to U.S. Pretrial Services' use of electronic detection devices to evaluate the defendant's access to WiFi (wireless fidelity) connections.

- Provide Pretrial Services with any requested information regarding your financial status, income sources, and investments. Sign a Release of Information form for Credit Bureau Verification if requested by Pretrial Services.

- Maintain employment, or, if unemployed, actively seek employment as directed by Pretrial Services.

- If employed and job duties require and/or have the ability to access computers, you will notify current employer of pending charges and obtain prior approval from Pretrial Services. The employer shall sign a Third Party Disclosure Form as directed by Pretrial Services.

- You must contribute towards the costs of the services required by this bond, to the extent you are financially able to do so, as determined by Pretrial Services.

- No direct or indirect contact with any existing and/or future witnesses in this case.

- Release to and placement at housing to be determined with release privileges as determined by Pretrial Services. You must comply with the facility rules. **Pretrial Services will coordinate the defendant's release with the U.S. Marshals.**

- Defendant shall not go near any Amazon or Capital One locations.

---

**PETITIONING THE COURT**

☒    To modify the conditions of supervision

**DELETE:**
The defendant shall participate in the location monitoring program with Active Global Positioning Satellite technology. The defendant is restricted to his/her residence at all times except for employment, religious services, medical, legal reasons, or as otherwise approved by the location monitoring specialist. The defendant shall abide by all program requirements, and must contribute towards the costs of the services, to the extent financially able, as determined by the location monitoring specialist. **The location monitoring specialist will coordinate the defendant's release with the U.S. Marshals.**

The Honorable Robert S. Lasnik, United States District Judge  Page 3
Report on Defendant Under Pretrial Services Supervision  2/5/2021

**ADD**:
The defendant shall participate in the location monitoring program with Active Global Positioning Satellite technology. The defendant shall comply with a curfew as directed by the location monitoring specialist. The defendant shall abide by all program requirements, and must contribute towards the costs of the services, to the extent financially able, as determined by the location monitoring specialist.

### CAUSE

On November 4, 2019, Ms. Thompson appeared before Your Honor and was released on an appearance bond with the above stated conditions. On December 4, 2019, the appearance bond was amended to remove the special condition for the halfway house placement. Since her release, she has maintained compliance with location monitoring conditions. However, it had been reported that she was struggling with participating in mental health treatment. Since her noncompliance was reported to the Court on August 11, 2020, it appears that her engagement in mental health treatment has increased which has mitigated a risk of non-appearance and danger to the community or herself. A reduction to curfew will allow her to continue to address her mental health needs.

I consulted with Assistant United States Attorney Andrew Friedman and Steven Masada, and they concur with my recommendation. I notified defense counsel, Brian Kemp, who conferred with co-counsel Nancy Tenney, Mohammad Hamoudi, and Christopher Sanders and they concur with my recommendation.

I respectfully recommend the Court modify the special conditions of bond as indicated above.

I swear under penalty of perjury that the foregoing is true and correct.

APPROVED:
Monique D. Neal
Chief United States Probation and Pretrial Services Officer

Executed on this 5th day of February, 2021.

BY:

Jeanie Blodgett
United States Probation Officer

Jaymie Parkhurst
Supervising United States Probation Officer

**THE COURT FINDS PROBABLE CAUSE AND DIRECTS:**

☒ Modify the Conditions as noted above
☐ Other

Robert S. Lasnik, United States District Judge
February 5, 2021
Date