UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>PAIGE A. THOMPSON,<br><br>　　　　　　Defendant. | Case No. CR19-159RSL<br><br>ORDER GRANTING<br>UNOPPOSED MOTION TO<br>CONTINUE TRIAL DATE<br>AND PRETRIAL MOTIONS<br>DEADLINE |

　　　　This matter comes before the Court on defendant's "Unopposed Motion to Continue Trial Date and Pretrial Motions Deadline." Dkt. # 97. Having considered the facts set forth in the motion, and defendant's knowing and voluntary waiver, Dkt. # 98, the Court finds as follows:

1.　　The Court adopts the facts set forth in the unopposed motion: specifically, that the government is likely to continuing generating and producing discovery, that defense counsel needs additional time to review the voluminous discovery, to conduct follow-up investigation, and to retain and consult with experts, and that the COVID-19 pandemic has interfered substantially with the parties' ability to investigate the case and prepare for trial. The Court accordingly finds that a failure to grant a continuance would deny counsel, and any potential future counsel, the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

2.　　The Court finds that a failure to grant a continuance would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i).

ORDER GRANTING UNOPPOSED MOTION TO CONTINUE
TRIAL DATE AND PRETRIAL MOTIONS DEADLINE - 1

3.   The Court finds that the additional time requested between July 12, 2021 and the proposed trial date of October 18, 2021, is a reasonable period of delay as defense counsel needs additional time to review discovery and investigate the case. The Court finds that this additional time is necessary to provide defense counsel reasonable time to prepare for trial, considering all the facts set forth above.

4.   The Court further finds that this continuance would serve the ends of justice, and that these factors outweigh the best interests of the public and defendant in a speedier trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

5.   Defendant has executed a waiver indicating that she has been advised of her right to a speedy trial and that, after consulting with counsel, she has knowingly and voluntarily waived that right and consented to the continuation of her trial to a date up to and including October 31, 2021, Dkt. # 98, which will permit her trial to start on October 18, 2021.

IT IS HEREBY ORDERED that the trial date shall be continued from July 12, 2021, to October 18, 2021, and pretrial motions are to be filed no later than June 18, 2021, and shall be noted for consideration no earlier than the fourth Friday after they are filed.

IT IS FURTHER ORDERED that responses to any pre-trial motions are due on July 9, 2021 (or twenty-one (21) days after the filing of any motion filed prior to June 18, 2021), and any replies thereto are due on July 16, 2021 (or seven (7) days after filing of any response filed prior to June 18, 2021); and

IT IS FURTHER ORDERED that the period of time from the current trial date of July 12, 2021, up to and including the new trial date, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*. The period of delay attributable to this filing and granting of this motion is excluded for speedy trial purposes pursuant to 18 U.S.C. §§ 3161(h)(1)(D), (h)(7)(A), and (h)(7)(B).

IT IS SO ORDERED.

ORDER GRANTING UNOPPOSED MOTION TO CONTINUE
TRIAL DATE AND PRETRIAL MOTIONS DEADLINE - 2

1	DATED this 9th day of March, 2021.

2

3

4	*[signature]*
Robert S. Lasnik
5	United States District Judge

ORDER GRANTING UNOPPOSED MOTION TO CONTINUE
TRIAL DATE AND PRETRIAL MOTIONS DEADLINE - 3