

U.S. Department of Justice

*United States Attorney*
*Western District of Washington*

*700 Stewart Street, Suite 5220*   *Tel: (206) 553-7970*
*Seattle WA, 98101-1271*   *Fax: (206) 553-4440*
*www.usdoj.gov/usao/waw*

June 18, 2021

**VIA ECF**
Nancy Tenney
Mo Hamoudi
Brian Klein
Christopher Sanders
Melissa Meister
Attorneys at Law

        Re:    *United States v. Paige A. Thompson*
                 <u>No. CR19-159 RSL USDC, W.D. Washington</u>

Dear Counselor:

      Please be advised that the arraignment for the defendant named in the above cause has been scheduled as follows:

        Date:        Friday, June 25, 2021

        Time:       11:00 a.m.

        Before:     Paula L. McCandlis, United States Magistrate Judge

        Place:       United States Courthouse, Room 12B
                        700 Stewart Street, 12th Floor, Seattle, WA 98101

      It will be necessary that you and your client be present at the time and place indicated above, or via video or teleconference as directed by the Court. The indictment and other documents related to this case are available on the Court's Electronic Docketing System.

      If this is your client's first appearance, please contact U.S. Probation and Pretrial Services, 206-370-8950 (Seattle) or 253-882-3705 (Tacoma), to schedule a pretrial interview in advance of the arraignment.

The Court has requested us to call your attention to the Speedy Trial Act (18 U.S.C. §3161 et. seq.), and the District's Plan for Prompt Disposition of Criminal Cases, available on the Court's website: https://www.wawd.uscourts.gov.

Very truly yours,

TESSA M. GORMAN
Acting United States Attorney

*s/ Steven Masada*
STEVEN MASADA
Assistant United States Attorney