JUDGE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR19-159RSL |
| Plaintiff, | ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS DEADLINE |
| vs. | |
| PAIGE A. THOMPSON, | (PROPOSED) |
| Defendant. | |

THIS MATTER having come before the Court on the defendant's unopposed motion for a continuance of the trial and the pretrial motions due date, and the Court having considered the facts set forth in the motion, the speedy trial waiver executed by defendant, and the records and files herein, the Court finds as follows:

The Court finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure adequate time for effective case preparation, and that these factors outweigh the best interests of the public and defendant in a speedy trial.

1. A failure to grant the continuance would deny the parties the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv). In addition, the failure to grant a continuance in the proceeding could result in a miscarriage of justice, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(i).

ORDER GRANTING UNOPPOSED
MOTION TO CONTINUE TRIAL AND
THE PRETRIAL MOTIONS DEADLINE   - 1
(*Paige A. Thompson*; CR19-159RSL)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

2. The ends of justice will be served by ordering a continuance in this case, as a continuance is necessary to ensure adequate time for the parties to effectively prepare for trial. All of these factors outweigh the best interests of the public and defendant in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7).

IT IS THEREFORE ORDERED that the trial date shall be continued from October 18, 2021, to March 14, 2022, and pretrial motions are to be filed no later than December 2, 2021, and shall be noted for consideration no earlier than the fourth Friday after the filing date (or January 14, 2022, in the case of motions filed December 2, 2021);

IT IS FURTHER ORDERED that responses to any pre-trial motions are due on December 23, 2021 (or twenty-one (21) days after the filing of any motion filed prior to December 2, 2021), and any replies thereto are due on January 10, 2022 (or seven (7) days after filing of any response in the case of any motion filed prior to December 2, 2021); and

IT IS FURTHER ORDERED that the resulting period of delay from the date of this Order to the new trial date is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(i), (ii), and (iv).

IT IS SO ORDERED.

Dated this _____ day of June, 2021.

_____
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by,

/s/ *Mohammad Ali Hamoudi*
MOHAMMAD ALI HAMOUDI
/s/ *Christopher Sanders*
CHRISTOPHER SANDERS

ORDER GRANTING UNOPPOSED
MOTION TO CONTINUE TRIAL AND
THE PRETRIAL MOTIONS DEADLINE   - 2
(*Paige A. Thompson*; CR19-159RSL)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

/s/ *Nancy Tenney*
NANCY TENNEY
Assistant Federal Public Defenders

/s/ *Brian Klein*
BRIAN KLEIN

Attorneys for Paige A. Thompson

ORDER GRANTING UNOPPOSED
MOTION TO CONTINUE TRIAL AND
THE PRETRIAL MOTIONS DEADLINE   - 3
(*Paige A. Thompson*; CR19-159RSL)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**