UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAIGE A. THOMPSON,<br><br>Defendant. | Case No. CR19-159RSL<br><br>ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL DATE AND PRETRIAL MOTIONS DEADLINE |

This matter comes before the Court on defendant's "Unopposed Motion to Continue Trial Date and Pretrial Motions Deadline." Dkt. # 107. Having considered the facts set forth in the motion, and defendant's knowing and voluntary waiver, Dkt. # 108, the Court finds as follows:

1. The Court adopts the facts set forth in the unopposed motion: specifically, that on June 17, 2021, the government obtained a Superseding Indictment that includes additional counts, that the government has produced a significant amount of electronic data (around 20 terabytes), that the government is likely to continuing generating and producing discovery, that discovery includes sensitive material like malware and personally identifiable information of individuals, that defense counsel needs additional time to review the voluminous discovery and comply with the handling and storage of protected material, to conduct follow-up investigation, and to retain and consult with experts, and that the COVID-19 pandemic has interfered substantially with the parties' ability to investigate the case and prepare for trial. The Court accordingly finds that a failure to grant a continuance would deny counsel, and any potential future counsel, the

ORDER GRANTING UNOPPOSED MOTION TO CONTINUE
TRIAL DATE AND PRETRIAL MOTIONS DEADLINE - 1

reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

2. The Court finds that a failure to grant a continuance would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i).

3. The Court finds that the additional time requested between October 18, 2021 and the proposed trial date of March 14, 2022, is a reasonable period of delay as defense counsel needs additional time to review discovery and investigate the case. The Court finds that this additional time is necessary to provide defense counsel reasonable time to prepare for trial, considering all the facts set forth above.

4. The Court further finds that this continuance would serve the ends of justice, and that these factors outweigh the best interests of the public and defendant in a speedier trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

5. Defendant has executed a waiver indicating that she has been advised of her right to a speedy trial and that, after consulting with counsel, she has knowingly and voluntarily waived that right and consented to the continuation of her trial to a date up to and including April 30, 2022, Dkt. # 108, which will permit her trial to start on March 14, 2022.

IT IS HEREBY ORDERED that the trial date shall be continued from October 18, 2021 to March 14, 2022, and pretrial motions are to be filed no later than December 2, 2021, and shall be noted for consideration no earlier than the fourth Friday after they are filed.

IT IS FURTHER ORDERED that responses to any pre-trial motions are due on December 23, 2021 (or twenty-one (21) days after the filing of any motion filed prior to December 2, 2021), and any replies thereto are due on January 10, 2022 (or seven (7) days after filing of any response filed prior to December 2, 2021); and

IT IS FURTHER ORDERED that the period of time from the current trial date of October 18, 2021, up to and including the new trial date, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*. The period of delay attributable to this filing and granting of this motion is excluded for speedy trial purposes pursuant to 18 U.S.C. §§ 3161(h)(1)(D), (h)(7)(A), and (h)(7)(B).

IT IS SO ORDERED.

DATED this 1st day of July, 2021.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING UNOPPOSED MOTION TO CONTINUE
TRIAL DATE AND PRETRIAL MOTIONS DEADLINE - 3