THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>PAIGE THOMPSON,<br><br>        Defendant. | No. CR19-159-RSL<br><br>MOTION TO FILE OVERLENGTH MOTION FOR EARLY RETURN OF TRIAL SUBPOENA TO CAPITAL ONE BANK (USA), N.A./CAPITAL ONE FINANCIAL CORP. |

Paige Thompson, by her attorneys, respectfully requests permission to file a 14-page motion for early return of trial subpoena. Ms. Thompson's motion addresses important legal and factual issues that need to be briefed in detail for this Court's consideration and for preservation of the record. Counsel have condensed and focused the facts and issues to the best of their ability while still providing the Court with a thorough explanation of the relevant facts and law. As a result, the response cannot be adequately briefed within the 12-page limit of Local Criminal Rule 12(b)(5).

Accordingly, counsel for Ms. Thompson seeks permission to file a 14 - page motion.

DATED this 4th day of October, 2021.

Respectfully submitted,

/s/ Mohammad Ali Hamoudi
MOHAMMAD ALI HAMOUDI

/s/ Christopher Sanders
CHRISTOPHER SANDERS

MOTION TO FILE OVERLENGTH MOTION
FOR EARLY RETURN OF TRIAL SUBPOENA
(*Paige Thompson*, CR19-159-RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
(206) 553-1100

|   |   |
|---|---|
| 1 | /s/ Nancy Tenney |
| 2 | NANCY TENNEY |
|   | Assistant Federal Public Defenders |
| 3 |   |
| 4 | /s/ Brian Klein |
|   | BRIAN KLEIN |
| 5 |   |
| 6 | /s/ Melissa Meister |
|   | MELISSA MEISTER |
| 7 | Waymaker LLP |
| 8 | Attorneys for Paige Thompson |

MOTION TO FILE OVERLENGTH MOTION
FOR EARLY RETURN OF TRIAL SUBPOENA
(*Paige Thompson*, CR19-159-RSL) - 2

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, WA  98101
(206) 553-1100