THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR19-159-RSL |
| Plaintiff, | ) ) | ORDER GRANTING MOTION TO FILE OVERLENGTH MOTION FOR EARLY RETURN OF TRIAL SUBPOENA TO CAPITAL ONE BANK (USA), N.A./CAPITAL ONE FINANCIAL CORP. |
| v. | ) ) | |
| PAIGE THOMPSON, | ) ) | |
| Defendant. | ) ) | (PROPOSED) |

The Court has considered the defense motion to file an overlength motion for early return of trial subpoena in excess of the 12-page limit imposed by Local Criminal Rule 12(b)(5), along with all the records in this case.

IT IS NOW ORDERED that counsel for Paige Thompson may file a 14-page motion for early return of trial subpoena.

DATED this ____ day of October, 2021.

_____
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

/s/ Mohammad Ali Hamoudi
MOHAMMAD ALI HAMOUDI

/s/ Christopher Sanders
CHRISTOPHER SANDERS

ORDER GRANTING MOTION TO FILE
OVERLENGTH MOTION FOR EARLY
RETURN OF TRIAL SUBPOENA
(*Paige Thompson*, CR19-159-RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, WA  98101
(206) 553-1100

/s/ Nancy Tenney
NANCY TENNEY
Assistant Federal Public Defenders

s/ Brian Klein
BRIAN KLEIN

/s/ Melissa Meister
MELISSA MEISTER
Waymaker LLP

Attorneys for Paige Thompson

ORDER GRANTING MOTION TO FILE
OVERLENGTH MOTION FOR EARLY
RETURN OF TRIAL SUBPOENA
(*Paige Thompson*, CR19-159-RSL) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, WA  98101**
**(206) 553-1100**