THE HONORABLE ROBERT S. LASNIK

1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7  UNITED STATES OF AMERICA,                )   NO.  CR19-159RSL
                                            )
8                        Plaintiff,         )   ORDER GRANTING MOTION FOR
                                            )   EARLY RETURN OF TRIAL
9           vs.                             )   SUBPOENA TO CAPITAL ONE BANK
                                            )   (USA), N.A./CAPITAL ONE
10  PAIGE A. THOMPSON,                      )   FINANCIAL CORP.
                                            )
11                       Defendant.         )
                                            )   (PROPOSED)
12  _____)

13          THIS MATTER having come before the Court on the defense's motion for

14  early disclosure of documents from Capital One is granted.  Specifically, the Court

15  orders that Capital One disclose the following documents:

16      **Request No. 8**

17
18      Any communications involving anyone in the Company's Office of the Chief
        Information Security Officer or any Executive Officers (e.g., CEO, CFO, GC,
19      and CIO) of the Company with anyone at Amazon Web Services relating to the
        Incident.

20      **Request No. 10**

21
22      Any contracts between the Company and AWS relating to cloud infrastructure.

23      **Request No. 11**

24      Any bills and invoices sent from AWS to the Company for providing cloud
        infrastructure from January 1, 2019 through December 31, 2020.
25

26  ORDER GRANTING MOTION FOR EARLY
    RETURN OF TRIAL SUBPOENA    - 1
    (*Paige A. Thompson*; CR19-159RSL)

1

2          The Court further orders the return of the above-described documents no later

3    than 21 days after the date of this order.

4          IT IS SO ORDERED.

5          Dated this _____ day of _____, 2021.

6

7

8                                    _____

9                                    ROBERT S. LASNIK
                                     UNITED STATES DISTRICT JUDGE

10

11   Presented by,

12

13   /s/ Mohammad Ali Hamoudi
     MOHAMMAD ALI HAMOUDI

14
     /s/ Christopher Sanders
15   CHRISTOPHER SANDERS

16
     /s/ Nancy Tenney
17   NANCY TENNEY
     Assistant Federal Public Defenders

18
     /s/ Brian Klein
19   BRIAN KLEIN

20
     /s/ Melissa Meister
21   MELISSA MEISTER
     Waymaker LLP
22
     Attorneys for Paige Thompson
23

24

25

26   ORDER GRANTING MOTION FOR EARLY
     RETURN OF TRIAL SUBPOENA    - 2
     (*Paige A. Thompson*; CR19-159RSL)

                                              **FEDERAL PUBLIC DEFENDER**
                                              **1601 Fifth Avenue, Suite 700**
                                              **Seattle, Washington 98101**
                                              **(206) 553-1100**