THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>PAIGE A. THOMPSON,<br><br>          Defendant. | No. CR19-159-RSL<br><br>NOTICE OF APPEARANCE |

TO:         The Clerk of the Court

AND TO:     All Parties, through their counsel of record:

PLEASE TAKE NOTICE that Aravind Swaminathan of Orrick, Herrington & Sutcliffe LLP hereby enters his appearance on behalf of third party Capital One Bank (USA), N.A./Capital One Financial Corp. ("Capital One") in the above-titled action and request that notice of all further proceedings, except original process, be served upon the undersigned at their addresses stated below.

Respectfully submitted this 1st day of November, 2021.

---

NOTICE OF APPEARANCE
Case No. CR19-159-RSL

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington  98104-7097
+1 206 839 4300

| | |
|---|---|
| 1 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 2 | |
| 3 | *s/Aravind Swaminathan* |
|   | Aravind Swaminathan, WSBA #33883 |
| 4 | |
| 5 | 701 Fifth Avenue |
|   | Suite 5600 |
| 6 | Seattle, WA  98104-7097 |
|   | Telephone:  (206) 839-4300 |
| 7 | *Attorneys for Capital One* |

NOTICE OF APPEARANCE
Case No.: CR19-159-RSL

- 2 -

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington  98104-7097
+1 206 839 4300