THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAIGE A. THOMPSON,<br><br>Defendant. | No. CR19-159-RSL<br><br>STIPULATED MOTION AND [PROPOSED] ORDER FOR EXTENSION TO RESPOND TO DEFENDANT'S MOTION FOR EARLY RETURN OF TRIAL SUBPOENA AND ADJUSTMENT OF THE NOTING DATE<br><br>Note on Motion Calendar: November 1, 2021 |

## STIPULATION

Defendant Paige A. Thompson ("Defendant") and Capital One Bank (USA), N.A./Capital One Financial Corp. ("Capital One") by their undersigned counsel, hereby stipulate to re-note Defendant's Motion for Early Return of Trial Subpoena to Capital One Bank (USA), N.A./Capital One Financial Corp. (Dkt. No. 111) ("Defendant's Motion for Early Return of Trial Subpoena") to November 19, 2021, and further stipulate to the below briefing schedule. Capital One seeks a five (5) day extension for its response brief, and Defendant seeks a seven (7) day extension for its reply brief, as follows, provided such dates are agreeable to the Court:

| Pleading | Current Deadline | Stipulated Deadline |
|---|---|---|
| Capital One's response to Defendant's Motion for Early Return of Trial | November 3, 2021 | November 8, 2021 |

STIPULATED MOTION AND [PROPOSED] ORDER
Case No. CR19-159-RSL

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington 98104-7097
+1 206 839 4300

| | | |
|---|---|---|
| Subpoena | | |
| Defendant's reply in support of Motion for Early Return of Trial Subpoena | November 12, 2021 | November 19, 2021 |

The request is sought for the convenience of the parties, to permit them ample time to brief the matter; it is the parties' first request for an extension.

Respectfully submitted this 1st day of November, 2021.

FEDERAL PUBLIC DEFENDER

*s/Mohammad Ali Hamoudi*
Mohammad Ali Hamoudi

*s/Nancy Tenney*
Nancy Tenney

*s/Christopher Sanders*
Christopher Sanders

*s/Brian Klein*
Brian Klein

*s/Melissa Meister*
Melissa Meister


*Attorneys for Paige Thompson*

ORRICK, HERRINGTON & SUTCLIFFE LLP

*s/Aravind Swaminathan*
Aravind Swaminathan, WSBA #33883

701 Fifth Avenue
Suite 5600
Seattle, WA  98104-7097
Telephone:  (206) 839-4300

*Attorneys for Capital One*

STIPULATED MOTION AND [PROPOSED] ORDER
Case No.: CR19-159-RSL

- 2 -

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington  98104-7097
+1 206 839 4300

**ORDER**

IT IS HEREBY ORDERED that Defendant's Motion for Early Return of Trial Subpoena is noted for consideration on November 19, 2021. Capital One's response to Defendant's Motion for Early Return of Trial Subpoena is due on November 8, 2021. Defendant's reply in support of Defendant's Motion for Early Return of Trial Subpoena is due on November 19, 2021.

DATED this ___ day of _____, 2021.

_____
Robert S. Lasnik
United States District Court Judge

STIPULATED MOTION AND [PROPOSED] ORDER
Case No.: CR19-159-RSL
- 3 -
ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington 98104-7097
+1 206 839 4300