The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAIGE A. THOMPSON,<br><br>Defendant. | NO. CR19-159RSL<br><br>GOVERNMENT'S NOTICE OF APPEARANCE OF COUNSEL |

The United States of America, by and through Nicholas W. Brown, United States Attorney for the Western District of Washington, and Jessica Manca, Assistant United States Attorney for said District, hereby submits this Notice of Appearance of Counsel in the above-referenced matter.

The above-captioned matter has been assigned to Jessica Manca, Assistant United States Attorney. Undersigned counsel respectfully requests that all pleadings, court documents, and correspondence be sent to her.

DATED this 5th day of November, 2021.

Respectfully submitted,

NICHOLAS W. BROWN
United States Attorney

 /s/ Jessica Manca
JESSICA MANCA
Assistant United States Attorney

NOTICE OF APPEARANCE – 1
U.S. v. Thompson/CR19-159RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970