The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAIGE A. THOMPSON,<br><br>Defendant. | NO. CR19-159RSL<br><br>GOVERNMENT'S NOTICE OF WITHDRAWAL OF COUNSEL |

Please take notice that Steven Masada, Assistant United States Attorney for the Western District of Washington, hereby withdraws as attorney of record for the United States. Jessica Manca, Assistant United States Attorney for the Western District of Washington, remains as counsel of record.

DATED this 5th day of November, 2021.

Respectfully submitted,

NICHOLAS W. BROWN
United States Attorney

*/s/ Steven Masada*
STEVEN MASADA
Assistant United States Attorney
Phone: (206) 553-7970
Email: Steven.Masada@usdoj.gov

NOTICE OF WITHDRAWAL- 1
*United States v. Thompson,* CR19-159RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970