THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>PAIGE A. THOMPSON,<br><br>　　　　　Defendant. | No. CR19-159-RSL<br><br>DECLARATION OF JAMES PASTORE IN SUPPORT OF CAPITAL ONE BANK (USA), N.A./CAPITAL ONE FINANCIAL CORP.'S OPPOSITION TO DEFENDANT'S MOTION FOR EARLY RETURN OF TRIAL SUBPOENA<br><br>Note on Motion Calendar: November 19, 2021 |

I, James Pastore, declare as follows:

1. I am a partner with the law firm of Debevoise & Plimpton LLP, and am counsel for Capital One Bank (USA), N.A./Capital One Financial Corp. ("Capital One"). I make this declaration in support of Capital One's Opposition to Defendant's Motion for Early Return of Trial Subpoena. I make this declaration of my own personal knowledge and, if called as a witness, I could and would testify competently to the truth of the matters set forth herein.

2. Attached hereto as Exhibit A is a true and correct copy of a letter dated July 27, 2020 that Debevoise sent to counsel for Defendant on behalf of Capital One, enclosing a document production in response to the May 4, 2020 subpoena that Defendant issued to Capital One.

DECLARATION OF JAMES PASTORE IN
SUPPORT OF CAPITAL ONE'S
OPPOSITION
Case No. CR19-159-RSL

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington 98104-7097
+1 206 839 4300

3. Attached hereto as Exhibit B is a true and correct copy of a letter dated October 23, 2020 that Debevoise sent to counsel for Defendant on behalf of Capital One.

4. Attached hereto as Exhibit C is a true and correct copy of a letter dated October 27, 2020 that Debevoise sent to counsel for Defendant on behalf of Capital One, enclosing a document production in response to the May 4, 2020 subpoena that Defendant issued to Capital One.

5. Attached hereto as Exhibit D is a true and correct copy of a letter dated December 16, 2020 that Debevoise sent to counsel for Defendant on behalf of Capital One, enclosing a document production in response to the May 4, 2020 subpoena that Defendant issued to Capital One.

6. Attached hereto as Exhibit E is a copy of the privilege log that Debevoise provided to Defendant on December 16, 2020.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at New York, New York this 8th day of November, 2021.

By: _____
James Pastore

DECLARATION OF JAMES PASTORE IN SUPPORT OF CAPITAL ONE'S OPPOSITION
Case No.: CR19-159-RSL

- 2 -

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington 98104-7097
+1 206 839 4300