# EXHIBIT A

**Debevoise
&Plimpton**

**Debevoise & Plimpton LLP**
919 Third Avenue
New York, NY 10022
+1 212 909 6000

**James J. Pastore, Jr.**
**Partner**
jjpastore@debevoise.com
+1 212 909 6793

**BY EMAIL**

July 27, 2020

Brian E. Klein
Baker Marquart LLP
2029 Century Park East, Suite 1600
Los Angeles, CA 90067

Nancy Tenney
Mohammad Ali Hamoudi
Christopher Sanders
Assistant Federal Public Defenders
1601 Fifth Avenue
Suite 700 Westlake Center Office Tower
Seattle, WA 98101

**USA v. Thompson, 2:19-cr-00159-RSL**

Dear Counsel,

Pursuant to the subpoena issued on May 4, 2020 (the "Subpoena") and consistent with
the agreement that Counsel for Ms. Thompson and counsel for Capital One reached
during the meet-and-confer meeting on April 30, 2020 (the "Meet and Confer"), Capital
One  is producing a set of documents with the corresponding Bates Range:
CONE00000003 - CONE00000220.  As agreed during the Meet and Confer, the
production includes: documents sufficient to show indications of the relevant
misconfiguration from March 12, 2019 until the date of  Capital One's referral of the
incident at issue in the abovementioned criminal proceeding to law enforcement (the
"Incident") (Request #1); communications involving Capital One's Chief Information
Security Officer ("CISO") at the time of the Incident relating to Paige Thompson's
alleged exploitation of the company's misconfiguration of its cloud infrastructure from
March 12, 2019 until the date of  Capital One's referral of the Incident to law
enforcement (Request #2); documents from Capital One's responsible disclosure program
that helped identify the Incident (Request #4 & #9); the log files related to the Incident
produced to the United States Attorney's Office for the Western District of Washington
on July 23, 2019 (Request # 5); and communications between, on the one hand, the CISO
and/or the Chief Information Officer of Capital One at the time of the Incident and, on
the other hand, anyone at Amazon Web Services relating to the Incident (documents
covered by the common interest privilege are not included in this production) (Request
#8).

Materials produced here have been designated CONFIDENTIAL –COUNSEL ONLY in accordance with the definitions provided in the Protective Order dated July 24, 2020 ("Protective Order").

As both parties have noted on our meet-and-confer calls, we are each reserving all rights with respect to the Subpoena.  In particular, Capital One's provision of these documents in advance of the Subpoena's return date in no way waives Capital One's rights to object to the requests in the Subpoena.  As we have previously noted in writing and on our calls, Capital One believes that the requests, as drafted, are objectionable because they are, among other things, overbroad, vague and irrelevant.  Similarly, your acceptance of these documents is not an agreement that the documents satisfy the outstanding requests.

Rather than further enumerate our respective clients' positions, the parties have instead agreed to work cooperatively and continue to remain in contact regarding the Subpoena.

Sincerely,

James J. Pastore, Jr.

Enclosure

2