# EXHIBIT B

**Debevoise & Plimpton LLP**          **James J. Pastore, Jr.**
919 Third Avenue                      **Partner**
New York, NY 10022                    jjpastore@debevoise.com
+1 212 909 6000                       +1 212 909 6793

**BY EMAIL**

October 23, 2020

Brian E. Klein
Baker Marquart LLP
2029 Century Park East, Suite 1600
Los Angeles, CA 90067

Nancy Tenney
Mohammad Ali Hamoudi
Christopher Sanders
Assistant Federal Public Defenders
1601 Fifth Avenue
Suite 700 Westlake Center Office Tower
Seattle, WA 98101

**USA v. Thompson, 2:19-cr-00159-RSL**

Dear Counsel,

Thank you for your letter of October 12, 2020 (the "Letter").  This responds to the Letter and follows up on the telephone conversation Mr. Klein and I had on Friday, October 16, 2020 (the "Call").

With respect to Request Number 1 of the May 4, 2020 subpoena (the "Subpoena), Capital One agrees it will produce the "PONG Event Summary" referenced in CONE00000032 subject to the July 24, 2020 protective order.  With respect to the Office of the Comptroller of Currency Consent Decree ("OCC Consent Decree")  referenced in the Letter, as discussed on the Call, the reference in the OCC Consent Decree to "internal audit" is a reference to Capital One's audit function and not to any particular document. Once we produce the PONG Event Summary report, we understand that the parties agree that Capital One will have substantially complied with Request Number 1.

As to Request Number 8, as indicated during the Call, Capital One agrees to expand its search of emails to include the CEO of Capital One.  I can also confirm that, as discussed in our Call, Capital One has not collected documents from the CFO in connection with the data breach litigation.  With respect to the GC, pursuant to your request in the Call, Capital One agrees to search the emails it has collected to date in connection with the data breach litigation.

The Letter requested additional information regarding the redactions that appear at CONE00000005 and CONE00000006, which are pages of an email produced at

7

CONE00000005 - CONE00000008, consisting of a message seeking counsel from Bob Kimball, an Amazon litigation lawyer; the presence of a Capital One employee on this communication does not waive the attorney client privilege given the joint defense/common interest privilege.

Capital One expects that, next week, it will make a production of documents consistent with this letter.

As both parties have noted on our meet-and-confer calls, we are each reserving rights with respect to the Subpoena.  As we have previously noted in writing and on our calls, Capital One continues to believe that the requests, as drafted, are objectionable because they are, among other things, overbroad, vague and irrelevant.


Sincerely,

/S/*James J. Pastore, Jr.*

James J. Pastore, Jr.

2