# EXHIBIT C

**Debevoise & Plimpton LLP**
919 Third Avenue
New York, NY 10022
+1 212 909 6000

**James J. Pastore, Jr.**
Partner
jjpastore@debevoise.com
+1 212 909 6793

**BY EMAIL**

October 27, 2020

Brian E. Klein
Baker Marquart LLP
2029 Century Park East, Suite 1600
Los Angeles, CA 90067

Nancy Tenney
Mohammad Ali Hamoudi
Christopher Sanders
Assistant Federal Public Defenders
1601 Fifth Avenue
Suite 700 Westlake Center Office Tower
Seattle, WA 98101

**USA v. Thompson, 2:19-cr-00159-RSL**

Dear Counsel,

Consistent with our letter of October 23, 2020, Capital One is now producing additional materials responsive to Requests No. 1 and 8 of the May 4, 2020 subpoena (the "Subpoena") bearing Bates numbers CONE00000341 – CONE00000345.

As to Request No. 1, Capital One is producing the "Pong Event Summary" referenced in CONE00000032, at Bates numbers CONE00000342 – CONE00000345.

As to Request No. 8, Capital One is producing email communications sent to the CEOs of Amazon and Capital One that reference the cyber incident at Bates number CONE00000341.

The documents bearing Bates numbers CONE00000341 – CONE00000345 have been designated CONFIDENTIAL –COUNSEL ONLY in accordance with the definitions provided in the Protective Order dated July 24, 2020 ("Protective Order").

With this production, Capital One believes it has now substantially complied with the obligations under the Subpoena though, as both parties have noted on our meet-and-confer calls, we are each reserving rights with respect to the Subpoena.

Sincerely,

*/S/ James J. Pastore Jr.*

James J. Pastore, Jr.

Enclosures