# EXHIBIT D

**Debevoise & Plimpton LLP**
919 Third Avenue
New York, NY 10022
+1 212 909 6000

**James J. Pastore, Jr.**
Partner
jjpastore@debevoise.com
+1 212 909 6793

**BY EMAIL**

December 16, 2020

Brian E. Klein
Baker Marquart LLP
2029 Century Park East, Suite 1600
Los Angeles, CA 90067

Nancy Tenney
Mohammad Ali Hamoudi
Christopher Sanders
Assistant Federal Public Defenders
1601 Fifth Avenue
Suite 700 Westlake Center Office Tower
Seattle, WA 98101

USA v. Thompson, 2:19-cr-00159-RSL

Dear Counsel,

Consistent with our letter of November 25, 2020, Capital One is now producing additional materials responsive to Requests No. 8 of the May 4, 2020 subpoena (the "Subpoena") bearing Bates numbers CONE00000346– CONE00000361.

As to Request No. 8, Capital One conducted a reasonable search of the email of the CEO and General Counsel for correspondence with Amazon regarding the incident. Capital One is producing additional email communications between the CEO of Capital One and Amazon employees at Bates number CONE00000348 - CONE00000350 and CONE00000359 - CONE00000361.

Capital One has also identified 11 documents from the General Counsel's emails responsive to this request which the company is withholding on privilege grounds. *See* Bates number CONE00000346 – CONE00000348 and CONE00000351 – CONE00000358. A privilege log describing these documents accompanies this production.

The documents bearing Bates numbers CONE00000346 – CONE00000351 have been designated CONFIDENTIAL –COUNSEL ONLY in accordance with the definitions provided in the Protective Order dated July 24, 2020 ("Protective Order").

With this production, Capital One believes it has now substantially complied with the obligations under the Subpoena though, as both parties have noted on our meet-and-confer calls, we are each reserving rights with respect to the Subpoena.

Sincerely,

*/s/ James J. Pastore, Jr.*

James J. Pastore, Jr.


Enclosures

2

14