# EXHIBIT E

| DOCUMENT BEGIN | ATTACHMENT BEGIN | DATE | DOCUMENT TYPE | EXTENSION | SUBJECT OR FILENAME | AUTHORS OR CHAT PARTICIPANTS | RECIPIENTS | COPYEES/BLIND COPYEES | DESCRIPTION | PRIVILEGES ASSERTED | DATE SERVED |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CONE00000346 | CONE00000346 | 7/22/2019 | ELECTRONIC MAIL | .MSG | AWS URGENT ISSUE | MATTHEW COOPER (CAPITAL ONE GENERAL COUNSEL) | DAVID ZAPOLSKY (AMAZON GENERAL COUNSEL) | | CONFIDENTIAL COMMUNICATON PREPARED IN ANTICIPATION OF LITIGATION AND SENT BETWEEN CAPITAL ONE GENERAL COUNSEL (MATT COOPER) AND GENERAL COUNSEL FOR AMAZON (DAVID ZAPOLSKY), WITH WHOM CAPITAL ONE MAINTAINS A COMMON LEGAL INTEREST, IN FURTHERANCE OF CAPITAL ONE IN-HOUSE COUNSEL'S LEGAL ADVICE TO THE COMPANY REGARDING THE CYBER-EVENT THAT WAS ANNOUNCED ON JULY 29, 2019. | ATTORNEY-CLIENT; WORK PRODUCT; JOINT DEFENSE/COMMON LEGAL INTEREST | 12/16/2020 |
| CONE00000347 | CONE00000347 | 7/22/2019 | ELECTRONIC MAIL | .MSG | [EXTERNAL SENDER] RE: AWS URGENT ISSUE | DAVID ZAPOLSKY (AMAZON GENERAL COUNSEL) | MATTHEW COOPER (CAPITAL ONE GENERAL COUNSEL) | | CONFIDENTIAL COMMUNICATION PREPARED IN ANTICIPATION OF LITIGATION AND SENT BETWEEN CAPITAL ONE GENERAL COUNSEL (MATT COOPER) AND GENERAL COUNSEL FOR AMAZON (DAVID ZAPOLSKY), WITH WHOM CAPITAL ONE MAINTAINS A COMMON LEGAL INTEREST, IN FURTHERANCE OF CAPITAL ONE IN-HOUSE COUNSEL'S LEGAL ADVICE TO THE COMPANY REGARDING THE CYBER-EVENT THAT WAS ANNOUNCED ON JULY 29, 2019. | ATTORNEY-CLIENT; WORK PRODUCT; JOINT DEFENSE/COMMON LEGAL INTEREST | 12/16/2020 |
| CONE00000348 | CONE00000348 | 7/22/2019 | ELECTRONIC MAIL | .MSG | RE: [EXTERNAL SENDER] RE: AWS URGENT ISSUE | MATTHEW COOPER (CAPITAL ONE GENERAL COUNSEL) | DAVID ZAPOLSKY (AMAZON GENERAL COUNSEL) | | CONFIDENTIAL COMMUNICATON PREPARED IN ANTICIPATION OF LITIGATION AND SENT BETWEEN CAPITAL ONE GENERAL COUNSEL (MATT COOPER) AND GENERAL COUNSEL FOR AMAZON (DAVID ZAPOLSKY), WITH WHOM CAPITAL ONE MAINTAINS A COMMON LEGAL INTEREST, IN FURTHERANCE OF CAPITAL ONE IN-HOUSE COUNSEL'S LEGAL ADVICE TO THE COMPANY REGARDING THE CYBER-EVENT THAT WAS ANNOUNCED ON JULY 29, 2019. | ATTORNEY-CLIENT; WORK PRODUCT; JOINT DEFENSE/COMMON LEGAL INTEREST | 12/16/2020 |
| CONE00000351 | CONE00000351 | 7/24/2019 | ELECTRONIC MAIL | .MSG | RE: [EXTERNAL SENDER] RE: DIAL-IN FOR 6 PT/9 ET - PRIVILEGED & CONFIDENTIAL | ANDREW DEVORE (AMAZON IN-HOUSE COUNSEL) | MATTHEW COOPER (CAPITAL ONE GENERAL COUNSEL); JAMES PASTORE (DEBEVOISE & PLIMPTON, CAPITAL ONE OUTSIDE COUNSEL) | JEFFREY GOLDBERG (AMAZON IN-HOUSE COUNSEL) | CONFIDENTIAL COMMUNICATON PREPARED IN ANTICIPATION OF LITIGATION AND SENT BETWEEN CAPITAL ONE GENERAL COUNSEL (MATT COOPER), CAPITAL ONE OUTSIDE COUNSEL (DEBEVOISE & PLIMPTON), AND IN-HOUSE COUNSEL FOR AMAZON (ANDREW DEVORE AND JEFF GOLDBERG), WITH WHOM CAPITAL ONE MAINTAINS A COMMON LEGAL INTEREST, IN FURTHERANCE OF CAPITAL ONE IN-HOUSE COUNSEL'S LEGAL ADVICE TO THE COMPANY REGARDING THE CYBER-EVENT THAT WAS ANNOUNCED ON JULY 29, 2019. | ATTORNEY-CLIENT; WORK PRODUCT; JOINT DEFENSE/COMMON LEGAL INTEREST | 12/16/2020 |
| CONE00000352 | CONE00000352 | 7/24/2019 | ELECTRONIC MAIL | .MSG | RE: [EXTERNAL SENDER] RE: DIAL-IN FOR 6 PT/9 ET - PRIVILEGED & CONFIDENTIAL | JAMES PASTORE (DEBEVOISE & PLIMPTON, CAPITAL ONE OUTSIDE COUNSEL) | ANDREW DEVORE (AMAZON IN-HOUSE COUNSEL); MATTHEW COOPER (CAPITAL ONE GENERAL COUNSEL) | JEFFREY GOLDBERG (AMAZON IN-HOUSE COUNSEL) | CONFIDENTIAL COMMUNICATON PREPARED IN ANTICIPATION OF LITIGATION AND SENT BETWEEN CAPITAL ONE GENERAL COUNSEL (MATT COOPER), CAPITAL ONE OUTSIDE COUNSEL (DEBEVOISE & PLIMPTON), AND IN-HOUSE COUNSEL FOR AMAZON (ANDREW DEVORE AND JEFF GOLDBERG), WITH WHOM CAPITAL ONE MAINTAINS A COMMON LEGAL INTEREST, IN FURTHERANCE OF CAPITAL ONE IN-HOUSE COUNSEL'S LEGAL ADVICE TO THE COMPANY REGARDING THE CYBER-EVENT THAT WAS ANNOUNCED ON JULY 29, 2019. | ATTORNEY-CLIENT; WORK PRODUCT; JOINT DEFENSE/COMMON LEGAL INTEREST | 12/16/2020 |
| CONE00000353 | CONE00000353 | 7/24/2019 | ELECTRONIC MAIL | .MSG | RE: [EXTERNAL SENDER] RE: DIAL-IN FOR 6 PT/9 ET - PRIVILEGED & CONFIDENTIAL | MATTHEW COOPER (CAPITAL ONE GENERAL COUNSEL) | ANDREW DEVORE (AMAZON IN-HOUSE COUNSEL) | JEFFREY GOLDBERG (AMAZON IN-HOUSE COUNSEL); JAMES PASTORE (DEBEVOISE & PLIMPTON, CAPITAL ONE OUTSIDE COUNSEL) | CONFIDENTIAL COMMUNICATON PREPARED IN ANTICIPATION OF LITIGATION AND SENT BETWEEN CAPITAL ONE GENERAL COUNSEL (MATT COOPER), CAPITAL ONE OUTSIDE COUNSEL (DEBEVOISE & PLIMPTON), AND IN-HOUSE COUNSEL FOR AMAZON (ANDREW DEVORE AND JEFF GOLDBERG), WITH WHOM CAPITAL ONE MAINTAINS A COMMON LEGAL INTEREST, IN FURTHERANCE OF CAPITAL ONE IN-HOUSE COUNSEL'S LEGAL ADVICE TO THE COMPANY REGARDING THE CYBER-EVENT THAT WAS ANNOUNCED ON JULY 29, 2019. | ATTORNEY-CLIENT; WORK PRODUCT; JOINT DEFENSE/COMMON LEGAL INTEREST | 12/16/2020 |
| CONE00000354 | CONE00000354 | 7/24/2019 | ELECTRONIC MAIL | .MSG | RE: [EXTERNAL SENDER] RE: DIAL-IN FOR 6 PT/9 ET - PRIVILEGED & CONFIDENTIAL | MATTHEW COOPER (CAPITAL ONE GENERAL COUNSEL) | ANDREW DEVORE (AMAZON IN-HOUSE COUNSEL) | JEFFREY GOLDBERG (AMAZON IN-HOUSE COUNSEL); JAMES PASTORE (DEBEVOISE & PLIMPTON, CAPITAL ONE OUTSIDE COUNSEL) | CONFIDENTIAL COMMUNICATON PREPARED IN ANTICIPATION OF LITIGATION AND SENT BETWEEN CAPITAL ONE GENERAL COUNSEL (MATT COOPER), CAPITAL ONE OUTSIDE COUNSEL (DEBEVOISE & PLIMPTON), AND IN-HOUSE COUNSEL FOR AMAZON (ANDREW DEVORE AND JEFF GOLDBERG), WITH WHOM CAPITAL ONE MAINTAINS A COMMON LEGAL INTEREST, IN FURTHERANCE OF CAPITAL ONE IN-HOUSE COUNSEL'S LEGAL ADVICE TO THE COMPANY REGARDING THE CYBER-EVENT THAT WAS ANNOUNCED ON JULY 29, 2019. | ATTORNEY-CLIENT; WORK PRODUCT; JOINT DEFENSE/COMMON LEGAL INTEREST | 12/16/2020 |
| CONE00000355 | CONE00000355 | 7/25/2019 | ELECTRONIC MAIL | .MSG | RE: DIAL-IN FOR 6 PT/9 ET - PRIVILEGED & CONFIDENTIAL | ANDREW DEVORE (AMAZON IN-HOUSE COUNSEL) | MATTHEW COOPER (CAPITAL ONE GENERAL COUNSEL) | JEFFREY GOLDBERG (AMAZON IN-HOUSE COUNSEL) | CONFIDENTIAL COMMUNICATON PREPARED IN ANTICIPATION OF LITIGATION AND SENT BETWEEN CAPITAL ONE GENERAL COUNSEL (MATT COOPER), CAPITAL ONE OUTSIDE COUNSEL (DEBEVOISE & PLIMPTON), AND IN-HOUSE COUNSEL FOR AMAZON (ANDREW DEVORE AND JEFF GOLDBERG), WITH WHOM CAPITAL ONE MAINTAINS A COMMON LEGAL INTEREST, IN FURTHERANCE OF CAPITAL ONE IN-HOUSE COUNSEL'S LEGAL ADVICE TO THE COMPANY REGARDING THE CYBER-EVENT THAT WAS ANNOUNCED ON JULY 29, 2019. | ATTORNEY-CLIENT; WORK PRODUCT; JOINT DEFENSE/COMMON LEGAL INTEREST | 12/16/2020 |
| CONE00000356 | CONE00000356 | 7/25/2019 | ELECTRONIC MAIL | .MSG | RE: DIAL-IN FOR 6 PT/9 ET - PRIVILEGED & CONFIDENTIAL | MATTHEW COOPER (CAPITAL ONE GENERAL COUNSEL) | ANDREW DEVORE (AMAZON IN-HOUSE COUNSEL) | JEFFREY GOLDBERG (AMAZON IN-HOUSE COUNSEL) | CONFIDENTIAL COMMUNICATON PREPARED IN ANTICIPATION OF LITIGATION AND SENT BETWEEN CAPITAL ONE GENERAL COUNSEL (MATT COOPER), CAPITAL ONE OUTSIDE COUNSEL (DEBEVOISE & PLIMPTON), AND IN-HOUSE COUNSEL FOR AMAZON (ANDREW DEVORE AND JEFF GOLDBERG), WITH WHOM CAPITAL ONE MAINTAINS A COMMON LEGAL INTEREST, IN FURTHERANCE OF CAPITAL ONE IN-HOUSE COUNSEL'S LEGAL ADVICE TO THE COMPANY REGARDING THE CYBER-EVENT THAT WAS ANNOUNCED ON JULY 29, 2019. | ATTORNEY-CLIENT; WORK PRODUCT; JOINT DEFENSE/COMMON LEGAL INTEREST | 12/16/2020 |

| CONE00000357 | CONE00000357 | 7/26/2019 | ELECTRONIC MAIL | .MSG | RE: DIAL-IN FOR 6 PT/9 ET - PRIVILEGED & CONFIDENTIAL | ANDREW DEVORE (AMAZON IN-HOUSE COUNSEL) | MATTHEW COOPER (CAPITAL ONE GENERAL COUNSEL) | | CONFIDENTIAL COMMUNICATON PREPARED IN ANTICIPATION OF LITIGATION AND SENT BETWEEN CAPITAL ONE GENERAL COUNSEL (MATT COOPER), CAPITAL ONE OUTSIDE COUNSEL (DEBEVOISE & PLIMPTON), AND IN-HOUSE COUNSEL FOR AMAZON (ANDREW DEVORE), WITH WHOM CAPITAL ONE MAINTAINS A COMMON LEGAL INTEREST, IN FURTHERANCE OF CAPITAL ONE IN-HOUSE COUNSEL'S LEGAL ADVICE TO THE COMPANY REGARDING THE CYBER-EVENT THAT WAS ANNOUNCED ON JULY 29, 2019. | ATTORNEY-CLIENT; WORK PRODUCT; JOINT DEFENSE/COMMON LEGAL INTEREST | 12/16/2020 |
| CONE00000358 | CONE00000358 | 7/26/2019 | ELECTRONIC MAIL | .MSG | RE: [EXTERNAL SENDER] RE: DIAL-IN FOR 6 PT/9 ET - PRIVILEGED & CONFIDENTIAL | MATTHEW COOPER (CAPITAL ONE GENERAL COUNSEL) | ANDREW DEVORE (AMAZON IN-HOUSE COUNSEL) | | CONFIDENTIAL COMMUNICATON PREPARED IN ANTICIPATION OF LITIGATION AND SENT BETWEEN CAPITAL ONE GENERAL COUNSEL (MATT COOPER), CAPITAL ONE OUTSIDE COUNSEL (DEBEVOISE & PLIMPTON), AND IN-HOUSE COUNSEL FOR AMAZON (ANDREW DEVORE AND JEFF GOLDBERG), WITH WHOM CAPITAL ONE MAINTAINS A COMMON LEGAL INTEREST, IN FURTHERANCE OF CAPITAL ONE IN-HOUSE COUNSEL'S LEGAL ADVICE TO THE COMPANY REGARDING THE CYBER-EVENT THAT WAS ANNOUNCED ON JULY 29, 2019. | ATTORNEY-CLIENT; WORK PRODUCT; JOINT DEFENSE/COMMON LEGAL INTEREST | 12/16/2020 |