THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR19-159-RSL |
| Plaintiff, | |
| v. | MOTION TO FILE OVERLENGTH REPLY RE DEFENSE MOTION FOR EARLY RETURN OF TRIAL SUBPOENA TO CAPITAL ONE BANK (USA), N.A./CAPITAL ONE FINANCIAL CORP. |
| PAIGE THOMPSON, | |
| Defendant. | |
| | Noted for |

Paige Thompson, by her attorneys, respectfully requests permission to file a

7-page Reply to the defense motion for early return of trial subpoena. Ms. Thompson's

motion addresses important legal and factual issues that need to be briefed in detail for

this Court's consideration and for preservation of the record. Counsel have condensed

and focused the facts and issues to the best of their ability while still providing the

Court with a thorough explanation of the relevant facts and law. As a result, the

response cannot be adequately briefed within the 6-page limit of Local Criminal Rule

12(b)(5).

Accordingly, counsel for Ms. Thompson seeks permission to file a 7- page

Reply.

DATED this 19th day of November, 2021.

Respectfully submitted,

/s/ Mohammad Ali Hamoudi
MOHAMMAD ALI HAMOUDI

MOTION TO FILE OVERLENGTH REPLY ISO
MOTION FOR EARLY RETURN OF TRIAL
SUBPOENA TO CAPITAL ONE
(*U.S. v. Paige Thompson*, CR19-159-RSL) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, WA  98101**
**(206) 553-1100**

1

2

/s/ Christopher Sanders
CHRISTOPHER SANDERS

3

4

/s/ Nancy Tenney
NANCY TENNEY
Assistant Federal Public Defenders

5

6

/s/ Brian Klein
BRIAN KLEIN

7

8

/s/ Melissa Meister
MELISSA MEISTER
Waymaker LLP

9

10

Attorneys for Paige Thompson

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

MOTION TO FILE OVERLENGTH REPLY ISO
MOTION FOR EARLY RETURN OF TRIAL
SUBPOENA TO CAPITAL ONE
 (*U.S. v. Paige Thompson*, CR19-159-RSL) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, WA  98101**
**(206) 553-1100**