THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR19-159-RSL |
| Plaintiff, | ) ) | ORDER GRANTING MOTION TO DISMISS COUNTS 1, 9, AND 10 OF THE SUPERSEDING INDICTMENT |
| v. | ) ) | |
| PAIGE THOMPSON, | ) ) | (PROPOSED) |
| Defendant. | ) ) ) | |

The Court has considered the defense motion to dismiss counts 1, 9, and 10 of the Superseding Indictment, the response from the government and the records and files in this case.

The motion is GRANTED. Counts 1, 9, and 10 of the Superseding Indictment are dismissed.

DATED this _____ day of December, 2021.

_____
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

/s/ Mohammad Ali Hamoudi
MOHAMMAD ALI HAMOUDI

/s/ Christopher Sanders
CHRISTOPHER SANDERS

ORDER GRANTING MOTION TO DISMISS COUNTS 1,
9, AND 10 OF THE SUPERSEDING INDICTMENT
(*Paige Thompson*, CR19-159-RSL) - 1

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, WA  98101
(206) 553-1100

/s/ Nancy Tenney
NANCY TENNEY
Assistant Federal Public Defenders

s/ Brian Klein
BRIAN KLEIN

/s/ Melissa Meister
MELISSA MEISTER
Waymaker LLP

Attorneys for Paige Thompson

ORDER GRANTING MOTION TO DISMISS COUNTS 1, 9, AND 10 OF THE SUPERSEDING INDICTMENT
(*Paige Thompson*, CR19-159-RSL) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, WA 98101**
**(206) 553-1100**