THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>PAIGE THOMPSON,<br><br>   Defendant. | No. CR19-159-RSL<br><br>ORDER GRANTING MOTION TO DISMISS COUNTS 2 - 8 OF THE SUPERSEDING INDICTMENT<br><br>(PROPOSED) |

The Court has considered the defense motion to dismiss counts 2 through 8 of the Superseding Indictment, the response from the government and the records and files in this case.

The motion is GRANTED. Counts 2 through 8 of the Superseding Indictment are dismissed.

DATED this ____ day of December, 2021.

_____
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

/s/ Mohammad Ali Hamoudi
MOHAMMAD ALI HAMOUDI

/s/ Christopher Sanders
CHRISTOPHER SANDERS

ORDER GRANTING MOTION TO DISMISS COUNTS 2-8 OF THE SUPERSEDING INDICTMENT
(*Paige Thompson*, CR19-159-RSL) - 1

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, WA  98101
(206) 553-1100

/s/ Nancy Tenney
NANCY TENNEY
Assistant Federal Public Defenders

s/ Brian Klein
BRIAN KLEIN

/s/ Melissa Meister
MELISSA MEISTER
Waymaker LLP

Attorneys for Paige Thompson

ORDER GRANTING MOTION TO DISMISS COUNTS 2-8 OF THE SUPERSEDING INDICTMENT
(*Paige Thompson*, CR19-159-RSL) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, WA  98101**
**(206) 553-1100**