THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR19-159-RSL |
| Plaintiff, | ORDER GRANTING MOTION TO STRIKE THE CRYPTO MINING ALLEGATIONS OF COUNT ONE AND TO SEVER COUNT EIGHT OF THE INDICTMENT |
| v. | |
| PAIGE THOMPSON, | |
| Defendant. | (PROPOSED) |

The Court has considered the defense motion to strike the allegations regarding crypto mining from Count 1 and sever Count 8 of the Indictment, the response from the government and the records and files in this case.

The motion is GRANTED. The allegations regarding crypto mining in Count 1 is stricken. The Court further GRANTS the motion to sever Court 8 from the Indictment.

DATED this _____ day of January, 2022.

_____
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

/s/ Mohammad Ali Hamoudi
MOHAMMAD ALI HAMOUDI

/s/ Christopher Sanders
CHRISTOPHER SANDERS

ORDER GRANTING MOTION TO STRIKE CRYPTO
ALLEGATION OF COUNT 1 AND SEVER COUNT 8
(*Paige Thompson*, CR19-159-RSL) - 1

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, WA  98101
(206) 553-1100

| | |
|---|---|
| 1 | /s/ Nancy Tenney |
| 2 | NANCY TENNEY |
|   | Assistant Federal Public Defenders |
| 3 | |
| 4 | s/ Brian Klein |
|   | BRIAN KLEIN |
| 5 | |
| 6 | /s/ Melissa Meister |
|   | MELISSA MEISTER |
| 7 | Waymaker LLP |
| 8 | Attorneys for Paige Thompson |