The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>PAIGE THOMPSON,<br><br>Defendant. | No. CR19-159 RSL<br><br>[PROPOSED]<br>ORDER |

THE COURT, having considered the government's motion to conduct a hearing regarding the admissibility of expert testimony and for necessary mid-trial recesses, ORDERS:

The Court will hold a hearing at _____ on _____ to address the admissibility of any expert testimony that the defense intends to offer in this case;

The Court will grant mid-trial recesses to allow the government adequate time to prepare to cross-examine defense expert witnesses, and obtain expert rebuttal testimony for any defense expert, unless, (i) at least 30 days prior to the commencement of trial defense counsel has made expert disclosures that contain the information described in Rule 16(b)(1)(C) of the Federal Rules of Criminal Procedure, or (ii) defense has offered

[PROPOSED] ORDER
CR19-159 RSL - 1

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1 testimony at the hearing described in the previous paragraph that contains such
2 information; and
3     The Court will determine the length of such mid-trial recesses, based upon the
4 nature of the defense expert testimony, and based upon the amount of time required for
5 the government reasonably to respond to such testimony.
6
7     DATED this _____ day of January, 2022.

                                                                                                   _____
                                                                                                   ROBERT S. LASNIK
                                                                                                   United States District Judge

[PROPOSED] ORDER
CR19-159 RSL - 2

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970