THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR19-159-RSL |
| Plaintiff, | ) | |
| v. | ) | **MS. THOMPSON'S NOTICE OF INTENT TO PRESENT EXPERT EVIDENCE OF A MENTAL CONDITION PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 12.2(b)** |
| PAIGE A. THOMPSON, | ) | |
| Defendant. | ) | |

Paige Thompson, through counsel, files this Notice of Intent to Present Expert Evidence of a Mental Condition Pursuant to Federal Rules of Criminal Procedure 12.2(b). Rule 12.2(b), in relevant part, states:

> If a defendant intends to introduce expert evidence relating to a mental disease or defect or any other mental condition of the defendant bearing on either (1) the issue of guilt or (2) the issue of punishment in a capital case, the defendant must—within the time provided for filing a pretrial motion or at any later time the court sets—notify an attorney for the government in writing of this intention and file a copy of the notice with the clerk.

Ms. Thompson hereby provides notice to the United States Attorney's Office of her intent to present expert evidence of a mental condition.

//

//

NOTICE OF INTENT TO PRESENT EVIDENCE
OF MENTAL CONDITION
(*Paige Thompson*, CR19-159-RSL) - 1

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

DATED: December 6, 2021

Respectfully submitted,

/s/ *Mohammad Ali Hamoudi*
MOHAMMAD ALI HAMOUDI
/s/ *Christopher Sanders*
CHRISTOPHER SANDERS
/s/ *Nancy Tenney*
NANCY TENNEY
Assistant Federal Public Defenders

/s/ *Brian Klein*
BRIAN KLEIN
/s/ *Melissa Meister*
MELISSA MEISTER
Waymaker LLP

Attorneys for Paige Thompson

NOTICE OF INTENT TO PRESENT EVIDENCE
OF MENTAL CONDITION
(*Paige Thompson*, CR19-159-RSL) - 2

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
**(206) 553-1100**