THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>PAIGE A. THOMPSON,<br><br>          Defendant. | No. CR19-159-RSL<br><br>(PROPOSED) ORDER TO COMPEL CAPITAL ONE DATA IN POSSESSION OF THE GOVERNMENT |

The Court has considered the motion to compel the Capital One data in possession of the government and files and records herein.

The Court ORDERS the government to disclose the Capital One data to the defense immediately.

DATED this ___ day of _____ 2021.

_____
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Mohammad Ali Hamoudi*
MOHAMMAD ALI HAMOUDI

*/s/ Christopher Sanders*
CHRISTOPHER SANDERS

ORDER TO COMPEL CAPITAL ONE DATA
(*Paige Thompson*, CR19-159-RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

1  /s/ Nancy Tenney
   NANCY TENNEY
2  Assistant Federal Public Defenders

3  s/ Brian Klein
4  BRIAN KLEIN

5  /s/ Melissa Meister
   MELISSA MEISTER
6  Waymaker LLP

7  Attorneys for Paige Thompson

ORDER TO COMPEL CAPITAL ONE DATA
(*Paige Thompson*, CR19-159-RSL) - 2

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100