# EXHIBIT A

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

Western District of Washington

| United States of America | ) |
|---|---|
| v. | ) |
| PAIGE A. THOMPSON | ) Case No. CR19-159RSL |
| *Defendant* | ) |

**SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE**

To: Capital One Bank (USA), N.A./Capitol One Financial Corp.
Attn: 12070-7000 (Subpoena Dept)
15000 Capital One Drive
Richmond, VA  23238-1119
c/o Debevoise & Plimpton LLP
919 Third Avenue, NY, NY 10022 via jjpastore@debevoise.com

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: United States District Courthouse<br>700 Stewart Street<br>Seattle, WA 98101 | Courtroom No.: Judge Lasnik, Ct. 15106 |
|---|---|
| | Date and Time: March 14, 2022 @ 10:00 a.m. |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*: SEE ATTACHMENT A

If records are received before March 14, 2022 you do NOT need to appear at the above date and time. Thank you

(SEAL)

Date:  12.8.21



CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

Issued in Blank

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Paige Thompson , who requests this subpoena, are:

Nancy Tenney
Assistant Federal Public Defender
1601 5th Avenue, Ste 700
Seattle, WA 98101
Phone: (206) 553.1100
Fax: (206) 553.0120

\* please contact Investigator Stacey Brownstein at 253.593.6710 if you have any questions. Please email the requested records to stacey_brownstein@fd.org

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   CR18-5489BHS

# PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date: _____

*Server's signature*

*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc:

**Attachment A**

This subpoena seeks production of only the following four documents:

1. iDiscovery Solutions' assessment regarding the scope and impact of the Cyber Incident;

2. Management's Root Cause Analysis;

3. the "Project Star Post-Incident Report;" and

4. Capital One's internal analysis of the personal identifying information ("PII") impacted in the Incident.