

December 22, 2021

**Orrick, Herrington & Sutcliffe LLP**

701 Fifth Avenue
Suite 5600
Seattle, WA 98104-7097

+1 206 839 4300

**orrick.com**

The Honorable Robert S. Lasnik
United States District Court
700 Stewart St., Suite 15128
Seattle, WA  98101-9906

**Aravind Swaminathan**

E  aswaminathan@orrick.com
D  +1 206 839 4340
F  +1 206 839 4301

Re:     *United States v. Paige A. Thompson*, No. CR19-159-RSL

Your Honor:

Please find attached as Exhibit A, a letter from co-counsel for Capital One, John Gleeson and James Pastore of Debevoise & Plimpton.

Sincerely,

Aravind Swaminathan
Counsel for Capital One


Exhibit A