The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> PAIGE A. THOMPSON, <br><br> Defendant. | NO. CR19-159 RSL <br><br> **UNITED STATES' OPPOSITION TO DEFENDANT'S MOTION TO DISMISS COUNTS 1, 9, AND 10 OF THE SUPERSEDING INDICTMENT** |

Exhibit A

Filed Under Seal

October 4, 2019 Defense Briefing

EXHIBIT A TO UNITED STATES' OPPOSITION TO
DEFENDANT'S MOTION TO DISMISS COUNTS 1, 9, AND 10
*United States v. Thompson* / CR19-159 RSL - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970