The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>PAIGE A. THOMPSON,<br><br>Defendant. | NO. CR19-159 RSL<br><br>**UNITED STATES' MOTION TO SEAL EXHIBIT A TO ITS OPPOSITION TO DEFENDANT'S MOTION TO DISMISS COUNTS 1, 9, AND 10 OF THE SUPERSEDING INDICTMENT** |

The United States hereby moves this Court for an Order to Seal Exhibit A to its Opposition to Defendant's Motion to Dismiss Counts 1, 9, and 10 of the Superseding Indictment. This motion is made on the ground that the exhibit contains Protected Material as defined in the Amended Stipulated Protective Order entered on July 24, 2020 (Dkt. No. 87). A copy of the exhibit has been provided to opposing counsel.

//
//

UNITED STATES' MOTION TO SEAL EXHIBIT A
*United States v. Thompson* / CR19-159 RSL - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | |
|---|---|
| 1 | DATED: December 23, 2021. |

Respectfully submitted,

NICHOLAS W. BROWN
United States Attorney

*/s Jessica M. Manca*
ANDREW FRIEDMAN
JESSICA M. MANCA
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Telephone: (206) 553-7970
Fax: (206) 553-0882
E-mail: Andrew.Friedman@usdoj.gov
          Jessica.Manca@usdoj.gov

UNITED STATES' MOTION TO SEAL EXHIBIT A
*United States v. Thompson* / CR19-159 RSL - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970