The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>PAIGE A. THOMPSON,<br><br>Defendant. | NO. CR19-159 RSL<br><br>**[PROPOSED] ORDER GRANTING UNITED STATES' MOTION TO SEAL EXHIBIT A TO ITS OPPOSITION TO DEFENDANT'S MOTION TO DISMISS COUNTS 1, 9, AND 10 OF THE SUPERSEDING INDICTMENT** |

This matter has come before the Court on the United States' Motion to Seal Exhibit A to its Opposition to Defendant's Motion to Dismiss Counts 1, 9, and 10 of the Superseding Indictment. The Court has reviewed the motions and records in this case and finds there are compelling reasons to permit the filing under seal of Exhibit A to the United States' Opposition to Defendant's Motion to Dismiss Counts 1, 9, and 10 of the Superseding Indictment, due to the sensitive information contained therein.

IT IS HEREBY ORDERED that Exhibit A to the United States' Opposition to Defendant's Motion to Dismiss Counts 1, 9, and 10 of the Superseding Indictment be filed under seal.

//
//

[PROPOSED] SEALING ORDER
*United States v. Thompson* / CR19-159 RSL - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

DATED this \_\_\_\_\_ day of _____, 2021.

_____
ROBERT S. LASNIK
United States District Court Judge

Presented by:

*s/ Jessica M. Manca*
JESSICA M. MANCA
Assistant United States Attorney

[PROPOSED] SEALING ORDER
*United States v. Thompson* / CR19-159 RSL - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970