Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>PAIGE A. THOMPSON<br><br>Defendant. | NO. CR19-159 RSL<br><br>UNITED STATES' MOTION TO FILE A BRIEF IN EXCESS OF TWELVE PAGES<br><br>NOTE ON MOTION CALENDAR:<br>December 23, 2021 |

The United States of America, by Nicholas W. Brown, United States Attorney for the Western District of Washington, and Andrew Friedman and Jessica M. Manca, Assistant United States Attorneys for said District, hereby seeks an order from this Court permitting the United States to file a response opposing the Defendant's Motion to Dismiss Counts 2-8 (Dkt. 123), in excess of the 12-page limitation prescribed in CrR 12(c)(6) of the Local Rules of the United States District Court for the Western District of Washington. Specifically, the United States seeks the Court's approval to file a response that is up to 13 pages in length.

The United States seeks this authorization because the defendant moved to dismiss 7 counts in a 10-count Superseding Indictment, and raises three different legal claims. Due to the technical nature of the charges in this case and the number of issues raised, the

Motion to File Excess Pages
*United States v. Thompson* / CR19-159 RSL - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

United States required an additional page of briefing to thoroughly address the defendant's arguments and clarify the relevant legal standards.

DATED this 23rd day of December, 2021.

Respectfully submitted,

NICHOLAS W. BROWN
United States Attorney

/s Jessica M. Manca
/s Andrew Friedman
JESSICA M. MANCA
ANDREW FRIEDMAN
Assistant United States Attorneys
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Telephone:   (206) 553-4397
E-mail:          Jessica.Manca@usdoj.gov

Motion to File Excess Pages
*United States v. Thompson* / CR19-159 RSL - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970