Judge Robert S. Lasnik

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>PAIGE A. THOMPSON,<br><br>Defendant. | NO. CR19-159 RSL<br><br>[Proposed]<br><br>ORDER GRANTING UNITED STATES'<br>MOTION TO FILE A BRIEF IN EXCESS<br>OF TWELVE PAGES |

The Court, having reviewed the Motion of the United States to File a Brief in Excess of Twelve Pages, hereby enters the following order:

IT IS HEREBY ORDERED that the Motion is GRANTED.  The United States may file its response to the Defendant's Motion to Dismiss Counts 2-8 (Dkt. 123) that does not exceed 13 pages in length.

DATED this _____ day of December, 2021.


_____
ROBERT S. LASNIK
United States District Judge


PRESENTED BY:

_____
JESSICA M. MANCA
Assistant United States Attorney

Order Permitting Excess Pages
*United States v. Thompson* / CR19-159 RSL- 1