Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>PAIGE A. THOMPSON<br><br>Defendant. | NO. CR19-159 RSL<br><br>UNITED STATES' MOTION TO FILE A BRIEF IN EXCESS OF TWELVE PAGES<br><br>NOTE ON MOTION CALENDAR:<br>December 23, 2021 |

The United States of America, by Nicholas W. Brown, United States Attorney for the Western District of Washington, and Andrew C. Friedman and Jessica M. Manca, Assistant United States Attorneys for said District, hereby seeks an order from this Court permitting the United States to file a response opposing the Defendant's Motion to Strike Cryptocurrency Allegations and to Sever Count 8 (Docket No. 124), in excess of the 12-page limitation prescribed in CrR 12(c)(6) of the Local Rules of the United States District Court for the Western District of Washington.  Specifically, the United States seeks the Court's approval to file a response that is up to 16 pages in length.

The United States seeks this authorization because this case involves complicated facts, because the United States' response contains a detailed factual section that is designed to address all three defense motions in the case (which is incorporated by

Motion to File Overlength Brief
*United States v. Thompson* / CR19-159 RSL - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

reference in the United States' two other motions responses), and because the United States requires additional pages in order adequately to do so.

DATED this 23rd day of December, 2021.

Respectfully submitted,

NICHOLAS W. BROWN
United States Attorney

/s Andrew Friedman
/s Jessica M. Manca
ANDREW FRIEDMAN
JESSICA M. MANCA
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Telephone: (206) 553-7970
Fax: (206) 553-0882
E-mail: Andrew.Friedman@usdoj.gov
Jessica.Manca@usdoj.gov

Motion to File Overlength Brief
*United States v. Thompson* / CR19-159 RSL - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970