Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>PAIGE A. THOMPSON,<br><br>Defendant. | NO. CR19-159 RSL<br><br>[PROPOSED] ORDER GRANTING UNITED STATES' MOTION TO FILE A BRIEF IN EXCESS OF TWELVE PAGES |

The Court, having reviewed the Motion of the United States to File a Brief in Excess of Twelve Pages, hereby enters the following order:

IT IS HEREBY ORDERED that the Motion is GRANTED.  The United States may file a response to the Defendant's Motion to Strike Cryptojacking Allegations and to Sever Count 8 (Docket No. 124) that does not exceed 16 pages in length.

DATED: this _____ day of December, 2021.

_____
ROBERT S. LASNIK
United States District Judge

Presented by:

 */s/ Andrew C. Friedman*
ANDREW C. FRIEDMAN
Assistant United States Attorney

Order Permitting Excess Pages
*United States v. Thompson* / CR19-159 RSL- 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970