The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>PAIGE A. THOMPSON,<br><br>Defendant. | NO. CR19-159 RSL<br><br>**UNITED STATES' MOTION TO SEAL EXHIBITS A AND B TO ITS OPPOSITION TO DEFENDANT'S MOTION TO STRIKE CRYPTOJACKING ALLEGATIONS AND TO SEVER COUNT 8**<br><br>Note on Motion Calendar: Dec. 31, 2021 |

The United States hereby moves this Court for an Order to Seal Exhibits A and B to its Opposition to Defendant's Motion to Strike Cryptojacking Allegations and to Sever Count 8. This motion is made on the ground that the exhibits contain Protected Material as defined in the Amended Stipulated Protective Order entered on July 24, 2020 (Dkt.

UNITED STATES' MOTION TO SEAL EXHIBITS A & B
*United States v. Thompson* / CR19-159 RSL - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

No. 87) and grand jury material.  A copy of the exhibits has been provided to opposing counsel.

DATED:  December 23, 2021.

Respectfully submitted,

NICHOLAS W. BROWN
United States Attorney

*/s Andrew Friedman*
*/s Jessica M. Manca*
ANDREW FRIEDMAN
JESSICA M. MANCA
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Telephone:   (206) 553-7970
Fax:              (206) 553-0882
E-mail:         Andrew.Friedman@usdoj.gov
                    Jessica.Manca@usdoj.gov

UNITED STATES' MOTION TO SEAL EXHIBITS A & B
*United States v. Thompson* / CR19-159 RSL - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970