The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>PAIGE A. THOMPSON,<br><br>Defendant. | NO. CR19-159 RSL<br><br>**EXHIBITS A & B TO UNITED STATES' OPPOSITION TO DEFENDANT'S MOTION TO STRIKE CRYPTOJACKING ALLEGATIONS AND TO SEVER COUNT 8**<br><br>**(FILED UNDER SEAL)** |

EXHIBIT A & B TO UNITED STATES' OPPOSITION TO DEFENDANT'S MOTION TO STRIKE CRYPTOJACKING ALLECATIONS AND TO SEVER COUNT 8
*United States v. Thompson* / CR19-159 RSL - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970