THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>PAIGE A. THOMPSON,<br><br>    Defendant. | No. CR19-159-RSL<br><br>STIPULATED MOTION AND [PROPOSED] NON-WAIVER ORDER UNDER FEDERAL RULE OF EVIDENCE 502<br><br>Note on Motion Calendar: December 21, 2021 |

### STIPULATION

Defendant Paige A. Thompson ("Defendant") and Capital One Bank (USA), N.A./Capital One Financial Corp. ("Capital One") by their undersigned counsel, hereby stipulate to and seek entry of a non-waiver order under Federal Rule of Evidence 502(d), showing the Court as follows:

WHEREAS, Defendant has served a subpoena on Capital One seeking, among other documents and information, a report prepared for Capital One by iDiscovery Solutions ("Report"), (attached as Exhibit A); and

WHEREAS, Capital One considers the Report protected by the attorney client privilege and work product protection because, among other things, iDiscovery Solutions ("iDS") (1) was retained by Capital One's outside counsel, Debevoise & Plimpton LLP ("Debevoise"), to review the process Capital One used to assess the scope of the 2019 hack,

STIPULATED MOTION AND [PROPOSED] ORDER
Case No. CR19-159-RSL

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington 98104-7097
+1 206 839 4300

1 confirm the related conclusions Capital One made about the extent of exposure of certain categories of personal information, and to allow Capital One to adequately comply with state data breach notification laws; (2) conducted its analysis at the direction of and in coordination with Debevoise, who actively participated in and directed iDS's work for the purposes of providing legal advice in anticipation of the litigation expected to follow the 2019 hack; and (3) delivered its Report to Debevoise at the conclusion of its analysis; and

WHEREAS, Capital One and the Defendant stipulate under Federal Rule of Evidence 502(e) that Capital One's disclosure of the Report in this case does not waive any applicable privilege or protection that may apply to the Report or to any other documents and information.  *See* Fed. R. Evid. 502(d) Advisory Committee's note to 2007 amendments ("Subdivision (e) codifies the well-established proposition that parties can enter an agreement to limit the effect of waiver by disclosure between or among them."); and

WHEREAS, Capital One and the Defendant seek entry of an order, as contemplated by Federal Rule of Evidence 502(d), incorporating their non-waiver stipulation and providing that Capital One's disclosure of the Report in this case shall not effect a waiver of any privileges or protections applicable to the Report or any other documents or information in this case or in any other federal or state proceeding.  *See* Fed. R. Evid. 502(d) (allowing a federal court to "order that the privilege or protection is not waived by disclosure connected with the litigation pending before the court—in which event the disclosure is also not a waiver in any other federal or state proceeding"); and

WHEREAS, Capital One and the Defendant agree that entry of a stipulated non-waiver order will facilitate the resolution of the dispute over the Report and otherwise promote judicial economy.

NOW, THEREFORE, Capital One and the Defendant respectfully request that the Court enter an order incorporating the above non-waiver stipulation as contemplated by Federal Rule of Evidence 502(d).  A proposed order is attached for the Court's consideration.

STIPULATED MOTION AND [PROPOSED] ORDER
Case No.: CR19-159-RSL
- 2 -
ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington 98104-7097
+1 206 839 4300

Respectfully submitted this 21st day of December, 2021.

| | |
|---|---|
| FEDERAL PUBLIC DEFENDER | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| /s/ Mohammad Ali Hamoudi | /s/ Aravind Swaminathan |
| Mohammad Ali Hamoudi | Aravind Swaminathan, WSBA #33883 |
| Nancy Tenney | |
| Christopher Sanders | 701 Fifth Avenue |
| | Suite 5600 |
| WAYMAKER LLP | Seattle, WA  98104-7097 |
| | Telephone:  (206) 839-4300 |
| | *Attorneys for Capital One* |
| /s/ Brian Klein | |
| Brian Klein | |
| Melissa Meister | |

*Attorneys for Paige Thompson*

STIPULATED MOTION AND [PROPOSED] ORDER
Case No.: CR19-159-RSL
- 3 -
ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington  98104-7097
+1 206 839 4300

**STIPULATED NON-WAIVER ORDER**

IT IS HEREBY ORDERED:

1. Pursuant to Federal Rule of Evidence 502(d), neither Capital One's production of the report by iDiscovery Solutions ("Report") nor its non-assertion of any claim of privilege or protection over the Report in this case is a waiver of any applicable privilege or protection that may apply to the Report or to any other documents and information in (i) this case or (ii) any other federal or state proceeding.

2. Neither this Order nor Capital One's production of the Report shall require Capital One to produce any other documents or information (including testimony) in this case other than the Report at issue.

3. Neither this Order nor Capital One's production of the Report may be used in this case or in any other proceeding to argue that Capital One has waived any privilege or protection over any documents or information.

DATED this 29th day of December, 2021.

_Robert S. Lasnik_
Robert S. Lasnik
United States District Court Judge

STIPULATED MOTION AND [PROPOSED]
ORDER
Case No. CR19-159-RSL

Orrick, Herrington & Sutcliffe LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington  98104-7097
+1 206 839 4300

# EXHIBIT A

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

United States of America    Western District of Washington

v.    )

PAIGE A. THOMPSON     )    Case No. CR19-159RSL

*Defendant*      )

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:
Capital One Bank (USA), N.A./Capitol One Financial Corp.
Attn: 12070-7000 (Subpoena Dept)
15000 Capital One Drive
Richmond, VA  23238-1119
c/o Debevoise & Plimpton LLP
919 Third Avenue, NY, NY 10022 via jjpastore@debevoise.com

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | United States District Courthouse<br>700 Stewart Street<br>Seattle, WA 98101 | Courtroom No.: Judge Lasnik, Ct. 15106 |
|---|---|---|
| | | Date and Time: March 14, 2022 @ 10:00 a.m. |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*: SEE ATTACHMENT A

If records are received before March 14, 2022 you do NOT need to appear at the above date and time. Thank you

(SEAL)

Date: 12.8.21



CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

Issued in Blank

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Paige Thompson , who requests this subpoena, are:

Nancy Tenney
Assistant Federal Public Defender
1601 5th Avenue, Ste 700
Seattle, WA 98101
Phone: (206) 553.1100
Fax: (206) 553.0120

\* please contact Investigator Stacey Brownstein at 253.593.6710 if you have any questions. Please email the requested records to stacey_brownstein@fd.org

Case No. CR18-5489BHS

**PROOF OF SERVICE**

This subpoena for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____
_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**Attachment A**

This subpoena seeks production of only the following four documents:

1. iDiscovery Solutions' assessment regarding the scope and impact of the Cyber Incident;

2. Management's Root Cause Analysis;

3. the "Project Star Post-Incident Report;" and

4. Capital One's internal analysis of the personal identifying information ("PII") impacted in the Incident.