EXHIBIT A



**U.S. Department of Justice**

*United States Attorney*
*Western District of Washington*

*Please reply to:*
*Andrew C. Friedman & Steven T. Masada*
*Assistant United States Attorney*
*Direct Line: (206) 553-2277 & 553-4282*

*700 Stewart Street, Suite 5220*   *Tel: (206) 553-7970*
*Seattle WA, 98101-1271*   *Fax: (206) 553-4440*
*www.usdoj.gov/usao/waw*

February 10, 2020

**By Electronic Mail**

Mohammad Ali Hamoudi
Christopher Sanders
Nancy Tenney
Office of the Federal Public Defender
1601 Fifth Avenue, Suite 700
Seattle WA 98101

Brian Klein
Baker Marquart LLP
777 S. Figueroa Street, Suite 2850
Los Angeles, California 90017

Re:   *United States v. Paige A. Thompson*
      No. CR19-159RSL, USDC, W.D. Washington

Dear Counsel:

Enclosed is additional discovery, which has been bates numbered USA-00004373 through USA-00004935 for the parties' convenience. The following records are included in this production:

| Description | Start | End |
|---|---|---|
| Amazon/Account Records – Paige Thompson | USA-00004373 | USA-00004379 |
| Amazon/Employment Records | USA-00004380 | USA-00004487 |
| Amazon/Account Records – Victims | USA-00004488 | USA-00004495 |
| Amazon/Account Records – Victims | USA-00004496 | USA-00004629 |
| Amazon/Victim Log Files (Hard Drive) | USA-00004630 | -- |
| Attorney Proffer PPT – 10/4/2019 (*) | USA-00004631 | USA-00004668 |
| Forensic Images of Seized Devices (Hard Drive) (**) | USA-00004668 | -- |
| FBI Serials (see log for additional details) | USA-00004669 | USA-00004876 |
| GitHub/Account Records | USA-00004877 | USA-00004883 |
| Google/Account Records | USA-00004884 | USA-00004899 |
| Twitter/Account Records -- 0xA3A97B6C | USA-00004900 | USA-00004911 |
| Twitter/Account Records -- ErraticFake | USA-00004912 | USA-00004923 |
| Twitter/Account Records -- PaigeThylamine | USA-00004924 | USA-00004935 |

*United States v. Thompson*
February 7, 2020

A Production Log detailing the content of this production is also attached hereto. The aforementioned Attorney Proffer PPT(*) (USA-00004667) was previously provided on January 8, 2020, upon request and remains subject to Federal Rule of Evidence 408 *et al.* On the same date, the government, after by agreement removing obvious victim data, produced forensic images of Ms. Thompson's various devices (**) (USA-00004668), namely:

- White Desktop Computer Custom Built
- Dell Laptop S/N JKQKJM2
- Apple iPhone 8 (A1905)
- USB Thumb Drive Black
- HP Pavilion Laptop Notebook Model: 17-0124d6 SN: 5CD537480Z
- Samsung Tablet IMEI: 3564250708
- Western Digital HDD SN: WCC4MKTCE538

Another batch of discovery will follow. As additional items are obtained by the United States that come within the scope of its discovery obligations, these items will be promptly provided to you.

Please do not hesitate to contact us should you have any questions regarding any of these matters.

Sincerely,

BRIAN T. MORAN
United States Attorney

// s //

ANDREW C. FRIEDMAN
STEVEN T. MASADA
Assistant United States Attorneys

Enclosure