THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR19-159-RSL |
| Plaintiff, | ) ) | |
| v. | ) ) | **STIPULATION TO EXTEND THE NOTING DATE FOR DEFENDANT'S REPLY RE MOTION TO COMPEL CAPITAL ONE DATA IN THE POSSESSION OF THE GOVERNMENT** |
| PAIGE A. THOMPSON, | ) ) | |
| Defendant. | ) ) ) | |

Defendant Paige Thompson, through counsel, and the government, through Assistant United States Attorneys Jessica Manca and Andrew Friedman, stipulate to an extension of the noting date for the defense to file its Reply to the government's response to the motion to compel Capital One data from December 31, 2021, to January 7, 2022.

DATED: December 31, 2021.

Respectfully submitted,

/s/ *Mohammad Ali Hamoudi*
MOHAMMAD ALI HAMOUDI
/s/ *Christopher Sanders*
CHRISTOPHER SANDERS
/s/ *Nancy Tenney*
NANCY TENNEY
Assistant Federal Public Defenders

/s/ *Brian Klein*
BRIAN KLEIN

STIPULATION TO FILE REPLY TO
GOVERNMENT'S RESPONSE RE MOTION
TO COMPEL CAPITAL ONE DATA
(*Paige Thompson*, CR19-159-RSL) - 1

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

|   |   |
|---|---|
| 1 | /s/ *Melissa Meister* |
| 2 | MELISSA MEISTER |
|   | Waymaker LLP |
| 3 |   |
|   | Attorneys for Paige Thompson |
| 4 |   |
|   | /s/ *Jessica Manca* |
| 5 | /s/ *Andrew Friedman* |
|   | Assistant United States Attorneys |
| 6 |   |
| 7 | *Per electronic authorization* |

STIPULATION TO FILE REPLY TO
GOVERNMENT'S RESPONSE RE MOTION
TO COMPEL CAPITAL ONE DATA
(*Paige Thompson*, CR19-159-RSL) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**