The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>PAIGE THOMPSON,<br><br>Defendant. | NO. CR19-159 RSL<br><br>STIPULATION FOR ENTRY OF PROTECTIVE ORDER<br><br>**NOTE ON MOTION CALENDAR:**<br>January 3, 2022 |

Defendant Paige Thompson files this Stipulated Motion for Protective Order, and presents the attached proposed order. The proposed protective order was negotiated and agreed on by counsel for Ms. Thompson and non-party Amazon Web Services Inc. (AWS).

As set forth in the attached proposed protective order, which is incorporated by reference, this case involves electronic material and other potentially sensitive and confidential material. Accordingly, Ms. Thompson respectively requests that the Court enter the proposed protective order governing the production of materials by AWS to Ms. Thompson.

Dated this 3rd day of January, 2022.

Respectfully submitted,

s/ *Mohammad Ali Hamoudi*
Mohammad Ali Hamoudi

STIPULATION FOR ENTRY OF PROTECTIVE ORDER - 1
*United States v. Thompson,* CR19-159-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

s/ *Christopher Sanders*
Christopher Sanders
s/ *Nancy Tenney*
Nancy Tenney
Assistant Federal Defenders

/s/ *Brian Klein*
Brian Klein
/s/ *Melissa Meister*
Melissa Meister
Waymaker LLP

Attorneys for Paige Thompson

STIPULATION FOR ENTRY OF PROTECTIVE ORDER - 2
*United States v. Thompson,* CR19-159-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970