THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR19-159-RSL |
| Plaintiff, | |
| v. | **ORDER GRANTING STIPULATION TO EXTEND THE NOTING DATE FOR DEFENDANT'S REPLY RE MOTION TO COMPEL CAPITAL ONE DATA IN THE POSSESSION OF THE GOVERNMENT** |
| PAIGE A. THOMPSON, | |
| Defendant. | |

The Court has reviewed the stipulation of the parties for an extension of the noting date for the defense to file its Reply to the government's response to the motion to compel Capital One data from December 31, 2021, to January 7, 2022.

The Stipulation is granted and the noting date for the defense to reply to the government's response is extended to January 7, 2022.

DATED this __5th__ day of __January__, 202_2_.

*[signature: Robt S Lasnik]*

ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by,

/s/ *Mohammad Ali Hamoudi*
MOHAMMAD ALI HAMOUDI
/s/ *Christopher Sanders*
CHRISTOPHER SANDERS

ORDER GRANTING STIPULATION
TO EXTEND NOTING DATE TO FILE REPLY
(*Paige Thompson*, CR19-159-RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

1  /s/ *Nancy Tenney*
   NANCY TENNEY
2  Assistant Federal Public Defenders

3  /s/ *Brian Klein*
4  BRIAN KLEIN
   /s/ *Melissa Meister*
5  MELISSA MEISTER
   Waymaker LLP
6
7  Attorneys for Paige Thompson

8  /s/ *Jessica Manca*
   /s/ *Andrew Friedman*
9  Assistant United States Attorneys

10
   *Per electronic authorization*
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING STIPULATION
TO EXTEND NOTING DATE TO FILE REPLY
(*Paige Thompson*, CR19-159-RSL) - 2

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100