THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> PAIGE THOMPSON, <br><br> Defendant. | No. CR19-159-RSL <br><br> STIPULATED MOTION TO EXTEND NOTING DATE <br><br> Noted for January 7, 2022 |

The defendant, Paige Thompson, through her attorneys, and Capital One Bank (USA), N.A. ("Capital One"), through its attorneys, John Gleeson, James J. Pastore, and Aravind Swaminathan, file this stipulation requesting the Court extend the noting date for the parties to file the response and reply to Capital One's Motion pursuant to the Crime Victims' Rights Act (Dkt. 147) from January 14, 2022, to January 21, 2021, making the defendant's response due by January 14, 2022, and Capital One's reply due by January 21, 2022.

Dated this 7th day of January, 2022.

Respectfully submitted,
/s/ Mohammad Ali Hamoudi
MOHAMMAD ALI HAMOUDI

/s/ Christopher Sanders
CHRISTOPHER SANDERS

/s/ Nancy Tenney
NANCY TENNEY
Assistant Federal Public Defenders

STIPULATED MOTION TO EXTEND NOTING DATE
(*U.S. v. Paige Thompson*, CR19-159-RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, WA  98101
(206) 553-1100

/s/ Brian Klein
BRIAN KLEIN

/s/ Melissa Meister
MELISSA MEISTER
Waymaker LLP

Attorneys for Paige Thompson


/s/ *John Gleeson*
JOHN GLEESON
/s/ *James J. Pastore*
JAMES J. PASTORE
Debevoise & Plimpton LLP

/s/ *Aravind Swaminathan*
ARAVIND SWAMINATHAN
Orrick, Herrington & Sutcliffe LLP

Attorneys for Capital One

STIPULATED MOTION TO EXTEND NOTING DATE
(*U.S. v. Paige Thompson*, CR19-159-RSL) - 2

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, WA  98101
(206) 553-1100