THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR19-159-RSL |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING THE STIPULATED MOTION TO EXTEND NOTING DATE |
| PAIGE A. THOMPSON, | ) | |
| Defendant. | ) | (PROPOSED) |

The Court has reviewed the stipulated motion of the parties to extend the noting date for Capital One Bank (USA), N.A.'s ("Capital One") Motion pursuant to Crime Victims' Rights Act and the records and files herein.

The Court GRANTS the motion and hereby ORDERS the noting date with regard to Dkt. 147 is extended to January 21, 2022. Defendant's response to the motion is due by January 14, 2022, and Capital One's reply is due by January 21, 2022.

DATED this _____ day of January, 2022.

_____
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by,

/s/ *Mohammad Ali Hamoudi*
MOHAMMAD ALI HAMOUDI
/s/ *Christopher Sanders*
CHRISTOPHER SANDERS

ORDER GRANTING STIPULATED
MOTION TO EXTEND NOTING DATE
(*U.S. v. Paige Thompson*, CR19-159-RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

/s/ *Nancy Tenney*
NANCY TENNEY
Assistant Federal Public Defenders

/s/ *Brian Klein*
BRIAN KLEIN
/s/ *Melissa Meister*
MELISSA MEISTER
Waymaker LLP

Attorneys for Paige Thompson

/s/ *John Gleeson*
JOHN GLEESON
/s/ *James J. Pastore*
JAMES J. PASTORE
Debevoise & Plimpton LLP

/s/ *Aravind Swaminathan*
ARAVIND SWAMINATHAN
Orrick, Herrington & Sutcliffe LLP

Attorneys for Capital One

ORDER GRANTING STIPULATED
MOTION TO EXTEND NOTING DATE
(*U.S. v. Paige Thompson*, CR19-159-RSL) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**