THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR19-159-RSL |
| Plaintiff, | MOTION TO FILE OVERLENGTH REPLY IN SUPPORT OF DEFENSE MOTION TO COMPEL PRODUCTION OF CAPITAL ONE DATA |
| v. | |
| PAIGE THOMPSON, | |
| Defendant. | |

Paige Thompson, by her attorneys, respectfully requests permission to file a 9-page Reply in Support of Motion to Compel Production of Capital One Data. Ms. Thompson's Reply addresses issues that are important and complex and need to be briefed in detail for this Court's consideration and for preservation of the record. Counsel have condensed and focused the facts and issues to the best of their ability while still providing the Court with a thorough explanation of the relevant facts and law. As a result, the Reply cannot be adequately briefed within the 6-page limit of Local Criminal Rule 12(b)(5).

Accordingly, counsel for Ms. Thompson seeks permission to file a 9- page Reply.

DATED this 7th day of January, 2022.

Respectfully submitted,

/s/ *Mohammad Ali Hamoudi*
MOHAMMAD ALI HAMOUDI

MOTION TO FILE OVERLENGTH REPLY
IN SUPPORT OF MOTION TO COMPEL
PRODUCTION OF CAPITAL ONE DATE
(*U.S. v. Paige Thompson*, CR19-159-RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, WA  98101
(206) 553-1100

/s/ *Christopher Sanders*
CHRISTOPHER SANDERS

/s/ *Nancy Tenney*
NANCY TENNEY
Assistant Federal Public Defenders

/s/ *Brian Klein*
BRIAN KLEIN

/s/ *Melissa Meister*
MELISSA MEISTER
Waymaker LLP

Attorneys for Paige Thompson

MOTION TO FILE OVERLENGTH REPLY
IN SUPPORT OF MOTION TO COMPEL
PRODUCTION OF CAPITAL ONE DATE
(*U.S. v. Paige Thompson*, CR19-159-RSL) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, WA  98101**
**(206) 553-1100**