**FEDERAL PUBLIC DEFENDER**
Western District of Washington

December 15, 2021

**HAND-DELIVERED**

Andrew Friedman
Steven Masada
Assistant United States Attorneys
700 Stewart Street, Suite 5220
Seattle, WA 98101

     Re:    *United States v. Paige Thompson*, CR19-159-RSL

Dear Mr. Friedman and Mr. Masada:

Pursuant to your letter dated December 7, 2021, a 10TB hard drive was delivered with this letter for use in providing discovery in the above-referenced case. Thank you.

                                             Sincerely,

                                             Luzevelia Vargas
                                             *Advanced Certified Paralegal*

Enclosure (w/ 10TB hard drive)