THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>PAIGE A. THOMPSON,<br><br>  Defendant. | No. CR19-159RSL<br><br>MOTION TO SEAL EXHIBITS TO DEFENDANT'S REPLY TO GOVERNMENT'S RESPONSE TO MOTION TO STRIKE COUNT 1 AND SEVER COUNT 8 |

COMES NOW the defendant, Paige Thompson, by her counsel, and hereby moves this Court to order that Exhibit 1, 2, 3, and 4 to Defendant's Reply to Government's Response to Motion to Strike Count 1 and Sever Count 8 be filed under seal and secured from public access until further order of the Court.

The exhibits contain names and references to the alleged victims in this case that were unnamed in the Indictment (by the government) and thus, should remain unnamed. Unless the Court orders otherwise, the defense respectfully requests that the Court seal these exhibits.

Since the Indictment does not name these alleged victims, the public's right of access is therefore outweighed by the interests of both the public and the parties in protecting said exhibits from public view, thereby constituting a compelling reason to order that this Defendant's Exhibits 1, 2, 3, and 4 to the Reply be sealed.

DATED this 10th day of January, 2022.

MOTION TO SEAL DEFENDANT'S
EXHIBITS TO REPLY
(*U.S. v. Paige Thomspn;* CR19-159RSL)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100


Respectfully submitted,

/s/ *Mohammad Ali Hamoudi*
MOHAMMAD ALI HAMOUDI

/s/ *Christopher Sanders*
CHRISTOPHER SANDERS
/s/ *Nancy Tenney*
NANCY TENNEY
Assistant Federal Public Defenders

/s/ *Brian Klein*
BRIAN KLEIN
/s/ *Melissa Meister*
MELISSA MEISTER
Waymaker LLP

Attorneys for Paige Thompson

MOTION TO SEAL DEFENDANT'S
EXHIBITS TO REPLY
(*U.S. v. Paige Thomspn;* CR19-159RSL)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100
