THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>PAIGE A. THOMPSON,<br><br>  Defendant. | No. CR19-159-RSL<br><br>**NOTICE OF SUPPLEMENTAL AUTHORITY AS TO THE GOVERNMENT'S MOTION TO COMPEL DISCLOSURE OF MS. THOMPSON'S EXPERT (Dkt. 125.)** |

Ms. Thompson respectfully provides the Court with supplemental authority that addresses the issue before the Court. *United States v. Harwin,* No. 20-cr-115-JLB-MRM*,* 2021 WL5707579 (M.D. Fl. October 29, 2021).

DATED: January 11, 2022

Respectfully submitted,

/s/ *Mohammad Ali Hamoudi*
MOHAMMAD ALI HAMOUDI
/s/ *Christopher Sanders*
CHRISTOPHER SANDERS
/s/ *Nancy Tenney*
NANCY TENNEY
Assistant Federal Public Defenders

/s/ *Brian Klein*
BRIAN KLEIN
/s/ *Melissa Meister*
MELISSA MEISTER
Waymaker LLP

Attorneys for Paige Thompson

NOTICE OF SUPPLEMENTAL AUTHORITY
(*U.S. v. Paige Thompson*, CR19-159-RSL) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**