# DEFENDANT STATUS SHEET

(One for each defendant)

## I. CASE STATUS

Name of Defendant: Paige A. Thompson

Has defendant had initial appearance in this case?  ☑ Yes   ☐ No

MJ                    CR 19-159 RSL

## II. CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☑ Continue Conditions of Release

☐ Continue Detention

☐ Temporary Detention, a detention hearing has been scheduled for

## III. ARRAIGNMENT

☐ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

   Defendant's Address:

☑ Letter to Defense Counsel for Appearance on January 20, 2022 at 9 am

   Defense Attorney's Name and address: Mo Hamoudi

The estimated trial time is   14   days.

(Revised March 2018)