The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAIGE A. THOMPSON,<br><br>Defendant. | NO. CR19-159 RSL<br><br>**MOTION TO SEAL NOTICE OF POSSIBLE CONFLICTS**<br><br>NOTING DATE: January 28, 2022 |

The United States hereby moves this Court for an Order to seal the Notice of Possible Conflicts that it is filing in this case.

//
//
//

MOTION TO SEAL NOTICE OF POSSIBLE CONFLICTS - 1
*United States v. Thompson,* CR19-159 RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

This motion is made on the ground that the notice contains personal information that should not be publicly disclosed.

DATED: January 14, 2022.

Respectfully submitted,

NICHOLAS W. BROWN
United States Attorney

 s/ Andrew C. Friedman
ANDREW C. FRIEDMAN
JESSICA M. MANCA
Assistant United States Attorneys
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: 206) 553-7970
Fax: (206) 553-0882
E-mail: Andrew.Friedman@usdoj.gov
              Jessica.Manca@usdoj.gov

MOTION TO SEAL NOTICE OF POSSIBLE CONFLICTS - 2
*United States v. Thompson,* CR19-159 RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970