THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>PAIGE A. THOMPSON,<br><br>    Defendant. | Case No. CR19-159-RSL<br><br>NOTICE OF APPEARANCE |

TO:        The Clerk of the Court

AND TO:    All Parties, through their counsel of record:

PLEASE TAKE NOTICE that Brian D. Buckley of Fenwick & West LLP hereby enters his appearance on behalf of third-party Amazon Web Services, Inc. in the above-titled action and request that notice of all further proceedings, except original process, be served upon the undersigned at their address stated below.

Dated: January 14, 2021                Respectfully submitted,

FENWICK & WEST LLP

By: */s/ Brian D. Buckley*
       Brian D. Buckley, WSBA No. 26423

       1191 Second Avenue, 10th Floor
       Seattle, WA  98101
       Telephone: 206.389.4510
       Facsimile:  206.389.4511
       Email:    bbuckley@fenwick.com

*Attorneys for Amazon Web Services, Inc.*

FENWICK & WEST LLP
ATTORNEYS AT LAW