The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>PAIGE A. THOMPSON,<br><br>Defendant. | NO. CR19-159 RSL<br><br>**UNITED STATES' MOTION TO SEAL EXHIBIT A TO SUPPLEMENTAL FILING RELATING TO DEFENDANT'S MOTION TO STRIKE CRYPTOJACKING ALLEGATIONS AND TO SEVER COUNT 8**<br><br>NOTING DATE: January 28, 2022 |

The United States hereby moves this Court for an Order to Seal Exhibit A to its Supplemental Filing Relating to Defendant's Motion to Strike Cryptojacking Allegations and to Sever Count 8. This motion is made on the ground that the exhibit contains

//

//

//

UNITED STATES' MOTION TO SEAL EXHIBIT A - 1
*United States v. Thompson,* CR19-159 RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Protected Material as defined in the Amended Stipulated Protective Order entered on July 24, 2020 (Dkt. No. 87).  A copy of the exhibit has been provided to opposing counsel.

DATED: January 14, 2022.

                    Respectfully submitted,

NICHOLAS W. BROWN
United States Attorney

*s/ Andrew C. Friedman*
ANDREW C. FRIEDMAN
JESSICA M. MANCA
Assistant United States Attorneys
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: (206) 553-7970
Fax: (206) 553-0882
E-mail: Andrew.Friedman@usdoj.gov
         Jessica.Manca@usdoj.gov

UNITED STATES' MOTION TO SEAL EXHIBIT A - 2
*United States v. Thompson,* CR19-159 RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970