The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAIGE A. THOMPSON,<br><br>Defendant. | NO. CR19-159 RSL<br><br>**[PROPOSED] ORDER GRANTING UNITED STATES' MOTION TO SEAL EXHIBIT A TO SUPPLEMENTAL FILING RELATING TO DEFENDANT'S MOTION TO STRIKE CRYPTOJACKING ALLEGATIONS AND TO SEVER COUNT 8** |

This matter has come before the Court on the United States' Motion to Seal Exhibit A to its Supplemental Filing Relating to Defendant's Motion to Strike Cryptojacking Allegations and to Sever Count 8. The Court has reviewed the motions and records in this case and finds there are compelling reasons to permit the filing under seal of this exhibit due to the sensitive information contained therein.

//
//
//

[PROPOSED] SEALING ORDER - 1
*United States v. Thompson,* CR19-159 RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

IT IS THERFORE ORDERED that Exhibit A to the United States' Supplemental Filing Relating to Defendant's Motion to Strike Cryptojacking Allegations and to Sever Count 8 be filed under seal.

DATED: this _____ day of January, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　ROBERT S. LASNIK
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge

Presented by:

*s/ Andrew C. Friedman*
ANDREW C. FRIEDMAN
Assistant United States Attorney

[PROPOSED] SEALING ORDER - 2
*United States v. Thompson,* CR19-159 RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970