The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> PAIGE A. THOMPSON, <br> Defendant. | NO. CR19-159 RSL <br><br> **ORDER TO SEAL NOTICE OF POSSIBLE CONFLICTS** |

This matter has come before the Court on the United States' Motion to Seal Notice of Possible Conflicts. The Court finds that it is necessary to seal this pleading to protect individuals' privacy.

IT IS THERFORE ORDERED that the Motion to Seal Notice of Possible Conflicts be filed under seal.

DATED: this __18th__ day of January, 2022.

_____
ROBERT S. LASNIK
United States District Court Judge

Presented by:

*s/ Andrew C. Friedman*
ANDREW C. FRIEDMAN
Assistant United States Attorney