UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>PAIGE A. THOMPSON,<br><br>　　　　　　　　Defendant. | CASE NO. CR19-159RSL<br><br>MINUTE ORDER |

　　The following Minute Order is made and entered at the direction of the Honorable Robert S. Lasnik, UNITED STATES DISTRICT JUDGE:

　　A status conference has been scheduled for Friday, February 11, 2022 at 11:00 a.m. before the Honorable Robert S. Lasnik, United States District Court Judge. The hearing will be conducted via Zoom.

　　DATED this 8th day of February, 2022.

　　　　　　　　　　　　　　　　　　　　/s/ Ashleigh Drecktrah
　　　　　　　　　　　　　　　　　　　　by Ashleigh Drecktrah, Deputy Clerk
　　　　　　　　　　　　　　　　　　　　To Robert S. Lasnik, Judge
　　　　　　　　　　　　　　　　　　　　206-370-8520

MINUTE ORDER - 1