UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>PAIGE A. THOMPSON,<br><br>        Defendant. | No. CR19-159RSL<br><br>MINUTE ORDER |

The clerk issues the following minute order by the authority of the Honorable Robert S. Lasnik, United States District Court Judge:

Defendant's Appearance Bond entered December 4, 2019, is modified to remove the location monitoring condition.

All other conditions of the Appearance Bond remain in full force and effect.

DATED this 11th day of February, 2022.

                                RAVI SUBRAMANIAN,
                                Clerk of the Court

                                */s/ Ashleigh Drecktrah*
                                Deputy Clerk to Hon. Robert S. Lasnik