JUDGE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR19-159RSL |
| Plaintiff, | ) | |
| v. | ) | DEFENDANT'S WAIVER OF SPEEDY TRIAL |
| PAIGE A. THOMPSON, | ) | |
| Defendant. | ) | |

I am the defendant in the above-entitled case. I have been advised by my attorney of my right to a speedy trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq*. I knowingly and voluntarily waive my right to a speedy trial and consent to a continuance of the date of my trial from March 14, 2022, to any date up to and including June 21, 2022. I understand that if this request is granted, the Court will make findings that the time between March 14, 2022 and the new trial date is excludable for purposes of calculating the time limitations applicable to the Speedy Trial Act, 18 U.S.C. § 3161 *et seq*.

Dated this 2nd day of March, 2022.

s/ *Mohammad Ali Hamoudi*
signed on behalf of Paige Thompson,
Defendant

WAIVER SPEEDY TRIAL - 1
(*Paige Thompson;* CR19-159RSL)

FEDERAL PUBLIC DEFENDER
1601 Fifth Ave., Suite 700
Seattle, Washington 98101
(206) 553-1100