The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>PAIGE A. THOMPSON,<br><br>Defendant. | NO. CR19-159 RSL<br><br>**UNITED STATES' MOTION TO SEAL BILL OF PARTICULARS** |

The United States hereby moves this Court for an Order to Seal its Bill of Particulars. The Bill of Particulars, and attached Exhibit 1, each contain Protected Material as defined in the Amended Stipulated Protective Order entered on July 24, 2020

//
//
//

UNITED STATES' MOTION TO SEAL BILL OF PARTICULARS - 1
*United States v. Thompson,* CR19-159 RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

(Dkt. No. 87), such as file path names that reveal the identity of victims, and names of victims. A copy of the Bill of Particulars has been provided to opposing counsel.

DATED: March 11, 2022.

                        Respectfully submitted,

                        NICHOLAS W. BROWN
                        United States Attorney

                        *s/ Andrew C. Friedman*
                        *s Jessica M. Manca*
                        *s/ Tania M. Culbertson*
                        ANDREW FRIEDMAN
                        JESSICA M. MANCA
                        TANIA M. CULBERTSON
                        Assistant United States Attorneys
                        700 Stewart Street, Suite 5220
                        Seattle, Washington 98101
                        Phone: (206) 553-7970
                        Fax: (206) 553-0882
                        E-mail: Andrew.Friedman@usdoj.gov
                                           Jessica.Manca@usdoj.gov
                                           Tania.Culbertson@usdoj.gov

UNITED STATES' MOTION TO SEAL BILL OF PARTICULARS - 2
*United States v. Thompson,* CR19-159 RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970