The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>PAIGE A. THOMPSON,<br><br>Defendant. | NO. CR19-159 RSL<br><br>**[PROPOSED]**<br>**ORDER GRANTING UNITED STATES' MOTION TO SEAL BILL OF PARTICULARS** |

This matter has come before the Court on the United States' Motion to Seal Bill of Particulars. The Court has reviewed the motion and records in this case and finds there are compelling reasons to permit the filing under seal of the Bill of Particulars due to the sensitive information contained therein.

//
//
//

[PROPOSED] SEALING ORDER - 1
*United States v. Thompson,* CR19-159 RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | |
|---|---|
| 1 | IT IS THERFORE ORDERED that the Bill of Particulars be filed under seal. |
| 2 | DATED: this _____ day of March, 2022. |

_____
ROBERT S. LASNIK
United States District Court Judge

Presented by:

*s/ Andrew C. Friedman*
ANDREW C. FRIEDMAN
Assistant United States Attorney

[PROPOSED] SEALING ORDER - 2
*United States v. Thompson,* CR19-159 RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970