| | |
|---|---|
| **From:** | WAWDdb_COOPFilings |
| **Sent:** | Friday, March 11, 2022 4:04 PM |
| **To:** | WAWDml_DOCKSEA |
| **Subject:** | FW: U.S. v Paige Thompson, CR19-159 RSL |
| **Attachments:** | Motion to Seal.pdf; Order to Seal.pdf; Bill of Particulars.pdf; Exhibit 1.pdf |

**From:** Hatch, Becky (USAWAW) <Becky.Hatch@usdoj.gov>
**Sent:** Friday, March 11, 2022 4:00 PM
**To:** WAWDdb_COOPFilings <filing@wawd.uscourts.gov>
**Cc:** Mo Hamoudi <Mo_Hamoudi@fd.org>; Christopher Sanders <Christopher_Sanders@fd.org>; Nancy Tenney <Nancy_Tenney@fd.org>; bklein@waymakerlaw.com; mmeister@waymakerlaw.com; estierwalt@waymakerlaw.com; Friedman, Andrew (USAWAW) <Andrew.Friedman@usdoj.gov>; Manca, Jessica (USAWAW) <Jessica.Manca@usdoj.gov>; Culbertson, Tania (USAWAW) <Tania.Culbertson@usdoj.gov>; Holder, Sandra (USAWAW) <Sandra.Holder@usdoj.gov>
**Subject:** U.S. v Paige Thompson, CR19-159 RSL

**CAUTION - EXTERNAL:**

Good afternoon,

Attached please find Government's Motion/Order to Seal, Bill of Particulars, and Exhibit 1 as it relates to the above-reference matter.

Thank you,
Becky

Becky Hatch | Legal Assistant
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220 | Seattle, WA 98101
📞 (206) 553-4161 | ✉ becky.hatch@usdoj.gov

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.