**From:** Charlotte Ponikvar <Charlotte_Ponikvar@fd.org>
**Sent:** Friday, March 11, 2022 4:45 PM
**To:** WAWDdb_COOPFilings <filing@wawd.uscourts.gov>
**Subject:** Defendant's Addendum to Pretrial Motions; Paige Thompson, CR19-159RSL


Charlotte Ponikvar
Paralegal
Federal Public Defender Office
1601 Fifth Avenue, Suite 700
Seattle, WA  98101
(206) 553-1100