

United States v. Thompson
CR19-159 RSL
Pretrial Hearing 3/5/22
Plaintiff's Exhibit No. 6
Admitted _____