The Honorable Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> PAIGE THOMPSON <br><br> Defendant. | NO. CR19-159 RSL <br><br> GOVERNMENT'S MOTION TO SEAL <br><br> **NOTING DATE:** <br> March 25, 2022 |

The United States of America, by and through Nicholas W. Brown, United States Attorney for the Western District of Washington, and Jessica M. Manca, Assistant United States Attorneys for said District, hereby files this Motion to Seal.

//

//

//

Motion to Seal - 1
*United States v. Thompson,* CR19-159

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The Government hereby requests Exhibits 1 and 2 to 03.15.22 Pretrial Hearing, which will be filed under seal following this motion, be allowed to remain under seal due to the sensitive information pursuant contained therein.

DATED this 15th day of March, 2022.

Respectfully submitted,

NICHOLAS W. BROWN
United States Attorney

*s/Jessica M. Manca*
JESSICA M. MANCA
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: (206) 553-4397
Fax: (206) 553-0755
Email: jessica.manca@usdoj.gov

Motion to Seal - 2
*United States v. Thompson,* CR19-159

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970