The Honorable Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff <br> v. <br> PAIGE THOMPSON, <br> Defendant. | NO. CR19-159 RSL <br><br> [PROPOSED] ORDER TO SEAL |

Having read the Government's Motion to Seal and due to the sensitive information contained therein, it is hereby ORDERED that the Government hereby requests that Exhibits 1 and 2 to 03.15.22 Pretrial Hearing shall remain sealed.

DATED this \_\_\_ day of March, 2022.

_____
ROBERT S. LASNIK
United States District Judge

Presented by:

*s/Jessica M. Manca*
JESSICA M. MANCA
Assistant United States Attorney

Order to Seal - 1
*United States v. Thompson,* CR19-159 RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970