The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> PAIGE A. THOMPSON, <br><br> Defendant. | NO. CR19-159 RSL <br><br> **UNITED STATES' ADMITTED EXHIBITS RE 03.15.22 PRETRIAL HEARING** |

Exhibit 1

(Filed under Seal)

EXHIBIT 1 UNITED STATES' ADMITTED EXHIBITS RE 03.15.22 PRETRIAL HEARING
*United States v. Thompson* / CR19-159 RSL - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970