The Honorable Robert S. Lasnik

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR19-159 RSL |
|---|---|
| Plaintiff | |
| | **UNITED STATES' ADMITTED EXHIBITS RE 03.15.22 PRETRIAL HEARING** |
| v. | |
| PAIGE A. THOMPSON, | |
| Defendant. | |

17
18
19

Exhibit 2

(Filed under Seal)

20
21
22
23
24
25
26
27
28

EXHIBIT 2 UNITED STATES' ADMITTED EXHIBITS RE 03.15.22
PRETRIAL HEARING
*United States v. Thompson* / CR19-159 RSL - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970