The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAIGE A. THOMPSON,<br><br>Defendant. | NO. CR19-159 RSL<br><br>PRAECIPE TO FILE CORRECTED EXHIBIT 5 |

The United States of America respectfully submits this Praecipe to file a corrected Exhibit 5 to the United States' Response to Defendant's Motion for a Brady Order (Dkt. 218). Exhibit 5 was the incorrect document. Please replace the previously filed Exhibit 5 with the attached corrected document.

//

//

Praecipe to File Corrected Exhibit 5 - 1
*United States v. Thompson,* CR19-159 RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | |
|---|---|
| 1 | DATED this 17th day of March, 2022. |
| 2 | Respectfully submitted, |
| 3 | |
| 4 | NICHOLAS W. BROWN<br>United States Attorney |
| 5 | |
| 6 | *s/ Jessica M. Manca* |
| 7 | JESSICA M. MANCA<br>Assistant United States Attorney |
| 8 | United States Attorney's Office |
| 9 | 700 Stewart Street, Suite 5220<br>Telephone: 206-553-4397 |
| 10 | Email: Jessica.Manca@usdoj.gov |

Praecipe to File Corrected Exhibit 5 - 2
*United States v. Thompson,* CR19-159 RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970