The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>PAIGE A. THOMPSON,<br><br>Defendant. | NO. CR19-159 RSL<br><br>**ORDER GRANTING UNITED STATES' MOTION TO SEAL EXHIBITS A & B TO ITS OPPOSITION TO DEFENDANT'S MOTION TO STRIKE CRYPTOJACKING ALLEGATIONS AND TO SEVER COUNT 8** |

This matter has come before the Court on the United States' Motion to Seal Exhibits A & B to its Opposition to Defendant's Motion to Strike Cryptojacking Allegations and to Sever Count 8. The Court has reviewed the motions and records in this case and finds there are compelling reasons to permit the filing under seal of these exhibits due to the sensitive information contained therein.

//
//
//

SEALING ORDER
*United States v. Thompson* / CR19-159 RSL - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  IT IS THERFORE ORDERED that Exhibits A & B to the United States' Opposition to
2  Defendant's Motion to Strike Cryptojacking Allegations and to Sever Count 8 be filed under
3  seal.
4  DATED this 21st day of March, 2022.

*signature*
Robert S. Lasnik
United States District Judge

Presented by:

*s/ Andrew C. Friedman*
ANDREW C. FRIEDMAN
Assistant United States Attorney

SEALING ORDER
*United States v. Thompson* / CR19-159 RSL - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970