The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br><br>v.<br><br>PAIGE A. THOMPSON,<br>Defendant. | NO. CR19-159 RSL<br><br>**NOTICE OF FILING OF REDACTED BILL OF PARTICULARS** |

Pursuant to the Court's Order, the United States of America hereby files a redacted version of the Bill of Particulars that it previously filed in this case. That Redacted Bill

//

//

//

NOTICE OF FILING OF REDACTED BILL OF PARTICULARS - 1
*United States v. Thompson,* CR19-159 RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

of Particulars is attached as Exhibit 1 to this filing.

DATED: March 29, 2022.

Respectfully submitted,

NICHOLAS W. BROWN
United States Attorney

*s/ Andrew C. Friedman*
*s/ Jessica M. Manca*
*s/ Tania M. Culbertson*

ANDREW C. FRIEDMAN
JESSICA M. MANCA
TANIA M. CULBERTSON
Assistant United States Attorneys
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: (206) 553-7970
Fax: (206) 553-0882
E-mail: Andrew.Friedman@usdoj.gov
Jessica.Manca@usdoj.gov
Tania.Culbertson@usdoj.gov

NOTICE OF FILING OF REDACTED BILL OF PARTICULARS - 2
*United States v. Thompson*, CR19-159 RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970