UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 28 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: CAPITAL ONE BANK (USA), N.A. _____ CAPITAL ONE BANK (USA), N.A., Petitioner, v. UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON, SEATTLE, Respondent, PAIGE A. THOMPSON, AKA erratic; UNITED STATES OF AMERICA, Real Parties in Interest. | No. 22-70057 D.C. No. 2:19-cr-00159-RSL-1 Western District of Washington, Seattle ORDER |

Before: TASHIMA, FRIEDLAND, and BADE, Circuit Judges.

The district court's March 21, 2022 order challenged in this petition for a writ of mandamus is temporarily stayed pending resolution of the petition. We sua sponte continue disposition of this petition until Tuesday, April 5, 2022. *See* 18 U.S.C. § 3771(d)(3).

This petition raises issues that warrant an answer. *See* Fed. R. App. P. 21(b). Real party in interest Paige A. Thompson shall file an answer no later than

AC/MOATT

Wednesday March 30, 2022.  Real party in interest the United States of America may also file an answer no later than Wednesday, March 30, 2022.

The district court may also address the petition if it so desires.

Petitioner may file a reply in support of the petition no later than 9:00 am Pacific Time on Friday, April 1, 2022.

The Clerk shall serve a copy of this order on the district court and District Judge Lasnik.

AC/MOATT                                                         2