The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> PAIGE THOMPSON, <br><br> Defendant. | NO. CR19-159 RSL <br><br> UNOPPOSED MOTION FOR ENTRY OF PROTECTIVE ORDER <br><br> **NOTE ON MOTION CALENDAR:** <br> April 14, 2022 |

Defendant Paige Thompson files this Unopposed Motion for Protective Order, and presents the attached proposed order. The proposed protective order was negotiated and agreed on by counsel for Ms. Thompson and the government.

As set forth in the attached proposed protective order, which is incorporated by reference, this case involves confidential material. Accordingly, Ms. Thompson respectively requests that the Court enter the proposed protective order governing the production of materials by Ms. Thompson to the government.

Dated this 14th day of April, 2022.

Respectfully submitted,

s/ *Mohammad Ali Hamoudi*
Mohammad Ali Hamoudi
s/ *Christopher Sanders*
Christopher Sanders
s/ *Nancy Tenney*
Nancy Tenney
Assistant Federal Defenders

UNOPPOSED MOTION FOR ENTRY
OF PROTECTIVE ORDER - 1
(*United States v. Thompson,* CR19-159-RSL)

FEDERAL PUBLIC DEFENDER
1601 FIFTH AVENUE, SUITE 700
SEATTLE, WASHINGTON 98101
(206) 553-1100

|   |   |
|---|---|
| 1 | |
| 2 | /s/ *Brian Klein* |
| 3 | Brian Klein |
| 4 | /s/ *Melissa Meister* |
| 5 | Melissa Meister |
| 6 | Waymaker LLP |

Attorneys for Paige Thompson

UNOPPOSED MOTION FOR ENTRY
OF PROTECTIVE ORDER - 2
(*United States v. Thompson,* CR19-159-RSL)

FEDERAL PUBLIC DEFENDER
1601 F̲ᴵᶠᵀᴴ A̲ᵛᴱᴺᵁᴱ, Sᴜɪᴛᴇ 700
Sᴇᴀᴛᴛʟᴇ, Wᴀsʜɪɴɢᴛᴏɴ 98101
(206) 553-1100