Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>PAIGE A. THOMPSON,<br><br>Defendant. | NO.   2:19-cr-00159-RSL<br><br>**NOTICE OF CHANGE OF ADDRESS** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE the address for Brian Klein and Melissa A. Meister Counsel for Paige Thompson will changes as of April 25, 2022.  Telephone and facsimile numbers remain the same.

NOTICE OF CHANGE OF ADDRESS - 1
*United States v. Thompson,* CR19-159RSL

| | |
|---|---|
| 1 | Firm information: |
| 2 | |
| 3 | OLD ADDRESS:   Brian E. Klein<br>Melissa A. Meister<br>WAYMAKER LLP<br>777 S. Figueroa Street, Suite 2850<br>Los Angeles, CA 90017<br>Telephone: (424) 652-7800<br>Facsimile: (424) 652-7850 |
| 7 | |
| 8 | NEW ADDRESS:   Brian E. Klein<br>Melissa A. Meister<br>WAYMAKER LLP<br>515 S. Flower St., Suite 3500<br>Los Angeles, CA 90071<br>Telephone: (424) 652-7800<br>Facsimile: (424) 652-7850 |

DATED this 22nd day of April, 2022.

Respectfully submitted,

BRIAN E. KLEIN
Attorney, Waymaker LLP

/s/ Brian E. Klein

BRIAN E. KLEIN
MELISSA A. MEISTER
Waymaker LLP

Attorney for Defendant Paige Thompson

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant(s).

/s/ *Rebecca Isomoto*
Rebecca Isomoto
Paralegal
WAYMAKER LLP
777 S. Figueroa St., Suite 2850
Los Angeles, CA 90017
Telephone: (424) 652-7800
Fax: (424) 652-7850
E-mail: bisomoto@waymkaerlaw.com

NOTICE OF CHANGE OF ADDRESS - 3
*United States v. Thompson,* CR19-159RSL