**U.S. Department of Justice**

*United States Attorney*
*Western District of Washington*

| | | |
|---|---|---|
| *Please reply to:*<br>*Andrew C. Friedman*<br>*Assistant United States Attorney*<br>*Direct Line: (206) 553-2277* | *Seattle Office:*<br>*700 Stewart Street, Ste 5220*<br>*Seattle WA, 98101*<br>*Tel: (206) 553-7970*<br>*Fax: (206) 553-0582*<br>*www.usdoj.gov/usao/waw* | *Tacoma Office:*<br>*1201 Pacific Ave., Ste 700*<br>*Tacoma, WA  98402*<br>*Tel: (253) 428-3800*<br>*Fax: (253) 428-3826* |

April 22, 2022

**BY E-MAIL**

Brian Klein, Esq.
Melissa Meister, Esq.
Emily Stierwalt, Esq.
Waymaker LLP
515 S Flower Street, Suite 2850
Los Angeles, California 90071

Mohammad Hamoudi, Esq.
Christopher Sanders, Esq.
Nancy Tenney, Esq.
Office of the Federal Public Defender
1601 5th Avenue, Suite 700
Seattle, Washington 98101

Re:  *United States v. Paige Thompson*, CR19-159 RSL (W.D. Wash.)

Dear Counsel:

In our March 11, 2022, letter setting forth our intent to offer evidence of other victims in this case, we indicated that we served additional legal process on Amazon Web Services (AWS) to identify additional cryptocurrency-mining victims. This legal process and AWS's responsive records (except, perhaps, those relating to Elemental Technologies, which we still are awaiting) will be included with the next discovery production, Production 14.

We further indicated that we would identify, by April 22, 2022, other companies that we intend to show are cryptocurrency-mining victims. Based upon that process, we currently expect to introduce evidence that some or all of the following companies also were cryptocurrency-mining victims:

**Ex B, p. 1**



NICHOLAS W. BROWN
United States Attorney

 s/ Andrew C. Friedman
 s/ Jessica M. Manca
 s/ Tania M. Culbertson

ANDREW C. FRIEDMAN
JESSICA M. MANCA
TANIA M. CULBERTSON
Assistant United States Attorneys