THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  v.  PAIGE THOMPSON,  Defendant. | No. CR19-159-RSL  ORDER GRANTING MOTION TO EXCLUDE RULE 404(b) EVIDENCE OR TESTIMONY  (PROPOSED) |

The Court has considered the defense motion to prohibit the government from presenting FRE 404(b) evidence or testimony, the responses of the parties and the records and files in this case.

The motion is hereby GRANTED. The government is prohibited from presenting testimony or exhibits with respect to uncharged transactions pursuant to FRE 404(b).

DATED this ____ day of May, 2022.

_____
ROBERT S. LASNIK
UNITED STATES JUDGE

Presented by:

/s/ Mohammad Ali Hamoudi
MOHAMMAD ALI HAMOUDI

/s/ Christopher Sanders
CHRISTOPHER SANDERS

ORDER GRANTING MOTION TO EXCLUDE
FRE404(b) EVIDENCE OR TESTIMONY
(*U.S. v. Paige Thompson*, CR19-159-RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, WA  98101
(206) 553-1100

1  /s/ Nancy Tenney
2  NANCY TENNEY
   Assistant Federal Public Defenders
3
4  /s/ Brian Klein
   BRIAN KLEIN
5  /s/ Melissa Meister
   MELISSA MEISTER
6  Waymaker LLP
7
   Attorneys for Paige Thompson
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER GRANTING MOTION TO EXCLUDE
FRE404(b) EVIDENCE OR TESTIMONY
(*U.S. v. Paige Thompson*, CR19-159-RSL) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, WA  98101**
**(206) 553-1100**