JUDGE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR19-159RSL |
| Plaintiff, | |
| v. | MOTION TO SEAL DEFENDANT'S MOTION TO EXCLUDE 404(b) EVIDENCE OR TESTIMONY |
| PAIGE THOMPSON, | |
| Defendant. | |

COMES NOW the defendant, Paige Thompson, by his counsel, and hereby moves this Court to order that the Defendant's Motion to Exclude 404(b) Evidence or Testimony be filed under seal and secured from public access until further order of the Court.

The defense has redacted the names of entities in the letters even though they are not named in the indictment out of an abundance of caution. The defense does not have information in their possession suggesting that these entities are victims as described in the letters provided by the government. Thereby constituting a compelling reason to order that this Motion to Exclude 404(b) Evidence or Testimony be sealed.

DATED this 13th day of May, 2022.

Respectfully submitted,

/s/ *Mohammad Ali Hamoudi*
MOHAMMAD ALI HAMOUDI

/s/ *Christopher Sanders*
CHRISTOPHER SANDERS

MOTION TO SEAL DEFENDANT'S
MOTION TO EXCLUDE 404(b)
EVIDENCE OR TESTIMONY
(*U.S. v. Paige Thompson*; CR19-159RSL)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

1
2
/s/ *Nancy Tenney*
NANCY TENNEY
Assistant Federal Public Defenders

3
4
5
/s/ *Brian Klein*
BRIAN KLEIN
/s/ *Melissa Meister*
MELISSA MEISTER
Waymaker LLP

6
7
Attorneys for Paige Thompson

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

MOTION TO SEAL DEFENDANT'S
MOTION TO EXCLUDE 404(b)
EVIDENCE OR TESTIMONY
(*U.S. v. Paige Thompson*; CR19-159RSL)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**