1

2

3

4

5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

6

AT SEATTLE

7

8

UNITED STATES OF AMERICA,

CASE NO. 2:19-cr-00159-RSL

Plaintiff,

MINUTE ORDER

9

v.

10

11

PAIGE A. THOMPSON,

Defendant.

12

13

The following Minute Order is made and entered at the direction of the Honorable

Robert S. Lasnik, UNITED STATES DISTRICT JUDGE:

14

A status hearing has been scheduled for Wednesday, May 25, 2022, at 11:00 a.m.,

15

before the Honorable Robert S. Lasnik, United States District Court Judge. The hearing

16

will be held via Zoom videoconference.

17

DATED this 17th day of May, 2022.

18

19

*/s/ Victoria Ericksen*
By Victoria Ericksen
Deputy Clerk to Robert S. Lasnik, Judge
victoria_ericksen@wawd.uscourts.gov

20

21

22

MINUTE ORDER - 1