Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>PAIGE A. THOMPSON<br><br>Defendant. | NO. CR19-159 RSL<br><br>UNITED STATES' MOTION TO FILE A BRIEF IN EXCESS OF TWELVE PAGES<br><br>NOTE ON MOTION CALENDAR:<br>May 20, 2022 |

The United States of America, by Nicholas W. Brown, United States Attorney for the Western District of Washington, and Andrew Friedman, Jessica M. Manca, and Tania M. Culbertson, Assistant United States Attorneys for said District, hereby seeks an order from this Court permitting the United States to file a response opposing the Defendant's Motion to Exclude Rule 404(b) Evidence or Testimony (Dkt. 242), in excess of the 12-page limitation prescribed in CrR 12(c)(6) of the Local Rules of the United States District Court for the Western District of Washington. Specifically, the United States seeks the Court's approval to file a response that is up to 14 pages in length.

The United States seeks this authorization because the technical nature of the evidence in this case requires two additional pages of briefing to thoroughly address the

Motion to File Excess Pages
*United States v. Thompson* / CR19-159 RSL - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

defendant's arguments and clarify the relevant legal standards for admission of the evidence.

DATED this 20th day of May, 2022.

Respectfully submitted,

NICHOLAS W. BROWN
United States Attorney

/s Jessica M. Manca
/s Andrew Friedman
/s Tania M. Culbertson

JESSICA M. MANCA
ANDREW FRIEDMAN
TANIA M. CULBERTSON
Assistant United States Attorneys
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Telephone:   (206) 553-4397
E-mail:        Jessica.Manca@usdoj.gov

Motion to File Excess Pages
*United States v. Thompson* / CR19-159 RSL - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970