The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>PAIGE A. THOMPSON,<br><br>Defendant. | NO. CR19-159 RSL<br><br>UNITED STATES' MOTION TO SEAL EXHIBIT 1 TO ITS OPPOSITION TO DEFENDANT'S MOTION TO EXCLUDE RULE 404(b) EVIDENCE AND TESTIMONY<br><br>NOTED: May 20, 2022 |

The United States hereby moves this Court for an Order to Seal Exhibit 1 to its Opposition to Defendant's Motion to Exclude Rule 404(b) Evidence and Testimony. This motion is made on the ground that the exhibit contains Protected Material as defined

//
//
//

UNITED STATES' MOTION TO SEAL EXHIBIT 1
*United States v. Thompson* / CR19-159 RSL - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

in the Amended Stipulated Protective Order entered on July 24, 2020 (Dkt. No. 87). A copy of the exhibit has been provided to opposing counsel.

DATED: May 20, 2022.

                                        Respectfully submitted,

NICHOLAS W. BROWN
United States Attorney

*/s Andrew Friedman*
*/s Jessica M. Manca*
*/s Tania M. Culbertson*
ANDREW FRIEDMAN
JESSICA M. MANCA
TANIA M. CULBERTSON
Assistant United States Attorneys
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Telephone:   (206) 553-7970
Fax:              (206) 553-0882
E-mail:         Jessica.Manca@usdoj.gov

UNITED STATES' MOTION TO SEAL EXHIBIT 1
*United States v. Thompson* / CR19-159 RSL - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970