The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>PAIGE A. THOMPSON,<br><br>Defendant. | NO. CR19-159 RSL<br><br>[PROPOSED]<br>ORDER GRANTING UNITED STATES' MOTION TO SEAL EXHIBIT 1 TO ITS OPPOSITION TO DEFENDANT'S MOTION TO EXCLUDE RULE 404(b) EVIDENCE AND TESTIMONY |

This matter has come before the Court on the United States' Motion to Seal Exhibit 1 to its Opposition to Defendant's Motion to Exclude Rule 404(b) Evidence and Testimony. The Court has reviewed the motions and records in this case and finds there are compelling reasons to permit the filing under seal of this exhibit due to the sensitive information contained therein.

//
//
//

[PROPOSED] SEALING ORDER
*United States v. Thompson* / CR19-159 RSL - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   IT IS THERFORE ORDERED that Exhibit 1 to the United States' Opposition to
2   Defendant's Motion to Exclude Rule 404(b) Evidence and Testimony be filed under seal.
3
4   DATED this _____ day of _____, 2022.
5
6
7
8                                           _____
                                            ROBERT S. LASNIK
9                                           United States District Court Judge
10
11  Presented by:
12
13  *s/ Jessica M. Manca*
    JESSICA M. MANCA
14  Assistant United States Attorney
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] SEALING ORDER
*United States v. Thompson* / CR19-159 RSL - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970