# EXHIBIT 2



**U.S. Department of Justice**

*United States Attorney*
*Western District of Washington*

*Please reply to:*  　　　　　　　　　　　　　　700 Stewart Street, Suite 5220　Tel: (206) 553-7970
*Jessica M. Manca*  　　　　　　　　　　　　Seattle WA, 98101-1271　　　Fax: (206) 553-2502
*Assistant United States Attorney*　　　　　www.usdoj.gov/usao/waw
*Direct Line: (206) 553-4397*

May 16, 2022

**BY E-MAIL**

Brian Klein, Esq.
Melissa Meister, Esq.
Emily Stierwalt, Esq.
Waymaker
777 South Figueroa Street, Suite 2850
Los Angeles, California 90017

Mohammad Hamoudi, Esq.
Christopher Sanders, Esq.
Nancy Tenney, Esq.
Office of the Federal Public Defender
1601 5th Avenue, Suite 700
Seattle, Washington 98101

　　　　　Re: *United States v. Paige Thompson*, CR19-159 RSL

Dear Counsel:

　　　This letter is formal notification that the government intends to offer at trial certain business and electronic records that have been authenticated pursuant to the procedure in Federal Rules of Evidence 902(11), (13), and (14). Specifically, the government will offer the following:

| Bates No. | Description of Business Records | Bates No. of Certification |
|---|---|---|
| USA-4372; USA-4906; USA-4748; USA-4771 | Twitter Account Records – 0xA3A97B6C<br>• Subscriber Records<br>• Direct Messages<br>• Tweets | USA-14641 to USA-14642 |
| USA-5728; USA-5822 to USA-5827; USA-5717; | Google Account Records<br><br>• Subscriber Records for paige.adele.thompson@gmail.com, paigeadele@gmail.com, and paigeadele2019@gmail.com | USA-5535 to USA-5536 |

May 10, 2022
Page 2

| USA-5780 to USA-5793<br><br>USA-10867 to USA-13152 | • Internet Activity for paigeadele@gmail.com and paige.adele.thompson@gmail.com | |
|---|---|---|
| USA-4371;<br>USA-1157;<br>USA-4779 | Slack Account Records<br><br>• Subscriber Records<br>• #netcrave Channel | USA-14839 |
| USA-4370;<br>USA-4884 to USA-4888;<br>USA-5103 | GitHub Account Records<br>• Subscriber Records<br>• Gists | USA-14635 |

The government respectfully requests that you advise, no later than the Pretrial Conference or the Tuesday before trial, whichever is earlier, whether you will object to these records on the grounds that the records are not business/electronic records or not authentic.

We will notify you if we intend to offer additional records through this process. If you have any questions or concerns about these matters, please feel free to contact us.

Sincerely,

NICHOLAS W. BROWN
United States Attorney

*s/ Andrew C. Friedman*
*s/ Jessica M. Manca*
*s/ Tania M. Culbertson*
ANDREW C. FRIEDMAN
JESSICA M. MANCA
TANIA M. CULBERTSON
Assistant United States Attorneys