# EXHIBIT 3

I, Fernando Barbosa hereby certify:

1. I am a duly authorized custodian of records for Twitter, Inc. ("Twitter"), located in San Francisco, California. I am authorized to submit this certification on behalf of Twitter. I have personal knowledge of the following facts and could testify competently thereto if called as a witness.

2. I am qualified to authenticate the records because I am familiar with how the records were created, managed, stored, and retrieved.

3. On 2019/09/11, Twitter produced the following records via Email jmartini@fbi.gov:

    -1136835740380192768-animated-gifs
    -1136835740380192768-devices.txt
    -1136835740380192768-dm-media
    -1136835740380192768-dms.txt
    -1136835740380192768-email_address_history.txt
    -1136835740380192768-favorites.txt
    -1136835740380192768-following.txt
    -1136835740380192768-groupdm-media
    -1136835740380192768-groupdm.txt
    -1136835740380192768-account-images
    -1136835740380192768-ipaudit.txt
    -1136835740380192768-lists-created.txt
    -1136835740380192768-profile-description.txt
    -1136835740380192768-profile-media
    -1136835740380192768-protected-history.txt
    -1136835740380192768-saved-searches.txt
    -1136835740380192768-screen-name-changes.txt
    -1136835740380192768-suspension-history.txt
    -1136835740380192768-tweets.txt
    -1136835740380192768-account-creation-ip.txt
    -1136835740380192768-account.txt
    -1136835740380192768-account-videos

    ("Records").

4. The Records were prepared by Twitter and are data that Twitter servers record automatically at the time, or reasonably soon after, the data is transmitted by the

user, and the data is kept in the course of regularly conducted business activity and was made by Twitter as a regular practice.

5. The Records were generated by Twitter's electronic process or system that produces an accurate result and were copied in a manner to ensure they are true duplicates of the original records.

6. I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 03 day of March 2022.

*Mospanba*

Google LLC
1600 Amphitheatre Parkway



USLawEnforcement@google.com
Mountain View, California 94043

## CERTIFICATE OF AUTHENTICITY

I hereby certify:

1. I am authorized to submit this affidavit on behalf of Google LLC ("Google"), located in Mountain View, California. I have personal knowledge of the following facts, except as noted, and could testify competently thereto if called as a witness.

2. I am qualified to authenticate the records because I am familiar with how the records were created, managed, stored and retrieved.

3. Google provides Internet-based services.

4. Attached is a true and correct copy of records pertaining to the Google account-holder(s) identified with account(s) *PAIGEADELE2019*, with Google Ref. No. 3380952 ("Document"). Accompanying this Certificate of Authenticity as Attachment A is a list of hash values corresponding to each file produced in response to the Grand Jury Subpoena.

5. The Document is a record made and retained by Google. Google servers record this data automatically at the time, or reasonably soon after, it is entered or transmitted by the user, and this data is kept in the course of this regularly conducted activity and was made by regularly conducted activity as a regular practice of Google.

6. The Document is a true duplicate of original records that were generated by Google's electronic process or system that produces an accurate result. The accuracy of Google's electronic process and system is regularly verified by Google.

7. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.


___/s_Madonno Anderson_____          Date: 1/21/2020
(Signature of Records Custodian)


    Madonno Anderson
(Name of Records Custodian)



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

**Attachment A: Hash Values for Production Files (Google Ref. No. 3380952)**

paigeadele2019.AccountInfo.txt:

MD5- 659c0588a1f4cc9d556acf3a1273de18
SHA512- 298598c9b9d91bff1527dba965f7b78a59e3b5c08b1e5f3fc6382993584a00fd4923740d617d96bf30d643abadbdf9ad37f62c9457d9824cf8abcc6902517c04

USA-00005536

I, __Sarah Herr__, certify that:

1. I am a custodian of records individual for Slack Technologies, Inc. ("Slack") and have personal knowledge of the facts contained herein.

2. I have provided the records pertaining to _____Slack Reference Number: 20190049_____.

3. These records were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of these matters.

4. These records were kept in the course of the regularly conducted business activity at or near the time of the acts, conditions or events to which they relate; and

5. These records were made in the ordinary course of business of Slack through automated activity conducted as part of a regular practice.

6. If called as a witness, I could testify competently under oath concerning these facts.

_____[signature]_____
Signature

__3-7-22__
Date

**CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)**

I, __Dan Velton__, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by __GitHub__, and my title is __Counsel__. I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the original records in the custody of __GitHub__. The attached records consist of __1 zip file__. I further state that:

   a.   all records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of __GitHub__, and they were made by __GitHub__ as a regular practice; and

   b.   such records were generated by __GitHub__'s electronic process or system that produces an accurate result, to wit:

      1.   the records were copied from electronic device(s), storage medium(s), or file(s) in the custody of __GitHub__ in a manner to ensure that they are true duplicates of the original records; and

      2.   the process or system is regularly verified by __GitHub__, and at all times pertinent to the records certified here the process and system functioned properly and normally.

   I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

February 11, 2022                        _[signature]_

Date                                     Signature