THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR19-159-RSL |
| Plaintiff, | |
| v. | SUPPLEMENTAL AUTHORITY |
| PAIGE A. THOMPSON, | |
| Defendant. | |

Defendant Paige Thompson, through counsel, submits this supplemental authority from U.S. Department of Justice, which became available on May 19, 2022, in support of her Motion to Reconsider Order Denying Defendant's Motion to Dismiss Counts 2 Through 8, Docket Number 240.  Specifically, the defense submits:

Exhibit A: Press Release – "Department of Justice Announces New Policy for Charging Cases under the Computer Fraud and Abuse Act"

Exhibit B: CFAA Policy May 2022 (9-48.000 – Computer Fraud and Abuse Act)

DATED: May 24, 2022.          Respectfully submitted,

/s/ *Mohammad Ali Hamoudi*
MOHAMMAD ALI HAMOUDI
/s/ *Christopher Sanders*
CHRISTOPHER SANDERS
/s/ *Nancy Tenney*
NANCY TENNEY
Assistant Federal Public Defenders

SUPPLEMENTAL AUTHORITY
(*U.S. v. Paige Thompson*, CR19-159-RSL) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

/s/ *Brian Klein*
BRIAN KLEIN
/s/ *Melissa Meister*
MELISSA MEISTER
Waymaker LLP

Attorneys for Paige Thompson

SUPPLEMENTAL AUTHORITY
(*U.S. v. Paige Thompson*, CR19-159-RSL) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**