The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR19-159 RSL |
| Plaintiff, | **GOVERNMENT'S WITNESS LIST** |
| v. | |
| PAIGE A. THOMPSON, | |
| Defendant. | |

The United States of America, by its undersigned counsel, respectfully submits its Witness List. The Government expects to call some or all of the following witnesses during its case-in-chief or in rebuttal:

1. Steve Schuster
2. George Chamberlin
3. Michael Fisk
4. K.V.[1]
5. John Roundy
6. Matt Pelaggi

---

[1] Initials used due to the witness' privacy and safety concerns. The witness' full name has been provided to the defense.

7.  Clint Popetz
8.  Christopher Chan
9.  Joseph Baleda
10. Paige Aran
11. Eric Brandwine
12. FBI Forensic Computer Scientist Waymon Ho
13. FBI Special Agent Joel Martini
14. FBI Special Agent Jared Brown
15. FBI Special Agent Zacharey Hansen
16. FBI CART Examiner John Powers
17. FBI Forensic Computer Scientist Vincent Kenney
18. Secret Service Special Agent Kenneth Henderson
19. John Strand
20. Dr. Kenneth Muscatel
21. Twitter Records Custodian
22. Google Records Custodian
23. Slack Records Custodian
24. GitHub Records Custodian

DATED: May 24, 2022.

Respectfully submitted,

NICHOLAS W. BROWN
United States Attorney

*/s/ Andrew C. Friedman*
ANDREW C. FRIEDMAN
JESSICA M. MANCA
TANIA M. CULBERTSON
Assistant United States Attorneys
700 Stewart Street, Suite 5220
Seattle, Washington 98101