The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR19-159 RSL |
| Plaintiff, | **GOVERNMENT'S EXHIBIT LIST** |
| v. | |
| PAIGE A. THOMPSON, | |
| Defendant. | |

The United States of America, by its undersigned counsel, respectfully submits this Exhibit List. The Government expects to introduce some or all of the following exhibits during its case in chief at trial in this matter:

**100 - Demonstrative Exhibits**

  101 – Cloud Computing

  102 – S3 Bucket

  103 – EC2 Instance

  104 – Web Server

  105 – Forward Proxy

  106 – Reverse Proxy

  107 – Web Application Firewall

  108 – Server-Side Request Forgery (SSRF)

109 – Virtual Private Network (VPN)

110 – The Onion Router (TOR)

111 – Blockchain

112 – Cryptocurrency Mining

113 – VPN and TOR Setup

114 – Get Credentials

115 – Use Credentials

116 – Cryptojacking

**200 - Exhibits Relating to the Capital One Hack**

201   7/17/19 Email to Responsible Disclosure

202   7/19/19 Email to Responsible Disclosure w/Attachments

203   Attachments to 7/19/19 Email to Responsible Disclosure

204   4/21/19 GitHub File (screenshot)

205   4/21/19 GitHub File (download)

206   Paige Thompson's Resume on GitLab

207   CloudTrail Logs of API Calls

208   CloudTrail Logs of Data Exfiltration

209   List of Buckets and Objects Exfiltrated

*Exhibits Relating to GitHub*

250   902(11) Certification

251   Subscriber Information

252   4/21/19 File [Search Warrant]

**300 - Exhibits from Search of Residence**

| | |
|---|---|
| 301 | Photograph of Door |
| 302 | Sketch of House |
| 303 | Photograph of Living Room |
| 304 | Photograph of Bedroom |
| 305 | Photograph of Computer |
| 306 | Photograph of Custom-Built Desktop Computer |
| 307 | Photograph of Computer Screen |
| 308 | Photograph of Laptop |
| 309 | Photograph of Phone |
| 310 | Photographs of eGift Cards |

**400 – Social Media**

*#netcrave Slack*

| | |
|---|---|
| 400 | 902(11) Certification |
| 401 | Subscriber Information |
| 402 | 6/26/19 5:25 p.m. Chats – Screenshot |
| 403 | 6/26/19 5:25 p.m. Chats – Search Warrant |
| 404 | 6/26/19 8:42 p.m. Chats – Screenshot |
| 405 | 6/26/19 8:44 p.m. Chats – Search Warrant |
| 406 | 6/27/19 9:57 a.m. Chats – Screenshot |
| 407 | 6/27/19 9:57 a.m. Chats – Search Warrant |
| 408 | 6/27/19 4:55 p.m. Chats – Screenshot |
| 409 | 6/27/19 4:55 p.m. Chats – Search Warrant |
| 410 | 6/27/19 4:57 p.m. Chats – Screenshot |
| 411 | 6/27/19 4:57 p.m. Photograph – Screenshot |
| 412 | 6/27/19 4:57 p.m. Chats – Search Warrant |
| 413 | 6/28/19 4:42 p.m. Chats - Screenshot |

| | | |
|---|---|---|
| | 414 | 7/8/19 11:24 a.m. Chats – Screenshot |
| | 415 | 7/8/19 11:24 a.m. Chats – Search Warrant |
| | 416 | 7/8/19 5:27 p.m. Chats – Screenshot |
| | 417 | 7/8/19 5:27 p.m. Chats – Search Warrant |
| | 418 | 7/12/19 2:26 a.m. Chats – Screenshot |
| | 419 | 7/19/19 7:28 p.m. Chats – Search Warrant |
| | 420 | Slack #netcrave Search Warrant Return |

*Twitter*

| | | |
|---|---|---|
| | 430 | 902(13) Certification |
| | 431 | Subscriber Information |
| | 432 | Tweets |
| | 433 | 6/16/19 8:16 a.m. Tweet |
| | 434 | 6/16/19 8:47 p.m. Tweet |
| | 435 | 7/2/19 Direct Message Conversation |
| | 436 | 7/4/19 Direct Message Conversation |
| | 437 | 7/18/19 Tweet |
| | 438 | Photograph of Paige Thompson's Computer |
| | 439 | Photograph of Gift Cards |
| | 440 | Complete Tweet File |
| | 441 | Complete Direct Messages File |

*Internet Relay Chats*

| | | |
|---|---|---|
| | 450 | 4/19/19 Chats |
| | 451 | 4/21/19 Chats |
| | 452 | 5/6/19 Chats |
| | 453 | 6/5/19 Chats |
| | 454 | 7/2/19 Chats |
| | 455 | 7/14/19 Chats |

| | | |
|---|---|---|
| | 456 | 7/15/19 Chats |
| | 457 | 7/16/19 Chats |
| | 458 | 7/28/19 Chats |
| | 459 | Complete IRC Chats |

**500 Series – Cell Phones and Gmail**

*Paige Thompson's Cell Phone*

| | |
|---|---|
| 501 | 2/22/19 Text Messages |
| 502 | 3/24/19 Text Messages |
| 503 | Photograph of Screenshot of Cryptocurrency Earnings |
| 504 | Internet History Report |
| 505 | Google Search History |
| 506 | Autofill Report |

*Google Materials*

| | |
|---|---|
| 520 | 902(13) Certification |
| 521 | paigeadele[@]gmail.com Subscriber Information |
| 522 | paige.adele[@]gmail.com Internet History |
| 523 | paige.adele.thompson[@]gmail.com Subscriber Information |
| 524 | paige.adele.thompson[@]gmail.com Internet History |
| 525 | paigeadele2019[@]gmail.com Subscriber Information |

*Paige Aron's Cell Phone*

| | |
|---|---|
| 551 | Screenshots of Page Aron's Text Conversation with Paige Thompson |
| 552 | 7/16/19 Texts with Paige Thompson |
| 553 | 7/17/19 Texts with Paige Thompson |

| | | |
|---|---|---|
| | 554 | 7/17/19 Texts with Paige Thompson |

**600 – Forensic Computer Examination**

*File Directories and Logs*

| | | |
|---|---|---|
| | 601 | Sketch of Motherboard |
| | 602 | Directory Tree: aws_hacking_shit |
| | 603 | Directory Tree: awsscanner |
| | 604 | Directory Tree: .aws |
| | 605 | Directory Tree: aws_dumps |
| | 606 | Directory Tree: miner |
| | 607 | Directory Tree: .ssh |
| | 608 | aws.commands |

*Anonymization*

| | | |
|---|---|---|
| | 621 | iPredator Configuration Files |
| | 622 | iPredator 4/19/19 Syslog file |
| | 623 | iPredator 4/21/19 Syslog file |
| | 624 | iPredator 5/26/19 Syslog file |

*Scanning*

| | | |
|---|---|---|
| | 640 | aws_scan/README |
| | 641 | IP Address Scan Files |
| | 642 | Metadata Responses |
| | 643 | Grep Metadata Shell Script |
| | 644 | 3/7/19 file containing 42 Lines IP |
| | 645 | 3/7/19 file containing Apperian IP |
| | 646 | 3/11/19 file containing Capital One IP |

<pre>
Case 2:19-cr-00159-RSL   Document 254   Filed 05/24/22   Page 7 of 10
</pre>

| | | |
|---|---|---|
| | 647 | 3/14/19 file containing Bitglass IP |

*Credentials*

| | | |
|---|---|---|
| | 670 | aws_hacking_shit\aws_scan\aquire_aws_info |
| | 671 | awsscanner\awssession.sh |
| | 672 | .aws\credentials |
| | 673 | aws_hacking_shit\aws_scan\ec2-full-stuff\original-entrypoint |
| | 674 | aws.new.txt file |
| | 675 | aws.commands file with Capital One IP address |
| | 676 | Notes2file with Unicredit |
| | 677 | Notes file with Apperian ec2 |

**700 - Data Theft**

| | | |
|---|---|---|
| | 701 | aws_dumps screenshot |

*Capital One*

| | | |
|---|---|---|
| | 710 | Sync Command |
| | 711 | Capital One File Directory |
| | 712 | Capital One Data Sample |
| | 713 | Capital One Data Sample Including Social Security Numbers |
| | 714 | Capital One Data Sample Including Social Security Numbers |
| | 715 | Capital One Data Sample Including Social Security Numbers |
| | 716 | Capital One Data Sample Including Account Numbers |
| | 717 | Capital One Data Sample Including Account Numbers |

*Apperian*

| | | |
|---|---|---|
| | 720 | Apperian File Directory |
| | 721 | Apperian Data Samples |

<pre>

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970
</pre>

*42 Lines*

| | | |
|---|---|---|
| | 730 | 42 Lines File Directory |
| | 731 | 42 Lines Data Samples |

*Survox*

| | | |
|---|---|---|
| | 740 | Survox File Directory |
| | 741 | Survox Data Samples |

*Bitglass*

| | | |
|---|---|---|
| | 750 | Bitglass File Directory |
| | 751 | Bitglass Data Samples |

*Vodafone*

| | | |
|---|---|---|
| | 760 | Vodafone File Directory |
| | 761 | Vodafone Data Samples |

*Use of Data*

| | | |
|---|---|---|
| | 780 | Grep Command to Create "Capitol One Inclusion List" |
| | 781 | aws_hacking_shit\aws_scan\capitol_one_inclusion_list |
| | 782 | aws_hacking_shit\aws_scan\id |

**800 - Cryptocurrency Mining**

| | | |
|---|---|---|
| | 800 | aws_hacking_shit\aws_scan\dockerfile |
| | 801 | aws_hacking_shit\aws_scan\miner\start.sh |
| | 802 | aws_hacking_shit\aws_scan\miner\minersetup_eth.sh |
| | 803 | newawswork |
| | 804 | config |
| | 805 | known_hosts |
| | 806 | Survox-related Scripts |

| | | |
|---|---|---|
| | 807 | Waitrainer-related Scripts |
| | 808 | Powersquare India-related Scripts |
| | 809 | Hearst/Cloudreach-related Scripts |
| | 810 | A T Works-related Scripts |
| | 811 | 42 Lines-related Scripts |
| | 812 | Apperian-related Scripts |
| | 850 | Ether Wallet Record |

**900 - AWS Account, Billing, and Instance Records**

| | | |
|---|---|---|
| | 901 | Survox 4/3/19 AWS Billing Invoice |
| | 902 | Survox 4/25/19 AWS Credit Invoice |
| | 903 | Survox 4/25/19 AWS Credit Invoice |
| | 904 | Survox 5/3/19 AWS Billing Invoice |
| | 905 | AWS Billing Records – Survox |
| | 906 | AWS Billing Records – A T Works |
| | 907 | AWS Billing Records – Hearst/Cloudreach |
| | 908 | AWS Billing Records – Powersquare India |
| | 909 | AWS ec2 Instance Records -Waitrainer, Hearst/Cloudreach, Hewlett-Packard |
| | 910 | AWS Billing Records – Hearst/Cloudreach |
| | 911 | AWS Account Records |
| | 912 | AWS Account Records |
| | 913 | AWS S3 Regions |

**950 – Miscellaneous Documents**

| | | |
|---|---|---|
| | 950 | Report of FBI Interview with Paige Thompson |

DATED: May 24, 2022.

Respectfully submitted,

NICHOLAS W. BROWN
United States Attorney

*/s/ Andrew C. Friedman*
*/s/ Jessica M. Manca*
*/s/ Tania M. Culbertson*
ANDREW C. FRIEDMAN
JESSICA M. MANCA
TANIA CULBERTSON
Assistant United States Attorneys
700 Stewart Street, Suite 5220
Seattle, Washington  98101
Telephone:     (206) 553-7970
Facsimile:      (206) 553-0882
E-mail:          Andrew.Friedman@usdoj.gov
                     Jessica.Manca@usdoj.gov
                     Tania.Culbertson@usdoj.gov