The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> PAIGE A. THOMPSON, <br><br> Defendant. | NO. CR19-159 RSL |

**UNITED STATES' PROPOSED VERDICT FORM**

DATED: May 24, 2022

                                                Respectfully submitted,

                                                NICHOLAS W. BROWN
                                                United States Attorney

                                                */s Andrew C. Friedman*
                                                */s Jessica M. Manca*
                                                */s Tania M. Culbertson*
                                                ANDREW C. FRIEDMAN
                                                JESSICA M. MANCA
                                                TANIA M. CULBERTSON
                                                Assistant United States Attorneys

UNITED STATES' PROPOSED VERDICT FORM - 1
*United States v. Thompson*, CR19-159 RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>PAIGE A. THOMPSON,<br><br>Defendant. | NO. CR19-159 RSL<br><br>VERDICT FORM |

WE, THE JURY, unanimously find as follows in the case of *United States v. Paige A. Thompson*,

**COUNT 1 (Wire Fraud)**

As to Count 1, we find the defendant:

\_\_\_\_ Guilty          \_\_\_\_\_ Not Guilty

**COUNT 2 (Computer Fraud and Abuse – Capital One)**

As to Count 2, we find the defendant:

\_\_\_\_ Guilty          \_\_\_\_\_ Not Guilty

VERDICT FORM - 2
*United States v. Thompson*, CR19-159 RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

### COUNT 4 (Computer Fraud and Abuse - Apperian)

As to Count 4, we find the defendant:

\_\_\_\_ Guilty         \_\_\_\_\_ Not Guilty

### COUNT 5 (Computer Fraud and Abuse - Survox)

As to Count 5, we find the defendant:

\_\_\_\_ Guilty         \_\_\_\_\_ Not Guilty

### COUNT 6 (Computer Fraud and Abuse - Bitglass)

As to Count 6, we find the defendant:

\_\_\_\_ Guilty         \_\_\_\_\_ Not Guilty

### COUNT 7 (Computer Fraud and Abuse – 42 Lines, Inc.)

As to Count 7, we find the defendant:

\_\_\_\_ Guilty         \_\_\_\_\_ Not Guilty

//
//
//

VERDICT FORM - 3
*United States v. Thompson*, CR19-159 RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**COUNT 8 (Computer Fraud and Abuse)**

As to Count 8, we find the defendant:

\_\_\_\_ Guilty               \_\_\_\_\_ Not Guilty

**COUNT 9 (Access Device Fraud)**

As to Count 9, we find the defendant:

\_\_\_\_ Guilty               \_\_\_\_\_ Not Guilty

**COUNT 10 (Aggravated Identity Theft)**

As to Count 10, we find the defendant:

\_\_\_\_ Guilty               \_\_\_\_\_ Not Guilty

DATED this _____ day of _____, 2022.

_____
FOREPERSON

VERDICT FORM - 4
*United States v. Thompson*, CR19-159 RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970