The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> PAIGE A. THOMPSON, <br><br> Defendant. | NO. CR19-159-RSL <br><br> [PROPOSED] <br><br> **SPECIAL VERDICT FORM FOR FORFEITURE** |

**SPECIAL VERDICT FORM FOR FORFEITURE**

We, the jury in the above-captioned case, make the following findings regarding the property identified for forfeiture:

//

Special Verdict Form for Forfeiture - 1
*United States v. Thompson,* CR19-159-RSL

UNITED STATES ATTORNEY
700 S<small>TEWART</small> S<small>TREET</small>, S<small>UITE</small> 5220
S<small>EATTLE</small>, W<small>ASHINGTON</small> 98101
(206) 553-7970

1. With respect to the Dell Laptop S/N: JKQJM2 with power cord, we find that, more likely than not:

   **A. It was used, or intended to be used to commit or to facilitate the Defendant's:**

   | | | |
   |---|---|---|
   | Computer Fraud and Abuse (Count 2) | Yes _____ | No _____ |
   | Computer Fraud and Abuse (Count 4) | Yes _____ | No _____ |
   | Computer Fraud and Abuse (Count 5) | Yes _____ | No _____ |
   | Computer Fraud and Abuse (Count 6) | Yes _____ | No _____ |
   | Computer Fraud and Abuse (Count 7) | Yes _____ | No _____ |
   | Computer Fraud and Abuse (Count 8) | Yes _____ | No _____ |

   **B. It was used, or intended to be used, to commit the Defendant's:**

   | | | |
   |---|---|---|
   | Access Device Fraud (Count 9) | Yes _____ | No _____ |

2. With respect to the White Desktop Computer Custom Built, we find that, more likely than not:

   **A. It was used, or intended to be used to commit or to facilitate the Defendant's:**

   | | | |
   |---|---|---|
   | Computer Fraud and Abuse (Count 2) | Yes _____ | No _____ |
   | Computer Fraud and Abuse (Count 4) | Yes _____ | No _____ |
   | Computer Fraud and Abuse (Count 5) | Yes _____ | No _____ |
   | Computer Fraud and Abuse (Count 6) | Yes _____ | No _____ |
   | Computer Fraud and Abuse (Count 7) | Yes _____ | No _____ |
   | Computer Fraud and Abuse (Count 8) | Yes _____ | No _____ |

Special Verdict Form for Forfeiture - 2
*United States v. Thompson,* CR19-159-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**B.     It was used, or intended to be used, to commit the Defendant's:**

| Access Device Fraud (Count 9) | Yes _____    No _____ |

Please sign and date this Special Verdict Form for Forfeiture, as indicated below.

_____            _____
FOREPERSON                                                       Date

Special Verdict Form for Forfeiture - 3
*United States v. Thompson,* CR19-159-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970