The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR19-159 RSL |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE** |
| | **OF ADDITIONAL COUNSEL** |
| PAIGE A. THOMPSON, | **FOR THE UNITED STATES** |
| Defendant. | |

PLEASE TAKE NOTICE that Assistant United States Attorney ("AUSA") Krista K. Bush appears on behalf of the United States, for the specific purpose of litigating the forfeiture aspects of this case. Going forward, please serve copies of all pleadings, court documents, and correspondence on AUSA Bush at:

KRISTA K. BUSH
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington  98101
(206) 553-2242
Krista.Bush@usdoj.gov

//

1    DATED this 25th day of May, 2022.

2

3                         Respectfully submitted,

NICHOLAS W. BROWN
United States Attorney

*s/ Krista K. Bush*
KRISTA K. BUSH
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington  98101
(206) 553-2242
Krista.Bush@usdoj.gov

Notice of Appearance - 2
*United States v. Paige A. Thompson,* CR19-159 RSL

UNITED STATES ATTORNEY
700 STEWART STREET. SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1

## <u>CERTIFICATE OF SERVICE</u>

2

3        I hereby certify that on May 25, 2022, I electronically filed the foregoing Notice

4   with the Clerk of the Court using the CM/ECF system, which automatically serves the

5   parties of record.

6

7                                    *s/ Donna R. Taylor*
                                     DONNA R. TAYLOR
8                                    FSA Paralegal III, Contractor
                                     United States Attorney's Office
9                                    700 Stewart Street, Suite 5220
                                     Seattle, Washington  98101
10                                   (206) 553-4132
                                     Donna.R.Taylor@usdoj.gov
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Notice of Appearance - 3
*United States v. Paige A. Thompson,* CR19-159 RSL

UNITED STATES ATTORNEY
700 STEWART STREET. SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970