JUDGE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR19-159RSL |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING MOTION TO SEAL DEFENDANT'S MOTION TO EXCLUDE 404(b) EVIDENCE OR TESTIMONY |
| PAIGE THOMPSON, | ) | |
| Defendant. | ) | |

THIS MATTER has come before the undersigned on the motion of defendant, Paige Thompson, to file the Motion to Exclude 404(b) Evidence or Testimony and Exhibits A - D under seal.  The Court finds there are compelling reasons to permit the filing of the documents under seal.

IT IS HEREBY ORDERED that the defendant shall be permitted to file the Motion to Exclude 404(b) Evidence or Testimony under seal.

DATED this  25th  day of May, 2022.

_____
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION TO SEAL
DEFENDANT'S MOTION TO EXCLUDE
404(b) EVIDENCE AND TESTIMONY
(*U.S. v. Paige Thompson*; CR19-159RSL)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

Presented by;

/s/ *Mohammad Ali Hamoudi*
MOHAMMAD ALI HAMOUDI
/s/ *Christopher Sanders*
CHRISTOPHER SANDERS
/s/ *Nancy Tenney*
NANCY TENNEY
Assistant Federal Public Defenders

/s/ *Brian Klein*
BRIAN KLEIN
/s/ *Melissa Meister*
MELISSA MEISTER
Waymaker LLP

Attorneys for Paige Thompson

ORDER GRANTING MOTION TO SEAL DEFENDANT'S MOTION TO EXCLUDE 404(b) EVIDENCE AND TESTIMONY
(*U.S. v. Paige Thompson*; CR19-159RSL)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100