The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, Plaintiff  v.  PAIGE A. THOMPSON, Defendant. | NO. CR19-159 RSL  ORDER GRANTING UNITED STATES' MOTION TO SEAL EXHIBIT 1 TO ITS OPPOSITION TO DEFENDANT'S MOTION TO EXCLUDE RULE 404(b) EVIDENCE AND TESTIMONY |
|---|---|

This matter has come before the Court on the United States' Motion to Seal Exhibit 1 to its Opposition to Defendant's Motion to Exclude Rule 404(b) Evidence and Testimony. The Court has reviewed the motions and records in this case and finds there are compelling reasons to permit the filing under seal of this exhibit due to the sensitive information contained therein.

//
//
//

SEALING ORDER
*United States v. Thompson* / CR19-159 RSL - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

IT IS THERFORE ORDERED that Exhibit 1 to the United States' Opposition to Defendant's Motion to Exclude Rule 404(b) Evidence and Testimony be filed under seal.

DATED this 25th day of May, 2022.

_____
ROBERT S. LASNIK
United States District Court Judge

Presented by:

*s/ Jessica M. Manca*
JESSICA M. MANCA
Assistant United States Attorney

SEALING ORDER
*United States v. Thompson* / CR19-159 RSL - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970