Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>PAIGE A. THOMPSON,<br><br>Defendant. | NO. CR19-159 RSL<br><br>ORDER GRANTING UNITED STATES' MOTION TO FILE A BRIEF IN EXCESS OF TWELVE PAGES |

The Court, having reviewed the Motion of the United States to File a Brief in Excess of Twelve Pages, hereby enters the following order:

IT IS HEREBY ORDERED that the Motion is GRANTED. The United States may file its response to the Defendant's Motion to Exclude Rule 404(b) Evidence or Testimony (Dkt. 242) that does not exceed 14 pages in length.

DATED this  25th  day of May, 2022.

_____
ROBERT S. LASNIK
United States District Judge

PRESENTED BY:

*/s Jessica M. Manca*
JESSICA M. MANCA
Assistant United States Attorney

Order Permitting Excess Pages
*United States v. Thompson* / CR19-159 RSL- 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970