The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>PAIGE A. THOMPSON,<br><br>Defendant. | NO. CR19-159 RSL<br><br>UNITED STATES' MOTION TO SEAL GOVERNMENT'S TRIAL BRIEF AND PUBLISH REDACTED TRIAL BRIEF<br><br>**NOTED:  May 25, 2022** |

    The United States hereby moves this Court for an order to seal the government's trial brief and to publish a redacted version.  This motion is brought at the request of the

//

//

//

UNITED STATES' MOTION TO SEAL TRIAL BRIEF - 1
*United States v. Thompson,* CR19-159 RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

defense on the ground that the trial brief contains a summary description of the expected testimony of the government's mental health expert based on the results of his examination of the defendant.

DATED: May 25, 2022.

Respectfully submitted,

NICHOLAS W. BROWN
United States Attorney

*/s/ Andrew Friedman*
*/s/ Jessica M. Manca*
*/s/ Tania M. Culbertson*
ANDREW FRIEDMAN
JESSICA M. MANCA
TANIA M. CULBERTSON
Assistant United States Attorneys
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: (206) 553-7970
Fax: (206) 553-0882
E-mail: Jessica.Manca@usdoj.gov

UNITED STATES' MOTION TO SEAL TRIAL BRIEF - 2
*United States v. Thompson,* CR19-159 RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970