The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>PAIGE A. THOMPSON,<br><br>Defendant. | NO. CR19-159 RSL<br><br>[PROPOSED]<br>ORDER GRANTING UNITED STATES'<br>MOTION TO SEAL GOVERNMENT'S<br>TRIAL BRIEF AND PUBLISH<br>REDACTED TRIAL BRIEF |

This matter has come before the Court on the United States' Motion to Seal the Government's Trial Brief and Publish Redacted Trial Brief. The Court has reviewed the motions and records in this case and finds there are compelling reasons to permit the redaction of the government's trial brief due to the sensitive information contained therein. The Government's Trial Brief (Dkt. 255) shall be sealed, and the government shall file a redacted trial brief.

//
//
//

[PROPOSED] SEALING ORDER - 1
*United States v. Thompson,* CR19-159 RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  IT IS THERFORE ORDERED that the Government's Trial Brief (Dkt. 255) be filed
2  under seal and that a redacted version be published.
3
4  DATED this \_\_\_\_ day of May, 2022.
5
6
7
8  _____
   ROBERT S. LASNIK
9  United States District Court Judge
10
11 Presented by:
12
13 */s/ Jessica M. Manca*
   JESSICA M. MANCA
14 Assistant United States Attorney
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] SEALING ORDER - 2
*United States v. Thompson,* CR19-159 RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970