The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>PAIGE A. THOMPSON,<br><br>Defendant. | NO. CR19-159 RSL<br><br>*STIPULATED* MOTION FOR AN ORDER DIRECTING THE RELEASE OF TESTING DATA<br><br>**NOTE ON MOTION CALENDAR: May 25, 2022** |

The parties hereby move this Court for an order directing Dr. Ken Muscatel to release to the United States and to counsel for Defendant Paige A. Thompson a copy of the testing data and results of the psychological tests he administered to Thompson on Friday, May 13, 2022.  Dr. Muscatel administered the tests in accordance with the Court's March 21, 2022 order granting in part the United States' motion for a mental health examination under Federal Rule of Criminal Procedure 12.2(c) (Dkt. No. 228).

Dr. Muscatel has arranged to transmit a copy of the testing data and results of the psychological tests directly to the defense's mental health expert, Dr. Matthew Goldenberg, without the need for a Court order because doing so is consistent with the ethical principles and codes of conduct governing licensed psychologists.  The transmission of the testing data and test results from Dr. Muscatel directly to Dr.

STIPULATED MOTION TO RELEASE TESTING DATA - 1
*United States v. Thompson*, CR19-159 RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Goldenberg also satisfies the United States' discovery obligations under Federal Rule of Criminal Procedure 16(a)(1)(B) and (F).

Out of an abundance of caution, the parties seek an order directing Dr. Muscatel to also provide to the government's prosecution team and to counsel for the defendant a copy of the testing data and results of the psychological tests he administered as part of the Rule 12.2(c) mental health examination of the defendant.  Such an order will ensure that Dr. Muscatel is not violating any ethical principles or codes of conduct of

//

//

//

//

//

STIPULATED MOTION TO RELEASE TESTING DATA - 2
*United States v. Thompson*, CR19-159 RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

his profession in so doing, and that the government and the defense may fully review the results of Dr. Muscatel's mental health examination of the defendant in preparation for trial.

DATED:  May 25, 2022.

Respectfully submitted,


NICHOLAS W. BROWN
United States Attorney

*/s/ Andrew Friedman*
*/s/ Jessica M. Manca*
*/s/ Tania M. Culbertson*
ANDREW FRIEDMAN
JESSICA M. MANCA
TANIA M. CULBERTSON
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: (206) 553-7970
Fax: (206) 553-0882
E-mail: Tania.Culbertson@usdoj.gov


*/s/ (by email authorization)*
MOHAMMAD ALI HAMOUDI
CHRISTOPHER SANDERS
NANCY TENNEY
Assistant Federal Public Defenders

*/s/ (by email authorization)*
BRIAN KLEIN
MELISSA MEISTER
Waymaker LLP

Attorneys for Paige Thompson

STIPULATED MOTION TO RELEASE TESTING DATA - 3
*United States v. Thompson*, CR19-159 RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970