The Honorable Robert S. Lasnik

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR19-159 RSL |
|---|---|
| Plaintiff | [Proposed] |
| v. | ORDER GRANTING *STIPULATED* MOTION FOR THE RELEASE OF TESTING DATA |
| PAIGE A. THOMPSON, | |
| Defendant. | |

The Court, having reviewed the Stipulated Motion for an Order Directing the Release of Testing Data, hereby enters the following order:

IT IS HEREBY ORDERED that the Motion is GRANTED.  Dr. Ken Muscatel is directed to release to the government's prosecution team and to counsel for the defendant in this case a copy of the testing data and results of the psychological tests he administered to Defendant Paige A. Thompson on Friday, May 13, 2022, in accordance

//

//

//

[Proposed] Order Directing Release of Test Results - 1
*United States v. Thompson,* CR19-159 RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   with this Court's March 21, 2022, order under Federal Rule of Criminal Procedure

2   12.2(c) (Dkt. No. 228).

3

4          DATED this ____ day of May, 2022.

5

6                                                    _____

7                                                    ROBERT S. LASNIK
                                                     United States District Judge

8   PRESENTED BY:

9   /s/ Tania M. Culbertson

10  TANIA M. CULBERTSON
    Assistant United States Attorney

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[Proposed] Order Directing Release of Test Results - 2
*United States v. Thompson,* CR19-159 RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970