The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>PAIGE A. THOMPSON,<br><br>Defendant. | NO. CR19-159 RSL<br><br>ORDER GRANTING *STIPULATED* MOTION FOR THE RELEASE OF TESTING DATA |

The Court, having reviewed the Stipulated Motion for an Order Directing the Release of Testing Data, hereby enters the following order:

IT IS HEREBY ORDERED that the Motion is GRANTED. Dr. Ken Muscatel is directed to release to the government's prosecution team and to counsel for the defendant in this case a copy of the testing data and results of the psychological tests he administered to Defendant Paige A. Thompson on Friday, May 13, 2022, in accordance

//

//

//

with this Court's March 21, 2022, order under Federal Rule of Criminal Procedure 12.2(c) (Dkt. No. 228).

DATED this 26th day of May, 2022.

ROBERT S. LASNIK
United States District Judge

PRESENTED BY:

*/s/ Tania M. Culbertson*
TANIA M. CULBERTSON
Assistant United States Attorney

Order Directing Release of Test Results - 2
*United States v. Thompson,* CR19-159 RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970