THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR19-159-RSL |
| Plaintiff, | ) ) ) | ORDER GRANTING MOTION TO EXCLUDE TERMS "HACK," AND "CRYPTOJACKING" |
| v. | ) ) | |
| PAIGE THOMPSON, | ) | (PROPOSED) |
| Defendant. | ) ) ) | |

The Court has considered the defense motion to Exclude Terms Hack and Cryptojacking, the responses of the parties and the records and files in this case.

The motion is hereby GRANTED. The parties are excluded from the use of the terms hack and cryptojacking.

DATED this _____ day of _____, 2022.

_____
ROBERT S. LASNIK
UNITED STATES JUDGE

Presented by:

/s/ Mohammad Ali Hamoudi
MOHAMMAD ALI HAMOUDI

/s/ Christopher Sanders
CHRISTOPHER SANDERS

ORDER GRANTING MOTION
TO EXCLUDE TERMS
(*U.S. v. Paige Thompson*, CR19-159-RSL) - 1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

/s/ Nancy Tenney
NANCY TENNEY
Assistant Federal Public Defenders

/s/ Brian Klein
BRIAN KLEIN
/s/ Melissa Meister
MELISSA MEISTER
Waymaker LLP

Attorneys for Paige Thompson

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, WA  98101**
**(206) 553-1100**