THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | ) No. CR19-159-RSL |
|---|---|
| Plaintiff, | ) |
| v. | ) **DEFENDANT'S WITNESS LIST** |
| PAIGE A. THOMPSON, | ) |
| Defendant. | ) |

Defendant Paige Thompson, through counsel, submits the following witness list in advance of the trial scheduled to start June 7, 2022. Based on what it knows now about the government's case-in-chief, the defense expects to call some or all of these witnesses during trial. That said, the defense reserves the right to amend and supplement this list based changes in the facts and circumstances.

| | **Law Enforcement Witnesses** |
|---|---|
| 1. | Jared Brown |
| 2. | Zacharey Hansen |
| 3. | Nathaniel Lau |
| 4. | Joel Martini |
| 5. | Randy Pargman |
| 6. | John Powers |

DEFENDANT'S WITNESS LIST
(*U.S. v. Paige Thompson*, CR19-159-RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

|     | **Capitol One Witnesses**[1] |
| --- | --- |
| 7.  | Heather Caputo |
| 8.  | Francis "Mark" Donovan |
| 9.  | Michael Fisk |
| 10. | Harvey Green |
| 11. | Thomas Hall |
| 12. | Zachary Hanif |
| 13. | Houston Hopkins |
| 14. | Aaron Hughes |
| 15. | Anthony Johnson |
| 16. | Diane Ly |
| 17. | Matt Nolan |
| 18. | Terren Peterson |
| 19. | Daniel Seeley |
| 20. | Jack Walker |
| 21. | James Yarnall |
|     | **AWS Witnesses**[2] |
| 22. | Don Barber |
| 23. | Brian Bentzen |
| 24. | Justin Christian |
| 25. | Glen Dorton |

---

[1] We are continuing to meet-and-confer with Capital One counsel about their witnesses. Note this list does not include a custodian of records for Capital One records. But we may need to call one.

[2] We have started a meet-and-confer process with AWS counsel, but we are waiting to hear back from them. Note this list does not include a custodian of records for AWS records. But we may need to call one.

DEFENDANT'S WITNESS LIST
(*U.S. v. Paige Thompson*, CR19-159-RSL) - 2

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

| | |
|---|---|
| 26. | Michael Haken |
| 27. | Nima Sharifi Mehr |
| 28. | Vincent Charles Passaro |
| 29. | Stephen Schmidt |
| 30. | Steve Schuster |
| 31. | Becky Weiss |
| | **Others** |
| 32. | Stacey Brownstein |
| 33. | Seth Edgar |
| 34. | Enghouse/Survox, Records Custodian |
| 35. | Dr. Matthew Goldenberg |
| 36. | Alex Halderman |
| 37. | Robert Kirtley |
| 38. | 42 Lines, Record Custodian |
| 39. | Matthew Ortiz |
| 40. | Clint Popetz |
| 41. | Kat Valentine |
| 42. | Paige Thompson |

DATED: May 27, 2022.     Respectfully submitted,

/s/ *Mohammad Ali Hamoudi*
MOHAMMAD ALI HAMOUDI
/s/ *Christopher Sanders*
CHRISTOPHER SANDERS
/s/ *Nancy Tenney*
NANCY TENNEY
Assistant Federal Public Defenders

DEFENDANT'S WITNESS LIST
(*U.S. v. Paige Thompson*, CR19-159-RSL) - 3

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

/s/ *Brian Klein*
BRIAN KLEIN
/s/ *Melissa Meister*
MELISSA MEISTER
Waymaker LLP

Attorneys for Paige Thompson

DEFENDANT'S WITNESS LIST
(*U.S. v. Paige Thompson*, CR19-159-RSL) - 4

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**