THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAIGE A. THOMPSON,<br><br>Defendant. | No. CR19-159-RSL<br><br>ORDER GRANTING REQUEST FOR PERMISSION TO FILE PROPOSED JURY INSTRUCTIONS ON MAY 31, 2022<br><br>(PROPOSED) |

The Court has reviewed the defendant's request to file proposed jury instructions on May 31, 2022, and the records and files therein.

The request is granted and the defendant may file proposed jury instructions on May 31, 2022.

Dated this ____ day of _____, 2022.


_____
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by,

/s/ *Mohammad Ali Hamoudi*
MOHAMMAD ALI HAMOUDI
/s/ *Christopher Sanders*
CHRISTOPHER SANDERS

ORDER GRANTING REQUEST TO
FILE DEFENDANT'S PROPOSED
JURY INSTRUCTIONS ON MAY 31, 2022
(*Paige Thompson*, CR19-159-RSL) - 1

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

/s/ *Nancy Tenney*
NANCY TENNEY
Assistant Federal Public Defenders

/s/ *Brian Klein*
BRIAN KLEIN
/s/ *Melissa Meister*
MELISSA MEISTER
Waymaker LLP

Attorneys for Paige Thompson

ORDER GRANTING REQUEST TO
FILE DEFENDANT'S PROPOSED
JURY INSTRUCTIONS ON MAY 31, 2022
(*Paige Thompson*, CR19-159-RSL) - 2

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100