THE HONORABLE ROBERT S. LASNIK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| UNITED STATES OF AMERICA, | ) No. CR19-159-RSL |
|---|---|
| Plaintiff, | ) |
| v. | ) **DEFENDANT'S EXHIBIT LIST** |
| PAIGE A. THOMPSON, | ) **Redacted** |
| Defendant. | ) |

Defendant Paige Thompson, through counsel, submits the following exhibit list in advance of the trial scheduled to start June 7, 2022. Based on what it knows now about the government's case-in-chief, the defense expects to introduce some or all of these exhibits during trial. That said, the defense reserves the right to amend and supplement this list based on changes in the facts and circumstances. The defense may also request that the Court take judicial notice of facts related to certain of its exhibits.



| Exhibit No. | Description |
|---|---|
| ███████████████████ | |

---

[1] Exhibits 1000 through 1004 are redacted because they are subject to an existing protective order. (Dkt. No. 87.)

DEFENDANT'S EXHIBIT LIST
(*U.S. v. Paige Thompson*, CR19-159-RSL) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

| | |
|---|---|
| 1005 | E.D.Va. Proposed Class Action Settlement Agreement |
| 1006 | OCC Press Release – Capital One |
| 1007 | OCC Cease and Desist – Capital One |
| 1008 | OCC Consent Decree – Capital One |
| | |
| 1100 | The Handwritten Disclosure to AWS |

DATED: May 27, 2022.   Respectfully submitted,

/s/ *Mohammad Ali Hamoudi*
MOHAMMAD ALI HAMOUDI
/s/ *Christopher Sanders*
CHRISTOPHER SANDERS
/s/ *Nancy Tenney*
NANCY TENNEY
Assistant Federal Public Defenders

/s/ *Brian Klein*
BRIAN KLEIN
/s/ *Melissa Meister*
MELISSA MEISTER
Waymaker LLP

Attorneys for Paige Thompson

DEFENDANT'S EXHIBIT LIST
(*U.S. v. Paige Thompson*, CR19-159-RSL) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**