JUDGE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR19-159RSL |
| Plaintiff, | |
| v. | MOTION TO SEAL DEFENDANT'S EXHIBIT LIST |
| PAIGE THOMPSON, | |
| Defendant. | |

COMES NOW the defendant, Paige Thompson, by her counsel, and hereby moves this Court to order that the Defendant's Exhibit List be filed under seal and secured from public access until further order of the Court.

The redacted exhibits are subject to an existing protective order. Out of an abundance of caution, we have redacted them, thus constituting a compelling reason to order that the unredacted Exhibit List be filed under sealed.

DATED this 27th day of May, 2022.

Respectfully submitted,

/s/ *Mohammad Ali Hamoudi*
MOHAMMAD ALI HAMOUDI

/s/ *Christopher Sanders*
CHRISTOPHER SANDERS
/s/ *Nancy Tenney*
NANCY TENNEY
Assistant Federal Public Defenders

MOTION TO SEAL DEFENDANT'S
EXHIBIT LIST
(*U.S. v. Paige Thompson*; CR19-159RSL)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

| | |
|---|---|
| 1 | /s/ *Brian Klein* |
| 2 | BRIAN KLEIN |
|   | /s/ *Melissa Meister* |
| 3 | MELISSA MEISTER |
|   | Waymaker LLP |
| 4 | |
| 5 | Attorneys for Paige Thompson |

MOTION TO SEAL DEFENDANT'S
EXHIBIT LIST
(*U.S. v. Paige Thompson*; CR19-159RSL)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**