UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>PAIGE A. THOMPSON,<br><br>                    Defendant. | CASE NO. 2:19-cr-00159-RAJ<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Robert S. Lasnik, UNITED STATES DISTRICT JUDGE:

The status hearing scheduled for Thursday, June 2, 2022 at 10:30 a.m., before the Honorable Robert S. Lasnik, United States District Court Judge, is hereby STRICKEN.

DATED this 1st day of June, 2022.

*/s/ Victoria Ericksen*
By Victoria Ericksen
Deputy Clerk to Robert S. Lasnik, Judge
victoria_ericksen@wawd.uscourts.gov

MINUTE ORDER - 1