JUDGE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR19-159RSL |
| Plaintiff, | ) | |
| v. | ) | MOTION TO SEAL DEFENDANT'S OPPOSITION TO GOVERNMENT'S MOTIONS *IN LIMINE* |
| PAIGE THOMPSON, | ) | |
| Defendant. | ) | |

COMES NOW the defendant, Paige Thompson, by her counsel, and hereby moves this Court to order that the unredacted Opposition to the Government's Motions *In Limine* be filed under seal and secured from public access until further order of the Court.

The redacted opposition is subject to an existing protective order. Out of an abundance of caution, we have redacted it, thus constituting a compelling reason to order that the unredacted Opposition be filed under sealed.

DATED this 3rd day of June, 2022.

Respectfully submitted,

/s/ *Mohammad Ali Hamoudi*
MOHAMMAD ALI HAMOUDI

/s/ *Christopher Sanders*
CHRISTOPHER SANDERS
/s/ *Nancy Tenney*
NANCY TENNEY
Assistant Federal Public Defenders

MOTION TO SEAL DEFENDANT'S
OPPOSITION TO GOVERNMENT MIL
(*U.S. v. Paige Thompson*; CR19-159RSL)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

1 | /s/ *Brian Klein*
2 | BRIAN KLEIN
3 | /s/ *Melissa Meister*
  | MELISSA MEISTER
4 | Waymaker LLP
5 |
6 | Attorneys for Paige Thompson

MOTION TO SEAL DEFENDANT'S
OPPOSITION TO GOVERNMENT MIL
(*U.S. v. Paige Thompson*; CR19-159RSL)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**