JUDGE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR19-159RSL |
| Plaintiff, | |
| v. | ORDER GRANTING MOTION TO SEAL DEFENDANT'S OPPOSITION TO GOVERNMENT'S MOTIONS *IN LIMINE* |
| PAIGE THOMPSON, | |
| Defendant. | (PROPOSED) |

THIS MATTER has come before the undersigned on the motion of defendant, Paige Thompson, to file the unredacted Opposition to Government's Motions *in Limine* under seal. The Court finds there are compelling reasons to permit the filing of the documents under seal.

IT IS HEREBY ORDERED that the defendant shall be permitted to file the unredacted Opposition under seal.

DATED this ____ day of June, 2022.

_____
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by;

/s/ *Mohammad Ali Hamoudi*
MOHAMMAD ALI HAMOUDI

ORDER GRANTING MOTION TO
SEAL DEFENDANT'S OPPOSITION
TO GOVERMNENT'S MIL
(*U.S. v. Paige Thompson*; CR19-159RSL)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

1  /s/ *Christopher Sanders*
   CHRISTOPHER SANDERS
2  /s/ *Nancy Tenney*
   NANCY TENNEY
3  Assistant Federal Public Defenders
4
   /s/ *Brian Klein*
5  BRIAN KLEIN
   /s/ *Melissa Meister*
6  MELISSA MEISTER
7  Waymaker LLP
8  Attorneys for Paige Thompson
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER GRANTING MOTION TO
SEAL DEFENDANT'S OPPOSITION
TO GOVERMNENT'S MIL
(*U.S. v. Paige Thompson*; CR19-159RSL)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100