

# United States District Court
# Western District of Washington

| | |
|---|---|
| United States of America | Case Number: 2:19-cr-00159-RSL |
| Plaintiff(s) | APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE |
| v. | |
| Paige A. Thompson | |
| Defendant(s) | |

Pursuant to LCR 83.1(d) of the United States District Court for the Western District of Washington, **Alexandra Swain** hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Capital One Bank (USA), N.A.

The particular need for my appearance and participation is:

To represent Capital One as a third party to and victim in the ongoing criminal matter in the W.D. Wa., United States v. Paige A. Thompson, No. 2:19-cr-00159-RSL.

I, **Alexandra Swain** understand that I am charged with knowing and complying with all applicable local rules;

I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

I declare under penalty of perjury that the foregoing is true and correct.

Date: **June 3, 2022**            Signature of Applicant: s/ *Alexandra Swain*

---

U.S. District Court – Pro Hac Vice Application                                               Page 3
Revised June 29, 2021

**Pro Hac Vice Attorney**

Applicant's Name: Alexandra Swain
Law Firm Name: Debevoise & Plimpton LLP
Street Address 1: 650 California Street
Address Line 2:
City: San Francisco   State: CA   Zip: 94108
Phone Number w/ Area Code: 415-738-5700   Bar #: 338336   State: California
Primary E-mail Address: apswain@debevoise.com

*(Primary E-Mail address must be for the Pro Hac attorney and not any subordinate or staff member)*

Secondary E-mail Address:

## STATEMENT OF LOCAL COUNSEL

I am authorized and will be prepared to handle this matter, including trial, in the event the applicant Alexandra Swain is unable to be present upon any date assigned by the court.

Date: June 3, 2022   Signature of Local Counsel: s/ Aravind Swaminathan

Local Counsel's Name: Aravind Swaminathan
Law Firm Name: Orrick Herrington & Sutcliffe LLP
Street Address 1: 701 5th Avenue
Address Line 2: Suite 5600
City: Seattle   State: WA   Zip: 98104-7097
Phone Number w/ Area Code: 206-839-4340   Bar #: 33883



# Electronic Case Filing Agreement

By submitting this form, the undersigned understands and agrees to the following:

1. The CM/ECF system is to be used for filing and reviewing electronic documents, docket sheets, and notices.

2. The PACER password combined with your login, serves as your signature under Federal Rule of Civil Procedure 11 and 5(d)(3)(C). Therefore, you are responsible for protecting and securing this password against unauthorized use.

3. If you have any reason to suspect that your password has been compromised in any way, you are responsible for immediately notifying the court. Court staff will assess the risk and advise accordingly.

4. By signing this Registration Form, **you consent to receive notice electronically and waive your right to receive notice by personal service or first-class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(C), except with regard to service of a complaint and summons.** This provision does include electronic notice of the entry of an order or judgment.

5. You will continue to access court information via the Western District of Washington's internet site or through the Public Access to Court Electronic Records (PACER) system. After January 27, 2020, a PACER login and password, will be required to electronically file. You can register for PACER access at their web site: www.pacer.gov.

6. By completion of this registration, the undersigned agrees to abide by the rules and regulations in the most recent General Order, the Electronic Filing Procedures developed by the Clerk's Office, and any changes or additions that may be made to such administrative procedures in the future.

Date Signed __June 3, 2022__ Signature s/ __Alexandra Swain__
*(Pro Hac Vice applicant name)*