JUDGE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR19-159RSL |
| Plaintiff, | |
| v. | MOTION TO SEAL EXHIBITS TO DEFENDANT'S MOTION TO COMPEL |
| PAIGE THOMPSON, | |
| Defendant. | |

COMES NOW the defendant, Paige Thompson, by her counsel, and hereby moves this Court to order that Exhibits A - O to Defendant's Motion to Compel be filed under seal and secured from public access until further order of the Court.

The exhibits contain sensitive information and out of an abundance of caution, they should be filed under seal.

DATED this 3rd day of June, 2022.

Respectfully submitted,

/s/ *Mohammad Ali Hamoudi*
MOHAMMAD ALI HAMOUDI

/s/ *Christopher Sanders*
CHRISTOPHER SANDERS
/s/ *Nancy Tenney*
NANCY TENNEY
Assistant Federal Public Defenders

MOTION TO SEAL EXHIBITS TO
DEFENDANT'S MOTION TO COMPEL
(*U.S. v. Paige Thompson*; CR19-159RSL)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

/s/ *Brian Klein*
BRIAN KLEIN
/s/ *Melissa Meister*
MELISSA MEISTER
Waymaker LLP

Attorneys for Paige Thompson

MOTION TO SEAL EXHIBITS TO
DEFENDANT'S MOTION TO COMPEL
(*U.S. v. Paige Thompson*; CR19-159RSL)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**