JUDGE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR19-159RSL |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING MOTION TO SEAL EXHIBITS TO MOTION TO COMPEL |
| PAIGE THOMPSON, | ) | |
| Defendant. | ) | (PROPOSED) |

THIS MATTER has come before the undersigned on the motion of defendant, Paige Thompson, to file the Exhibits to the Motion to Compel under seal. The Court finds there are compelling reasons to permit the filing of the documents under seal.

IT IS HEREBY ORDERED that the defendant shall be permitted to file Exhibits A - O under seal.

DATED this _____ day of June, 2022.

_____
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by;

/s/ *Mohammad Ali Hamoudi*
MOHAMMAD ALI HAMOUDI
/s/ *Christopher Sanders*
CHRISTOPHER SANDERS

ORDER GRANTING MOTION
TO SEAL EXHIBITS TO MOTION
TO COMPEL
(*U.S. v. Paige Thompson*; CR19-159RSL)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

1  /s/ *Nancy Tenney*
   NANCY TENNEY
2  Assistant Federal Public Defenders

3  /s/ *Brian Klein*
   BRIAN KLEIN
4  
   /s/ *Melissa Meister*
5  MELISSA MEISTER
   Waymaker LLP
6
7  Attorneys for Paige Thompson

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER GRANTING MOTION
TO SEAL EXHIBITS TO MOTION
TO COMPEL
(*U.S. v. Paige Thompson*; CR19-159RSL)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**