THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR19-159-RSL |
| Plaintiff, ) | |
| ) | **ORDER GRANTING PAIGE** |
| v. ) | **THOMPSON'S MOTION TO** |
| ) | **COMPEL UNREDACTED EMAILS** |
| PAIGE A. THOMPSON, ) | |
| Defendant. ) | (PROPOSED) |

The Court has reviewed the defendant's motion to compel, the responses of the parties and the records and files in this matter.

It is now ORDERED that the government shall promptly disclose unredacted versions of the email threads with Ho and Strand found in the materials Bates-stamped USA_00015428 through USA_00015841, as well as any other emails threads with government witnesses in prior productions that the government redacted for similar reasons.

Dated this _____ day of June, 2022.

_____
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION TO COMPEL
(*Paige Thompson*, CR19-159-RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

Presented by,

/s/ *Mohammad Ali Hamoudi*
MOHAMMAD ALI HAMOUDI
/s/ *Christopher Sanders*
CHRISTOPHER SANDERS
/s/ *Nancy Tenney*
NANCY TENNEY
Assistant Federal Public Defenders

/s/ *Brian Klein*
BRIAN KLEIN
/s/ *Melissa Meister*
MELISSA MEISTER
Waymaker LLP

Attorneys for Paige Thompson

ORDER GRANTING MOTION TO COMPEL
(*Paige Thompson*, CR19-159-RSL) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**