JUDGE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR19-159RSL |
| Plaintiff, | ) | |
| v. | ) | MOTION TO SEAL EXHIBIT TO DEFENDANT'S SUPPLEMENTAL FILING IN SUPPORT OF HER OPPOSITION TO GOVERNMENT'S MOTIONS *IN LIMINE* #3 |
| PAIGE THOMPSON, | ) | |
| Defendant. | ) | |

COMES NOW the defendant, Paige Thompson, by her counsel, and hereby moves this Court to order that the Exhibit to her Supplemental Filing in Support of Her Opposition to Government's Motions *In Limine* #3 be filed under seal and secured from public access until further order of the Court.

The government has designated the Exhibit as protected, meaning it is subject to the existing protective order (Dkt. 66.). Therefore there is compelling reason to order that the Exhibit be sealed.

DATED this 5th day of June, 2022.

Respectfully submitted,

/s/ *Mohammad Ali Hamoudi*
MOHAMMAD ALI HAMOUDI

/s/ *Christopher Sanders*
CHRISTOPHER SANDERS
/s/ *Nancy Tenney*
NANCY TENNEY

MOTION TO SEAL DEFENDANT'S
OPPOSITION TO GOVERNMENT MIL
(*U.S. v. Paige Thompson*; CR19-159RSL)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

Assistant Federal Public Defenders

/s/ *Brian Klein*
BRIAN KLEIN
/s/ *Melissa Meister*
MELISSA MEISTER
Waymaker LLP

Attorneys for Paige Thompson

MOTION TO SEAL DEFENDANT'S
OPPOSITION TO GOVERNMENT MIL
(*U.S. v. Paige Thompson*; CR19-159RSL)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**