# EXHIBIT A

# Kenneth Henderson
## Special Agent, United States Secret Service
## Cyber Intelligence Section, Criminal Investigative Division

USSS Assignment History

January 2019 to Present: Criminal Investigative Division, Cyber Intelligence Section
- Case agent for multiple strategic large-scale money laundering and network intrusion cases targeting overseas actors.
- Works with EUROPOL and international law enforcement partners to collect intelligence on dark web and criminal forums.
- Conducts undercover activity to purchases credit card and compromised network data.
- Develops and provides case leads to Secret Service field offices based on analysis of sources and intelligence.

February 2016 to January 2019: Los Angeles Field Office
- Initially assigned to the Fraud Task Force with a focus on Armenian organized crime, gas pump skimming, and credit card fraud. Led multi-year investigations that led to dismantling of two organized criminal organizations.
- Later assigned to the Electronic Crimes Task Force with a focus on network intrusions and payment-stealing malware
- Conducted numerous credit card plant, gas pump skimming and network intrusion investigations resulting in 9 federal prosecutions.

Education
- May 2011 – *Juris Doctor* Chicago-Kent College of Law, Criminal Litigation Certificate
- May 2008 – Batchelor's of Science, University of Idaho, Justice Studies and Psychology

Trainings and Memberships
- Criminal Investigator Training Program / Special Agent Training Course, February 2016
- Basic Network Intrusion Responder, August 2017
- Dark Web Cyber Threat Analysis Training, May 2018
- Advance Network Intrusion Responder, August 2018
- Network Forensics for Incident Responders, October 2021
- Illinois Bar – Inactive Status

Speaking Engagements
- International Association of Financial Crimes Cyber Fraud Summit, April 2022
  *Transnational Cyber Fraud Investigations and Success Stories*

Relevant Prior Work History
- *Staff Assistant,* Chicago Park District Office of Inspector General 2012 to 2016
- *Attorney Clerk,* City of Chicago 2012
- *Law Clerk,* Cook County State's Attorney 2009 to 2010