The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR19-159 RSL |
| Plaintiff, | **GOVERNMENT'S AMENDED EXHIBIT LIST** |
| v. | |
| PAIGE A. THOMPSON, | |
| Defendant. | |

The United States of America, by its undersigned counsel, respectfully submits this Amended Exhibit List.  The Government expects to introduce some or all of the following exhibits during its case in chief at trial in this matter:

**100 - Demonstrative Exhibits**

101 – The Internet

102 – IP Address

103 – Hypervisor

104 – S3 Bucket

105 – Firewall

106 – User Accounts and Roles

107 – Obtaining Role Credentials

GOVERNMENT'S AMENDED EXHIBIT LIST - 1
*United States v. Paige Thompson,* CR19-159 RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

108 – Using IAM Role

109 – Proxy

110 – Reverse Proxy

111 – Web Application Firewall

112 – Virtual Private Network (VPN)

113 – The Onion Router (TOR)

114 – Thompson's VPN and TOR Setup

115 – External Request for Internal Resources

116 – Server-Side Request Forgery (SSRF)

117 – Proxy Scanner

118 – Obtaining Metadata Information from Internal Metadata Service

119 – Obtaining IAM Role Information

120 – Using IAM Role Credentials

121 – Creating Backdoors

122 – Cryptojacking


**200 - Exhibits Relating to the Capital One Hack**

201     7/17/19 Email to Responsible Disclosure

202     7/19/19 Email to Responsible Disclosure w/Attachments

203     Attachments to 7/19/19 Email to Responsible Disclosure

204     4/21/19 GitHub File (screenshot)

205     4/21/19 GitHub File (download)

206     Paige Thompson's Resume on GitLab

207     CloudTrail Logs of API Calls

208     CloudTrail Logs of Data Exfiltration

209     Capital One Responsible Disclosure Webpage

//

GOVERNMENT'S AMENDED EXHIBIT LIST - 2
*United States v. Paige Thompson,* CR19-159 RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

*Exhibits Relating to GitHub*

250  902(11) Certification
251  Subscriber Information
252  4/21/19 File [Search Warrant]

**300 – Exhibits from Search of Residence**

301  Photograph of Door
302  Sketch of House
303  Photograph of Living Room
304  Photograph of Bedroom
305  Photograph of Computer
306  Photograph of Custom-Built Desktop Computer
307  Photograph of Computer Screen
308  Photograph of Laptop
309  Photograph of Phone
310  Photographs of eGift Cards

**400 – Social Media**

*#netcrave Slack*

400  902(11) Certification
401  Subscriber Information
402  6/26/19 5:25 p.m. Chats – Screenshot
403  6/26/19 5:25 p.m. Chats – Search Warrant
404  6/26/19 8:42 p.m. Chats – Screenshot
405  6/26/19 8:44 p.m. Chats – Search Warrant
406  6/27/19 9:57 a.m. Chats – Screenshot
407  6/27/19 9:57 a.m. Chats – Search Warrant

GOVERNMENT'S AMENDED EXHIBIT LIST - 3
*United States v. Paige Thompson,* CR19-159 RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | | |
|---|---|---|
| 1 | 408 | 6/27/19 4:55 p.m. Chats – Screenshot |
| 2 | 409 | 6/27/19 4:55 p.m. Chats – Search Warrant |
| 3 | 410 | 6/27/19 4:57 p.m. Chats – Screenshot |
| 4 | 411 | 6/27/19 4:57 p.m. Photograph – Screenshot |
| 5 | 412 | 6/27/19 4:57 p.m. Chats – Search Warrant |
| 6 | 413 | 6/28/19 4:42 p.m. Chats – Screenshot |
| 7 | 414 | 7/8/19 11:24 a.m. Chats – Screenshot |
| 8 | 415 | 7/8/19 11:24 a.m. Chats – Search Warrant |
| 9 | 416 | 7/8/19 5:27 p.m. Chats – Screenshot |
| 10 | 417 | 7/8/19 5:27 p.m. Chats – Search Warrant |
| 11 | 418 | 7/12/19 2:26 a.m. Chats – Screenshot |
| 12 | 419 | 7/19/19 10:26 p.m. Chats – Screenshot |
| 13 | 420 | 7/19/19 10:26 p.m. Chats – Search Warrant |
| 14 | 421 | Slack #netcrave Search Warrant Return |

*Twitter*

| | | |
|---|---|---|
| 17 | 430 | 902(13) Certification |
| 18 | 431 | Subscriber Information |
| 19 | 432 | Tweets |
| 20 | 433 | 6/16/19 8:16 a.m. Tweet |
| 21 | 434 | 6/16/19 8:47 p.m. Tweet |
| 22 | 435 | 7/2/19 Direct Message Conversation |
| 23 | 436 | 7/4/19 Direct Message Conversation |
| 24 | 437 | 7/18/19 Tweet |
| 25 | 438 | Photograph of Paige Thompson's Computer |
| 26 | 439 | Photograph of Gift Cards |
| 27 | 440 | Complete Tweet File |
| 28 | 441 | Complete Direct Messages File |

GOVERNMENT'S AMENDED EXHIBIT LIST - 4
*United States v. Paige Thompson,* CR19-159 RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

*Internet Relay Chats*

450   4/5/19 Chats

451   4/16/19 Chats

452   4/19/19 Chats

453   4/21/19 Chats

454   5/6/19 Chats

455   6/5/19 Chats

456   6/25/19 Chats

457   7/2/19 Chats

458   7/3/19 Chats

459   7/14/19 Chats

460   7/15/19 Chats

461   7/16/19 Chats

462   7/28/19 Chats


**500 Series – Cell Phones and Gmail**


*Paige Thompson's Cell Phone*

501   2/22/19 Text Messages

502   3/24/19 Text Messages

503   Photograph of Screenshot of Cryptocurrency Earnings

504   Internet History Report

505   Google Search History

506   Autofill Report


*Google Materials*

GOVERNMENT'S AMENDED EXHIBIT LIST - 5
*United States v. Paige Thompson,* CR19-159 RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

520   902(13) Certification

521   paigeadele[@]gmail.com Subscriber Information

522   paige.adele[@]gmail.com Internet History

523   paige.adele.thompson[@]gmail.com Subscriber Information

524   paige.adele.thompson[@]gmail.com Internet History

525   paigeadele2019[@]gmail.com Subscriber Information

*Paige Aron's Cell Phone*

551   Screenshots of Page Aron's Text Conversation with Paige Thompson

552   7/16/19 Texts with Paige Thompson

553   7/17/19 Texts with Paige Thompson

554   7/17/19 Texts with Paige Thompson

**600 – Forensic Computer Examination**

*File Directories and Logs*

601   Sketch of Motherboard

602   Directory Tree:  aws_hacking_shit

603   Directory Tree:  awsscanner

604   Directory Tree:  .aws

605   Directory Tree:  aws_dumps

606   Directory Tree:  miner

607   Directory Tree:  .ssh

608   aws.commands

609   awsscan.txt

610   iam_fulllog.txt

611   ldap_amazon.txt

GOVERNMENT'S AMENDED EXHIBIT LIST - 6
*United States v. Paige Thompson,* CR19-159 RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | 612 | listbuckets.log |
|---|---|---|

*Anonymization*

| | 621 | iPredator Configuration Files |
|---|---|---|
| | 622 | iPredator 4/19/19 Syslog file |
| | 623 | iPredator 4/21/19 Syslog file |
| | 624 | iPredator 5/26/19 Syslog file |

*Scanning*

| | 640 | aws_scan/README |
|---|---|---|
| | 641 | IP Address Scan Files |
| | 642 | Grep Metadata Shell Script |
| | 643 | Metadata Responses |
| | 644 | 3/7/19 file containing 42 Lines IP |
| | 645 | 3/7/19 file containing Apperian IP |
| | 646 | 3/11/19 file containing Capital One IP |
| | 647 | 3/14/19 file containing Bitglass IP |

*Credentials*

| | 670 | aws_hacking_shit\aws_scan\aquire_aws_info |
|---|---|---|
| | 671 | awsscanner\awssession.sh |
| | 672 | .aws\credentials |
| | 673 | aws_hacking_shit\aws_scan\ec2-full-stuff\original-entrypoint |
| | 674 | aws.new.txt file |
| | 675 | aws.commands file with Capital One IP address |
| | 676 | Notes2file with Unicredit |
| | 677 | Notes file with Apperian ec2 |

**700 - Data Theft**

GOVERNMENT'S AMENDED EXHIBIT LIST - 7
*United States v. Paige Thompson,* CR19-159 RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | |
|---|---|
| 701 | aws_dumps screenshot |

*Capital One*

| | |
|---|---|
| 710 | Sync Command |
| 711 | Capital One File Directory |
| 712 | Capital One Data Sample - Personally Identifiable Information |
| 713 | Capital One Data Sample - Including Social Security Numbers |
| 714 | Capital One Data Sample Including Tax Ids |

*Apperian*

| | |
|---|---|
| 720 | Apperian File Directory |
| 721 | Apperian Data Samples |

*42 Lines*

| | |
|---|---|
| 730 | 42 Lines File Directory |
| 731 | 42 Lines Data Samples |

*Survox*

| | |
|---|---|
| 740 | Survox File Directory |
| 741 | Survox Data Samples |

*Bitglass*

| | |
|---|---|
| 750 | Bitglass File Directory |
| 751 | Bitglass Data Sample |
| 752 | Bitglass Data Sample |

*Vodafone*

| | |
|---|---|
| 760 | Vodafone File Directory |

*Use of Data*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

780    Grep Command to Create "Capitol One Inclusion List"

781    aws_hacking_shit\aws_scan\capitol_one_inclusion_list

782    aws_hacking_shit\aws_scan\id

**800 - Cryptocurrency Mining**

800    aws_hacking_shit\aws_scan\dockerfile

801    aws_hacking_shit\aws_scan\miner\start.sh

802    aws_hacking_shit\aws_scan\miner\minersetup_eth.sh

803    newawswork

804    config

805    known_hosts

806    Survox-related Scripts

807    Waitrainer-related Scripts

808    Powersquare India-related Scripts

809    Hearst/Cloudreach-related Scripts

810    A T Works-related Scripts

811    42 Lines-related Scripts

812    Apperian-related Scripts


*Ethereum Records*

850    Ether Wallet Record

851    Etherscan Records RE: Ether Wallet (3/10/19-8/5/19)

852    Etherscan Record RE: Transaction

853    Ethereum Record (Block 7460822)

854    Ethereum Record RE:  Ether Transaction

855    Spreadsheet of Transactions in Ether Wallet (3/10/19-8/5/19)


**900 - AWS Account, Billing, and Instance Records**

GOVERNMENT'S AMENDED EXHIBIT LIST - 9
*United States v. Paige Thompson,* CR19-159 RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | | |
|---|---|---|
| 901 | Survox 4/3/19 AWS Billing Invoice |
| 902 | Survox 4/25/19 AWS Credit Invoice |
| 903 | Survox 4/25/19 AWS Credit Invoice |
| 904 | Survox 5/3/19 AWS Billing Invoice |
| 905 | AWS Billing Records – Survox |
| 906 | AWS Billing Records – A T Works |
| 907 | AWS Billing Records – Hearst/Cloudreach |
| 908 | AWS Billing Records – Powersquare India |
| 909 | AWS EC2 Instance Records -Waitrainer, Hearst/Cloudreach, Hewlett-Packard |
| 910 | AWS Billing Records – Hearst/Cloudreach |
| 911 | AWS Account Records |
| 912 | AWS Account Records |
| 913 | AWS S3 Regions |
| 914 | Waitrainer 5/3/19 AWS Billing and Credit Invoice |
| 915 | Powersquare India 4/3/19 Billing Invoice |
| 916 | Powersquare India 4/20/19 Credit Invoice |
| 917 | Powersquare India 5/3/19 Billing and Credit Invoice |
| 918 | A T Works 4/3/19 Billing Invoice |
| 919 | A T Works 4/24/19 Credit Invoice |
| 920 | A T Works 5/3/19 Billing Invoice |
| 921 | Hewlett Packard 5/3/19 Billing Invoice |
| 922 | Hewlett Packard 6/27/19 Credit Invoice |
| 923 | Survox Billing Records (Highlighted) |
| 924 | A T Works Billing Records (Highlighted) |
| 925 | Cloudreach Billing Records (Highlighted) |
| 926 | Powersquare India Billing Records (Highlighted) |

GOVERNMENT'S AMENDED EXHIBIT LIST - 10
*United States v. Paige Thompson,* CR19-159 RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

927    AWS EC2 Instance Records -Waitrainer, Hearst/Cloudreach, Hewlett-Packard (Highlighted)

**950 – Miscellaneous Documents**

950    Report of FBI Interview with Paige Thompson

DATED:  June 6, 2022.

Respectfully submitted,

NICHOLAS W. BROWN
United States Attorney

*/s/ Andrew C. Friedman*
*/s/ Jessica M. Manca*
*/s/ Tania M. Culbertson*
ANDREW C. FRIEDMAN
JESSICA M. MANCA
TANIA M. CULBERTSON
Assistant United States Attorneys
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: (206) 553-7970
Fax: (206) 553-0882
E-mail: Andrew.Friedman@usdoj.gov
        Jessica.Manca@usdoj.gov
        Tania.Culbertson@usdoj.gov

GOVERNMENT'S AMENDED EXHIBIT LIST - 11
*United States v. Paige Thompson,* CR19-159 RSL