THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAIGE A. THOMPSON,<br><br>Defendant. | Case No. CR19-159-RSL<br><br>**AMAZON WEB SERVICES, INC.'S MOTION TO QUASH DEFENDANT'S TRIAL SUBPOENA**<br><br>NOTE ON MOTION CALENDAR:<br>June 17, 2022 |

## INTRODUCTION

Amazon Web Services, Inc. ("AWS") moves the Court to quash Defendant's Subpoena to Testify at a Hearing or Trial in a Criminal Case to non-party Nima Mehr, a foreign national who resides in Canada.

## BACKGROUND

On March 28, 2022, Defendant emailed AWS a link containing trial subpoenas directed at every current AWS employee—11 in total—who was deposed in the related civil matter, In Re: Capital One Consumer Data Security Breach Litigation, MDL No. 1:19-md-02915 (AJT-JFA). *See* Newby Decl. ¶ 2. One of the employees that Defendant subpoenaed—Nima Mehr—is a foreign national who resides and works for AWS in Vancouver, Canada. *See id*. ¶¶ 3, 6, Ex. A at 8. From March 30, 2022 to May 4, 2022, counsel for Defendant and counsel for AWS corresponded via email about scheduling a call to discuss the trial subpoenas that Defendant issued. *See id*. ¶¶ 4, 6, Ex. A at 4–8. On May 9, 2022, counsel for both parties met and conferred regarding the subpoenas and AWS informed Defendant that Mr. Mehr does not reside in the United States and is not available for trial. *See id*. ¶¶ 3–4, 6, Ex. A. at 3. After further email correspondence, counsel for

Fenwick & West LLP

Defendant informed AWS on June 1, 2022 that Mr. Mehr and others are "still under subpoena and we anticipate calling them, if they don't testify in the government's case in chief…" *See id.* ¶¶ 5, 6, Ex. A 1–2.

## ARGUMENT

Defendant has no authority to issue a subpoena to Mr. Mehr, a foreign national currently residing in Canada. Absent an authorizing statute, this Court's subpoena powers do not extend beyond the boundaries of the United States to a foreign national. *See* Fed. R. Civ. P. 45(b)(2) ("A subpoena may be served at any place within the United States."); Fed. R. Crim. P. 17(e)(2) (citing 28 U.S.C. § 1783 which limits the issuance of a subpoena to a "***national or resident of the United States*** who is in a foreign country") (emphasis added); *Gillars v. United States*, 182 F.2d 962, 978 (D.C.Cir.1950) (aliens who are inhabitants of a foreign country cannot be compelled to respond to a subpoena); *United States v. Medjuck*, 156 F.3d 916, 920 (9th Cir.1998) ("[T]he Canadian witnesses were unavailable for trial because they were beyond the subpoena power of the United States"); *United States v. Jinian*, 2010 WL 3910138, at *2 (N.D. Cal. Oct. 5, 2010) (noting that because the witness was located in Mexico, he was not "subject to the subpoena power of this Court"). As in *Medjuck* and *Jinian*, Mr. Mehr is not a U.S. citizen, and he lives and works outside the United States. Accordingly, Defendant's subpoena to Mr. Mehr is invalid and should be quashed.

## CONCLUSION

For the reasons set forth above, AWS respectfully requests that the Court quash the subpoena issued to a foreign national outside of the boundaries of the United States.

Dated: June 6, 2021

Respectfully submitted,

FENWICK & WEST LLP

By: */s/ Brian D. Buckley*
    Brian D. Buckley, WSBA No. 26423

1191 Second Avenue, 10th Floor
Seattle, WA 98101
Telephone: 206.389.4510
Facsimile: 206.389.4511
Email: bbuckley@fenwick.com

Tyler G. Newby (*pro hac vice*)

FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350
E-mail: tnewby@fenwick.com

*Counsel for Amazon Web Services, Inc.*