JUDGE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR19-159-RSL |
| Plaintiff, | **ORDER GRANTING AMAZON WEB SERVICES, INC.'S MOTION TO QUASH DEFENDANT'S TRIAL SUBPOENA** |
| v. | |
| PAIGE A. THOMPSON, | (PROPOSED) |
| Defendant. | |

This matter is currently before the Court on Amazon Web Services, Inc.'s Motion to Quash Defendant's Subpoena to Testify at a Hearing or Trial in a Criminal Case to non-party Nima Mehr, a foreign national who resides in Canada.

IT IS HEREBY ORDERED that the Motion to Quash is **GRANTED**.

Entered this _____ day of June, 2022.

_____
Honorable Robert S. Lasnik
United States District Judge

[PROPOSED] ORDER - 1 - Case No.: CR19-159-RSL

1 | Presented by:

2 | FENWICK & WEST LLP

3

4 | By: */s/ Brian D. Buckley*
Brian D. Buckley, WSBA No. 26423

5

1191 Second Avenue, 10th Floor
6 | Seattle, WA 98101
Telephone:    206.389.4510
7 | Facsimile:    206.389.4511
Email: bbuckley@fenwick.com

8
Tyler G. Newby (*pro hac vice*)
9
FENWICK & WEST LLP
10 | 555 California Street, 12th Floor
San Francisco, CA 94104
11 | Telephone: 415.875.2300
Facsimile: 415.281.1350
12 | E-mail:tnewby@fenwick.com

13 | *Counsel for Amazon Web Services, Inc.*