UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR19-159RSL |
| Plaintiff, | |
| v. | PEREMPTORY CHALLENGES |
| PAIGE THOMPSON, | |
| Defendant. | |

PLAINTIFF:

1. #11
2. #24
3. #13
4. #19
5. #25
6. #37
7. #51
8. #59

DEFENDANT:

1. #7
2. #49
3. #12
4. #15
5. #20
6. #28
7. #31
8. #32
9. #48
10. #47
11. #52
12. ~~#~~
56

_____
Signature of Counsel for Plaintiff

_____
Signature of Counsel for Defendant