The Honorable Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAIGE A. THOMPSON,<br><br>Defendant. | NO. CR19-159 RSL<br><br>**STIPULATION REGARDING CELL PHONE IMAGE** |

The United States of America, by and through Nicholas W. Brown, United States Attorney for the Western District of Washington, and Andrew C. Friedman, Jessica M. Manca, and Tania M. Culbertson, Assistant United States Attorneys, and the defendant, Paige A. Thompson, and her attorneys, Mohammad A. Hamoudi, Christopher Sanders, Nancy Tenney, Brian Klein, and Melissa Meister stipulate to the following:

1. The FBI seized an Apple iPhone model A1905 (iPhone 8) from Paige Thompson's bedroom on July 29, 2019 and assigned the item evidence number 1B3.

2. John Powers works for the FBI analyzing cellular telephones. Using forensic software, Powers processed the Apple iPhone 8 (1B3) and provided a true and correct image of the phone's contents to FBI Special Agent Joel Martini for his review.

STIPULATION REGARDING CELL PHONE IMAGE - 1
*United States v. Paige Thompson*, CR19-159 RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The parties stipulate and agree that no further testimony is necessary to prove that the image of evidence number 1B3 that Special Agent Martini reviewed is a true and correct image of what was recovered from a phone seized by the FBI from Ms. Thompson's bedroom.  To be clear, this Stipulation means only that the image is an accurate representation of the phone's contents.  There is no agreement as to the truth of the content of any statements contained in evidence number 1B3 or the weight to be given to them.

This Stipulation shall be read to the jury in lieu of having a witness testify as to the source and validity of the exhibit and may then be admitted into evidence and provided to the jury as an Exhibit.

DATED:  this 8th day of June, 2022.

*s/ Paige A. Thompson*_____
PAIGE A, THOMPSON
Defendant

*s/ Mohammad A. Hamoudi*
MOHAMMAD A. HAMOUDI
Counsel for Defendant

*s/ Christopher Sanders*_____
CHRISTOPHER SANDERS
Counsel for Defendant

*s/ Nancy Tenney*
NANCY TENNEY
Counsel for Defendant

*s/ Brian Klein*_____
BRIAN KLEIN
Counsel for Defendant

STIPULATION REGARDING CELL PHONE IMAGE - 2
*United States v. Paige Thompson*, CR19-159 RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

*s/ Melissa Meister*
MELISSA MEISTER
Counsel for Defendant


*s/ Andrew C. Friedman*_____
ANDREW C. FRIEDMAN
Assistant United States Attorney


*s/ Jessica M. Manca*
JESSICA M. MANCA
Assistant United States Attorney


*s/ Tania M. Culbertson*
TANIA M. CULBERTSON
Assistant United States Attorney

STIPULATION REGARDING CELL PHONE IMAGE - 3
*United States v. Paige Thompson*, CR19-159 RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970