JUDGE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR19-159-RSL |
| Plaintiff, | **ORDER GRANTING AMAZON WEB SERVICES, INC.'S MOTION TO QUASH DEFENDANT'S TRIAL SUBPOENA** |
| v. | |
| PAIGE A. THOMPSON, | (PROPOSED) |
| Defendant. | |

This matter is currently before the Court on Amazon Web Services, Inc.'s Motion to Quash Defendant's May 26, 2022 subpoena of records from AWS to the extent it seeks contracts between AWS and its customers related to cloud infrastructure and/or web application firewalls.

IT IS HEREBY ORDERED that the Motion to Quash is **GRANTED**.

Entered this _____ day of June, 2022.

_____
Honorable Robert S. Lasnik
United States District Judge

Presented by:

FENWICK & WEST LLP


By: */s/ Brian D. Buckley*
      Brian D. Buckley, WSBA No. 26423

1191 Second Avenue, 10th Floor
Seattle, WA 98101
Telephone:     206.389.4510
Facsimile:     206.389.4511
Email: bbuckley@fenwick.com

Tyler G. Newby (*pro hac vice*)

FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350
E-mail:tnewby@fenwick.com

*Counsel for Amazon Web Services, Inc.*