# EXHIBIT A

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
## for the

United States of America     Western District of Washington
v.                                              )
                                                )
PAIGE A. THOMPSON                               )
        *Defendant*                             )     Case No.   CR19-159RSL
                                                )
                                                )

### SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:  Custodian of Records
     Amazon Web Services
     c/o Fenwick & West LLP
     via Tyler Newby @tnewby@fenwick.com

        **YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: United States District Courthouse 700 Stewart Street Seattle, WA 98101 | Courtroom No.:  Judge Lasnik, Ct. 15106 |
| --- | --- |
| | Date and Time:  June 7, 2022 @ 9:00 a.m. |

        You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*: See Attachment A.

We ask that you return the requested records by **June 7, 2022.** An early return of the records does NOT release you from this subpoena. Early return of the requested records will ensure the most effective use of time during your trial testimony.

(SEAL)

Date:  5.26.22

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

**Issued in Blank**

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*   Paige Thompson
_____ , who requests this subpoena, are:

Mohammad Hamoudi
Assistant Federal Public Defender
1601 5th Avenue, Ste 700
Seattle, WA 98101
Phone: (206) 553.1100
Fax: (206) 553.0120

\* please contact Investigator Stacey Brownstein at 253.593.6710 if you have any questions. Please email the requested records to stacey_brownstein@fd.org

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.

## PROOF OF SERVICE

     This subpoena for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

    ❏ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

    ❏ I returned the subpoena unexecuted because: _____

_____ .

    Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

    I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**ATTACHMENT A**

1.  Any contracts relating to cloud infrastructure and/or WAFs covering any portion of the time period of January 1, 2019 through December 31, 2019 between the Amazon Web Services, on one hand, and, on the other hand, any one of the following entities: ███████████████████ ████████████████████████████████████████████████████████████████ ██████████████████████████████

2. Any bills and invoices for providing cloud infrastructure  and/or WAFs during any portion of the time period of January 1, 2019 through December 31, 2019 sent from Amazon Web Services to any one of the following entities: ████████████████████████████████████████ ████████████████████████████████████████████████████████████████ ████████████████

3. Any communications between George Chamberlin, one hand, and, on the other hand, any one of the following entities from January 1, 2019 through present: ████████████████████████ ████████████████████████████████████████████████████████████████ ██████████████████████████████████This includes any communications Mr. Chamerlin is copied on, and communications includes letters, emails, Slack, and text messages.