# EXHIBIT B

# Krystal Brown

| | |
|---|---|
| **From:** | Brian Buckley |
| **Sent:** | Friday, June 10, 2022 8:16 PM |
| **To:** | Brian Klein |
| **Cc:** | Mo Hamoudi; Tyler Newby; Janie Miller |
| **Subject:** | Re: Names |

Thanks Brian.  And this will confirm our agreement that Steve Schmidt will testify remotely by Zoom next week.  Have a good weekend,

Brian

---

**From:** Brian Klein <bklein@waymakerlaw.com>
**Sent:** Friday, June 10, 2022 4:38 PM
**To:** Brian Buckley <BBuckley@fenwick.com>
**Cc:** Mo Hamoudi <Mo_Hamoudi@fd.org>
**Subject:** Names

**\*\* EXTERNAL EMAIL \*\***

Brian-

Per our conversation after court today and your request, here are the names:

From 5/26 Trial Subpoena:

1. 
2. 
3. 
4. 
5. 
6. 



From Second Superseding Indictment (w/o duplicates):

1. Capital One
2. 
3. 
4. 
5. Digital Ai (formerly Arxan Technologies, Inc.)
6. Bitglass


Brian Klein
Trial Lawyer



Waymaker LLP
+1 424.652.7814
bklein@waymakerlaw.com  |  waymakerlaw.com  |  vCard  |  Profile

*********************************************************************

This message was sent from Waymaker LLP and is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.
*********************************************************************

2