# EXHIBIT D



# AWS Acceptable Use Policy

**Last Updated: July 1, 2021**

This Acceptable Use Policy ("**Policy**") governs your use of the services offered by Amazon Web Services, Inc. and its affiliates ("**Services**") and our website(s) including http://aws.amazon.com ("**AWS Site**"). We may modify this Policy by posting a revised version on the AWS Site. By using the Services or accessing the AWS Site, you agree to the latest version of this Policy.

You may not use, or facilitate or allow others to use, the Services or the AWS Site:

- for any illegal or fraudulent activity;
- to violate the rights of others;
- to threaten, incite, promote, or actively encourage violence, terrorism, or other serious harm;
- for any content or activity that promotes child sexual exploitation or abuse;
- to violate the security, integrity, or availability of any user, network, computer or communications system, software application, or network or computing device;
- to distribute, publish, send, or facilitate the sending of unsolicited mass email or other messages, promotions, advertising, or solicitations (or "spam").

**Investigation and Enforcement**

We may investigate any suspected violation of this Policy, and remove or disable access to any content or resource that violates this Policy. You agree to cooperate with us to remedy any violation.

When determining whether there has been a violation of this Policy, we may consider your ability and willingness to comply with this Policy, including the policies and processes you have in place to prevent or identify and remove any prohibited content or activity.

**Reporting of Violations**

To report any violation of this Policy, please follow our abuse reporting process.

**Sign In to the Console**

## Learn About AWS

- What Is AWS?
- What Is Cloud Computing?
- AWS Inclusion, Diversity & Equity
- What Is DevOps?
- What Is a Container?
- What Is a Data Lake?
- AWS Cloud Security
- What's New
- Blogs
- Press Releases

## Resources for AWS

- Getting Started
- Training and Certification
- AWS Solutions Portfolio
- Architecture Center
- Product and Technical FAQs
- Analyst Reports
- AWS Partners

## Developers on AWS

- Developer Center
- SDKs & Tools
- .NET on AWS
- Python on AWS
- Java on AWS
- PHP on AWS
- JavaScript on AWS

## Help

- Contact Us
- File a Support Ticket
- Knowledge Center
- AWS re:Post
- AWS Support Overview
- Legal
- AWS Careers

**Create an AWS Account**

    

Amazon is an Equal Opportunity Employer: *Minority / Women / Disability / Veteran / Gender Identity / Sexual Orientation / Age.*

**Language**

عربي |
Bahasa Indonesia |
Deutsch |
English |
Español |
Français |
Italiano |
Português |
Tiếng Việt |
Türkçe |
Русский |
ไทย |
日本語 |
한국어 |
中文 (简体) |
中文 (繁體)

Privacy
|
Site Terms
|
Cookie Preferences
|

© 2022, Amazon Web Services, Inc. or its affiliates. All rights reserved.