THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>PAIGE A. THOMPSON,<br><br>        Defendant. | No. CR19-159 RSL<br><br>SUSPPLEMENT TO MEMORANDUM REGARDING PROPOSED DEFENSE TESTIMONY |

Counsel for defendant, Paige Thompson, submits this supplement in further support of Memorandum Regarding Proposed Defense Testimony (Dkt 325). Mr. Carstens' letter to Magistrate Judge Michelle L. Peterson, dated August 22, 2019, and its contents, has been known to the government since that date.

DATED: June 14, 2022

Respectfully submitted,

/s/ *Mohammad Ali Hamoudi*
MOHAMMAD ALI HAMOUDI
/s/ *Christopher Sanders*
CHRISTOPHER SANDERS
/s/ *Nancy Tenney*
NANCY TENNEY
Assistant Federal Public Defenders

/s/ *Brian Klein*
BRIAN KLEIN

SUPPLEMENT TO MEMORANDUM
REGARDING PROPOSED DEFENSE
TESTIMONY
(*U.S. v. Paige Thompson*, CR19-159-RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

/s/ *Melissa Meister*
MELISSA MEISTER
Waymaker LLP

Attorneys for Paige Thompson

SUPPLEMENT TO MEMORANDUM
REGARDING PROPOSED DEFENSE
TESTIMONY
(*U.S. v. Paige Thompson*, CR19-159-RSL) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**