UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | No. 2:19-cr-00159-RSL |
|---|---|
| Plaintiff, | |
| v. | Inquiry from Jury and Court's Response |
| PAIGE A. THOMPSON, | |
| Defendant. | |

**JURY INQUIRY:**

ON COUNT 6 and COUNT 7 (INSTRUCTIONS 21 & 22) IS THE OMMISSION OF #5k intentional, and was it originally present? as in instructions 19 & 20?



PRESIDING JUROR          6/17/22   9:09
                         DATE AND TIME

**COURT'S RESPONSE:** (After affording all counsel/parties opportunity to be heard)

The omission of this element in Instructions 21 and 22 is intentional, and the Instructions reflect the Counts as charged.

JUDGE

DATE AND TIME RETURNED TO JURY:  June 17, 2022  10:45 a.m.

***DO NOT DESTROY***

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>PAIGE A. THOMPSON,<br><br>　　　　　　　Defendant. | No. 2:19-cr-00159-RSL<br><br>Inquiry from Jury and<br>Court's Response |
|---|---|

**JURY INQUIRY:** How does Instruction #11 apply to Instruction #26 Line 11 in which Count 10 refers to Count 9?

_____  6/17  1:30
PRESIDING JUROR            DATE AND TIME

**COURT'S RESPONSE:** (After affording all counsel/parties opportunity to be heard)

For Count 10, Instruction 26, if you find the defendant not guilty of Count 9, you must also find her not guilty of Count 10.

　　　　　　　　　　　　　　　/s/ S Lasnik
　　　　　　　　　　　　　　　　JUDGE

DATE AND TIME RETURNED TO JURY:  June 17, 2022 @ 2:48 pm

***DO NOT DESTROY***