*United States of America v. Paige A. Thompson*
## CR19-159 RSL

## TRIAL WITNESS LIST

| Witness Name | Date(s) Testified |
|---|---|
| Steve Schuster | 06-08-2022 |
| Kat Valentine | 06-08-2022 |
| Michael Fisk | 06-08-2022<br>06-09-2022 |
| Zacharey Hansen, FBI Special Agent | 06-09-2022 |
| Joel Martini, FBI Special Agent | 06-09-2022 |
| Joseph Baleda | 06-09-2022 |
| Matt Pelaggi | 06-10-2022 |
| Christopher Chan | 06-10-2022 |
| Vincent Kenney, FBI Forensic Computer Scientist | 06-10-2022 |
| Waymon Ho, FBI Forensic Computer Scientist | 06-10-2022<br>06-13-2022<br>06-15-2022 |
| Clint Popetz (via Zoom videoconference) | 06-13-2022 |
| Eric Brandwine (via Zoom videoconference) | 06-13-2022<br>06-14-2022 |
| John Roundy | 06-13-2022 |
| George Chamberlin | 06-13-2022 |
| Kenneth Henderson, Secret Service Special Agent | 06-14-2022 |
| John Strand | 06-14-2022 |
| Diane Lye (via Zoom videoconference) | 06-14-2022 |
| Matthew Ortiz (via Zoom videoconference) | 06-15-2022 |
| Seth Edgar (via Zoom videoconference) | 06-15-2022 |
| Tim Carstens | 06-15-2022 |
| Alex Halderman | 06-15-2022 |