# *United States of America v. Paige A. Thompson*
# CR19-159 RSL

# Trial Exhibit List

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 101 | The Internet | A | 06-08-2022 | |
| 102 | IP Address | A | 06-08-2022 | |
| 103 | Hypervisor | A | 06-08-2022 | |
| 104 | Amazon S3 Bucket | A | 06-08-2022 | |
| 105 | Firewall | A | 06-08-2022 | |
| 106 | IAM User Accounts and Roles | A | 06-08-2022 | |
| 107 | Obtaining Role Credentials | A | 06-08-2022 | |
| 108 | Using IAM Role Credentials | A | 06-08-2022 | |
| 109 | Proxy | A | 06-10-2022 | |
| 110 | Reverse Proxy | A | 06-10-2022 | |
| 111 | Web Application Firewall (WAF) | A | 06-09-2022 | |
| 112 | Virtual Private Network (VPN) | A | 06-10-2022 | |
| 113 | The Onion Router (TOR) | A | 06-10-2022 | |
| 114 | Thompson's iPredator VPN and TOR Setup | A | 06-10-2022 | **Illustrative Only** |
| 115 | External Request for Internal Resources | | | |
| 116 | Server-Side Request Forgery (SSRF) | A | 06-10-2022 | **Illustrative Only** |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 117 | Proxy Scanner | A | 06-10-2022 | **Illustrative Only** |
| 118 | Obtaining Metadata Information from Internal Metadata Service | A | 06-10-2022 | **Illustrative Only** |
| 119 | Obtaining IAM Role Information | A | 06-10-2022 | **Illustrative Only** |
| 120 | Using IAM Role Credentials | A | 06-10-2022 | **Illustrative Only** |
| 121 | Creating Backdoors | | | |
| 122 | Cryptojacking | A | 06-10-2022 | **Illustrative Only** |
| | | | | |
| 201 | 7/17/19 Email to Responsible Disclosure | A | 06-08-2022 | |
| 202 | 7/19/19 Email to Responsible Disclosure w/Attachments | A | 06-08-2022 | |
| 203 | Attachments to 7/19/19 Email to Responsible Disclosure | A | 06-08-2022 | |
| 204 | 4/21/19 GitHub File (screenshot) | A | 06-08-2022 | |
| 205 | 4/21/19 GitHub File (download) | A | 06-09-2022 | |
| 206 | Paige Thompson's Resume on GitLab | A | 06-09-2022 | |
| 207 | CloudTrail Logs of API Calls | A | 06-09-2022 | To be provided to the jury in paper format |
| 208 | CloudTrail Logs of Data Exfiltration | | | **EXCEL Spreadsheet** |
| 209 | Capital One Responsible Disclosure Webpage | A | 06-08-2022 | |
| 210 | Summary of Logs of Data Infiltration | A | 06-09-2022 | **EXCEL Spreadsheet** |
| | | | | |
| | | | | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 220 | Houston Hopkins / Michael Fisk Chats | | | |
| | | | | |
| 250 | 902(11) Certification – GitHub | | | |
| 251 | Subscriber Information – GitHub | A | 06-09-2022 | |
| 252 | 4/21/19 File (Search Warrant) – GitHub | A | 06-09-2022 | |
| | | | | |
| 301 | Photograph of Door from Search of Residence | A | 06-09-2022 | |
| 302 | Sketch of House from Search of Residence | A | 06-09-2022 | |
| 303 | Photograph of Living Room from Search of Residence | A | 06-09-2022 | |
| 304 | Photograph of Bedroom from Search of Residence | A | 06-09-2022 | |
| 305 | Photograph of Computer from Search of Residence | A | 06-09-2022 | |
| 306 | Photograph of Custom-Built Desktop Computer from Search of Residence | A | 06-09-2022 | |
| 307 | Photograph of Computer Screen from Search of Residence | A | 06-09-2022 | |
| 308 | Photograph of Laptop from Search of Residence | A | 06-09-2022 | |
| 309 | Photograph of Phone from Search of Residence | A | 06-09-2022 | |
| 310 | Photograph of eGift Cards from Search of Residence | A | 06-09-2022 | |
| | | | | |
| | | | | |
| | | | | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 400 | 902(11) Certification – Slack | | | |
| 401 | Subscriber Information – Slack | A | 06-09-2022 | |
| 402 | 6/26/19 5:25 p.m. Slack Chats – Screenshot | A | 06-09-2022 | |
| 403 | 6/26/19 5:25 p.m. Slack Chats – Search Warrant | A | 06-09-2022 | |
| 404 | 6/26/19 8:42 p.m. Slack Chats – Screenshot | A | 06-09-2022 | |
| 405 | 6/26/19 8:44 p.m. Slack Chats – Search Warrant | A | 06-09-2022 | |
| 406 | 6/27/19 9:57 a.m. Slack Chats – Screenshot | A | 06-09-2022 | |
| 407 | 6/27/19 9:57 a.m. Slack Chats – Search Warrant | A | 06-09-2022 | |
| 408 | 6/27/19 4:55 p.m. Slack Chats – Screenshot | A | 06-09-2022 | |
| 409 | 6/27/19 4:55 p.m. Slack Chats – Search Warrant | A | 06-09-2022 | |
| 410 | 6/27/19 4:57 p.m. Slack Chats – Screenshot | A | 06-09-2022 | |
| 411 | 6/27/19 4:57 p.m. Slack Photograph – Screenshot | A | 06-09-2022 | |
| 412 | 6/27/19 4:57 p.m. Slack Chats – Search Warrant | A | 06-09-2022 | |
| 413 | 6/28/19 4:42 p.m. Slack Chats - Screenshot | A | 06-09-2022 | |
| 414 | 7/8/19 11:24 a.m. Slack Chats – Screenshot | A | 06-09-2022 | |
| 415 | 7/8/19 11:24 a.m. Slack Chats – Search Warrant | A | 06-09-2022 | |
| 416 | 7/8/19 5:27 p.m. Slack Chats – Screenshot | A | 06-09-2022 | |
| 417 | 7/8/19 5:27 p.m. Slack Chats – Search Warrant | A | 06-09-2022 | |
| 418 | 7/12/19 2:26 a.m. Slack Chats – Screenshot | A | 06-09-2022 | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 419 | 7/19/19 10:26 p.m. Slack Chats – Screenshot | A | 06-09-2022 | |
| 420 | 7/19/19 10:26 p.m. Slack Chats – Search Warrant | A | 06-09-2022 | |
| 421 | Slack #netcrave Search Warrant Return | | | |
| | | | | |
| 430 | 902(13) Certification – Twitter | | | |
| 431 | Subscriber Information – Twitter | A | 06-09-2022 | |
| 432 | Tweets | | | |
| 433 | 6/16/19 8:16 a.m. Tweet | A | 06-09-2022 | |
| 434 | 6/16/19 8:47 p.m. Tweet | A | 06-09-2022 | |
| 435 | 7/2/19 Twitter Direct Message Conversation | A | 06-09-2022 | |
| 436 | 7/4/19 Twitter Direct Message Conversation | A | 06-09-2022 | |
| 437 | 7/18/19 Tweet | A | 06-09-2022 | |
| 438 | Photograph of Paige Thompson's Computer | A | 06-09-2022 | |
| 439 | Photograph of Gift Cards | A | 06-09-2022 | |
| 440 | Complete Tweet File | | | |
| 441 | Complete Direct Messages File | | | |
| | | | | |
| | | | | |
| | | | | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 450 | 4/5/19 Internet Relay Chats | A | 06-09-2022 | |
| 451 | 4/16/19 Internet Relay Chats | A | 06-09-2022 | |
| 452 | 4/19/19 Internet Relay Chats | A | 06-09-2022 | |
| 453 | 4/21/19 Internet Relay Chats | A | 06-09-2022 | |
| 454 | 5/6/19 Internet Relay Chats | A | 06-09-2022 | |
| 455 | 6/5/19 Internet Relay Chats | A | 06-09-2022 | |
| 456 | 6/25/19 Internet Relay Chats | A | 06-09-2022 | |
| 457 | 7/2/19 Internet Relay Chats | A | 06-09-2022 | |
| 458 | 7/3/19 Internet Relay Chats | A | 06-09-2022 | |
| 459 | 7/14/19 Internet Relay Chats | A | 06-09-2022 | |
| 460 | 7/15/19 Internet Relay Chats | A | 06-09-2022 | |
| 461 | 7/16/19 Internet Relay Chats | A | 06-09-2022 | |
| 462 | 7/28/19 Internet Relay Chats | A | 06-09-2022 | |
| | | | | |
| 501 | 2/22/19 Text Messages from Paige Thompson Cell Phone | A | 06-09-2022 | |
| 502 | 3/24/19 Text Messages from Paige Thompson Cell Phone | A | 06-09-2022 | |
| 503 | Photograph of Screenshot of Cryptocurrency Earnings from Paige Thompson Cell Phone | A | 06-09-2022 | |
| 504 | Internet History Report from Paige Thompson Cell Phone | A | 06-09-2022 | |
| 505 | Google Search History from Paige Thompson Cell Phone | A | 06-09-2022 | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 506 | Autofill Report from Paige Thompson Cell Phone | A | 06-09-2022 | |
| | | | | |
| 520 | 902(13) Certification – Google | | | |
| 521 | paigeadele@gmail.com Subscriber Information | A | 06-09-2022 | |
| 522 | paige.adele@gmail.com Internet History | A | 06-09-2022 | |
| 523 | paige.adele.thompson@gmail.com Subscriber Information | A | 06-09-2022 | |
| 524 | paige.adele.thompson@gmail.com Internet History | A | 06-09-2022 | |
| 525 | paigeadele2019@gmail.com Subscriber Information | A | 06-09-2022 | |
| | | | | |
| 551 | Screenshots of Page Aron's Text Conversation with Paige Thompson | | | |
| 552 | 7/16/19 Page Aron Texts with Paige Thompson | | | |
| 553 | 7/17/19 Page Aron Texts with Paige Thompson | | | |
| 554 | 7/17/19 Page Aron Texts with Paige Thompson | | | |
| | | | | |
| 601 | Sketch of Motherboard from Forensic Computer Examination | | | |
| 602 | Directory Tree: aws_hacking_shit | A | 06-10-2022 | |
| 603 | Directory Tree: awsscanner | A | 06-10-2022 | |
| 604 | Directory Tree: .aws | A | 06-10-2022 | |
| 605 | Directory Tree: aws_dumps | A | 06-10-2022 | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 606 | Directory Tree: miner | A | 06-10-2022 | |
| 607 | Directory Tree: .ssh | A | 06-10-2022 | |
| 608 | aws.commands | A | 06-10-2022 | |
| 609 | awsscan.txt | A | 06-10-2022 | **TXT File** |
| 610 | iam_fullog.txt | A | 06-10-2022 | **TXT File** |
| 611 | ldap_amazon.txt | A | 06-10-2022 | **TXT File** |
| 612 | listbuckets.log | A | 06-10-2022 | **TXT File** |
| | | | | |
| 621 | iPredator Configuration Files | A | 06-10-2022 | |
| 622 | iPredator 4/19/19 Syslog file | A | 06-10-2022 | |
| 623 | iPredator 4/21/19 Syslog file | A | 06-10-2022 | |
| 624 | iPredator 5/26/19 Syslog file | A | 06-10-2022 | |
| | | | | |
| 640 | aws_scan/README | A | 06-10-2022 | |
| 641 | IP Address Scan Files | A | 06-10-2022 | |
| 642 | Grep Metadata Shell Script | A | 06-10-2022 | |
| 643 | Metadata Responses | A | 06-10-2022 | |
| 644 | 3/7/19 file containing 42 Lines IP | A | 06-10-2022 | |
| 645 | 3/7/19 file containing Apperian IP | A | 06-10-2022 | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 646 | 3/11/19 file containing Capital One IP | A | 06-10-2022 | |
| 647 | 3/14/19 file containing Bitglass IP | A | 06-10-2022 | |
| | | | | |
| 670 | aws_hacking_shit\aws_scan\aquire_aws_info | A | 06-10-2022 | |
| 671 | awsscanner\awssession.sh | A | 06-10-2022 | |
| 672 | .aws\credentials | A | 06-10-2022 | |
| 673 | aws_hacking_shit\aws_scan\ec2-full-stuff\original-entrypoint | A | 06-10-2022 | |
| 674 | aws.new.txt file | A | 06-10-2022 | |
| 675 | aws.commands file with Capital One IP address | A | 06-10-2022 | |
| 676 | Notes2file with Unicredit | A | 06-10-2022 | |
| 677 | Notes file with Apperian ec2 | A | 06-10-2022 | |
| | | | | |
| 701 | aws_dumps screenshot | A | 06-10-2022 | |
| | | | | |
| 710 | Sync Command – Capital One | A | 06-10-2022 | |
| 711 | Capital One File Directory | A | 06-09-2022 | |
| 712 | Capital One Data Sample – Personally Identifiable Information | A | 06-09-2022 | |
| 713 | Capital One Data Sample Including Social Security Numbers | A | 06-09-2022 | |
| 714 | Capital One Data Sample Including Tax ID Numbers | | | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 715 | Capital One Data Sample Including Social Security Numbers | A | 06-14-2022 | **Illustrative Only** |
| | | | | |
| 720 | Apperian File Directory | A | 06-10-2022 | |
| 721 | Apperian Data Samples | A | 06-10-2022 | |
| | | | | |
| 730 | 42 Lines File Directory | A | 06-10-2022 | |
| 731 | 42 Lines Data Samples | A | 06-13-2022 | |
| | | | | |
| 740 | Survox File Directory | A | 06-10-2022 | |
| 741 | Survox Data Samples | A | 06-13-2022 | |
| | | | | |
| 750 | Bitglass File Directory | A | 06-10-2022 | |
| 751 | Bitglass Data Samples | A | 06-10-2022 | **TXT File** |
| 752 | Bitglass Data Sample | A | 06-10-2022 | **TXT File** |
| | | | | |
| 760 | Vodafone File Directory | A | 06-10-2022 | |
| | | | | |
| | | | | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 780 | Grep Command to Create "Capitol One Inclusion List" | A | 06-10-2022 | |
| 781 | aws_hacking_shit\aws_scan\capitol_one_inclusion_list | A | 06-10-2022 | |
| 782 | aws_hacking_shit\aws_scan\id | A | 06-10-2022 | |
| | | | | |
| 800 | aws_hacking_shit\aws_scan\dockerfile | A | 06-10-2022 | |
| 801 | aws_hacking_shit\aws_scan\miner\start.sh | A | 06-10-2022 | |
| 802 | aws_hacking_shit\aws_scan\miner\minersetup_eth.sh | A | 06-10-2022 | |
| 803 | newawswork | A | 06-10-2022 | |
| 804 | config | A | 06-10-2022 | |
| 805 | known_hosts | A | 06-10-2022 | |
| 806 | Survox-related Scripts | A | 06-10-2022 | |
| 807 | Waitrainer-related Scripts | A | 06-10-2022 | |
| 808 | Powersquare India-related Scripts | A | 06-10-2022 | |
| 809 | Hearst/Cloudreach-related Scripts | A | 06-10-2022 | |
| 810 | A T Works-related Scripts | A | 06-10-2022 | |
| 811 | 42 Lines-related Scripts | A | 06-10-2022 | |
| 812 | Apperian-related Scripts | A | 06-10-2022 | |
| | | | | |
| | | | | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 850 | Ether Wallet Record | A | 06-10-2022 | |
| 851 | Etherscan Records Re Ether Waller (3/10/19 – 8/5/19) | A | 06-10-2022 | |
| 852 | Etherscan Record Re Transaction | A | 06-10-2022 | |
| 853 | Ethereum Record (Block 7460822) | A | 06-10-2022 | |
| 854 | Ethereum Record Re Ether Transaction | A | 06-10-2022 | |
| 855 | Spreadsheet of Transaction in Ether Wallet (3/10/19 – 8/5/19) | A | 06-10-2022 | **EXCEL Spreadsheet** |
| | | | | |
| 901 | Survox 4/3/19 AWS Billing Invoice | A | 06-13-2022 | |
| 902 | Survox 4/25/19 AWS Credit Invoice | A | 06-13-2022 | |
| 903 | Survox 4/25/19 AWS Credit Invoice | A | 06-13-2022 | |
| 904 | Survox 5/3/19 AWS Billing Invoice | A | 06-13-2022 | |
| 905 | AWS Billing Records – Survox | A | 06-13-2022 | **EXCEL Spreadsheet** |
| 906 | AWS Billing Records – A T Works | A | 06-13-2022 | **EXCEL Spreadsheet** |
| 907 | AWS Billing Records – Hearst/Cloudreach | A | 06-13-2022 | **EXCEL Spreadsheet** |
| 908 | AWS Billing Records – Powersquare India | A | 06-13-2022 | **EXCEL Spreadsheet** |
| 909 | AWS ec2 Instance Records -Waitrainer, Hearst/Cloudreach, Hewlett-Packard | A | 06-13-2022 | **EXCEL Spreadsheet** |
| 910 | AWS Billing Records – Hearst/Cloudreach | A | 06-13-2022 | **EXCEL Spreadsheet** |
| 911 | AWS Account Records | | | |
| 912 | AWS Account Records | | | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 913 | AWS S3 Regions | A | 06-08-2022 | |
| 914 | Waitrainer 5/3/19 AWS Billing and Credit Invoice | A | 06-13-2022 | |
| 915 | Powersquare India 4/3/19 Billing Invoice | A | 06-13-2022 | |
| 916 | Powersquare India 4/20/19 Credit Invoice | A | 06-13-2022 | |
| 917 | Powersquare India 5/3/19 Billing and Credit Invoice | A | 06-13-2022 | |
| 918 | A T Works 4/3/19 Billing Invoice | A | 06-13-2022 | |
| 919 | A T Works 4/24/19 Credit Invoice | A | 06-13-2022 | |
| 920 | A T Works 5/3/19 Billing Invoice | A | 06-13-2022 | |
| 921 | Hewlett Packard 5/3/19 Billing Invoice | A | 06-13-2022 | |
| 922 | Hewlett Packard 6/27/19 Credit Invoice | A | 06-13-2022 | |
| 923 | Survox Billing Records (Highlighted) | A | 06-13-2022 | **Illustrative Only** |
| 924 | A T Works Billing Records (Highlighted) | A | 06-13-2022 | **Illustrative Only** |
| 925 | Cloudreach Billing Records (Highlighted) | A | 06-13-2022 | **Illustrative Only** |
| 926 | Powersquare India Billing Records (Highlighted) | A | 06-13-2022 | **Illustrative Only** |
| 927 | AWS EC2 Instance Records -Waitrainer, Hearst/Cloudreach, Hewlett-Packard (Highlighted) | A | 06-13-2022 | **Illustrative Only** |
| 928 | Waitrainer Billing Records | A | 06-13-2022 | **EXCEL Spreadsheet** |
| 929 | Waitrainer Billing Records (Highlighted) | A | 06-13-2022 | **Illustrative Only** |
| 930 | Hewlett Packard Billing Records | A | 06-13-2022 | **EXCEL Spreadsheet** |
| 931 | Hewlett Packard Billing Records (Highlighted) | A | 06-13-2022 | **Illustrative Only** |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 950 | Report of FBI Interview with Paige Thompson | | | |
| 951 | Reserved | | | |
| 952 | Handwritten Note re: "Open Socks Proxy" | A | 06-08-2022 | |
| 953 | Consent Order, *In the Matter of Capital One, N.A.* | | | |
| 954 | AWS Vulnerability Reporting Webpage | A | 06-08-2022 | |
| 955 | Stipulation of the Parties | A | 06-09-2022 | |
| 956 | List of IAM Roles and IPs Identified on Thompson's Computer | A | 06-13-2022 | |
| | | | | |
| 970 | Memorandum Opinion in *Stein v. Boockvar* | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 1000 | Mandiant Report | | | |
| 1001 | iDS Final Report | | | |
| 1002 | Management Root Cause Analysis | | | |
| 1003 | Project Star Post-Incident Report | | | |
| 1004 | Project Star Data Summary PowerPoint | | | |
| 1005 | E.D. Va. Proposed Class Action Settlement Agreement | | | |
| 1006 | Office of the Comptroller of the Currency Press Release – Capital One | | | |
| 1007 | Office of the Comptroller of the Currency Cease and Desist – Capital One | | | |
| 1008 | Office of the Comptroller of the Currency Consent Decree – Capital One | A | 06-09-2022 | |
| 1009 | Capital One 2020 Annual Report | A | 06-09-2022 | |
| 1010 | Email from "Responsible Disclosure" dated 7/17/2019 | A | 06-08-2022 | |
| 1011 | HackerOne / Capital One Vulnerability Disclosure Website | A | 06-08-2022 | |
| 1012 | Kat Valentine LinkedIn Profile | | | |
| 1013 | Emails re: Open Socks Proxy of an ELB | A | 06-09-2022 | |
| 1014 | Emails re: C1 Peeps | | | |
| 1015 | Apperian Backups Spreadsheet | A | 06-10-2022 | **EXCEL Spreadsheet** |
| | | | | |
| | | | | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 1100 | Handwritten Disclosure to AWS | A | 06-13-2022 | |
| 1101 | Email to Steve Schuster from Stephen Schmidt dated 7/24/2019 | **R** | **06-08-2022** | |
| 1102 | Letter to Senators Ron Wyden and Elizabeth Warren dated 11/20/2019 | | | |
| | | | | |
| | | | | |
| 1202 | Direct Message Between Houston Hopkins and Michael Fisk | | | |
| 1203 | Open Forward Proxy Server Illustrative Prepared by Alex Halderman | A | 06-15-2022 | **Illustrative Only** |
| 1204 | Capital One Open Proxy Illustrative Prepared by Alex Halderman | A | 06-15-2022 | **Illustrative Only** |
| 1205 | Proxy Server Illustrative Exhibit Prepared by Alex Halderman | A | 06-15-2022 | **Illustrative Only** |
| 1206 | EC2 Instances, Instance Metadata Service, and Other AWS Services Illustrative Exhibit Prepared by Alex Halderman | A | 06-15-2022 | **Illustrative Only** |
| 1207 | Sample AWS Customer Agreement | A | 06-15-2022 | |