UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>PAIGE A. THOMPSON,<br><br>　　　　　　　Defendant. | Case No. CR19-159-RSL<br><br>JURY VERDICT FORM |

　　　WE, the JURY, unanimously find as follows:

**Count 1:**　　Wire Fraud, in violation of Title 18, United States Code, Section 1343.

　　　　____ Not Guilty　　　　✓ Guilty

**Count 2:**　　Unlawfully Obtaining Information of a Card Issuer (Capital One), in violation of Title 18, United States Code, Section 1030(a)(2).

　　　　____ Not Guilty　　　　✓ Guilty

**Count 4:**  Unlawfully Obtaining Information from a Protected Computer (Apperian), in violation of Title 18, United States Code, Section 1030(a)(2).

____ Not Guilty        ✓ Guilty

**Count 5:**  Unlawfully Obtaining Information from a Protected Computer (Survox), in violation of Title 18, United States Code, Section 1030(a)(2).

____ Not Guilty        ✓ Guilty

**Count 6:**  Unlawfully Obtaining Information from a Protected Computer (Bitglass), in violation of Title 18, United States Code, Section 1030(a)(2).

____ Not Guilty        ✓ Guilty

**Count 7:**  Unlawfully Obtaining Information from a Protected Computer (42 Lines), in violation of Title 18, United States Code, Section 1030(a)(2).

____ Not Guilty        ✓ Guilty

**Count 8:**  Transmitting a Program, Information, Code, or Command to a Computer, Intending to Cause Damage, in violation of Title 18, United States Code, Section 1030(a)(5).

____ Not Guilty        ✓ Guilty

JURY VERDICT FORM - 2

**Count 9:** Unlawful Possession of Unauthorized Access Devices, in violation of Title 18, United States Code, Section 1029(a)(3).

✓ Not Guilty     ___ Guilty

**Count 10:** Aggravated Identity Theft, in violation of Title 18, United States Code, Section 1028A(a)(1).

✓ Not Guilty     ___ Guilty

DATED this 17 day of JUNE, 2022.

▮▮▮▮▮▮▮▮▮▮
Presiding Juror

JURY VERDICT FORM - 3