```
                    UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF WASHINGTON AT SEATTLE
_____

UNITED STATES OF AMERICA,        )
                                 ) CASE NO. CR19-00159-RSL
                  Plaintiff,     )
                                 ) Seattle, Washington
v.                               )
                                 ) June 17, 2022
PAIGE A. THOMPSON,               ) 4:30 p.m.
                                 )
                  Defendant.     ) JURY VERDICT, Vol. 9 of 9
                                 )
_____

                  VERBATIM REPORT OF PROCEEDINGS
              BEFORE THE HONORABLE ROBERT S. LASNIK
                 UNITED STATES DISTRICT JUDGE
_____

APPEARANCES:


  For the Plaintiff:      ANDREW C. FRIEDMAN
                          JESSICA M. MANCA
                          TANIA M. CULBERTSON
                          United States Attorney's Office
                          700 Stewart Street, Suite 5220
                          Seattle, WA 98101

  For the Defendant:      MOHAMMAD ALI HAMOUDI
                          NANCY TENNEY
                          Federal Public Defender's Office
                          1601 5th Avenue, Suite 700
                          Seattle, WA 98101

                          BRIAN E. KLEIN
                          MELISSA A. MEISTER
                          Waymaker LLP
                          515 S Flower Street, Suite 3500
                          Los Angeles, CA 90071


  Reported by:            Nancy L. Bauer, CRR, RPR
                          Marci Chatelain, CRR, RPR, RMP, CCR
                          Official Federal Court Reporter
                          700 Stewart Street, Suite 17205
                          Seattle, WA 98101
                          nancy_bauer@wawd.uscourts.gov
```

|  |  |
|---|---|
| 1 | PROCEEDINGS |
| 2 | |
| 3 | THE FOLLOWING PROCEEDINGS WERE HELD OUTSIDE THE PRESENCE OF THE JURY: |
| 4 | THE COURT:  Thank you.  Please be seated. |
| 5 | We have a verdict.  And, Victoria, do you want to bring the |
| 6 | jury in? |
| 7 | In case you haven't noticed, Juror No. 4, Mr. XXXXXXXXX, is |
| 8 | the presiding juror. |
| 9 | THE FOLLOWING PROCEEDINGS WERE HELD IN THE PRESENCE OF THE JURY: |
| 10 | |
| 11 | VERDICT |
| 12 | THE COURT:  Thank you.  Please be seated. |
| 13 | So Juror No. 4, Mr. XXXXXXXXX, you're the presiding juror, |
| 14 | correct? |
| 15 | THE FOREPERSON:  I am. |
| 16 | THE COURT:  Has the jury reached a verdict? |
| 17 | THE FOREPERSON:  We have, Your Honor. |
| 18 | THE COURT:  Would you please hand the verdict forms to |
| 19 | the courtroom deputy? |
| 20 | All right.  In the matter of the United States of America |
| 21 | versus Paige A. Thompson, the jury has reached a verdict. |
| 22 | We, the jury, unanimously find as follows: |
| 23 | As to Count 1 wire fraud, in violation of Title 18 United |
| 24 | States Code, Section 1343, the verdict is guilty. |
| 25 | As to Count 2, unlawfully obtaining information of a card |

1  issuer, Capital One, in violation of Title 18 United States

2  Code, Section 1030(a)(2), the verdict is the guilty.

3          As to Count 4, unlawfully obtaining information from a

4  protected computer, Apperian, in violation of Title 18 United

5  States Code, Section 1030(a)(2), the verdict is guilty.

6          As to Count 5, unlawfully obtaining information from a

7  protected computer, Survox, under the same section of the United

8  States Code, the verdict is guilty.

9          As to Count 6, unlawfully obtaining information from a

10 protected computer, Bitglass, in violation of the same section

11 of the United States Code, the verdict is guilty.

12         As to Count 7, unlawfully obtaining information from the

13 protected computer of 42Lines, under the same section of the

14 United States Code, the verdict is guilty.

15         As to Count 8, transmitting a program, information, code,

16 or command to a computer, intending to cause damage, in

17 violation of 18 United States Code Section 1030(a)(5), the

18 verdict is guilty.

19         As to Count 9, unlawful possession of unauthorized access

20 devices, in violation of Title 18 United States Code, Section

21 1029(a)(3), the verdict is not guilty.

22         As to Count 10, aggravated identity theft, in violation of

23 Title 18 United States Code, Section 1028A(a)(1), the verdict is

24 not guilty.

25         It is dated June 17th, 2022, and signed by the presiding

1  juror, XXXXXXXXXXXXXXXX.
2      Mr. Friedman, would you like the jury polled on this
3  verdict?
4          MR. FRIEDMAN:  Not unless the defense wants that, Your
5  Honor.
6          THE COURT:  Mr. Hamoudi, would you like the jury
7  polled?
8          MR. HAMOUDI:  No, Your Honor.
9          THE COURT:  Okay.
10     Sometimes we do a polling process to determine that the
11 jury's verdict is, indeed, unanimous.
12     This was a unanimous verdict; isn't that right,
13 Mr. XXXXXXXXX?  All heads are nodding.  Okay.
14     So we ask so much of our jurors, especially during these
15 challenging times of COVID, and especially on a difficult case
16 such as this.
17     I can't tell you how much I personally, on behalf of the
18 United States District Court, appreciate the tremendous time you
19 gave us, the tremendous attention, and what, obviously, was a
20 great deal of thought that went into this verdict, too.
21     So I'm going to ask Victoria to take you back to Judge
22 Zilly's courtroom, and I will come join you, to talk to you for
23 a little bit.  I know everyone wants to get on their way, too,
24 but I just want to spend a few minutes with you, personally,
25 with my law clerk, Laura Daugherty, to answer any questions you

1  have about what happens next, et cetera.
2       We will set a sentencing date for Ms. Thompson.  I will get
3  presentence reports from the government, from the defense, and
4  from United States Probation, and then we will have a public
5  sentencing hearing, and we will let you to know when that is.
6  So if you have any interest in attending, you are certainly free
7  to do so.
8       But for now, Victoria, do you want to take them back to
9  Judge Zilly's courtroom?
10                  THE FOLLOWING PROCEEDINGS WERE HELD
                    OUTSIDE THE PRESENCE OF THE JURY:
11
12           THE COURT:  Thank you.  Please be seated.
13       Is the government making any motion?
14           MR. FRIEDMAN:  Your Honor, the one matter that we
15  haven't taken up is forfeiture --
16           THE COURT:  Forfeiture, right.
17           MR. FRIEDMAN:  -- with respect to property.  My guess
18  is that wouldn't have to happen today, unless the court was
19  going to do it, and the defense might waive jury and have the
20  court determine that.  That would be the only thing we would
21  raise, Your Honor.
22           MR. HAMOUDI:  We'll have the court address it, Your
23  Honor, and waive jury.
24           THE COURT:  Waive jury and have the court address it?
25           MR. HAMOUDI:  Yes.

1              THE COURT:  Do you want to do that next week, or do
2   you want to do it at the time of the sentencing?
3              MR. HAMOUDI:  Sentencing is fine, Your Honor.
4              THE COURT:  Is that all right with you?
5              MR. FRIEDMAN:  Yes, that's fine, Your Honor.
6              THE COURT:  All right.  We'll put that over.
7        Victoria, do we have a sentencing date?
8              THE CLERK:  September 22nd at 10:00 a.m.
9              THE COURT:  Aren't we doing a judicial retreat
10  September 20th to the 22nd?  Of course, the courtroom deputy is
11  always the last one to find those things out.
12             THE CLERK:  I can set it for the week prior.  Would
13  that be better?
14             THE COURT:  Yes.
15             THE CLERK:  September 15 at 9:00 a.m.
16             THE COURT:  Okay.  And we'll set aside a full hour.
17  We don't necessarily have to use it, but we'll set aside a full
18  hour.
19        And the government is not asking for any change in
20  Ms. Thompson's status, correct?
21             MR. FRIEDMAN:  Correct, Your Honor.
22             THE COURT:  Great.  And I appreciate that.  That's
23  very thoughtful and considerate of the government.  I wasn't
24  going to do it, but I appreciate your not asking.
25        So, Ms. Thompson, I'm sure you're disappointed, but this

1 verdict is a balanced verdict, in the sense that it doesn't tie
2 my hands at sentencing. There's no mandatory minimum term. And
3 you have great advocates by your side here who will do what they
4 need to do. There are some legal issues for you to take up on
5 appeal. It's not the end for you in any way, shape, or form.
6      So all I need for you to do is stay focused on being
7 healthy and well, and knowing that this will pass. You have all
8 your life ahead of you. You are a remarkable person, and we got
9 to see that. I really need you, though, to believe in yourself
10 and believe in your lawyers going forward. Don't quit on
11 yourself, okay?
12           THE DEFENDANT: Thank you, Your Honor.
13           THE COURT: All right. Counsel, thank you. I'm going
14 to spend some time with the jury.
15      I really appreciate the class that all of you attorneys
16 presented to me in this trial. I couldn't be more proud of the
17 District, the U.S. Attorney's Office, the Federal Defenders, the
18 people who volunteered their time, such as Mr. Klein and his
19 co-counsel. It really was a remarkable experience for me, so
20 thank you.
21      All right. We are adjourned.
22           (Proceedings concluded at 4:50 p.m.)

C E R T I F I C A T E

      I, Nancy L. Bauer, CCR, RPR, Court Reporter for the United States District Court in the Western District of Washington at Seattle, do hereby certify that I was present in court during the foregoing matter and reported said proceedings stenographically.

      I further certify that thereafter, I have caused said stenographic notes to be transcribed under my direction and that the foregoing pages are a true and accurate transcription to the best of my ability.

Dated this 17th day of June 2022.

/S/ Nancy L. Bauer

Nancy L. Bauer, CCR, RPR
Official Court Reporter