```
              UNITED STATES DISTRICT COURT
         WESTERN DISTRICT OF WASHINGTON AT SEATTLE
_____

UNITED STATES OF AMERICA,      )
                               )
                 Plaintiff,    ) CASE NO. CR19-00159-RSL
                               )
v.                             ) Seattle, Washington
                               )
PAIGE A. THOMPSON,             ) June 7 through 17, 2022
                               )
                 Defendant.    ) MASTER INDEX
                               )
_____

            VERBATIM REPORT OF PROCEEDINGS
         BEFORE THE HONORABLE ROBERT S. LASNIK
             UNITED STATES DISTRICT JUDGE
_____

APPEARANCES:


  For the Plaintiff:      ANDREW C. FRIEDMAN
                          JESSICA M. MANCA
                          TANIA M. CULBERTSON
                          United States Attorney's Office
                          700 Stewart Street, Suite 5220
                          Seattle, WA 98101


  For the Defendant:      MOHAMMAD ALI HAMOUDI
                          NANCY TENNEY
                          Federal Public Defender's Office
                          1601 5th Avenue, Suite 700
                          Seattle, WA 98101

                          BRIAN E. KLEIN
                          MELISSA A. MEISTER
                          Waymaker LLP
                          515 S Flower Street, Suite 3500
                          Los Angeles, CA 90071


  Reported by:            Nancy L. Bauer, CRR, RPR
                          Marci Chatelain, CRR, RPR, RMP, CCR
                          Official Federal Court Reporter
                          700 Stewart Street, Suite 17205
                          Seattle, WA 98101
                          nancy_bauer@wawd.uscourts.gov
```

EXAMINATION INDEX

| EXAMINATION OF | | VOLUME/PAGE |
|---|---|---|
| STEVE SCHUSTER | DIRECT EXAMINATION BY MR. FRIEDMAN | VOL. 2 - 62 |
| | CROSS-EXAMINATION BY MR. KLEIN | VOL. 2 - 118 |
| | REDIRECT EXAMINATION BY MR. FRIEDMAN | Vol. 2 - 137 |
| KRISTEN VALENTINE | DIRECT EXAMINATION BY MS. MANCA | Vol. 2 - 143 |
| | CROSS-EXAMINATION BY MR. HAMOUDI | Vol. 2 - 168 |
| | REDIRECT EXAMINATION BY MS. MANCA | VOL. 2 - 178 |
| | RECROSS-EXAMINATION BY MR. HAMOUDI | VOL. 2 - 178 |
| MICHAEL FISK | DIRECT EXAMINATION BY MR. FRIEDMAN | VOL. 2 - 179 |
| | DIRECT EXAMINATION CONTINUED BY MR. FRIEDMAN | VOL. 3 - 6 |
| | CROSS-EXAMINATION BY MR. HAMOUDI | Vol. 3 - 71 |
| | REDIRECT EXAMINATION BY MR. FRIEDMAN | Vol. 3 - 98 |
| | RECROSS-EXAMINATION BY MR. HAMOUDI | Vol. 3 - 103 |
| | REDIRECT EXAMINATION BY MR. FRIEDMAN | Vol. 3 - 105 |

## EXAMINATION INDEX

| EXAMINATION OF | | VOLUME/PAGE |
|---|---|---|
| ZACHAREY HANSEN | DIRECT EXAMINATION BY MS. MANCA | Vol. 3 - 108 |
| | CROSS-EXAMINATION BY MR. KLEIN | VOL. 3 - 120 |
| | REDIRECT EXAMINATION BY MS. MANCA | VOL. 3 - 127 |
| JOEL MARTINI | DIRECT EXAMINATION BY MR. FRIEDMAN | VOL. 3 - 129 |
| | CROSS-EXAMINATION BY MR. HAMOUDI | VOL. 3 - 178 |
| JOSEPH ADAM BALEDA | DIRECT EXAMINATION BY MS. CULBERTSON | VOL. 3 - 198 |
| | CROSS-EXAMINATION BY MR. KLEIN | Vol. 3 - 204 |
| MATTHEW PELAGGI | DIRECT EXAMINATION BY MR. FRIEDMAN | Vol. 4 - 5 |
| | CROSS-EXAMINATION BY MR. HAMOUDI | Vol. 4 - 16 |
| CHRISTOPHER CHAN | DIRECT EXAMINATION BY MS. CULBERTSON | Vol. 4 - 23 |
| | CROSS-EXAMINATION BY MR. KLEIN | VOL. 4 - 36 |
| VINCENT KENNEY | DIRECT EXAMINATION BY MR. FRIEDMAN | Vol. 4 - 40 |
| | CROSS-EXAMINATION BY MR. KLEIN | VOL. 4 - 75 |
| | REDIRECT EXAMINATION BY MR. FRIEDMAN | VOL. 4 - 88 |
| | RECROSS-EXAMINATION BY MR. KLEIN | VOL. 4 - 90 |

EXAMINATION INDEX

| EXAMINATION OF | | VOLUME/PAGE |
|---|---|---|
| WAYMON HO | DIRECT EXAMINATION BY MS. MANCA | VOL. 4 - 91 |
| | DIRECT EXAMINATION CONTINUED BY MS. MANCA | VOL. 5 - 4 |
| | CROSS-EXAMINATION BY MR. KLEIN | VOL. 5 - 20 |
| | REDIRECT EXAMINATION BY MS. MANCA | VOL. 5 - 46 |
| | RECROSS-EXAMINATION BY MR. KLEIN | VOL. 5 - 52 |
| CLINT POPETZ | DIRECT EXAMINATION BY MS. CULBERTSON | VOL. 5 - 60 |
| | CROSS-EXAMINATION BY MR. HAMOUDI | Vol. 5 - 84 |
| ERIC BRANDWINE | DIRECT EXAMINATION BY MS. MANCA | Vol. 5 - 89 |
| | CROSS-EXAMINATION BY MR. KLEIN | Vol. 5 - 95 |
| JOHN ROUNDY | DIRECT EXAMINATION BY MS. MANCA | Vol. 5 - 98 |
| | CROSS-EXAMINATION BY MR. KLEIN | Vol. 5 - 113 |
| | REDIRECT EXAMINATION BY MS. MANCA | Vol. 5 - 115 |
| GEORGE CHAMBERLIN | DIRECT EXAMINATION BY MS. CULBERTSON | VOL. 5 - 122 |
| | CROSS-EXAMINATION BY MR. KLEIN | VOL. 5 - 151 |

```
                      EXAMINATION INDEX
EXAMINATION OF                                    VOLUME/PAGE

  KENNETH HENDERSON    DIRECT EXAMINATION         Vol. 6 - 7
                       BY MR. FRIEDMAN

                       CROSS-EXAMINATION          Vol. 6 - 33
                       BY MR. HAMOUDI

  JOHN STRAND          DIRECT EXAMINATION         Vol. 6 - 36
                       BY MS. MANCA

                       CROSS-EXAMINATION          Vol. 6 - 56
                       BY MR. KLEIN

                       REDIRECT EXAMINATION       Vol. 6 - 60
                       BY MS. MANCA

  ERIC BRANDWINE       DIRECT EXAMINATION         VOL. 6 - 77
                       BY MR. KLEIN

                       CROSS-EXAMINATION          VOL. 6 - 77
                       BY MS. MANCA

  DIANE LYE            DIRECT EXAMINATION         VOL. 6 - 79
                       BY MR. HAMOUDI

                       CROSS-EXAMINATION          VOL. 6 - 83
                       BY MR. FRIEDMAN

                       REDIRECT EXAMINATION       VOL. 6 - 92
                       BY MR. HAMOUDI

  MATTHEW ORTIZ        DIRECT EXAMINATION         VOL. 7 - 11
                       BY MR. KLEIN

                       CROSS-EXAMINATION          VOL. 7 - 14
                       BY MS. MANCA

  SETH EDGAR           DIRECT EXAMINATION         VOL. 7 - 16
                       BY MR. KLEIN

                       CROSS-EXAMINATION          VOL. 7 - 20
                       BY MS. CULBERTSON
```

EXAMINATION INDEX

| EXAMINATION OF | | VOLUME/PAGE |
|---|---|---|
| TIM CARSTENS | DIRECT EXAMINATION BY MR. HAMOUDI | VOL. 7 - 26 |
| | CROSS-EXAMINATION BY MS. MANCA | VOL. 7 - 33 |
| ALEX HALDERMAN | DIRECT EXAMINATION BY MR. KLEIN | VOL. 7 - 34 |
| | CROSS-EXAMINATION BY MS. MANCA | Vol. 7 - 76 |
| | REDIRECT EXAMINATION BY MR. KLEIN | Vol. 7 - 95 |
| | RECROSS-EXAMINATION BY MS. MANCA | Vol. 7 - 103 |
| WAYMON HO | DIRECT REBUTTAL EXAMINATION BY MS. MANCA | VOL. 7 - 111 |
| | REBUTTAL CROSS-EXAMINATION BY MR. KLEIN | VOL. 7 - 114 |
| | REDIRECT REBUTTAL EXAMINATION BY MS. MANCA | VOL. 7 - 115 |

EXHIBIT INDEX

| GOVERNMENT EXHIBITS | VOLUME/PAGE |
|---|---|
| 101 | VOL. 2 - 66 |
| 102 THROUGH 110 | VOL. 2 - 68 |
| 103 | VOL. 2 - 72 |
| 104 | VOL. 2 - 75 |
| 105 | VOL. 2 - 79 |
| 106 | VOL. 2 - 84 |
| 107 | VOL. 2 - 96 |
| 108 | VOL. 2 - 98 |
| 109-110 | VOL. 4 - 135 |
| 111 | VOL. 3 - 18 |
| 112 | VOL. 4 - 116 |
| 113 | VOL. 4 - 118 |
| 114 | VOL. 4 - 132 |
| 118-119 | VOL. 4 - 148 |
| 122 | VOL. 4 - 192 |
| 201 | VOL. 2 - 149 |
| 202 | VOL. 2 - 149 |
| 203 | VOL. 2 - 149 |
| 204 | VOL. 2 - 149 |
| 205 | VOL. 3 - 25 |
| 206 | VOL. 3 - 16 |
| 207 | VOL. 3 - 35 |
| 209 | VOL. 2 - 149 |
| 210 | VOL. 3 - 43 |
| 251 AND 252 | VOL. 3 - 147 |
| 301 | VOL. 3 - 133 |
| 302 | VOL. 3 - 134 |
| 303 | VOL. 3 - 134 |
| 304 | VOL. 3 - 135 |
| 305 | VOL. 3 - 135 |
| 306 | VOL. 3 - 136 |
| 307 | VOL. 3 - 140 |
| 308 | VOL. 3 - 138 |
| 309 | VOL. 3 - 138 |
| 310 | VOL. 3 - 139 |
| 401 | VOL. 3 - 148 |
| 402 | VOL. 3 - 115 |
| 403 | VOL. 3 - 148 |
| 404 | VOL. 3 - 115 |
| 405 | VOL. 3 - 148 |
| 406 | VOL. 3 - 115 |
| 407 | VOL. 3 - 148 |
| 408 | VOL. 3 - 115 |
| 409 | VOL. 3 - 148 |
| 410 | VOL. 3 - 115 |

```
                       EXHIBIT INDEX

GOVERNMENT EXHIBITS                              VOLUME/PAGE


 411                                             VOL. 3 - 115
 412                                             VOL. 3 - 148
 413                                             VOL. 3 - 115
 414                                             VOL. 3 - 115
 415                                             VOL. 3 - 148
 416                                             VOL. 3 - 115
 417                                             VOL. 3 - 148
 418                                             VOL. 3 - 115
 419                                             VOL. 3 - 115
 420                                             VOL. 3 - 148
 431                                             VOL. 3 - 151
 433                                             VOL. 3 - 151
 434                                             VOL. 3 - 151
 435                                             VOL. 3 - 151
 436                                             VOL. 3 - 151
 437                                             VOL. 3 - 112
 438                                             VOL. 3 - 151
 439                                             VOL. 3 - 151
 450-462                                         VOL. 3 - 117
 501 THROUGH 506                                 VOL. 3 - 164
 521 TO 525                                      VOL. 3 - 156
 621                                             VOL. 4 - 130
 711                                              VOL. 3 - 59
 712                                              VOL. 3 - 60
 713                                              VOL. 3 - 62
 715                                              VOL. 6 - 75
 720                                              VOL. 4 - 11
 721                                              VOL. 4 - 13
 731                                              VOL. 5 - 69
 741                                             VOL. 5 - 109
 750                                              VOL. 4 - 28
 751                                              VOL. 4 - 30
 752                                              VOL. 4 - 31
 801                                              VOL. 4 - 58
 850                                             VOL. 4 - 189
 851                                              VOL. 4 - 61
 852                                              VOL. 4 - 64
 853                                              VOL. 4 - 66
 854                                              VOL. 4 - 68
 855                                              VOL. 4 - 72
 901-904                                         VOL. 5 - 102
 905 TO 910                                      VOL. 5 - 132
 913                                              VOL. 2 - 71
 914 THROUGH 922                                 VOL. 5 - 132
```

```
                              EXHIBIT INDEX

  GOVERNMENT EXHIBITS                                   VOLUME/PAGE


   923                                                  VOL. 5 - 133
   924  THROUGH  927                                    VOL. 5 - 133
   929                                                  VOL. 5 - 132
   929                                                  VOL. 5 - 133
   930                                                  VOL. 5 - 132
   930                                                  VOL. 5 - 133
   952                                                  VOL. 2 - 108
   954                                                  VOL. 2 - 106



  DEFENDANT EXHIBITS                                    VOLUME/PAGE


   1008                                                  VOL. 3 - 96
   1009                                                  VOL. 3 - 94
   1010                                                 VOL. 2 - 173
   1011                                                 VOL. 2 - 174
   1013                                                 VOL. 3 - 106
   1015                                                  VOL. 4 - 19
   1100                                                  VOL. 5 - 34
   1203                                                  VOL. 7 - 40
   1204                                                  VOL. 7 - 49
   1207                                                 VOL. 7 - 111
```

INDEX

*BOND V. UNITED STATES*                     VOL. 6 - 68

DEFENDANT'S CLOSING ARGUMENT                VOL. 8 - 64

DEFENDANT'S MOTION FOR                      VOL. 6 - 68
JUDGMENT AND ACQUITTAL BY
MR. HAMOUDI

DEFENDANT'S RENEWED MOTION                  VOL. 7 - 106
FOR JUDGMENT AND ACQUITTAL
BY MR. HAMOUDI

DEFENSE'S OPENING STATEMENT                 VOL. 2 - 46
BY MR. KLEIN

GOVERNMENT'S CLOSING                        VOL. 8 - 28
ARGUMENT

GOVERNMENT'S OPENING                        VOL. 2 - 20
STATEMENT BY MS. MANCA

GOVERNMENT'S REBUTTAL                       VOL. 8 - 92
ARGUMENT

JURY VOIR DIRE                              VOL. 1 - 7

VERDICT                                     VOL. 9 - 2