JUDGE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | ) No. CR19-159RSL |
|---|---|
| Plaintiff, | ) |
| v. | ) NOTICE OF WITHDRAWAL |
|  | ) OF COUNSEL |
| PAIGE THOMPSON, | ) |
| Defendant. | ) |

NOTICE IS GIVEN that Christopher M. Sanders withdraws as counsel for Paige Thompson. Pursuant to LCR 83.2(b)(3), undersigned counsel confirm that Ms. Thompson remains represented by Assistant Federal Public Defenders Nancy Tenney and Mohammad Hamoudi and by Brian Kline and Melissa Meister. The parties request that notice of all filings be served only upon the remaining attorney.

DATED this 29th day of June, 2022.

Respectfully submitted,

s/ *Nancy Tenney* (current)
WSBA # 35304
Assistant Federal Public Defender

s/ *Mohammad Hamoudi* (current)
WSBA # 48512
Assistant Federal Public Defender

s/ *Christopher M. Sanders* (withdrawing)
WSBA # 47518
Assistant Federal Public Defender

NOTICE OF WITHDRAWAL
(*U.S. v. Paige Thompson,* CR19-159RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

Federal Public Defender
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
Phone: (206) 553-1100

/s/ *Brian Klein* (current)
/s/ *Melissa Meister* (current)
Waymaker LLP
515 South Flower Street, Suite 3500
Los Angeles, CA 90071
Phone: (424) 652-7800

NOTICE OF WITHDRAWAL
(*U.S. v. Paige Thompson,* CR19-159RSL) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**