The Honorable Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>PAIGE A. THOMPSON,<br><br>Defendant. | NO. CR19-159 RSL<br><br>GOVERNMENT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE JOINT CERTIFICATION OF COUNSEL REGARDING ADMITTED TRIAL EXHIBITS<br><br>**NOTING DATE: June 30, 2022** |

The United States of America, by and through Nicholas W. Brown, United States Attorney for the Western District of Washington, and Andrew C. Friedman, Jessica M. Manca, and Tania M. Culbertson, Assistant United States Attorneys for said District, hereby moves the Court for an extension of time to file the required Joint Certification of Counsel Regarding Admitted Trial Exhibits. *See* General Order No. 01-18 ("Exhibits Retention Procedures").

General Order No. 01-18 requires counsel to file a Joint Certification Regarding Admitted Trial Exhibits within seven days of a jury verdict, the Joint Certification is accompanied by the public filing of admitted trial exhibits on CM/ECF. Given the sensitive nature of some of the exhibits in this case and the Protective Order that governed discovery and sealing of exhibits before trial, Dkt. 66, the government has

Motion for Extension of Time - 1
*United States v. Paige Thompson,* CR19-159 RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

proposed that certain admitted trial exhibits be sealed in their entirety, and that other exhibits be redacted before they are published (with the unredacted versions to remain under seal).  The parties need additional time to meet and confer on the government's proposal.

Therefore, the parties respectfully ask the Court to extend the deadline for filing the Joint Certification of Counsel regarding admitted trial exhibits, such that the certification shall be filed on or before July 31, 2022.

DATED this 30th day of June, 2022.

Respectfully submitted,

NICHOLAS W. BROWN
United States Attorney

*/s/ Andrew C. Friedman*
*/s/ Jessica M. Manca*
*/s/ Tania M. Culbertson*
ANDREW C. FRIEDMAN
JESSICA M. MANCA
TANIA M. CULBERTSON
Assistant United States Attorneys
United States Attorney's Office

Motion for Extension of Time - 2
*United States v. Paige Thompson,* CR19-159 RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970