The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>PAIGE A. THOMPSON,<br><br>Defendant. | NO. CR19-159 RSL<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE JOINT CERTIFICATION OF COUNSEL REGARDING ADMITTED TRIAL EXHIBITS |

The Court, having reviewed the record in this matter, finds good cause to GRANT the government's unopposed motion for an extension of time to file the Joint Certification of Counsel Regarding Admitted Trial Exhibits. The Joint Certification shall be filed on or before July 31, 2022.

IT IS SO ORDERED.

DATED this __1st__ day of __July__, 2022.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
United States District Judge

Order Granting Motion for Extension of Time - 1
*United States v. Paige Thompson,* CR19-159 RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Presented by:

*/s/ Andrew C. Friedman*
*/s/ Jessica M. Manca*
*/s/ Tania M. Culbertson*
ANDREW C. FRIEDMAN
JESSICA M. MANCA
TANIA M. CULBERTSON
Assistant United States Attorneys

Order Granting Motion for Extension of Time - 2
*United States v. Paige Thompson,* CR19-159 RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970