The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> PAIGE A. THOMPSON, <br><br> Defendant. | NO. CR19-159 RSL <br><br> [PROPOSED] ORDER TO SEAL |

The Court, having reviewed the record in this matter, finds good cause to seal the exhibits identified in the government's motion due to the sensitivity of the materials contained in those exhibits. Accordingly, the Court GRANTS the motion to seal and redact the exhibits identified in the government's motion.

Exhibits 204-205, 252, 608, 640, 644-647, 670, 674-677, 731, and 803-804 shall remain filed under seal.

Exhibits 455, 461, 506, 643, 806-812, 901-904, 914-922, and 956 shall remain sealed, and redacted versions of these exhibits shall be filed publicly,

//

//

//

Order to Seal - 1
*United States v. Paige Thompson,* CR19-159 RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  consistent with the redactions proposed in Appendix A of the government's Motion to
2  Seal and Redact Trial Exhibits.
3      IT IS SO ORDERED.
4
5      DATED this ____ day of July, 2022.
6
7
8                                          ROBERT S. LASNIK
                                           United States District Judge
9
10 Presented by:
11 *s/ Andrew C. Friedman*
12 *s/ Jessica M. Manca*
   *s/ Tania M. Culbertson*
13 ANDREW C. FRIEDMAN
   JESSICA M. MANCA
14 TANIA M. CULBERTSON
15 Assistant United States Attorneys

Order to Seal - 2
*United States v. Paige Thompson,* CR19-159 RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970