The Honorable Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff<br><br>　　v.<br><br>PAIGE A. THOMPSON,<br><br>　　　　　　Defendant. | NO. CR19-159 RSL<br><br>GOVERNMENT'S SECOND UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE JOINT CERTIFICATION OF COUNSEL REGARDING ADMITTED TRIAL EXHIBITS<br><br>**NOTING DATE: July 28, 2022** |

　　The United States moves the Court for a second extension of time to file the required Joint Certification of Counsel Regarding Admitted Trial Exhibits. *See* General Order No. 01-18 ("Exhibits Retention Procedures"). The Court previously extended the deadline for filing the Joint Certification to July 31, 2022, so that the parties could confer regarding the United States' proposed sealing and redacting of trial exhibits. *See* Dkt. 350, 351.

　　The parties have conferred, and the defense will not agree to sealing or redacting trial exhibits for any reason that is not specifically enumerated in the Local Rules. Therefore, the United States has filed a motion to seal and redact sensitive exhibits. *See*

Motion for Extension of Time - 1
*United States v. Paige Thompson,* CR19-159 RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Dkt. 353. The United States respectfully asks the Court to extend the deadline for filing the Joint Certification of Counsel Regarding Admitted Trial Exhibits, such that the Joint Certification shall be filed no later than seven days after the Court rules on the United States' motion to seal and redact. Thompson does not oppose this requested extension.

DATED this 28th day of July, 2022.

Respectfully submitted,

NICHOLAS W. BROWN
United States Attorney

*s/ Andrew C. Friedman*
*s/ Jessica M. Manca*
*s/ Tania M. Culbertson*
ANDREW C. FRIEDMAN
JESSICA M. MANCA
TANIA M. CULBERTSON
Assistant United States Attorneys
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: (206) 553-7970
Fax: (206) 553-0882
Email: andrew.friedman@usdoj.gov
          jessica.manca@usdoj.gov
          tania.culbertson@usdoj.gov

Motion for Extension of Time - 2
*United States v. Paige Thompson,* CR19-159 RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970