The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>PAIGE A. THOMPSON,<br><br>Defendant. | NO. CR19-159 RSL<br><br>[PROPOSED] ORDER GRANTING SECOND EXTENSION OF TIME TO FILE JOINT CERTIFICATION OF COUNSEL REGARDING ADMITTED TRIAL EXHIBITS |

The Court, having reviewed the record in this matter, finds good cause to GRANT the United States' second unopposed motion for an extension of time to file the Joint Certification of Counsel Regarding Admitted Trial Exhibits.

//

//

//

Order Granting Motion for Extension of Time - 1
*United States v. Paige Thompson,* CR19-159 RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  The Joint Certification shall be filed no later than seven days after the Court rules on the
2  United States' motion to seal and redact trial exhibits.
3     IT IS SO ORDERED.
4
5     DATED this ____ day of July, 2022.
6
7
8                                    _____
                                     ROBERT S. LASNIK
9                                    United States District Judge
10 Presented by:
11
12 *s/ Andrew C. Friedman*
   *s/ Jessica M. Manca*
13 *s/ Tania M. Culbertson*
   ANDREW C. FRIEDMAN
14 JESSICA M. MANCA
   TANIA M. CULBERTSON
15 Assistant United States Attorneys

Order Granting Motion for Extension of Time - 2
*United States v. Paige Thompson,* CR19-159 RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970