JUDGE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR19-159RSL |
| Plaintiff, | ORDER GRANTING UNOPPOSED DEFENSE MOTION TO EXTEND RULE 29, RULE 33, AND RULE 34 DUE DATES |
| v. | |
| PAIGE THOMPSON, | |
| Defendant. | |

THE COURT has considered the defendant's unopposed motion to extend the Rule 29(c)(1), Rule 33(b) and Rule 34(b) motions due date, and the facts and circumstances described therein, which are incorporated as findings of fact, and finds that:

(a) a two day extension of the motions due date is adequate for the defense to effectively finalize the motion for the Court's review.

(b) the motion is unopposed by the Government as represented by Assistant United States Attorneys Andrew Friedman, Jessica Manca and Tania Culbertson.

IT IS THEREFORE ORDERED that Rule 29, Rule 33 and Rule 34 motion due dates be extended to August 5, 2022, Response due August 26, 2022, and Reply due September 4, 2022.

DATED this  3rd  day of   August  , 2022.

_____
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

ORDER GRANTING UNOPPOSED
MOTION TO EXTEND RULE 29, RULE 33
AND RULE 34 MOTIONS DUE DATE
(*United States v. Paige Thompson;* CR19-159RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

Presented by,

/s/ *Mohammad Ali Hamoudi*
MOHAMMAD ALI HAMOUDI
/s/ *Christopher Sanders*
CHRISTOPHER SANDERS
/s/ *Nancy Tenney*
NANCY TENNEY
Assistant Federal Public Defenders

/s/ *Brian Klein*
BRIAN KLEIN
/s/ *Melissa Meister*
MELISSA MEISTER
Waymaker LLP

Attorneys for Paige Thompson

ORDER GRANTING UNOPPOSED
MOTION TO EXTEND RULE 29, RULE 33
AND RULE 34 MOTIONS DUE DATE
(*United States v. Paige Thompson;* CR19-159RSL) - 2

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100