THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR19-159-RSL |
| Plaintiff, | |
| v. | (PROPOSED) ORDER GRANTING MOTION FOR A NEW TRIAL |
| PAIGE A. THOMPSON, | |
| Defendant. | |

THE COURT has reviewed Paige Thompson's motion for a new trial, the responses of the parties, and the records and files in this matter.

In the interest of justice, it is now ORDERED that Ms. Thompson's convictions on Counts 1–2 and 4–7 are vacated.

It is further ORDERED that a new trial be scheduled as to those counts.

DONE this ___ day of August 2022.

_____
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Mohammad Hamoudi*
s/ *Nancy Tenney*
s/ *Brian Klein*
s/ *Melissa Meister*
Attorneys for Paige Thompson

ORDER FOR A NEW TRIAL
(*Paige Thompson*, CR19-159-RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100