THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> PAIGE A. THOMPSON, <br><br> Defendant. | No. CR19-159-RSL <br><br> STIPULATION TO EXTEND TIME TO FILE DEFENDANT'S REPLY TO SEPTEMBER 9, 2022 |

The defendant, Paige Thompson, through her attorneys, and the United States through Assistant United States Attorneys Jessica Manca, Andrew Friedman and Tania Culbertson, stipulate that Ms. Thompson's Reply re Motion for New Trial (Dkt 360) pursuant to Rule 33 of the Federal Rules of Criminal Procedure be extended to the current noting date of September 9, 2022. Sentencing has been continued from September 15, 2022, to October 4, 2022.

DATED: August 29, 2022    Respectfully submitted,

/s/ *Mohammad Ali Hamoudi*
MOHAMMAD ALI HAMOUDI
/s/ *Nancy Tenney*
NANCY TENNEY
Assistant Federal Public Defenders

/s/ *Brian Klein*
BRIAN KLEIN
/s/ *Melissa Meister*
MELISSA MEISTER
Waymaker LLP

Attorneys for Paige Thompson

STIPULATION TO EXTEND TIME
TO FILE DEFENDANT'S REPLY
TO SEPTEMBER 9, 2022
(*Paige Thompson*, CR19-159-RSL) - 1

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

/s/ *Jessica Manca*
JESSICA MANCA
/s/ *Andrew Friedman*
ANDREW FRIEDMAN
/s/ *Tania Culbertson*
TANIA CULBERTSON

Assistant United States Attorneys

STIPULATION TO EXTEND TIME
TO FILE DEFENDANT'S REPLY
TO SEPTEMBER 9, 2022
(*Paige Thompson*, CR19-159-RSL) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**