THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR19-159-RSL |
| Plaintiff, | ) ) | ORDER GRANTING STIPULATION TO EXTEND TIME TO FILE DEFENDANT'S REPLY TO SEPTEMBER 9, 2022 |
| v. | ) ) ) | |
| PAIGE A. THOMPSON, | ) ) | (PROPOSED) |
| Defendant. | ) ) | |

The Court has considered the stipulation of the parties to extend the time for the defense to file its Reply to the government's response to the motion for new trial from September 4, 2022, to the current noting date of September 9, 2022, and the records and files therein.

It is hereby ORDERED that the defendant's Reply is now due by the current noting date of September 9, 2022.

Dated this ____ day of _____, 2022

_____
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by,

/s/ *Mohammad Ali Hamoudi*
MOHAMMAD ALI HAMOUDI
/s/ *Nancy Tenney*
NANCY TENNEY
Assistant Federal Public Defenders

ORDER GRANTING STIPULATION TO EXTEND TIME TO FILE DEFENDANT'S REPLY TO SEPTEMBER 9, 2022
(*Paige Thompson*, CR19-159-RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

1
2
3  /s/ *Brian Klein*
   BRIAN KLEIN
4  /s/ *Melissa Meister*
   MELISSA MEISTER
5  Waymaker LLP
6  Attorneys for Paige Thompson
7
   /s/ *Jessica Manca*
8  JESSICA MANCA
   /s/ *Andrew Friedman*
9  ANDREW FRIEDMAN
10 /s/ *Tania Culbertson*
   TANIA CULBERTSON
11
12 Assistant United States Attorneys
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER GRANTING STIPULATION TO
EXTEND TIME TO FILE DEFENDANT'S
REPLY TO SEPTEMBER 9, 2022
(*Paige Thompson*, CR19-159-RSL) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**