THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR19-159-RSL |
| Plaintiff, | ) ) | MOTION TO FILE OVERLENGTH REPLY RE DEFENSE MOTION FOR NEW TRIAL |
| v. | ) ) | |
| PAIGE THOMPSON, | ) ) | |
| Defendant. | ) ) | |

Paige Thompson, by her attorneys, respectfully requests permission to file a 9-page Reply to the defense motion for new trial. Ms. Thompson's motion addresses important legal and factual issues that need to be briefed in detail for this Court's consideration and for preservation of the record. Counsel have condensed and focused the facts and issues to the best of their ability while still providing the Court with a thorough explanation of the relevant facts and law. As a result, the response cannot be adequately briefed within the 6-page limit of Local Criminal Rule 12(b)(5).

Accordingly, counsel for Ms. Thompson seeks permission to file an 9- page Reply.

DATED this 9th day of September, 2022.

Respectfully submitted,

/s/ Mohammad Ali Hamoudi
MOHAMMAD ALI HAMOUDI
/s/ Nancy Tenney
NANCY TENNEY
Assistant Federal Public Defenders

MOTION TO FILE OVERLENGTH
REPLY RE MOTION FOR NEW TRIAL
(*U.S. v. Paige Thompson*, CR19-159-RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, WA  98101
(206) 553-1100

/s/ Brian Klein
BRIAN KLEIN

/s/ Melissa Meister
MELISSA MEISTER
Waymaker LLP

Attorneys for Paige Thompson

MOTION TO FILE OVERLENGTH
REPLY RE MOTION FOR NEW TRIAL
(*U.S. v. Paige Thompson*, CR19-159-RSL) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, WA  98101**
**(206) 553-1100**