THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> PAIGE THOMPSON, <br><br> Defendant. | No. CR19-159-RSL <br><br> ORDER GRANTING MOTION TO FILE OVERLENGTH REPLY RE DEFENSE MOTION FOR NEW TRIAL <br><br> (PROPOSED) |

The Court has considered the defense motion to file an overlength Reply to their motion for a new trial in excess of the 6-page limit imposed by Local Criminal Rule 12(b)(5), along with all the records in this case.

IT IS NOW ORDERED that counsel for Paige Thompson may file an 9-page Reply to the government's response.

DATED this _____ day of September, 2022.

_____
ROBERT S. LASNIK
UNITED STATES JUDGE

Presented by:

/s/ Mohammad Ali Hamoudi
MOHAMMAD ALI HAMOUDI
/s/ Nancy Tenney
NANCY TENNEY
Assistant Federal Public Defenders

ORDER GRANTING MOTION
TO FILE OVERLENGTH REPLY
RE MOTION FOR NEW TRIAL
 (*U.S. v. Paige Thompson*, CR19-159-RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, WA  98101
(206) 553-1100

/s/ Brian Klein
BRIAN KLEIN
/s/ Melissa Meister
MELISSA MEISTER
Waymaker LLP

Attorneys for Paige Thompson

ORDER GRANTING MOTION
TO FILE OVERLENGTH REPLY
RE MOTION FOR NEW TRIAL
 (*U.S. v. Paige Thompson*, CR19-159-RSL) - 2

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, WA  98101
(206) 553-1100