THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR19-159RSL |
| Plaintiff, | |
| v. | MOTION TO SEAL EXHIBITS TO DEFENDANT'S REPLY TO GOVERNMENT'S OPPOSITION FOR NEW TRIAL |
| PAIGE THOMPSON, | |
| Defendant. | |

COMES NOW the defendant, Paige Thompson, by her counsel, and hereby moves this Court to order that Exhibits 1 - 5 to Defendant's Reply be filed under seal and secured from public access until further order of the Court.

The exhibits are subject to an existing protective order at Dkt. 87, and therefore should be filed under seal.

DATED this 9th day of September, 2022.

Respectfully submitted,

/s/ *Mohammad Ali Hamoudi*
MOHAMMAD ALI HAMOUDI
/s/ *Nancy Tenney*
NANCY TENNEY
Assistant Federal Public Defenders

/s/ *Brian Klein*
BRIAN KLEIN
/s/ *Melissa Meister*
MELISSA MEISTER
Waymaker LLP

Attorneys for Paige Thompson

MOTION TO SEAL EXHIBITS TO
DEFENDANT'S REPLY
(*U.S. v. Paige Thompson*; CR19-159RSL)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100