THE HONORABLE ROBERT S. LASNIK

1

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7    UNITED STATES OF AMERICA,         )  No. CR19-159RSL
                                       )
8                   Plaintiff,         )
                                       )
9            v.                        )  ORDER GRANTING MOTION TO
                                       )  SEAL EXHIBITS TO DEFENDANT'S
10   PAIGE THOMPSON,                   )  REPLY
                                       )
11                  Defendant.         )  (PROPOSED)
                                       )
12   _____ )

13        THIS MATTER has come before the undersigned on the motion of defendant,

14   Paige Thompson, to file the Exhibits to the Reply under seal.  The Court finds there are

15   compelling reasons to permit the filing of the documents under seal.

16        IT IS HEREBY ORDERED that the defendant shall be permitted to file Exhibits

17   1 – 5 under seal.

18        DATED this ____ day of September, 2022.

19

20                                      _____

21                                      ROBERT S. LASNIK
                                        UNITED STATES DISTRICT JUDGE
22   Presented by;

23   /s/ *Mohammad Ali Hamoudi*
     MOHAMMAD ALI HAMOUDI
24   /s/ *Nancy Tenney*
     NANCY TENNEY
25   Assistant Federal Public Defenders

26

ORDER GRANTING MOTION
TO SEAL EXHIBITS TO REPLY
(*U.S. v. Paige Thompson*; CR19-159RSL)

1  /s/ *Brian Klein*
BRIAN KLEIN

2  /s/ *Melissa Meister*
MELISSA MEISTER

3  Waymaker LLP

4  Attorneys for Paige Thompson

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING MOTION
TO SEAL EXHIBITS TO REPLY
(*U.S. v. Paige Thompson*; CR19-159RSL)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**