The Honorable Robert S. Lasnik

1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

11 | UNITED STATES OF AMERICA,

12 |               Plaintiff,

13

14 |              v.

15 | PAIGE A. THOMPSON,

16 |               Defendant.

NO. CR19-159 RSL

JOINT CERTIFICATION OF COUNSEL
RE: ADMITTED TRIAL EXHIBITS

17
18
19
20
21
22
23
24
25
26
27

      The United States of America, by and through Nicholas W. Brown, United States Attorney for the Western District of Washington, and Andrew C. Friedman, Jessica M. Manca, and Tania M. Culbertson, Assistant United States Attorneys, and Mohammad Ali Hamoudi, Nancy Tenney, Brian Klein, Melissa Meister, and Emily Stierwalt, Counsel for Paige A. Thompson, hereby file the admitted trial exhibits.

      Pursuant to General Order No. 01-18, "Exhibits Retention Procedures," within seven days of a verdict, the admitted trial exhibits shall be filed through the Court's electronic filing system (CM/ECF) along with a Joint Certification of Counsel. The

Joint Certification of Counsel - 1
*United States v. Paige Thompson,* CR19-159 RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  parties sought and received extensions to this deadline (*see* Dkt. Nos. 351, 356; *see also*

2  Dkt. No. 370), and the admitted trial exhibits and Joint Certification of Counsel are due

3  on September 26, 2022.

4       At the close of trial, counsel for all parties conferred with the in-court deputy and

5  confirmed the list of admitted exhibits and reviewed the exhibits to be provided to the

6  trier of fact in the matter. The exhibits filed here are those same exhibits, other than

7  exhibits in native format which will be maintained by the United States Attorney's

8  Office. Per the Court's Order Granting in Part Motion to Seal and Redact Admitted Trial

9  Exhibits (Dkt. No. 370), one exhibit is being filed under seal. In addition, pursuant to that

10  same order, certain exhibits are to be redacted. Unredacted versions of those exhibits

11  have been filed under seal, and redacted versions are being publicly filed.

12       The undersigned submit that the admitted trial exhibits as listed on the Court's

13  Exhibit List (Dkt. No. 334) and hereby filed via CM/ECF event "Admitted Exhibits," are

14  true and correct copies of the documents reviewed by the trier of fact in this matter.

15

16       DATED this 27th day of September, 2022.

17

18                             Respectfully submitted,

19

20                             NICHOLAS W. BROWN
                           United States Attorney

21

22                             *s/ Andrew C. Friedman*
                           *s Jessica M. Manca*

23                             *s/ Tania M. Culbertson*
                           ANDREW C. FRIEDMAN

24                             JESSICA M. MANCA

25                             TANIA M. CULBERTSON
                           Assistant United States Attorneys

26                             700 Stewart Street, Suite 5220

27                             Seattle, Washington 98101

Joint Certification of Counsel - 2
*United States v. Paige Thompson,* CR19-159 RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1

*s/ Mohammad Ali Hamoudi (approved via email)*
MOHAMMAD ALI HAMOUDI
Counsel for Paige Thompson

2

3

4

*s/ Nancy Tenney (approved via e-mail)*
NANCY TENNEY
Counsel for Paige Thompson

5

6

*s/ Brian Klein (approved via e-mail)*
BRIAN KLEIN
Counsel for Paige Thompson

7

8

9

*s/ Melissa Meister (approved via e-mail)*
MELISSA MEISTER
Counsel for Paige Thompson

10

11

*s/ Emily Stierwalt (approved via e-mail)*
EMILY STIERWALT
Counsel for Paige Thompson

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

Joint Certification of Counsel - 3
*United States v. Paige Thompson,* CR19-159 RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970