

U.S. v. Paige Thompson
CR19-159 RSL
Plaintiff's Exhibit No. 101
Admitted___________________

# IP Address
# (Internet Protocol Address)

Physical Address:123 Main St.

IP Address: 123.456.789.123

U.S. v. Paige Thompson
CR19-159 RSL
Plaintiff's Exhibit No. 102
Admitted___________________



U.S. v. Paige Thompson
CR19-159 RSL
Plaintiff's Exhibit No. 103
Admitted____________________

U.S. v. Paige Thompson
CR19-159 RSL
Plaintiff's Exhibit No. 104
Admitted____________________

U.S. v. Paige Thompson
CR19-159 RSL
Plaintiff's Exhibit No. 105
Admitted___________________

# IAM User Accounts and Roles

**User Account**

**Role**

**User Name**

**Role Name**

**Permanent Credential (password, key, or token)**

**Temporary Credential (access key, secret access key, and token**

U.S. v. Paige Thompson
CR19-159 RSL
Plaintiff's Exhibit No. 106
Admitted___________________

# OBTAINING ROLE CREDENTIALS

U.S. v. Paige Thompson
CR19-159 RSL
Plaintiff's Exhibit No. 107
Admitted___________________

U.S. v. Paige Thompson
CR19-159 RSL
Plaintiff's Exhibit No. 108
Admitted____________________

# Proxy

U.S. v. Paige Thompson
CR19-159 RSL
Plaintiff's Exhibit No. 109
Admitted__________________

# Reverse Proxy

U.S. v. Paige Thompson
CR19-159 RSL
Plaintiff's Exhibit No. 110
Admitted____________________

# Web Application Firewall (WAF)

U.S. v. Paige Thompson
CR19-159 RSL
Plaintiff's Exhibit No. 111
Admitted___________________




U.S. v. Paige Thompson
CR19-159 RSL
Plaintiff's Exhibit No. 112
Admitted___________________

THE ONION ROUTER (TOR)
Encrypted by TOR
Not Encrypted by TOR

U.S. v. Paige Thompson
CR19-159 RSL
Plaintiff's Exhibit No. 113
Admitted_____________________





U.S. v. Paige Thompson
CR19-159 RSL
Plaintiff's Exhibit No. 114
Admitted__________________



U.S. v. Paige Thompson
CR19-159 RSL
Plaintiff's Exhibit No. 116
Admitted_____________________



U.S. v. Paige Thompson
CR19-159 RSL
Plaintiff's Exhibit No. 117
Admitted___________________

# OBTAINING METADATA INFORMATION FROM INTERNAL METADATA SERVICE

U.S. v. Paige Thompson
CR19-159 RSL
Plaintiff's Exhibit No. 118
Admitted___________________

U.S. v. Paige Thompson
CR19-159 RSL
Plaintiff's Exhibit No. 119
Admitted____________________

# USING IAM ROLE CREDENTIALS

U.S. v. Paige Thompson
CR19-159 RSL
Plaintiff's Exhibit No. 120
Admitted____________________

U.S. v. Paige Thompson
CR19-159 RSL
Plaintiff's Exhibit No. 122
Admitted____________________