

**Responsible Disclosure (Shared) <responsibledisclosure@capitalone.com>**

## [External Sender] Leaked s3 data

**Kat Valentine <████████████████>**                              Wed, Jul 17, 2019 at 1:25 AM
To: "responsibledisclosure@capitalone.com" <responsibledisclosure@capitalone.com>

Hello there,

There appears to be some leaked s3 data of yours in someone's github / gist:

https://gist.github.com/paigeadelethompson/9edf57dc3b10f72db5c8dc8e6ce16b9b

Let me know if you want help tracking them down.

Thanks,

Kat Valentine

U.S. v. Paige Thompson
CR19-159 RSL
Plaintiff's Exhibit No. 201
Admitted_____



Matthew Nolan <matthew.nolan@capitalone.com>

## Fwd: [External Sender] Leaked s3 data

**Kathryn Torelli** <kathryn.torelli@capitalone.com>
To: Matthew Nolan <matthew.nolan@capitalone.com>

Sat, Jul 20, 2019 at 2:48 PM

---------- Forwarded message ---------
From: **Kat Valentine**
Date: Fri, Jul 19, 2019 at 1:53 PM
Subject: Re: [External Sender] Leaked s3 data
To: Kathryn Torelli <kathryn.torelli@capitalone.com>
CC: Kat Valentine

Hey Kathryn,

Thanks for speaking yesterday. I'm attaching the links as well as screenshots to this Twitter DM where this person drops the following gist links:

(in order) --

https://gist.github.com/paigeadelethompson/1d046e22a54995ebf82040d9279317cc

https://gist.github.com/paigeadelethompson/9edf57dc3b10f72db5c8dc8e6ce16b9b

https://gist.github.com/paigeadelethompson/b8cc49efffb2949857ccc60d3e3d8fa3

https://gist.github.com/paigeadelethompson/3bbb3f7fc187f83264455f51ce18525e

Please let me know if there is anything I can clarify. =)

Thanks and kind regards,

-kjv

On Thu, Jul 18, 2019 at 12:21 PM Kathryn Torelli <kathryn.torelli@capitalone.com> wrote:
Hi Kat,

Thanks for reaching out.  We're looking into this, and I have a couple of questions.  Do you have some time to chat this afternoon?

Thanks,
Kate

U.S. v. Paige Thompson
CR19-159 RSL
Plaintiff's Exhibit No. 202
Admitted_____

--
Kathryn Torelli
Capital One| Cyber
kathryn.torelli@capitalone.com

---------- Forwarded message ---------
From: **Kat Valentine**
Date: Wed, Jul 17, 2019 at 1:25 AM
Subject: [External Sender] Leaked s3 data
To: responsibledisclosure@capitalone.com <responsibledisclosure@capitalone.com>

Hello there,

There appears to be some leaked s3 data of yours in someone's github / gist:

https://gist.github.com/paigeadelethompson/9edf57dc3b10f72db5c8dc8e6ce16b9b

Let me know if you want help tracking them down.

Thanks,

Kat Valentine

---

The information contained in this e-mail is confidential and/or proprietary to Capital One and/or its affiliates and may only be used solely in performance of work or services for Capital One. The information transmitted herewith is intended only for use by the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, you are hereby notified that any review, retransmission, dissemination, distribution, copying or other use of, or taking of any action in reliance upon this information is strictly prohibited. If you have received this communication in error, please contact the sender and delete the material from your computer.

--
Kathryn Torelli
Cyber Brand Defense
Cyber Ops & Intel
c: 202-817-9126
kathryn.torelli@capitalone.com

**9 attachments**

           **CapOne 2.png**
           161K

202-002



**CapOne 7.png**
211K

**CapOne 9.png**
178K

**CapOne 6.png**
201K

**CapOne 8.png**

202-003

133K

ERRATIC

I spend most of my time boiling cods, using their names, collecting and using their dox and hacking still my life was over 2 years ago.

Almost 4

Gonna be 5

Im ok with that, it was my choice

I just want to be free

**CapOne 5.png**
245K

ERRATIC

Come on I deserve to get exposed, dont let this neoliberal cuck world destroy me without at least having the truth

They're gonna destroy me regardless that much is clear

At least give me a dignified end the likes of which will inspire self doubt

he basically snapped myself with a bomb vest, fucking dropping capital ones dox and admitting it

I wanna distribute those buckets I think first

There sans...with full name and dob

I just ready for this to end. Im gonna keep doing this until I die

ERRATIC

Are we there yet

**CapOne 4.png**
201K

And im awaiting other wizards botnets on mother fucking ethst

(Come on I dexer ie to get exposed, dont let this neoliberal cuck world destroy me without at least having the truth-

ERRATIC

Get an archive of my twitter if you can and remember my name make a rule somewhere you'll eventually find it you don't know now but you will understand later

Im gonna dox myself

**CapOne 1.png**
192K

**CapOne 3.png**

202-004



169K

202-005

# ΣRRATiC
@0xA3A97B6C



Get an archive of my twitter if you can and remember my name make a note somewhere you'll eventually find it you don't know now but you will understand later

Jun 17, 2019, 11:44 PM



Im gonna dox myself

Jun 17, 2019, 11:45 PM



gist:1d046e22a54995ebf82040d9279317cc
gist.github.com

Jacked gist.github.com/paigeadelethom... all avail s3

USA-00004327

U.S. v. Paige Thompson
CR19-159 RSL
Plaintiff's Exhibit No. 203
Admitted_____

# ERRATIC
@0xA3A97B6C

 Im gonna dox myself

Jun 17, 2019, 11:45 PM



**gist:1d046e22a54995ebf82040d9279317cc**
gist.github.com

 Jacked gist.github.com/paigeadelethom... all avail s3
buckets, certs

Jun 17, 2019, 11:49 PM

USA-00004330

# ƐRRATiC
@0xA3A97B6C



Jacked gist.github.com/paigeadelethom... all avail s3
buckets, certs

Jun 17, 2019, 11:49 PM



gist:9edf57dc3b10f72db5c8dc8e6ce16b9b
gist.github.com

3tb of s3 buckets



Are we there yet

Jun 17, 2019, 11:52 PM

# ERRATIC
@0xA3A97B6C

 **Are we there yet**

Jun 17, 2019, 11:52 PM



gist:b8cc49efffb2949857ccc60d3e3d8fa3
gist.github.com

 And im swatting other wizards botnets on mother fucking efnet

Jun 17, 2019, 11:56 PM

 Come on i deserve to get exposed, dont let this neoliberal cuck world destroy me without at least having the truth

USA-00004336
203-004

# ERRATiC
@0xA3A97B6C



Come on i deserve to get exposed, dont let this neoliberal cuck world destroy me without at least having the truth

Jun 17, 2019, 11:57 PM



They're gonna destroy me regardless that much is clear

Jun 18, 2019, 12:00 AM



At least give me a dignified end the likes of which will inspire self doubt

Jun 18, 2019, 12:02 AM

Ive basically strapped myself with a bomb vest, fucking dropping capitol ones dox and admitting it



I wanna distribute those buckets i think first

Jun 18, 2019, 12:04 AM



There ssns...with full name and dob

Jun 18, 2019, 12:06 AM

I am ready for this to end  im gonna keep doing this until i die

## ƐRRATiC
@0xA3A97B6C



I am ready for this to end, im gonna keep doing this until i die im sick of this b.s dude im gonna give it all to this desperate chinese dude who scams people for research chems on reddit and drug forums..

  I dont care anymore

Jun 18, 2019, 12:11 AM

> Okay, I gotta ask. This Claire?
>
> Jun 19, 2019, 2:59 PM ✓

  who?

Jun 19, 2019, 5:12 PM

> Someone named Claire that would speak in a similar fashion
>
> What made you wanna drop dox on yourself to someone you don't know?
>
> Jun 19, 2019, 6:29 PM ✓

Im ready to check the fuck out

USA-0000434<br>203-006

# ERRATiC
@0xA3A97B6C

Im ready to check the fuck out

 I dont care if its jail or death

Jun 20, 2019, 9:57 AM

Prefer to die , and something to make it easy

 Or you know jail

Jun 20, 2019, 9:59 AM

 I can settle for that

Jun 20, 2019, 10:03 AM

So someone i dont know, i have nothing to lose

I mean im taking my time to pick off a few that deserve to go down but its going to come back to me sooner or later and thats part of the plan

 Not you, im just saying because you asked

Jun 20, 2019, 10:07 AM

USA-00004345
203-007

# ERRATiC
@0xA3A97B6C

I spend most of my time baiting skids, using their names, collecting and using their dox and hacking shit my life was over 3 years ago

Almost 4

Gonna be 5

Im ok with that, it was my choice

 I just need to be free

Jun 20, 2019, 10:10 AM



USA-00004348
203-008

# ΣRRΛTiC
@0xA3A97B6C

ⓘ

create s3 log bucket
gist.github.com



Go ahead and ddos my r5.large
gist.github.com/paigeadelethom... while im asleep, i don't
have to do anything the work is already done for me

Jun 20, 2019, 10:21 AM



Lam3r

Jun 21, 2019, 10:57 AM

Or not a snitch. Go snitch on yourself, fbi dot gov big homie

Jun 21, 2019, 10:59 AM ✓

You can no longer send messages to this person. Learn more

USA-00004351

203-009

# Paige **Thompson**

**SOFTWARE ENGINEER · SYSTEMS ENGINEER**

*6520 28th ave S. Seattle WA 98108*

☐ (+1) 206-946-2468  |  ✉ paigeadelethompson2019@gmail.com  |  in paige-thompson-520161178

## **Tec**hnologies

| | |
|---|---|
| **Programming** | C, Python, Ruby, PHP, C#, Java, LINQ, Powershell, MySQL, MSSQL, Javascript (DOM, JQuery, Node.js), JSON/XML, LaTeX |
| **IDEs** | Emacs, Vim, Visual Studio, TFS, GIT, SVN |
| **Command-line scripting** | Zsh/Bash, GNU Parallel, sed/awk, jq, XPath, pcre, cpio/tar, rsync, par2 |
| **Web** | JQuery, Highcharts.js, ASP.NET, SOAP/WCF/WSDL, WebRTC, react.js |
| **Operating Systems** | Windows Server, Gentoo Linux, CentOS/RHEL, AMZL, Debian, Ubuntu, NixOS |
| **Virtualisation** | KVM/QEmu/libvirt, openvswitch, Vagrant, Docker |
| **Networking** | TCP/IP, IPv6, radvd, PowerDNS, WRR-DNS, OpenVPN, L2/L3 tunneling, socat, tcpdump, iptables, iputils |
| **AWS** | S3, EC2, IAM, Route53, CloudFormation, Certificate Manager, SNS, SQS, Beanstalk, ELB, Cloudfront, RDS, Lambda, CodeCommit, CodeDeploy, X Ray, Cloudwatch, Cognito, aws cli/boto |
| **Other** | Nagios, Cactii, Munin, Riak, Percona XtraDB, NGINX, Apache, CyrusIMAP, amavisd, GRSec, SELinux, Squid, haproxy, iSCSI, mdadm, btrfs, ZFS, LUKS, OpenSSL, systemd, EFI, iPXE, tftpd, ISC BIND / DHCPd, Chef, NFS, Samba |

## **Exp**erience

**Amazon Inc. - Simple Storage Services**                                                      *Seattle, WA*
SYSTEMS ENGINEER LVL. 4                                                                          *May 2015 - Sep 2016*
- Assisted in the build-out and deployment of new load balancing capacity for S3

**ATG Stores Inc.**                                                                             *Kirkland, WA*
SOFTWARE ENGINEER                                                                               *Jan 2014 - May 2014*
- Developed applications in .NET for the internal tools team
- Assisted in porting several legacy applications using Microsoft GP from VB to C#
- Worked with the website team on backlog items

**ConnectXYZ LLC.**                                                                             *Woodinville, WA*
SYSTEMS ARCHITECT / SOFTWARE ENGINEER                                                            *Mar 2012 - Jun 2013*
- Built deployment automation with Opscode Chef, PHP 5, HAProxy, nginx, Percona XtraDB cluster, Couchbase in Rackspace
- Assisted in the development of a scalable, cloud-based inventory management system written in PHP and JavaScript

**Acronym Media Inc.**                                                                          *telecommute*
SOFTWARE ENGINEER                                                                               *Jan 2011 - Mar 2011*
- Assisted in the development of an analytics platform using PHP Symfony, Highcharts.js, MySQL/Propel

**The Branning Group**                                                                          *telecommute*
SOFTWARE ENGINEER                                                                               *Jan 2010 - May 2010*
- Site maintenance and development for several clients in PHP / MySQL / Javascript

**Onvia Inc**                                                                                   *Seattle, WA*
SOFTWARE ENGINEER                                                                               *Nov 2008 - Mar 2009*
- Worked with C#, LINQ, MSSQL, LINQ-to-SQL, WCF, and WPF to develop a data migration platform used transitionally to move data from an older SQL 2000 database to a newer production environment

**Zion Preparatory Academy**                                                                    *Seattle, WA*
SYSTEMS ADMINISTRATOR                                                                           *Dec 2007 - Mar 2010*
- Managed Active Directory, Exchange Server 2007, accounting software, networking, and security for a small 100 user K-6 school
- Migrated and managed mail services on the Google Apps platform for many accounts

**Seattle Software Systems**                                                                    *Seattle, WA*
SOFTWARE ENGINEER / SYSTEMS ADMINISTRATOR                                                        *Oct 2005 - Mar 2007*
- Developed an inventory management application on PalmOS 4.x in Metrowerks CodeWarrior for a Symbol SPT 1846 PalmOS-based PDA in C/C++
- Worked with Java, PHP, HTML, CSS, and JavaScript for several of Seattle Software System's clients

USA-00000728

U.S. v. Paige Thompson
CR19-159 RSL
Plaintiff's Exhibit No. 206
Admitted_____

**My**P**rojects** _____

**Progressive Solutions Content Renderer** *Gitlab*

AUTHOR

- Source: `https://gitlab.com/netcrave/pscr_core`
- Screenshots available in README.md
- An extensible object oriented PHP framework written from scratch
- Packaged with Composer: `https://gitlab.com/netcrave/pscr_base`
- Used for several private projects as well as `https://yourstruly.sx`

**nMVC** *Gitlab*

AUTHOR

- Source: `https://gitlab.com/netcrave/nMVC`
- An MVC framework written from scratch in C# (No ASP.NET)
- Features a built-in webserver, session persistence abstraction layer, and modularization for developing web applications
- Minimal external dependencies, and can compile on .NET core, Framework, or Mono CIL
- Use case: `https://gitlab.com/netcrave/NetcraveBot`

**Cerulean** *Gitlab*

AUTHOR

- Source: `https://gitlab.com/netcrave/cerulean`
- Basic WebRTC conferencing (React.js / SimpleWebRTC / Redux.js)
- Uses the TURN protocol for symmetric / asymmetric NAT traversal

**IRC Log Viewer** *Gitlab*

AUTHOR

- Source: `https://gitlab.com/netcrave/irclog_viewer`
- Screenshots available in README.md
- My first React.js Project
- Uses rc-tree and infinite scroll to implement a ZNC IRC log viewer

**My Blog** *https://paigeat.info*

AUTHOR

- Source: `https://gitlab.com/netcrave/paigeat.info`
- Screenshots available in README.md
- Written in Django
- Includes a dockerfile and is automated with Terraform

**cpsumon** *Gitlab*

AUTHOR

- Source: `https://gitlab.com/netcrave/cpsumon`
- Current Maintainer
- Linux software for controlling and reading data on the Corsair Ax1200i powersupply using it's UART-to-I2c dongle

**Netcrave Communications** *https://yourstruly.sx*

OWNER *1999 - Present*

- Shell account hosting
- E-mail / Exchange hosting: `https://mail.yourstruly.sx`
- Docker hosting
- FreeBSD / OpenBSD hosting
- Infrastructure diagram: `https://gitlab.com/netcrave/diagrams/blob/master/netcrave.png`

**Edu**cation _____

**Bellevue Community College** *Bellevue, Washinton*

SOFTWARE ENGINEER *Jan 2005 - May 2006*

- Left early to pursue an a career opportunity

USA-00000729

206-002



Responsible Disclosure Program

### Responsible Disclosure

Capital One is committed to maintaining the security of our systems and our customers' information. We appreciate and encourage security researchers to contact us to report potential vulnerabilities identified in any product, system, or asset belonging to Capital One.

If you believe you have identified a potential security vulnerability, please submit it pursuant to our Responsible Disclosure Program. Thank you in advance for your submission, we appreciate researchers assisting us in our security efforts. Please note, Capital One does not operate a public bug bounty program and we make no offer of reward or compensation in exchange for submitting potential issues.

### Responsible Disclosure Program Guidelines

Researchers shall disclose potential vulnerabilities in accordance with the following guidelines:

1. Do not engage in any activity that can potentially or actually cause harm to Capital One, our customers, or our employees.

2. Do not engage in any activity that can potentially or actually stop or degrade Capital One services or assets.

3. Do not engage in any activity that violates (a) federal or state laws or regulations or (b) the laws or regulations of any country where (i) data, assets or systems reside, (ii) data traffic is routed or (iii) the researcher is conducting research activity.

4. Do not store, share, compromise or destroy Capital One or customer data. If Personally Identifiable Information (PII) is encountered, you should immediately halt your activity, purge related data from your system, and immediately contact Capital One. This step protects any potentially vulnerable data, and you.

5. Do not initiate a fraudulent financial transaction.

6. Provide Capital One reasonable time to fix any reported issue, before such information is shared with a third party or disclosed publicly.

By responsibly submitting your findings to Capital One in accordance with these guidelines Capital One agrees not to pursue legal action against you. Capital One reserves all legal rights in the event of noncompliance with these guidelines.

Once a report is submitted, Capital One commits to provide prompt acknowledgement of receipt of all reports (within two business days of submission) and will keep you reasonably informed of the status of any validated vulnerability that you report through this program.

### Submission Format

When reporting a potential vulnerability, please include a detailed summary of the vulnerability, including the target, steps, tools, and artifacts used during discovery (screen captures welcome).

### Out of Scope Vulnerabilities

Certain vulnerabilities are considered out of scope for our Responsible Disclosure Program. Out-of-scope vulnerabilities include:

- Physical Testing
- Social Engineering. For example, attempts to steal cookies, fake login pages to collect credentials
- Phishing

- Denial of service attacks
- Resource Exhaustion Attacks

Please submit your report to: responsibledisclosure@capitalone.com



U.S. v. Paige Thompson
CR19-159 RSL
Plaintiff's Exhibit No. 209
Admitted_____

```
{
  "account_name": "paigeadelethompson",
  "account_type": "User",
  "created_at": "2019-01-25T17:05:11.000Z",
  "plan": "free",
  "billing_transactions": [

  ],
  "emails": [
    "paigeat@paigeat.info",
    "47037454+paigeadelethompson@users.noreply.github.com",
    "paigeadelethompson2019@gmail.com"
  ],
  "organizations": [

  ],
  "creation_ip": "75.172.130.198",
  "other_accounts_from_ip": [
    "fuckgithub1111"
  ],
  "recent_sessions": [
    {
      "ip": "97.113.138.101",
      "created_at": "2019-07-26T05:45:17.000Z",
      "last_active": "2019-07-29T05:20:17.000Z",
      "expired": false
    },
    {
      "ip": "97.113.138.101",
      "created_at": "2019-07-16T08:42:36.000Z",
      "last_active": "2019-07-28T09:44:02.000Z",
      "expired": false
    },
    {
      "ip": "97.113.138.101",
      "created_at": "2019-04-12T06:34:29.000Z",
      "last_active": "2019-07-28T04:12:40.000Z",
      "expired": false
    },
    {
      "ip": "172.58.43.38",
      "created_at": "2019-07-26T04:09:50.000Z",
      "last_active": "2019-07-26T04:09:50.000Z",
      "expired": false
    }
  ],
  "logins": [
    {
      "ip": "70.89.134.193",
```

U.S. v. Paige Thompson
CR19-159 RSL
Plaintiff's Exhibit No. 251
Admitted_____

```
    "timestamp": "2019-08-05T19:04:52.000Z"
  },
  {
    "ip": "70.89.134.193",
    "timestamp": "2019-08-05T19:04:52.000Z"
  },
  {
    "ip": "136.49.99.170",
    "timestamp": "2019-08-02T17:43:55.000Z"
  },
  {
    "ip": "136.49.99.170",
    "timestamp": "2019-08-02T17:43:55.000Z"
  },
  {
    "ip": "85.248.227.163",
    "timestamp": "2019-07-31T23:13:22.000Z"
  },
  {
    "ip": "173.213.87.61",
    "timestamp": "2019-07-29T16:43:24.000Z"
  },
  {
    "ip": "173.213.87.61",
    "timestamp": "2019-07-29T16:43:24.000Z"
  },
  {
    "ip": "69.181.79.161",
    "timestamp": "2019-07-26T21:17:00.000Z"
  },
  {
    "ip": "97.113.71.108",
    "timestamp": "2019-07-26T21:08:43.000Z"
  },
  {
    "ip": "46.246.44.51",
    "timestamp": "2019-07-26T05:45:48.000Z"
  },
  {
    "ip": "46.246.44.51",
    "timestamp": "2019-07-26T05:45:48.000Z"
  },
  {
    "ip": "172.16.40.31",
    "timestamp": "2019-07-26T05:45:20.000Z"
  },
  {
    "ip": "46.246.44.51",
    "timestamp": "2019-07-26T05:45:18.000Z"
```

```
  },
  {
    "ip": "46.246.44.51",
    "timestamp": "2019-07-26T05:45:18.000Z"
  },
  {
    "ip": "46.246.44.51",
    "timestamp": "2019-07-26T05:45:17.000Z"
  },
  {
    "ip": "46.246.44.51",
    "timestamp": "2019-07-26T05:45:17.000Z"
  },
  {
    "ip": "46.246.44.51",
    "timestamp": "2019-07-26T05:45:17.000Z"
  },
  {
    "ip": "46.246.44.51",
    "timestamp": "2019-07-26T05:44:14.000Z"
  },
  {
    "ip": "46.246.44.51",
    "timestamp": "2019-07-26T05:44:14.000Z"
  },
  {
    "ip": "172.58.43.38",
    "timestamp": "2019-07-26T04:09:50.000Z"
  },
  {
    "ip": "172.58.43.38",
    "timestamp": "2019-07-26T04:09:50.000Z"
  },
  {
    "ip": "172.58.43.38",
    "timestamp": "2019-07-26T04:09:50.000Z"
  },
  {
    "ip": "172.58.43.38",
    "timestamp": "2019-07-26T04:09:19.000Z"
  },
  {
    "ip": "172.58.43.38",
    "timestamp": "2019-07-26T04:09:19.000Z"
  },
  {
    "ip": "65.122.177.243",
    "timestamp": "2019-07-26T01:11:26.000Z"
  },
```

```
{
  "ip": "65.122.177.243",
  "timestamp": "2019-07-26T01:11:26.000Z"
},
{
  "ip": "50.78.172.91",
  "timestamp": "2019-07-24T20:39:58.000Z"
},
{
  "ip": "97.126.5.183",
  "timestamp": "2019-07-20T04:15:36.000Z"
},
{
  "ip": "97.126.5.183",
  "timestamp": "2019-07-20T02:40:29.000Z"
},
{
  "ip": "46.246.44.14",
  "timestamp": "2019-07-19T17:33:59.000Z"
},
{
  "ip": "97.126.5.183",
  "timestamp": "2019-07-19T17:20:45.000Z"
},
{
  "ip": "97.126.5.183",
  "timestamp": "2019-07-17T09:58:49.000Z"
},
{
  "ip": "97.126.5.183",
  "timestamp": "2019-07-17T09:58:49.000Z"
},
{
  "ip": "97.113.131.87",
  "timestamp": "2019-07-17T06:03:21.000Z"
},
{
  "ip": "97.113.131.87",
  "timestamp": "2019-07-17T06:03:21.000Z"
},
{
  "ip": "50.78.172.91",
  "timestamp": "2019-07-17T00:32:57.000Z"
},
{
  "ip": "172.16.7.36",
  "timestamp": "2019-07-16T08:42:37.000Z"
},
{
```

```
    "ip": "97.126.10.159",
    "timestamp": "2019-07-16T08:42:37.000Z"
  },
  {
    "ip": "97.126.10.159",
    "timestamp": "2019-07-16T08:42:37.000Z"
  },
  {
    "ip": "97.126.10.159",
    "timestamp": "2019-07-16T08:42:36.000Z"
  },
  {
    "ip": "172.16.55.19",
    "timestamp": "2019-07-15T11:39:55.000Z"
  },
  {
    "ip": "97.126.10.159",
    "timestamp": "2019-07-15T11:39:55.000Z"
  },
  {
    "ip": "97.126.10.159",
    "timestamp": "2019-07-15T11:39:55.000Z"
  },
  {
    "ip": "97.126.10.159",
    "timestamp": "2019-07-15T11:39:54.000Z"
  },
  {
    "ip": "97.126.10.159",
    "timestamp": "2019-07-15T11:39:54.000Z"
  },
  {
    "ip": "97.126.10.159",
    "timestamp": "2019-07-15T11:39:54.000Z"
  },
  {
    "ip": "50.243.111.147",
    "timestamp": "2019-07-12T18:15:31.000Z"
  },
  {
    "ip": "97.126.10.159",
    "timestamp": "2019-07-12T10:44:37.000Z"
  },
  {
    "ip": "172.16.54.116",
    "timestamp": "2019-07-10T03:20:05.000Z"
  },
  {
    "ip": "97.113.82.9",
```

    "timestamp": "2019-07-10T03:20:04.000Z"
  },
  {
    "ip": "97.113.82.9",
    "timestamp": "2019-07-10T03:20:04.000Z"
  },
  {
    "ip": "97.113.82.9",
    "timestamp": "2019-07-10T03:20:04.000Z"
  },
  {
    "ip": "97.113.82.9",
    "timestamp": "2019-07-10T03:20:04.000Z"
  },
  {
    "ip": "97.113.82.9",
    "timestamp": "2019-07-10T03:20:04.000Z"
  },
  {
    "ip": "97.113.82.9",
    "timestamp": "2019-07-09T00:15:43.000Z"
  },
  {
    "ip": "97.113.82.9",
    "timestamp": "2019-07-08T22:29:52.000Z"
  },
  {
    "ip": "97.113.75.154",
    "timestamp": "2019-07-04T01:33:51.000Z"
  },
  {
    "ip": "97.113.75.154",
    "timestamp": "2019-07-03T01:33:31.000Z"
  },
  {
    "ip": "97.113.75.154",
    "timestamp": "2019-07-03T01:33:31.000Z"
  },
  {
    "ip": "97.113.75.154",
    "timestamp": "2019-07-01T07:41:24.000Z"
  },
  {
    "ip": "97.113.75.154",
    "timestamp": "2019-07-01T06:17:05.000Z"
  },
  {
    "ip": "97.113.75.154",
    "timestamp": "2019-07-01T03:15:14.000Z"

```
  },
  {
    "ip": "97.113.75.154",
    "timestamp": "2019-06-29T09:25:47.000Z"
  },
  {
    "ip": "97.113.75.154",
    "timestamp": "2019-06-29T03:20:08.000Z"
  },
  {
    "ip": "173.160.198.249",
    "timestamp": "2019-06-26T17:50:47.000Z"
  },
  {
    "ip": "173.160.198.249",
    "timestamp": "2019-06-26T17:50:47.000Z"
  },
  {
    "ip": "97.113.75.154",
    "timestamp": "2019-06-24T02:13:27.000Z"
  },
  {
    "ip": "97.113.75.154",
    "timestamp": "2019-06-24T02:13:27.000Z"
  },
  {
    "ip": "97.113.75.154",
    "timestamp": "2019-06-23T09:32:47.000Z"
  },
  {
    "ip": "97.113.75.154",
    "timestamp": "2019-06-20T04:44:12.000Z"
  },
  {
    "ip": "97.113.75.154",
    "timestamp": "2019-06-20T00:32:40.000Z"
  },
  {
    "ip": "97.113.75.154",
    "timestamp": "2019-06-19T20:02:57.000Z"
  },
  {
    "ip": "172.16.43.40",
    "timestamp": "2019-06-19T20:02:47.000Z"
  },
  {
    "ip": "97.113.75.154",
    "timestamp": "2019-06-19T20:02:47.000Z"
  },
```

```
{
  "ip": "97.113.75.154",
  "timestamp": "2019-06-19T20:02:47.000Z"
},
{
  "ip": "97.113.75.154",
  "timestamp": "2019-06-19T17:43:17.000Z"
},
{
  "ip": "97.113.75.154",
  "timestamp": "2019-06-19T17:43:16.000Z"
},
{
  "ip": "97.113.75.154",
  "timestamp": "2019-06-19T17:43:16.000Z"
},
{
  "ip": "172.58.46.216",
  "timestamp": "2019-06-17T22:23:48.000Z"
},
{
  "ip": "46.246.36.235",
  "timestamp": "2019-06-17T11:55:07.000Z"
},
{
  "ip": "46.246.36.235",
  "timestamp": "2019-06-16T19:57:40.000Z"
},
{
  "ip": "46.246.36.235",
  "timestamp": "2019-06-16T19:57:40.000Z"
},
{
  "ip": "46.246.36.235",
  "timestamp": "2019-06-16T12:32:36.000Z"
},
{
  "ip": "46.246.36.235",
  "timestamp": "2019-06-16T12:32:36.000Z"
},
{
  "ip": "97.113.75.154",
  "timestamp": "2019-06-16T05:46:04.000Z"
},
{
  "ip": "97.113.75.154",
  "timestamp": "2019-06-15T18:50:27.000Z"
},
{
```

      "ip": "46.246.35.80",
      "timestamp": "2019-06-15T01:50:30.000Z"
    },
    {
      "ip": "46.246.35.80",
      "timestamp": "2019-06-15T01:50:30.000Z"
    },
    {
      "ip": "172.16.27.34",
      "timestamp": "2019-06-14T03:55:09.000Z"
    },
    {
      "ip": "46.246.35.80",
      "timestamp": "2019-06-14T03:55:08.000Z"
    },
    {
      "ip": "46.246.35.80",
      "timestamp": "2019-06-14T03:55:08.000Z"
    },
    {
      "ip": "46.246.35.80",
      "timestamp": "2019-06-14T03:55:08.000Z"
    },
    {
      "ip": "172.58.43.156",
      "timestamp": "2019-06-10T17:56:27.000Z"
    },
    {
      "ip": "172.16.53.38",
      "timestamp": "2019-06-10T17:47:57.000Z"
    },
    {
      "ip": "172.58.43.156",
      "timestamp": "2019-06-10T17:47:56.000Z"
    },
    {
      "ip": "172.58.43.156",
      "timestamp": "2019-06-10T17:47:56.000Z"
    },
    {
      "ip": "172.58.43.156",
      "timestamp": "2019-06-10T17:47:56.000Z"
    },
    {
      "ip": "97.113.77.194",
      "timestamp": "2019-06-10T13:29:51.000Z"
    },
    {
      "ip": "97.113.77.194",

```
    "timestamp": "2019-06-10T13:29:51.000Z"
  },
  {
    "ip": "97.113.77.194",
    "timestamp": "2019-06-10T13:11:50.000Z"
  },
  {
    "ip": "97.113.77.194",
    "timestamp": "2019-06-10T13:11:50.000Z"
  },
  {
    "ip": "97.113.77.194",
    "timestamp": "2019-06-06T09:06:28.000Z"
  },
  {
    "ip": "97.113.77.194",
    "timestamp": "2019-06-06T08:01:48.000Z"
  },
  {
    "ip": "97.113.77.194",
    "timestamp": "2019-06-06T08:01:43.000Z"
  },
  {
    "ip": "97.113.77.194",
    "timestamp": "2019-06-06T08:01:43.000Z"
  },
  {
    "ip": "97.113.77.194",
    "timestamp": "2019-06-06T08:01:38.000Z"
  },
  {
    "ip": "97.113.77.194",
    "timestamp": "2019-06-06T04:30:40.000Z"
  },
  {
    "ip": "97.113.77.194",
    "timestamp": "2019-06-06T04:29:54.000Z"
  },
  {
    "ip": "97.113.77.194",
    "timestamp": "2019-06-06T04:29:39.000Z"
  },
  {
    "ip": "97.113.77.194",
    "timestamp": "2019-06-06T04:29:39.000Z"
  },
  {
    "ip": "97.113.140.150",
    "timestamp": "2019-06-05T04:15:12.000Z"
```

```
  },
  {
    "ip": "97.113.140.150",
    "timestamp": "2019-06-05T04:15:12.000Z"
  },
  {
    "ip": "97.113.140.150",
    "timestamp": "2019-06-05T00:31:15.000Z"
  },
  {
    "ip": "97.113.140.150",
    "timestamp": "2019-06-05T00:31:15.000Z"
  },
  {
    "ip": "97.113.140.150",
    "timestamp": "2019-06-02T22:59:29.000Z"
  },
  {
    "ip": "97.113.140.150",
    "timestamp": "2019-06-02T00:43:00.000Z"
  },
  {
    "ip": "97.113.140.150",
    "timestamp": "2019-06-02T00:39:20.000Z"
  },
  {
    "ip": "97.113.140.150",
    "timestamp": "2019-05-29T18:19:25.000Z"
  },
  {
    "ip": "97.113.140.150",
    "timestamp": "2019-05-29T16:50:32.000Z"
  },
  {
    "ip": "97.113.140.150",
    "timestamp": "2019-05-29T16:50:16.000Z"
  },
  {
    "ip": "97.113.140.150",
    "timestamp": "2019-05-29T16:49:17.000Z"
  },
  {
    "ip": "97.113.140.150",
    "timestamp": "2019-05-28T20:42:17.000Z"
  },
  {
    "ip": "97.113.140.150",
    "timestamp": "2019-05-28T20:42:14.000Z"
  },
```

```
{
  "ip": "97.113.140.150",
  "timestamp": "2019-05-28T20:42:14.000Z"
},
{
  "ip": "97.113.140.150",
  "timestamp": "2019-05-28T20:42:11.000Z"
},
{
  "ip": "97.113.140.150",
  "timestamp": "2019-05-28T20:42:10.000Z"
},
{
  "ip": "97.113.140.150",
  "timestamp": "2019-05-28T20:41:54.000Z"
},
{
  "ip": "97.113.140.150",
  "timestamp": "2019-05-28T20:41:28.000Z"
},
{
  "ip": "97.113.140.150",
  "timestamp": "2019-05-28T20:41:28.000Z"
},
{
  "ip": "97.113.140.150",
  "timestamp": "2019-05-28T20:41:28.000Z"
},
{
  "ip": "97.113.140.150",
  "timestamp": "2019-05-28T20:41:28.000Z"
},
{
  "ip": "97.113.140.150",
  "timestamp": "2019-05-28T20:41:28.000Z"
},
{
  "ip": "97.113.140.150",
  "timestamp": "2019-05-28T20:41:14.000Z"
},
{
  "ip": "97.113.140.150",
  "timestamp": "2019-05-28T20:40:23.000Z"
},
{
  "ip": "97.113.140.150",
  "timestamp": "2019-05-27T20:27:31.000Z"
},
{
```

251-012

```
  "ip": "97.113.140.150",
  "timestamp": "2019-05-27T20:27:31.000Z"
},
{
  "ip": "97.113.140.150",
  "timestamp": "2019-05-26T19:32:25.000Z"
},
{
  "ip": "97.113.140.150",
  "timestamp": "2019-05-26T19:09:05.000Z"
},
{
  "ip": "97.113.140.150",
  "timestamp": "2019-05-26T13:24:16.000Z"
},
{
  "ip": "172.16.54.38",
  "timestamp": "2019-05-23T15:16:12.000Z"
},
{
  "ip": "46.246.44.209",
  "timestamp": "2019-05-23T15:16:11.000Z"
},
{
  "ip": "46.246.44.209",
  "timestamp": "2019-05-23T15:16:11.000Z"
},
{
  "ip": "46.246.44.209",
  "timestamp": "2019-05-23T15:16:09.000Z"
},
{
  "ip": "46.246.44.209",
  "timestamp": "2019-05-23T15:16:09.000Z"
},
{
  "ip": "97.113.94.167",
  "timestamp": "2019-05-22T21:59:24.000Z"
},
{
  "ip": "97.113.94.167",
  "timestamp": "2019-05-22T21:57:00.000Z"
},
{
  "ip": "97.113.94.167",
  "timestamp": "2019-05-22T21:56:45.000Z"
},
{
  "ip": "97.113.80.140",
```

    "timestamp": "2019-05-18T01:47:10.000Z"
  },
  {
    "ip": "97.113.80.140",
    "timestamp": "2019-05-14T04:18:18.000Z"
  },
  {
    "ip": "97.126.28.193",
    "timestamp": "2019-05-12T06:54:13.000Z"
  },
  {
    "ip": "97.126.28.193",
    "timestamp": "2019-05-12T06:53:55.000Z"
  },
  {
    "ip": "97.126.28.193",
    "timestamp": "2019-05-12T05:24:17.000Z"
  },
  {
    "ip": "97.126.28.193",
    "timestamp": "2019-05-08T00:35:28.000Z"
  },
  {
    "ip": "97.126.28.193",
    "timestamp": "2019-05-07T23:17:04.000Z"
  },
  {
    "ip": "46.246.39.213",
    "timestamp": "2019-05-07T22:54:21.000Z"
  },
  {
    "ip": "46.246.39.213",
    "timestamp": "2019-05-07T22:38:48.000Z"
  },
  {
    "ip": "97.126.28.193",
    "timestamp": "2019-05-07T22:32:07.000Z"
  },
  {
    "ip": "97.126.28.193",
    "timestamp": "2019-05-07T22:32:07.000Z"
  },
  {
    "ip": "97.126.28.193",
    "timestamp": "2019-05-07T14:00:35.000Z"
  },
  {
    "ip": "97.126.28.193",
    "timestamp": "2019-05-07T14:00:35.000Z"

```
  },
  {
    "ip": "46.246.39.213",
    "timestamp": "2019-05-07T13:32:26.000Z"
  },
  {
    "ip": "97.126.28.193",
    "timestamp": "2019-05-06T03:55:06.000Z"
  },
  {
    "ip": "97.126.28.193",
    "timestamp": "2019-05-06T02:35:21.000Z"
  },
  {
    "ip": "97.126.28.193",
    "timestamp": "2019-05-06T02:35:21.000Z"
  },
  {
    "ip": "97.126.28.193",
    "timestamp": "2019-05-03T04:12:29.000Z"
  },
  {
    "ip": "97.126.28.193",
    "timestamp": "2019-05-03T04:12:28.000Z"
  },
  {
    "ip": "97.126.28.193",
    "timestamp": "2019-05-03T01:39:47.000Z"
  },
  {
    "ip": "97.126.28.193",
    "timestamp": "2019-05-02T19:56:37.000Z"
  },
  {
    "ip": "97.126.28.193",
    "timestamp": "2019-05-02T19:56:37.000Z"
  },
  {
    "ip": "97.113.65.99",
    "timestamp": "2019-04-25T17:05:05.000Z"
  },
  {
    "ip": "97.113.65.99",
    "timestamp": "2019-04-25T14:43:06.000Z"
  },
  {
    "ip": "97.113.65.99",
    "timestamp": "2019-04-25T14:32:42.000Z"
  },
```

```
{
  "ip": "97.113.65.99",
  "timestamp": "2019-04-25T14:32:42.000Z"
},
{
  "ip": "46.246.44.83",
  "timestamp": "2019-04-24T16:31:44.000Z"
},
{
  "ip": "46.246.44.83",
  "timestamp": "2019-04-24T16:01:16.000Z"
},
{
  "ip": "172.16.52.21",
  "timestamp": "2019-04-23T05:33:47.000Z"
},
{
  "ip": "97.113.65.99",
  "timestamp": "2019-04-23T05:33:47.000Z"
},
{
  "ip": "54.227.191.254",
  "timestamp": "2019-04-22T15:22:55.000Z"
},
{
  "ip": "97.113.65.99",
  "timestamp": "2019-04-22T15:22:54.000Z"
},
{
  "ip": "97.113.65.99",
  "timestamp": "2019-04-22T15:22:54.000Z"
},
{
  "ip": "97.113.65.99",
  "timestamp": "2019-04-22T15:22:13.000Z"
},
{
  "ip": "97.113.65.99",
  "timestamp": "2019-04-22T15:22:05.000Z"
},
{
  "ip": "97.113.65.99",
  "timestamp": "2019-04-21T23:32:30.000Z"
},
{
  "ip": "97.113.65.99",
  "timestamp": "2019-04-21T22:28:44.000Z"
},
{
```

```
  "ip": "97.113.65.99",
  "timestamp": "2019-04-21T21:24:05.000Z"
},
{
  "ip": "97.113.65.99",
  "timestamp": "2019-04-21T04:11:18.000Z"
},
{
  "ip": "97.113.65.99",
  "timestamp": "2019-04-21T04:11:18.000Z"
},
{
  "ip": "97.113.65.99",
  "timestamp": "2019-04-20T00:11:49.000Z"
},
{
  "ip": "97.113.65.99",
  "timestamp": "2019-04-20T00:11:48.000Z"
},
{
  "ip": "97.113.65.99",
  "timestamp": "2019-04-19T20:35:29.000Z"
},
{
  "ip": "97.113.65.99",
  "timestamp": "2019-04-19T18:51:46.000Z"
},
{
  "ip": "46.246.62.74",
  "timestamp": "2019-04-17T15:41:58.000Z"
},
{
  "ip": "97.113.65.99",
  "timestamp": "2019-04-16T08:48:42.000Z"
},
{
  "ip": "97.113.65.99",
  "timestamp": "2019-04-16T03:33:27.000Z"
},
{
  "ip": "97.113.65.99",
  "timestamp": "2019-04-16T03:33:27.000Z"
},
{
  "ip": "46.246.44.88",
  "timestamp": "2019-04-16T00:30:04.000Z"
},
{
  "ip": "46.246.44.88",
```

```
    "timestamp": "2019-04-16T00:29:05.000Z"
  },
  {
    "ip": "46.246.44.88",
    "timestamp": "2019-04-16T00:28:44.000Z"
  },
  {
    "ip": "46.246.44.88",
    "timestamp": "2019-04-16T00:28:44.000Z"
  },
  {
    "ip": "97.113.65.99",
    "timestamp": "2019-04-15T16:58:38.000Z"
  },
  {
    "ip": "97.113.65.99",
    "timestamp": "2019-04-15T16:58:38.000Z"
  },
  {
    "ip": "97.113.65.99",
    "timestamp": "2019-04-15T08:50:25.000Z"
  },
  {
    "ip": "97.113.65.99",
    "timestamp": "2019-04-15T08:42:32.000Z"
  },
  {
    "ip": "46.246.44.50",
    "timestamp": "2019-04-14T07:45:30.000Z"
  },
  {
    "ip": "46.246.44.6",
    "timestamp": "2019-04-12T08:41:10.000Z"
  },
  {
    "ip": "46.246.44.6",
    "timestamp": "2019-04-12T07:55:19.000Z"
  },
  {
    "ip": "46.246.44.6",
    "timestamp": "2019-04-12T07:55:19.000Z"
  },
  {
    "ip": "46.246.44.6",
    "timestamp": "2019-04-12T07:53:44.000Z"
  },
  {
    "ip": "172.16.51.28",
    "timestamp": "2019-04-12T06:42:24.000Z"
```

251-018

```
  },
  {
    "ip": "97.113.65.99",
    "timestamp": "2019-04-12T06:42:24.000Z"
  },
  {
    "ip": "97.113.65.99",
    "timestamp": "2019-04-12T06:34:29.000Z"
  },
  {
    "ip": "97.126.29.165",
    "timestamp": "2019-04-11T01:41:35.000Z"
  },
  {
    "ip": "97.126.29.165",
    "timestamp": "2019-04-11T01:41:35.000Z"
  },
  {
    "ip": "172.16.51.29",
    "timestamp": "2019-04-11T01:40:51.000Z"
  },
  {
    "ip": "97.126.29.165",
    "timestamp": "2019-04-11T01:40:51.000Z"
  },
  {
    "ip": "97.126.29.165",
    "timestamp": "2019-04-11T01:40:50.000Z"
  },
  {
    "ip": "97.126.24.61",
    "timestamp": "2019-04-10T09:01:59.000Z"
  },
  {
    "ip": "172.16.44.14",
    "timestamp": "2019-04-10T07:22:46.000Z"
  },
  {
    "ip": "97.126.24.61",
    "timestamp": "2019-04-10T07:22:46.000Z"
  },
  {
    "ip": "97.126.24.61",
    "timestamp": "2019-04-10T07:22:45.000Z"
  },
  {
    "ip": "97.126.24.61",
    "timestamp": "2019-04-08T01:28:55.000Z"
  },
```

```
{
  "ip": "97.126.24.61",
  "timestamp": "2019-04-08T01:28:55.000Z"
},
{
  "ip": "172.16.51.35",
  "timestamp": "2019-04-07T06:05:20.000Z"
},
{
  "ip": "97.126.24.61",
  "timestamp": "2019-04-07T06:05:20.000Z"
},
{
  "ip": "97.126.24.61",
  "timestamp": "2019-04-07T06:05:20.000Z"
},
{
  "ip": "97.126.24.61",
  "timestamp": "2019-04-06T00:32:24.000Z"
},
{
  "ip": "97.126.24.61",
  "timestamp": "2019-04-06T00:19:10.000Z"
},
{
  "ip": "97.113.145.29",
  "timestamp": "2019-04-04T00:29:58.000Z"
},
{
  "ip": "97.113.145.29",
  "timestamp": "2019-04-04T00:29:58.000Z"
},
{
  "ip": "97.113.145.29",
  "timestamp": "2019-04-03T02:49:01.000Z"
},
{
  "ip": "97.113.145.29",
  "timestamp": "2019-04-02T20:00:09.000Z"
},
{
  "ip": "97.113.145.29",
  "timestamp": "2019-04-02T20:00:09.000Z"
},
{
  "ip": "172.16.51.37",
  "timestamp": "2019-03-29T05:40:36.000Z"
},
{
```

    "ip": "97.113.145.29",
    "timestamp": "2019-03-28T11:49:42.000Z"
  },
  {
    "ip": "37.123.222.124",
    "timestamp": "2019-03-22T11:35:01.000Z"
  },
  {
    "ip": "81.91.144.53",
    "timestamp": "2019-03-22T10:13:34.000Z"
  },
  {
    "ip": "97.113.85.167",
    "timestamp": "2019-03-21T06:50:54.000Z"
  },
  {
    "ip": "97.113.85.167",
    "timestamp": "2019-03-21T06:50:45.000Z"
  },
  {
    "ip": "97.113.85.167",
    "timestamp": "2019-03-21T06:50:32.000Z"
  },
  {
    "ip": "97.113.85.167",
    "timestamp": "2019-03-21T06:50:31.000Z"
  },
  {
    "ip": "97.113.85.167",
    "timestamp": "2019-03-20T09:13:13.000Z"
  },
  {
    "ip": "97.113.85.167",
    "timestamp": "2019-03-20T08:32:00.000Z"
  },
  {
    "ip": "97.126.32.205",
    "timestamp": "2019-03-19T11:10:31.000Z"
  },
  {
    "ip": "97.126.32.205",
    "timestamp": "2019-03-19T11:07:10.000Z"
  },
  {
    "ip": "217.125.71.214",
    "timestamp": "2019-03-19T06:45:30.000Z"
  },
  {
    "ip": "110.36.228.82",

```
    "timestamp": "2019-03-19T06:40:30.000Z"
  },
  {
    "ip": "94.242.58.142",
    "timestamp": "2019-03-17T11:54:45.000Z"
  },
  {
    "ip": "61.128.208.94",
    "timestamp": "2019-03-17T11:26:43.000Z"
  },
  {
    "ip": "97.126.32.205",
    "timestamp": "2019-03-17T03:40:35.000Z"
  },
  {
    "ip": "154.72.197.106",
    "timestamp": "2019-03-17T01:53:56.000Z"
  },
  {
    "ip": "154.72.197.106",
    "timestamp": "2019-03-17T01:53:39.000Z"
  },
  {
    "ip": "154.72.197.106",
    "timestamp": "2019-03-17T01:53:20.000Z"
  },
  {
    "ip": "154.72.197.106",
    "timestamp": "2019-03-17T01:53:20.000Z"
  },
  {
    "ip": "172.16.39.12",
    "timestamp": "2019-03-17T01:52:56.000Z"
  },
  {
    "ip": "94.242.59.135",
    "timestamp": "2019-03-17T01:52:54.000Z"
  },
  {
    "ip": "94.242.59.135",
    "timestamp": "2019-03-17T01:52:54.000Z"
  },
  {
    "ip": "172.16.50.31",
    "timestamp": "2019-03-16T22:42:53.000Z"
  },
  {
    "ip": "97.126.32.205",
    "timestamp": "2019-03-16T22:42:52.000Z"
```

```
  },
  {
    "ip": "97.126.32.205",
    "timestamp": "2019-03-16T09:59:03.000Z"
  },
  {
    "ip": "97.126.32.205",
    "timestamp": "2019-03-16T09:58:59.000Z"
  },
  {
    "ip": "97.126.32.205",
    "timestamp": "2019-03-14T06:50:00.000Z"
  },
  {
    "ip": "97.126.32.205",
    "timestamp": "2019-03-14T06:45:01.000Z"
  },
  {
    "ip": "97.126.32.205",
    "timestamp": "2019-03-14T04:51:10.000Z"
  },
  {
    "ip": "97.126.32.205",
    "timestamp": "2019-03-14T04:50:59.000Z"
  },
  {
    "ip": "97.126.32.205",
    "timestamp": "2019-03-14T04:28:10.000Z"
  },
  {
    "ip": "97.126.32.205",
    "timestamp": "2019-03-14T04:26:04.000Z"
  },
  {
    "ip": "97.126.32.205",
    "timestamp": "2019-03-14T04:25:56.000Z"
  },
  {
    "ip": "97.126.32.205",
    "timestamp": "2019-03-14T04:25:56.000Z"
  },
  {
    "ip": "97.126.32.205",
    "timestamp": "2019-03-14T04:25:56.000Z"
  },
  {
    "ip": "97.126.32.205",
    "timestamp": "2019-03-12T05:22:20.000Z"
  },
```

```
{
  "ip": "97.126.32.205",
  "timestamp": "2019-03-11T06:01:53.000Z"
},
{
  "ip": "97.126.32.205",
  "timestamp": "2019-03-11T05:06:02.000Z"
},
{
  "ip": "97.126.32.205",
  "timestamp": "2019-03-11T05:04:18.000Z"
},
{
  "ip": "97.126.32.205",
  "timestamp": "2019-03-10T16:50:29.000Z"
},
{
  "ip": "97.113.91.130",
  "timestamp": "2019-03-07T02:36:15.000Z"
},
{
  "ip": "97.113.91.130",
  "timestamp": "2019-03-07T02:36:15.000Z"
},
{
  "ip": "172.16.39.12",
  "timestamp": "2019-03-05T17:50:30.000Z"
},
{
  "ip": "172.58.46.236",
  "timestamp": "2019-03-05T17:50:30.000Z"
},
{
  "ip": "172.58.46.236",
  "timestamp": "2019-03-05T17:50:29.000Z"
},
{
  "ip": "97.113.91.130",
  "timestamp": "2019-03-05T00:43:51.000Z"
},
{
  "ip": "97.113.91.130",
  "timestamp": "2019-03-05T00:37:10.000Z"
},
{
  "ip": "97.113.91.130",
  "timestamp": "2019-03-05T00:20:33.000Z"
},
{
```

    "ip": "97.113.91.130",
    "timestamp": "2019-03-04T23:01:26.000Z"
  },
  {
    "ip": "97.113.91.130",
    "timestamp": "2019-03-03T20:04:53.000Z"
  },
  {
    "ip": "97.113.91.130",
    "timestamp": "2019-03-03T20:04:53.000Z"
  },
  {
    "ip": "52.2.68.253",
    "timestamp": "2019-03-02T04:12:27.000Z"
  },
  {
    "ip": "97.113.91.130",
    "timestamp": "2019-03-02T04:12:27.000Z"
  },
  {
    "ip": "46.246.35.53",
    "timestamp": "2019-02-28T23:12:50.000Z"
  },
  {
    "ip": "97.113.91.130",
    "timestamp": "2019-02-28T15:37:15.000Z"
  },
  {
    "ip": "97.113.91.130",
    "timestamp": "2019-02-28T15:37:15.000Z"
  },
  {
    "ip": "46.246.35.53",
    "timestamp": "2019-02-28T10:06:21.000Z"
  },
  {
    "ip": "46.246.35.53",
    "timestamp": "2019-02-28T10:06:21.000Z"
  },
  {
    "ip": "46.246.35.53",
    "timestamp": "2019-02-28T10:06:17.000Z"
  },
  {
    "ip": "46.246.35.53",
    "timestamp": "2019-02-28T10:06:17.000Z"
  },
  {
    "ip": "18.208.248.187",

```
    "timestamp": "2019-02-28T09:52:34.000Z"
},
{
    "ip": "97.113.91.130",
    "timestamp": "2019-02-28T09:52:34.000Z"
},
{
    "ip": "97.113.91.130",
    "timestamp": "2019-02-28T09:52:34.000Z"
},
{
    "ip": "97.113.91.130",
    "timestamp": "2019-02-28T05:33:53.000Z"
},
{
    "ip": "52.204.105.43",
    "timestamp": "2019-02-28T01:30:35.000Z"
},
{
    "ip": "97.113.91.130",
    "timestamp": "2019-02-28T01:30:34.000Z"
},
{
    "ip": "97.113.91.130",
    "timestamp": "2019-02-28T01:30:34.000Z"
},
{
    "ip": "172.58.43.6",
    "timestamp": "2019-02-26T16:31:48.000Z"
},
{
    "ip": "46.246.35.45",
    "timestamp": "2019-02-26T15:47:20.000Z"
},
{
    "ip": "97.113.91.130",
    "timestamp": "2019-02-26T15:29:23.000Z"
},
{
    "ip": "97.113.91.130",
    "timestamp": "2019-02-26T15:18:58.000Z"
},
{
    "ip": "97.113.91.130",
    "timestamp": "2019-02-26T13:46:01.000Z"
},
{
    "ip": "97.113.91.130",
    "timestamp": "2019-02-26T13:41:44.000Z"
```

```
  },
  {
    "ip": "97.113.91.130",
    "timestamp": "2019-02-26T13:40:13.000Z"
  },
  {
    "ip": "97.113.91.130",
    "timestamp": "2019-02-26T13:38:55.000Z"
  },
  {
    "ip": "97.113.91.130",
    "timestamp": "2019-02-26T13:37:39.000Z"
  },
  {
    "ip": "97.113.91.130",
    "timestamp": "2019-02-26T13:36:00.000Z"
  },
  {
    "ip": "97.113.91.130",
    "timestamp": "2019-02-26T13:34:40.000Z"
  },
  {
    "ip": "97.113.91.130",
    "timestamp": "2019-02-26T13:33:14.000Z"
  },
  {
    "ip": "97.113.91.130",
    "timestamp": "2019-02-26T13:31:03.000Z"
  },
  {
    "ip": "172.58.43.6",
    "timestamp": "2019-02-24T21:48:37.000Z"
  },
  {
    "ip": "97.113.91.130",
    "timestamp": "2019-02-24T09:33:35.000Z"
  },
  {
    "ip": "97.113.91.130",
    "timestamp": "2019-02-24T09:33:35.000Z"
  },
  {
    "ip": "97.113.91.130",
    "timestamp": "2019-02-24T03:05:26.000Z"
  },
  {
    "ip": "46.246.35.47",
    "timestamp": "2019-02-22T22:58:51.000Z"
  },
```

251-027

```
{
  "ip": "97.113.91.130",
  "timestamp": "2019-02-22T11:12:22.000Z"
},
{
  "ip": "97.113.80.193",
  "timestamp": "2019-02-17T16:46:28.000Z"
},
{
  "ip": "97.113.80.193",
  "timestamp": "2019-02-17T16:46:27.000Z"
},
{
  "ip": "97.113.80.193",
  "timestamp": "2019-02-15T18:42:00.000Z"
},
{
  "ip": "97.113.80.193",
  "timestamp": "2019-02-15T18:42:00.000Z"
},
{
  "ip": "97.113.80.193",
  "timestamp": "2019-02-15T18:35:46.000Z"
},
{
  "ip": "97.113.80.193",
  "timestamp": "2019-02-15T10:14:07.000Z"
},
{
  "ip": "97.113.80.193",
  "timestamp": "2019-02-15T10:13:17.000Z"
},
{
  "ip": "172.16.52.22",
  "timestamp": "2019-02-13T22:16:42.000Z"
},
{
  "ip": "97.126.15.205",
  "timestamp": "2019-02-13T22:16:41.000Z"
},
{
  "ip": "97.126.15.205",
  "timestamp": "2019-02-13T13:30:35.000Z"
},
{
  "ip": "97.113.75.136",
  "timestamp": "2019-02-11T22:16:51.000Z"
},
{
```

      "ip": "97.113.75.136",
      "timestamp": "2019-02-11T22:16:46.000Z"
    },
    {
      "ip": "97.113.75.136",
      "timestamp": "2019-02-09T17:54:09.000Z"
    },
    {
      "ip": "46.246.34.207",
      "timestamp": "2019-02-09T14:40:09.000Z"
    },
    {
      "ip": "46.246.34.207",
      "timestamp": "2019-02-09T14:39:55.000Z"
    },
    {
      "ip": "46.246.34.207",
      "timestamp": "2019-02-09T14:39:46.000Z"
    },
    {
      "ip": "46.246.34.207",
      "timestamp": "2019-02-09T14:39:38.000Z"
    },
    {
      "ip": "185.172.146.254",
      "timestamp": "2019-02-09T14:23:09.000Z"
    },
    {
      "ip": "97.113.75.136",
      "timestamp": "2019-02-09T02:14:07.000Z"
    },
    {
      "ip": "195.135.221.2",
      "timestamp": "2019-01-30T06:31:49.000Z"
    },
    {
      "ip": "97.126.12.171",
      "timestamp": "2019-01-30T06:14:48.000Z"
    },
    {
      "ip": "97.126.12.171",
      "timestamp": "2019-01-30T06:14:48.000Z"
    },
    {
      "ip": "97.126.12.171",
      "timestamp": "2019-01-30T06:14:48.000Z"
    },
    {
      "ip": "97.126.12.171",

```
        "timestamp": "2019-01-30T06:14:48.000Z"
    },
    {
        "ip": "97.126.12.171",
        "timestamp": "2019-01-30T06:12:11.000Z"
    },
    {
        "ip": "97.126.12.171",
        "timestamp": "2019-01-30T06:12:11.000Z"
    },
    {
        "ip": null,
        "timestamp": "2019-01-30T06:12:05.000Z"
    },
    {
        "ip": null,
        "timestamp": "2019-01-30T06:12:02.000Z"
    },
    {
        "ip": null,
        "timestamp": "2019-01-30T06:11:59.000Z"
    },
    {
        "ip": "97.126.12.171",
        "timestamp": "2019-01-29T23:47:25.000Z"
    },
    {
        "ip": "172.16.47.22",
        "timestamp": "2019-01-25T23:04:30.000Z"
    },
    {
        "ip": "75.172.130.198",
        "timestamp": "2019-01-25T23:04:29.000Z"
    },
    {
        "ip": "75.172.130.198",
        "timestamp": "2019-01-25T23:04:29.000Z"
    },
    {
        "ip": "75.172.130.198",
        "timestamp": "2019-01-25T17:05:32.000Z"
    },
    {
        "ip": "10.44.132.23",
        "timestamp": "2019-01-25T17:05:24.000Z"
    },
    {
        "ip": "10.44.132.23",
        "timestamp": "2019-01-25T17:05:24.000Z"
```

```
      },
      {
        "ip": "75.172.130.198",
        "timestamp": "2019-01-25T17:05:21.000Z"
      },
      {
        "ip": "75.172.130.198",
        "timestamp": "2019-01-25T17:05:11.000Z"
      },
      {
        "ip": "75.172.130.198",
        "timestamp": "2019-01-25T17:05:11.000Z"
      },
      {
        "ip": "75.172.130.198",
        "timestamp": "2019-01-25T17:05:11.000Z"
      },
      {
        "ip": "75.172.130.198",
        "timestamp": "2019-01-25T17:05:11.000Z"
      },
      {
        "ip": "75.172.130.198",
        "timestamp": "2019-01-25T17:05:11.000Z"
      },
      {
        "ip": "75.172.130.198",
        "timestamp": "2019-01-25T17:05:11.000Z"
      }
  ]
}
```