

USA-00000382

U.S. v. Paige Thompson
CR19-159 RSL
Plaintiff's Exhibit No. 301
Admitted_____



USA-00000338

U.S. v. Paige Thompson
CR19-159 RSL
Plaintiff's Exhibit No. 302
Admitted_____



USA-00000385

U.S. v. Paige Thompson
CR19-159 RSL
Plaintiff's Exhibit No. 303
Admitted_____



USA-00000400

U.S. v. Paige Thompson
CR19-159 RSL
Plaintiff's Exhibit No. 304
Admitted_____



USA-00000401

U.S. v. Paige Thompson
CR19-159 RSL
Plaintiff's Exhibit No. 305
Admitted_____



USA-00000449

U.S. v. Paige Thompson
CR19-159 RSL
Plaintiff's Exhibit No. 306
Admitted_____

| Name | Date modified | Type |
|---|---|---|
| 42lines.net.tar | 6/26/2019 3:00 PM | Wi... |
| 2230842799dbb78469157aae816a2ae52c7... | 6/27/2019 2:02 PM | Wi... |
| apperian.tar | 6/27/2019 1:08 AM | Wi... |
| apperian2.tar | 6/26/2019 3:00 PM | Wi... |
| astem.tar | 6/26/2019 3:00 PM | Wi... |
| bck-globaleaks.tar | 6/26/2019 7:26 PM | Wi... |
| btadev.tar | 6/28/2019 9:24 PM | Wi... |
| camplat-ecs-instance-role.tar | 6/26/2019 11:19 PM | Wi... |
| cicd-instance.tar | 6/27/2019 12:46 AM | Wi... |
| code_deploy_role.tar | 6/28/2019 10:08 AM | Wi... |
| DevOpsAAS.tar | 6/26/2019 7:26 PM | Wi... |
| EC2_readonlys3.tar | 6/28/2019 4:15 AM | Wi... |
| ec2_s3_role.tar | 6/28/2019 1:04 AM | Wi... |
| ec2-s3-role.tar | 6/29/2019 8:19 AM | Wi... |
| ecs.tar | 6/27/2019 4:16 AM | Wi... |
| ford.tar | 6/26/2019 6:26 PM | Wi... |
| fuckup.tar | 6/26/2019 3:06 PM | Wi... |
| globalgarner.tar | 6/27/2019 6:28 AM | Wi... |
| hfarm-webserver-role.tar | 6/27/2019 6:40 PM | Wi... |
| hslonboarding-prod-backup1.tar | 6/26/2019 3:00 PM | Wi... |
| identiphy | 6/27/2019 12:58 PM | Disc I... |
| identiphy.tar | 6/26/2019 3:00 PM | WinRA... |
| infobloxcto.tar | 6/26/2019 3:00 PM | WinRA... |
| ISRM-WAF-Role.tar | 7/2/2019 6:25 PM | WinRA... |
| iwcodeacademy.tar | 6/26/2019 6:16 PM | WinRA... |
| LNCSMASTER09-RootRole.tar | 6/27/2019 7:19 PM | WinRA... |
| msu.tar | 6/27/2019 10:33 AM | WinRA... |

USA-00000444

U.S. v. Paige Thompson
CR19-159 RSL
Plaintiff's Exhibit No. 307
Admitted_____



USA-00000460

U.S. v. Paige Thompson
CR19-159 RSL
Plaintiff's Exhibit No. 308
Admitted_____



USA-00000461

U.S. v. Paige Thompson
CR19-159 RSL
Plaintiff's Exhibit No. 309
Admitted_____



USA-00000445

U.S. v. Paige Thompson
CR19-159 RSL
Plaintiff's Exhibit No. 310
Admitted_____





Get Exactly What You Want

Visit www.VanillaEGift.com for more information about your Vanilla eGift Virtual Account. Remember, while you can print an image of your virtual account "card", you may not use Vanilla eGift Virtual Account at in-store merchants. The account may only be used for online, phone, and mail-order purchases.

Virtual Account Number **4548617310371515**

Expiration Date **07 / 2024**

CVV **264**

eGift Card Activity as of
7/19/2019 10:21 PM

Available Balance

**$100.00**

| | |
|---|---|
| Original Value | $100.00 |
| Purchases | $0.00 |
| Activated | 07/20/2019 01:21 AM |
| Expiration Date | 07 / 2024 |

USA-00000447

310-003