First and Last name: Paige Thompson
Real name: Paige Thompson
Display name: paigeadele
Username: paigeadele
Email Address: paigeadele@gmail.com
Role: Primary Owner
Service start date: 2017-02-08 14:02:22
Service end date: N/A (Account still active)
Last active: 2019-07-22 22:11:07
Phone number: none provided
Timezone: America/Los_Angeles
Channel count: 27
Message count: 1670
Integrations created: yes
Emoji created: no
Device ID(s): 233D0B300F664402BA4A7A5F4FFE8DB2,
233D0B300F664402BA4A7A5F4FFE8DB2


IP login history/access logs:
IP          | Count | Earliest Login      | Latest Login       | User Agent
-----------------+--------+----------------------+----------------------+----------------------------------------
97.113.80.140   | 1    | 2019-05-12 08:09:06 | 2019-05-12 08:09:06 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.113.80.140   | 3    | 2019-05-12 21:14:26 | 2019-05-12 21:14:27 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.113.80.140   | 1    | 2019-05-13 00:09:12 | 2019-05-13 00:09:12 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.113.80.140   | 1    | 2019-05-13 08:09:06 | 2019-05-13 08:09:06 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.113.80.140   | 1    | 2019-05-14 00:09:11 | 2019-05-14 00:09:11 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.113.80.140   | 1    | 2019-05-14 08:09:06 | 2019-05-14 08:09:06 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.113.80.140   | 9    | 2019-05-14 22:46:32 | 2019-05-15 00:02:03 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8

U.S. v. Paige Thompson
CR19-159 RSL
Plaintiff's Exhibit No. 401
Admitted_____

97.113.80.140   | 1     | 2019-05-15 08:10:15 | 2019-05-15 08:10:15 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.113.80.140   | 5     | 2019-05-15 22:03:26 | 2019-05-15 22:39:04 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.113.80.140   | 3     | 2019-05-16 03:26:04 | 2019-05-16 03:26:04 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.113.80.140   | 4     | 2019-05-16 08:32:37 | 2019-05-16 09:54:59 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.113.65.99   | 4     | 2019-04-22 11:29:48 | 2019-04-22 12:29:58 |
com.tinyspeck.chatlyio/19.4.1 (iPhone; iOS 12.2; Scale/2.00)
97.113.65.99   | 1     | 2019-04-22 17:07:35 | 2019-04-22 17:07:35 |
com.tinyspeck.chatlyio/19.4.1 (iPhone; iOS 12.2; Scale/2.00)
97.113.65.99   | 1     | 2019-04-22 21:01:23 | 2019-04-22 21:01:23 |
com.tinyspeck.chatlyio/19.4.1 (iPhone; iOS 12.2; Scale/2.00)
97.113.65.99   | 1     | 2019-04-22 23:28:06 | 2019-04-22 23:28:06 |
com.tinyspeck.chatlyio/19.4.1 (iPhone; iOS 12.2; Scale/2.00)
97.113.65.99   | 1     | 2019-04-24 10:31:49 | 2019-04-24 10:31:49 |
com.tinyspeck.chatlyio/19.4.1 (iPhone; iOS 12.2; Scale/2.00)
173.160.198.249 | 8     | 2019-04-29 10:41:53 | 2019-04-29 11:59:59 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
173.160.198.249 | 10    | 2019-06-26 09:23:25 | 2019-06-26 15:32:31 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
173.160.198.249 | 3     | 2019-07-01 09:26:26 | 2019-07-01 09:26:27 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
172.58.95.82   | 1     | 2019-07-22 07:05:05 | 2019-07-22 07:05:05 |
com.tinyspeck.chatlyio/19.07.20 (iPhone; iOS 12.2; Scale/2.00)
172.58.95.82   | 6     | 2019-07-22 09:15:22 | 2019-07-22 09:58:43 |
com.tinyspeck.chatlyio/19.07.20 (iPhone; iOS 12.2; Scale/2.00)
172.58.95.82   | 7     | 2019-07-22 12:53:41 | 2019-07-22 15:10:47 |
com.tinyspeck.chatlyio/19.07.20 (iPhone; iOS 12.2; Scale/2.00)
172.58.95.82   | 2     | 2019-07-22 17:50:36 | 2019-07-22 18:18:18 |
com.tinyspeck.chatlyio/19.07.20 (iPhone; iOS 12.2; Scale/2.00)
172.58.95.82   | 9     | 2019-07-22 23:26:29 | 2019-07-23 05:26:45 |
com.tinyspeck.chatlyio/19.07.20 (iPhone; iOS 12.2; Scale/2.00)
172.58.95.82   | 6     | 2019-07-23 07:26:53 | 2019-07-23 09:35:09 |

com.tinyspeck.chatlyio/19.07.20 (iPhone; iOS 12.2; Scale/2.00)
97.113.75.154   | 2    | 2019-06-19 03:11:15 | 2019-06-19 03:11:16 |
com.tinyspeck.chatlyio/19.06.10 (iPhone; iOS 12.2; Scale/2.00)
97.126.5.183    | 3    | 2019-07-21 08:18:06 | 2019-07-21 08:18:06 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; rv:60.0) Gecko/20100101 Firefox/60.0
97.113.82.9     | 3    | 2019-07-06 13:31:03 | 2019-07-06 13:31:03 | SlackWeb/0 Mozilla/5.0
(Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko)
Chrome/51.0.2704.79 Safari/537.36 Edge/14.14393
46.246.36.145   | 1    | 2019-04-17 03:11:48 | 2019-04-17 03:11:48 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
172.58.46.205   | 6    | 2019-06-26 13:26:11 | 2019-06-26 16:39:05 |
com.tinyspeck.chatlyio/19.06.20 (iPhone; iOS 12.2; Scale/2.00)
172.58.46.213   | 1    | 2019-04-23 01:14:29 | 2019-04-23 01:14:29 |
com.tinyspeck.chatlyio/19.4.1 (iPhone; iOS 12.2; Scale/2.00)
97.113.71.108   | 1    | 2019-07-23 12:44:14 | 2019-07-23 12:44:14 |
com.tinyspeck.chatlyio/19.07.20 (iPhone; iOS 12.4; Scale/2.00)
97.113.68.142   | 2    | 2019-07-22 04:35:07 | 2019-07-22 05:45:57 |
com.tinyspeck.chatlyio/19.07.20 (iPhone; iOS 12.2; Scale/2.00)
172.58.46.132   | 3    | 2019-07-01 19:28:48 | 2019-07-01 20:41:39 |
com.tinyspeck.chatlyio/19.06.20 (iPhone; iOS 12.2; Scale/2.00)
173.160.198.249 | 10   | 2019-04-29 12:14:19 | 2019-04-29 12:21:58 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko)
Chrome/73.0.3683.103 Safari/537.36
46.246.44.14    | 128  | 2019-07-19 07:51:20 | 2019-07-19 15:33:56 | ApiApp/A02
@slack:client/3.13.0 linux/5.1.15-1-default node/11.15.0
46.246.44.14    | 1    | 2019-07-19 20:05:42 | 2019-07-19 20:05:42 | ApiApp/A02
@slack:client/3.13.0 linux/5.1.15-1-default node/11.15.0
46.246.44.14    | 1    | 2019-07-19 22:41:57 | 2019-07-19 22:41:57 | ApiApp/A02
@slack:client/3.13.0 linux/5.1.15-1-default node/11.15.0
46.246.44.14    | 1    | 2019-07-20 10:22:30 | 2019-07-20 10:22:30 | ApiApp/A02
@slack:client/3.13.0 linux/5.1.15-1-default node/11.15.0
46.246.44.14    | 2    | 2019-07-20 21:26:33 | 2019-07-20 21:28:29 | ApiApp/A02
@slack:client/3.13.0 linux/5.1.15-1-default node/11.15.0
46.246.44.14    | 1    | 2019-07-21 07:43:08 | 2019-07-21 07:43:08 | ApiApp/A02
@slack:client/3.13.0 linux/5.1.15-1-default node/11.15.0
46.246.44.14    | 2    | 2019-07-21 13:12:08 | 2019-07-21 14:17:24 | ApiApp/A02
@slack:client/3.13.0 linux/5.1.15-1-default node/11.15.0
46.246.44.14    | 1    | 2019-07-21 21:12:53 | 2019-07-21 21:12:53 | ApiApp/A02
@slack:client/3.13.0 linux/5.1.15-1-default node/11.15.0
46.246.44.14    | 1    | 2019-07-22 03:50:23 | 2019-07-22 03:50:23 | ApiApp/A02
@slack:client/3.13.0 linux/5.1.15-1-default node/11.15.0
50.243.111.147  | 4    | 2019-07-12 09:47:15 | 2019-07-12 11:25:59 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
173.160.198.249 | 4    | 2019-06-26 10:04:37 | 2019-06-26 11:17:37 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; rv:60.0) Gecko/20100101 Firefox/60.0

173.160.198.249  | 3     | 2019-06-26 14:08:09 | 2019-06-26 14:08:09 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; rv:60.0) Gecko/20100101 Firefox/60.0
97.126.10.159   | 1     | 2019-07-11 00:15:47 | 2019-07-11 00:15:47 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.126.10.159   | 5     | 2019-07-11 19:25:11 | 2019-07-11 20:36:32 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.126.10.159   | 3     | 2019-07-11 23:23:06 | 2019-07-11 23:23:07 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.126.10.159   | 2     | 2019-07-12 06:13:25 | 2019-07-12 07:13:26 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.126.10.159   | 6     | 2019-07-13 04:10:16 | 2019-07-13 04:27:34 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.126.10.159   | 1     | 2019-07-13 08:19:37 | 2019-07-13 08:19:37 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.126.10.159   | 1     | 2019-07-14 08:19:37 | 2019-07-14 08:19:37 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
46.246.44.18    | 2     | 2019-07-22 08:02:42 | 2019-07-22 08:22:47 | ApiApp/A02
@slack:client/3.13.0 linux/5.1.15-1-default node/11.15.0
97.126.28.193   | 3     | 2019-05-02 07:30:07 | 2019-05-02 07:30:07 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.126.28.193   | 4     | 2019-05-02 14:14:39 | 2019-05-02 14:14:51 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.126.28.193   | 13    | 2019-05-02 16:54:55 | 2019-05-02 17:52:17 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.126.28.193   | 1     | 2019-05-02 20:46:19 | 2019-05-02 20:46:19 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.126.28.193   | 2     | 2019-05-02 22:54:06 | 2019-05-03 00:02:39 | SlackWeb/0

Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36 Slack_SSB/3.3.8
97.126.28.193   | 1     | 2019-05-03 08:02:36 | 2019-05-03 08:02:36  | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36 Slack_SSB/3.3.8
97.126.28.193   | 3     | 2019-05-03 15:07:56 | 2019-05-03 15:07:57  | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36 Slack_SSB/3.3.8
97.126.28.193   | 5     | 2019-05-03 18:56:57 | 2019-05-03 19:53:31  | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36 Slack_SSB/3.3.8
97.126.28.193   | 4     | 2019-05-04 00:02:38 | 2019-05-04 00:18:07  | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36 Slack_SSB/3.3.8
97.126.28.193   | 1     | 2019-05-04 08:12:15 | 2019-05-04 08:12:15  | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36 Slack_SSB/3.3.8
97.126.28.193   | 11    | 2019-05-04 12:50:29 | 2019-05-04 15:56:53  | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36 Slack_SSB/3.3.8
97.126.28.193   | 3     | 2019-05-04 18:26:40 | 2019-05-04 18:26:40  | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36 Slack_SSB/3.3.8
97.126.28.193   | 1     | 2019-05-05 00:12:22 | 2019-05-05 00:12:22  | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36 Slack_SSB/3.3.8
97.126.28.193   | 1     | 2019-05-05 08:12:15 | 2019-05-05 08:12:15  | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36 Slack_SSB/3.3.8
97.126.28.193   | 4     | 2019-05-05 16:22:31 | 2019-05-05 16:22:41  | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36 Slack_SSB/3.3.8
97.126.28.193   | 3     | 2019-05-05 19:02:10 | 2019-05-05 19:02:10  | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36 Slack_SSB/3.3.8
97.126.28.193   | 1     | 2019-05-06 08:21:37 | 2019-05-06 08:21:37  | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like

Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.126.28.193   | 3    | 2019-05-06 17:04:10 | 2019-05-06 17:04:10 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.126.28.193   | 2    | 2019-05-06 22:28:49 | 2019-05-07 00:21:34 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.126.28.193   | 1    | 2019-05-07 08:21:21 | 2019-05-07 08:21:21 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.126.28.193   | 3    | 2019-05-07 12:17:59 | 2019-05-07 12:18:00 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.126.28.193   | 4    | 2019-05-07 16:00:44 | 2019-05-07 16:01:09 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.126.28.193   | 11   | 2019-05-08 08:21:03 | 2019-05-08 10:52:51 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.126.28.193   | 3    | 2019-05-08 13:35:44 | 2019-05-08 13:35:45 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.126.28.193   | 6    | 2019-05-08 15:59:35 | 2019-05-08 16:14:27 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.126.28.193   | 5    | 2019-05-08 18:59:57 | 2019-05-08 19:28:15 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.126.28.193   | 5    | 2019-05-08 22:58:00 | 2019-05-08 23:44:16 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.126.28.193   | 6    | 2019-05-09 08:13:25 | 2019-05-09 09:25:49 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.126.28.193   | 14   | 2019-05-09 13:17:47 | 2019-05-09 17:36:58 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36

Slack_SSB/3.3.8
97.126.28.193   | 15   | 2019-05-10 09:46:11 | 2019-05-10 12:11:15 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.126.28.193   | 6   | 2019-05-10 16:10:43 | 2019-05-10 16:24:29 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.126.28.193   | 4   | 2019-05-11 13:56:55 | 2019-05-11 13:57:04 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.126.28.193   | 1   | 2019-05-12 00:09:12 | 2019-05-12 00:09:12 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
162.17.187.155   | 8   | 2019-05-23 15:32:13 | 2019-05-23 17:44:29 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
50.78.164.244   | 3   | 2019-04-29 14:36:14 | 2019-04-29 14:36:14 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko)
Chrome/73.0.3683.103 Safari/537.36
172.58.46.216   | 7   | 2019-06-17 15:03:09 | 2019-06-17 16:32:15 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko)
97.113.94.167   | 4   | 2019-05-23 12:27:29 | 2019-05-23 12:27:54 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.113.94.167   | 4   | 2019-05-23 18:21:46 | 2019-05-23 18:22:10 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.113.94.167   | 1   | 2019-05-24 00:13:19 | 2019-05-24 00:13:19 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.113.94.167   | 1   | 2019-05-24 08:13:11 | 2019-05-24 08:13:11 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.113.94.167   | 1   | 2019-05-25 00:13:19 | 2019-05-25 00:13:19 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.113.94.167   | 16   | 2019-05-25 06:44:55 | 2019-05-25 11:56:00 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like

Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.126.10.159   | 1    | 2019-07-16 07:36:19 | 2019-07-16 07:36:19 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.4.2 Chrome/69.0.3497.128 Electron/4.2.1 Safari/537.36 Slack_SSB/3.4.2
54.146.199.34   | 1    | 2019-04-22 09:22:30 | 2019-04-22 09:22:30 | ApiApp/A03CMKFPN
54.146.199.34   | 1    | 2019-04-22 14:58:33 | 2019-04-22 14:58:33 |
ApiApp/A03CMKFPN
54.146.199.34   | 1    | 2019-04-27 22:15:43 | 2019-04-27 22:15:43 | ApiApp/A03CMKFPN
172.58.43.64   | 9    | 2019-06-28 15:16:43 | 2019-06-28 17:43:40 |
com.tinyspeck.chatlyio/19.06.20 (iPhone; iOS 12.2; Scale/2.00)
97.113.65.99   | 3    | 2019-04-29 16:22:41 | 2019-04-29 16:22:41 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko)
Chrome/73.0.3683.103 Safari/537.36
97.113.142.165   | 4    | 2019-07-22 19:10:59 | 2019-07-22 21:57:53 |
com.tinyspeck.chatlyio/19.07.20 (iPhone; iOS 12.2; Scale/2.00)
97.113.142.165   | 2    | 2019-07-23 05:26:46 | 2019-07-23 06:57:34 |
com.tinyspeck.chatlyio/19.07.20 (iPhone; iOS 12.2; Scale/2.00)
97.113.71.108   | 8    | 2019-07-23 09:25:51 | 2019-07-23 12:09:14 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.4.2 Chrome/69.0.3497.128 Electron/4.2.1 Safari/537.36 Slack_SSB/3.4.2
97.126.5.183   | 6    | 2019-07-19 07:48:15 | 2019-07-19 07:50:30 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko)
Chrome/75.0.3770.100 Safari/537.36
97.126.5.183   | 1    | 2019-07-19 12:09:16 | 2019-07-19 12:09:16 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko)
Chrome/75.0.3770.100 Safari/537.36
50.78.172.91   | 3    | 2019-06-28 16:58:24 | 2019-06-28 16:58:24 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
50.78.172.91   | 3    | 2019-07-01 15:25:32 | 2019-07-01 15:25:33 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
50.78.172.91   | 9    | 2019-07-01 17:39:41 | 2019-07-01 19:05:58 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
50.78.172.91   | 3    | 2019-07-12 17:59:42 | 2019-07-12 17:59:42 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
172.58.43.228   | 4    | 2019-06-28 18:15:02 | 2019-06-28 18:39:27 |
com.tinyspeck.chatlyio/19.06.20 (iPhone; iOS 12.2; Scale/2.00)
172.58.43.228   | 2    | 2019-06-29 18:24:38 | 2019-06-29 18:31:12 |
com.tinyspeck.chatlyio/19.06.20 (iPhone; iOS 12.2; Scale/2.00)
172.58.43.228   | 2    | 2019-07-01 09:30:24 | 2019-07-01 11:10:57 |
com.tinyspeck.chatlyio/19.06.20 (iPhone; iOS 12.2; Scale/2.00)

172.58.43.228   | 3    | 2019-07-01 14:37:35 | 2019-07-01 17:32:40 |
com.tinyspeck.chatlyio/19.06.20 (iPhone; iOS 12.2; Scale/2.00)
50.78.172.91   | 5    | 2019-07-19 14:43:15 | 2019-07-19 14:43:20 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko)
Chrome/75.0.3770.100 Safari/537.36
67.170.35.227   | 3    | 2019-04-28 10:49:41 | 2019-04-28 10:50:04 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
67.170.35.227   | 6    | 2019-04-28 13:46:17 | 2019-04-28 13:56:09 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
67.170.35.227   | 19    | 2019-04-28 16:18:58 | 2019-04-28 23:47:22 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
67.170.35.227   | 16    | 2019-04-29 04:46:33 | 2019-04-29 09:17:25 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.126.5.183   | 1    | 2019-07-17 03:12:25 | 2019-07-17 03:12:25 |
com.tinyspeck.chatlyio/19.07.10 (iPhone; iOS 12.2; Scale/2.00)
97.126.5.183   | 2    | 2019-07-17 05:33:34 | 2019-07-17 05:33:36 |
com.tinyspeck.chatlyio/19.07.10 (iPhone; iOS 12.2; Scale/2.00)
97.126.5.183   | 1    | 2019-07-17 21:39:28 | 2019-07-17 21:39:28 |
com.tinyspeck.chatlyio/19.07.10 (iPhone; iOS 12.2; Scale/2.00)
97.113.82.9   | 1    | 2019-07-04 18:27:34 | 2019-07-04 18:27:34 |
com.tinyspeck.chatlyio/19.07.10 (iPhone; iOS 12.2; Scale/2.00)
97.113.82.9   | 1    | 2019-07-04 21:22:15 | 2019-07-04 21:22:15 |
com.tinyspeck.chatlyio/19.07.10 (iPhone; iOS 12.2; Scale/2.00)
97.113.82.9   | 2    | 2019-07-05 03:24:13 | 2019-07-05 04:47:23 |
com.tinyspeck.chatlyio/19.07.10 (iPhone; iOS 12.2; Scale/2.00)
97.113.82.9   | 2    | 2019-07-05 09:09:38 | 2019-07-05 10:15:40 |
com.tinyspeck.chatlyio/19.07.10 (iPhone; iOS 12.2; Scale/2.00)
97.113.82.9   | 1    | 2019-07-05 12:20:30 | 2019-07-05 12:20:30 |
com.tinyspeck.chatlyio/19.07.10 (iPhone; iOS 12.2; Scale/2.00)
97.113.82.9   | 4    | 2019-07-05 14:59:26 | 2019-07-05 16:52:43 |
com.tinyspeck.chatlyio/19.07.10 (iPhone; iOS 12.2; Scale/2.00)
97.113.82.9   | 4    | 2019-07-05 20:28:03 | 2019-07-05 22:41:15 |
com.tinyspeck.chatlyio/19.07.10 (iPhone; iOS 12.2; Scale/2.00)
97.113.82.9   | 1    | 2019-07-06 03:58:56 | 2019-07-06 03:58:56 |
com.tinyspeck.chatlyio/19.07.10 (iPhone; iOS 12.2; Scale/2.00)
97.113.82.9   | 14    | 2019-07-06 12:13:55 | 2019-07-06 23:57:27 |
com.tinyspeck.chatlyio/19.07.10 (iPhone; iOS 12.2; Scale/2.00)
97.113.82.9   | 1    | 2019-07-07 03:28:52 | 2019-07-07 03:28:52 |
com.tinyspeck.chatlyio/19.07.10 (iPhone; iOS 12.2; Scale/2.00)
97.113.82.9   | 3    | 2019-07-07 19:11:31 | 2019-07-07 20:11:34 |
com.tinyspeck.chatlyio/19.07.10 (iPhone; iOS 12.2; Scale/2.00)

97.113.82.9    | 1    | 2019-07-08 01:05:04 | 2019-07-08 01:05:04  |
com.tinyspeck.chatlyio/19.07.10 (iPhone; iOS 12.2; Scale/2.00)
97.113.82.9    | 1    | 2019-07-08 08:09:17 | 2019-07-08 08:09:17  |
com.tinyspeck.chatlyio/19.07.10 (iPhone; iOS 12.2; Scale/2.00)
97.113.82.9    | 6    | 2019-07-08 20:51:40 | 2019-07-08 22:14:27  |
com.tinyspeck.chatlyio/19.07.10 (iPhone; iOS 12.2; Scale/2.00)
97.113.82.9    | 1    | 2019-07-09 02:24:49 | 2019-07-09 02:24:49  |
com.tinyspeck.chatlyio/19.07.10 (iPhone; iOS 12.2; Scale/2.00)
97.113.82.9    | 1    | 2019-07-10 02:34:18 | 2019-07-10 02:34:18  |
com.tinyspeck.chatlyio/19.07.10 (iPhone; iOS 12.2; Scale/2.00)
97.113.82.9    | 3    | 2019-07-10 05:15:17 | 2019-07-10 06:58:55  |
com.tinyspeck.chatlyio/19.07.10 (iPhone; iOS 12.2; Scale/2.00)
97.113.82.9    | 17   | 2019-07-04 18:15:00 | 2019-07-05 00:18:05  | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.113.82.9    | 2    | 2019-07-05 06:18:05 | 2019-07-05 08:17:54  | SlackWeb/0 Mozilla/5.0
(X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like Gecko)
AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36 Slack_SSB/3.3.8
97.113.82.9    | 9    | 2019-07-05 18:28:35 | 2019-07-05 18:56:09  | SlackWeb/0 Mozilla/5.0
(X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like Gecko)
AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36 Slack_SSB/3.3.8
97.113.82.9    | 4    | 2019-07-05 23:09:05 | 2019-07-05 23:09:13  | SlackWeb/0 Mozilla/5.0
(X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like Gecko)
AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36 Slack_SSB/3.3.8
97.113.82.9    | 3    | 2019-07-06 01:51:43 | 2019-07-06 02:38:51  | SlackWeb/0 Mozilla/5.0
(X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like Gecko)
AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36 Slack_SSB/3.3.8
97.113.82.9    | 9    | 2019-07-06 04:58:25 | 2019-07-06 07:19:32  | SlackWeb/0 Mozilla/5.0
(X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like Gecko)
AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36 Slack_SSB/3.3.8
97.113.82.9    | 11   | 2019-07-06 11:18:45 | 2019-07-06 16:15:56  | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.113.82.9    | 9    | 2019-07-06 21:06:41 | 2019-07-07 00:22:21  | SlackWeb/0 Mozilla/5.0
(X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like Gecko)
AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36 Slack_SSB/3.3.8
97.113.82.9    | 4    | 2019-07-07 20:25:34 | 2019-07-07 21:32:12  | SlackWeb/0 Mozilla/5.0
(X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like Gecko)
AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36 Slack_SSB/3.3.8
97.113.82.9    | 4    | 2019-07-07 23:36:31 | 2019-07-08 01:24:33  | SlackWeb/0 Mozilla/5.0
(X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like Gecko)
AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36 Slack_SSB/3.3.8
97.113.82.9    | 2    | 2019-07-08 06:22:18 | 2019-07-08 07:22:19  | SlackWeb/0 Mozilla/5.0
(X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like Gecko)
AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36 Slack_SSB/3.3.8
97.113.82.9    | 4    | 2019-07-08 10:05:19 | 2019-07-08 10:05:24  | SlackWeb/0 Mozilla/5.0
(X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like Gecko)

AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36 Slack_SSB/3.3.8
97.113.82.9   | 3   | 2019-07-08 15:54:29 | 2019-07-08 18:07:14 | SlackWeb/0 Mozilla/5.0
(X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like Gecko)
AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36 Slack_SSB/3.3.8
97.113.82.9   | 1   | 2019-07-08 20:27:59 | 2019-07-08 20:27:59 | SlackWeb/0 Mozilla/5.0
(X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like Gecko)
AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36 Slack_SSB/3.3.8
97.113.82.9   | 1   | 2019-07-09 00:03:09 | 2019-07-09 00:03:09 | SlackWeb/0 Mozilla/5.0
(X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like Gecko)
AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36 Slack_SSB/3.3.8
97.113.82.9   | 2   | 2019-07-09 06:03:10 | 2019-07-09 07:03:09 | SlackWeb/0 Mozilla/5.0
(X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like Gecko)
AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36 Slack_SSB/3.3.8
97.113.82.9   | 1   | 2019-07-09 16:10:13 | 2019-07-09 16:10:13 | SlackWeb/0 Mozilla/5.0
(X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like Gecko)
AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36 Slack_SSB/3.3.8
97.113.82.9   | 2   | 2019-07-09 21:43:47 | 2019-07-09 23:31:54 | SlackWeb/0 Mozilla/5.0
(X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like Gecko)
AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36 Slack_SSB/3.3.8
97.113.82.9   | 2   | 2019-07-10 06:03:09 | 2019-07-10 07:03:09 | SlackWeb/0 Mozilla/5.0
(X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like Gecko)
AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36 Slack_SSB/3.3.8
97.113.82.9   | 8   | 2019-07-10 12:10:33 | 2019-07-10 13:45:44 | SlackWeb/0 Mozilla/5.0
(X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like Gecko)
AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36 Slack_SSB/3.3.8
97.113.131.87   | 2   | 2019-07-16 21:19:20 | 2019-07-16 22:19:48 |
com.tinyspeck.chatlyio/19.07.10 (iPhone; iOS 12.2; Scale/2.00)
97.113.131.87   | 1   | 2019-07-17 00:38:21 | 2019-07-17 00:38:21 |
com.tinyspeck.chatlyio/19.07.10 (iPhone; iOS 12.2; Scale/2.00)
97.113.68.142   | 2   | 2019-07-22 04:20:31 | 2019-07-22 06:03:46 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.4.2 Chrome/69.0.3497.128 Electron/4.2.1 Safari/537.36 Slack_SSB/3.4.2
4.35.241.3   | 4   | 2019-05-30 07:46:13 | 2019-05-30 07:46:48 | SlackWeb/0 Mozilla/5.0
(X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like Gecko)
AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36 Slack_SSB/3.3.8
4.35.241.3   | 6   | 2019-07-12 13:31:20 | 2019-07-12 14:18:28 | SlackWeb/0 Mozilla/5.0
(X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like Gecko)
AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36 Slack_SSB/3.3.8
97.113.82.9   | 12   | 2019-07-06 13:31:14 | 2019-07-06 19:03:47 | SlackWeb/0
Mozilla/5.0 (Windows NT 10.0.14393; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko)
AtomShell/3.4.3 Chrome/69.0.3497.128 Electron/4.2.1 Safari/537.36
WindowsStore/10.0.14393 Slack_SSB/3.4.3
97.113.77.194   | 3   | 2019-06-04 23:24:37 | 2019-06-04 23:24:38 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.113.77.194   | 1   | 2019-06-05 08:09:33 | 2019-06-05 08:09:33 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36

Slack_SSB/3.3.8
97.113.77.194   | 1     | 2019-06-06 00:09:40 | 2019-06-06 00:09:40 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.113.77.194   | 3     | 2019-06-06 04:26:11 | 2019-06-06 04:26:12 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.113.77.194   | 7     | 2019-06-06 08:09:33 | 2019-06-06 10:47:41 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.113.77.194   | 14    | 2019-06-06 17:07:45 | 2019-06-06 18:29:04 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.113.77.194   | 1     | 2019-06-07 00:18:54 | 2019-06-07 00:18:54 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.113.77.194   | 1     | 2019-06-07 08:18:42 | 2019-06-07 08:18:42 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.113.77.194   | 4     | 2019-06-07 11:47:14 | 2019-06-07 11:47:22 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.113.77.194   | 1     | 2019-06-08 00:01:27 | 2019-06-08 00:01:27 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.113.77.194   | 1     | 2019-06-08 08:01:25 | 2019-06-08 08:01:25 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.113.77.194   | 1     | 2019-06-09 00:01:27 | 2019-06-09 00:01:27 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.113.77.194   | 1     | 2019-06-09 08:01:25 | 2019-06-09 08:01:25 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.113.77.194   | 4     | 2019-06-09 22:09:47 | 2019-06-10 00:01:26 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8

97.113.77.194   | 5     | 2019-06-10 08:01:24 | 2019-06-10 09:16:22 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
46.246.36.235   | 1     | 2019-06-16 05:31:05 | 2019-06-16 05:31:05 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
46.246.36.235   | 1     | 2019-06-16 17:34:03 | 2019-06-16 17:34:03 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
46.246.36.235   | 1     | 2019-06-17 05:38:11 | 2019-06-17 05:38:11 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
172.58.43.99   | 9     | 2019-06-10 13:13:52 | 2019-06-10 16:40:03 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
172.58.43.126   | 2     | 2019-06-27 16:57:23 | 2019-06-27 16:57:38 |
com.tinyspeck.chatlyio/19.06.20 (iPhone; iOS 12.2; Scale/2.00)
46.246.35.103   | 261   | 2019-04-22 10:38:54 | 2019-04-22 14:09:15 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; rv:60.0) Gecko/20100101 Firefox/60.0
46.246.44.54   | 2     | 2019-07-22 05:33:09 | 2019-07-22 07:22:22 | ApiApp/A02
@slack:client/3.13.0 linux/5.1.15-1-default node/11.15.0
46.246.35.103   | 2     | 2019-04-22 11:19:53 | 2019-04-22 11:20:00 |
com.tinyspeck.chatlyio/19.4.1 (iPhone; iOS 12.2; Scale/2.00)
65.246.71.74   | 5     | 2019-05-30 11:03:57 | 2019-05-30 11:42:54 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
65.246.71.74   | 3     | 2019-06-01 11:57:30 | 2019-06-01 11:57:31 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
65.125.172.11   | 3     | 2019-05-30 07:16:06 | 2019-05-30 07:16:07 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.113.75.154   | 1     | 2019-06-23 15:18:12 | 2019-06-23 15:18:12 |
com.tinyspeck.chatlyio/19.06.20 (iPhone; iOS 12.2; Scale/2.00)
97.113.75.154   | 2     | 2019-06-24 13:30:48 | 2019-06-24 13:30:48 |
com.tinyspeck.chatlyio/19.06.20 (iPhone; iOS 12.2; Scale/2.00)
97.113.75.154   | 3     | 2019-06-27 16:09:16 | 2019-06-27 16:18:14 |
com.tinyspeck.chatlyio/19.06.20 (iPhone; iOS 12.2; Scale/2.00)
97.113.75.154   | 2     | 2019-06-27 21:52:26 | 2019-06-27 21:52:28 |
com.tinyspeck.chatlyio/19.06.20 (iPhone; iOS 12.2; Scale/2.00)
97.113.75.154   | 2     | 2019-06-28 07:12:36 | 2019-06-28 07:12:37 |

com.tinyspeck.chatlyio/19.06.20 (iPhone; iOS 12.2; Scale/2.00)
97.113.75.154   | 11    | 2019-06-28 09:23:42 | 2019-06-28 13:10:47 |
com.tinyspeck.chatlyio/19.06.20 (iPhone; iOS 12.2; Scale/2.00)
97.113.75.154   | 7     | 2019-06-28 19:29:16 | 2019-06-28 22:36:02 |
com.tinyspeck.chatlyio/19.06.20 (iPhone; iOS 12.2; Scale/2.00)
97.113.75.154   | 13    | 2019-06-29 11:33:23 | 2019-06-29 21:55:22 |
com.tinyspeck.chatlyio/19.06.20 (iPhone; iOS 12.2; Scale/2.00)
97.113.75.154   | 2     | 2019-06-30 03:10:08 | 2019-06-30 04:25:30 |
com.tinyspeck.chatlyio/19.06.20 (iPhone; iOS 12.2; Scale/2.00)
97.113.75.154   | 1     | 2019-06-30 07:04:49 | 2019-06-30 07:04:49 |
com.tinyspeck.chatlyio/19.06.20 (iPhone; iOS 12.2; Scale/2.00)
97.113.75.154   | 6     | 2019-06-30 09:12:28 | 2019-06-30 15:36:57 |
com.tinyspeck.chatlyio/19.06.20 (iPhone; iOS 12.2; Scale/2.00)
97.113.75.154   | 2     | 2019-06-30 18:03:37 | 2019-06-30 19:12:59 |
com.tinyspeck.chatlyio/19.06.20 (iPhone; iOS 12.2; Scale/2.00)
97.113.75.154   | 1     | 2019-06-30 22:00:26 | 2019-06-30 22:00:26 |
com.tinyspeck.chatlyio/19.06.20 (iPhone; iOS 12.2; Scale/2.00)
97.113.75.154   | 2     | 2019-07-01 00:53:45 | 2019-07-01 00:53:47 |
com.tinyspeck.chatlyio/19.06.20 (iPhone; iOS 12.2; Scale/2.00)
97.113.75.154   | 3     | 2019-07-01 11:48:22 | 2019-07-01 14:26:34 |
com.tinyspeck.chatlyio/19.06.20 (iPhone; iOS 12.2; Scale/2.00)
97.113.75.154   | 1     | 2019-07-02 03:15:15 | 2019-07-02 03:15:15 | com.tinyspec
k.chatlyio/19.06.20 (iPhone; iOS 12.2; Scale/2.00)
97.113.75.154   | 12    | 2019-07-02 14:13:48 | 2019-07-02 20:52:38 |
com.tinyspeck.chatlyio/19.06.20 (iPhone; iOS 12.2; Scale/2.00)
97.113.75.154   | 4     | 2019-07-03 19:23:18 | 2019-07-03 22:26:48 |
com.tinyspeck.chatlyio/19.06.20 (iPhone; iOS 12.2; Scale/2.00)
97.113.75.154   | 3     | 2019-07-04 02:32:24 | 2019-07-04 03:51:36 |
com.tinyspeck.chatlyio/19.06.20 (iPhone; iOS 12.2; Scale/2.00)
97.113.75.154   | 7     | 2019-07-04 07:05:42 | 2019-07-04 13:09:32 |
com.tinyspeck.chatlyio/19.06.20 (iPhone; iOS 12.2; Scale/2.00)
46.246.35.103   | 5     | 2019-04-22 11:19:58 | 2019-04-22 14:11:44 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.126.28.193   | 1     | 2019-05-10 23:28:48 | 2019-05-10 23:28:48 |
com.tinyspeck.chatlyio/19.5.1 (iPhone; iOS 12.2; Scale/2.00)
97.126.28.193   | 1     | 2019-05-11 11:14:22 | 2019-05-11 11:14:22 |
com.tinyspeck.chatlyio/19.5.1 (iPhone; iOS 12.2; Scale/2.00)
172.58.43.86   | 2     | 2019-05-05 10:55:44 | 2019-05-05 12:11:23 |
com.tinyspeck.chatlyio/19.4.2 (iPhone; iOS 12.2; Scale/2.00)
172.58.43.86   | 1     | 2019-05-05 14:24:56 | 2019-05-05 14:24:56 |
com.tinyspeck.chatlyio/19.4.2 (iPhone; iOS 12.2; Scale/2.00)
46.246.44.83   | 5     | 2019-04-24 08:18:22 | 2019-04-24 09:57:08 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.113.65.99   | 18    | 2019-04-15 21:15:28 | 2019-04-15 23:55:20 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like

Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.113.65.99    | 1    | 2019-04-16 08:24:33 | 2019-04-16 08:24:33  | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.113.65.99    | 12   | 2019-04-16 11:55:30 | 2019-04-17 02:25:48  | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.113.65.99    | 5    | 2019-04-17 04:36:20 | 2019-04-17 05:12:03  | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.113.65.99    | 33   | 2019-04-19 07:57:33 | 2019-04-19 10:51:19  | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.113.65.99    | 2    | 2019-04-19 22:51:26 | 2019-04-19 22:51:26  | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.113.65.99    | 3    | 2019-04-20 01:15:53 | 2019-04-20 04:00:53  | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.113.65.99    | 10   | 2019-04-20 06:30:53 | 2019-04-20 18:00:55  | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.113.65.99    | 9    | 2019-04-20 20:20:23 | 2019-04-21 02:30:30  | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.113.65.99    | 5    | 2019-04-21 04:45:30 | 2019-04-21 05:54:09  | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.113.65.99    | 1    | 2019-04-21 08:19:46 | 2019-04-21 08:19:46  | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.113.65.99    | 4    | 2019-04-21 17:44:14 | 2019-04-21 21:00:45  | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.113.65.99    | 12   | 2019-04-21 23:45:45 | 2019-04-22 02:39:55  | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36

Slack_SSB/3.3.8
97.113.65.99    | 3    | 2019-04-22 08:17:54  | 2019-04-22 10:25:09  | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.113.65.99    | 10    | 2019-04-22 14:13:46  | 2019-04-22 18:48:24  | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.113.65.99    | 4    | 2019-04-23 00:18:31  | 2019-04-23 01:40:45  | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.113.65.99    | 3    | 2019-04-23 04:21:53  | 2019-04-23 04:21:53  | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.113.65.99    | 1    | 2019-04-23 08:18:21  | 2019-04-23 08:18:21  | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.113.65.99    | 1    | 2019-04-24 00:18:32  | 2019-04-24 00:18:32  | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.113.65.99    | 3    | 2019-04-24 12:39:05  | 2019-04-24 12:39:05  | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.113.65.99    | 1    | 2019-04-24 15:06:15  | 2019-04-24 15:06:15  | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.113.65.99    | 1    | 2019-04-24 21:49:20  | 2019-04-24 21:49:20  | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.113.65.99    | 9    | 2019-04-25 00:08:40  | 2019-04-25 04:18:14  | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.113.65.99    | 1    | 2019-04-25 08:08:36  | 2019-04-25 08:08:36  | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.113.65.99    | 1    | 2019-04-25 10:39:20  | 2019-04-25 10:39:20  | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8

97.113.65.99    | 1    | 2019-04-26 00:08:41 | 2019-04-26 00:08:41 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.113.65.99    | 2    | 2019-04-26 06:27:57 | 2019-04-26 08:08:36 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.113.65.99    | 1    | 2019-04-26 12:24:06 | 2019-04-26 12:24:06 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.113.65.99    | 5    | 2019-04-26 14:39:59 | 2019-04-26 16:25:37 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.113.65.99    | 1    | 2019-04-27 00:00:42 | 2019-04-27 00:00:42 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.113.65.99    | 2    | 2019-04-27 06:55:31 | 2019-04-27 08:00:42 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.113.65.99    | 1    | 2019-04-28 00:00:42 | 2019-04-28 00:00:42 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.113.65.99    | 4    | 2019-04-28 03:42:00 | 2019-04-28 03:42:27 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.113.65.99    | 1    | 2019-04-28 08:17:09 | 2019-04-28 08:17:09 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.113.65.99    | 3    | 2019-04-29 16:23:06 | 2019-04-29 16:23:06 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.113.65.99    | 3    | 2019-04-30 03:23:13 | 2019-04-30 03:23:16 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.113.65.99    | 3    | 2019-04-30 12:48:04 | 2019-04-30 12:48:05 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.113.65.99    | 2    | 2019-04-30 22:53:46 | 2019-05-01 00:00:52 | SlackWeb/0

Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36 Slack_SSB/3.3.8
97.113.65.99    | 1    | 2019-05-01 08:00:52 | 2019-05-01 08:00:52 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36 Slack_SSB/3.3.8
97.113.65.99    | 3    | 2019-05-01 14:24:21 | 2019-05-01 14:24:22 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36 Slack_SSB/3.3.8
97.113.65.99    | 3    | 2019-05-01 16:36:59 | 2019-05-01 16:37:00 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36 Slack_SSB/3.3.8
97.113.65.99    | 4    | 2019-05-01 18:58:35 | 2019-05-01 18:58:43 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36 Slack_SSB/3.3.8
97.113.65.99    | 4    | 2019-05-01 21:11:36 | 2019-05-01 21:12:03 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36 Slack_SSB/3.3.8
97.113.65.99    | 1    | 2019-05-02 00:11:28 | 2019-05-02 00:11:28 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36 Slack_SSB/3.3.8
13.48.72.59    | 76    | 2019-06-26 11:43:32 | 2019-06-26 13:52:53 | ApiApp/A02
@slack:client/3.13.0 linux/4.15.0-1035-aws node/11.15.0
13.48.72.59    | 2    | 2019-06-26 15:54:46 | 2019-06-26 17:03:01 | ApiApp/A02
@slack:client/3.13.0 linux/4.15.0-1035-aws node/11.15.0
13.48.72.59    | 2    | 2019-06-27 09:53:53 | 2019-06-27 11:27:29 | ApiApp/A02
@slack:client/3.13.0 linux/4.15.0-1035-aws node/11.15.0
13.48.72.59    | 2    | 2019-06-27 15:44:19 | 2019-06-27 16:09:38 | ApiApp/A02
@slack:client/3.13.0 linux/4.15.0-1035-aws node/11.15.0
13.48.72.59    | 2    | 2019-06-27 18:16:52 | 2019-06-27 18:31:43 | ApiApp/A02
@slack:client/3.13.0 linux/4.15.0-1035-aws node/11.15.0
13.48.72.59    | 2    | 2019-06-27 21:15:47 | 2019-06-27 23:01:42 | ApiApp/A02
@slack:client/3.13.0 linux/4.15.0-1035-aws node/11.15.0
13.48.72.59    | 1    | 2019-06-28 02:01:37 | 2019-06-28 02:01:37 | ApiApp/A02
@slack:client/3.13.0 linux/4.15.0-1035-aws node/11.15.0
13.48.72.59    | 1    | 2019-06-28 09:22:59 | 2019-06-28 09:22:59 | ApiApp/A02
@slack:client/3.13.0 linux/4.15.0-1035-aws node/11.15.0
13.48.72.59    | 5    | 2019-06-28 12:23:00 | 2019-06-28 17:03:16 | ApiApp/A02
@slack:client/3.13.0 linux/4.15.0-1035-aws node/11.15.0
13.48.72.59    | 3    | 2019-06-28 19:57:41 | 2019-06-28 22:15:48 | ApiApp/A02
@slack:client/3.13.0 linux/4.15.0-1035-aws node/11.15.0
13.48.72.59    | 1    | 2019-06-29 10:03:04 | 2019-06-29 10:03:04 | ApiApp/A02
@slack:client/3.13.0 linux/4.15.0-1035-aws node/11.15.0

```
13.48.72.59     | 1    | 2019-06-29 15:11:40 | 2019-06-29 15:11:40 | ApiApp/A02
@slack:client/3.13.0 linux/4.15.0-1035-aws node/11.15.0
13.48.72.59     | 1    | 2019-07-01 21:48:06 | 2019-07-01 21:48:06 | ApiApp/A02
@slack:client/3.13.0 linux/4.15.0-1035-aws node/11.15.0
13.48.72.59     | 1    | 2019-07-02 00:56:05 | 2019-07-02 00:56:05 | ApiApp/A02
@slack:client/3.13.0 linux/4.15.0-1035-aws node/11.15.0
13.48.72.59     | 2    | 2019-07-02 13:12:37 | 2019-07-02 14:32:01 | ApiApp/A02
@slack:client/3.13.0 linux/4.15.0-1035-aws node/11.15.0
13.48.72.59     | 1    | 2019-07-02 20:28:25 | 2019-07-02 20:28:25 | ApiApp/A02
@slack:client/3.13.0 linux/4.15.0-1035-aws node/11.15.0
13.48.72.59     | 3    | 2019-07-03 04:56:06 | 2019-07-03 04:58:10 | ApiApp/A02
@slack:client/3.13.0 linux/4.15.0-1035-aws node/11.15.0
13.48.72.59     | 1    | 2019-07-03 10:32:26 | 2019-07-03 10:32:26 | ApiApp/A02
@slack:client/3.13.0 linux/4.15.0-1035-aws node/11.15.0
13.48.72.59     | 7    | 2019-07-03 15:04:49 | 2019-07-03 20:13:01 | ApiApp/A02
@slack:client/3.13.0 linux/4.15.0-1035-aws node/11.15.0
13.48.72.59     | 1    | 2019-07-04 02:50:50 | 2019-07-04 02:50:50 | ApiApp/A02
@slack:client/3.13.0 linux/4.15.0-1035-aws node/11.15.0
13.48.72.59     | 3    | 2019-07-04 21:18:17 | 2019-07-04 22:32:58 | ApiApp/A02
@slack:client/3.13.0 linux/4.15.0-1035-aws node/11.15.0
13.48.72.59     | 1    | 2019-07-05 12:25:54 | 2019-07-05 12:25:54 | ApiApp/A02 @slack:cl
ient/3.13.0 linux/4.15.0-1035-aws node/11.15.0
13.48.72.59     | 1    | 2019-07-05 14:48:58 | 2019-07-05 14:48:58 | ApiApp/A02
@slack:client/3.13.0 linux/4.15.0-1035-aws node/11.15.0
13.48.72.59     | 1    | 2019-07-05 20:56:40 | 2019-07-05 20:56:40 | ApiApp/A02
@slack:client/3.13.0 linux/4.15.0-1035-aws node/11.15.0
13.48.72.59     | 1    | 2019-07-05 23:12:40 | 2019-07-05 23:12:40 | ApiApp/A02
@slack:client/3.13.0 linux/4.15.0-1035-aws node/11.15.0
13.48.72.59     | 1    | 2019-07-06 12:50:41 | 2019-07-06 12:50:41 | ApiApp/A02
@slack:client/3.13.0 linux/4.15.0-1035-aws node/11.15.0
13.48.72.59     | 2    | 2019-07-06 22:05:37 | 2019-07-06 23:08:01 | ApiApp/A02
@slack:client/3.13.0 linux/4.15.0-1035-aws node/11.15.0
13.48.72.59     | 2    | 2019-07-07 01:12:29 | 2019-07-07 02:15:05 | ApiApp/A02
@slack:client/3.13.0 linux/4.15.0-1035-aws node/11.15.0
13.48.72.59     | 3    | 2019-07-07 21:09:02 | 2019-07-07 21:38:07 | ApiApp/A02
@slack:client/3.13.0 linux/4.15.0-1035-aws node/11.15.0
13.48.72.59     | 1    | 2019-07-08 21:35:27 | 2019-07-08 21:35:27 | ApiApp/A02
@slack:client/3.13.0 linux/4.15.0-1035-aws node/11.15.0
13.48.72.59     | 1    | 2019-07-09 04:55:57 | 2019-07-09 04:55:57 | ApiApp/A02
@slack:client/3.13.0 linux/4.15.0-1035-aws node/11.15.0
13.48.72.59     | 1    | 2019-07-09 09:01:43 | 2019-07-09 09:01:43 | ApiApp/A02
@slack:client/3.13.0 linux/4.15.0-1035-aws node/11.15.0
13.48.72.59     | 1    | 2019-07-09 21:28:38 | 2019-07-09 21:28:38 | ApiApp/A02
@slack:client/3.13.0 linux/4.15.0-1035-aws node/11.15.0
13.48.72.59     | 2    | 2019-07-09 23:53:45 | 2019-07-09 23:53:45 | ApiApp/A02
@slack:client/3.13.0 linux/4.15.0-1035-aws node/11.15.0
13.48.72.59     | 1    | 2019-07-10 12:26:22 | 2019-07-10 12:26:22 | ApiApp/A02
@slack:client/3.13.0 linux/4.15.0-1035-aws node/11.15.0
13.48.72.59     | 1    | 2019-07-11 06:32:44 | 2019-07-11 06:32:44 | ApiApp/A02
```

@slack:client/3.13.0 linux/4.15.0-1035-aws node/11.15.0
13.57.9.41       | 1     | 2017-12-12 09:22:05 | 2017-12-12 09:22:05 | ApiApp/A0GP9E18S
Slack Ruby Gem 0.0.1
34.203.207.145   | 1     | 2019-04-22 09:16:39 | 2019-04-22 09:16:39 | ApiApp/A03CMKFPN
172.58.43.22     | 2     | 2019-06-27 19:29:38 | 2019-06-27 19:29:40 |
com.tinyspeck.chatlyio/19.06.20 (iPhone; iOS 12.2; Scale/2.00)
172.58.43.15     | 4     | 2019-06-28 14:22:38 | 2019-06-28 15:12:00 |
com.tinyspeck.chatlyio/19.06.20 (iPhone; iOS 12.2; Scale/2.00)
52.53.245.119   | 1     | 2017-10-18 08:13:56 | 2017-10-18 08:13:56 | ApiApp/A0GP9E18S
Slack Ruby Gem 0.0.1
173.160.198.249 | 6     | 2019-07-22 10:16:59 | 2019-07-22 10:17:26 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.4.2 Chrome/69.0.3497.128 Electron/4.2.1 Safari/537.36 Slack_SSB/3.4.2
46.246.44.18     | 4     | 2019-07-23 09:37:31 | 2019-07-23 09:37:45 | SlackWeb/0
Mozilla/5.0 (Windows NT 10.0.17763; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko)
Slack/4.0.0 Chrome/69.0.3497.128 Electron/4.2.1 Safari/537.36 WindowsStore/10.0.17763
Slack_SSB/4.0.0
46.246.45.169   | 2     | 2019-07-22 06:46:56 | 2019-07-22 06:48:45 | ApiApp/A02
@slack:client/3.13.0 linux/5.1.15-1-default node/11.15.0
96.89.156.51     | 8     | 2019-05-29 15:35:47 | 2019-05-29 17:06:53 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
73.59.57.77     | 3     | 2019-05-23 17:38:22 | 2019-05-23 17:38:23 | SlackWeb/0 Mozilla/5.0
(X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like Gecko)
AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36 Slack_SSB/3.3.8
172.58.43.85     | 1     | 2019-07-12 07:45:11 | 2019-07-12 07:45:11 |
com.tinyspeck.chatlyio/19.07.10 (iPhone; iOS 12.2; Scale/2.00)
50.245.128.227   | 4     | 2019-07-12 15:05:44 | 2019-07-12 15:05:54 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.126.5.183     | 1     | 2019-07-18 00:55:28 | 2019-07-18 00:55:28 |
com.tinyspeck.chatlyio/19.07.20 (iPhone; iOS 12.2; Scale/2.00)
97.126.5.183     | 1     | 2019-07-19 04:54:03 | 2019-07-19 04:54:03 |
com.tinyspeck.chatlyio/19.07.20 (iPhone; iOS 12.2; Scale/2.00)
97.126.5.183     | 1     | 2019-07-19 09:20:27 | 2019-07-19 09:20:27 |
com.tinyspeck.chatlyio/19.07.20 (iPhone; iOS 12.2; Scale/2.00)
97.126.5.183     | 8     | 2019-07-19 12:07:33 | 2019-07-19 13:27:25 |
com.tinyspeck.chatlyio/19.07.20 (iPhone; iOS 12.2; Scale/2.00)
97.126.5.183     | 5     | 2019-07-19 18:36:40 | 2019-07-20 00:17:01 |
com.tinyspeck.chatlyio/19.07.20 (iPhone; iOS 12.2; Scale/2.00)
97.126.5.183     | 1     | 2019-07-20 03:09:11 | 2019-07-20 03:09:11 |
com.tinyspeck.chatlyio/19.07.20 (iPhone; iOS 12.2; Scale/2.00)
97.126.5.183     | 18   | 2019-07-20 15:00:45 | 2019-07-21 00:41:11 |
com.tinyspeck.chatlyio/19.07.20 (iPhone; iOS 12.2; Scale/2.00)
97.126.5.183     | 11   | 2019-07-21 02:51:10 | 2019-07-21 08:35:38 |
com.tinyspeck.chatlyio/19.07.20 (iPhone; iOS 12.2; Scale/2.00)
97.126.5.183     | 1     | 2019-07-21 13:08:22 | 2019-07-21 13:08:22 |

com.tinyspeck.chatlyio/19.07.20 (iPhone; iOS 12.2; Scale/2.00)
97.126.5.183     | 1     | 2019-07-21 17:20:01 | 2019-07-21 17:20:01 |
com.tinyspeck.chatlyio/19.07.20 (iPhone; iOS 12.2; Scale/2.00)
97.126.5.183     | 5     | 2019-07-21 19:30:14 | 2019-07-22 00:41:05 |
com.tinyspeck.chatlyio/19.07.20 (iPhone; iOS 12.2; Scale/2.00)
97.126.5.183     | 1     | 2019-07-22 03:11:39 | 2019-07-22 03:11:39 |
com.tinyspeck.chatlyio/19.07.20 (iPhone; iOS 12.2; Scale/2.00)
96.93.105.243   | 3     | 2019-07-22 14:51:26 | 2019-07-22 14:51:26 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.4.2 Chrome/69.0.3497.128 Electron/4.2.1 Safari/537.36 Slack_SSB/3.4.2
97.113.95.20     | 1     | 2019-06-11 18:51:31 | 2019-06-11 18:51:31 |
com.tinyspeck.chatlyio/19.06.10 (iPhone; iOS 12.2; Scale/2.00)
97.113.82.9       | 34   | 2019-07-07 20:03:37 | 2019-07-08 19:27:58 | SlackWeb/0
Mozilla/5.0 (Windows NT 10.0.17763; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko)
AtomShell/3.4.3 Chrome/69.0.3497.128 Electron/4.2.1 Safari/537.36
WindowsStore/10.0.17763 Slack_SSB/3.4.3
97.113.82.9       | 23   | 2019-07-08 20:28:06 | 2019-07-09 18:25:38 | SlackWeb/0
Mozilla/5.0 (Windows NT 10.0.17763; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko)
AtomShell/3.4.3 Chrome/69.0.3497.128 Electron/4.2.1 Safari/537.36
WindowsStore/10.0.17763 Slack_SSB/3.4.3
34.228.146.246  | 1     | 2019-04-22 09:16:27 | 2019-04-22 09:16:27 | ApiApp/A03CMKFPN
97.113.65.99     | 1     | 2019-04-15 21:42:17 | 2019-04-15 21:42:17 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; rv:60.0) Gecko/20100101 Firefox/60.0
97.113.65.99     | 70   | 2019-04-22 09:08:21 | 2019-04-22 10:37:42 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; rv:60.0) Gecko/20100101 Firefox/60.0
97.113.65.99     | 1     | 2019-04-26 12:34:18 | 2019-04-26 12:34:18 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; rv:60.0) Gecko/20100101 Firefox/60.0
172.58.46.231    | 1     | 2019-05-10 17:12:12 | 2019-05-10 17:12:12 |
com.tinyspeck.chatlyio/19.5.1 (iPhone; iOS 12.2; Scale/2.00)
65.246.71.74     | 2     | 2019-06-27 18:36:54 | 2019-06-27 18:36:57 |
com.tinyspeck.chatlyio/19.06.20 (iPhone; iOS 12.2; Scale/2.00)
65.246.71.74     | 1     | 2019-07-01 10:37:15 | 2019-07-01 10:37:15 |
com.tinyspeck.chatlyio/19.06.20 (iPhone; iOS 12.2; Scale/2.00)
13.56.12.205     | 1     | 2017-08-24 07:41:34 | 2017-08-24 07:41:34 | ApiApp/A0GP9E18S
Slack Ruby Gem 0.0.1
50.251.192.149  | 3     | 2019-05-30 06:43:47 | 2019-05-30 06:43:47 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36 S
lack_SSB/3.3.8
34.232.69.132    | 1     | 2019-04-22 09:22:01 | 2019-04-22 09:22:01 | ApiApp/A03CMKFPN
97.126.5.183     | 8     | 2019-07-19 04:52:12 | 2019-07-19 09:42:55 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.4.2 Chrome/69.0.3497.128 Electron/4.2.1 Safari/537.36 Slack_SSB/3.4.2
97.126.5.183     | 1     | 2019-07-19 11:44:53 | 2019-07-19 11:44:53 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.4.2 Chrome/69.0.3497.128 Electron/4.2.1 Safari/537.36 Slack_SSB/3.4.2
97.126.5.183     | 5     | 2019-07-19 18:16:14 | 2019-07-19 19:19:18 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.4.2 Chrome/69.0.3497.128 Electron/4.2.1 Safari/537.36 Slack_SSB/3.4.2

97.126.5.183    | 3     | 2019-07-19 21:28:52 | 2019-07-20 00:12:20 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.4.2 Chrome/69.0.3497.128 Electron/4.2.1 Safari/537.36 Slack_SSB/3.4.2
97.126.5.183    | 4     | 2019-07-20 06:12:20 | 2019-07-20 08:12:20 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.4.2 Chrome/69.0.3497.128 Electron/4.2.1 Safari/537.36 Slack_SSB/3.4.2
97.126.5.183    | 1     | 2019-07-20 16:12:27 | 2019-07-20 16:12:27 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.4.2 Chrome/69.0.3497.128 Electron/4.2.1 Safari/537.36 Slack_SSB/3.4.2
97.126.5.183    | 9     | 2019-07-20 18:41:55 | 2019-07-20 20:02:23 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.4.2 Chrome/69.0.3497.128 Electron/4.2.1 Safari/537.36 Slack_SSB/3.4.2
97.126.5.183    | 1     | 2019-07-21 00:12:19 | 2019-07-21 00:12:19 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.4.2 Chrome/69.0.3497.128 Electron/4.2.1 Safari/537.36 Slack_SSB/3.4.2
97.126.5.183    | 3     | 2019-07-21 05:25:56 | 2019-07-21 08:17:54 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.4.2 Chrome/69.0.3497.128 Electron/4.2.1 Safari/537.36 Slack_SSB/3.4.2
97.126.5.183    | 4     | 2019-07-21 10:24:12 | 2019-07-21 10:24:19 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.4.2 Chrome/69.0.3497.128 Electron/4.2.1 Safari/537.36 Slack_SSB/3.4.2
97.126.5.183    | 3     | 2019-07-21 13:11:20 | 2019-07-21 16:16:38 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.4.2 Chrome/69.0.3497.128 Electron/4.2.1 Safari/537.36 Slack_SSB/3.4.2
97.126.5.183    | 7     | 2019-07-22 00:16:28 | 2019-07-22 04:10:17 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.4.2 Chrome/69.0.3497.128 Electron/4.2.1 Safari/537.36 Slack_SSB/3.4.2
50.78.164.244   | 3     | 2019-04-29 14:37:05 | 2019-04-29 14:37:05 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.126.10.159   | 9     | 2019-07-16 12:02:35 | 2019-07-16 18:09:03 | SlackWeb/0
Mozilla/5.0 (Windows NT 10.0.17763; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko)
Slack/4.0.0 Chrome/69.0.3497.128 Electron/4.2.1 Safari/537.36 WindowsStore/10.0.17763
Slack_SSB/4.0.0
97.113.142.165  | 8     | 2019-07-22 07:04:08 | 2019-07-22 08:10:58 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.4.2 Chrome/69.0.3497.128 Electron/4.2.1 Safari/537.36 Slack_SSB/3.4.2
50.251.254.99   | 3     | 2019-06-01 12:19:25 | 2019-06-01 12:19:25 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
50.245.130.59   | 3     | 2019-04-28 14:21:19 | 2019-04-28 14:21:19 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.113.80.140   | 1     | 2019-05-12 10:54:41 | 2019-05-12 10:54:41 |
com.tinyspeck.chatlyio/19.5.1 (iPhone; iOS 12.2; Scale/2.00)
97.113.80.140   | 1     | 2019-05-13 23:32:31 | 2019-05-13 23:32:31 |

com.tinyspeck.chatlyio/19.5.1 (iPhone; iOS 12.2; Scale/2.00)
97.113.80.140   | 1     | 2019-05-14 01:39:05 | 2019-05-14 01:39:05 |
com.tinyspeck.chatlyio/19.5.1 (iPhone; iOS 12.2; Scale/2.00)
97.113.80.140   | 1     | 2019-05-14 10:59:11 | 2019-05-14 10:59:11 |
com.tinyspeck.chatlyio/19.5.1 (iPhone; iOS 12.2; Scale/2.00)
97.113.80.140   | 1     | 2019-05-14 23:30:53 | 2019-05-14 23:30:53 |
com.tinyspeck.chatlyio/19.5.1 (iPhone; iOS 12.2; Scale/2.00)
97.113.80.140   | 1     | 2019-05-15 01:46:06 | 2019-05-15 01:46:06 |
com.tinyspeck.chatlyio/19.5.1 (iPhone; iOS 12.2; Scale/2.00)
97.113.80.140   | 1     | 2019-05-16 01:42:33 | 2019-05-16 01:42:33 |
com.tinyspeck.chatlyio/19.5.1 (iPhone; iOS 12.2; Scale/2.00)
97.113.80.140   | 1     | 2019-05-16 11:03:56 | 2019-05-16 11:03:56 |
com.tinyspeck.chatlyio/19.5.1 (iPhone; iOS 12.2; Scale/2.00)
97.113.80.140   | 1     | 2019-05-16 23:23:46 | 2019-05-16 23:23:46 |
com.tinyspeck.chatlyio/19.5.1 (iPhone; iOS 12.2; Scale/2.00)
97.113.80.140   | 1     | 2019-05-17 11:11:08 | 2019-05-17 11:11:08 |
com.tinyspeck.chatlyio/19.5.1 (iPhone; iOS 12.2; Scale/2.00)
97.113.131.87   | 5     | 2019-07-16 18:43:12 | 2019-07-16 22:48:56 | SlackWeb/0
Mozilla/5.0 (Windows NT 10.0.17763; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko)
Slack/4.0.0 Chrome/69.0.3497.128 Electron/4.2.1 Safari/537.36 WindowsStore/10.0.17763
Slack_SSB/4.0.0
172.58.35.151   | 11    | 2019-07-19 13:46:20 | 2019-07-19 17:29:06 |
com.tinyspeck.chatlyio/19.07.20 (iPhone; iOS 12.2; Scale/2.00)
46.246.44.78    | 2     | 2019-07-23 11:24:44 | 2019-07-23 12:01:08 | ApiApp/A02
@slack:client/3.13.0 linux/5.1.15-1-default node/11.15.0
97.113.75.154   | 3     | 2019-06-12 03:34:01 | 2019-06-12 03:34:01 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.113.75.154   | 5     | 2019-06-12 06:19:58 | 2019-06-12 08:09:26 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.113.75.154   | 4     | 2019-06-12 10:48:12 | 2019-06-12 10:48:17 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.113.75.154   | 3     | 2019-06-12 19:56:12 | 2019-06-12 19:56:19 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.113.75.154   | 1     | 2019-06-13 00:09:32 | 2019-06-13 00:09:32 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.113.75.154   | 4     | 2019-06-13 08:09:27 | 2019-06-13 09:53:46 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8

97.113.75.154   | 6     | 2019-06-14 00:03:51 | 2019-06-14 01:20:36 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.113.75.154   | 11    | 2019-06-14 16:50:12 | 2019-06-14 20:19:03 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.113.75.154   | 7     | 2019-06-14 23:23:42 | 2019-06-15 01:15:23 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.113.75.154   | 1     | 2019-06-15 13:27:46 | 2019-06-15 13:27:46 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.113.75.154   | 3     | 2019-06-15 23:42:28 | 2019-06-16 00:36:19 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.113.75.154   | 1     | 2019-06-17 10:53:11 | 2019-06-17 10:53:11 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.113.75.154   | 5     | 2019-06-17 19:07:30 | 2019-06-17 19:29:02 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.113.75.154   | 4     | 2019-06-17 21:49:48 | 2019-06-17 21:50:03 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.113.75.154   | 1     | 2019-06-22 21:16:27 | 2019-06-22 21:16:27 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.113.75.154   | 16    | 2019-06-23 05:32:30 | 2019-06-23 09:48:18 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.113.75.154   | 5     | 2019-06-26 16:49:28 | 2019-06-26 19:23:40 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.113.75.154   | 3     | 2019-06-27 09:43:05 | 2019-06-27 09:43:05 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.113.75.154   | 10    | 2019-06-27 12:00:02 | 2019-06-27 16:23:16 | SlackWeb/0

Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36 Slack_SSB/3.3.8
97.113.75.154   | 9    | 2019-06-27 20:43:35 | 2019-06-28 01:18:13 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36 Slack_SSB/3.3.8
97.113.75.154   | 1    | 2019-06-28 07:02:10 | 2019-06-28 07:02:10 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36 Slack_SSB/3.3.8
97.113.75.154   | 8    | 2019-06-28 10:45:46 | 2019-06-28 12:59:53 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36 Slack_SSB/3.3.8
97.113.75.154   | 9    | 2019-06-28 18:40:58 | 2019-06-28 20:47:14 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36 Slack_SSB/3.3.8
97.113.75.154   | 3    | 2019-06-28 23:18:13 | 2019-06-28 23:18:13 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36 Slack_SSB/3.3.8
97.113.75.154   | 3    | 2019-06-29 02:12:19 | 2019-06-29 02:12:20 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36 Slack_SSB/3.3.8
97.113.75.154   | 1    | 2019-06-29 07:15:04 | 2019-06-29 07:15:04 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36 Slack_SSB/3.3.8
97.113.75.154   | 9    | 2019-06-29 17:35:58 | 2019-06-29 20:59:14 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36 Slack_SSB/3.3.8
97.113.75.154   | 5    | 2019-06-30 13:08:25 | 2019-06-30 14:26:47 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36 Slack_SSB/3.3.8
97.113.75.154   | 4    | 2019-06-30 18:31:52 | 2019-06-30 18:31:58 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36 Slack_SSB/3.3.8
97.113.75.154   | 1    | 2019-07-01 00:09:12 | 2019-07-01 00:09:12 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36 Slack_SSB/3.3.8
97.113.75.154   | 2    | 2019-07-01 06:09:13 | 2019-07-01 07:09:14 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like

Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.113.75.154   | 3     | 2019-07-01 11:29:27 | 2019-07-01 11:29:34 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.113.75.154   | 1     | 2019-07-01 21:51:35 | 2019-07-01 21:51:35 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.113.75.154   | 4     | 2019-07-02 22:02:10 | 2019-07-02 22:02:15 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.113.75.154   | 1     | 2019-07-03 00:11:30 | 2019-07-03 00:11:30 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.113.75.154   | 2     | 2019-07-03 06:11:31 | 2019-07-03 07:11:30 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.113.75.154   | 14    | 2019-07-03 15:36:56 | 2019-07-04 00:22:22 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.113.75.154   | 1     | 2019-07-04 02:40:50 | 2019-07-04 02:40:50 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.113.75.154   | 2     | 2019-07-04 06:01:37 | 2019-07-04 07:01:40 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.113.75.154   | 1     | 2019-07-04 09:24:35 | 2019-07-04 09:24:35 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.113.75.154   | 2     | 2019-07-04 13:10:02 | 2019-07-04 14:33:23 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.126.10.159   | 2     | 2019-07-10 23:44:29 | 2019-07-10 23:44:29 |
com.tinyspeck.chatlyio/19.07.10 (iPhone; iOS 12.2; Scale/2.00)
97.126.10.159   | 2     | 2019-07-11 21:26:47 | 2019-07-11 21:26:49 |
com.tinyspeck.chatlyio/19.07.10 (iPhone; iOS 12.2; Scale/2.00)
97.126.10.159   | 2     | 2019-07-12 05:55:49 | 2019-07-12 05:55:51 |
com.tinyspeck.chatlyio/19.07.10 (iPhone; iOS 12.2; Scale/2.00)
97.126.10.159   | 2     | 2019-07-12 23:24:44 | 2019-07-13 00:30:41 |

com.tinyspeck.chatlyio/19.07.10 (iPhone; iOS 12.2; Scale/2.00)
97.126.10.159   | 4     | 2019-07-13 02:54:16 | 2019-07-13 07:00:55 |
com.tinyspeck.chatlyio/19.07.10 (iPhone; iOS 12.2; Scale/2.00)
97.126.10.159   | 2     | 2019-07-14 14:00:01 | 2019-07-14 15:59:02 |
com.tinyspeck.chatlyio/19.07.10 (iPhone; iOS 12.2; Scale/2.00)
97.126.10.159   | 4     | 2019-07-14 22:03:20 | 2019-07-15 02:23:56 |
com.tinyspeck.chatlyio/19.07.10 (iPhone; iOS 12.2; Scale/2.00)
97.126.10.159   | 1     | 2019-07-15 07:02:08 | 2019-07-15 07:02:08 |
com.tinyspeck.chatlyio/19.07.10 (iPhone; iOS 12.2; Scale/2.00)
97.126.10.159   | 1     | 2019-07-15 09:27:49 | 2019-07-15 09:27:49 |
com.tinyspeck.chatlyio/19.07.10 (iPhone; iOS 12.2; Scale/2.00)
97.126.10.159   | 1     | 2019-07-15 13:09:12 | 2019-07-15 13:09:12 |
com.tinyspeck.chatlyio/19.07.10 (iPhone; iOS 12.2; Scale/2.00)
97.126.10.159   | 6     | 2019-07-15 15:11:34 | 2019-07-15 21:48:16 |
com.tinyspeck.chatlyio/19.07.10 (iPhone; iOS 12.2; Scale/2.00)
97.126.10.159   | 1     | 2019-07-16 00:45:59 | 2019-07-16 00:45:59 |
com.tinyspeck.chatlyio/19.07.10 (iPhone; iOS 12.2; Scale/2.00)
97.126.10.159   | 1     | 2019-07-16 03:08:07 | 2019-07-16 03:08:07 |
com.tinyspeck.chatlyio/19.07.10 (iPhone; iOS 12.2; Scale/2.00)
97.126.10.159   | 2     | 2019-07-16 06:55:08 | 2019-07-16 07:04:49 |
com.tinyspeck.chatlyio/19.07.10 (iPhone; iOS 12.2; Scale/2.00)
97.126.10.159   | 1     | 2019-07-16 09:23:00 | 2019-07-16 09:23:00 |
com.tinyspeck.chatlyio/19.07.10 (iPhone; iOS 12.2; Scale/2.00)
172.58.43.178   | 4     | 2019-06-10 18:44:30 | 2019-06-10 18:46:00 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.126.28.193   | 3     | 2019-05-06 22:30:01 | 2019-05-06 22:30:01 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; rv:60.0) Gecko/20100101 Firefox/60.0
97.126.28.193   | 3     | 2019-05-07 12:18:12 | 2019-05-07 12:18:13 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; rv:60.0) Gecko/20100101 Firefox/60.0
97.126.28.193   | 2     | 2019-05-05 01:47:30 | 2019-05-05 01:47:31 |
com.tinyspeck.chatlyio/19.4.2 (iPhone; iOS 12.2; Scale/2.00)
97.126.28.193   | 2     | 2019-05-07 10:53:18 | 2019-05-07 12:16:17 |
com.tinyspeck.chatlyio/19.4.2 (iPhone; iOS 12.2; Scale/2.00)
97.126.28.193   | 1     | 2019-05-07 17:12:05 | 2019-05-07 17:12:05 |
com.tinyspeck.chatlyio/19.4.2 (iPhone; iOS 12.2; Scale/2.00)
97.126.28.193   | 1     | 2019-05-07 23:32:44 | 2019-05-07 23:32:44 |
com.tinyspeck.chatlyio/19.4.2 (iPhone; iOS 12.2; Scale/2.00)
97.126.28.193   | 1     | 2019-05-08 11:12:53 | 2019-05-08 11:12:53 |
com.tinyspeck.chatlyio/19.4.2 (iPhone; iOS 12.2; Scale/2.00)
97.126.28.193   | 1     | 2019-05-09 01:43:35 | 2019-05-09 01:43:35 |
com.tinyspeck.chatlyio/19.4.2 (iPhone; iOS 12.2; Scale/2.00)
97.126.28.193   | 1     | 2019-05-09 12:21:14 | 2019-05-09 12:21:14 |
com.tinyspeck.chatlyio/19.4.2 (iPhone; iOS 12.2; Scale/2.00)
97.126.28.193   | 1     | 2019-05-09 23:23:53 | 2019-05-09 23:23:53 |
com.tinyspeck.chatlyio/19.4.2 (iPhone; iOS 12.2; Scale/2.00)
97.126.28.193   | 1     | 2019-05-10 11:02:02 | 2019-05-10 11:02:02 |
com.tinyspeck.chatlyio/19.4.2 (iPhone; iOS 12.2; Scale/2.00)

65.246.71.74   | 1   | 2019-07-16 19:36:09 | 2019-07-16 19:36:09 |
com.tinyspeck.chatlyio/19.07.10 (iPhone; iOS 12.2; Scale/2.00)
97.113.95.20   | 3   | 2019-06-10 19:08:57 | 2019-06-10 19:08:58 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.113.95.20   | 1   | 2019-06-11 00:10:50 | 2019-06-11 00:10:50 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.113.95.20   | 1   | 2019-06-11 08:10:43 | 2019-06-11 08:10:43 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.113.95.20   | 8   | 2019-06-12 00:51:30 | 2019-06-12 02:12:19 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
50.78.172.91   | 7   | 2019-07-19 14:43:57 | 2019-07-19 16:50:31 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.4.2 Chrome/69.0.3497.128 Electron/4.2.1 Safari/537.36 Slack_SSB/3.4.2
50.78.172.91   | 3   | 2019-07-22 11:57:16 | 2019-07-22 11:57:16 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.4.2 Chrome/69.0.3497.128 Electron/4.2.1 Safari/537.36 Slack_SSB/3.4.2
172.58.92.210   | 3   | 2019-07-16 13:12:20 | 2019-07-16 14:27:11 |
com.tinyspeck.chatlyio/19.07.10 (iPhone; iOS 12.2; Scale/2.00)
172.58.92.210   | 2   | 2019-07-16 16:35:58 | 2019-07-16 17:54:00 |
com.tinyspeck.chatlyio/19.07.10 (iPhone; iOS 12.2; Scale/2.00)
172.58.92.210   | 1   | 2019-07-16 20:34:37 | 2019-07-16 20:34:37 |
com.tinyspeck.chatlyio/19.07.10 (iPhone; iOS 12.2; Scale/2.00)
97.113.140.150  | 1   | 2019-05-26 00:13:19 | 2019-05-26 00:13:19 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.113.140.150  | 1   | 2019-05-26 08:13:10 | 2019-05-26 08:13:10 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.113.140.150  | 1   | 2019-05-27 00:13:19 | 2019-05-27 00:13:19 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.113.140.150  | 6   | 2019-05-27 08:13:09 | 2019-05-27 10:49:54 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.113.140.150  | 3   | 2019-05-27 15:15:53 | 2019-05-27 15:15:54 | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36

Slack_SSB/3.3.8
97.113.140.150  | 3      | 2019-05-28 05:05:55  | 2019-05-28 05:06:03  | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.113.140.150  | 1      | 2019-05-28 08:13:11  | 2019-05-28 08:13:11  | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.113.140.150  | 1      | 2019-05-29 00:13:19  | 2019-05-29 00:13:19  | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.113.140.150  | 1      | 2019-05-29 08:13:11  | 2019-05-29 08:13:11  | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.113.140.150  | 3      | 2019-05-29 20:31:07  | 2019-05-29 20:31:07  | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.113.140.150  | 1      | 2019-05-30 00:13:20  | 2019-05-30 00:13:20  | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.113.140.150  | 3      | 2019-05-30 12:56:44  | 2019-05-30 12:56:45  | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.113.140.150  | 1      | 2019-05-31 00:12:03  | 2019-05-31 00:12:03  | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.113.140.150  | 1      | 2019-05-31 08:11:55  | 2019-05-31 08:11:55  | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.113.140.150  | 7      | 2019-05-31 17:43:58  | 2019-05-31 18:44:56  | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.113.140.150  | 1      | 2019-06-01 00:12:02  | 2019-06-01 00:12:02  | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.113.140.150  | 1      | 2019-06-01 08:11:55  | 2019-06-01 08:11:55  | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8

97.113.140.150  | 11    | 2019-06-01 13:31:43  | 2019-06-01 17:15:50  | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.113.140.150  | 1    | 2019-06-02 00:12:03  | 2019-06-02 00:12:03  | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.113.140.150  | 1    | 2019-06-02 08:11:55  | 2019-06-02 08:11:55  | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.113.140.150  | 1    | 2019-06-03 00:12:05  | 2019-06-03 00:12:05  | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.113.140.150  | 1    | 2019-06-03 08:11:56  | 2019-06-03 08:11:56  | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.113.140.150  | 4    | 2019-06-03 15:21:53  | 2019-06-03 15:22:02  | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.113.140.150  | 1    | 2019-06-04 00:09:40  | 2019-06-04 00:09:40  | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
97.113.140.150  | 1    | 2019-06-04 08:09:32  | 2019-06-04 08:09:32  | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.3.8 Chrome/66.0.3359.181 Electron/3.1.0-beta.5 Safari/537.36
Slack_SSB/3.3.8
46.246.44.18    | 1    | 2019-07-22 08:20:34  | 2019-07-22 08:20:34  | SlackWeb/0
Mozilla/5.0 (X11; Linux x86_64; Raspbian 15.0; KDE) AppleWebKit/537.36 (KHTML, like
Gecko) AtomShell/3.4.2 Chrome/69.0.3497.128 Electron/4.2.1 Safari/537.36 Slack_SSB/3.4.2



U.S. v. Paige Thompson
CR19-159 RSL
Plaintiff's Exhibit No. 402
Admitted_____

```
[2019-06-27 00:24:49] <paigeadele> my computers running real slow because I'm archiving a shit load of data but
[2019-06-27 00:25:00] [<Slack API Tester> bot] it's a pain in the ass
[2019-06-27 00:25:05] [<Slack API Tester> bot] but seriously, we had a team working on it
[2019-06-27 00:25:08] [<Slack API Tester> bot] for like 9+ months
[2019-06-27 00:25:12] <paigeadele> thats the thing about kubernetes thats always been a "why am I doing this again"
[2019-06-27 00:25:16] [<Slack API Tester> bot] and finally concluded "we can't run k8s, use EKS"
[2019-06-27 00:25:39] <paigeadele> dude so many people are doing it wrong
[2019-06-27 00:25:49] <paigeadele> like Ive found shit loads of eks clusters
[2019-06-27 00:25:57] <paigeadele> exposing 169.254.169.254
[2019-06-27 00:26:01] [<Slack API Tester> bot] KEK
[2019-06-27 00:26:07] [<Slack API Tester> bot] that's one of my favorite scans
[2019-06-27 00:26:08] <paigeadele> 3proxy
[2019-06-27 00:26:18] [<Slack API Tester> bot] I shared it with some blackhat friend of mine and he's found cool shit with it
```



**#netcrave**
👥 15 | 🔒 5

Wednesday, June 26th

**paigeadele** 8:11 PM
lots of fucking work to do

**paigeadele** 8:42 PM
Sigh..

For some reason i lost a whole fleet of miners all at the same time, so i think someone is onto me and they're using pool traffic info or something to correlate the account / miner ips

So im gonna have to start using other wallet addresses

No surprise

Plenty of people don't want me to succeed at anything let alone this and ive been way too liberal with information

I need to go through my hosts and harden stuff theres something someone

And plenty of other opportunities that i can cold start that are far removed from anything that anybody is onto me for

So. Whatever. Heh

**<suckysucky>** APP 8:52 PM
jerkcity has quit the IRC channel

**<neoice>** APP 8:53 PM
haha, I crashed Comic Chat joining here

**<suckysucky>** APP 8:53 PM
jerkcity has quit the IRC channel

**paigeadele** 8:53 PM
Nice

**<neoice>** APP 8:53 PM
and again

shitty

**paigeadele** 8:53 PM
Hmm

Oh

**<neoice>** APP 8:53 PM
works on EFnet still

**paigeadele** 8:53 PM
Znc

Set charset

Not utf8

**<neoice>** APP 8:53 PM
lo

comic chat

has no settings

I could barely figure out how to specify host

**paigeadele** 8:54 PM
Connect to the NC and set the connection settings tonight UTF-8

Znc

Disable your Tips UTF-8

**<neoice>** APP 8:54 PM
also my space bar doesn't work in WINE lol

**paigeadele** 8:55 PM
Dude that's fucked up

**<neoice>** APP 8:55 PM
https://i.imgur.com/MSCLnOF.png (21 kB) ▾

U.S. v. Paige Thompson
CR19-159 RSL
Plaintiff's Exhibit No. 404
Admitted_____

```
[2019-06-26 20:44:10] <paigeadele> For some reason i lost a whole fleet of miners all at the same time, so i think someone is onto me and they're using pool traffic info or something to correlate the account / miner ips
[2019-06-26 20:44:29] <paigeadele> So im gonna have to start using other wallet addresses
[2019-06-26 20:44:38] <paigeadele> No surprise
[2019-06-26 20:45:12] <paigeadele> Plenty of people don't want me to succeed at anything let alone this and ive been way too liberal with information
[2019-06-26 20:46:12] <paigeadele> I need to go through my hosts and harden stuff theres something somewhere someone
[2019-06-26 20:48:07] <paigeadele> And plenty of other opportunities that i can cold start that are far removed from anything that anybody is onto me for
[2019-06-26 20:48:55] <paigeadele> So. Whatever. Heh
```

U.S. v. Paige Thompson
CR19-159 RSL
Plaintiff's Exhibit No. 405
Admitted_____



**Netcrave Com...** ⌄ 🔔
● Blanche Waller

🔍 Jump to...

✉ Threads

**Channels** ⊕
# general
# random
# netcrave
# videohacking

+ Add a channel

**Direct Messages** ⊕
💜 Slackbot ②
● Blanche Waller (you)

+ Invite people

**Apps** ⊕

+ Add apps

**#netcrave**
👥 15 | ⭐ 5 | Never give up on your dreams

Thursday, June 27th

**\<erratic\>** APP 9:57 AM
to notify grafana?

**Bronek** 9:58 AM
Neoice - perhaps they spend all day going to meetings.
Like me yesterday :-(

**\<erratic\>** APP 9:58 AM
that sounds like amazon

**Bronek** 9:58 AM
Not amazon, luckily

**\<neoice\>** APP 9:59 AM
notify() is just a printf() basically lol
and the AST could technically put it anywhere
because it interprets variables procedurally, it's going to wind up doing what you want
but that's a side-effect, not a feature.

**\<erratic\>** APP 10:00 AM
@neoice: https://termbin.com/6v7c
msu = michigan state uni
vodafone == vodafone

**\<neoice\>** APP 10:00 AM
ohio-crash\

**\<erratic\>** APP 10:00 AM
ISRM-WAF-Webrole == capitol one

**\<neoice\>** APP 10:00 AM
go spelunking on govcloud lol

**\<erratic\>** APP 10:00 AM
ohio crash == ohio.gov dept of transportation

**\<neoice\>** APP 10:01 AM
oof

**\<erratic\>** APP 10:01 AM
yeah....

**\<neoice\>** APP 10:01 AM
sketchy shit
don't go to jail plz

**\<erratic\>** APP 10:01 AM
wa wa wa wa, wa wa wa wa wa wa wawaaaaaaaaaaaa
Im like > ipredator > tor > s3 on all this shit ..
I wanna get it off my server thats why Im archiving all of it lol
its all encrypted
I just dont want it around though
I gotta find somewhere to store it
that infobloxcto one is interesting
they have > 500 docker containers
copied
need to archive those
weird shit though all written in go
like they make shitty stuff imho

**\<neoice\>** APP 10:04 AM

U.S. v. Paige Thompson
CR19-159 RSL
Plaintiff's Exhibit No. 406
Admitted_____

```
[2019-06-27 17:00:27] [<Slack API Tester> bot] msu = michigan state uni
[2019-06-27 17:00:34] [<Slack API Tester> bot] vodafone == vodafone
[2019-06-27 17:00:37] [<Slack API Tester> bot] ohio-crash\
[2019-06-27 17:00:45] [<Slack API Tester> bot] ISRM-WAF-Webrole == capitol one
[2019-06-27 17:00:47] [<Slack API Tester> bot] go spelunking on govcloud lol
[2019-06-27 17:00:56] [<Slack API Tester> bot] ohio crash == <http://ohio.gov|ohio.gov> dept of transportation
[2019-06-27 17:01:00] [<Slack API Tester> bot] oof
[2019-06-27 17:01:15] [<Slack API Tester> bot] yeah....
[2019-06-27 17:01:24] [<Slack API Tester> bot] sketchy shit
[2019-06-27 17:01:28] [<Slack API Tester> bot] don't go to jail plz
[2019-06-27 17:01:33] [<Slack API Tester> bot] wa wa wa wa, wa wa wa wa wa wa wawaaaaaaaaaaaa
[2019-06-27 17:02:10] [<Slack API Tester> bot] Im like &gt; ipredator &gt; tor &gt; s3 on all this shit ..
[2019-06-27 17:02:32] [<Slack API Tester> bot] I wanna get it off my server thats why Im archiving all of it lol
[2019-06-27 17:02:43] [<Slack API Tester> bot] its all encrypted
[2019-06-27 17:02:49] [<Slack API Tester> bot] I just dont want it around though
[2019-06-27 17:02:59] [<Slack API Tester> bot] I gotta find somewhere to store it
[2019-06-27 17:03:35] [<Slack API Tester> bot] that infobloxcto one is interesting
[2019-06-27 17:03:43] [<Slack API Tester> bot] they have &gt; 500 docker containers
[2019-06-27 17:03:47] [<Slack API Tester> bot] copied
[2019-06-27 17:03:50] [<Slack API Tester> bot] need to archive those
[2019-06-27 17:03:56] [<Slack API Tester> bot] weird shit though all written in go
[2019-06-27 17:04:06] [<Slack API Tester> bot] like they make shitty stuff imho
[2019-06-27 17:04:12] [<Slack API Tester> bot] have you tried to decompile golang?
[2019-06-27 17:04:15] [<Slack API Tester> bot] it looks like shiiiiiit
[2019-06-27 17:04:20] [<Slack API Tester> bot] yes I did
[2019-06-27 17:04:35] [<Slack API Tester> bot] because I wanted to see if I could decompile it to something comprehensible
[2019-06-27 17:04:40] [<Slack API Tester> bot] like 4-8MB of nonsense just for Hello World
[2019-06-27 17:04:45] [<Slack API Tester> bot] <https://github.com/Infoblox-CTO>
```

U.S. v. Paige Thompson
CR19-159 RSL
Plaintiff's Exhibit No. 407
Admitted_____

**Netcrave Com...** ∨ △
● Blanche Waller

≡Q Jump to...

◎ Threads

Channels ⊕
# general
# random
# netcrave
# videohacking

+ Add a channel

Direct Messages ⊕
♥ Slackbot ①
● Blanche Waller (you)

+ Invite people

Apps ⊕

+ Add apps

---

**#netcrave**
♟ 15 | ☆ 5

Thursday, June 27th

or in our in-house tools that are driven off git commits and CI?

do you just poke the AWS Console and fiddle your dick through a hole in your pants pocket?

 **<erratic>** APP 4:55 PM
total 485G
drwxr-xr-x  7 erratic root  4.0K Jun 27 15:31 .
-rw-r--r--  1 erratic users  55K Jun 27 00:00 42lines.net.tar.xz
drwxr-xr-x 12 root    root  4.0K May 29 09:26 ..
drwxr-xr-x 669 erratic users  36K Jun 27 18:23 ISRM-WAF-Role
-rw-r--r--  1 erratic users  28G Jun 27 18:55 ISRM-WAF-Role.tar.xz
-rw-r--r--  1 erratic users  35G Jun 27 15:31 Rotate_Access_key.tar.xz
-rw-r--r--  1 erratic users  25G Jun 27 10:08 apperian.tar.xz
-rw-r--r--  1 erratic users  264 Jun 27 00:00 apperian2.tar.xz
-rw-r--r--  1 erratic users  12K Jun 27 00:00 astem.tar.xz
-rw-r--r--  1 erratic users  28G Jun 27 09:46 cicd-instance.tar.xz
drwxr-xr-x 67 erratic users 4.0K Jun 27 18:50 code_deploy_role
-rw-r--r--  1 erratic users  59G Jun 27 18:55 code_deploy_role.tar.xz
drwxr-xr-x 39 erratic users  12K Jun 27 15:24 ec2_s3_role
-rw-r--r--  1 erratic users  76G Jun 27 18:55 ec2_s3_role.tar.xz
-rw-r--r--  1 erratic users 9.8G Jun 27 13:16 ecs.tar.xz
-rw-r--r--  1 erratic users 2.3G Jun 27 03:26 ford.tar.xz
-rw-r--r--  1 erratic users 224M Jun 27 00:06 fuckup.tar.xz
-rw-r--r--  1 erratic users  38G Jun 27 15:28 globalgarner.tar.xz
-rw-r--r--  1 erratic users  408 Jun 27 00:00 hslonboarding-prod-backup1.tar.xz
-rw-r--r--  1 root    root  8.0G Jun  3 23:11 identiphy.img
-rw-r--r--  1 erratic users 1.4M Jun 27 00:00 identiphy.tar.xz
-rw-r--r--  1 erratic users 204K Jun 27 00:00 infobloxcto.tar.xz
-rw-r--r--  1 erratic users  13G Jun 27 03:15 iwcodeacademy.tar.xz
-rw-r--r--  1 erratic users 408M Jun 27 00:54 s3_logrotate_role.tar.xz
-rw-r--r--  1 erratic users 356M Jun 27 04:45 safesocial.tar.xz
-rw-r--r--  1 erratic users 4.5G Jun 27 04:10 service_devops.tar.xz
-rw-r--r--  1 erratic users  11G Jun 27 07:29 starofservice.tar.xz
drwxr-xr-x  9 erratic users 4.0K Jun 27 17:57 unicredit

**<neoice>** APP 4:56 PM
duuuude

 **<erratic>** APP 4:56 PM
-rw-r--r--  1 erratic users  63G Jun 27 18:55 unicredit.tar.xz

**<neoice>** APP 4:56 PM
stahp

 **<erratic>** APP 4:56 PM
-rw-r--r--  1 erratic users  21K Jun 27 00:00 user-data.tar.xz
-rw-r--r--  1 erratic users  27G Jun 27 14:04 wakoopa.tar.xz
drwxr-xr-x 99 erratic users  12K Jun 27 18:30 webrole2_s3

 **<neoice>** APP 4:56 PM
user-data.tar.xz haha

U.S. v. Paige Thompson
CR19-159 RSL
Plaintiff's Exhibit No. 408
Admitted_____

```
[2019-06-27 16:55:41] [<Slack API Tester> bot] total 485G
[2019-06-27 16:55:41] [<Slack API Tester> bot] drwxr-xr-x   7 erratic root  4.0K Jun 27 15:31 .
[2019-06-27 16:55:41] [<Slack API Tester> bot] -rw-r--r--   1 erratic users  55K Jun 27 00:00 42lines.net.tar.xz
[2019-06-27 16:55:41] [<Slack API Tester> bot] drwxr-xr-x  12 root     root  4.0K May 29 09:26 ..
[2019-06-27 16:55:42] [<Slack API Tester> bot] drwxr-xr-x 669 erratic users  36K Jun 27 18:23 ISRM-WAF-Role
[2019-06-27 16:55:44] [<Slack API Tester> bot] -rw-r--r--   1 erratic users  28G Jun 27 18:55 ISRM-WAF-Role.tar.xz
[2019-06-27 16:55:46] [<Slack API Tester> bot] -rw-r--r--   1 erratic users  35G Jun 27 15:31 Rotate_Access_key.tar.xz
[2019-06-27 16:55:49] [<Slack API Tester> bot] -rw-r--r--   1 erratic users  25G Jun 27 10:08 apperian.tar.xz
[2019-06-27 16:55:51] [<Slack API Tester> bot] -rw-r--r--   1 erratic users  264 Jun 27 00:00 apperian2.tar.xz
[2019-06-27 16:55:54] [<Slack API Tester> bot] -rw-r--r--   1 erratic users  12K Jun 27 00:00 astem.tar.xz
[2019-06-27 16:55:56] [<Slack API Tester> bot] -rw-r--r--   1 erratic users  28G Jun 27 09:46 cicd-instance.tar.xz
[2019-06-27 16:55:59] [<Slack API Tester> bot] drwxr-xr-x  67 erratic users 4.0K Jun 27 18:50 code_deploy_role
[2019-06-27 16:56:01] [<Slack API Tester> bot] -rw-r--r--   1 erratic users  59G Jun 27 18:55 code_deploy_role.tar.xz
[2019-06-27 16:56:04] [<Slack API Tester> bot] drwxr-xr-x  39 erratic users  12K Jun 27 15:24 ec2_s3_role
[2019-06-27 16:56:06] [<Slack API Tester> bot] -rw-r--r--   1 erratic users  76G Jun 27 18:55 ec2_s3_role.tar.xz
[2019-06-27 16:56:09] [<Slack API Tester> bot] -rw-r--r--   1 erratic users 9.8G Jun 27 13:16 ecs.tar.xz
[2019-06-27 16:56:11] [<Slack API Tester> bot] -rw-r--r--   1 erratic users 2.3G Jun 27 03:26 ford.tar.xz
[2019-06-27 16:56:14] [<Slack API Tester> bot] -rw-r--r--   1 erratic users 224M Jun 27 00:06 fuckup.tar.xz
[2019-06-27 16:56:16] [<Slack API Tester> bot] -rw-r--r--   1 erratic users  38G Jun 27 15:28 globalgarner.tar.xz
[2019-06-27 16:56:19] [<Slack API Tester> bot] -rw-r--r--   1 erratic users  408 Jun 27 00:00 hslonboarding-prod-backup1.tar.xz
[2019-06-27 16:56:23] [<Slack API Tester> bot] -rw-r--r--   1 root     root 8.0G Jun  3 23:11 identiphy.img
[2019-06-27 16:56:24] [<Slack API Tester> bot] -rw-r--r--   1 erratic users 1.4M Jun 27 00:00 identiphy.tar.xz
[2019-06-27 16:56:27] [<Slack API Tester> bot] -rw-r--r--   1 erratic users 204K Jun 27 00:00 infobloxcto.tar.xz
[2019-06-27 16:56:29] [<Slack API Tester> bot] -rw-r--r--   1 erratic users  13G Jun 27 03:15 iwcodeacademy.tar.xz
[2019-06-27 16:56:32] [<Slack API Tester> bot] -rw-r--r--   1 erratic users 408M Jun 27 00:54 s3_logrotate_role.tar.xz
[2019-06-27 16:56:34] [<Slack API Tester> bot] -rw-r--r--   1 erratic users 356M Jun 27 04:45 safesocial.tar.xz
[2019-06-27 16:56:37] [<Slack API Tester> bot] -rw-r--r--   1 erratic users 4.5G Jun 27 04:10 service_devops.tar.xz
[2019-06-27 16:56:39] [<Slack API Tester> bot] -rw-r--r--   1 erratic users  11G Jun 27 07:29 starofservice.tar.xz
[2019-06-27 16:56:42] [<Slack API Tester> bot] drwxr-xr-x   9 erratic users 4.0K Jun 27 17:57 unicredit
[2019-06-27 16:56:42] [<Slack API Tester> bot] duuuude
[2019-06-27 16:56:44] [<Slack API Tester> bot] -rw-r--r--   1 erratic users  63G Jun 27 18:55 unicredit.tar.xz
[2019-06-27 16:56:46] [<Slack API Tester> bot] stahp
[2019-06-27 16:56:47] [<Slack API Tester> bot] -rw-r--r--   1 erratic users  21K Jun 27 00:00 user-data.tar.xz
[2019-06-27 16:56:49] [<Slack API Tester> bot] -rw-r--r--   1 erratic users  27G Jun 27 14:04 wakoopa.tar.xz
[2019-06-27 16:56:52] [<Slack API Tester> bot] drwxr-xr-x  99 erratic users  12K Jun 27 18:30 webrole2_s3
[2019-06-27 16:56:53] [<Slack API Tester> bot] user-data.tar.xz haha
[2019-06-27 16:56:54] [<Slack API Tester> bot] -rw-r--r--   1 erratic users  61G Jun 27 18:55 webrole2_s3.tar.xz
[2019-06-27 16:57:07] <paigeadele> there it should be done now
```

U.S. v. Paige Thompson
CR19-159 RSL
Plaintiff's Exhibit No. 409
Admitted_____





Image from iOS
paigeadele Jun 27th at 4:57 PM





U.S. v. Paige Thompson
CR19-159 RSL
Plaintiff's Exhibit No. 411
Admitted_____

```
[2019-06-27 23:57:52] paigeadele shared file(s) FKMJQCDTM
[2019-06-27 23:58:13] <paigeadele> Mah chain mah chain
[2019-06-27 23:58:52] <paigeadele> Im gonna try to hit up a bitcoin atm
[2019-06-27 23:59:21] <paigeadele> Which if i can im gonna use to get my bank acc reopened
```

U.S. v. Paige Thompson
CR19-159 RSL
Plaintiff's Exhibit No. 412
Admitted_____



**#netcrave**
👥 15 | ⚡ 5

Friday, June 28th

none of us want to deal with OPM interviews and shit

**paigeadele** 4:42 PM
Dude they polygraph you

**<neoice>** APP 4:42 PM
it sounds like most cloud providers are trying really hard to secure stuff in such a way that you don't *need* to be super classified

like Azure's Gov controls sound dope

basically all the stuff Microsoft is doing in the auth/ID management space for businesses but 10x because it's MS Internal and they can actually do it.

**paigeadele** 4:43 PM
You shouldnt have classified info if you dont know how to encrypt data and handle it

**<neoice>** APP 4:43 PM
exactly

**paigeadele** 4:43 PM
Is the bottom line

**<neoice>** APP 4:43 PM
we're talking about how to implement customer-controlled keys as a prereq for classified and beyond

we don't even want the ability to decrypt shit.

on accident

**paigeadele** 4:44 PM
Like thats always gonna be the thing is can you ensure it without having to rely on another party to do it for you

Having the software to do it is one thing

I donno

Some people disagree but

In places where classification and encryption is just a formality then sure i guess

But it begs the question is it worth it at all

**<neoice>** APP 4:46 PM
I mean, if you're a multi-tenant provider, you pretty much have to at least encrypt to avoid leaking between tenants

**paigeadele** 4:47 PM
Yeah thats true

Its weird what the world has come to and yet despite how important security is for some i can still login into so much with admin/admin

And just trivial inexcusable shit

**<neoice>** APP 4:50 PM

U.S. v. Paige Thompson
CR19-159 RSL
Plaintiff's Exhibit No. 413
Admitted_____



Netcrave Com...
Blanche Waller
Jump to...
Threads
Channels
# general
# random
# netcrave
# videohacking
+ Add a channel
Direct Messages
Slackbot 1
Blanche Waller (you)
+ Invite people
Apps
+ Add apps

**#netcrave**
15 | 5

Monday, July 8th

```
/dev/vda1 on / type ext4 (rw,relatime,block_validity,delalloc,barrier,user_xattr,acl)
root@ubuntu:/home/ubuntu# debugfs -R features /dev/disk/by-label/cloudimg-rootfs
debugfs 1.42.13 (17-May-2015)
Filesystem features: ext_attr resize_inode dir_index filetype extent flex_bg sparse_super large_file huge_file uninit_bg dir_nlink extra_isize
root@ubuntu:/home/ubuntu#
```

I'm not real familiar with how the journal works but does the journaling that was on still reside somewhere on disk or has it been deleted when it was disabled

also just checked on another vm that still has journaling enabled if theres a flag and there is

```
ubuntu@ip-172-31-7-32:~$ sudo debugfs -R features /dev/disk/by-label/cloudimg-rootfs
debugfs 1.44.1 (24-Mar-2018)
Filesystem features: has_journal ext_attr resize_inode dir_index filetype needs_recovery extent 64bit flex_bg sparse_super large_file huge_file dir_nlink extra_isize metadata_csum
```

so I guess its safe to assume it is actually disabled but afaik and last time I checked disabled doesn't necessarily mean deleted

one more thing can I remount it ro again

yeah evidently you can

still @neoice tell me how filesystem journaling works on ext4

**paigeadele** 11:24 PM
well this is cool

asides from that one exception Ive got a pretty comprehensive CYA routine

**paigeadele** 11:32 PM

```
debugfs:  root@ubuntu:/homdebugfs /dev/disk/by-label/cloudimg-rootfs
debugfs 1.42.13 (17-May-2015)
debugfs:  logdump /tmp/image
logdump: Read-only file system while opening /tmp/image for logdump
debugfs:  logdump /dev/shm/image
logdump: filesystem has no journal
debugfs:
```

Tuesday, July 9th

**paigeadele** 12:06 AM
this virus is looking pritty good https://termbin.com/I7u6

I think I'm gonna call it quits

yep, works

U.S. v. Paige Thompson
CR19-159 RSL
Plaintiff's Exhibit No. 414
Admitted____________________

[2019-07-08 23:14:40] <paigeadele> I'm not real familiar with how the journal works but does the journaling that was on still reside somewhere on disk or has it been deleted when it was disabled
[2019-07-08 23:16:33] <paigeadele> also just checked on another vm that still has journaling enabled if theres a flag and there is
```
ubuntu@ip-172-31-7-32:~$ sudo debugfs -R features /dev/disk/by-label/cloudimg-rootfs
debugfs 1.44.1 (24-Mar-2018)
Filesystem features: has_journal ext_attr resize_inode dir_index filetype needs_recovery extent 64bit flex_bg sparse_super large_file huge_file dir_nlink extra_isize metadata_csum
```
so I guess its safe to assume it is actually disabled but afaik and last time I checked disabled doesn't necessarily mean deleted
[2019-07-08 23:16:56] <paigeadele> one more thing can I remount it ro again
[2019-07-08 23:18:07] <paigeadele> yeah evidently you can
[2019-07-08 23:18:50] <paigeadele> still neoice tell me how filesystem journaling works on ext4
[2019-07-08 23:24:39] <paigeadele> well this is cool
[2019-07-08 23:25:01] <paigeadele> asides from that one exception Ive got a pretty comprehensive CYA routine
[2019-07-08 23:32:16] <paigeadele> ```
debugfs:  root@ubuntu:/homdebugfs /dev/disk/by-label/cloudimg-rootfs
debugfs 1.42.13 (17-May-2015)
debugfs:  logdump /tmp/image
logdump: Read-only file system while opening /tmp/image for logdump
debugfs:  logdump /dev/shm/image
logdump: filesystem has no journal
debugfs:
```

U.S. v. Paige Thompson
CR19-159 RSL
Plaintiff's Exhibit No. 415
Admitted_____



U.S. v. Paige Thompson
CR19-159 RSL
Plaintiff's Exhibit No. 416
Admitted_____

---- 2019-07-09 ----

[2019-07-09 00:06:55] <paigeadele> this virus is looking pritty good <https://termbin.com/l7u6>

[2019-07-09 00:07:02] <paigeadele> I think I'm gonna call it quits

[2019-07-09 00:11:42] <paigeadele> yep, works

[2019-07-09 00:18:36] <paigeadele> <https://gist.github.com/paigeadelethompson/4555c7de22cc4e6749ad90ef976a54f9> jillianlenox you know that script I was talking about yesterday? the one that I needed to fix but had been putting off and didn't really wanna?

[2019-07-09 00:19:53] <paigeadele> necessity is pretty loosely defined

[2019-07-09 00:22:12] <paigeadele> ```

Do the needful: To do that which is necessary or required, with the respectful implication that the other party is trusted to understand what needs doing without being given detailed instruction.```

[2019-07-09 00:27:49] <paigeadele> ah yeah I was gonna make $repos / sources.list a region aware script right now it just uses the apt mirrors in us-east-1 but I have code in some of the embedded scripts which is region agnostic

[2019-07-09 00:28:25] <paigeadele> like the miner pool servers, are regional so it makes since to use the ones closet to your TZ

[2019-07-09 00:29:15] <paigeadele> I just never bothered for the dpkg servers though, but I started thinking about it and Im wondering if perhaps hitting those cross region is tipping somebody off

[2019-07-09 00:30:12] <paigeadele> if there is some kind of metric somewhere for cross region dpkg mirror usage on some dashboard that somebody looks at .. I mean that seems like a real possibility to me

[2019-07-09 00:31:37] <paigeadele> its a thing that isn't necesarrily a problem and doesn't need to become one if they have apt mirrors that are regional then they should be used accordingly and it probably sticks out like a sore thumb if it is measured I doubt too many people do it except by accident?

[2019-07-09 00:34:52] <paigeadele> the other thing is Iknow that someone in one of the regions managed to figure out how to look at the ip addresses for pool traffic I think because 20 nodes got taken out in the same instant and I know that they must've gotten the ips in order to find all of the different accounts, 1 of which was delayed which means a ticket for each region that they were end was opened, and one of the tickets wasn't responded to as quickly as the others (probably heathrow and eu-west-1)

[2019-07-09 00:35:03] <paigeadele> not 100% on that but I'm pretty sure those guys are on top of shit

[2019-07-09 00:35:37] <paigeadele> whereas the ohio regon, they are not on top of shit because its a very new region and ITS FUCKING OHIO

[2019-07-09 00:36:15] <paigeadele> you know the state that supposedly the movie gummo the story took place in?

U.S. v. Paige Thompson
CR19-159 RSL
Plaintiff's Exhibit No. 417
Admitted_____

[2019-07-09 00:36:24] <paigeadele> yeah that place

[2019-07-09 00:37:41] <paigeadele> gummo == real life documentary

[2019-07-09 00:40:43] <paigeadele> but anyway, the point is, the way they were finding all of the IPs so quickly is by looking at the blocks I guess? they all had the same account id but now that has changed and each deployment will use a separate wallet and I suspect it will take them significantly longer to locate and stop all of the instances if the instances don't hit their billing limit before they are found first.

[2019-07-09 00:41:06] <paigeadele> pretty trivial fix if it works

[2019-07-09 00:41:21] <paigeadele> moreover

[2019-07-09 00:46:04] <paigeadele> I changed the script to move everything and all of the work onto the ramdisk, which effectively leaves the customer unable to do any kind of forensic recovery asides from the packages installed in /usr, and pretty much the only people who could theoretically recover anything would be Amazon, HOWEVER, this is implying that your avg on-call for ec2-security knows the procedure for accessing a guests memory using the hypervisor controls in order to get a memory dump to a file. It's not a very common practice except in the context of virtualization debugging. Even so once you have the memory dump this implies that the operator is competent enough to load it up into gdb, go through the stack frames, and knows what they're looking for; for all they know, they could just be looking at a 400GB memory dump of literally nothing out of the ordinary unless their suspicion is to find /dev/shm and what was stored there.

[2019-07-09 00:46:28] <paigeadele> its very unlikely and even so, its just one wallet

[2019-07-09 00:48:08] <paigeadele> also the script disables journaling on the filesystem live which is just crazy I didn't even know you could because who the fuck ever wants to remount their / fs read only for anything without a reboot ? and then mount it back to rw after turning off the journaling xD finishing the install and then mounting it back readonly xD

[2019-07-09 00:48:20] <paigeadele> fucking crazy

[2019-07-09 00:49:41] <paigeadele> something else of interest is all of the guest out of band shit that runs on an ec2 instance

[2019-07-09 00:50:24] <paigeadele> ssm

[2019-07-09 00:50:28] <paigeadele> and cloud-init

[2019-07-09 00:52:00] <paigeadele> ```

# Netcrave Com...
● Blanche Waller

≡ᵩ Jump to...

ⓠ Threads

**Channels** ⊕
# general
# random
# netcrave
# videohacking

+ Add a channel

**Direct Messages** ⊕
♥ **Slackbot**  1
● Blanche Waller (you)

+ Invite people

**Apps** ⊕

## #netcrave
👥 15 | ⤨ 5

**paigeadele** 2:26 AM
bleeech

slept forevs

need to check the scanner nets

illegal net phishing on the lulzboat

*hugs* @Jillian

glad youre doing better

think my phone batt is dead

**Jillian** 2:33 AM
ok

im trying to stay positive, but im coughing up blood tonight

**paigeadele** 2:37 AM
oh no 😥

well try to take it easy still and see your doctor again soon

**Jillian** 2:51 AM
so

you still wanna chat?

U.S. v. Paige Thompson
CR19-159 RSL
Plaintiff's Exhibit No. 418
Admitted_____



**#netcrave**
👥 16 | ⚡ 5 | Never give up on your dreams

Friday, July 19th

and I'm like "bruh."

**<erratic>** APP 10:26 PM
I dont give af if they live with their parents

I mean eventually like no but you know

**<neoice>** APP 10:27 PM
just like chronic un/under-employment

people without cars, people without the ability to even GO do fun shit cause they're so broke or overworked and broke.

like I know poverty is shit and often difficult to escape

**<erratic>** APP 10:27 PM
whatever I'll be employed again soon and if I had a partner I could have them take over my cryptojacking enterprise and be a stay at home

**<neoice>** APP 10:28 PM
haha

**<erratic>** APP 10:28 PM
will give me more motivation to work harder

**<neoice>** APP 10:28 PM
stay-at-home waifu haxor

**<erratic>** APP 10:28 PM
exactly!

now you're speaking my language

speaking of which I need to figure out a way to automate my shit 100%

I don't have anything thats not already well established

actually I setup my router in yast

and it sorta works but its kinda fucky for some reason

but I can autoyast that which I've never tried but miah said she had problems with autoyaster and that it was kind of a pita

I need to finish this https://github.com/paigeadelethompson/netcrave_dyndns

you know I can appreciate that they don't have an oauth api if the reason is because they just wanted to keep shit simple and implementing a proper oauth infra wasn't in the cards for them

this shit is all wrong anyway though and I dont think their node js client is working right

guess I could try this ruby client

**<neoice>** APP 10:34 PM
ruby all the things

**paigeadele** 10:35 PM
you sure you wouldn't rather write your whole os in perl bro

ruby reminds me a lot of perl

I fucked with a lot of perl code back in the day I never could commit to like making anything with it though I always just hacked shit together and then when I got to amazon it became a necessity

U.S. v. Paige Thompson
CR19-159 RSL
Plaintiff's Exhibit No. 419
Admitted_____

```
[2019-07-19 22:27:59] [<Slack API Tester> bot] whatever I'll be employed again soon and if I had a partner I could have them take over my cryptojacking enterprise and be a stay at home
[2019-07-19 22:28:07] [<Slack API Tester> bot] haha
[2019-07-19 22:28:09] [<Slack API Tester> bot] will give me more motivation to work harder
[2019-07-19 22:28:13] [<Slack API Tester> bot] stay-at-home waifu haxor
[2019-07-19 22:28:26] [<Slack API Tester> bot] exactly!
[2019-07-19 22:28:30] [<Slack API Tester> bot] now you're speaking my language
[2019-07-19 22:29:27] [<Slack API Tester> bot] speaking of which I need to figure out a way to automate my shit 100%
```

U.S. v. Paige Thompson
CR19-159 RSL
Plaintiff's Exhibit No. 420
Admitted_____