-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA512

account_id: 1136835740380192768
created_at: 2019-06-07 03:22:16 +0000
updated_at: 2019-08-24 15:25:38 +0000
email: paigeadele2019@gmail.com
created_via: oauth:268278
screen_name: 0xA3A97B6C
time_zone: Pacific Time (US & Canada)
********************
-----BEGIN PGP SIGNATURE-----
Comment: GPGTools - https://gpgtools.org

iQEcBAEBCgAGBQJdbFDqAAoJEHHJ+AuGRPzzLKMH/RKbJGKy98x//puB4707Sp98
amQCF27/CO8b7EGYxU1zoh7xrSFIzpfDtVw1NsfAEnbM52mwztVS3pIbuaS5MCxk
T4jKXZLX7KaysjDpwLiH7RWzqc0KIKT1aDhgSvO9u0anNlMajSmxnNsyaUdc6Ld0
951FboHcuh3l2mMIuPyXfvJ9wiqkUIoiqvsCCO0qJiaFLWIjm4TESd7tjMissR55
r6mySINvC8stU3RZNNmcdg/2uRQ8BlPiqMPhgMGer9TM+z3ZCvQUQDK5zjWjVzi2
kxooPb92cBmaoUJsM4NO0WQr8DFyUPqtQ2aFpqILNX9i39L+HvBD+mokyGbaMII=
=I21B
-----END PGP SIGNATURE-----

U.S. v. Paige Thompson
CR19-159 RSL
Plaintiff's Exhibit No. 431
Admitted_____

**** Tweet ID #1140171379049766912 ****
{
  "created_at" : "Sun Jun 16 08:16:54 +0000 2019",
  "id" : 1140171379049766912,
  "id_str" : "1140171379049766912",
  "full_text" : "@fouroctets And then i hack into their ec2 instances, assume-role their iam instance profiles, take over thr account and corrupt SSM, deploying my backdoor, mirror their s3 buckets, and convert any snapshots i want to volumes and mirror the volumes i want via storage gateway",
  "truncated" : false,
  "display_text_range" : [ 12, 275 ],
  "source" : "<a href=\"http://twitter.com/download/iphone\" rel=\"nofollow\">Twitter for iPhone</a>",
  "in_reply_to_status_id" : 1140090880210038784,
  "in_reply_to_status_id_str" : "1140090880210038784",
  "in_reply_to_user_id" : 3185889936,
  "in_reply_to_user_id_str" : "3185889936",
  "in_reply_to_screen_name" : "fouroctets",
  "geo" : null,
  "coordinates" : null,
  "place" : null,
  "contributors" : null,
  "retweet_count" : 0,
  "favorite_count" : 7,
  "favorited" : false,
  "retweeted" : false,
  "lang" : "en"
}
**** Tweet ID #1140172263548784640 ****
{
  "created_at" : "Sun Jun 16 08:20:25 +0000 2019",
  "id" : 1140172263548784640,
  "id_str" : "1140172263548784640",
  "full_text" : "@fouroctets Then i launch an instance into their vpc with access to aurora, attach the correct security profile and dump your mysql to local 32tb storage, luks encrypted, perhaps using a customer gateway to vpc ipsec session over openvpn, over socks proxies depending on how lucky im feeling",

```
 "truncated" : false,
 "display_text_range" : [ 12, 291 ],
 "source" : "<a href=\"http://twitter.com/download/iphone\" rel=\"nofollow\">Twitter for iPhone</a>",
 "in_reply_to_status_id" : 1140090880210038784,
 "in_reply_to_status_id_str" : "1140090880210038784",
 "in_reply_to_user_id" : 3185889936,
 "in_reply_to_user_id_str" : "3185889936",
 "in_reply_to_screen_name" : "fouroctets",
 "geo" : null,
 "coordinates" : null,
 "place" : null,
 "contributors" : null,
 "retweet_count" : 0,
 "favorite_count" : 5,
 "favorited" : false,
 "retweeted" : false,
 "lang" : "en"
}
```

```
}
**** Tweet ID #1140390523112284160 ****
{
  "created_at" : "Sun Jun 16 22:47:42 +0000 2019",
  "id" : 1140390523112284160,
  "id_str" : "1140390523112284160",
  "full_text" : "@FalconDarkstar I donno man im pretty fuckin desperate, im tempted to put together a portfolio of questionably legal shit ive done just to see what i can get away with",
  "truncated" : false,
  "display_text_range" : [ 16, 167 ],
  "source" : "<a href=\"http://twitter.com/download/iphone\" rel=\"nofollow\">Twitter for iPhone</a>",
  "in_reply_to_status_id" : 1140388691388452865,
  "in_reply_to_status_id_str" : "1140388691388452865",
  "in_reply_to_user_id" : 1136835740380192768,
  "in_reply_to_user_id_str" : "1136835740380192768",
  "in_reply_to_screen_name" : "0xA3A97B6C",
  "geo" : null,
  "coordinates" : null,
  "place" : null,
  "contributors" : null,
  "retweet_count" : 0,
  "favorite_count" : 0,
  "favorited" : false,
  "retweeted" : false,
  "lang" : "en"
}
```

U.S. v. Paige Thompson
CR19-159 RSL
Plaintiff's Exhibit No. 434
Admitted_____

```
*******************
{
  "id" : 1146001463967014916,
  "text" : "Im gonna give it to worse people too, im gonna give it to an avid scammer, a chinaman who will find a good perm home for it on the black market, sealed with the story behind it",
  "sender_id" : 1136835740380192768,
  "recipient_id" : 1001286850999439360,
  "created_at" : "Tue Jul 02 10:23:35 +0000 2019",
  "welcome_message" : false
}
*******************
{
  "id" : 1146001177764438021,
  "text" : "Im gonna give it to darkness, that piece of shit i wouldnt be surprised if hes one of tp's fucking piece of shit kronies too",
  "sender_id" : 1136835740380192768,
  "recipient_id" : 1001286850999439360,
  "created_at" : "Tue Jul 02 10:22:27 +0000 2019",
  "welcome_message" : false
}
*******************
{
  "id" : 1146000959027331076,
  "text" : "Yeah im doing this its all archived, ready to upload to mega",
  "sender_id" : 1136835740380192768,
  "recipient_id" : 1001286850999439360,
  "created_at" : "Tue Jul 02 10:21:34 +0000 2019",
  "welcome_message" : false
}
*******************
{
  "id" : 1146000859639115780,
  "text" : "Yeah this data that i stole straight outta s3 cos im just so incompetent, wouldnt a fuckin happened if this mother fucker, had just left me the fuck alone",
  "sender_id" : 1136835740380192768,
  "recipient_id" : 1001286850999439360,
  "created_at" : "Tue Jul 02 10:21:11 +0000 2019",
  "welcome_message" : false
}
*******************
{
  "id" : 1146000374601379848,
  "text" : "Oh yeah and this duncan smith aka astrid piece of shit that he fucking turned against me too, add that mother fucker to the hit list",
  "sender_id" : 1136835740380192768,
  "recipient_id" : 1001286850999439360,
  "created_at" : "Tue Jul 02 10:19:15 +0000 2019",
  "welcome_message" : false
}
*******************
{
  "id" : 1145999653449523204,
  "text" : "And im gonna set a fucking example for the next mother fucker who wants to play lets see how much i can get away with a kid .... its gonna be ugly",
  "sender_id" : 1136835740380192768,
  "recipient_id" : 1001286850999439360,
  "created_at" : "Tue Jul 02 10:16:23 +0000 2019",
  "welcome_message" : false
}
*******************
```

U.S. v. Paige Thompson
CR19-159 RSL
Plaintiff's Exhibit No. 435
Admitted_____

```
*********************
"id" : 1146822742009774084,
"text" : "Eth/monero",
"sender_id" : 1136835740380192768,
"recipient_id" : 3004269184,
"created_at" : "Thu Jul 04 16:47:03 +0000 2019",
"welcome_message" : false


*********************
"id" : 1146822698611310597,
"text" : "Eth?",
"sender_id" : 3004269184,
"recipient_id" : 1136835740380192768,
"created_at" : "Thu Jul 04 16:46:52 +0000 2019",
"welcome_message" : false


*********************
"id" : 1146822689106980868,
"text" : "Gotcha, what are you mining?",
"sender_id" : 3004269184,
"recipient_id" : 1136835740380192768,
"created_at" : "Thu Jul 04 16:46:50 +0000 2019",
"welcome_message" : false


*********************
"id" : 1146822579618926596,
"text" : "Just living with friend and hacking ec2 instances and getting access to some aws accounts and using them to mine crypto :(",
"sender_id" : 1136835740380192768,
"recipient_id" : 3004269184,
"created_at" : "Thu Jul 04 16:46:24 +0000 2019",
"welcome_message" : false


*********************
"id" : 1146822352413421572,
"text" : "How are you supporting yourself?",
"sender_id" : 3004269184,
"recipient_id" : 1136835740380192768,
"created_at" : "Thu Jul 04 16:45:30 +0000 2019",
"welcome_message" : false


*********************
```

U.S. v. Paige Thompson
CR19-159 RSL
Plaintiff's Exhibit No. 436
Admitted_____



ERRAT☐C @0xA3A97B6C · Jul 18
Oh if you only knew friend, if you only knew

> **Ryan Stalets** @RyanStalets
>
> Replying to @JaneScott_ @hacks4pancakes
>
> Look for cloud creds (below for AWS).
> $ ls ~/.aws
>
> $ curl http://169.254.169.254/latest/meta-data/iam/security-credentials/...

◯         ⟲                    1

U.S. v. Paige Thompson
CR19-159 RSL
Plaintiff's Exhibit No. 437
Admitted_____



U.S. v. Paige Thompson
CR19-159 RSL
Plaintiff's Exhibit No. 438
Admitted_____



U.S. v. Paige Thompson
CR19-159 RSL
Plaintiff's Exhibit No. 439
Admitted_____