+12066029923

I however hijacked more aws accounts

Status: Sent

2/22/2019 9:30:08 AM(UTC-8)

Source Info:
erratic's iPhone/var/mobile/Library/SMS/sms.db : 0x8025F (Table: message, chat, Size:
1048576 bytes)

+12066029923

And all i have to say to you is good fucking luck xD im not telling you shit

Status: Sent

2/22/2019 9:30:50 AM(UTC-8)

Source Info:
erratic's iPhone/var/mobile/Library/SMS/sms.db : 0x81FEC (Table: message, chat, Size: 1048576 bytes)

+12066029923

But keep keep pushing me though, the more you do the more acceptable this situation
has to become

Status: Sent

2/22/2019 9:32:05 AM(UTC-8)

Source Info:
erratic's iPhone/var/mobile/Library/SMS/sms.db : 0x81DB2 (Table: message, chat, Size: 1048576 bytes)

+12066029923

PS i ddos'd that wanker agasha's isp site but its just a little pissant pseudo company

Status: Sent

2/22/2019 9:33:04 AM(UTC-8)

Source Info:
erratic's iPhone/var/mobile/Library/SMS/sms.db : 0x81B4E (Table: message, chat, Size: 1048576 bytes)

+12066029923

Yeah i bet you had something to do with that bullshit too ;) keep fucking with me jillian see
how far you can push me

Status: Sent

2/22/2019 9:34:20 AM(UTC-8)

Source Info:
erratic's iPhone/var/mobile/Library/SMS/sms.db : 0x818F8 (Table: message, chat, Size: 1048576 bytes)

+12066029923

Better hire the best(tm) like amazon

Status: Sent

2/22/2019 9:35:13 AM(UTC-8)

Source Info:
erratic's iPhone/var/mobile/Library/SMS/sms.db : 0x8166C (Table: message, chat, Size:
1048576 bytes)

+12066029923

Youre gonna get fucked over if you're not careful, even if you are, you're still probably gonna
get fucked over

Status: Sent

2/22/2019 9:36:09 AM(UTC-8)

Source Info:
erratic's iPhone/var/mobile/Library/SMS/sms.db : 0x81483 (Table: message, chat, Size: 1048576 bytes)

U.S. v. Paige Thompson
CR19-159 RSL
Plaintiff's Exhibit No. 501
Admitted_____

+12066029923

Yea yea yea so you know youre fucked well sorry i cant help you i had a feeling you might have gotten in over your head, i have my own fucking dilemmas as you well know, actually im not so sure you do, try having root iam credentials for some pretty large companies in your pocket, because some minor thing was overlooked and thus came into your posession. The difference between you and me is that i know what i have to lose and i don't think its really sunk in for you yet, but it will and i hope by then you have a better back up plan because im not doing shit for you :/

Status: Sent

2/22/2019 9:45:37 AM(UTC-8)

Source Info:
erratic's iPhone/var/mobile/Library/SMS/sms db : 0x82FEC (Table: message, chat, Size: 1048576 bytes)



# Extraction Report
Apple iPhone

## Participants


erratic@yourstruly.sx
Paige Thompson* (owner)


+14253369928
Jason price*


+12066029923


+12069453073

## Conversation - Instant Messages (17)

> **+12066029923**
>
> I have about 5,000 a month coming in now but its all in ethereum and i have to find a safe way to convert
> **Status:** Sent
> **Delivered:** 3/24/2019 9:01:50 PM(UTC-7)
>
> 3/24/2019 9:01:50 PM(UTC-7)

Source Info:
erratic's iPhone/var/mobile/Library/SMS/sms.db : 0x86998 (Table: message, chat, Size: 1048576 bytes)

> **+12066029923**
>
> Because im hacking aws accounts to get it using ec2 gpu miners
> **Status:** Sent
> **Delivered:** 3/24/2019 9:02:36 PM(UTC-7)
>
> 3/24/2019 9:02:36 PM(UTC-7)

Source Info:
erratic's iPhone/var/mobile/Library/SMS/sms.db : 0x8671E (Table: message, chat, Size: 1048576 bytes)

> **+14253369928 Jason price**
>
> Hmmm wow is there a safe way?
> **Status:** Read
> **Read:** 3/24/2019 9:02:41 PM(UTC-7)
>
> 3/24/2019 9:02:41 PM(UTC-7)

Source Info:
erratic's iPhone/var/mobile/Library/SMS/sms.db : 0x864FE (Table: message, handle, chat,
Size: 1048576 bytes)

1

```
U.S. v. Paige Thompson
CR19-159 RSL
Plaintiff's Exhibit No. 502
Admitted_____
```

+14253369928 Jason price

Why would you write that even. Does it not matter? Not key words at all?
Status: Read
Read: 3/24/2019 9 03:13 PM(UTC-7)

3/24/2019 9:03:13 PM(UTC-7)

Source Info:
erratic's iPhone/var/mobile/Library/SMS/sms.db : 0x86321 (Table: message, handle, chat, Size: 1048576 bytes)

+12066029923

They'll have to prove its me and second its the users fault for letting it happen
Status: Sent
Delivered: 3/24/2019 9:04 00 PM(UTC-7)

3/24/2019 9:03:59 PM(UTC-7)

Source Info:
erratic's iPhone/var/mobile/Library/SMS/sms.db : 0x87FE4 (Table: message, chat, Size: 1048576 bytes)

+12066029923

Nobody is looking for me though
Status: Sent
Delivered: 3/24/2019 9:04:14 PM(UTC-7)

3/24/2019 9:04:14 PM(UTC-7)

Source Info:
erratic's iPhone/var/mobile/Library/SMS/sms.db : 0x87D96 (Table: message, chat, Size: 1048576 bytes)

+12066029923

One way is to start buying drugs, giftcards, etc and selling them to convert back into currency
Status: Sent
Delivered: 3/24/2019 9:04:58 PM(UTC-7)

3/24/2019 9:04:58 PM(UTC-7)

Source Info:
erratic's iPhone/var/mobile/Library/SMS/sms.db : 0x87BB1 (Table: message, chat, Size: 1048576 bytes)

+12066029923

But then that means im becoming a drug dealer
Status: Sent
Delivered: 3/24/2019 9:05:59 PM(UTC-7)

3/24/2019 9:05:59 PM(UTC-7)

Source Info:
erratic's iPhone/var/mobile/Library/SMS/sms db : 0x8794B (Table: message, chat, Size: 1048576 bytes)

+12066029923

Lol
Status: Sent
Delivered: 3/24/2019 9:06:01 PM(UTC-7)

3/24/2019 9:06:01 PM(UTC-7)

Source Info:
erratic's iPhone/var/mobile/Library/SMS/sms.db : 0x8774A (Table: message, chat, Size: 1048576 bytes)

2

+12066029923

I guess i can do that but im interested in >$500 deals

**Status:** Sent
**Delivered:** 3/24/2019 9:07:44 PM(UTC-7)

3/24/2019 9:07:43 PM(UTC-7)

Source Info:
erratic's iPhone/var/mobile/Library/SMS/sms.db : 0x8759F (Table: message, chat, Size: 1048576 bytes)

+12066029923

Shit has gotten weird fast huh? Lol

**Status:** Sent
**Delivered:** 3/24/2019 9:08:50 PM(UTC-7)

3/24/2019 9:08:50 PM(UTC-7)

Source Info:
erratic's iPhone/var/mobile/Library/SMS/sms.db : 0x8738C (Table: message, chat, Size: 1048576 bytes)

+12066029923

**Attachments:**



**Size:** 4046543
**File name:** 57517998248__202C59A2-B06F-45AB-A3D9-14D630CE6BFD.JPG
57517998248__202C59A2-B06F-45AB-A3D9-14D630CE6BFD.JPG

**Status:** Sent
**Delivered:** 3/24/2019 9:13:19 PM(UTC-7)

3/24/2019 9:13:16 PM(UTC-7)

Source Info:
erratic's iPhone/var/mobile/Library/SMS/sms.db : 0x88DBA (Table: message, chat, attachment, Size: 1048576 bytes)
erratic's iPhone/var/mobile/Library/SMS/Attachments/ba/10/826DDA0A-1A57-4AEF-A61F-23215E64B53F/57517998248__202C59A2-B06F-45AB-A3D9-14D630CE6BFD.JPG : (Size: 4046543 bytes)

+12066029923

I cant make this stuff up though incase youre wondering what 5 grand a month in hacker money looks like :)

**Status:** Sent
**Delivered:** 3/24/2019 9:13:48 PM(UTC-7)

3/24/2019 9:13:48 PM(UTC-7)

Source Info:
erratic's iPhone/var/mobile/Library/SMS/sms.db : 0x88BBD (Table: message, chat, Size: 1048576 bytes)

3

502−003

+12066029923

Its less serious than it seems compared to what is going on in crypto land this is small potatoes

Status: Sent

Delivered: 3/24/2019 9:15:56 PM(UTC-7)

3/24/2019 9:15:55 PM(UTC-7)

Source Info:
erratic's iPhone/var/mobile/Library/SMS/sms.db : 0x88943 (Table: message, chat, Size: 1048576 bytes)

+12066029923

But you can rest assured if theres a way to scale it up i will and i wont accept destitution anymore

Status: Sent

Delivered: 3/24/2019 9:16:46 PM(UTC-7)

3/24/2019 9:16:45 PM(UTC-7)

Source Info:
erratic's iPhone/var/mobile/Library/SMS/sms.db : 0x886DB (Table: message, chat, Size: 1048576 bytes)

+12066029923

I insist i deserve better

Status: Sent

Delivered: 3/24/2019 9:17:08 PM(UTC-7)

3/24/2019 9:17:08 PM(UTC-7)

Source Info:
erratic's iPhone/var/mobile/Library/SMS/sms.db : 0x8846B (Table: message, chat, Size: 1048576 bytes)

4



**Workers**   **Payments**   **Shares**   **Calculator**

## Very approximated earnings

| Period | ETH | BTC | USD |
|---|---|---|---|
| Minute | 0.00083 | 0.000028 | 0.114 |
| Hour | 0.05035 | 0.001717 | 6.862 |
| Day | 1.20859 | 0.041213 | 164.707 |
| Week | 8.46018 | 0.288492 | 1,152.953 |
| Month | 36.25793 | 1.236395 | 4,941.231 |

EXPERIMENTAL. Calculated based on average block time, average difficulty, difficulty change tendency and your average hashrate for last 6 hours.

We use cookies to give you the best experience on our website. If you want to change your preferences check the instructions here.   OK

U.S. v. Paige Thompson
CR19-159 RSL
Plaintiff's Exhibit No. 503
Admitted_____



# Extraction Report
Apple iPhone

## Web History (649)

| # | Title | URL | Last Visited | Visits | Source Info | Deleted | * |
|---|-------|-----|--------------|--------|-------------|---------|---|
| 1 | Πρώην Πελάτες Cyta Ελλάδος \| Vodafone | https://cyta.gr/ | 7/28/2019 3:42:08 AM(UTC-7) | | **Source:** Chrome **Source file:** erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x183EE4 (Size: 3276800 bytes) | | |
| 2 | Πρώην Πελάτες Cyta Ελλάδος \| Vodafone | https://www.vodafone.gr/oam/server/obrareq.cgi?encquery%3DIe9JC6RmHtsb7uYsTmV9u%2FZtyi3g%2FaaiizUhUysLY0xg4kiSBmPI34QJJcJ45dkMGM2V2SSHFtdbyGKMAUNBZF%2B0ITV3drf%2BhAA%2FaKaJ5nmVIUGUalptzNifO7DZ09wOa8FZCoviE4qhJj%2BWcYm%2BnAjMbybsekN23AkGlQbn%2BBBI1QLEKTpFg1g0xdaY8NkrWeXuvoqrDK%2FEasjU9OpR8bnnUC7JWAkmM2%2FcDuEuKhM5FEIESzViUClbavhpXzWzhIT27gl0gW03ejG%2B2BYPK7IlvGpDqGVHnZtIFFeLObR%2FkOAAhqtz%2BWGtz6Md8905YqtbO4AMK47RN1a6fMc%2F56JA%3D%3D%20agentid%3DPROD%20ver%3D1%20crmethod%3D2%26cksum%3D6ebd07a8ca1d5f9b03e00ab7ebee8823bfd57ec6 | 7/28/2019 3:42:08 AM(UTC-7) | | **Source:** Chrome **Source file:** erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x183EC7 (Size: 3276800 bytes) | | |
| 3 | Πρώην Πελάτες Cyta Ελλάδος \| Vodafone | https://www.vodafone.gr/exypiretisicytahellas/ | 7/28/2019 3:42:08 AM(UTC-7) | | **Source:** Chrome **Source file:** erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x183EAA (Size: 3276800 bytes) | | |
| 4 | Πρώην Πελάτες Cyta Ελλάδος \| Vodafone | http://cyta.gr/ | 7/28/2019 3:42:08 AM(UTC-7) | | **Source:** Chrome **Source file:** erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x183E72 (Size: 3276800 bytes) | | |

1

U.S. v. Paige Thompson
CR19-159 RSL
Plaintiff's Exhibit No. 504
Admitted_____

| 5 | Πρώην Πελάτες Cyta Ελλάδος | https://www.vodafone.gr/…<br>y=+IR54ziq/8ejzV0PSfEiLd9HJo9Bme85T<br>w19q4+AMbgS2bpPHRl+9REElqOKGhhx<br>X0oKAdH7l5F8KyWL3rKpJ134+wDhoRWi<br>0L07aNrWLjesBoyvf5OrRyPBltGm+HQ0q<br>Zie002Del1nDRFy8brA0vWschAmk1QwG<br>aOoDxmtHkZVJA260uTz44TAFt7oizr5qR7<br>ZXeIkK3BJ/5g0LkC0P+I/jREthwExEJ9BpN<br>DpiL5ZLfhUZUJCVt095vr4O3Ut78mlaMSE<br>12yAm4Hrjhu/OaMwi1BCP+WFWHP9gXN<br>nq9C5zY5wgvJcPx1gWF6iGPqEJ8DSJf4<br>Hmh9L/oYRNlW2o62qshQ5dXe3UxKYad<br>mNnsN8J3RTa3zMgLRdHk/Q+5GvyOTals<br>H4Pg0nz57NCmMwuYOxH4DxR23pO8VL<br>9Tfern6IpLWVO5tlmHS7nkN6Q004MsBKB<br>geLUyabYTAddu34m7pLMhY1w9yk/uN7i4<br>wCmjJGg7jV1oJLS9krHSRAbNDbCG3g6g<br>1IlWQCpHiVwF5ysexfEwYy11pr5iz62WNT<br>a7/7A5zRtgsEc6Ak8A6wKW2ItUFaKdrJfp<br>wK9KDear/gPF+ED7IlDLt4ylIVw02LjjwQqa<br>aD0k3vhNx7jh+xyJb0IDn/MBtK0iJ5Iq598f<br>XxHgKMr4PPk/B+9J7BZJWlfnR1a+XF6L<br>Cxn6g0ohkkT7ccNjcRlZa8qrBeY9756DSD<br>Ehj5/37tTlipLiKraJQXPkZp60CBYMfg1iqy<br>R69RUEuIGAfYcgbVLNpkKrjAo69rQyOhU<br>7HL+tSiR1EQHdakloApehLltwufLYTYnT/3<br>khPvNM5fczKX7ERTaqn/8wKsTP14tM1+d<br>CSuiUT8IGuJp/WXN99MSa4nXAfB6v2n3<br>B8BORaQoXY5Bi2KPEBqAd8Ww==&cks<br>um=e01d13453ee7e1644125a2d8698679<br>6f15e5d602 | 7/29/2019<br>3:42:08 AM(UTC-7) | Source:<br>Chrome<br>Source file:<br>erratic's<br>iPhone/Applicat<br>ions/com.googl<br>e.chrome.ios/Li<br>brary/Applicatio<br>n<br>Support/Google<br>/Chrome/Defaul<br>t/History :<br>0x183E55<br>(Size: 3276800<br>bytes) | ▽ |
| 6 | Πρώην Πελάτες Cyta Ελλάδος \| Vodafone | https://www.vodafone.gr/exypiretisicytahell<br>as | 7/28/2019<br>3:42:08 AM(UTC-7) | Source:<br>Chrome<br>Source file:<br>erratic's<br>iPhone/Applicat<br>ions/com.googl<br>e.chrome.ios/Li<br>brary/Applicatio<br>n<br>Support/Google<br>/Chrome/Defaul<br>t/History :<br>0x183E38<br>(Size: 3276800<br>bytes) | ▽ |
| 7 | Nanopool \| Ethereum \| Account | https://eth.nanopool.org/account/0x36f39c<br>24c99a1b49a45c191bb8ae8622941491b3 | 7/27/2019<br>3:34:34 PM(UTC-7) | Source:<br>Chrome<br>Source file:<br>erratic's<br>iPhone/Applicat<br>ions/com.googl<br>e.chrome.ios/Li<br>brary/Applicatio<br>n<br>Support/Google<br>/Chrome/Defaul<br>t/History :<br>0x310416<br>(Size: 3276800<br>bytes) | ▽ |
| 8 | Nanopool \| Ethereum \| Account | https://eth.nanopool.org/account/0xcb8766<br>a8492edb1186409229c3736c0a2c1aa4b1 | 7/27/2019<br>3:34:22 PM(UTC-7) | Source:<br>Chrome<br>Source file:<br>erratic's<br>iPhone/Applicat<br>ions/com.googl<br>e.chrome.ios/Li<br>brary/Applicatio<br>n<br>Support/Google<br>/Chrome/Defaul<br>t/History :<br>0x310431<br>(Size: 3276800<br>bytes) | ▽ |
| 9 | fbi investigates pol - Google Search | https://www.google.com/search?q=fbi+inve<br>stigates+pol&rlz=1CDGOYI_enUS836US8<br>36&hl=en-<br>US&prmd=nvi&sxsrf=ACYBGNSivJd2ln9n<br>ztj-<br>29YfEtEnpkdiMg:1564127528625&source<br>=lnms&tbm=isch&sa=X&ved=2ahUKEwj k-<br>iNjdLjAhUPv54KHSnuCtAQ_AUoA3oECA<br>4QAw&biw=375&bih=551 | 7/26/2019<br>12:52:11 AM(UTC-7) | Source:<br>Chrome<br>Source file:<br>erratic's<br>iPhone/Applicat<br>ions/com.googl<br>e.chrome.ios/Li<br>brary/Applicatio<br>n<br>Support/Google<br>/Chrome/Defaul<br>t/History :<br>0x303BD3<br>(Size: 3276800<br>bytes) | ▽ |

504-002

| 10 | fbi investig... -Go... | https://w... OYI_enUS836US836&hl=en-US&sxsrf=ACYBGNTf6T0YL7KOCz9ztiO M3oyrffGBFA%3A1564126630894&ei=pq0 6XZOQNqTi9AOjloKgAQ&q=fbi+investigat es+pol&oq=fbi+investigates+pol&gs_l=mo bile-gws-wiz- serp.3..0i22i30l5j33i299l3.888325.895576.. 896672...3.0..0.177.3023.0j21......0....1...... 8..35i39j0i131j0j46j0i22i10i30j33i160._9AR FbgP1bs | 7/25/2019 12:52:08 AM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applicat ions/com.googl e.chrome.ios/Li brary/Applicatio n Support/Google /Chrome/Defaul t/History : 0x303BEE (Size: 3276800 bytes) | 🏷 |
| 11 | philoctetes409bc@tutanota.com - Tutanota | https://mail.tutanota.com/login | 7/25/2019 10:58:02 AM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applicat ions/com.googl e.chrome.ios/Li brary/Applicatio n Support/Google /Chrome/Defaul t/History : 0x301F51 (Size: 3276800 bytes) | 🏷 |
| 12 | Nanopool | Ethereum | Account | https://eth.nanopool.org/account/0x36f39c 24c99a1b49a45c191bb8ae8622941491b3 | 7/24/2019 10:14:00 AM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applicat ions/com.googl e.chrome.ios/Li brary/Applicatio n Support/Google /Chrome/Defaul t/History : 0x2F7543 (Size: 3276800 bytes) | 🏷 |
| 13 | Nanopool | Ethereum | Account | https://eth.nanopool.org/account/0xcb8766 a8492edb1186409229c3736c0a2c1aa4b1 | 7/24/2019 10:13:51 AM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applicat ions/com.googl e.chrome.ios/Li brary/Applicatio n Support/Google /Chrome/Defaul t/History : 0x2F755E (Size: 3276800 bytes) | 🏷 |
| 14 | Nanopool | Ethereum | Account | https://eth.nanopool.org/account/0x5a86a6 ff21aac657ca820e24518f065b915ea74f | 7/23/2019 2:49:28 PM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applicat ions/com.googl e.chrome.ios/Li brary/Applicatio n Support/Google /Chrome/Defaul t/History : 0x2F75FF (Size: 3276800 bytes) | 🏷 |
| 15 | Nanopool | Ethereum | Account | https://eth.nanopool.org/account/0xcb8766 a8492edb1186409229c3736c0a2c1aa4b1 | 7/23/2019 11:50:46 AM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applicat ions/com.googl e.chrome.ios/Li brary/Applicatio n Support/Google /Chrome/Defaul t/History : 0x2F7BC7 (Size: 3276800 bytes) | 🏷 |

504-003

| 16 | Ethereum | https://eth.nanopool.org/account/0x5a86a6ff21aac657ca820e24518f065b915ea74f | 11:50:13 AM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x2FE87D (Size: 3276800 bytes) | | |
| 17 | Nanopool \| Ethereum \| Account | https://eth.nanopool.org/account/0x5a86a6ff21aac657ca820e24518f065b915ea74f | 7/22/2019 12:05:53 PM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x2F7C50 (Size: 3276800 bytes) | | |
| 18 | Nanopool \| Ethereum \| Account | https://eth.nanopool.org/account/0x36f39c24c99a1b49a45c191bb8ae8622941491b3 | 7/22/2019 12:05:38 PM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x16814C (Size: 3276800 bytes) | | |
| 19 | Nanopool \| Ethereum \| Account | https://eth.nanopool.org/account/0xcb8766a8492edb1186409229c3736c0a2c1aa4b1 | 7/22/2019 12:05:27 PM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x168167 (Size: 3276800 bytes) | | |
| 20 | Ethereum Accounts, Addresses and Contracts | https://etherscan.io/address/0x5a86a6ff21aac657ca820e24518f065b915ea74f | 7/21/2019 3:35:45 AM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x159DD5 (Size: 3276800 bytes) | | |
| 21 | Ethereum Accounts, Addresses and Contracts | https://etherscan.io/address/0x5a86a6ff21aac657ca820e24518f065b915ea74f | 7/21/2019 3:35:21 AM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x159DF0 (Size: 3276800 bytes) | | |

4

| 22 | Manage V... | https://... | 10:22:07 PM(UTC-7) | Source: Chrome<br>Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x15ED77 (Size: 3276800 bytes) | |
| 23 | eGifter - Checkout (2 items) | https://www.egifter.com/cart | 7/19/2019 10:11:14 PM(UTC-7) | Source: Chrome<br>Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x15EFBE (Size: 3276800 bytes) | |
| 24 | Nanopool | Ethereum | Account | https://eth.nanopool.org/account/0x5a86a6ff21aac657ca820e24518f065b915ea74f | 7/19/2019 10:09:08 PM(UTC-7) | Source: Chrome<br>Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x15ECED (Size: 3276800 bytes) | |
| 25 | philoctetes409bc@tutanota.com - Tutanota | https://mail.tutanota.com/login | 7/19/2019 10:06:15 PM(UTC-7) | Source: Chrome<br>Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x17D141 (Size: 3276800 bytes) | |
| 26 | Nanopool | Ethereum | Account | https://eth.nanopool.org/account/0x5a86a6ff21aac657ca820e24518f065b915ea74f | 7/19/2019 9:55:03 PM(UTC-7) | Source: Chrome<br>Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x15ED08 (Size: 3276800 bytes) | |
| 27 | Nanopool | Ethereum | Account | https://eth.nanopool.org/search?address=5a86a6ff21aac657ca820e24518f065b915ea74f | 7/19/2019 9:55:03 PM(UTC-7) | Source: Chrome<br>Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x17D177 (Size: 3276800 bytes) | |

504-005

| 28 | Nanopool | Ethereum | Account | https://eth.nanopool.org/account/0x36f39c 24c99a1b49a45c191bb8ae8622941491b3 | 7/18/2019 9:54:17 PM(UTC-7) | | Source: Chrome Source file: erratic's iPhone/Applicat ions/com.googl e.chrome.ios/Li brary/Applicatio n Support/Google /Chrome/Defaul t/History : 0x17D192 (Size: 3276800 bytes) | | |
| 29 | Nanopool | | https://nanopool.org/ | 7/19/2019 9:54:08 PM(UTC-7) | | Source: Chrome Source file: erratic's iPhone/Applicat ions/com.googl e.chrome.ios/Li brary/Applicatio n Support/Google /Chrome/Defaul t/History : 0x17D15C (Size: 3276800 bytes) | | |
| 30 | Nanopool | Ethereum | Account | https://eth.nanopool.org/account/0xcb8766 a8492edb1186409229c3736c0a2c1aa4b1 | 7/19/2019 9:53:58 PM(UTC-7) | | Source: Chrome Source file: erratic's iPhone/Applicat ions/com.googl e.chrome.ios/Li brary/Applicatio n Support/Google /Chrome/Defaul t/History : 0x17D1AD (Size: 3276800 bytes) | | |
| 31 | Docker Hub | | https://hub.docker.com/r/netcrave/sparcsol aris | 7/19/2019 5:42:27 PM(UTC-7) | | Source: Chrome Source file: erratic's iPhone/Applicat ions/com.googl e.chrome.ios/Li brary/Applicatio n Support/Google /Chrome/Defaul t/History : 0x17D289 (Size: 3276800 bytes) | | |
| 32 | Nanopool | Ethereum | Account | https://eth.nanopool.org/account/0x36f39c 24c99a1b49a45c191bb8ae8622941491b3 | 7/18/2019 12:58:31 PM(UTC-7) | | Source: Chrome Source file: erratic's iPhone/Applicat ions/com.googl e.chrome.ios/Li brary/Applicatio n Support/Google /Chrome/Defaul t/History : 0x17DA96 (Size: 3276800 bytes) | | |
| 33 | Nanopool | Ethereum | Account | https://eth.nanopool.org/account/0xcb8766 a8492edb1186409229c3736c0a2c1aa4b1 | 7/18/2019 12:58:20 PM(UTC-7) | | Source: Chrome Source file: erratic's iPhone/Applicat ions/com.googl e.chrome.ios/Li brary/Applicatio n Support/Google /Chrome/Defaul t/History : 0x17DAB1 (Size: 3276800 bytes) | | |

504-006

| 34 | Nanopool \| Ethereum \| Account | https://eth.nanopool.org/account/0xcb8766 a8492edb1186409229c3736c0a2c1aa4b1 | 7/16/2019 4:25:17 PM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x151555 (Size: 3276800 bytes) | | |
|----|----|----|----|----|----|----|
| 35 | | http://prototype.name/ | 7/16/2019 3:28:19 PM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x151570 (Size: 3276800 bytes) | | |
| 36 | Cheap Domain Names Registration with INWX | http://inwx.com/ | 7/16/2019 3:07:06 PM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x1515E2 (Size: 3276800 bytes) | | |
| 37 | Nanopool \| Ethereum \| Account | https://eth.nanopool.org/search?address=5 a86a6ff21aac657ca820e24518f065b915ea 74f | 7/16/2019 5:20:06 AM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x2D517C (Size: 3276800 bytes) | | |
| 38 | Nanopool \| Ethereum \| Account | https://eth.nanopool.org/account/0xcb8766 a8492edb1186409229c3736c0a2c1aa4b1 | 7/16/2019 5:19:50 AM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x2D51B2 (Size: 3276800 bytes) | | |
| 39 | Nanopool \| Ethereum \| Account | https://eth.nanopool.org/account/0x36f39c 24c99a1b49a45c191bb8ae8622941491b3 | 7/16/2019 5:19:33 AM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x2D51E8 (Size: 3276800 bytes) | | |

504–007

| 40 | Nanopool | Ethereum | Account | https://...address... a86a6ff21aac657/ca820e24518f065b915ea 74f | 5:19:22 AM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applicat ions/com.googl e.chrome.ios/Li brary/Applicatio n Support/Google /Chrome/Defaul t/History : 0x2D5197 (Size: 3276800 bytes) | | |
|---|---|---|---|---|---|---|
| 41 | Nanopool | Ethereum | Account | https://eth.nanopool.org/account/0xcb8766 a8492edb1186409229c3736c0a2c1aa4b1 | 7/16/2019 5:19:11 AM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applicat ions/com.googl e.chrome.ios/Li brary/Applicatio n Support/Google /Chrome/Defaul t/History : 0x2D51CD (Size: 3276800 bytes) | | |
| 42 | Nanopool | Ethereum | Account | https://eth.nanopool.org/account/0x5a86a6 ff21aac657ca820e24518f065b915ea74f | 7/16/2019 1:14:39 AM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applicat ions/com.googl e.chrome.ios/Li brary/Applicatio n Support/Google /Chrome/Defaul t/History : 0x2D5764 (Size: 3276800 bytes) | | |
| 43 | Nanopool | Monero | Account | https://xmr.nanopool.org/account/43iFjq4G LAb4rCcZEh2Wfv4pKXKDxsVsQUG72WK UfC4KXuEjN6H7TYx1Yp4SnGGbKNcztD1 ip3kPMiD6KjyRbpdXHcC2BaW | 7/15/2019 12:40:22 PM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applicat ions/com.googl e.chrome.ios/Li brary/Applicatio n Support/Google /Chrome/Defaul t/History : 0x2D58AB (Size: 3276800 bytes) | | |
| 44 | Nanopool | Ethereum | Account | https://eth.nanopool.org/account/0x36f39c 24c99a1b49a45c191bb8ae8622941491b3 | 7/15/2019 6:43:53 AM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applicat ions/com.googl e.chrome.ios/Li brary/Applicatio n Support/Google /Chrome/Defaul t/History : 0x2D5203 (Size: 3276800 bytes) | | |
| 45 | Nanopool | Ethereum | Account | https://eth.nanopool.org/account/0xcb8766 a8492edb1186409229c3736c0a2c1aa4b1 | 7/15/2019 6:42:32 AM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applicat ions/com.googl e.chrome.ios/Li brary/Applicatio n Support/Google /Chrome/Defaul t/History : 0x2D5BAF (Size: 3276800 bytes) | | |

504–008

| 46 | Nanopool | Ethereum | Account | https://eth.nanopool.org/account/0xf3iFiqtM5u8nr0LAb4rCeZEh2Whv4pKXRDxsVsQUG72WK UfC4KXuEjN6H7TYx1Yp4SnGGbKNcztD1 ip3kPMiD6KjyRbpdXHcC2BaW | 7/14/2019 9:19:41 AM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x2D58C6 (Size: 3276800 bytes) | | |
| 47 | Nanopool \| Ethereum \| Account | https://eth.nanopool.org/account/0x36f39c24c99a1b49a45c191bb8ae8622941491b3 | 7/14/2019 8:42:48 AM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x2D5220 (Size: 3276800 bytes) | | |
| 48 | Nanopool | https://nanopool.org/ | 7/14/2019 8:42:39 AM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x2D5D4F (Size: 3276800 bytes) | | |
| 49 | Nanopool \| Ethereum \| Account | https://eth.nanopool.org/account/0xcb8766a8492edb1186409229c3736c0a2c1aa4b1 | 7/14/2019 6:19:41 AM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x2D5BCA (Size: 3276800 bytes) | | |
| 50 | Nanopool | https://nanopool.org/ | 7/14/2019 6:19:12 AM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x2D5D6A (Size: 3276800 bytes) | | |
| 51 | Amazon EC2 Instance Comparison | https://ec2instances.info/ | 7/14/2019 5:47:41 AM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x2D5D85 (Size: 3276800 bytes) | | |

504-009

| 81 | EEVblog #1225 - Dumpster Credit Card Embosser! - YouTube | https://m.youtube.com/watch?v=5ZQHSsF nACs | 7/6/2019 9:20:11 PM(UTC-7) | | Source: Chrome Source file: erratic's iPhone/Applicat ions/com.googl e.chrome.ios/Li brary/Applicatio n Support/Google /Chrome/Defaul t/History : 0x2A5693 (Size: 3276800 bytes) | |

504-010

| 82 | datacard for eevblog - RSL | https://m.youtube.com/results?search_query=datacard+150i#searching | 7/6/2019 9:20:04 PM(UTC-7) | | **Source:** Chrome **Source file:** erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x2A56ED (Size: 3276800 bytes) | |
| 83 | datacard 150i eevblog - YouTube | https://m.youtube.com/results?search_query=datacard+150i+eevblog | 7/6/2019 9:20:04 PM(UTC-7) | | **Source:** Chrome **Source file:** erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x2A56B0 (Size: 3276800 bytes) | |

504–011

| 88 | Identisys Datacard 150i Credit ID Card Printer Embosser Units for sale online \| eBay | https://www.ebay.com/p/Identisys...?aclk?sa=L&ai=DChcSEwjSiYiL-qHjAhXIH60GHe0aBFUYABABGgJwdg&o host=www.google.com&cid=CAESQeD2i2o6in7jhESbO6c1sIbon9UdEGL-TV0rcvNZVp7uiwcQpQn3tudaJ70d32ueZd26-CMz7V524glYogFRITTA&sig=AOD64_3_RIR6O__R_olWrHQTBAsdQDTFIQ&ctype=5&q=&ved=2ahUKEwirgP-K-qHjAhUhNH0KHfhYBVwQwg96BAgLEAc&adurl= | 7/6/2019 9:19:21 PM(UTC-7) | | **Source:** Chrome **Source file:** erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x2A57B6 (Size: 3276800 bytes) | | ✎ |
| 89 | Identisys Datacard 150i Credit ID Card Printer Embosser Units for sale online \| eBay | https://www.ebay.com/p/Identisys-Datacard-150i-Credit-ID-Card-Printer-Embosser-Units/1828313246?iid=332952104288&chn=ps&norover=1&mkevt=1&mkrid=711-117182-37290-0&mkcid=2&itemid=332952104288&targetid=593772152573&device=m&adtype=pla&googleloc=9033471&poi=&campaignid=1689945013&adgroupid=69559042287&rlsatarget=pla-593772152573&abcId=1140466&merchantid=8021024&gclid=Cj0KCQjwjYHpBRC4ARIsAl-3GkFAK8zBajqQB0xSmbc5umPKBCkUsz-OrAcXF-OXQRCnhsiprIyUzlV4aAnbYEALw_wcB | 7/6/2019 9:19:21 PM(UTC-7) | | **Source:** Chrome **Source file:** erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x2A5797 (Size: 3276800 bytes) | | ✎ |
| 90 | datacard 150i - Google Search | https://www.google.com/search?q=datacard+150i&rlz=1CDGOYI_enUS836US836&oq=datacard+&aqs=chrome.2.69i57j0l3.3570j0j4&hl=en-US&sourceid=chrome-mobile&ie=UTF-8 | 7/6/2019 9:19:15 PM(UTC-7) | | **Source:** Chrome **Source file:** erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x2A57D1 (Size: 3276800 bytes) | | ✎ |
| 91 | Mailinator | http://mailinator.com/ | 7/6/2019 6:29:27 PM(UTC-7) | | **Source:** Chrome **Source file:** erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x2A5B43 (Size: 3276800 bytes) | | ✎ |
| 92 | Databricks | https://westus2.azuredatabricks.net/?o=5516576478387089# | 7/3/2019 11:02:00 PM(UTC-7) | | **Source:** Chrome **Source file:** erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x29CDA1 (Size: 3276800 bytes) | | ✎ |
| 93 | Databricks | https://westus2.azuredatabricks.net/?o=5516576478387089# | 7/3/2019 9:08:03 PM(UTC-7) | | **Source:** Chrome **Source file:** erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x29CDBC (Size: 3276800 bytes) | | ✎ |

504-012

| 94 | Databricks | https://westus2.azuredatabricks.net/?o=55 16576478387089# | 7/3/2019 9:02:46 PM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x29CDD7 (Size: 3276800 bytes) | |
| 95 | Databricks | https://westus2.azuredatabricks.net/?o=55 16576478387089# | 7/3/2019 9:02:40 PM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x29CDF2 (Size: 3276800 bytes) | |
| 96 | Databricks | https://westus2.azuredatabricks.net/?o=55 16576478387089# | 7/3/2019 9:02:38 PM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x29CE0D (Size: 3276800 bytes) | |
| 97 | Databricks | https://westus2.azuredatabricks.net/?o=55 16576478387089# | 7/3/2019 9:02:37 PM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x29CE28 (Size: 3276800 bytes) | |
| 98 | Databricks | https://westus2.azuredatabricks.net/?o=55 16576478387089# | 7/3/2019 9:02:27 PM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x29CE43 (Size: 3276800 bytes) | |
| 99 | Databricks | https://westus2.azuredatabricks.net/?o=55 16576478387089# | 7/3/2019 9:02:05 PM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x29CE5E (Size: 3276800 bytes) | |

17

504-013

| 100 | Databricks | https://westus2.azuredatabricks.net/?o=55 16576478387089# | 7/3/2019 9:01:53 PM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x29CE79 (Size: 3276800 bytes) | |
| 101 | Databricks | https://westus2.azuredatabricks.net/?o=55 16576478387089# | 7/3/2019 9:01:24 PM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x29CE94 (Size: 3276800 bytes) | |
| 102 | Databricks | https://westus2.azuredatabricks.net/?o=55 16576478387089# | 7/3/2019 9:00:25 PM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x29CEAF (Size: 3276800 bytes) | |
| 103 | Databricks | https://westus2.azuredatabricks.net/?o=55 16576478387089# | 7/3/2019 8:37:39 PM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x29CECA (Size: 3276800 bytes) | |
| 104 | Databricks | https://westus2.azuredatabricks.net/?o=55 16576478387089# | 7/3/2019 7:27:50 PM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x29CEE5 (Size: 3276800 bytes) | |
| 105 | Databricks | https://westus2.azuredatabricks.net/?o=55 16576478387089# | 7/3/2019 4:48:52 PM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x29CF00 (Size: 3276800 bytes) | |

18

| 106 | Home - Mi... | ...s://... | 4:42:49 PM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applicat ions/com.googl e.chrome.ios/Li brary/Applicatio n Support/Google /Chrome/Defaul t/History : 0x13C2A6 (Size: 3276800 bytes) | | |
| 107 | Home - Microsoft Azure | https://portal.azure.com/ | 7/3/2019 4:42:46 PM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applicat ions/com.googl e.chrome.ios/Li brary/Applicatio n Support/Google /Chrome/Defaul t/History : 0x13C2C1 (Size: 3276800 bytes) | | |
| 108 | Databricks | https://westus2.azuredatabricks.net/?o=55 16576478387089# | 7/3/2019 4:42:38 PM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applicat ions/com.googl e.chrome.ios/Li brary/Applicatio n Support/Google /Chrome/Defaul t/History : 0x29CF1B (Size: 3276800 bytes) | | |
| 109 | Home - Microsoft Azure | https://portal.azure.com/ | 7/3/2019 4:10:50 PM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applicat ions/com.googl e.chrome.ios/Li brary/Applicatio n Support/Google /Chrome/Defaul t/History : 0x13C312 (Size: 3276800 bytes) | | |
| 110 | Sign in to Microsoft Azure | http://portal.azure.com/ | 7/3/2019 4:10:23 PM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applicat ions/com.googl e.chrome.ios/Li brary/Applicatio n Support/Google /Chrome/Defaul t/History : 0x13C34A (Size: 3276800 bytes) | | |
| 111 | List of TCP and UDP port numbers - Wikipedia | http://en.wikipedia.org/w ki/List_of_TCP_an d_UDP_port_numbers | 7/2/2019 6:48:42 PM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applicat ions/com.googl e.chrome.ios/Li brary/Applicatio n Support/Google /Chrome/Defaul t/History : 0x13CE28 (Size: 3276800 bytes) | | |

19

504-015

| 112 | List of TCP and UDP port numbers | https://...wiki/List_of_TCP_and_UDP_port_numbers | 7/2/2019 6:48:42 PM(UTC-7) | | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x13CE09 (Size: 3276800 bytes) | |
| 113 | What are the most common HTTP ports? - Information Security Stack Exchange | https://security.stackexchange.com/questions/85297/what-are-the-most-common-http-ports | 7/2/2019 6:48:30 PM(UTC-7) | | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x13CE43 (Size: 3276800 bytes) | |
| 114 | common http ports - Google Search | https://www.google.com/search?rlz=1CDGOYI_enUS836US836&hl=en-US&ei=RgkcXaCYOfGCk-4P6KS3uAM&q=common+http+ports&oq=common+http+&gs_l=mobile-gws-wiz-serp.1.0.0i20i263j0l7.5863.8542..9647...2.0...0.194.838.9j2......0....1.......8..35i39j0i13 1j0i67j46.HeqXSgu-ggA | 7/2/2019 6:48:24 PM(UTC-7) | | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x13CE5E (Size: 3276800 bytes) | |
| 115 | Ports and HTTP | HowStuffWorks | https://computer.howstuffworks.com/internet/basics/internet-infrastructure10.htm | 7/2/2019 6:48:09 PM(UTC-7) | | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x13CE79 (Size: 3276800 bytes) | |
| 116 | Port (computer networking) - Wikipedia | https://en.m.wikipedia.org/wiki/Port_(computer_networking)#Use_in_URLs | 7/2/2019 6:47:57 PM(UTC-7) | | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x13CE94 (Size: 3276800 bytes) | |
| 117 | web server porta - Google Search | https://www.google.com/search?q=web+server+porta&rlz=1CDGOYI_enUS836US836&oq=web+server+porta&aqs=chrome..69i57j0l3.7002j1j9&hl=en-US&sourceid=chrome-mobile&ie=UTF-8 | 7/2/2019 6:47:51 PM(UTC-7) | | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x13CEAF (Size: 3276800 bytes) | |

504-016

| 118 | Ethereum | https://eth.nanopool.org/account/0x5a86a6ff21aac657ca820e24518f065b915ea74f | 5:44:21 AM(UTC-7) | | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x2997BC (Size: 3276800 bytes) | |
| 119 | Nanopool \| Ethereum \| Account | https://eth.nanopool.org/account/0x5a86a6ff21aac657ca820e24518f065b915ea74f | 7/2/2019 5:44:18 AM(UTC-7) | | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x2997DA (Size: 3276800 bytes) | |
| 120 | Gyft: Buy, Send & Redeem Gift Cards Online or with Mobile App | http://gyft.com/ | 7/1/2019 12:57:10 PM(UTC-7) | | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x294246 (Size: 3276800 bytes) | |
| 121 | Coinbase – Buy & Sell Bitcoin, Ethereum, and more with trust | https://www.coinbase.com/ | 7/1/2019 12:53:12 PM(UTC-7) | | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x2942B2 (Size: 3276800 bytes) | |
| 122 | Ethereum Accounts, Addresses and Contracts | https://etherscan.io/address/0x5a86a6ff21aac657ca820e24518f065b915ea74f | 7/1/2019 12:48:26 PM(UTC-7) | | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x2942CD (Size: 3276800 bytes) | |
| 123 | Ethereum Accounts, Addresses and Contracts | https://etherscan.io/address/0x5a86a6ff21aac657ca820e24518f065b915ea74f | 7/1/2019 3:07:06 AM(UTC-7) | | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x294303 (Size: 3276800 bytes) | |

504–017

| | | | | | | |
|---|---|---|---|---|---|---|
| 124 | Nanopool | Ethereum | Account | https://eth.nanopool.org/search?address=5a86a6ff21aac657ca820e24518f065b915ea74f | 7/1/2019 3:06:55 AM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x294146 (Size: 3276800 bytes) | |
| 125 | Nanopool | Ethereum | Account | https://eth.nanopool.org/search?address=5a86a6ff21aac657ca820e24518f065b915ea74f | 7/1/2019 3:06:55 AM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x294321 (Size: 3276800 bytes) | |
| 126 | Ethereum Accounts, Addresses and Contracts | https://etherscan.io/address/0x5a86a6ff21aac657ca820e24518f065b915ea74f | 6/29/2019 7:19:58 PM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x2911EE (Size: 3276800 bytes) | |
| 127 | https://mail.tutanota.com/mail/L0vCdQL-2k-0 | https://mail.tutanota.com/mail/L0vCdQL-2k-0 | 6/29/2019 2:25:28 PM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x291565 (Size: 3276800 bytes) | |
| 128 | philoctetes409bc@tutanota.com - Tutanota | https://mail.tutanota.com/mail/L0vCdQL-2F-0 | 6/29/2019 2:25:27 PM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x291581 (Size: 3276800 bytes) | |
| 129 | Ethereum Accounts, Addresses and Contracts | https://etherscan.io/address/0x5a86a6ff21aac657ca820e24518f065b915ea74f | 6/29/2019 4:50:21 AM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x291208 (Size: 3276800 bytes) | |

22

504-018

| 130 | Coinme - Buy and Sell Digital Assets \| Bitcoin ATM for Cryptocurrency Digital Assets | https://coinme.com/buy-sell-digital-assets | 6/28/2019 8:51:46 PM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x11CA04 (Size: 3276800 bytes) | | |
| --- | --- | --- | --- | --- | --- | --- |
| 131 | coinstar bitcoin seattle - Google Search | https://www.google.com/search?rlz=1CDGOYI_enUS836US836&hl=en-US&ei=X5kWXdPuMYjg0gLxj7zgDg&q=coinstar+bitcoin+seattle&oq=coinstar+bitcoin+&gs_l=mobile-gws-wiz-serp.1.0.35i39j0l7.1767290.1772906..1774173...0.0..0.298.2091.0j12j1......0....1........0i71j0i131.XlnGslI-hJF9c | 6/28/2019 4:18:39 PM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x11CA8B (Size: 3276800 bytes) | | |
| 132 | eGifter | https://www.egifter.com/redeem/order/OCN17709657/R1VRWQoFWFReBIILUUISVRECSwhWVU5YWgoDWgFGRFkCUhJRGCMoKFtWRFRVRVRTGgdKUIBVAgQfWFhdX1keVRBeUEZKBVAIRIMLBEMAXRFRAQACRg2?giftId=5c480bbe-54df-44ca-8d48-3905ce5edb72&codeId=4435258-1 | 6/28/2019 3:32:39 PM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x11CB2C (Size: 3276800 bytes) | | |
| 133 | https://www.egifter.com/account/wallet/all | https://www.egifter.com/account/wallet/all | 6/28/2019 3:21:53 PM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x11CCA5 (Size: 3276800 bytes) | | |
| 134 | Coinme Bitcoin Wallet | https://www.coinmewallet.com/wallet | 6/27/2019 5:30:19 PM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x280858 (Size: 3276800 bytes) | | |
| 135 | Bitcoin Transaction 39304fcb5c773fe1affd4a2df6ebb269a2f22f26822e9ba11614da88aef2515b | https://blockchain.info/tx/39304fcb5c773fe1affd4a2df6ebb269a2f22f26822e9ba11614da88aef2515b | 6/27/2019 5:02:39 PM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x280C06 (Size: 3276800 bytes) | | |

23

504-019

| 136 | Bitcoin Transaction 39304fcb5c773fe1affd4a2df6ebb269a2f22f268 22e9ba11614da88aef2515b | https://www.blockchain.info/tx/39304fcb5c773fe1affd4a2df6ebb269a2f22f26822e9ba11614da88aef2515b | 5:02:39 PM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x280BE8 (Size: 3276800 bytes) | | |
| 137 | Bitcoin Transaction 39304fcb5c773fe1affd4a2df6ebb269a2f22f268 22e9ba11614da88aef2515b | https://blockchain.info/tx/39304fcb5c773fe1affd4a2df6ebb269a2f22f26822e9ba11614da88aef2515b | 6/27/2019 4:56:35 PM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x280C3E (Size: 3276800 bytes) | | |
| 138 | Bitcoin Transaction 39304fcb5c773fe1affd4a2df6ebb269a2f22f268 22e9ba11614da88aef2515b | https://www.blockchain.com/btc/tx/39304fcb5c773fe1affd4a2df6ebb269a2f22f26822e9ba11614da88aef2515b | 6/27/2019 4:56:35 PM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x280C20 (Size: 3276800 bytes) | | |
| 139 | https://www.coinbase.com/accounts/1ca4e65e-ffcb-5f84-9023-fc312d5f025f/transactions/dcfffe70-46a9-5738-a762-230ccf16c402 | https://www.coinbase.com/accounts/1ca4e65e-ffcb-5f84-9023-fc312d5f025f/transactions/dcfffe70-46a9-5738-a762-230ccf16c402 | 6/27/2019 4:56:31 PM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x280C75 (Size: 3276800 bytes) | | |
| 140 | https://www.coinbase.com/accounts/1ca4e65e-ffcb-5f84-9023-fc312d5f025f | https://www.coinbase.com/accounts/1ca4e65e-ffcb-5f84-9023-fc312d5f025f | 6/27/2019 4:55:21 PM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x280C91 (Size: 3276800 bytes) | | |
| 141 | https://www.coinbase.com/accounts/1ca4e65e-ffcb-5f84-9023-fc312d5f025f | https://www.coinbase.com/accounts/1ca4e65e-ffcb-5f84-9023-fc312d5f025f/withdraw | 6/27/2019 4:55:21 PM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x280CCF (Size: 3276800 bytes) | | |

24

504-020

| 142 | https://www.coinbase.com/accounts/1ca4e65e-ffcb-5f84-9023-fc312d5f025f | https://www.coinbase.com/accounts/1ca4e65e-ffcb-5f84-9023-fc312d5f025f | 6/27/2019 4:55:20 PM(UTC-7) | | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x280CEB (Size: 3276800 bytes) | | |
|-----|-----|-----|-----|-----|-----|-----|-----|
| 143 | https://www.coinbase.com/accounts/1ca4e65e-ffcb-5f84-9023-fc312d5f025f | https://www.coinbase.com/accounts/1ca4e65e-ffcb-5f84-9023-fc312d5f025f/withdraw | 6/27/2019 4:54:51 PM(UTC-7) | | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x280D0A (Size: 3276800 bytes) | | |
| 144 | https://www.coinbase.com/accounts/1ca4e65e-ffcb-5f84-9023-fc312d5f025f | https://www.coinbase.com/accounts/1ca4e65e-ffcb-5f84-9023-fc312d5f025f | 6/27/2019 4:54:09 PM(UTC-7) | | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x280D2A (Size: 3276800 bytes) | | |
| 145 | https://www.coinbase.com/price/bitcoin | https://www.coinbase.com/price/bitcoin | 6/27/2019 4:53:37 PM(UTC-7) | | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x280D4A (Size: 3276800 bytes) | | |
| 146 | Coinbase | https://www.coinbase.com/device_confirmations/confirm | 6/27/2019 4:52:27 PM(UTC-7) | | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x280D8C (Size: 3276800 bytes) | | |
| 147 | Coinbase | https://www.coinbase.com/dashboard? | 6/27/2019 4:52:27 PM(UTC-7) | | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x280D6A (Size: 3276800 bytes) | | |

25

| 148 | | https://www.coinbase.com/device_confirm ations/confirm_email?token=N6jotrr9jYMji WNSXk4YUV | 6/27/2019 4:52:26 PM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applicat ions/com.googl e.chrome.ios/Li brary/Applicatio n Support/Google /Chrome/Defaul t/History : 0x280DCA (Size: 3276800 bytes) | | |
| --- | --- | --- | --- | --- | --- | --- |
| 149 | Coinbase - Buy/Sell Digital Currency | https://www.google.com/url?q=https://www. coinbase.com/device_confirmations/confir m_email?token%3DN6jotrr9jYMjiWNSXk4 YUV&source=gmail&ust=1561765929593000&usg=AFQjCNFsQunzboOp9YgxwHPD UlCFcy_xrQ&rct=i | 6/27/2019 4:52:26 PM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applicat ions/com.googl e.chrome.ios/Li brary/Applicatio n Support/Google /Chrome/Defaul t/History : 0x280DCA (Size: 3276800 bytes) | | |
| 150 | Coinbase | https://www.coinbase.com/device_confirm ations/confirm | 6/27/2019 4:52:26 PM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applicat ions/com.googl e.chrome.ios/Li brary/Applicatio n Support/Google /Chrome/Defaul t/History : 0x280DA8 (Size: 3276800 bytes) | | |
| 151 | Coinbase - Buy/Sell Digital Currency | https://www.coinbase.com/sessions | 6/27/2019 4:51:38 PM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applicat ions/com.googl e.chrome.ios/Li brary/Applicatio n Support/Google /Chrome/Defaul t/History : 0x280E02 (Size: 3276800 bytes) | | |
| 152 | Coinbase - Buy/Sell Digital Currency | https://www.coinbase.com/signin_step_two | 6/27/2019 4:51:38 PM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applicat ions/com.googl e.chrome.ios/Li brary/Applicatio n Support/Google /Chrome/Defaul t/History : 0x280DE4 (Size: 3276800 bytes) | | |
| 153 | Coinbase - Buy/Sell Digital Currency | https://www.coinbase.com/signin | 6/27/2019 4:51:29 PM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applicat ions/com.googl e.chrome.ios/Li brary/Applicatio n Support/Google /Chrome/Defaul t/History : 0x280E1F (Size: 3276800 bytes) | | |

504-022

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | 4:51:29 PM(UTC-7) | Chrome<br>**Source file:**<br>erratic's<br>iPhone/Applicat<br>ions/com.googl<br>e.chrome.ios/Li<br>brary/Applicatio<br>n<br>Support/Google<br>/Chrome/Defaul<br>t/History :<br>0x280E41<br>(Size: 3276800<br>bytes) | | |
| 155 | Coinbase - Buy/Sell Digital Currency | https://www.coinbase.com/signin | 6/27/2019<br>4:51:08 PM(UTC-7) | **Source:**<br>Chrome<br>**Source file:**<br>erratic's<br>iPhone/Applicat<br>ions/com.googl<br>e.chrome.ios/Li<br>brary/Applicatio<br>n<br>Support/Google<br>/Chrome/Defaul<br>t/History :<br>0x280E5E<br>(Size: 3276800<br>bytes) | |
| 156 | Buy/Sell cryptocurrency - Coinbase | https://www.coinbase.com/signup | 6/27/2019<br>4:51:02 PM(UTC-7) | **Source:**<br>Chrome<br>**Source file:**<br>erratic's<br>iPhone/Applicat<br>ions/com.googl<br>e.chrome.ios/Li<br>brary/Applicatio<br>n<br>Support/Google<br>/Chrome/Defaul<br>t/History :<br>0x280E9F<br>(Size: 3276800<br>bytes) | |
| 157 | Coinbase – Buy & Sell Bitcoin, Ethereum, and more with trust | https://www.coinbase.com/ | 6/27/2019<br>4:50:58 PM(UTC-7) | **Source:**<br>Chrome<br>**Source file:**<br>erratic's<br>iPhone/Applicat<br>ions/com.googl<br>e.chrome.ios/Li<br>brary/Applicatio<br>n<br>Support/Google<br>/Chrome/Defaul<br>t/History :<br>0x280EBC<br>(Size: 3276800<br>bytes) | |
| 158 | https://www.coinmewallet.com/receive | https://www.coinmewallet.com/receive | 6/27/2019<br>4:50:41 PM(UTC-7) | **Source:**<br>Chrome<br>**Source file:**<br>erratic's<br>iPhone/Applicat<br>ions/com.googl<br>e.chrome.ios/Li<br>brary/Applicatio<br>n<br>Support/Google<br>/Chrome/Defaul<br>t/History :<br>0x280EDA<br>(Size: 3276800<br>bytes) | |
| 159 | https://www.coinmewallet.com/send | https://www.coinmewallet.com/send | 6/27/2019<br>4:50:32 PM(UTC-7) | **Source:**<br>Chrome<br>**Source file:**<br>erratic's<br>iPhone/Applicat<br>ions/com.googl<br>e.chrome.ios/Li<br>brary/Applicatio<br>n<br>Support/Google<br>/Chrome/Defaul<br>t/History :<br>0x280EFC<br>(Size: 3276800<br>bytes) | |

504-023

| 160 | https://www...erratic's...iPhone/...Settings | https://www... | 4:49:59 PM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x280F1C (Size: 3276800 bytes) | |
| 161 | Coinme Bitcoin Wallet | https://www.coinmewallet.com/wallet | 6/27/2019 4:49:24 PM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x280F3C (Size: 3276800 bytes) | |
| 162 | Coinme Bitcoin Wallet | https://www.coinmewallet.com/welcome | 6/27/2019 4:48:39 PM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x280F7C (Size: 3276800 bytes) | |
| 163 | Coinme Bitcoin Wallet | https://www.coinmewallet.com/wallet | 6/27/2019 4:48:03 PM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x280F98 (Size: 3276800 bytes) | |
| 164 | Coinme Bitcoin Wallet | https://www.coinmewallet.com/welcome | 6/27/2019 4:46:16 PM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x280FD6 (Size: 3276800 bytes) | |
| 165 | Coinme - Bitcoin ATM for Cryptocurrency Digital Assets \| Bitcoin ATM for Cryptocurrency Digital Assets | http://coinme.com/ | 6/27/2019 4:46:02 PM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x2804D3 (Size: 3276800 bytes) | |

504-024

| | | | | |
|---|---|---|---|---|
| 166 | Ethereum Accounts, Addresses and Contracts | https://etherscan.io/address/0x5a86a6ff21aac657ca820e24518f065b915ea74f | 9:49:54 AM(UTC-7) | Chrome<br>**Source file:**<br>erratic's<br>iPhone/Applicat<br>ions/com.googl<br>e.chrome.ios/Li<br>brary/Applicatio<br>n<br>Support/Google<br>/Chrome/Defaul<br>t/History :<br>0x291222<br>(Size: 3276800<br>bytes) |
| 167 | Ethereum Accounts, Addresses and Contracts | https://etherscan.io/address/0x5a86a6ff21aac657ca820e24518f065b915ea74f | 6/26/2019<br>2:16:50 PM(UTC-7) | **Source:**<br>Chrome<br>**Source file:**<br>erratic's<br>iPhone/Applicat<br>ions/com.googl<br>e.chrome.ios/Li<br>brary/Applicatio<br>n<br>Support/Google<br>/Chrome/Defaul<br>t/History :<br>0x29123C<br>(Size: 3276800<br>bytes) |
| 168 | capitol one smp500 - Google Search | https://www.google.com/search?rlz=1CDGOYI_enUS836US836&hl=en-US&ei=AkETXcW0NJi-tAa5k7SwBQ&q=capitol+one+smp500&oq=capitol+one+smp500&gs_l=mobile-gws-wiz-serp.3..33i22i29i30.8599.13475..13919...2.0..0.160.2053.4j14......0....1.......8..35i39j0i131j0j46j0i20i263j0i67j46i67j0i10j33i160j30i10.ilW6ZRs7P1Y | 6/26/2019<br>1:31:57 PM(UTC-7) | **Source:**<br>Chrome<br>**Source file:**<br>erratic's<br>iPhone/Applicat<br>ions/com.googl<br>e.chrome.ios/Li<br>brary/Applicatio<br>n<br>Support/Google<br>/Chrome/Defaul<br>t/History :<br>0x279DF8<br>(Size: 3276800<br>bytes) |
| 169 | Ethereum Accounts, Addresses and Contracts | https://etherscan.io/address/0x5a86a6ff21aac657ca820e24518f065b915ea74f | 6/26/2019<br>1:07:10 PM(UTC-7) | **Source:**<br>Chrome<br>**Source file:**<br>erratic's<br>iPhone/Applicat<br>ions/com.googl<br>e.chrome.ios/Li<br>brary/Applicatio<br>n<br>Support/Google<br>/Chrome/Defaul<br>t/History :<br>0x291256<br>(Size: 3276800<br>bytes) |
| 170 | Ethereum Accounts, Addresses and Contracts | https://etherscan.io/address/0x5a86a6ff21aac657ca820e24518f065b915ea74f | 6/26/2019<br>1:06:15 PM(UTC-7) | **Source:**<br>Chrome<br>**Source file:**<br>erratic's<br>iPhone/Applicat<br>ions/com.googl<br>e.chrome.ios/Li<br>brary/Applicatio<br>n<br>Support/Google<br>/Chrome/Defaul<br>t/History :<br>0x291270<br>(Size: 3276800<br>bytes) |
| 171 | Ethereum Accounts, Addresses and Contracts | https://etherscan.io/address/0x5a86a6ff21aac657ca820e24518f065b915ea74f | 6/26/2019<br>1:05:01 PM(UTC-7) | **Source:**<br>Chrome<br>**Source file:**<br>erratic's<br>iPhone/Applicat<br>ions/com.googl<br>e.chrome.ios/Li<br>brary/Applicatio<br>n<br>Support/Google<br>/Chrome/Defaul<br>t/History :<br>0x29128A<br>(Size: 3276800<br>bytes) |

504-025

| 172 | Nanopool | https://... | 1:01:54 PM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x2798 2E (Size: 3276800 bytes) | ✎ |
|---|---|---|---|---|---|
| 173 | Ethereum Accounts, Addresses and Contracts | https://etherscan.io/address/0x5a86a6ff21aac657ca820e24518f065b915ea74f | 6/26/2019 1:01:41 PM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x2912A4 (Size: 3276800 bytes) | ✎ |
| 174 | Ethereum (ETH) Blockchain Explorer | https://etherscan.io/ | 6/26/2019 1:00:41 PM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x279932 (Size: 3276800 bytes) | ✎ |
| 175 | capitol one smp500 - Google Search | https://www.google.com/search?rlz=1CDGOYI_enUS836US836&hl=en-US&ei=AkETXcW0NJi-tAa5k7SwBQ&q=capitol+one+smp500&oq=capitol+one+smp500&gs_l=mobile-gws-wiz-serp.3...33i22i29i30.8599.13475..13919...2.0...0.160.2053.4j14......0....1.......8..35i39j0i131j0j46j0i20i263j0i67j46i67j0i10j33i160j3 0i10.ilW6ZRs7P1Y | 6/26/2019 2:55:30 AM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x279E12 (Size: 3276800 bytes) | ✎ |
| 176 | the big 4 and the big 50 - Google Search | https://www.google.com/search?rlz=1CDGOYI_enUS836US836&hl=en-US&ei=30ATXZmTBIO0tQb5lqAw&q=the+big+4+and+the+big+50&oq=the+big+4+and+the+big+50&gs_l=mobile-gws-wiz-serp.3...7288.11457..11827...0.0..0.245.2113.2j11j2......0....1.........0i71j35i39j46i67j0j0i67j0i22i30j33i299j33i22i29i30.HMAUXgxyCkk | 6/26/2019 2:55:15 AM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x279E2C (Size: 3276800 bytes) | ✎ |
| 177 | Big Four accounting firms - Wikipedia | https://en.m.wikipedia.org/wiki/Big_Four_accounting_firms | 6/26/2019 2:54:43 AM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x279E46 (Size: 3276800 bytes) | ✎ |

30

504-026

| 178 | the big 4 - ... | https://... OYI_enUS836US836&hl=en-US&ei=zEATXavHFtWQtAawvJ2wDA&q=t he+big+4&oq=the+big+4&gs_l=mobile-gws-wiz-serp.3...35i39j0i67j0j46j0l3j0i67.15033.174 32..17723...2.0..0.224.1277.0j8j1......0....1.....8..46i67j46i39j46i131j46i20i263.cIvW4Z hj3yA | 2:54:39 AM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applicat ions/com.googl e.chrome.ios/Li brary/Applicatio n Support/Google /Chrome/Defaul t/History : 0x279E60 (Size: 3276800 bytes) | |
| --- | --- | --- | --- | --- | --- |
| 179 | the big 4 capitol one - Google Search | https://www.google.com/search?rlz=1CDG OYI_enUS836US836&hl=en-US&ei=wEATXcaBEoq6tQaZ37v4BA&q=t he+big+4+capitol+one&oq=the+big+4+capi tol+one&gs_l=mobile-gws-wiz-serp.3...33i22i10i29i30l2j33i10i29l2.7835. 10487...10659...0.0..0.447.2055.0j9j2j0j1... ...0....1..........0i71j46i67i275j0j0i67j46j33i22i 29i30j33i160j33i299.Jpj_PVEHb3Q | 6/26/2019 2:54:20 AM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applicat ions/com.googl e.chrome.ios/Li brary/Applicatio n Support/Google /Chrome/Defaul t/History : 0x279E7A (Size: 3276800 bytes) | |
| 180 | the big 4 - Google Search | https://www.google.com/search?q=the+big +4&rlz=1CDGOYI_enUS836US836&oq=th e+big+4&aqs=chrome..69i57j0l3.2833j0j9& hl=en-US&sourceid=chrome-mobile&ie=UTF-8 | 6/26/2019 2:54:08 AM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applicat ions/com.googl e.chrome.ios/Li brary/Applicatio n Support/Google /Chrome/Defaul t/History : 0x279ECD (Size: 3276800 bytes) | |
| 181 | Log in to your PayPal account | https://www.paypal.com/us/signin | 6/25/2019 8:17:41 PM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applicat ions/com.googl e.chrome.ios/Li brary/Applicatio n Support/Google /Chrome/Defaul t/History : 0x117958 (Size: 3276800 bytes) | |
| 182 | My eBay | https://m.ebay.com/myebay | 6/25/2019 8:15:41 PM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applicat ions/com.googl e.chrome.ios/Li brary/Applicatio n Support/Google /Chrome/Defaul t/History : 0x117A88 (Size: 3276800 bytes) | |
| 183 | Ethereum Accounts, Addresses and Contracts | https://etherscan.io/address/0x5a86a6ff21 aac657ca820e24518f065b915ea74f | 6/25/2019 7:41:53 AM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applicat ions/com.googl e.chrome.ios/Li brary/Applicatio n Support/Google /Chrome/Defaul t/History : 0x2912BE (Size: 3276800 bytes) | |

31

504-027

| 184 | | https://con... | 10:52:35 AM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applicat ions/com.googl e.chrome.ios/Li brary/Applicatio n Support/Google /Chrome/Defaul t/History : 0x104F61 (Size: 3276800 bytes) | |
|-----|---|---|---|---|---|
| 185 | AWS Shield - Amazon Web Services (AWS) | https://aws.amazon.com/shield/ | 6/20/2019 10:51:19 AM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applicat ions/com.googl e.chrome.ios/Li brary/Applicatio n Support/Google /Chrome/Defaul t/History : 0x104F80 (Size: 3276800 bytes) | |
| 186 | Denial of Service Attack Mitigation on AWS – AWS Answers | https://aws.amazon.com/answers/networki ng/aws-ddos-attack-mitigation/ | 6/20/2019 10:50:38 AM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applicat ions/com.googl e.chrome.ios/Li brary/Applicatio n Support/Google /Chrome/Defaul t/History : 0x104F9E (Size: 3276800 bytes) | |
| 187 | create s3 log bucket | https://gist.github.com/paigeadelethompso n/3bbb3f7fc187f83264455f51ce18525e | 6/20/2019 10:13:42 AM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applicat ions/com.googl e.chrome.ios/Li brary/Applicatio n Support/Google /Chrome/Defaul t/History : 0x104FD1 (Size: 3276800 bytes) | |
| 188 | Cloud computing and dedicated servers - OVH | https://www.ovh.com/ | 6/20/2019 6:14:36 AM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applicat ions/com.googl e.chrome.ios/Li brary/Applicatio n Support/Google /Chrome/Defaul t/History : 0x108AA5 (Size: 3276800 bytes) | |
| 189 | Ethereum Accounts, Addresses and Contracts | https://etherscan.io/address/0x5a86a6ff21 aac657ca820e24518f065b915ea74f | 6/15/2019 9:57:47 PM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applicat ions/com.googl e.chrome.ios/Li brary/Applicatio n Support/Google /Chrome/Defaul t/History : 0x2912F2 (Size: 3276800 bytes) | |

32

504-028

| 190 | Ethereum Accounts, Addresses and Contracts | https://etherscan.io/address/0x5a86a6ff21 aac657ca820e24518f065b915ea74f | 4:53:09 PM(UTC-7) | | Source: Chrome Source file: erratic's iPhone/Applicat ions/com.googl e.chrome.ios/Li brary/Applicatio n Support/Google /Chrome/Defaul t/History : 0x29130C (Size: 3276800 bytes) | | |
|---|---|---|---|---|---|---|---|
| 191 | Ethereum Accounts, Addresses and Contracts | https://etherscan.io/address/0x5a86a6ff21 aac657ca820e24518f065b915ea74f | 6/13/2019 2:23:31 PM(UTC-7) | | Source: Chrome Source file: erratic's iPhone/Applicat ions/com.googl e.chrome.ios/Li brary/Applicatio n Support/Google /Chrome/Defaul t/History : 0x291326 (Size: 3276800 bytes) | | |
| 192 | Ethereum Accounts, Addresses and Contracts | https://etherscan.io/address/0x5a86a6ff21 aac657ca820e24518f065b915ea74f | 6/13/2019 12:46:54 PM(UTC-7) | | Source: Chrome Source file: erratic's iPhone/Applicat ions/com.googl e.chrome.ios/Li brary/Applicatio n Support/Google /Chrome/Defaul t/History : 0x291340 (Size: 3276800 bytes) | | |
| 193 | Ethereum Accounts, Addresses and Contracts | https://etherscan.io/address/0x5a86a6ff21 aac657ca820e24518f065b915ea74f | 6/10/2019 1:28:06 PM(UTC-7) | | Source: Chrome Source file: erratic's iPhone/Applicat ions/com.googl e.chrome.ios/Li brary/Applicatio n Support/Google /Chrome/Defaul t/History : 0x291374 (Size: 3276800 bytes) | | |
| 194 | Ethereum Accounts, Addresses and Contracts | https://etherscan.io/address/0x5a86a6ff21 aac657ca820e24518f065b915ea74f | 6/10/2019 2:59:03 AM(UTC-7) | | Source: Chrome Source file: erratic's iPhone/Applicat ions/com.googl e.chrome.ios/Li brary/Applicatio n Support/Google /Chrome/Defaul t/History : 0x29138E (Size: 3276800 bytes) | | |
| 195 | Ethereum Accounts, Addresses and Contracts | https://etherscan.io/address/0x5a86a6ff21 aac657ca820e24518f065b915ea74f | 6/7/2019 9:52:21 PM(UTC-7) | | Source: Chrome Source file: erratic's iPhone/Applicat ions/com.googl e.chrome.ios/Li brary/Applicatio n Support/Google /Chrome/Defaul t/History : 0x2913A8 (Size: 3276800 bytes) | | |

504-029

| 196 | Ethereum ... aac657ca820e24518f065b915ea74f | https://... | 8:26:26 PM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x2913C2 (Size: 3276800 bytes) | |
|---|---|---|---|---|---|
| 197 | Moscow, Central Administrative District, Perevedenovsky Lane, 13, bldg. - Google Maps | https://www.google.com/maps/@47.5550669,-122.275696,11z | 6/4/2019 4:35:38 AM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0xA7872 (Size: 3276800 bytes) | |
| 198 | 2790 rub to usd - Google Search | https://www.google.com/search?q=2790+rub+to+usd&rlz=1CDGOYI_enUS836US836&oq=2790+rub+to+usd&aqs=chrome..69i57.5860j0j7&hl=en-US&sourceid=chrome-mobile&ie=UTF-8 | 6/4/2019 4:34:09 AM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0xA78E4 (Size: 3276800 bytes) | |
| 199 | Регистрация | https://bill.planetahost.ru/billmgr?func=register&lang=ru | 6/4/2019 4:33:52 AM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0xA78FE (Size: 3276800 bytes) | |
| 200 | Server colocation in data center / Planetahost | https://planetahost.ru/en/services/collocation/ | 6/4/2019 4:31:27 AM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0xA791B (Size: 3276800 bytes) | |
| 201 | Payment page / Planetahost | https://planetahost.ru/en/payment/ | 6/4/2019 4:30:45 AM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0xA793C (Size: 3276800 bytes) | |
| 202 | Payment page / Planetahost | https://planetahost.ru/en/payment/ | 6/4/2019 4:28:29 AM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0xA7959 (Size: 3276800 bytes) | |

| | | | | | |
|---|---|---|---|---|---|
| 203 | Planetahos... | ...s://... r...c... d...c/ | 4:28:10 AM(UTC-7) | **Source:** Chrome **Source file:** erratic's iPhone/Applicat ions/com.googl e.chrome.ios/Li brary/Applicatio n Support/Google /Chrome/Defaul t/History : 0xA7976 (Size: 3276800 bytes) | |
| 204 | https://planetahost.ru/en/company/dc/#https%3 A%2F%2Fplanetahost.ru%2Fexternimg%2Fdat acenter%2Fphoto%2F27.jpg | https://planetahost.ru/en/company/dc/#http s%3A%2F%2Fplanetahost.ru%2Fexternim g%2Fdatacenter%2Fphoto%2F27.jpg | 6/4/2019 4:27:56 AM(UTC-7) | **Source:** Chrome **Source file:** erratic's iPhone/Applicat ions/com.googl e.chrome.ios/Li brary/Applicatio n Support/Google /Chrome/Defaul t/History : 0xA7997 (Size: 3276800 bytes) | |
| 205 | Promotions and special offers / Planetahost | https://planetahost.ru/en/actions/ | 6/4/2019 4:27:02 AM(UTC-7) | **Source:** Chrome **Source file:** erratic's iPhone/Applicat ions/com.googl e.chrome.ios/Li brary/Applicatio n Support/Google /Chrome/Defaul t/History : 0xA79B8 (Size: 3276800 bytes) | |
| 206 | Planetahost Data center / Planetahost | https://planetahost.ru/en/company/dc/ | 6/4/2019 4:24:48 AM(UTC-7) | **Source:** Chrome **Source file:** erratic's iPhone/Applicat ions/com.googl e.chrome.ios/Li brary/Applicatio n Support/Google /Chrome/Defaul t/History : 0xA79D5 (Size: 3276800 bytes) | |
| 207 | Server colocation in data center / Planetahost | https://planetahost.ru/en/services/collocatio n/ | 6/4/2019 4:24:35 AM(UTC-7) | **Source:** Chrome **Source file:** erratic's iPhone/Applicat ions/com.googl e.chrome.ios/Li brary/Applicatio n Support/Google /Chrome/Defaul t/History : 0xA79F6 (Size: 3276800 bytes) | |
| 208 | 6700 rub to usd - Google Search | https://www.google.com/search?q=6700+r ub+to+usd&rlz=1CDGOYI_enUS836US83 6&oq=6700rub&aqs=chrome.1.69i57j0l3.6 578j0j7&hl=en-US&sourceid=chrome-mobile&ie=UTF-8 | 6/4/2019 4:16:13 AM(UTC-7) | **Source:** Chrome **Source file:** erratic's iPhone/Applicat ions/com.googl e.chrome.ios/Li brary/Applicatio n Support/Google /Chrome/Defaul t/History : 0xA7A17 (Size: 3276800 bytes) | |
| 209 | Server rental in Moscow / Planetahost | https://planetahost.ru/en/services/rent/ | 6/4/2019 4:14:48 AM(UTC-7) | **Source:** Chrome **Source file:** erratic's iPhone/Applicat ions/com.googl e.chrome.ios/Li brary/Applicatio n Support/Google /Chrome/Defaul t/History : 0xA7A31 (Size: 3276800 bytes) | |

504-031

| 210 | PlanetaHost - услуги аренды выделенных и виртуальных... servers rent services, hosting and domains | https://... | 4:14:15 AM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applicat ions/com.googl e.chrome.ios/Li brary/Applicatio n Support/Google /Chrome/Defaul t/History : 0xA7A52 (Size: 3276800 bytes) | |
| 211 | PlanetaHost - услуги аренды выделенных и виртуальных (VDS / VPS) серверов, хостинг и домены | http://planetahost.ru/ | 6/4/2019 4:14:10 AM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applicat ions/com.googl e.chrome.ios/Li brary/Applicatio n Support/Google /Chrome/Defaul t/History : 0xA7A94 (Size: 3276800 bytes) | |
| 212 | PlanetaHost - услуги аренды выделенных и виртуальных (VDS / VPS) серверов, хостинг и домены | https://planetahost.ru/ | 6/4/2019 4:14:10 AM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applicat ions/com.googl e.chrome.ios/Li brary/Applicatio n Support/Google /Chrome/Defaul t/History : 0xA7A73 (Size: 3276800 bytes) | |
| 213 | EC2 Management Console | https://console.aws.amazon.com/ec2/v2/ho me?region=us-east-1#Home: | 6/3/2019 12:55:25 PM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applicat ions/com.googl e.chrome.ios/Li brary/Applicatio n Support/Google /Chrome/Defaul t/History : 0xA7B80 (Size: 3276800 bytes) | |
| 214 | AWS Storage Gateway | https://eu-north-1.console.aws.amazon.com/storagegatew ay/home?activationKey=KTT0J-PS0BH-Q1D1A&gatewayType=CACHED&activatio nRegion=eu-north-1&region=eu-north-1 | 6/3/2019 11:06:27 AM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applicat ions/com.googl e.chrome.ios/Li brary/Applicatio n Support/Google /Chrome/Defaul t/History : 0xA7E2A (Size: 3276800 bytes) | |
| 215 | AWS Storage Gateway | https://eu-north-1.console.aws.amazon.com/storagegatew ay/create/gateway?region=eu-north-1&activationKey%3DKTT0J-PS0BH-IOGID-3B648-Q1D1A%26gatewayType%3DCACHED%2 6activationRegion%3Deu-north-1%26region%3Deu-north-1 | 6/3/2019 11:06:27 AM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applicat ions/com.googl e.chrome.ios/Li brary/Applicatio n Support/Google /Chrome/Defaul t/History : 0xA7E0E (Size: 3276800 bytes) | |
| 216 | AWS Storage Gateway | http://13.53.68.22/?gatewayType=CACHE D&activationRegion=eu-north-1 | 6/3/2019 11:06:27 AM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applicat ions/com.googl e.chrome.ios/Li brary/Applicatio n Support/Google /Chrome/Defaul t/History : 0xA7DF4 (Size: 3276800 bytes) | |

504-032

| 217 | EC2 Management Console | https://console.aws.amazon.com/ec2/v2/home?region=us-east-1#Home: | 6/3/2019 11:05:32 AM(UTC-7) | | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0xA7B9A (Size: 3276800 bytes) | |
| 218 | Amazon Web Services Sign-In | https://console.aws.amazon.com/storagegateway/home?region=us-east-1 | 6/3/2019 11:04:45 AM(UTC-7) | | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0xA7289 (Size: 3276800 bytes) | |
| 219 | Amazon Web Services Sign-In | https://console.aws.amazon.com/storagegateway/home?region=us-east-1 | 6/3/2019 11:04:45 AM(UTC-7) | | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0xA72A3 (Size: 3276800 bytes) | |
| 220 | EC2 Management Console | https://console.aws.amazon.com/ec2/v2/home?region=us-east-1#Home: | 6/3/2019 11:00:02 AM(UTC-7) | | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0xA7BB4 (Size: 3276800 bytes) | |
| 221 | EC2 Management Console | https://console.aws.amazon.com/ec2/v2/home?region=us-east-1#Home: | 6/3/2019 10:58:32 AM(UTC-7) | | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0xA7BCE (Size: 3276800 bytes) | |
| 222 | Amazon Web Services Sign-In | https://console.aws.amazon.com/storagegateway/home?region=us-east-1 | 6/3/2019 10:57:29 AM(UTC-7) | | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0xA72BD (Size: 3276800 bytes) | |
| 223 | Amazon Web Services Sign-In | https://console.aws.amazon.com/storagegateway/home?region=us-east-1 | 6/3/2019 10:57:28 AM(UTC-7) | | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0xA72D7 (Size: 3276800 bytes) | |

504-033

| 224 | Amazon Web Services Sign-In | https://console.aws.amazon.com/storageg ateway/home?region=us-east-1 | 6/3/2019 10:55:17 AM(UTC-7) | **Source:** Chrome **Source file:** erratic's iPhone/Applicat ions/com.googl e.chrome.ios/Li brary/Applicatio n Support/Google /Chrome/Defaul t/History : 0xA72F1 (Size: 3276800 bytes) | |
| 225 | Amazon Web Services Sign-In | https://console.aws.amazon.com/storageg ateway/home?region=us-east-1 | 6/3/2019 10:55:17 AM(UTC-7) | **Source:** Chrome **Source file:** erratic's iPhone/Applicat ions/com.googl e.chrome.ios/Li brary/Applicatio n Support/Google /Chrome/Defaul t/History : 0xA730B (Size: 3276800 bytes) | |
| 226 | EC2 Management Console | https://console.aws.amazon.com/ec2/v2/ho me?region=us-east-1#Home: | 6/3/2019 10:41:22 AM(UTC-7) | **Source:** Chrome **Source file:** erratic's iPhone/Applicat ions/com.googl e.chrome.ios/Li brary/Applicatio n Support/Google /Chrome/Defaul t/History : 0xA7BE8 (Size: 3276800 bytes) | |
| 227 | Amazon Web Services Sign-In | https://console.aws.amazon.com/storageg ateway/home?region=us-east-1 | 6/3/2019 10:39:39 AM(UTC-7) | **Source:** Chrome **Source file:** erratic's iPhone/Applicat ions/com.googl e.chrome.ios/Li brary/Applicatio n Support/Google /Chrome/Defaul t/History : 0xA7325 (Size: 3276800 bytes) | |
| 228 | Amazon Web Services Sign-In | https://console.aws.amazon.com/storageg ateway/home?region=us-east-1 | 6/3/2019 10:39:38 AM(UTC-7) | **Source:** Chrome **Source file:** erratic's iPhone/Applicat ions/com.googl e.chrome.ios/Li brary/Applicatio n Support/Google /Chrome/Defaul t/History : 0xA733F (Size: 3276800 bytes) | |
| 229 | Amazon Web Services Sign-In | https://console.aws.amazon.com/storageg ateway/home?region=us-east-1 | 6/3/2019 10:36:56 AM(UTC-7) | **Source:** Chrome **Source file:** erratic's iPhone/Applicat ions/com.googl e.chrome.ios/Li brary/Applicatio n Support/Google /Chrome/Defaul t/History : 0xA7359 (Size: 3276800 bytes) | |
| 230 | Amazon Web Services Sign-In | https://console.aws.amazon.com/storageg ateway/home?region=us-east-1 | 6/3/2019 10:36:56 AM(UTC-7) | **Source:** Chrome **Source file:** erratic's iPhone/Applicat ions/com.googl e.chrome.ios/Li brary/Applicatio n Support/Google /Chrome/Defaul t/History : 0xA7373 (Size: 3276800 bytes) | |

504-034

| 231 | EC2 Management Console | https://console.aws.amazon.com/ec2/v2/home?region=us-east-1#Home: | 6/3/2019 10:36:24 AM(UTC-7) | **Source:** Chrome **Source file:** erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0xA7C02 (Size: 3276800 bytes) | | ⬦ |
| 232 | EC2 Management Console | https://console.aws.amazon.com/ec2/v2/home?region=us-east-1#Home: | 6/3/2019 7:43:06 AM(UTC-7) | **Source:** Chrome **Source file:** erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0xA7C1C (Size: 3276800 bytes) | | ⬦ |
| 233 | EC2 Management Console | https://console.aws.amazon.com/ec2/v2/home?region=us-east-1#Home: | 6/3/2019 7:00:34 AM(UTC-7) | **Source:** Chrome **Source file:** erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0xA7C36 (Size: 3276800 bytes) | | ⬦ |
| 234 | EC2 Management Console | https://console.aws.amazon.com/ec2/v2/home?region=us-east-1#Home: | 6/3/2019 6:53:08 AM(UTC-7) | **Source:** Chrome **Source file:** erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0xA7C50 (Size: 3276800 bytes) | | ⬦ |
| 235 | Amazon Web Services Sign-In | https://console.aws.amazon.com/storagegateway/home?region=us-east-1 | 6/3/2019 6:53:05 AM(UTC-7) | **Source:** Chrome **Source file:** erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0xA738D (Size: 3276800 bytes) | | ⬦ |
| 236 | Amazon Web Services Sign-In | https://console.aws.amazon.com/storagegateway/home?region=us-east-1 | 6/3/2019 6:53:04 AM(UTC-7) | **Source:** Chrome **Source file:** erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0xA73A7 (Size: 3276800 bytes) | | ⬦ |
| 237 | https://185.31.162.136 | https://185.31.162.136/ | 6/3/2019 6:48:42 AM(UTC-7) | **Source:** Chrome **Source file:** erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0xA7561 (Size: 3276800 bytes) | | ⬦ |

504-035

| 238 | EC2 Management Console | https://console.aws.amazon.com/ec2/v2/home?region=us-east-1#Home: | 6/3/2019 6:48:32 AM(UTC-7) | | **Source:** Chrome **Source file:** erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0xA7C6A (Size: 3276800 bytes) | ✎ | |
|---|---|---|---|---|---|---|---|
| 239 | Amazon Web Services Sign-In | https://console.aws.amazon.com/storagegateway/home?region=us-east-1 | 6/3/2019 6:46:29 AM(UTC-7) | | **Source:** Chrome **Source file:** erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0xA73C1 (Size: 3276800 bytes) | ✎ | |
| 240 | Amazon Web Services Sign-In | https://console.aws.amazon.com/storagegateway/home?region=us-east-1 | 6/3/2019 6:46:28 AM(UTC-7) | | **Source:** Chrome **Source file:** erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0xA73DB (Size: 3276800 bytes) | ✎ | |
| 241 | EC2 Management Console | https://console.aws.amazon.com/ec2/v2/home?region=us-east-1#Home: | 6/3/2019 6:46:15 AM(UTC-7) | | **Source:** Chrome **Source file:** erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0xA7C84 (Size: 3276800 bytes) | ✎ | |
| 242 | EC2 Management Console | https://console.aws.amazon.com/ec2/v2/home?region=us-east-1#Home: | 6/3/2019 6:44:50 AM(UTC-7) | | **Source:** Chrome **Source file:** erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0xA7C9E (Size: 3276800 bytes) | ✎ | |
| 243 | EC2 Management Console | https://console.aws.amazon.com/ec2/v2/home?region=us-east-1#Home: | 6/3/2019 6:43:49 AM(UTC-7) | | **Source:** Chrome **Source file:** erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0xA7CB8 (Size: 3276800 bytes) | ✎ | |
| 244 | Amazon Web Services Sign-In | https://console.aws.amazon.com/storagegateway/home?region=us-east-1 | 6/3/2019 6:42:53 AM(UTC-7) | | **Source:** Chrome **Source file:** erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0xA73F5 (Size: 3276800 bytes) | ✎ | |

504-036

| 245 | Amazon W... | https://console.aws.amazon.com/storagegateway/home?region=us-east-1 | 6:42:53 AM(UTC-7) | | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0xA740F (Size: 3276800 bytes) | |
| 246 | EC2 Management Console | https://console.aws.amazon.com/ec2/v2/home?region=us-east-1#Home: | 6/3/2019 6:42:28 AM(UTC-7) | | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0xA7CD2 (Size: 3276800 bytes) | |
| 247 | EC2 Management Console | https://console.aws.amazon.com/ec2/v2/home?region=us-east-1#Home: | 6/3/2019 6:35:11 AM(UTC-7) | | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0xA7CEC (Size: 3276800 bytes) | |
| 248 | AWS Storage Gateway | https://console.aws.amazon.com/storagegateway/create/gateway?region=us-east-1&activationKey%3DDD2C7-VOGDU-BAQTF-1OLCV-928DQ%26gatewayType%3DCACHED%26activationRegion%3Dus-east-1%26region%3Dus-east-1 | 6/3/2019 6:33:17 AM(UTC-7) | | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0xA7EB2 (Size: 3276800 bytes) | |
| 249 | AWS Storage Gateway | https://console.aws.amazon.com/storagegateway/home?activationKey=DD2C7-VOGDU-BAQTF-1OLCV-928DQ&gatewayType=CACHED&activationRegion=us-east-1&region=us-east-1 | 6/3/2019 6:33:17 AM(UTC-7) | | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0xA7E96 (Size: 3276800 bytes) | |
| 250 | AWS Storage Gateway | http://3.84.216.251/?gatewayType=CACHED&activationRegion=us-east-1 | 6/3/2019 6:33:17 AM(UTC-7) | | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0xA7E7C (Size: 3276800 bytes) | |
| 251 | EC2 Management Console | https://console.aws.amazon.com/ec2/v2/home?region=us-east-1#Home: | 6/3/2019 6:32:18 AM(UTC-7) | | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0xA7D06 (Size: 3276800 bytes) | |

41

504-037

| 252 | Amazon Web Services Sign-In | https://console.aws.amazon.com/storageg ateway/home?region=us-east-1 | 6/3/2019 6:31:56 AM(UTC-7) | | Source: Chrome Source file: erratic's iPhone/Applicat ions/com.googl e.chrome.ios/Li brary/Applicatio n Support/Google /Chrome/Defaul t/History : 0xA7429 (Size: 3276800 bytes) | 🔖 |
| 253 | Amazon Web Services Sign-In | https://console.aws.amazon.com/storageg ateway/home?region=us-east-1 | 6/3/2019 6:31:55 AM(UTC-7) | | Source: Chrome Source file: erratic's iPhone/Applicat ions/com.googl e.chrome.ios/Li brary/Applicatio n Support/Google /Chrome/Defaul t/History : 0xA7443 (Size: 3276800 bytes) | 🔖 |
| 254 | EC2 Management Console | https://console.aws.amazon.com/ec2/v2/ho me?region=us-east-1#Home: | 6/3/2019 6:31:15 AM(UTC-7) | | Source: Chrome Source file: erratic's iPhone/Applicat ions/com.googl e.chrome.ios/Li brary/Applicatio n Support/Google /Chrome/Defaul t/History : 0xA7D20 (Size: 3276800 bytes) | 🔖 |
| 255 | Amazon Web Services Sign-In | https://console.aws.amazon.com/storageg ateway/home?region=us-east-1 | 6/3/2019 6:31:05 AM(UTC-7) | | Source: Chrome Source file: erratic's iPhone/Applicat ions/com.googl e.chrome.ios/Li brary/Applicatio n Support/Google /Chrome/Defaul t/History : 0xA745D (Size: 3276800 bytes) | 🔖 |
| 256 | Amazon Web Services Sign-In | https://console.aws.amazon.com/storageg ateway/home?region=us-east-1 | 6/3/2019 6:31:05 AM(UTC-7) | | Source: Chrome Source file: erratic's iPhone/Applicat ions/com.googl e.chrome.ios/Li brary/Applicatio n Support/Google /Chrome/Defaul t/History : 0xA7477 (Size: 3276800 bytes) | 🔖 |
| 257 | Amazon Web Services Sign-In | https://console.aws.amazon.com/storageg ateway/home?region=us-east-1 | 6/3/2019 6:26:44 AM(UTC-7) | | Source: Chrome Source file: erratic's iPhone/Applicat ions/com.googl e.chrome.ios/Li brary/Applicatio n Support/Google /Chrome/Defaul t/History : 0xA7491 (Size: 3276800 bytes) | 🔖 |
| 258 | Amazon Web Services Sign-In | https://console.aws.amazon.com/storageg ateway/home?region=us-east-1 | 6/3/2019 6:26:43 AM(UTC-7) | | Source: Chrome Source file: erratic's iPhone/Applicat ions/com.googl e.chrome.ios/Li brary/Applicatio n Support/Google /Chrome/Defaul t/History : 0xA74AB (Size: 3276800 bytes) | 🔖 |

504-038

| | | | | |
|---|---|---|---|---|
| 259 | https://185... https://... | | 6:15:39 AM(UTC-7) | **Source:** Chrome **Source file:** erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0xA7ECE (Size: 3276800 bytes) |
| 260 | Apache2 Ubuntu Default Page: It works | http://180.250.18.20/ | 6/3/2019 6:15:19 AM(UTC-7) | **Source:** Chrome **Source file:** erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0xA7EE8 (Size: 3276800 bytes) |
| 261 | https://185.31.162.136 | https://185.31.162.136/ | 6/3/2019 5:45:40 AM(UTC-7) | **Source:** Chrome **Source file:** erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0xA7F02 (Size: 3276800 bytes) |
| 262 | AWS Storage Gateway | https://us-west-2.console.aws.amazon.com/storagegateway/create/gateway?region=us-west-2&gatewayType%3DFILE_S3%26activationRegion%3Dus-west-2%26region%3Dus-west-2%26activationKey%3D40LA7-QKR54-ALCMT-74I2V-FOJTK | 6/3/2019 4:52:46 AM(UTC-7) | **Source:** Chrome **Source file:** erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0xA7F86 (Size: 3276800 bytes) |
| 263 | AWS Storage Gateway | https://us-west-2.console.aws.amazon.com/storagegateway/home?gatewayType=FILE_S3&activationRegion=us-west-2&activationKey=40LA7-QKR54-ALCMT-74I2V-FOJTK | 6/3/2019 4:52:46 AM(UTC-7) | **Source:** Chrome **Source file:** erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0xA7F6A (Size: 3276800 bytes) |
| 264 | AWS Storage Gateway | http://52.13.176.28/?gatewayType=FILE_S3&activationRegion=us-west-2 | 6/3/2019 4:52:46 AM(UTC-7) | **Source:** Chrome **Source file:** erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0xA7F50 (Size: 3276800 bytes) |
| 265 | AWS Storage Gateway | https://us-west-2.console.aws.amazon.com/storagegateway/home?gatewayType=FILE_S3&activationRegion=us-west-2&region=us-west-2&activationKey=DUSUD-G9RTD-63JAR-FLMJ1-Q8SSU | 6/3/2019 4:44:27 AM(UTC-7) | **Source:** Chrome **Source file:** erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0xDB1AB (Size: 3276800 bytes) |

504-039

| 266 | AWS Storage Gateway | https://us-west-2.console.aws.amazon.com/storagegateway/create/gateway?region=us-west-2&gatewayType%3DFILE_S3%26activationRegion%3Dus-west-2%26region%3Dus-west-2%26activationKey%3DDUSUD-G9RTD-63JAR-FLMJ1-Q8SSU | 6/3/2019 4:44:27 AM(UTC-7) | **Source:** Chrome **Source file:** erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0xDB18F (Size: 3276800 bytes) | | |
| 267 | AWS Storage Gateway | http://34.214.163.119/?gatewayType=FILE_S3&activationRegion=us-west-2 | 6/3/2019 4:44:27 AM(UTC-7) | **Source:** Chrome **Source file:** erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0xDB175 (Size: 3276800 bytes) | | |
| 268 | Amazon Web Services Sign-In | https://console.aws.amazon.com/iam/home | 6/3/2019 4:25:36 AM(UTC-7) | **Source:** Chrome **Source file:** erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0xDB1C7 (Size: 3276800 bytes) | | |
| 269 | Ethereum Accounts, Addresses and Contracts | https://etherscan.io/address/0x5a86a6ff21aac657ca820e24518f065b915ea74f | 5/30/2019 8:55:25 AM(UTC-7) | **Source:** Chrome **Source file:** erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x2913DC (Size: 3276800 bytes) | | |
| 270 | Ethereum Accounts, Addresses and Contracts | https://etherscan.io/address/0x5a86a6ff21aac657ca820e24518f065b915ea74f | 5/29/2019 5:43:11 PM(UTC-7) | **Source:** Chrome **Source file:** erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x9C73B (Size: 3276800 bytes) | | |
| 271 | EC2 Management Console | https://console.aws.amazon.com/ec2/v2/home?region=us-east-1#Home: | 5/29/2019 11:01:26 AM(UTC-7) | **Source:** Chrome **Source file:** erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0xA7D3A (Size: 3276800 bytes) | | |
| 272 | Ethereum Accounts, Addresses and Contracts | https://etherscan.io/address/0x5a86a6ff21aac657ca820e24518f065b915ea74f | 5/29/2019 10:05:32 AM(UTC-7) | **Source:** Chrome **Source file:** erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x9C755 (Size: 3276800 bytes) | | |

504-040

| 273 | Nanopool | https://...ff21aac657ca820e24518f065b915ea74f | 5:02:31 AM(UTC-7) | Chrome<br>**Source file:** erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x6B6EB (Size: 3276800 bytes) | |
| 274 | Mailinator \| | https://www.mailinator.com/v3/index.jsp?zone=public&query=niggerthumbs | 5/26/2019 9:36:53 PM(UTC-7) | **Source:** Chrome<br>**Source file:** erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x6BB7E (Size: 3276800 bytes) | |
| 275 | Mailinator | https://www.mailinator.com/ | 5/26/2019 9:36:45 PM(UTC-7) | **Source:** Chrome<br>**Source file:** erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x6BB9B (Size: 3276800 bytes) | |
| 276 | Mailinator \| | https://www.mailinator.com/v3/index.jsp?zone=public&query=niggerthumbs | 5/26/2019 9:36:32 PM(UTC-7) | **Source:** Chrome<br>**Source file:** erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x6BBD9 (Size: 3276800 bytes) | |
| 277 | Mailinator \| | https://www.mailinator.com/v3/index.jsp?zone=public&query=niggerthumbs#%23inboxpane | 5/26/2019 9:36:32 PM(UTC-7) | **Source:** Chrome<br>**Source file:** erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x6BBBB (Size: 3276800 bytes) | |
| 278 | Mailinator \| | https://www.mailinator.com/v3/index.jsp?zone=public&query=niggerthumbs | 5/26/2019 9:36:26 PM(UTC-7) | **Source:** Chrome<br>**Source file:** erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x6BC32 (Size: 3276800 bytes) | |
| 279 | Mailinator \| | https://www.mailinator.com/v3/index.jsp?zone=public&query=niggerthumbs#%23inboxpane | 5/26/2019 9:36:26 PM(UTC-7) | **Source:** Chrome<br>**Source file:** erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x6BC14 (Size: 3276800 bytes) | |

504-041

| 280 | Mailinator | https://www.mailinator.com/servlet/sidebar.jsp?zone=public&query=niggerthumbs | 5/26/2019 9:35:45 PM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x6BC87 (Size: 3276800 bytes) | ✎ |
| 281 | Mailinator | http://mailinator.com/ | 5/26/2019 9:35:36 PM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x6BCC6 (Size: 3276800 bytes) | ✎ |
| 282 | Mailinator | https://www.mailinator.com/ | 5/26/2019 9:35:36 PM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x6BCA4 (Size: 3276800 bytes) | ✎ |
| 283 | simplyBrand Token (SBA) Token Tracker | https://etherscan.io/token/0xecb8f588eaf5a8ce9d964b0acece5d954e130e2f?a=0x5a86a6ff21aac657ca820e24518f065b915ea74f | 5/26/2019 9:19:26 PM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x6BF76 (Size: 3276800 bytes) | ✎ |
| 284 | Aurora (AOA) Token Tracker | https://etherscan.io/token/0x9ab165d795019b6d8b3e971dda91071421305e5a?a=0x5a86a6ff21aac657ca820e24518f065b915ea74f | 5/26/2019 9:19:01 PM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x6BF93 (Size: 3276800 bytes) | ✎ |
| 285 | Nanopool \| Ethereum \| Account | https://eth.nanopool.org/account/0x5a86a6ff21aac657ca820e24518f065b915ea74f | 5/26/2019 9:18:08 PM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x6BFD1 (Size: 3276800 bytes) | ✎ |
| 286 | Nanopool \| Ethereum \| Account | https://eth.nanopool.org/search?address=5a86a6ff21aac657ca820e24518f065b915ea74f | 5/26/2019 9:18:08 PM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x6BFF3 (Size: 3276800 bytes) | ✎ |

504-042

| 297 | Ethereum Accounts, Addresses and Contracts | https://etherscan.io/address/0x5a86a6ff21aac657ca820e24518f065b915ea74f | 5/25/2019 2:22:36 AM(UTC-7) | | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x9C76F (Size: 3276800 bytes) | |
|---|---|---|---|---|---|---|
| 298 | Ethereum Accounts, Addresses and Contracts | https://etherscan.io/address/0x5a86a6ff21aac657ca820e24518f065b915ea74f | 5/23/2019 5:47:24 PM(UTC-7) | | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x9C789 (Size: 3276800 bytes) | |
| 299 | Ethereum Accounts, Addresses and Contracts | https://etherscan.io/address/0x5a86a6ff21aac657ca820e24518f065b915ea74f | 5/22/2019 10:45:13 AM(UTC-7) | | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x9C7A3 (Size: 3276800 bytes) | |
| 300 | Nanopool | Ethereum | Account | https://eth.nanopool.org/account/0x5a86a6ff21aac657ca820e24518f065b915ea74f | 5/22/2019 10:44:45 AM(UTC-7) | | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x4AA94 (Size: 3276800 bytes) | |

504-043

| 301 | Nanopool | Ethereum | Account | https://eth.nanopool.org/search?address=5a86a6ff21aac657ca820e24518f065b915ea74f | 10:44:45 AM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x4AB02 (Size: 3276800 bytes) | | |
| 302 | Nanopool | Ethereum | Account | https://eth.nanopool.org/account/0x5a86a6ff21aac657ca820e24518f065b915ea74f | 5/21/2019 11:26:12 PM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x4AAB0 (Size: 3276800 bytes) | | |
| 303 | Nanopool | Ethereum | Account | https://eth.nanopool.org/account/0x5a86a6ff21aac657ca820e24518f065b915ea74f | 5/21/2019 11:25:08 PM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x4AACA (Size: 3276800 bytes) | | |
| 304 | Nanopool | Ethereum | Account | https://eth.nanopool.org/search?address=5a86a6ff21aac657ca820e24518f065b915ea74f | 5/21/2019 11:25:08 PM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x4AB1C (Size: 3276800 bytes) | | |
| 305 | Ethereum Accounts, Addresses and Contracts | https://etherscan.io/address/0x5a86a6ff21aac657ca820e24518f065b915ea74f | 5/21/2019 5:37:07 AM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x9C7BD (Size: 3276800 bytes) | | |
| 306 | Nanopool | Ethereum | Account | https://eth.nanopool.org/account/0x5a86a6ff21aac657ca820e24518f065b915ea74f | 5/21/2019 5:37:02 AM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x4AAE6 (Size: 3276800 bytes) | | |

504–044

| 307 | Bitpay Invoice | https://unpkg.com/vpn-=QLaK-2BgXvAss2SsDJxT0CSI784NZm7OoyInFq g20ILeeli8vlDaLVe8FMlip0FANYZPRGpT Q3Z9eJxvxTLtkUV5tWOPsNiap5o-2B5VXA5G3ZRKCOROIZ-2BmfVGnqsFrOw2JFirXI bCxdAx7SUNbR dgJSYwzd5hWtOZ0wWq-2FZ6McHviUxS0M5h0mHg7YwBxH-2FrnP052u2SwP48huvy356BceuffOAPdbp Hguz-2B73Q91v0ipDoopnP0jwrhL6ojgaT3aeGJ RPWbBQ7eUJFefyxw3OHWJ6ljxSKGWV-2Fp-2FmnJzvptvODGuehmFjQNlQFp70a7_SU MpxAU9MutNBy4Bt7Wc5GVUkKhLTBkQ OEVyCP76qSAApsTL5IE-2BD7JMzm1ug-2FOOLF5NlAHr5LiHND2Ecg9f4D9YUR7e YBSqbJ3dEDQENTC2R1NdqAfikPvFHqIU 276w6dKhV7BvJKPV-2BE93vOGMxGfFfs7TfSkHUw-2FWl5seuxqug1Y-2FvYZMMN6qq8vJnK8sWHlGL8iKsLxLRh DWE-2FcS8YVrs5RPb-2BYwa6UDNVXX-2Bc4-3D | 5/20/2019 11:15:29 AM(UTC-7) | | Source: Chrome Source file: erratic's iPhone/Applicat ions/com.googl e.chrome.ios/Li brary/Applicatio n Support/Google /Chrome/Defaul t/History : 0x24CBFE (Size: 3276800 bytes) | |
| 308 | Bitpay Invoice | https://bitpay.com/invoice?id=78ct2c3TgxK FJDrHPhgf36&v=3&purchaserKey=iqtEub p38xouCxkH1aqc5gAuci8iPnLC33zgrjs7zJ 1vV3SbX5Gi8L9pmsGh54W5gcXfkJV8Fje 5VvXEtcUbxiZJB35BtM1X85YWXDYaZQ6 fTLrN6wcnFNvh5ven2mcgUt1xGX6S4iBN CxJSwRU44ePs | 5/20/2019 11:15:15 AM(UTC-7) | | Source: Chrome Source file: erratic's iPhone/Applicat ions/com.googl e.chrome.ios/Li brary/Applicatio n Support/Google /Chrome/Defaul t/History : 0x24CBE0 (Size: 3276800 bytes) | |
| 309 | Ethereum Accounts, Addresses and Contracts | https://etherscan.io/address/0x5a86a6ff21 aac657ca820e24518f065b915ea74f | 5/20/2019 12:23:52 AM(UTC-7) | | Source: Chrome Source file: erratic's iPhone/Applicat ions/com.googl e.chrome.ios/Li brary/Applicatio n Support/Google /Chrome/Defaul t/History : 0x9C7D7 (Size: 3276800 bytes) | |
| 310 | Ethereum Accounts, Addresses and Contracts | https://etherscan.io/address/0x5a86a6ff21 aac657ca820e24518f065b915ea74f | 5/20/2019 12:13:39 AM(UTC-7) | | Source: Chrome Source file: erratic's iPhone/Applicat ions/com.googl e.chrome.ios/Li brary/Applicatio n Support/Google /Chrome/Defaul t/History : 0x9C7F1 (Size: 3276800 bytes) | |
| 311 | Ethereum Accounts, Addresses and Contracts | https://etherscan.io/address/0x5a86a6ff21 aac657ca820e24518f065b915ea74f | 5/20/2019 12:08:47 AM(UTC-7) | | Source: Chrome Source file: erratic's iPhone/Applicat ions/com.googl e.chrome.ios/Li brary/Applicatio n Support/Google /Chrome/Defaul t/History : 0x9C80B (Size: 3276800 bytes) | |
| 312 | Nanopool \| Ethereum \| Account | https://eth.nanopool.org/account/0x5a86a6 ff21aac657ca820e24518f065b915ea74f | 5/20/2019 12:08:38 AM(UTC-7) | | Source: Chrome Source file: erratic's iPhone/Applicat ions/com.googl e.chrome.ios/Li brary/Applicatio n Support/Google /Chrome/Defaul t/History : 0x24646A (Size: 3276800 bytes) | |

504-045

| 313 | Ethereum ... | https://...aac657ca820e24518f065b915ea74f | 1:08:06 AM(UTC-7) | | Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x9C825 (Size: 3276800 bytes) | | |
| 314 | Nanopool \| Ethereum \| Account | https://eth.nanopool.org/account/0x5a86a6ff21aac657ca820e24518f065b915ea74f | 5/18/2019 1:07:49 AM(UTC-7) | | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x246484 (Size: 3276800 bytes) | | |
| 315 | Amazon EC2 Instance Comparison | https://www.ec2instances.info/ | 5/17/2019 5:22:29 AM(UTC-7) | | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x23A725 (Size: 3276800 bytes) | | |
| 316 | Amazon EC2 Instance Comparison | https://www.ec2instances.info/?cost_duration=monthly | 5/17/2019 5:22:29 AM(UTC-7) | | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x23A6ED (Size: 3276800 bytes) | | |
| 317 | ec2instances.info - Google Search | https://www.google.com/search?rlz=1CDGOYI_enUS836US836&hl=en-US&ei=H6XeXMffMYvy-gSPhJWQDw&q=ec2instances.info&oq=ec2instances.info&gs_l=mobile-gws-wiz-serp.3...0j0i30.596192.610049..610348...1.0..0.209.1718.22j2j1......0....1.......8..0i71j3i5i39j0i10i67j0i67j0i131j0i10j33i299j0i10i30j0i5i10i30.VTdopbdnrKc | 5/17/2019 5:22:27 AM(UTC-7) | | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x23A73F (Size: 3276800 | | |

504-046

| 337 | Ethereum Accounts, Addresses and Contracts | https://etherscan.io/address/0x5a86a6ff21 aac657ca820e24518f065b915ea74f | 5/13/2019 8:16:34 PM(UTC-7) | | **Source:** Chrome **Source file:** erratic's iPhone/Applicat ions/com.googl e.chrome.ios/Li brary/Applicatio n Support/Google /Chrome/Defaul t/History : 0x9C83F (Size: 3276800 bytes) | |
| --- | --- | --- | --- | --- | --- | --- |
| 338 | Nanopool \| Ethereum \| Account | https://eth.nanopool.org/account/0x5a86a6 ff21aac657ca820e24518f065b915ea74f | 5/13/2019 8:16:24 PM(UTC-7) | | **Source:** Chrome **Source file:** erratic's iPhone/Applicat ions/com.googl e.chrome.ios/Li brary/Applicatio n Support/Google /Chrome/Defaul t/History : 0x24649E (Size: 3276800 bytes) | |

54

| 339 | Ethereum | https://...aac657ca820e24518f065b915ea74f | 11:06:31 PM(UTC-7) | **Source:** Chrome **Source file:** erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x9C859 (Size: 3276800 bytes) | |
|---|---|---|---|---|---|
| 340 | Nanopool \| Ethereum \| Account | https://eth.nanopool.org/account/0x5a86a6ff21aac657ca820e24518f065b915ea74f | 5/11/2019 11:05:46 PM(UTC-7) | **Source:** Chrome **Source file:** erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x2464B8 (Size: 3276800 bytes) | |
| 341 | Nanopool \| Ethereum \| Account | https://eth.nanopool.org/account/0x5a86a6ff21aac657ca820e24518f065b915ea74f | 5/11/2019 3:23:52 PM(UTC-7) | **Source:** Chrome **Source file:** erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x2464D2 (Size: 3276800 bytes) | |
| 342 | Ethereum Accounts, Addresses and Contracts | https://etherscan.io/address/0x5a86a6ff21aac657ca820e24518f065b915ea74f | 5/10/2019 4:12:37 PM(UTC-7) | **Source:** Chrome **Source file:** erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x9C873 (Size: 3276800 bytes) | |
| 343 | Nanopool \| Ethereum \| Account | https://eth.nanopool.org/account/0x5a86a6ff21aac657ca820e24518f065b915ea74f | 5/10/2019 4:12:29 PM(UTC-7) | **Source:** Chrome **Source file:** erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x2464EC (Size: 3276800 bytes) | |
| 344 | Ethereum Accounts, Addresses and Contracts | https://etherscan.io/address/0x5a86a6ff21aac657ca820e24518f065b915ea74f | 5/10/2019 9:45:51 AM(UTC-7) | **Source:** Chrome **Source file:** erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x9C88D (Size: 3276800 bytes) | |
| 345 | Nanopool \| Ethereum \| Account | https://eth.nanopool.org/account/0x5a86a6ff21aac657ca820e24518f065b915ea74f | 5/10/2019 9:45:31 AM(UTC-7) | **Source:** Chrome **Source file:** erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x246506 (Size: 3276800 bytes) | |

504-048

| 346 | Ethereum ... | https://...aac657ca820e24518f065b915ea74f | 6:05:32 PM(UTC-7) | Page 56 of 98 | Source:<br>Chrome<br>Source file:<br>erratic's<br>iPhone/Applicat<br>ions/com.googl<br>e.chrome.ios/Li<br>brary/Applicatio<br>n<br>Support/Google<br>/Chrome/Defaul<br>t/History :<br>0x9C8A7 (Size:<br>3276800 bytes) | |
| 347 | Nanopool \| Ethereum \| Account | https://eth.nanopool.org/account/0x5a86a6<br>ff21aac657ca820e24518f065b915ea74f | 5/9/2019<br>6:05:07 PM(UTC-7) | | Source:<br>Chrome<br>Source file:<br>erratic's<br>iPhone/Applicat<br>ions/com.googl<br>e.chrome.ios/Li<br>brary/Applicatio<br>n<br>Support/Google<br>/Chrome/Defaul<br>t/History :<br>0x246520<br>(Size: 3276800<br>bytes) | |
| 348 | AWS: aws_iam_role - Terraform by HashiCorp | https://www.terraform.io/docs/providers/aw<br>s/r/iam_role.html | 5/9/2019<br>7:51:39 AM(UTC-7) | | Source:<br>Chrome<br>Source file:<br>erratic's<br>iPhone/Applicat<br>ions/com.googl<br>e.chrome.ios/Li<br>brary/Applicatio<br>n<br>Support/Google<br>/Chrome/Defaul<br>t/History :<br>0x1BF9E9<br>(Size: 3276800<br>bytes) | |
| 349 | AWS: aws_iam_role_policy_attachment -<br>Terraform by HashiCorp | https://www.terraform.io/docs/providers/aw<br>s/r/iam_role_policy_attachment.html | 5/9/2019<br>1:18:44 AM(UTC-7) | | Source:<br>Chrome<br>Source file:<br>erratic's<br>iPhone/Applicat<br>ions/com.googl<br>e.chrome.ios/Li<br>brary/Applicatio<br>n<br>Support/Google<br>/Chrome/Defaul<br>t/History :<br>0x1BF977<br>(Size: 3276800<br>bytes) | |
| 350 | AWS: aws_iam_instance_profile - Terraform by<br>HashiCorp | https://www.terraform.io/docs/providers/aw<br>s/r/iam_instance_profile.html | 5/9/2019<br>1:15:33 AM(UTC-7) | | Source:<br>Chrome<br>Source file:<br>erratic's<br>iPhone/Applicat<br>ions/com.googl<br>e.chrome.ios/Li<br>brary/Applicatio<br>n<br>Support/Google<br>/Chrome/Defaul<br>t/History :<br>0x1BF9CD<br>(Size: 3276800<br>bytes) | |
| 351 | AWS: aws_iam_role - Terraform by HashiCorp | https://www.terraform.io/docs/providers/aw<br>s/r/iam_role.html | 5/9/2019<br>1:00:34 AM(UTC-7) | | Source:<br>Chrome<br>Source file:<br>erratic's<br>iPhone/Applicat<br>ions/com.googl<br>e.chrome.ios/Li<br>brary/Applicatio<br>n<br>Support/Google<br>/Chrome/Defaul<br>t/History :<br>0x1BFA03<br>(Size: 3276800<br>bytes) | |
| 352 | terraform iam role - Google Search | https://www.google.com/search?q=terrafor<br>m+iam+role&rlz=1CDGOYI_enUS836US8<br>36&oq=terraform+iam+&aqs=chrome.1.69i<br>57j0l3.6895j1j7&hl=en-<br>US&sourceid=chrome-mobile&ie=UTF-8 | 5/9/2019<br>1:00:32 AM(UTC-7) | | Source:<br>Chrome<br>Source file:<br>erratic's<br>iPhone/Applicat<br>ions/com.googl<br>e.chrome.ios/Li<br>brary/Applicatio<br>n<br>Support/Google<br>/Chrome/Defaul<br>t/History :<br>0x1BFA1D<br>(Size: 3276800<br>bytes) | |

504-049

| | | | | | | |
|---|---|---|---|---|---|---|
| 353 | Nanopool \| Ethereum \| Account | https://eth.nanopool.org/account/0x5a86a6ff21aac657ca820e24518f065b915ea74f | 8:16:24 PM(UTC-7) | | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x24653A (Size: 3276800 bytes) | |
| 354 | Ethereum Accounts, Addresses and Contracts | https://etherscan.io/address/0x5a86a6ff21aac657ca820e24518f065b915ea74f | 5/8/2019 10:01:16 AM(UTC-7) | | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x9C8C1 (Size: 3276800 bytes) | |
| 355 | Nanopool \| Ethereum \| Account | https://eth.nanopool.org/account/0x5a86a6ff21aac657ca820e24518f065b915ea74f | 5/8/2019 10:00:25 AM(UTC-7) | | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x246554 (Size: 3276800 bytes) | |
| 356 | Nanopool \| Ethereum \| Account | https://eth.nanopool.org/account/0x5a86a6ff21aac657ca820e24518f065b915ea74f | 5/6/2019 1:02:13 PM(UTC-7) | | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x24656E (Size: 3276800 bytes) | |
| 357 | Ethereum Accounts, Addresses and Contracts | https://etherscan.io/address/0x5a86a6ff21aac657ca820e24518f065b915ea74f | 5/6/2019 1:01:45 PM(UTC-7) | | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x9C8DB (Size: 3276800 bytes) | |
| 358 | https://cloud.docker.com/u/infobloxcto/repository/docker/infobloxcto/contacts-server | https://cloud.docker.com/u/infobloxcto/repository/docker/infobloxcto/contacts-server | 5/5/2019 2:24:00 PM(UTC-7) | | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x1B2F28 (Size: 3276800 bytes) | |
| 359 | Docker Hub | https://cloud.docker.com/u/infobloxcto/repository/list | 5/5/2019 2:22:52 PM(UTC-7) | | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x1B2F60 (Size: 3276800 bytes) | |

504-050

| 360 | Docker Hub | https://cloud.docker.com/u/infobloxcto/repository/list | 5/5/2019 2:19:50 PM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x1A9197 (Size: 3276800 bytes) | | |
| 361 | Docker Hub | https://cloud.docker.com/u/infobloxcto/repository/list?namespace=infobloxcto&page=2 | 5/5/2019 2:19:50 PM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x1B2FF0 (Size: 3276800 bytes) | | |
| 362 | Docker Hub | https://cloud.docker.com/u/infobloxcto/repository/list?namespace=infobloxcto&page=3 | 5/5/2019 2:19:50 PM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x1B2FB6 (Size: 3276800 bytes) | | |
| 363 | Docker Hub | https://cloud.docker.com/u/infobloxcto/repository/list?namespace=infobloxcto&page=5 | 5/5/2019 2:19:50 PM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x1B2F7C (Size: 3276800 bytes) | | |
| 364 | Docker Hub | https://cloud.docker.com/u/paigeadele/repository/list | 5/5/2019 2:19:45 PM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x1A91B3 (Size: 3276800 bytes) | | |
| 365 | https://hub.docker.com/u/infobloxcto/content | https://hub.docker.com/u/infobloxcto/content | 5/5/2019 2:19:40 PM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x1A91CF (Size: 3276800 bytes) | | |

504-051

| 366 | My Content... | https://... 2019 2:19:37 PM(UTC-7) | 5/5/2019 2:19:37 PM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x1A920C (Size: 3276800 bytes) | | |
|---|---|---|---|---|---|---|
| 367 | My Content - Docker Hub | https://hub.docker.com/u/paigeadele/content | 5/5/2019 2:19:37 PM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x1A91EB (Size: 3276800 bytes) | | |
| 368 | My Content - Docker Hub | https://hub.docker.com/my-content | 5/5/2019 2:19:36 PM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x1A9262 (Size: 3276800 bytes) | | |
| 369 | My Content - Docker Hub | https://hub.docker.com/u/paigeadele/content | 5/5/2019 2:19:36 PM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x1A9228 (Size: 3276800 bytes) | | |
| 370 | Docker Hub | https://cloud.docker.com/u/paigeadele/repository/list | 5/5/2019 2:19:31 PM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x1A929E (Size: 3276800 bytes) | | |
| 371 | My Content - Docker Hub | https://hub.docker.com/my-content | 5/5/2019 2:18:50 PM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x1A92F4 (Size: 3276800 bytes) | | |

504-052

| 372 | My Content | https://hub.docker.com/register/co... | 2:18:50 PM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x1A92BA (Size: 3276800 bytes) | |
|-----|-----------|--------------------------------------|-------------------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------|---|
| 373 | Docker Hub | https://cloud.docker.com/u/infobloxcto/settings | 5/5/2019 2:17:55 PM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x1A9330 (Size: 3276800 bytes) | |
| 374 | Docker Hub | https://cloud.docker.com/u/paigeadele/settings | 5/5/2019 2:17:50 PM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x1A936B (Size: 3276800 bytes) | |
| 375 | paigeadele's Profile - Docker Hub | https://hub.docker.com/u/paigeadele | 5/5/2019 2:17:43 PM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x1A9387 (Size: 3276800 bytes) | |
| 376 | Docker Hub | https://id.docker.com/id/oauth/authorize/?client_id=43f17c5f-9ba4-4f13-853d-9d0074e349a7&next=%2F%3Fref%3Dlogin&nonce=eyJhbGciOiJIUzI1NilsInR5cCI6IkpXVCJ9.eyJhdWQiOiI0M2YxN2M1Z05YmE0LTRmMTMtODUzZC05ZDAwNzRlMzQ5YTciLCJleHAiOjE1NTcwOTEzMjEsImlhdCI6MTU1NzA5MTAyMSwianRpIjoiMmdyTDZ5SGZabHZHVkVzZXd3YWxwUT09IiwidGFyZ2V0X3UiOi0xLCJpc3MiOiJaZY9bG9naW4iLCJzdWIiOiItMSIsInR5cCI6ImFjY2Vzc190b2tlbiJ9.Fq-hJNKPPt9mGD1PNkbXFVVcJQ&redirect_uri=https%3A%2F%2Fhub.docker.com%2Fsso%2Fcallback&response_type=code&scope=openid&state=eyJhbGciOiJIUzI1NilsInR5cCI6IkpXVCJ9.eyJhdWQiOiI0M2YxN2M1Z05YmE0LTRmMTMtODUzZC05ZDAwNzRlMzQ5YTciLCJleHAiOjE1NTcwOTEzMjEsImlhdCI6MTU1NzA5MTAyMSwianRpIjoiMmdyTDZ5SGZabHZHVkVzZXd3YWxwUT09IiwidGFyZ2V0X3UiOi0xLCJpc3MiOiJaZY9bG9naW4iLCJzdWIiOiItMSIsInR5cCI6ImFjY2Vzc190b2tlbiJ9.Fq-hJNKPPt9mGD1PNkbXFVVcJQ | 5/5/2019 2:17:38 PM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x1A93C7 (Size: 3276800 bytes) | |
| 377 | Docker Hub | https://hub.docker.com/?ref=login | 5/5/2019 2:17:38 PM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x1A93A6 (Size: 3276800 bytes) | |

504-053

| | | | | | |
|---|---|---|---|---|---|
| 378 | Log in to D... | https://...s://...ub...Docker...xt=login F?ref=login | 2:17:01 PM(UTC-7) | Chrome<br>**Source file:**<br>erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x1A9405 (Size: 3276800 bytes) | |
| 379 | Log in to Docker | https://id.docker.com/login/?next=%2Fid%2Foauth%2Fauthorize%2F%3Fclient_id%3D43f17c5f-9ba4-4f13-853d-9d0074e349a7%26next%3D%252F%252Fref%253Dlogin%26nonce%3DeyJhbGciOiJIUzI1NiIsInR5cCI6IkpXVCJ9.eyJhdWGiOiI0M2YxN2M1Zi05YmE0LTRmMTMtODUzZC05ZDAwNzRlMzQ5YTciLCJleHAiOjE1NTcwOTEzMjEsImlhdCI6MTU1NzA5MTAyMSwicmlkIjoiMmdyTDZSSGJHHZjVEVzZXd3pWppUT09IiwidGFyZ2V0X3V0X0X2xpbmtfdXJpIjoiLz8yWY9bG9naW44ifQ.IBYTdnSgHvkk21rKZXV-hJNKPPf9mGD1PNkbXFVVcJQ%26redirect_uri%3Dhttps%253A%252F%252Fhub.docker.com%252F-sso%252Fcallback%26response_type%3Dcode%26scope%3Dopenid%26state%3DeyJhbGciOiJIUzI1NiIsInR5cCI6IkpXVCJ9.eyJhdWGiOiI0M2YxN2M1Zi05YmE0LTRmMTMtODUzZC05ZDAwNzRlMzQ5YTciLCJleHAiOjE1NTcwOTEzMjEsImlhdCI6MTU1NzA5MTAyMSwicmlkIjoiMmdyTDZSSGJHHZjVEVzZXd3pWppUT09IiwidGFyZ2V0X2xpbmtfdXJpIjoiLz8yWY9bG9naW44ifQ.IBYTdnSgHvkk21rKZXV-hJNKPPf9mGD1PNkbXFVVcJQ | 5/5/2019 2:17:01 PM(UTC-7) | **Source:** Chrome<br>**Source file:**<br>erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x1A93E3 (Size: 3276800 bytes) | |
| 380 | Docker Hub | https://hub.docker.com/ | 5/5/2019 2:16:59 PM(UTC-7) | **Source:** Chrome<br>**Source file:**<br>erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x1A9421 (Size: 3276800 bytes) | |
| 381 | Docker Hub | https://id.docker.com/logout | 5/5/2019 2:16:59 PM(UTC-7) | **Source:** Chrome<br>**Source file:**<br>erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x1A9442 (Size: 3276800 bytes) | |
| 382 | Docker Hub | https://hub.docker.com/?namespace=netcrave | 5/5/2019 2:16:50 PM(UTC-7) | **Source:** Chrome<br>**Source file:**<br>erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x1A945E (Size: 3276800 bytes) | |
| 383 | Docker Hub | https://cloud.docker.com/u/netcrave/settings | 5/5/2019 2:16:24 PM(UTC-7) | **Source:** Chrome<br>**Source file:**<br>erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x1A949E (Size: 3276800 bytes) | |

504-054

| 384 | Docker Hub | https://... | 2:15:56 PM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x1A94BA (Size: 3276800 bytes) | |
| --- | --- | --- | --- | --- | --- |
| 385 | Docker Hub | https://id.docker.com/id/oauth/authorize/?client_id=43f17c5f-9ba4-4f13-853d-9d0074e349a7&nonce=eyJhbGciOiJIUzI1NiIsInR5cCI6IkpXVCJ9.eyJhdWQiOiI0M2YxN2M1Z_05YmE0LTRmMTMtODU2ZC05ZDAwNzRlMzQ5YTciLCJleHAiOjE1NTcwTExODEsImlhdCI6MTU1NzA5Mg4MSwicmVhbG0iOiNWtwVFdueUMtUmFlTMURvbFBVRIJ6UT09IiwidGFyZ2V0IjoiaHR0cHM6Ly9odWIuZG9ja2VyLmNvbV92VyLmNvbVNSJ9.kw5Fr4VTCfnp kncyFJc4ax9zmX3Asp_ZQN8SWWFKFM&redirect_uri=https%3A%2F%2Fhub.docker.com%2Fsso%2Fcallback&response_type=code&scope=openid&state=eyJhbGciOiJIUzI1NiIsInR5cCI6IkpXVCJ9.eyJhdWQiOiI0M2YxN2M1Zi05YmE0LTRmMTMtODU2ZC05ZDAwNzRlMzQ5YTciLCJleHAiOjE1NTcwTExODEsImlhdCI6MTU1NzA5Mg4MSwicmVhbG0iOiNWtwVFdueUMtUmFlTMURvbFBVRIJ6UT09IiwidGFyZ2V0IjoiaHR0cHM6Ly9odWIuZG9ja2VyLmNvbV92VyLmNvbVNSJ9.kw5Fr4VTCfnp k ncyFJc4ax9zmX3Asp_ZQN8SWWFKFM | 5/5/2019 2:15:56 PM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x1A94DC (Size: 3276800 bytes) | |
| 386 | Log in to Docker | https://hub.docker.com/sso/start | 5/5/2019 2:14:42 PM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x1A951A (Size: 3276800 bytes) | |
| 387 | Log in to Docker | https://id.docker.com/login/?next=%2Fid%2Foauth%2Fauthorize%2F%3Fclient_id%3D43f17c5f-9ba4-4f13-853d-9d0074e349a7%26nonce%3DeyJhbGciOiJIUzI1NiIsInR5cCI6IkpXVCJ9.eyJhdWQiOiI0M2YxN2M1Zi05YmE0LTRmMTMtODUzD05ZDAwNzRlMzQ5YTciLCJleHAiOjE1NTcwTExODEsImlhdCI6MTU1NzA5Mg4MSwicmVhbG0iOiNWtwVFdueUMtUmFlTMURvbFBVRIJ6UT09IiwidGFyZ2V0IjoiaHR0cHM6Ly9odWIuZG9ja2VyLmNvbVJ9.kw5Fr4VTCfnp kncyFJc4ax9zmX3Asp_ZQN8SWWFKFM%26redirect_uri%3Dhttps%253A%252F%252F hub.docker.com%252Fsso%252Fcallback%26response_type%3Dcode%26scope%3Dopenid%26state%3DeyJhbGciOiJIUzI1NiIsInR5cCI6IkpXVCJ9.eyJhdWQiOiI0M2YxN2M1Z_05YmE0LTRmMTMtODU2ZC05ZDAwNzRlMzQ5YTciLCJleHAiOjE1NTcwTExODEsImlhdCI6MTU1NzA5Mg4MSwicmVhbG0iOiNWtwVFdueUMtUmFlTMURvbFBVRIJ6UT09IiwidGFyZ2V0IjoiaHR0cHM6Ly9odWIuZG9ja2VyLmNvbVJ9.kw5Fr4VTCfnp kncyFJc4ax9zmX3Asp_ZQN8SWWFKFM | 5/5/2019 2:14:42 PM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x1A94F8 (Size: 3276800 bytes) | |
| 388 | https://hub.docker.com/signup | https://hub.docker.com/signup | 5/5/2019 2:14:19 PM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x1A9536 (Size: 3276800 bytes) | |

504-055

| 389 | Docker Hub | https://... | 5/5/2019 2:14:15 PM(UTC-7) | **Source:** Chrome **Source file:** erratic's iPhone/Applicat ions/com.googl e.chrome.ios/Li brary/Applicatio n Support/Google /Chrome/Defaul t/History : 0x1A9556 (Size: 3276800 bytes) | | |
| 390 | Docker Hub - Container Image Library | Docker | https://www.docker.com/products/docker-hub | 5/5/2019 2:13:55 PM(UTC-7) | **Source:** Chrome **Source file:** erratic's iPhone/Applicat ions/com.googl e.chrome.ios/Li brary/Applicatio n Support/Google /Chrome/Defaul t/History : 0x1A9573 (Size: 3276800 bytes) | | |
| 391 | Enterprise Application Container Platform | Docker | http://docker.io/ | 5/5/2019 2:13:00 PM(UTC-7) | **Source:** Chrome **Source file:** erratic's iPhone/Applicat ions/com.googl e.chrome.ios/Li brary/Applicatio n Support/Google /Chrome/Defaul t/History : 0x1A95B2 (Size: 3276800 bytes) | | |
| 392 | Enterprise Application Container Platform | Docker | https://www.docker.com/ | 5/5/2019 2:13:00 PM(UTC-7) | **Source:** Chrome **Source file:** erratic's iPhone/Applicat ions/com.googl e.chrome.ios/Li brary/Applicatio n Support/Google /Chrome/Defaul t/History : 0x1A9590 (Size: 3276800 bytes) | | |
| 393 | Nanopool | Ethereum | Account | https://eth.nanopool.org/account/0x5a86a6 ff21aac657ca820e24518f065b915ea74f | 5/5/2019 7:17:03 AM(UTC-7) | **Source:** Chrome **Source file:** erratic's iPhone/Applicat ions/com.googl e.chrome.ios/Li brary/Applicatio n Support/Google /Chrome/Defaul t/History : 0x1A9B77 (Size: 3276800 bytes) | | |
| 394 | Nanopool | Ethereum | Account | https://eth.nanopool.org/search?address=5 a86a6ff21aac657ca820e24518f065b915ea 74f | 5/5/2019 7:17:03 AM(UTC-7) | **Source:** Chrome **Source file:** erratic's iPhone/Applicat ions/com.googl e.chrome.ios/Li brary/Applicatio n Support/Google /Chrome/Defaul t/History : 0x1A9B99 (Size: 3276800 bytes) | | |

504–056

| 395 | Nanopool | Ethereum | Account | https://eth.nanopool.org/account/0x5a86a6 ff21aac657ca820e24518f065b915ea74f/1b 4ad190db68 | 5/5/2019 7:13:49 AM(UTC-7) | | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x1A9BB4 (Size: 3276800 bytes) | | |
|---|---|---|---|---|---|---|
| 396 | Nanopool | Ethereum | Account | https://eth.nanopool.org/account/0x5a86a6 ff21aac657ca820e24518f065b915ea74f | 5/5/2019 7:13:11 AM(UTC-7) | | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x1A9BEE (Size: 3276800 bytes) | | |
| 397 | Nanopool | Ethereum | Account | https://eth.nanopool.org/search?address=5 a86a6ff21aac657ca820e24518f065b915ea 74f | 5/5/2019 7:13:11 AM(UTC-7) | | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x1A9C10 (Size: 3276800 bytes) | | |
| 398 | Anatomy of a Credit Card - Credit Card Insider | https://www.creditcardinsider.com/learn/anatomy-of-a-credit-card/ | 5/5/2019 4:35:32 AM(UTC-7) | | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x1A9D3F (Size: 3276800 bytes) | | |
| 399 | credit card number based on locayion - Google Search | https://www.google.com/search?q=credit+card+number+based+on+locayion&rlz=1CDGOYI_enUS836US836&oq=credit+card+number+based+on+locayion+&aqs=chrome..69i57j0l2.24095j1j7&hl=en-US&sourceid=chrome-mobile&ie=UTF-8 | 5/5/2019 4:35:28 AM(UTC-7) | | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x1A9D59 (Size: 3276800 bytes) | | |
| 400 | Check digit – Wikipedia | https://en.m.wikipedia.org/wiki/Check_digit | 5/5/2019 4:31:52 AM(UTC-7) | | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x1A9D73 (Size: 3276800 bytes) | | |

504-057

| 401 | Luhn algorithm | https://en.wikipedia.org/wiki/Luhn_algorithm | 5/5/2019 4:13:33 AM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x1A9D8F (Size: 3276800 bytes) | | |
| 402 | https://www.google.com/search?q=credit+card+numbers+algorithm&rlz=1CDGOYI_enUS836US836&oq=credit+card+numbers+algorithm&aqs=chrome..69i57j0l3.13218j1j4&hl=en-US&sourceid=chrome-mobile&ie=UTF-8#imgrc=EY6p0kkiybl5zM: | https://www.google.com/search?q=credit+card+numbers+algorithm&rlz=1CDGOYI_enUS836US836&oq=credit+card+numbers+algorithm&aqs=chrome..69i57j0l3.13218j1j4&hl=en-US&sourceid=chrome-mobile&ie=UTF-8#imgrc=EY6p0kkiybl5zM: | 5/5/2019 4:13:00 AM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x1A9D7D (Size: 3276800 bytes) | | |
| 403 | credit card numbers algorithm - Google Search | https://www.google.com/search?q=credit+card+numbers+algorithm&rlz=1CDGOYI_enUS836US836&oq=credit+card+numbers+algorithm&aqs=chrome..69i57j0l3.13218j1j4&hl=en-US&sourceid=chrome-mobile&ie=UTF-8 | 5/5/2019 4:13:00 AM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x1A9DC7 (Size: 3276800 bytes) | | |
| 404 | https://www.google.com/search?q=credit+card+numbers+algorithm&rlz=1CDGOYI_enUS836US836&oq=credit+card+numbers+algorithm&aqs=chrome..69i57j0l3.13218j1j4&hl=en-US&sourceid=chrome-mobile&ie=UTF-8#imgrc=EY6p0kkiybl5zM: | https://www.google.com/search?q=credit+card+numbers+algorithm&rlz=1CDGOYI_enUS836US836&oq=credit+card+numbers+algorithm&aqs=chrome..69i57j0l3.13218j1j4&hl=en-US&sourceid=chrome-mobile&ie=UTF-8#imgrc=EY6p0kkiybl5zM: | 5/5/2019 4:13:00 AM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x1A9DE1 (Size: 3276800 bytes) | | |
| 405 | credit card numbers algorithm - Google Search | https://www.google.com/search?q=credit+card+numbers+algorithm&rlz=1CDGOYI_enUS836US836&oq=credit+card+numbers+algorithm&aqs=chrome..69i57j0l3.13218j1j4&hl=en-US&sourceid=chrome-mobile&ie=UTF-8 | 5/5/2019 4:12:55 AM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x1A9E1A (Size: 3276800 bytes) | | |
| 406 | Top 5 Carding Forums | https://www.deepwebsiteslinks.com/carding-forums/ | 5/5/2019 4:09:45 AM(UTC-7) | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x1A9E34 (Size: 3276800 bytes) | | |

504-058

| 407 | carding for... | ...s://w...+cards...o...e-7-card... | 4:09:42 AM(UTC-7) |
|-----|-----|-----|-----|

carding forums+dark+web&rlz=1CDGOYI_enUS8 36US836&oq=carding+forums&aqs=chrom e.1.69i57j0l3.7989j1j4&hl=en-US&sourceid=chrome-mobile&ie=UTF-8

4:09:42 AM(UTC-7)

**Source file:**
erratic's iPhone/Applicat ions/com.googl e.chrome.ios/Li brary/Applicatio n Support/Google /Chrome/Defaul t/History 0x1A9E4E (Size: 3276800 bytes)

504–059

| 481 | Ethereum Accounts, Addresses and Contracts | https://etherscan.io/address/0x5a86a6ff21aac657ca820e24518f065b915ea74f | 5/3/2019 3:54:02 PM(UTC-7) | | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x9C8F5 (Size: 3276800 bytes) | | |
| 482 | Nanopool \| Ethereum \| Account | https://eth.nanopool.org/account/0x5a86a6ff21aac657ca820e24518f065b915ea74f | 5/3/2019 3:53:32 PM(UTC-7) | | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x195A86 (Size: 3276800 bytes) | | |
| 483 | cap1 - Google Search | https://www.google.com/search?q=cap1&rlz=1CDGOYI_enUS836US836&oq=cap1&aqs=chrome..69i57j0l3.3034j1j4&hl=en-US&sourceid=chrome-mobile&ie=UTF-8 | 5/1/2019 10:26:28 AM(UTC-7) | | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x1FB74 (Size: 3276800 bytes) | | |
| 484 | cap1 - Google Search | https://www.google.com/search?q=cap1&rlz=1CDGOYI_enUS836US836&oq=cap1&aqs=chrome..69i57j0l3.3034j1j4&hl=en-US&sourceid=chrome-mobile&ie=UTF-8 | 5/1/2019 9:03:31 AM(UTC-7) | | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x1FB8E (Size: 3276800 bytes) | | |
| 485 | Ethereum Accounts, Addresses and Contracts | https://etherscan.io/address/0x5a86a6ff21aac657ca820e24518f065b915ea74f | 4/30/2019 10:47:00 PM(UTC-7) | | Source: Chrome Source file: erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x9C90F (Size: 3276800 bytes) | | |

78

| 486 | Nanopool | https://e... ff21aac657ca820e24518f065b915ea74f | ...03475a8... | 10:46:51 PM(UTC-7) | Chrome **Source file:** erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x195AA0 (Size: 3276800 bytes) | |

504-061

| | | | | | 8650752 bytes) | |
|---|---|---|---|---|---|---|
| 492 | How to scan whole Internet 3.7 billion IP addresses in few minutes? | https://www.securitynewspaper.com/2015/10/15/how-to-scan-whole-internet-3-7-billion-ip-addresses-in-few-minutes/ | 11/28/2018 7:56:16 AM(UTC-8) | | Source: Firefox Source file: erratic's iPhone/Applications/group.org.mozilla.ios.Firefox/profile.profile/browser.db : 0x258F35 (Table: visits, history, Size: 8650752 bytes) | |
| 492(1) | How to scan whole Internet 3.7 billion IP addresses in few minutes? | https://www.securitynewspaper.com/2015/10/15/how-to-scan-whole-internet-3-7-billion-ip-addresses-in-few-minutes/ | 11/28/2018 7:56:16 AM(UTC-8) | | Source: Firefox Source file: erratic's iPhone/Applications/group.org.mozilla.ios.Firefox/profile.profile/browser.db : 0x258F35 (Table: visits, history, Size: 8650752 bytes) | |

504-062

| 565 | How can a private VPN keep you safe online? | https://www.get-express-vpn.com/private-vpn-lp1/s/?a_fid=popti&data1=LPland&data2=land | 11/27/2018 10:57:27 AM(UTC-8) | | **Source:** Firefox **Source file:** erratic's iPhone/Applications/group.org.mozilla.ios.Firefox/profile.profile/browser.db : 0x25CDF5 (Table: visits, history, Size: 8650752 bytes) | | 🏷 |
| 565(1) | How can a private VPN keep you safe online? | https://www.get-express-vpn.com/private-vpn-lp1/s/?a_fid=popti&data1=LPland&data2=land | 11/27/2018 10:57:27 AM(UTC-8) | | **Source:** Firefox **Source file:** erratic's iPhone/Applications/group.org.mozilla.ios.Firefox/profile.profile/browser.db : 0x25CDF5 (Table: visits, history, Size: 8650752 bytes) | | |
| 566 | {{title}} | http://protect-your-privacy.net/?a_aid=2367&data1=tpbdirect_pop_ship&utm_source=tpbdirect&utm_medium=pop&utm_camapign=ship | 11/27/2018 10:57:27 AM(UTC-8) | | **Source:** Firefox **Source file:** erratic's iPhone/Applications/group.org.mozilla.ios.Firefox/profile.profile/browser.db : 0x25CE1B (Table: visits, history, Size: 8650752 bytes) | | 🏷 |

504–063



# Extraction Report
Apple iPhone

## Searched Items (19)

| # | Timestamp | Source | Value | Origin | Deleted |
|---|---|---|---|---|---|
| 1 | 6/26/2019 1:31:57 PM(UTC-7) | Chrome **Source file:** erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x279DF8 (Size: 3276800 bytes) | capitol one smp500 | | |
| 2 | 6/26/2019 2:55:30 AM(UTC-7) | Chrome **Source file:** erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x279E12 (Size: 3276800 bytes) | capitol one smp500 | | |
| 3 | 6/26/2019 2:55:15 AM(UTC-7) | Chrome **Source file:** erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x279E2C (Size: 3276800 bytes) | the big 4 and the big 50 | | |
| 4 | 6/26/2019 2:54:39 AM(UTC-7) | Chrome **Source file:** erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x279E60 (Size: 3276800 bytes) | the big 4 | | |
| 5 | 6/26/2019 2:54:20 AM(UTC-7) | Chrome **Source file:** erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x279E7A (Size: 3276800 bytes) | the big 4 capitol one | | |
| 6 | 6/26/2019 2:54:08 AM(UTC-7) | Chrome **Source file:** erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x279ECD (Size: 3276800 bytes) | the big 4 | | |
| 7 | 5/5/2019 4:35:28 AM(UTC-7) | Chrome **Source file:** erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x1A9D59 (Size: 3276800 bytes) | credit card number based on locayion | Unknown | |
| 8 | 5/5/2019 4:35:28 AM(UTC-7) | Chrome **Source file:** erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x1A9D59 (Size: 3276800 bytes) | credit card number based on locayion | | |
| 9 | 5/5/2019 4:13:00 AM(UTC-7) | Chrome **Source file:** erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x1A9DAD (Size: 3276800 bytes) | credit card numbers algorithm | | |

1

U.S. v. Paige Thompson
CR19-159 RSL
Plaintiff's Exhibit No. 505
Admitted_____

| 10 | 5/5/2019 4:13:00 AM(UTC-7) | Chrome **Source file:** erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x1A9DC7 (Size: 3276800 bytes) | credit card numbers algorithm | | |
| 11 | 5/5/2019 4:13:00 AM(UTC-7) | Chrome **Source file:** erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x1A9DE1 (Size: 3276800 bytes) | credit card numbers algorithm | | |
| 12 | 5/5/2019 4:12:55 AM(UTC-7) | Chrome **Source file:** erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x1A9DFD (Size: 3276800 bytes) | credit card numbers algorithm | | |
| 12(1) | 5/5/2019 4:12:55 AM(UTC-7) | Chrome **Source file:** erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x1A9E1A (Size: 3276800 bytes) | credit card numbers algorithm | | |
| 13 | 5/5/2019 4:09:42 AM(UTC-7) | Chrome **Source file:** erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x1A9E4E (Size: 3276800 bytes) | carding forums | Unknown | |
| 14 | 5/5/2019 4:09:42 AM(UTC-7) | Chrome **Source file:** erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x1A9E4E (Size: 3276800 bytes) | carding forums dark web | | |
| 15 | 5/5/2019 3:48:17 AM(UTC-7) | Chrome **Source file:** erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x1A9F56 (Size: 3276800 bytes) | magnetic perhephrials inc | Unknown | |
| 16 | 5/5/2019 3:48:17 AM(UTC-7) | Chrome **Source file:** erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x1A9F56 (Size: 3276800 bytes) | magnetic peripherals inc | | |
| 17 | 5/1/2019 10:26:28 AM(UTC-7) | Chrome **Source file:** erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x1FB74 (Size: 3276800 bytes) | cap1 | | |
| 18 | 5/1/2019 9:03:31 AM(UTC-7) | Chrome **Source file:** erratic's iPhone/Applications/com.google.chrome.ios/Library/Application Support/Google/Chrome/Default/History : 0x1FB8E (Size: 3276800 bytes) | cap1 | | |

2

505-002



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

## CERTIFICATE OF AUTHENTICITY

I hereby certify:

1.      I am authorized to submit this affidavit on behalf of Google LLC ("Google"), located in Mountain View, California. I have personal knowledge of the following facts, except as noted, and could testify competently thereto if called as a witness.

2.      I am qualified to authenticate the records because I am familiar with how the records were created, managed, stored and retrieved.

3.      Google provides Internet-based services.

4.      Attached is a true and correct copy of records pertaining to the Google account-holder(s) identified with account(s) *PAIGEADELE2019*, with Google Ref. No. 3380952 ("Document"). Accompanying this Certificate of Authenticity as Attachment A is a list of hash values corresponding to each file produced in response to the Grand Jury Subpoena.

5.      The Document is a record made and retained by Google. Google servers record this data automatically at the time, or reasonably soon after, it is entered or transmitted by the user, and this data is kept in the course of this regularly conducted activity and was made by regularly conducted activity as a regular practice of Google.

6.      The Document is a true duplicate of original records that were generated by Google's electronic process or system that produces an accurate result.  The accuracy of Google's electronic process and system is regularly verified by Google.

7.      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.


___/s_Madonno Anderson_____            Date: 1/21/2020
(Signature of Records Custodian)


        Madonno Anderson
(Name of Records Custodian)

U.S. v. Paige Thompson
CR19-159 RSL
Plaintiff's Exhibit No. 520
Admitted_____

Google LLC
1600 Amphitheatre Parkway



USLawEnforcement@google.com
Mountain View, California 94043

**Attachment A: Hash Values for Production Files (Google Ref. No. 3380952)**

paigeadele2019.AccountInfo.txt:

MD5- 659c0588a1f4cc9d556acf3a1273de18
SHA512-
298598c9b9d91bff1527dba965f7b78a59e3b5c08b1e5f3fc6382993584a00fd4923740d617d96bf3
0d643abadbdf9ad37f62c9457d9824cf8abcc6902517c04

USA-00005536
520-002

############## * Google Confidential and Proprietary * ##############

GOOGLE SUBSCRIBER INFORMATION
Name: Paige Thompson
e-Mail: paigeadele@gmail.com
Status: Enabled
Services: Android, Android Device Console, Blogger, Chrome Web Store, Chromeos Login,
Dodgeball, Dynamite, FeedBurner, Gmail, Google AdSense, Google AdWords, Google
Alerts, Google Analytics, Google Calendar, Google Chrome Sync, Google Cloud Print,
Google Code, Google Developers Console, Google Docs, Google Drive, Google Groups,
Google Hangouts, Google Help, Google Keep, Google Maps, Google Maps Engine, Google
My Maps, Google Notebook, Google Pay, Google Payments, Google Photos, Google Play,
Google Play Music, Google Reader, Google Search Console, Google Services, Google Sites,
Google Subscribed Links, Google URL Shortener, Google Voice, Google Wave, Google+,
Location History, Lock SafeSearch, Tasks In Tingle, Wallet Transfer, Web & App Activity,
YouTube, iGoogle
Recovery e-Mail: paige.adele.thompson@gmail.com
Created on: 2008/06/19-05:21:35-UTC
Terms of Service IP: 98.203.140.231, on 2008/06/19-05:21:35-UTC
Language Code: en
SMS: +12538204677 [US]
Nickname: erratic
Google Account ID: 295999948903
Last Logins: 2019/07/20-09:19:53-UTC, 2019/07/19-16:14:24-UTC

```
+------------------------+-----------------------------------------+-------+
| Time                   | IP Address                      | Type  |
+------------------------+-----------------------------------------+-------+
| 2019/07/20-09:19:53-UTC | 97.126.5.183                          | Login |
| 2019/07/19-16:14:24-UTC | 97.126.5.183                          | Login |
| 2019/07/15-10:58:42-UTC | 97.126.10.159                         | Login |
| 2019/07/13-11:27:33-UTC | 97.126.10.159                         | Login |
| 2019/07/13-11:14:24-UTC | 97.126.10.159                         | Login |
| 2019/07/13-11:10:15-UTC | 97.126.10.159                         | Login |
| 2019/07/13-07:21:20-UTC | 97.126.10.159                         | Login |
| 2019/07/13-07:21:20-UTC | 2002:617e:a9f::1003               | Login |
| 2019/07/13-06:48:46-UTC | 97.126.10.159                         | Login |
| 2019/07/13-06:48:46-UTC | 97.126.10.159                         | Login |
| 2019/07/12-06:23:02-UTC | 97.126.10.159                         | Login |
| 2019/07/12-02:25:10-UTC | 97.126.10.159                         | Login |
| 2019/07/10-22:00:02-UTC | 97.126.10.159                         | Login |
| 2019/07/10-20:45:38-UTC | 97.113.82.9                           | Login |
| 2019/07/10-20:42:07-UTC | 97.113.82.9                           | Login |
| 2019/07/08-16:57:23-UTC | 97.113.82.9                           | Login |
```
5 consecutive Login events from IP 97.113.82.9 occurred during past 24 hours prior to the
following event.
```
| 2019/07/06-18:53:50-UTC | 97.113.82.9                           | Login |
```
6 consecutive Login events from IP 97.113.82.9 occurred during past 24 hours prior to the
following event.

U.S. v. Paige Thompson
CR19-159 RSL
Plaintiff's Exhibit No. 521
Admitted_____

| 2019/07/05-05:58:24-UTC | 97.113.82.9                              | Login |
| 2019/07/04-16:48:17-UTC | 97.113.75.154                            | Login |
| 2019/07/04-05:29:36-UTC | 97.113.75.154                            | Login |
| 2019/07/04-02:57:11-UTC | 97.113.75.154                            | Login |
| 2019/07/03-16:49:14-UTC | 97.113.75.154                            | Login |
| 2019/07/02-22:56:58-UTC | 97.113.75.154                            | Login |
| 2019/07/02-04:51:35-UTC | 97.113.75.154                            | Login |
| 2019/07/01-18:29:26-UTC | 97.113.75.154                            | Login |
| 2019/07/01-16:26:26-UTC | 173.160.198.249                          | Login |
4 consecutive Login events from IP 97.113.75.154 occurred during past 24 hours prior to the following event.
| 2019/06/30-21:26:47-UTC | 97.113.75.154                            | Login |
4 consecutive Login events from IP 97.113.75.154 occurred during past 24 hours prior to the following event.
| 2019/06/29-09:12:18-UTC | 97.113.75.154                            | Login |
8 consecutive Login events from IP 97.113.75.154 occurred during past 24 hours prior to the following event.
| 2019/06/28-04:54:29-UTC | 97.113.75.154                            | Login |
| 2019/06/26-23:49:18-UTC | 97.113.75.154                            | Login |
| 2019/06/26-22:25:54-UTC | 173.160.198.249                          | Login |
| 2019/06/26-21:07:52-UTC | 173.160.198.249                          | Login |
| 2019/06/26-16:23:23-UTC | 173.160.198.249                          | Login |
| 2019/06/26-15:34:32-UTC | 172.58.46.253                            | Login |
| 2019/06/26-15:21:54-UTC | 172.58.46.253                            | Login |
| 2019/06/26-03:15:29-UTC | 2607:fb90:837f:818e:a9f1:db45:32ce:734d | Login |
| 2019/06/26-01:25:15-UTC | 172.58.46.226                            | Login |
| 2019/06/26-00:32:21-UTC | 172.58.46.226                            | Login |
| 2019/06/25-23:08:55-UTC | 172.58.46.226                            | Login |
| 2019/06/25-22:15:32-UTC | 172.58.46.226                            | Login |
4 consecutive Login events from IP 97.113.75.154 occurred during past 24 hours prior to the following event.
| 2019/06/25-13:08:14-UTC | 97.113.75.154                            | Login |
11 consecutive Login events from IP 97.113.75.154 occurred during past 24 hours prior to the following event.
| 2019/06/24-04:11:11-UTC | 97.113.75.154                            | Login |
5 consecutive Login events from IP 97.113.75.154 occurred during past 24 hours prior to the following event.
| 2019/06/23-03:15:31-UTC | 97.113.75.154                            | Login |
| 2019/06/21-19:25:44-UTC | 97.113.75.154                            | Login |
| 2019/06/21-19:10:24-UTC | 97.113.75.154                            | Login |
| 2019/06/21-18:07:27-UTC | 97.113.75.154                            | Login |
7 consecutive Login events from IP 97.113.75.154 occurred during past 24 hours prior to the following event.
| 2019/06/19-22:27:05-UTC | 97.113.75.154                            | Login |
| 2019/06/18-04:49:46-UTC | 97.113.75.154                            | Login |
| 2019/06/18-02:28:58-UTC | 97.113.75.154                            | Login |
| 2019/06/18-02:07:29-UTC | 97.113.75.154                            | Login |
| 2019/06/18-00:53:34-UTC | 172.58.46.216                            | Login |
| 2019/06/17-23:31:01-UTC | 172.58.46.216                            | Login |

| 2019/06/17-22:03:10-UTC | 172.58.46.216 | Login |
| 2019/06/17-18:23:56-UTC | 97.113.75.154 | Login |
| 2019/06/17-17:55:53-UTC | 97.113.75.154 | Login |
| 2019/06/16-12:33:41-UTC | 46.246.36.235 | Login |
| 2019/06/16-07:36:15-UTC | 97.113.75.154 | Login |
| 2019/06/16-06:42:23-UTC | 97.113.75.154 | Login |
| 2019/06/15-14:11:06-UTC | 46.246.36.235 | Login |
9 consecutive Login events from IP 97.113.75.154 occurred during past 24 hours prior to the following event.
| 2019/06/15-08:26:27-UTC | 97.113.75.154 | Login |
| 2019/06/14-08:20:34-UTC | 97.113.75.154 | Login |
| 2019/06/14-07:03:50-UTC | 97.113.75.154 | Login |
| 2019/06/14-04:38:53-UTC | 46.246.35.80 | Login |
| 2019/06/13-23:14:01-UTC | 97.113.75.154 | Login |
| 2019/06/13-16:53:45-UTC | 97.113.75.154 | Login |
| 2019/06/13-15:22:06-UTC | 97.113.75.154 | Login |
4 consecutive Login events from IP 97.113.75.154 occurred during past 24 hours prior to the following event.
| 2019/06/12-17:48:12-UTC | 97.113.75.154 | Login |
| 2019/06/12-09:37:46-UTC | 97.113.95.20 | Login |
| 2019/06/12-09:12:19-UTC | 97.113.95.20 | Login |
| 2019/06/12-08:48:58-UTC | 97.113.95.20 | Login |
| 2019/06/12-07:51:30-UTC | 97.113.95.20 | Login |
| 2019/06/11-02:08:57-UTC | 97.113.95.20 | Login |
| 2019/06/11-01:44:09-UTC | 172.58.43.178 | Login |
| 2019/06/10-23:41:33-UTC | 172.58.43.99 | Login |
| 2019/06/10-22:07:05-UTC | 2607:fb90:8363:680:be42:3c36:56d4:876e | Login |
| 2019/06/10-20:12:00-UTC | 2607:fb90:8367:df17:504a:8d0d:bf0f:d905 | Login |
| 2019/06/10-12:10:36-UTC | 97.113.77.194 | Login |
| 2019/06/10-11:30:12-UTC | 46.246.43.85 | Login |
| 2019/06/10-05:09:46-UTC | 97.113.77.194 | Login |
| 2019/06/08-12:36:38-UTC | 97.113.77.194 | Login |
5 consecutive Login events from IP 97.113.77.194 occurred during past 24 hours prior to the following event.
| 2019/06/07-01:28:37-UTC | 97.113.77.194 | Login |
| 2019/06/05-21:46:39-UTC | 97.113.77.194 | Login |
| 2019/06/01-20:59:01-UTC | 97.113.140.150 | Login |
| 2019/06/01-20:37:43-UTC | 97.113.140.150 | Login |
| 2019/05/31-03:43:34-UTC | 97.113.140.150 | Login |
| 2019/05/30-20:00:40-UTC | 46.246.45.84 | Login |
| 2019/05/30-20:00:38-UTC | 46.246.45.84 | Login |
| 2019/05/29-19:25:10-UTC | 97.113.140.150 | Login |
| 2019/05/28-12:33:39-UTC | 97.113.140.150 | Login |
| 2019/05/27-00:03:45-UTC | 97.113.140.150 | Login |
| 2019/05/26-12:36:55-UTC | 97.113.140.150 | Login |
| 2019/05/26-08:25:53-UTC | 2607:fb90:8377:5b79:f105:c6dc:12f5:4a55 | Login |
| 2019/05/25-09:09:21-UTC | 97.113.94.167 | Login |
| 2019/05/24-01:25:47-UTC | 97.113.94.167 | Login |
| 2019/05/24-00:52:23-UTC | 162.17.187.155 | Login |

| 2019/05/23-22:52:06-UTC | 162.17.187.155                    | Login |
| 2019/05/23-22:40:50-UTC | 172.58.46.178                     | Login |
5 consecutive Login events from IP 2607:fb90:8377:5b79:f105:c6dc:12f5:4a55 occurred
during past 24 hours prior to the following event.
| 2019/05/23-21:42:11-UTC | 2607:fb90:8377:5b79:f105:c6dc:12f5:4a55 | Login |
| 2019/05/23-19:27:29-UTC | 97.113.94.167                     | Login |
| 2019/05/23-16:42:19-UTC | 2620:7:6001::105                   | Login |
| 2019/05/22-17:06:29-UTC | 97.113.94.167                     | Login |
| 2019/05/22-16:38:30-UTC | 97.113.94.167                     | Login |
| 2019/05/22-15:29:20-UTC | 172.58.43.40                      | Login |
| 2019/05/22-14:46:32-UTC | 172.58.43.40                      | Login |
| 2019/05/22-12:25:41-UTC | 97.113.94.167                     | Login |
5 consecutive Login events from IP 97.113.94.167 occurred during past 24 hours prior to the
following event.
| 2019/05/21-12:13:51-UTC | 97.113.94.167                     | Login |
| 2019/05/20-11:26:24-UTC | 97.113.94.167                     | Login |
| 2019/05/20-08:49:06-UTC | 97.113.94.167                     | Login |
| 2019/05/20-03:40:23-UTC | 97.113.94.167                     | Login |
| 2019/05/18-04:22:58-UTC | 97.113.94.167                     | Login |
| 2019/05/18-02:26:33-UTC | 97.113.94.167                     | Login |
| 2019/05/17-12:52:51-UTC | 97.113.80.140                     | Login |
| 2019/05/16-16:54:58-UTC | 97.113.80.140                     | Login |
| 2019/05/16-15:32:37-UTC | 97.113.80.140                     | Login |
| 2019/05/16-10:26:03-UTC | 97.113.80.140                     | Login |
| 2019/05/16-05:39:04-UTC | 97.113.80.140                     | Login |
| 2019/05/16-05:03:25-UTC | 97.113.80.140                     | Login |
| 2019/05/15-15:04:16-UTC | 97.113.80.140                     | Login |
| 2019/05/15-06:54:23-UTC | 97.113.80.140                     | Login |
| 2019/05/15-05:46:32-UTC | 97.113.80.140                     | Login |
| 2019/05/15-02:05:12-UTC | 46.246.35.89                      | Login |
| 2019/05/15-02:05:09-UTC | 46.246.35.89                      | Login |
4 consecutive Login events from IP 97.113.80.140 occurred during past 24 hours prior to the
following event.
| 2019/05/14-20:30:23-UTC | 97.113.80.140                     | Login |
4 consecutive Login events from IP 97.113.80.140 occurred during past 24 hours prior to the
following event.
| 2019/05/13-04:52:37-UTC | 97.113.80.140                     | Login |
| 2019/05/11-20:56:55-UTC | 97.126.28.193                     | Login |
| 2019/05/10-23:24:03-UTC | 97.126.28.193                     | Login |
| 2019/05/10-23:10:42-UTC | 97.126.28.193                     | Login |
14 consecutive Login events from IP 97.126.28.193 occurred during past 24 hours prior to
the following event.
| 2019/05/10-19:20:29-UTC | 97.126.28.193                     | Login |
10 consecutive Login events from IP 97.126.28.193 occurred during past 24 hours prior to
the following event.
| 2019/05/09-16:25:49-UTC | 97.126.28.193                     | Login |
| 2019/05/08-16:19:34-UTC | 97.126.28.193                     | Login |
| 2019/05/08-15:20:09-UTC | 97.126.28.193                     | Login |
| 2019/05/07-23:00:44-UTC | 97.126.28.193                     | Login |

| 2019/05/07-22:39:59-UTC | 46.246.39.213           | Login |
| 2019/05/07-19:17:57-UTC | 97.126.28.193           | Login |
| 2019/05/07-13:50:45-UTC | 97.126.28.193           | Login |
| 2019/05/07-13:02:09-UTC | 46.246.39.213           | Login |
4 consecutive Login events from IP 97.126.28.193 occurred during past 24 hours prior to the following event.
| 2019/05/07-00:04:09-UTC | 97.126.28.193           | Login |
6 consecutive Login events from IP 97.126.28.193 occurred during past 24 hours prior to the following event.
| 2019/05/05-23:22:31-UTC | 97.126.28.193           | Login |
6 consecutive Login events from IP 97.126.28.193 occurred during past 24 hours prior to the following event.
| 2019/05/04-22:56:48-UTC | 97.126.28.193           | Login |
5 consecutive Login events from IP 97.126.28.193 occurred during past 24 hours prior to the following event.
| 2019/05/03-22:53:24-UTC | 97.126.28.193           | Login |
| 2019/05/02-22:08:31-UTC | 97.126.28.193           | Login |
| 2019/05/02-21:14:38-UTC | 97.126.28.193           | Login |
| 2019/05/02-15:12:59-UTC | 97.126.28.193           | Login |
| 2019/05/02-14:29:08-UTC | 97.126.28.193           | Login |
| 2019/05/02-04:11:36-UTC | 97.113.65.99 | Login |
| 2019/05/01-23:36:59-UTC | 97.113.65.99 | Login |
| 2019/05/01-21:24:19-UTC | 97.113.65.99        | Login |
| 2019/05/01-20:04:39-UTC | 2607:fb90:8379:bf96:d1ca:a8c4:4161:e211 | Login |
| 2019/05/01-17:59:13-UTC | 2607:fb90:8379:bf96:d1ca:a8c4:4161:e211 | Login |
| 2019/05/01-05:46:12-UTC | 97.113.65.99        | Login |
| 2019/05/01-05:11:05-UTC | 46.246.41.230           | Login |
6 consecutive Login events from IP 97.113.65.99 occurred during past 24 hours prior to the following event.
| 2019/04/30-20:54:33-UTC | 97.113.65.99        | Login |
| 2019/04/29-18:59:58-UTC | 173.160.198.249         | Login |
| 2019/04/29-18:43:29-UTC | 173.160.198.249         | Login |
| 2019/04/29-17:41:47-UTC | 173.160.198.249         | Login |
15 consecutive Login events from IP 67.170.35.227 occurred during past 24 hours prior to the following event.
| 2019/04/29-16:18:10-UTC | 67.170.35.227           | Login |
| 2019/04/28-21:15:18-UTC | 64.134.153.132          | Login |
| 2019/04/28-20:56:52-UTC | 67.170.35.227           | Login |
| 2019/04/28-20:39:48-UTC | 67.170.35.227           | Login |
| 2019/04/28-18:13:08-UTC | 67.170.35.227           | Login |
| 2019/04/28-12:31:59-UTC | 97.113.65.99           | Login |
| 2019/04/27-12:27:16-UTC | 97.113.65.99           | Login |
| 2019/04/26-22:31:15-UTC | 97.113.65.99           | Login |
9 consecutive Login events from IP 97.113.65.99 occurred during past 24 hours prior to the following event.
| 2019/04/26-00:11:52-UTC | 97.113.65.99           | Login |
| 2019/04/24-17:02:19-UTC | 46.246.44.83           | Login |
| 2019/04/24-09:51:21-UTC | 97.113.65.99           | Login |
| 2019/04/23-06:07:40-UTC | 97.113.65.99           | Login |

```
| 2019/04/23-06:07:33-UTC | 97.113.65.99          | Login |
| 2019/04/22-23:29:02-UTC | 97.113.65.99          | Login |
| 2019/04/22-13:20:10-UTC | 97.113.65.99          | Login |
| 2019/04/21-04:41:47-UTC | 97.113.65.99          | Login |
| 2019/04/20-05:14:12-UTC | 46.246.35.103         | Login |
| 2019/04/19-15:04:03-UTC | 97.113.65.99          | Login |
| 2019/04/19-12:01:37-UTC | 46.246.62.74          | Login |
| 2019/04/19-11:19:43-UTC | 46.246.62.74          | Login |
| 2019/04/19-11:04:59-UTC | 46.246.62.74          | Login |
| 2019/04/17-23:10:30-UTC | 46.246.62.74          | Login |
| 2019/04/17-15:35:01-UTC | 46.246.62.74          | Login |
| 2019/04/17-12:40:17-UTC | 46.246.36.145         | Login |
| 2019/04/17-12:12:02-UTC | 97.113.65.99          | Login |
| 2019/04/17-11:36:19-UTC | 97.113.65.99          | Login |
| 2019/04/16-06:54:50-UTC | 97.113.65.99          | Login |
| 2019/04/16-06:10:27-UTC | 97.113.65.99          | Login |
| 2019/04/16-05:30:03-UTC | 97.113.65.99          | Login |
| 2019/04/16-05:17:59-UTC | 97.113.65.99          | Login |
+-------------------------+---------------------------------------+-------+
```

############## * Google Confidential and Proprietary * ##############

Visited delete-custom-metadata — AWS CLI 1.16.310 Command Reference

Jun 22, 2019, 5:36:32 AM UTC

**Products:**
Search

Search

---

Searched for awscli delete ec2 metadata

Jun 22, 2019, 5:36:30 AM UTC

**Products:**
Search
**Locations:**
Around this area - Based on your past activity

Search

---

Searched for aws cli delete user-data

Jun 22, 2019, 5:36:14 AM UTC

USA-00011221

U.S. v. Paige Thompson
CR19-159 RSL
Plaintiff's Exhibit No. 522
Admitted_____

**Products:**
  Search

Search

Searched forÂ credit card algorithm

Jun 5, 2019, 7:30:35 AM UTC

USA-00011333

522-002

**Products:**
Search

Search

---

VisitedÂ Anatomy of a Credit Card - Credit Card Insider

May 5, 2019, 11:35:32 AM UTC

**Products:**
Search

Search

---

Searched forÂ credit card number based on location

May 5, 2019, 11:35:28 AM UTC

**Products:**
Search
**Locations:**
Around this area - Based on your past activity

Search

---

VisitedÂ https://en.m.wikipedia.org/wiki/Luhn_algorithm

May 5, 2019, 11:13:33 AM UTC

**Products:**
Search

Search

---

Searched forÂ credit card numbers algorithm

May 5, 2019, 11:13:07 AM UTC

**Products:**
Search
**Locations:**
Around this area - From your device

Search

---

Searched forÂ credit card numbers algorithm

May 5, 2019, 11:12:55 AM UTC

**Products:**
Search
**Locations:**
Around this area - Based on your past activity

Search

---

VisitedÂ https://www.deepwebsiteslinks.com/carding-forums/

May 5, 2019, 11:09:44 AM UTC

**Products:**
Search

Search

---

Searched forÂ carding forums dark web

May 5, 2019, 11:09:42 AM UTC

**Products:**
Search
**Locations:**
Around this area - Based on your past activity

Search

---

VisitedÂ Google Search

May 5, 2019, 10:59:34 AM UTC

**Products:**
Search

Search

**Products:**
Search
**Locations:**
Around this area - Based on your past activity

Search

VisitedÂ https://darkwebnews.com/darkwebmarkets/tochka-free-market/

Mar 31, 2019, 2:29:44 PM UTC

**Products:**
Search

## Search

Searched for Â buy visa gift card ethereum

Mar 14, 2019, 4:44:26 PM UTC

**Products:**
Search
**Locations:**
Around this area - Based on your past activity

## Search

Visited Â List of places accepting Bitcoins and Ethereum - CryptoGround

Mar 14, 2019, 4:42:35 PM UTC

**Products:**
Search

## Search

Searched for Â ethereum accepted seattle

Mar 14, 2019, 4:42:27 PM UTC

**Products:**
Search
**Locations:**
Around this area - Based on your past activity

## Search

Visited Â Leadership - Infoblox

Mar 14, 2019, 4:04:56 PM UTC

**Products:**
Search

## Search

Visited Â Infoblox Â· GitHub

Mar 14, 2019, 4:04:25 PM UTC

**Products:**
Search

## Search

Searched for Â infobloxcto

Mar 14, 2019, 4:04:22 PM UTC

**Products:**

USA-00012054

**Products:**
   Search

Search

---

Visited Â How to download a file from AWS S3 with version in Command line ...

Mar 2, 2019, 8:42:31 PM UTC

**Products:**
   Search

Search

---

Visited Â get-object â€" AWS CLI 1.17.3 Command Reference

Mar 2, 2019, 8:42:03 PM UTC

**Products:**
   Search

Search

---

Searched for Â aws s3api get-object

USA-00012283

Mar 2, 2019, 8:42:01 PM UTC

**Products:**
Search
**Locations:**
Around this area - Based on your past activity

Search

VisitedÂ Google Search

Mar 2, 2019, 8:41:58 PM UTC

USA-00012284
522-007

Search

Searched for Â aws cli describe everything

Mar 2, 2019, 6:56:19 PM UTC

**Products:**
  Search
**Locations:**
  Around this area - Based on your past activity

**Products:**
  Search

Search

Searched for Â aws access log cli

Mar 2, 2019, 6:53:46 PM UTC

**Products:**
  Search
**Locations:**
  Around this area - Based on your past activity

Searched forÂ docker-machine aws ec2 instance type

Mar 2, 2019, 6:42:20 PM UTC

**Products:**
 Search
**Locations:**
 Around this area - Based on your past activity

**Products:**
Search

Search

Searched for hide instance from aws control panel

Feb 21, 2019, 3:28:18 PM UTC

**Products:**
Search
**Locations:**
Around this area - Based on your past activity

```
############## * Google Confidential and Proprietary * ##############

GOOGLE SUBSCRIBER INFORMATION
Name: Paige Thompson
e-Mail: paige.adele.thompson@gmail.com
Status: Enabled
Services: Android, Gmail, Google Calendar, Google Docs, Google Drive, Google
Hangouts, Google Keep, Google Photos, Google Voice, Location History, Tasks In
Tingle, Web & App Activity, YouTube
Recovery e-Mail: [            ]
Created on: 2014/05/28-22:16:53-UTC
Terms of Service IP: 172.56.32.22, on 2014/05/28-22:16:53-UTC
Language Code: en
SMS: +12538204677 [US]
Google Account ID: 707316645212
Last Logins: 2019/06/05-21:46:41-UTC


+-------------------------+---------------+-------+
| Time                    | IP Address    | Type  |
+-------------------------+---------------+-------+
| 2019/06/05-21:46:41-UTC | 97.113.77.194 | Login |
| 2019/06/05-21:46:41-UTC | 97.113.77.194 | Login |
| 2019/05/20-08:12:58-UTC | 97.113.94.167 | Login |
| 2019/04/22-09:12:57-UTC | 97.113.65.99  | Login |
+-------------------------+---------------+-------+


############## * Google Confidential and Proprietary * ##############
```

U.S. v. Paige Thompson
CR19-159 RSL
Plaintiff's Exhibit No. 523
Admitted_____

**Products:**
  Search
# Search

Searched forÂ <u>hackint irc servers</u>

Apr 27, 2019, 1:00:15 AM UTC

**Products:**
  Search
# Search

Searched

forÂ <u>gfdshtr345https://blockstream.info/tx/38def593cf8f4a3c17633b8e919d9a132a4a3d3c84c00cdded67ae45989726f5</u>

Mar 13, 2019, 11:00:27 PM UTC

**Products:**
  Search
# Search

Searched forÂ <u>nanopool docker</u>

Mar 12, 2019, 8:45:31 PM UTC

**Products:**
  Search
# Search

U.S. v. Paige Thompson
CR19-159 RSL
Plaintiff's Exhibit No. 524
Admitted_____

## Search

Visited  https://eth.nanopool.org/help

Mar 9, 2019, 4:15:51 AM UTC

**Products:**
  Search

## Search

Searched for  nanopool server

Mar 9, 2019, 4:15:47 AM UTC

**Products:**
  Search
**Locations:**
  Around this area - Based on your past activity

## Search

Visited  API Docs - Nanopool | ZCash

Mar 9, 2019, 4:15:37 AM UTC

**Products:**
  Search

## Search

Searched for  nanopool endpoint

Mar 9, 2019, 4:15:28 AM UTC

**Products:**
  Search
**Locations:**
  Around this area - Based on your past activity

## Search

Searched for  nanopool endpoints

Mar 9, 2019, 4:15:17 AM UTC

**Products:**
  Search
**Locations:**
  Around this area - Based on your past activity

## Search

Visited  Ubuntu Amazon EC2 AMI Finder - Ubuntu Cloud Images

Mar 9, 2019, 2:36:46 AM UTC

**Products:**
  Search

## Search

Searched forÂ ubuntu eu-west-2

Mar 9, 2019, 2:36:43 AM UTC

**Products:**
  Search
**Locations:**
  Around this area - Based on your past activity

## Search

VisitedÂ How long does it take to view my Account in etc.Nanopool ?

Mar 9, 2019, 2:12:15 AM UTC

**Products:**
  Search

## Search

Searched forÂ how long xmr nanopool

Mar 9, 2019, 2:12:07 AM UTC

**Products:**
  Search
**Locations:**
  Around this area - Based on your past activity

## Search

VisitedÂ Google Search

Mar 9, 2019, 2:11:59 AM UTC

**Products:**
  Search

## Search

VisitedÂ Nanopool | Monero

Mar 9, 2019, 1:59:36 AM UTC

**Products:**
  Search

## Search

Searched forÂ monero nanopool

Mar 9, 2019, 1:59:34 AM UTC

**Products:**
  Search
**Locations:**
  Around this area - Based on your past activity

Search

# Search

Searched for  xmrig specify wallet address

Mar 9, 2019, 1:28:26 AM UTC

**Products:**
  Search
**Locations:**
  Around this area - Based on your past activity

# Search

Visited  Google Search

Mar 9, 2019, 1:28:19 AM UTC

**Products:**
  Search

# Search

Visited  Nanopool | Monero

Mar 9, 2019, 1:20:59 AM UTC

**Products:**
  Search

# Search

Searched for  xmr nanopool

Mar 9, 2019, 1:20:43 AM UTC

**Products:**
  Search
**Locations:**
  Around this area - Based on your past activity

# Search

Visited  Nanopool | Ethereum

Mar 8, 2019, 7:08:17 PM UTC

**Products:**
  Search

# Search

Searched for  nanopool search

Mar 8, 2019, 7:08:14 PM UTC

**Products:**
  Search
**Locations:**
  Around this area - Based on your past activity

## Search

Visited Â AWS IP Address Ranges

Mar 4, 2019, 6:15:36 AM UTC

**Products:**
Search

## Search

Searched for Â ec2 cidrs

Mar 4, 2019, 6:15:32 AM UTC

**Products:**
Search
**Locations:**
Around this area - Based on your past activity

## Search

Visited Â Amazon EC2 Instance IP Addressing

Mar 4, 2019, 6:08:41 AM UTC

**Products:**
Search

## Search

Searched for Â aws ec2 ip addresses

Mar 4, 2019, 6:08:37 AM UTC

**Products:**
Search
**Locations:**

## Search

Searched forÂ <u>curl post stdin</u>

Mar 4, 2019, 3:37:23 AM UTC

**Products:**
  Search
**Locations:**
  Around <u>this area</u> - Based on your past activity

## Search

VisitedÂ <u>The IAM Console and Sign-in Page</u>

Mar 4, 2019, 12:52:02 AM UTC

**Products:**
  Search

## Search

Searched forÂ <u>iam login address</u>

Mar 4, 2019, 12:52:00 AM UTC

**Products:**
  Search
**Locations:**
  Around <u>this area</u> - Based on your past activity

############## * Google Confidential and Proprietary * ##############

GOOGLE SUBSCRIBER INFORMATION
Name: paige thompson
e-Mail: paigeadele2019@gmail.com
Status: Enabled
Services: Android, Gmail, Google Hangouts, Google Voice, Location History, Minutemaid,
Web & App Activity
Created on: 2019/02/05-18:37:07-UTC
Terms of Service IP: 97.113.152.197, on 2019/02/05-18:37:07-UTC
Language Code: en
SMS: +12069462468 [US]
Google Account ID: 587905788158
Last Logins: 2019/07/22-09:20:55-UTC, 2019/03/22-23:32:18-UTC, 2019/03/02-08:02:15-UTC

```
+-------------------------+--------------+-------+
| Time                    | IP Address   | Type  |
+-------------------------+--------------+-------+
| 2019/07/22-09:20:55-UTC | 97.126.5.183 | Login |
+-------------------------+--------------+-------+
```

############## * Google Confidential and Proprietary * ##############

U.S. v. Paige Thompson
CR19-159 RSL
Plaintiff's Exhibit No. 525
Admitted_____