

Account number:
_____ 0924

## Amazon Web Services, Inc. Invoice

Email or talk to us about your AWS account or bill, visit aws.amazon.com/contact-us/

**Invoice Summary**

| | |
|---|---|
| Invoice Number: | ____ 9485 |
| | Please include this invoice number with your payment |
| Invoice Date: | April 3 , 2019 |
| **TOTAL AMOUNT DUE ON May 3 , 2019** | **$53,454.01** |

Bill to Address:
Survox Inc.
ATTN: Danny Wong CC: Ken Keyes
11 AIRPORT BLVD
SOUTH SAN FRANCISCO , CA , 94080-6530 ,
US

### This invoice is for the billing period March 1 - March 31 , 2019

Greetings from Amazon Web Services, we're writing to provide you with an electronic invoice for your use of AWS services. Additional information about your bill, individual service charge details, and your account history are available on the Account Activity Page.

| Summary | |
|---|---|
| **AWS Service Charges** | **$53,454.01** |
| Charges | $53,454.91 |
| Credits | ($0.90) |
| Tax * | $0.00 |
| **Total for this invoice** | **$53,454.01** |

| Detail for Consolidated Bill | |
|---|---|
| **AWS Lambda** | **$0.00** |
| Charges | $0.00 |
| VAT ** | $0.00 |
| GST | $0.00 |
| Estimated US sales tax to be collected | $0.00 |
| CT | $0.00 |
| **Amazon Simple Storage Service** | **$12.92** |
| Charges | $12.92 |
| VAT ** | $0.00 |
| GST | $0.00 |
| Estimated US sales tax to be collected | $0.00 |
| CT | $0.00 |

* May include estimated US sales tax, VAT, GST and CT.
Amazon Web Services, Inc. foreign registration number is 00004
AWS, Inc. is a "Registered Foreign Supplier" under Japanese Consumption Tax Law and therefore AWS, Inc. is required to declare and pay consumption tax in respect of this transaction (as a "Digital Service") to the Japan Tax Authority.

** This is not a VAT or GST invoice
**** Please reference the tax invoice for a breakout of the Canadian taxes by type
† Usage and recurring charges for this statement period will be charged on your next billing date. The amount of your actual charges for this statement period may differ from the charges shown on this page. The charges shown on this page do not include any additional usage charges accrued during this statement period after the date you are viewing this page. Also, one-time fees and subscription charges are assessed separately, on the date that they occur.
All charges and prices are in US Dollars
All AWS Services are sold by Amazon Web Services, Inc.

Electronic funds transfer details:
Bank Name: Wells Fargo NA
Account Name: Amazon Web Services, Inc.
Bank Address:
420 Montgomery Street
San Francisco CA 94163
Checking Account Number: ____ 0227
ABA Routing Number: ____ 0248
Wire Routing Number: ____ 0248
SWIFT Code: WFBIUS6SXXX

or Mail payment to:
Amazon Web Services, Inc.
PO BOX 84023
Seattle, WA 98124-8423, US

1

U.S. v. Paige Thompson
CR19-159 RSL
Plaintiff's Exhibit No. 901
Admitted_____

| AWS Data Transfer | $54.48 |
|---|---|
| Charges | $54.48 |
| VAT ** | $0.00 |
| GST | $0.00 |
| Estimated US sales tax to be collected | $0.00 |
| CT | $0.00 |
| **Amazon Glacier** | **$0.16** |
| Charges | $0.16 |
| VAT ** | $0.00 |
| GST | $0.00 |
| Estimated US sales tax to be collected | $0.00 |
| CT | $0.00 |
| **Amazon Relational Database Service** | **$283.22** |
| Charges | $283.22 |
| VAT ** | $0.00 |
| GST | $0.00 |
| Estimated US sales tax to be collected | $0.00 |
| CT | $0.00 |
| **AWS Support (Business)** | **$3,508.63** |
| Charges | $3,508.63 |
| VAT ** | $0.00 |
| GST | $0.00 |
| Estimated US sales tax to be collected | $0.00 |
| CT | $0.00 |
| **Amazon Elastic Compute Cloud** | **$49,222.85** |
| Charges | $49,222.85 |
| VAT ** | $0.00 |
| GST | $0.00 |
| Estimated US sales tax to be collected | $0.00 |
| CT | $0.00 |
| **Amazon DynamoDB** | **$181.66** |
| Charges | $181.66 |
| VAT ** | $0.00 |
| GST | $0.00 |
| Estimated US sales tax to be collected | $0.00 |

* May include estimated US sales tax, VAT, GST and CT.
Amazon Web Services, Inc. foreign registration number is 00004
AWS, Inc. is a "Registered Foreign Supplier" under Japanese Consumption Tax Law and therefore AWS, Inc. is required to declare and pay consumption tax in respect of this transaction (as a "Digital Service") to the Japan Tax Authority.
** This is not a VAT or GST invoice
**** Please reference the tax invoice for a breakout of the Canadian taxes by type
† Usage and recurring charges for this statement period will be charged on your next billing date. The amount of your actual charges for this statement period may differ from the charges shown on this page. The charges shown on this page do not include any additional usage charges accrued during this statement period after the date you are viewing this page. Also, one-time fees and subscription charges are assessed separately, on the date that they occur.
All charges and prices are in US Dollars
All AWS Services are sold by Amazon Web Services, Inc.

Electronic funds transfer details:
Bank Name: Wells Fargo NA
Account Name: Amazon Web Services, Inc.
Bank Address:
420 Montgomery Street
San Francisco CA 94163
Checking Account Number:        0227
ABA Routing Number:        0248
Wire Routing Number:        0248
SWIFT Code: WFBIUS6SXXX

or Mail payment to:
Amazon Web Services, Inc.
PO BOX 84023
Seattle, WA 98124-8423, US

2

| | |
|---|---|
| CT | $0.00 |
| **Amazon Route 53** | **$13.66** |
| Charges | $13.66 |
| VAT ** | $0.00 |
| GST | $0.00 |
| Estimated US sales tax to be collected | $0.00 |
| CT | $0.00 |
| **Amazon Simple Notification Service** | **$0.00** |
| Charges | $0.00 |
| VAT ** | $0.00 |
| GST | $0.00 |
| Estimated US sales tax to be collected | $0.00 |
| CT | $0.00 |
| **AWS Config** | **$5.51** |
| Charges | $5.51 |
| VAT ** | $0.00 |
| GST | $0.00 |
| Estimated US sales tax to be collected | $0.00 |
| CT | $0.00 |
| **AmazonCloudWatch** | **$0.00** |
| Charges | $0.90 |
| Credits | ($0.90) |
| VAT ** | $0.00 |
| GST | $0.00 |
| Estimated US sales tax to be collected | $0.00 |
| CT | $0.00 |
| **Amazon Elastic File System** | **$2.80** |
| Charges | $2.80 |
| VAT ** | $0.00 |
| GST | $0.00 |
| Estimated US sales tax to be collected | $0.00 |
| CT | $0.00 |
| **AWS CloudTrail** | **$0.00** |
| Charges | $0.00 |
| VAT ** | $0.00 |

* May include estimated US sales tax, VAT, GST and CT.
Amazon Web Services, Inc. foreign registration number is 00004
AWS, Inc. is a "Registered Foreign Supplier" under Japanese Consumption Tax Law and therefore AWS, Inc. is required to declare and pay consumption tax in respect of this transaction (as a "Digital Service") to the Japan Tax Authority.
** This is not a VAT or GST invoice
**** Please reference the tax invoice for a breakout of the Canadian taxes by type
† Usage and recurring charges for this statement period will be charged on your next billing date. The amount of your actual charges for this statement period may differ from the charges shown on this page. The charges shown on this page do not include any additional usage charges accrued during this statement period after the date you are viewing this page. Also, one-time fees and subscription charges are assessed separately, on the date that they occur.
All charges and prices are in US Dollars
All AWS Services are sold by Amazon Web Services, Inc.

Electronic funds transfer details:
Bank Name: Wells Fargo NA
Account Name: Amazon Web Services, Inc.
Bank Address:
420 Montgomery Street
San Francisco CA 94163
Checking Account Number: ____0227
ABA Routing Number: ____0248
Wire Routing Number: ____0248
SWIFT Code: WFBIUS6SXXX

or Mail payment to:
Amazon Web Services, Inc.
PO BOX 84023
Seattle, WA 98124-8423, US

901-003

| | |
|---|---|
| GST | $0.00 |
| Estimated US sales tax to be collected | $0.00 |
| CT | $0.00 |
| **AWS Key Management Service** | **$0.00** |
| Charges | $0.00 |
| VAT ** | $0.00 |
| GST | $0.00 |
| Estimated US sales tax to be collected | $0.00 |
| CT | $0.00 |
| **Amazon Virtual Private Cloud** | **$90.00** |
| Charges | $90.00 |
| VAT ** | $0.00 |
| GST | $0.00 |
| Estimated US sales tax to be collected | $0.00 |
| CT | $0.00 |
| **Amazon Kinesis** | **$78.12** |
| Charges | $78.12 |
| VAT ** | $0.00 |
| GST | $0.00 |
| Estimated US sales tax to be collected | $0.00 |
| CT | $0.00 |

* May include estimated US sales tax, VAT, GST and CT.
Amazon Web Services, Inc. foreign registration number is 00004
AWS, Inc. is a "Registered Foreign Supplier" under Japanese Consumption Tax Law and therefore AWS, Inc. is required to declare and pay consumption tax in respect of this transaction (as a "Digital Service") to the Japan Tax Authority.
** This is not a VAT or GST invoice
**** Please reference the tax invoice for a breakout of the Canadian taxes by type
† Usage and recurring charges for this statement period will be charged on your next billing date. The amount of your actual charges for this statement period may differ from the charges shown on this page. The charges shown on this page do not include any additional usage charges accrued during this statement period after the date you are viewing this page. Also, one-time fees and subscription charges are assessed separately, on the date that they occur.
All charges and prices are in US Dollars
All AWS Services are sold by Amazon Web Services, Inc.

Electronic funds transfer details:
Bank Name: Wells Fargo NA
Account Name: Amazon Web Services, Inc.
Bank Address:
420 Montgomery Street
San Francisco CA 94163
Checking Account Number:        0227
ABA Routing Number:        0248
Wire Routing Number:        0248
SWIFT Code: WFBIUS6SXXX

or Mail payment to:
Amazon Web Services, Inc.
PO BOX 84023
Seattle, WA 98124-8423, US

901-004

**Please remit payment to Amazon Web Services:**

Preferred method of payment is by Electronic Funds Transfer (EFT). Please ensure to reference the invoice number in the descriptive text field of your electronic funds transfer payment.

If you have any questions regarding payment for this invoice, please email aws-receivables-support@email.amazon.com

| Electronic funds transfer details: | or Mail payment to: |
| --- | --- |
| Bank Name: Wells Fargo NA<br>Account Name: Amazon Web Services, Inc.<br>Bank Address:<br>420 Montgomery Street<br>San Francisco CA 94163<br>Checking Account Number:⬛0227<br>ABA Routing Number:⬛0248<br>Wire Routing Number:⬛0248<br>SWIFT Code: WFBIUS6SXXX | Amazon Web Services, Inc.<br>PO BOX 84023<br>Seattle, WA 98124-8423, US |

All web services are sold by Amazon Web Services, Inc.

The above charges include charges incurred by your account as well as by all accounts you are responsible for through Consolidated Billing.

Thank you for using Amazon Web Services.

Sincerely,
**The Amazon Web Services Team**

This message was produced and distributed by Amazon Web Services, Inc., 410 Terry Avenue North, Seattle, Washington 98109-5210. AWS will not be bound by, and specifically objects to, any term, condition or other provision which is different from or in addition to the provisions of the AWS Customer Agreement or AWS Enterprise Agreement between AWS and you (whether or not it would materially alter such AWS Customer Agreement or AWS Enterprise Agreement) and which is submitted in any order, receipt, acceptance, confirmation, correspondence or otherwise, unless AWS specifically agrees to such provision in a written instrument signed by AWS.

901-005

Payer account number

░░░░░0924



# LINKED ACCOUNT ALLOCATION

To learn more about how charges are allocated across linked accounts visit
 https://docs.aws.amazon.com/awsaccountbilling/latest/aboutv2/con-bill-blended-rates.html

| Activity By Account | |
|---|---:|
| Survox Operations ░░░░░░░0924) | $49,345.85 |
| Charges | $49,346.19 |
| Credits | ($0.33) |
| Estimated US sales tax to be collected | $0.00 |
| Allen Porter ░░░░░░░1047) | $3,965.02 |
| Charges | $3,965.37 |
| Credits | ($0.35) |
| Estimated US sales tax to be collected | $0.00 |
| Allen Porter ░░░░░░░0039) | $143.18 |
| Charges | $143.40 |
| Credits | ($0.22) |
| Estimated US sales tax to be collected | $0.00 |
| **Total allocated for this invoice** | **$53,454.05** |

• There is a $0.04 difference between the sum of all linked account totals and your invoice total. This difference results from rounding of charges that are allocated from the Consolidated Billing account invoice to individual linked accounts.

For line item details, please visit the Account Activity Page aws.amazon.com
* May include estimated US sales tax, VAT, GST and CT.
Amazon Web Services, Inc. foreign registration number is 00004
AWS, Inc. is a "Registered Foreign Supplier" under Japanese Consumption Tax Law and therefore AWS, Inc. is required to declare and pay consumption tax in respect of this transaction (as a "Digital Service") to the Japan Tax Authority.
** This is not a VAT or GST invoice
**** Please reference the tax invoice for a breakout of the Canadian taxes by type

901-006

Payer account number
0924



## Summary for Linked Account

| Survox Operations　　　0924) | $49,345.85 |
|---|---|
| Charges | $49,346.19 |
| Credits | ($0.33) |
| Estimated US sales tax to be collected | $0.00 |
| **Account　　　0924 total allocated for this invoice** | **$49,345.85** |

## Detail for Linked Account

| Amazon Simple Storage Service | $11.25 |
|---|---|
| Charges | $11.25 |
| Estimated US sales tax to be collected | $0.00 |
| **AWS Lambda** | **$0.00** |
| Charges | $0.00 |
| Estimated US sales tax to be collected | $0.00 |
| **AWS Data Transfer** | **$16.31** |
| Charges | $16.31 |
| Estimated US sales tax to be collected | $0.00 |
| **Amazon Glacier** | **$0.16** |
| Charges | $0.16 |
| Estimated US sales tax to be collected | $0.00 |
| **Amazon Relational Database Service** | **$92.85** |
| Charges | $92.85 |
| Estimated US sales tax to be collected | $0.00 |
| **AWS Support (Business)** | **$3,508.63** |
| Charges | $3,508.63 |
| Estimated US sales tax to be collected | $0.00 |
| **Amazon DynamoDB** | **$48.53** |
| Charges | $48.53 |
| Estimated US sales tax to be collected | $0.00 |
| **Amazon Elastic Compute Cloud** | **$45,530.99** |
| Charges | $45,530.99 |
| Estimated US sales tax to be collected | $0.00 |

For line item details, please visit the Account Activity Page aws.amazon.com
* May include estimated US sales tax, VAT, GST and CT.
Amazon Web Services, Inc. foreign registration number is 00004
AWS, Inc. is a "Registered Foreign Supplier" under Japanese Consumption Tax Law and therefore AWS, Inc. is required to declare and pay consumption tax in respect of this transaction (as a "Digital Service") to the Japan Tax Authority.
** This is not a VAT or GST invoice
**** Please reference the tax invoice for a breakout of the Canadian taxes by type

Payer account number

_____ 0924



| Amazon Route 53 | $13.66 |
|---|---|
| Charges | $13.66 |
| Estimated US sales tax to be collected | $0.00 |
| **Amazon Simple Notification Service** | **$0.00** |
| Charges | $0.00 |
| Estimated US sales tax to be collected | $0.00 |
| **AWS Config** | **$5.51** |
| Charges | $5.51 |
| Estimated US sales tax to be collected | $0.00 |
| **AmazonCloudWatch** | **$0.00** |
| Charges | $0.33 |
| Credits | ($0.33) |
| Estimated US sales tax to be collected | $0.00 |
| **Amazon Elastic File System** | **$2.80** |
| Charges | $2.80 |
| Estimated US sales tax to be collected | $0.00 |
| **AWS CloudTrail** | **$0.00** |
| Charges | $0.00 |
| Estimated US sales tax to be collected | $0.00 |
| **AWS Key Management Service** | **$0.00** |
| Charges | $0.00 |
| Estimated US sales tax to be collected | $0.00 |
| **Amazon Virtual Private Cloud** | **$37.05** |
| Charges | $37.05 |
| Estimated US sales tax to be collected | $0.00 |
| **Amazon Kinesis** | **$78.12** |
| Charges | $78.12 |
| Estimated US sales tax to be collected | $0.00 |

For line item details, please visit the Account Activity Page aws.amazon.com
* May include estimated US sales tax, VAT, GST and CT.
Amazon Web Services, Inc. foreign registration number is 00004
AWS, Inc. is a "Registered Foreign Supplier" under Japanese Consumption Tax Law and therefore AWS, Inc. is required to declare and pay consumption tax in respect of this transaction (as a "Digital Service") to the Japan Tax Authority.
** This is not a VAT or GST invoice
**** Please reference the tax invoice for a breakout of the Canadian taxes by type

8

901-008

Payer account number
⬜⬜⬜ 0924



## Summary for Linked Account

| Allen Porter ⬜⬜⬜ 1047) | $3,965.02 |
|---|---|
| Charges | $3,965.37 |
| Credits | ($0.35) |
| Estimated US sales tax to be collected | $0.00 |
| **Account ⬜⬜⬜ 1047 total allocated for this invoice** | **$3,965.02** |

## Detail for Linked Account

| Amazon Simple Storage Service | $1.66 |
|---|---|
| Charges | $1.66 |
| Estimated US sales tax to be collected | $0.00 |
| **AWS Lambda** | **$0.00** |
| Charges | $0.00 |
| Estimated US sales tax to be collected | $0.00 |
| **AWS Data Transfer** | **$38.06** |
| Charges | $38.06 |
| Estimated US sales tax to be collected | $0.00 |
| **AmazonCloudWatch** | **$0.00** |
| Charges | $0.35 |
| Credits | ($0.35) |
| Estimated US sales tax to be collected | $0.00 |
| **Amazon Relational Database Service** | **$134.51** |
| Charges | $134.51 |
| Estimated US sales tax to be collected | $0.00 |
| **Amazon Elastic Compute Cloud** | **$3,604.70** |
| Charges | $3,604.70 |
| Estimated US sales tax to be collected | $0.00 |
| **Amazon DynamoDB** | **$133.13** |
| Charges | $133.13 |
| Estimated US sales tax to be collected | $0.00 |
| **AWS Key Management Service** | **$0.00** |
| Charges | $0.00 |

For line item details, please visit the Account Activity Page aws.amazon.com
* May include estimated US sales tax, VAT, GST and CT.
Amazon Web Services, Inc. foreign registration number is 00004
AWS, Inc. is a "Registered Foreign Supplier" under Japanese Consumption Tax Law and therefore AWS, Inc. is required to declare and pay consumption tax in respect of this transaction (as a "Digital Service") to the Japan Tax Authority.
** This is not a VAT or GST invoice
**** Please reference the tax invoice for a breakout of the Canadian taxes by type

Payer account number

_____0924



| | |
|---|---|
| Estimated US sales tax to be collected | $0.00 |
| **Amazon Virtual Private Cloud** | **$52.95** |
| Charges | $52.95 |
| Estimated US sales tax to be collected | $0.00 |
| **Amazon Simple Notification Service** | **$0.00** |
| Charges | $0.00 |
| Estimated US sales tax to be collected | $0.00 |

For line item details, please visit the Account Activity Page aws.amazon.com
* May include estimated US sales tax, VAT, GST and CT.
Amazon Web Services, Inc. foreign registration number is 00004
AWS, Inc. is a "Registered Foreign Supplier" under Japanese Consumption Tax Law and therefore AWS, Inc. is required to declare and pay consumption tax in respect of this transaction (as a "Digital Service") to the Japan Tax Authority.
** This is not a VAT or GST invoice
**** Please reference the tax invoice for a breakout of the Canadian taxes by type

10

901-010

Payer account number

　　　　　　　0924



## Summary for Linked Account

| Allen Porter　　　　　0039) | $143.18 |
|---|---|
| Charges | $143.40 |
| Credits | ($0.22) |
| Estimated US sales tax to be collected | $0.00 |
| Account　　　　　0039 total allocated for this invoice | $143.18 |

## Detail for Linked Account

| Amazon Simple Storage Service | $0.01 |
|---|---|
| Charges | $0.01 |
| Estimated US sales tax to be collected | $0.00 |
| AWS Data Transfer | $0.12 |
| Charges | $0.12 |
| Estimated US sales tax to be collected | $0.00 |
| AmazonCloudWatch | $0.00 |
| Charges | $0.22 |
| Credits | ($0.22) |
| Estimated US sales tax to be collected | $0.00 |
| Amazon Relational Database Service | $55.87 |
| Charges | $55.87 |
| Estimated US sales tax to be collected | $0.00 |
| Amazon Elastic Compute Cloud | $87.18 |
| Charges | $87.18 |
| Estimated US sales tax to be collected | $0.00 |

For line item details, please visit the Account Activity Page aws.amazon.com
* May include estimated US sales tax, VAT, GST and CT.
Amazon Web Services, Inc. foreign registration number is 00004
AWS, Inc. is a "Registered Foreign Supplier" under Japanese Consumption Tax Law and therefore AWS, Inc. is required to declare and pay consumption tax in respect of this transaction (as a "Digital Service") to the Japan Tax Authority.
** This is not a VAT or GST invoice
**** Please reference the tax invoice for a breakout of the Canadian taxes by type

11

901-011



Account number:
_____ 0924

# Amazon Web Services, Inc. Credit Memo

Email or talk to us about your AWS account or bill, visit aws.amazon.com/contact-us/

## Invoice Summary

| | |
|---|---|
| Invoice Number: | ____ 4205 |
| Invoice Date: | April 25 , 2019 |
| Original Invoice Number: | ____ 9485 |
| **TOTAL AMOUNT** | **($40,042.64)** |

Bill to Address:
Survox Inc.
ATTN: Danny Wong CC: Ken Keyes
11 AIRPORT BLVD
SOUTH SAN FRANCISCO , CA , 94080-6530 ,
US

This credit memo was not applied to an invoice. You must take action to apply this credit memo to your account balance. Please deduct the amount of this credit memo from a future payment and send an email to aws-receivables-support@email.amazon.com with the remittance details of your payment.

## This invoice is for the billing period March 1 - March 31 , 2019

Greetings from Amazon Web Services, we're writing to provide you with an electronic invoice for your use of AWS services. Additional information about your bill, individual service charge details, and your account history are available on the Account Activity Page.

| Summary | |
|---|---|
| AWS Service Charges | ($40,042.64) |
| Charges | ($40,042.64) |
| Tax * | $0.00 |
| Total for this invoice | ($40,042.64) |

| Detail for Consolidated Bill | |
|---|---|
| Amazon Elastic Compute Cloud | ($40,042.64) |
| Charges | ($40,042.64) |
| VAT ** | $0.00 |
| GST | $0.00 |
| Estimated US sales tax to be collected | $0.00 |
| CT | $0.00 |
| Start Date - 03/01/2019; End Date - 03/31/2019 | ($40,042.64) |

* May include estimated US sales tax, VAT, GST and CT.
Amazon Web Services, Inc. foreign registration number is 00004
AWS, Inc. is a "Registered Foreign Supplier" under Japanese Consumption Tax Law and therefore AWS, Inc. is required to declare and pay consumption tax in respect of this transaction (as a "Digital Service") to the Japan Tax Authority.

** This is not a VAT or GST invoice
**** Please reference the tax invoice for a breakout of the Canadian taxes by type
† Usage and recurring charges for this statement period will be charged on your next billing date. The amount of your actual charges for this statement period may differ from the charges shown on this page. The charges shown on this page do not include any additional usage charges accrued during this statement period after the date you are viewing this page. Also, one-time fees and subscription charges are assessed separately, on the date that they occur.
All charges and prices are in US Dollars
All AWS Services are sold by Amazon Web Services, Inc.

Service Provider:
(Not to be used for payment remittance)
Amazon Web Services, Inc.
410 Terry Ave North
Seattle , WA  98109-5210 , US

1

U.S. v. Paige Thompson
CR19-159 RSL
Plaintiff's Exhibit No. 902
Admitted_____

Payer account number

████████ 0924



# LINKED ACCOUNT ALLOCATION

To learn more about how charges are allocated across linked accounts visit
 https://docs.aws.amazon.com/awsaccountbilling/latest/aboutv2/con-bill-blended-rates.html

| Activity By Account | |
| --- | --- |
| Survox Operations ████████ 0924) | ($40,042.64) |
| Charges | ($40,042.64) |
| Estimated US sales tax to be collected | $0.00 |
| Total allocated for this invoice | ($40,042.64) |

For line item details, please visit the Account Activity Page aws.amazon.com
* May include estimated US sales tax, VAT, GST and CT.
Amazon Web Services, Inc. foreign registration number is 00004
AWS, Inc. is a "Registered Foreign Supplier" under Japanese Consumption Tax Law and therefore AWS, Inc. is required to declare and pay consumption tax in respect of
this transaction (as a "Digital Service") to the Japan Tax Authority.
** This is not a VAT or GST invoice
**** Please reference the tax invoice for a breakout of the Canadian taxes by type

2

Payer account number
█████████ 0924



| Summary for Linked Account | |
|---|---:|
| Survox Operations ████████ 0924) | ($40,042.64) |
| Charges | ($40,042.64) |
| Estimated US sales tax to be collected | $0.00 |
| Account ████████ 0924 total allocated for this invoice | ($40,042.64) |

| Detail for Linked Account | |
|---|---:|
| Amazon Elastic Compute Cloud | ($40,042.64) |
| Charges | ($40,042.64) |
| Estimated US sales tax to be collected | $0.00 |
| Start Date - 03/01/2019; End Date - 03/31/2019 | ($40,042.64) |

For line item details, please visit the Account Activity Page aws.amazon.com
* May include estimated US sales tax, VAT, GST and CT.
Amazon Web Services, Inc. foreign registration number is 00004
AWS, Inc. is a "Registered Foreign Supplier" under Japanese Consumption Tax Law and therefore AWS, Inc. is required to declare and pay consumption tax in respect of this transaction (as a "Digital Service") to the Japan Tax Authority.
** This is not a VAT or GST invoice
**** Please reference the tax invoice for a breakout of the Canadian taxes by type

3

902-003



Account number: 0924

## Amazon Web Services, Inc. Credit Memo
Email or talk to us about your AWS account or bill, visit aws.amazon.com/contact-us/

### Invoice Summary

| | |
|---|---|
| Invoice Number: | 4401 |
| Invoice Date: | April 25 , 2019 |
| Original Invoice Number: | 9485 |

**TOTAL AMOUNT** **($2,269.83)**

Bill to Address:
Survox Inc.
ATTN: Danny Wong CC: Ken Keyes
11 AIRPORT BLVD
SOUTH SAN FRANCISCO , CA , 94080-6530 ,
US

This credit memo was not applied to an invoice. You must take action to apply this credit memo to your account balance. Please deduct the amount of this credit memo from a future payment and send an email to aws-receivables-support@email.amazon.com with the remittance details of your payment.

## This invoice is for the billing period March 1 - March 31 , 2019

Greetings from Amazon Web Services, we're writing to provide you with an electronic invoice for your use of AWS services. Additional information about your bill, individual service charge details, and your account history are available on the Account Activity Page.

| Summary | |
|---|---|
| **AWS Service Charges** | **($2,269.83)** |
| Charges | ($2,269.83) |
| Tax * | $0.00 |
| Total for this invoice | ($2,269.83) |

| Detail for Consolidated Bill | |
|---|---|
| **AWS Support (Business)** | **($2,269.83)** |
| Charges | ($2,269.83) |
| VAT ** | $0.00 |
| GST | $0.00 |
| Estimated US sales tax to be collected | $0.00 |
| CT | $0.00 |
| Start Date - 03/01/2019; End Date - 03/31/2019 | ($2,269.83) |

* May include estimated US sales tax, VAT, GST and CT.
Amazon Web Services, Inc. foreign registration number is 00004
AWS, Inc. is a "Registered Foreign Supplier" under Japanese Consumption Tax Law and therefore AWS, Inc. is required to declare and pay consumption tax in respect of this transaction (as a "Digital Service") to the Japan Tax Authority.
** This is not a VAT or GST invoice
**** Please reference the tax invoice for a breakout of the Canadian taxes by type
† Usage and recurring charges for this statement period will be charged on your next billing date. The amount of your actual charges for this statement period may differ from the charges shown on this page. The charges shown on this page do not include any additional usage charges accrued during this statement period after the date you are viewing this page. Also, one-time fees and subscription charges are assessed separately, on the date that they occur.
All charges and prices are in US Dollars
All AWS Services are sold by Amazon Web Services, Inc.

Service Provider:
(Not to be used for payment remittance)
Amazon Web Services, Inc.
410 Terry Ave North
Seattle , WA  98109-5210 , US

1

U.S. v. Paige Thompson
CR19-159 RSL
Plaintiff's Exhibit No. 903
Admitted_____

Payer account number

�_____0924



# LINKED ACCOUNT ALLOCATION

To learn more about how charges are allocated across linked accounts visit
 https://docs.aws.amazon.com/awsaccountbilling/latest/aboutv2/con-bill-blended-rates.html

| Activity By Account | |
| --- | --- |
| Survox Operations _____0924) | ($2,269.83) |
| Charges | ($2,269.83) |
| Estimated US sales tax to be collected | $0.00 |
| Total allocated for this invoice | ($2,269.83) |

For line item details, please visit the Account Activity Page aws.amazon.com
* May include estimated US sales tax, VAT, GST and CT.
Amazon Web Services, Inc. foreign registration number is 00004
AWS, Inc. is a "Registered Foreign Supplier" under Japanese Consumption Tax Law and therefore AWS, Inc. is required to declare and pay consumption tax in respect of this transaction (as a "Digital Service") to the Japan Tax Authority.
** This is not a VAT or GST invoice
**** Please reference the tax invoice for a breakout of the Canadian taxes by type

2

903-002

Payer account number
0924



## Summary for Linked Account

| Survox Operations 0924) | ($2,269.83) |
|---|---|
| Charges | ($2,269.83) |
| Estimated US sales tax to be collected | $0.00 |
| Account 0924 total allocated for this invoice | ($2,269.83) |

## Detail for Linked Account

| AWS Support (Business) | ($2,269.83) |
|---|---|
| Charges | ($2,269.83) |
| Estimated US sales tax to be collected | $0.00 |
| Start Date - 03/01/2019; End Date - 03/31/2019 | ($2,269.83) |

For line item details, please visit the Account Activity Page aws.amazon.com
* May include estimated US sales tax, VAT, GST and CT.
Amazon Web Services, Inc. foreign registration number is 00004
AWS, Inc. is a "Registered Foreign Supplier" under Japanese Consumption Tax Law and therefore AWS, Inc. is required to declare and pay consumption tax in respect of this transaction (as a "Digital Service") to the Japan Tax Authority.
** This is not a VAT or GST invoice
**** Please reference the tax invoice for a breakout of the Canadian taxes by type

3



Account number:
0924

## Amazon Web Services, Inc. Invoice

Email or talk to us about your AWS account or bill, visit aws.amazon.com/contact-us/

### Invoice Summary

| | |
|---|---|
| Invoice Number: | 1717 |
| | *Please include this invoice number with your payment* |
| Invoice Date: | May 3 , 2019 |
| **TOTAL AMOUNT DUE ON June 2 , 2019** | **$2,119.69** |

Bill to Address:
Survox Inc.
ATTN: Danny Wong CC: Ken Keyes
11 AIRPORT BLVD
SOUTH SAN FRANCISCO , CA , 94080-6530 ,
US

## This invoice is for the billing period April 1 - April 30 , 2019

Greetings from Amazon Web Services, we're writing to provide you with an electronic invoice for your use of AWS services. Additional information about your bill, individual service charge details, and your account history are available on the Account Activity Page.

### Summary

| | |
|---|---|
| **AWS Service Charges** | **$2,119.69** |
| Charges | $22,790.30 |
| Credits | ($20,670.61) |
| Tax * | $0.00 |
| **Total for this invoice** | **$2,119.69** |

### Detail for Consolidated Bill

| | |
|---|---|
| **Amazon Simple Storage Service** | **$14.85** |
| Charges | $14.85 |
| VAT ** | $0.00 |
| GST | $0.00 |
| Estimated US sales tax to be collected | $0.00 |
| CT | $0.00 |
| **AWS Lambda** | **$0.00** |
| Charges | $0.00 |
| VAT ** | $0.00 |
| GST | $0.00 |
| Estimated US sales tax to be collected | $0.00 |
| CT | $0.00 |

* May include estimated US sales tax, VAT, GST and CT.
Amazon Web Services, Inc. foreign registration number is 00004
AWS, Inc. is a "Registered Foreign Supplier" under Japanese Consumption Tax Law and therefore AWS, Inc. is required to declare and pay consumption tax in respect of this transaction (as a "Digital Service") to the Japan Tax Authority.

** This is not a VAT or GST invoice
**** Please reference the tax invoice for a breakout of the Canadian taxes by type
† Usage and recurring charges for this statement period will be charged on your next billing date. The amount of your actual charges for this statement period may differ from the charges shown on this page. The charges shown on this page do not include any additional usage charges accrued during this statement period after the date you are viewing this page. Also, one-time fees and subscription charges are assessed separately, on the date that they occur.
All charges and prices are in US Dollars
All AWS Services are sold by Amazon Web Services, Inc.

Electronic funds transfer details:
Bank Name: Wells Fargo NA
Account Name: Amazon Web Services, Inc.
Bank Address:
420 Montgomery Street
San Francisco CA 94163
Checking Account Number: 0227
ABA Routing Number: 0248
Wire Routing Number: 0248
SWIFT Code: WFBIUS6SXXX

or Mail payment to:
Amazon Web Services, Inc.
PO BOX 84023
Seattle, WA 98124-8423, US

U.S. v. Paige Thompson
CR19-159 RSL
Plaintiff's Exhibit No. 904
Admitted_____

| Amazon GuardDuty | $0.00 |
|---|---|
| Charges | $0.00 |
| VAT ** | $0.00 |
| GST | $0.00 |
| Estimated US sales tax to be collected | $0.00 |
| CT | $0.00 |
| **AWS Data Transfer** | **$26.24** |
| Charges | $26.24 |
| VAT ** | $0.00 |
| GST | $0.00 |
| Estimated US sales tax to be collected | $0.00 |
| CT | $0.00 |
| **Amazon Glacier** | **$0.17** |
| Charges | $0.17 |
| VAT ** | $0.00 |
| GST | $0.00 |
| Estimated US sales tax to be collected | $0.00 |
| CT | $0.00 |
| **Amazon Relational Database Service** | **$274.88** |
| Charges | $274.88 |
| VAT ** | $0.00 |
| GST | $0.00 |
| Estimated US sales tax to be collected | $0.00 |
| CT | $0.00 |
| **AWS Support (Business)** | **$1,488.77** |
| Charges | $1,488.77 |
| VAT ** | $0.00 |
| GST | $0.00 |
| Estimated US sales tax to be collected | $0.00 |
| CT | $0.00 |
| **Amazon Elastic Compute Cloud** | **$0.00** |
| Charges | $20,669.71 |
| Credits | ($20,669.71) |
| VAT ** | $0.00 |
| GST | $0.00 |

* May include estimated US sales tax, VAT, GST and CT.
Amazon Web Services, Inc. foreign registration number is 00004
AWS, Inc. is a "Registered Foreign Supplier" under Japanese Consumption Tax Law and therefore AWS, Inc. is required to declare and pay consumption tax in respect of this transaction (as a "Digital Service") to the Japan Tax Authority.
** This is not a VAT or GST invoice
*** Please reference the tax invoice for a breakout of the Canadian taxes by type
† Usage and recurring charges for this statement period will be charged on your next billing date. The amount of your actual charges for this statement period may differ from the charges shown on this page. The charges shown on this page do not include any additional usage charges accrued during this statement period after the date you are viewing this page. Also, one-time fees and subscription charges are assessed separately, on the date that they occur.
All charges and prices are in US Dollars
All AWS Services are sold by Amazon Web Services, Inc.

Electronic funds transfer details:
Bank Name: Wells Fargo NA
Account Name: Amazon Web Services, Inc.
Bank Address:
420 Montgomery Street
San Francisco CA 94163
Checking Account Number:        0227
ABA Routing Number:        0248
Wire Routing Number:        0248
SWIFT Code: WFBIUS6SXXX

or Mail payment to:
Amazon Web Services, Inc.
PO BOX 84023
Seattle, WA 98124-8423, US

2

| | |
|---|---:|
| Estimated US sales tax to be collected | $0.00 |
| CT | $0.00 |
| **Amazon DynamoDB** | **$112.29** |
| Charges | $112.29 |
| VAT ** | $0.00 |
| GST | $0.00 |
| Estimated US sales tax to be collected | $0.00 |
| CT | $0.00 |
| **Amazon Simple Notification Service** | **$0.00** |
| Charges | $0.00 |
| VAT ** | $0.00 |
| GST | $0.00 |
| Estimated US sales tax to be collected | $0.00 |
| CT | $0.00 |
| **Amazon Route 53** | **$12.85** |
| Charges | $12.85 |
| VAT ** | $0.00 |
| GST | $0.00 |
| Estimated US sales tax to be collected | $0.00 |
| CT | $0.00 |
| **AWS Config** | **$3.14** |
| Charges | $3.14 |
| VAT ** | $0.00 |
| GST | $0.00 |
| Estimated US sales tax to be collected | $0.00 |
| CT | $0.00 |
| **AmazonCloudWatch** | **$0.00** |
| Charges | $0.90 |
| Credits | ($0.90) |
| VAT ** | $0.00 |
| GST | $0.00 |
| Estimated US sales tax to be collected | $0.00 |
| CT | $0.00 |
| **Amazon Elastic File System** | **$2.80** |
| Charges | $2.80 |

* May include estimated US sales tax, VAT, GST and CT.
Amazon Web Services, Inc. foreign registration number is 00004
AWS, Inc. is a "Registered Foreign Supplier" under Japanese Consumption Tax Law and therefore AWS, Inc. is required to declare and pay consumption tax in respect of this transaction (as a "Digital Service") to the Japan Tax Authority.
** This is not a VAT or GST invoice
**** Please reference the tax invoice for a breakout of the Canadian taxes by type
† Usage and recurring charges for this statement period will be charged on your next billing date. The amount of your actual charges for this statement period may differ from the charges shown on this page. The charges shown on this page do not include any additional usage charges accrued during this statement period after the date you are viewing this page. Also, one-time fees and subscription charges are assessed separately, on the date that they occur.
All charges and prices are in US Dollars
All AWS Services are sold by Amazon Web Services, Inc.

Electronic funds transfer details:
Bank Name: Wells Fargo NA
Account Name: Amazon Web Services, Inc.
Bank Address:
420 Montgomery Street
San Francisco CA 94163
Checking Account Number:        0227
ABA Routing Number:        0248
Wire Routing Number:        0248
SWIFT Code: WFBIUS6SXXX

or Mail payment to:
Amazon Web Services, Inc.
PO BOX 84023
Seattle, WA 98124-8423, US

3

| | |
|---|---|
| VAT ** | $0.00 |
| GST | $0.00 |
| Estimated US sales tax to be collected | $0.00 |
| CT | $0.00 |
| **AWS CloudTrail** | **$0.00** |
| Charges | $0.00 |
| VAT ** | $0.00 |
| GST | $0.00 |
| Estimated US sales tax to be collected | $0.00 |
| CT | $0.00 |
| **AWS Key Management Service** | **$0.00** |
| Charges | $0.00 |
| VAT ** | $0.00 |
| GST | $0.00 |
| Estimated US sales tax to be collected | $0.00 |
| CT | $0.00 |
| **Amazon Virtual Private Cloud** | **$108.10** |
| Charges | $108.10 |
| VAT ** | $0.00 |
| GST | $0.00 |
| Estimated US sales tax to be collected | $0.00 |
| CT | $0.00 |
| **Amazon Kinesis** | **$75.60** |
| Charges | $75.60 |
| VAT ** | $0.00 |
| GST | $0.00 |
| Estimated US sales tax to be collected | $0.00 |
| CT | $0.00 |

* May include estimated US sales tax, VAT, GST and CT.
Amazon Web Services, Inc. foreign registration number is 00004
AWS, Inc. is a "Registered Foreign Supplier" under Japanese Consumption Tax Law and therefore AWS, Inc. is required to declare and pay consumption tax in respect of this transaction (as a "Digital Service") to the Japan Tax Authority.
** This is not a VAT or GST invoice
**** Please reference the tax invoice for a breakout of the Canadian taxes by type
† Usage and recurring charges for this statement period will be charged on your next billing date. The amount of your actual charges for this statement period may differ from the charges shown on this page. The charges shown on this page do not include any additional usage charges accrued during this statement period after the date you are viewing this page. Also, one-time fees and subscription charges are assessed separately, on the date that they occur.
All charges and prices are in US Dollars
All AWS Services are sold by Amazon Web Services, Inc.

Electronic funds transfer details:
Bank Name: Wells Fargo NA
Account Name: Amazon Web Services, Inc.
Bank Address:
420 Montgomery Street
San Francisco CA 94163
Checking Account Number:          0227
ABA Routing Number:          0248
Wire Routing Number:          0248
SWIFT Code: WFBIUS6SXXX

or Mail payment to:
Amazon Web Services, Inc.
PO BOX 84023
Seattle, WA 98124-8423, US

## Please remit payment to Amazon Web Services:

Preferred method of payment is by Electronic Funds Transfer (EFT). Please ensure to reference the invoice number in the descriptive text field of your electronic funds transfer payment.

If you have any questions regarding payment for this invoice, please email aws-receivables-support@email.amazon.com

| Electronic funds transfer details: | or Mail payment to: |
| --- | --- |
| Bank Name: Wells Fargo NA<br>Account Name: Amazon Web Services, Inc.<br>Bank Address:<br>420 Montgomery Street<br>San Francisco CA 94163<br>Checking Account Number:     0227<br>ABA Routing Number:     0248<br>Wire Routing Number:     0248<br>SWIFT Code: WFBIUS6SXXX | Amazon Web Services, Inc.<br>PO BOX 84023<br>Seattle, WA 98124-8423, US |

All web services are sold by Amazon Web Services, Inc.

The above charges include charges incurred by your account as well as by all accounts you are responsible for through Consolidated Billing.

Thank you for using Amazon Web Services.

Sincerely,
**The Amazon Web Services Team**

This message was produced and distributed by Amazon Web Services, Inc., 410 Terry Avenue North, Seattle, Washington 98109-5210. AWS will not be bound by, and specifically objects to, any term, condition or other provision which is different from or in addition to the provisions of the AWS Customer Agreement or AWS Enterprise Agreement between AWS and you (whether or not it would materially alter such AWS Customer Agreement or AWS Enterprise Agreement) and which is submitted in any order, receipt, acceptance, confirmation, correspondence or otherwise, unless AWS specifically agrees to such provision in a written instrument signed by AWS.

904-005

Payer account number

[        ]0924



# LINKED ACCOUNT ALLOCATION

To learn more about how charges are allocated across linked accounts visit
 https://docs.aws.amazon.com/awsaccountbilling/latest/aboutv2/con-bill-blended-rates.html

| Activity By Account | |
|---|---:|
| Survox Operations [     ]0924) | $1,772.55 |
| Charges | $18,471.13 |
| Credits | ($16,698.57) |
| Estimated US sales tax to be collected | $0.00 |
| Allen Porter [     ]1047) | $292.87 |
| Charges | $4,181.66 |
| Credits | ($3,888.78) |
| Estimated US sales tax to be collected | $0.00 |
| Allen Porter [     ]0039) | $54.27 |
| Charges | $137.53 |
| Credits | ($83.26) |
| Estimated US sales tax to be collected | $0.00 |
| Total allocated for this invoice | $2,119.69 |

For line item details, please visit the Account Activity Page aws.amazon.com
* May include estimated US sales tax, VAT, GST and CT.
Amazon Web Services, Inc. foreign registration number is 00004
AWS, Inc. is a "Registered Foreign Supplier" under Japanese Consumption Tax Law and therefore AWS, Inc. is required to declare and pay consumption tax in respect of
this transaction (as a "Digital Service") to the Japan Tax Authority.
** This is not a VAT or GST invoice
**** Please reference the tax invoice for a breakout of the Canadian taxes by type

6

904-006

Payer account number
_____ 0924



## Summary for Linked Account

| Survox Operations_____0924) | $1,772.55 |
|---|---|
| Charges | $18,471.13 |
| Credits | ($16,698.57) |
| Estimated US sales tax to be collected | $0.00 |
| Account _____ 0924 total allocated for this invoice | $1,772.55 |

## Detail for Linked Account

| Amazon GuardDuty | $0.00 |
|---|---|
| Charges | $0.00 |
| Estimated US sales tax to be collected | $0.00 |
| AWS Lambda | $0.00 |
| Charges | $0.00 |
| Estimated US sales tax to be collected | $0.00 |
| Amazon Simple Storage Service | $13.18 |
| Charges | $13.18 |
| Estimated US sales tax to be collected | $0.00 |
| AWS Data Transfer | $3.77 |
| Charges | $3.77 |
| Estimated US sales tax to be collected | $0.00 |
| Amazon Glacier | $0.17 |
| Charges | $0.17 |
| Estimated US sales tax to be collected | $0.00 |
| Amazon Relational Database Service | $90.26 |
| Charges | $90.26 |
| Estimated US sales tax to be collected | $0.00 |
| AWS Support (Business) | $1,488.77 |
| Charges | $1,488.77 |
| Estimated US sales tax to be collected | $0.00 |
| Amazon Elastic Compute Cloud | $0.00 |
| Charges | $16,698.23 |
| Credits | ($16,698.23) |

For line item details, please visit the Account Activity Page aws.amazon.com
* May include estimated US sales tax, VAT, GST and CT.
Amazon Web Services, Inc. foreign registration number is 00004
AWS, Inc. is a "Registered Foreign Supplier" under Japanese Consumption Tax Law and therefore AWS, Inc. is required to declare and pay consumption tax in respect of this transaction (as a "Digital Service") to the Japan Tax Authority.
** This is not a VAT or GST invoice
**** Please reference the tax invoice for a breakout of the Canadian taxes by type

7

Payer account number

_____0924



| | |
|---|---|
| Estimated US sales tax to be collected | $0.00 |
| **Amazon DynamoDB** | **$46.02** |
| Charges | $46.02 |
| Estimated US sales tax to be collected | $0.00 |
| **AWS Config** | **$3.14** |
| Charges | $3.14 |
| Estimated US sales tax to be collected | $0.00 |
| **Amazon Simple Notification Service** | **$0.00** |
| Charges | $0.00 |
| Estimated US sales tax to be collected | $0.00 |
| **Amazon Route 53** | **$12.85** |
| Charges | $12.85 |
| Estimated US sales tax to be collected | $0.00 |
| **AmazonCloudWatch** | **$0.00** |
| Charges | $0.34 |
| Credits | ($0.34) |
| Estimated US sales tax to be collected | $0.00 |
| **Amazon Elastic File System** | **$2.80** |
| Charges | $2.80 |
| Estimated US sales tax to be collected | $0.00 |
| **AWS CloudTrail** | **$0.00** |
| Charges | $0.00 |
| Estimated US sales tax to be collected | $0.00 |
| **AWS Key Management Service** | **$0.00** |
| Charges | $0.00 |
| Estimated US sales tax to be collected | $0.00 |
| **Amazon Virtual Private Cloud** | **$36.00** |
| Charges | $36.00 |
| Estimated US sales tax to be collected | $0.00 |
| **Amazon Kinesis** | **$75.60** |
| Charges | $75.60 |
| Estimated US sales tax to be collected | $0.00 |

For line item details, please visit the Account Activity Page aws.amazon.com
* May include estimated US sales tax, VAT, GST and CT.
Amazon Web Services, Inc. foreign registration number is 00004
AWS, Inc. is a "Registered Foreign Supplier" under Japanese Consumption Tax Law and therefore AWS, Inc. is required to declare and pay consumption tax in respect of this transaction (as a "Digital Service") to the Japan Tax Authority.
** This is not a VAT or GST invoice
**** Please reference the tax invoice for a breakout of the Canadian taxes by type

904-008

Payer account number

_____ 0924



## Summary for Linked Account

| Allen Porter _____ 1047) | $292.87 |
|---|---|
| Charges | $4,181.66 |
| Credits | ($3,888.78) |
| Estimated US sales tax to be collected | $0.00 |
| Account _____ 1047 total allocated for this invoice | $292.87 |

## Detail for Linked Account

| Amazon Simple Storage Service | $1.66 |
|---|---|
| Charges | $1.66 |
| Estimated US sales tax to be collected | $0.00 |
| AWS Lambda | $0.00 |
| Charges | $0.00 |
| Estimated US sales tax to be collected | $0.00 |
| AWS Data Transfer | $22.36 |
| Charges | $22.36 |
| Estimated US sales tax to be collected | $0.00 |
| AmazonCloudWatch | $0.00 |
| Charges | $0.34 |
| Credits | ($0.34) |
| Estimated US sales tax to be collected | $0.00 |
| Amazon Relational Database Service | $130.48 |
| Charges | $130.48 |
| Estimated US sales tax to be collected | $0.00 |
| Amazon DynamoDB | $66.27 |
| Charges | $66.27 |
| Estimated US sales tax to be collected | $0.00 |
| Amazon Elastic Compute Cloud | $0.00 |
| Charges | $3,888.44 |
| Credits | ($3,888.44) |
| Estimated US sales tax to be collected | $0.00 |
| Amazon Virtual Private Cloud | $72.10 |

For line item details, please visit the Account Activity Page aws.amazon.com
* May include estimated US sales tax, VAT, GST and CT.
Amazon Web Services, Inc. foreign registration number is 00004
AWS, Inc. is a "Registered Foreign Supplier" under Japanese Consumption Tax Law and therefore AWS, Inc. is required to declare and pay consumption tax in respect of this transaction (as a "Digital Service") to the Japan Tax Authority.
** This is not a VAT or GST invoice
**** Please reference the tax invoice for a breakout of the Canadian taxes by type

9

Payer account number

0924



| | |
|---|---|
| Charges | $72.10 |
| Estimated US sales tax to be collected | $0.00 |
| Amazon Simple Notification Service | $0.00 |
| Charges | $0.00 |
| Estimated US sales tax to be collected | $0.00 |

For line item details, please visit the Account Activity Page aws.amazon.com
* May include estimated US sales tax, VAT, GST and CT.
Amazon Web Services, Inc. foreign registration number is 00004
AWS, Inc. is a "Registered Foreign Supplier" under Japanese Consumption Tax Law and therefore AWS, Inc. is required to declare and pay consumption tax in respect of this transaction (as a "Digital Service") to the Japan Tax Authority.
** This is not a VAT or GST invoice
**** Please reference the tax invoice for a breakout of the Canadian taxes by type

904-010

Payer account number

0924



## Summary for Linked Account

| Allen Porter                    0039) | $54.27 |
|---|---|
| Charges | $137.53 |
| Credits | ($83.26) |
| Estimated US sales tax to be collected | $0.00 |
| Account                    0039 total allocated for this invoice | $54.27 |

## Detail for Linked Account

| Amazon Simple Storage Service | $0.01 |
|---|---|
| Charges | $0.01 |
| Estimated US sales tax to be collected | $0.00 |
| AWS Data Transfer | $0.12 |
| Charges | $0.12 |
| Estimated US sales tax to be collected | $0.00 |
| AmazonCloudWatch | $0.00 |
| Charges | $0.22 |
| Credits | ($0.22) |
| Estimated US sales tax to be collected | $0.00 |
| Amazon Relational Database Service | $54.14 |
| Charges | $54.14 |
| Estimated US sales tax to be collected | $0.00 |
| Amazon Elastic Compute Cloud | $0.00 |
| Charges | $83.04 |
| Credits | ($83.04) |
| Estimated US sales tax to be collected | $0.00 |

For line item details, please visit the Account Activity Page aws.amazon.com
* May include estimated US sales tax, VAT, GST and CT.
Amazon Web Services, Inc. foreign registration number is 00004
AWS, Inc. is a "Registered Foreign Supplier" under Japanese Consumption Tax Law and therefore AWS, Inc. is required to declare and pay consumption tax in respect of this transaction (as a "Digital Service") to the Japan Tax Authority.
** This is not a VAT or GST invoice
**** Please reference the tax invoice for a breakout of the Canadian taxes by type

904-011