# EXHIBIT 1

FD-302 (Rev. 5-8-10)

**FEDERAL BUREAU OF INVESTIGATION**



Date of entry  08/30/2022

⬛⬛⬛ [PROTECT IDENTITY], employed as General Counsel at ⬛⬛⬛ [PROTECT IDENTITY], and ⬛⬛⬛ [PROTECT IDENTITY], employed as Partner at ⬛⬛⬛ [PROTECT IDENTITY], were interviewed via online videoconference. Also present for the interview were Assistant United States Attorneys Andrew Friedman and Tania Culbertson. While aware of the identity of the interviewing Agent/Attorneys and the nature of the interview, ⬛⬛⬛ [PROTECT IDENTITY] and ⬛⬛ [PROTECT IDENTITY] provided the following information:

⬛⬛ [PROTECT IDENTITY] leadership is specifically concerned with the potential for negative publicity resulting from being further identified as a cyber crime victim and stated that the risk of reputational damage (albeit unwarranted) impacting their business far exceeds any tangible incident response costs. As such, the company advised that they (and probably other victims) are likely to be hesitant to participate at sentencing or have any additional case involvement.

Investigation on  08/17/2022  at  Seattle, Washington, United States (Phone)

File #  288A-SE-3142461                                    Date drafted  08/25/2022

by  Joel Martini

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.