# EXHIBIT 3



## FEDERAL BUREAU OF INVESTIGATION

Date of entry    08/22/2022

### Executive Summary

On 15 August 2022, Computer Scientist (CS) Waymon Ho traveled from Las Vegas, NV to Seattle, WA on Delta Flight DL2138. CS Ho was returning from a temporary duty (TDY) assignment to attend BlackHat and DEFCON training. Approximately halfway through the flight, CS Ho identified Paige Thompson, sitting in seat 19B, was having a conversation with an Unidentified Male (UM1) in seat 19C. CS Ho observed and took notes related to that conversation.

### Delta Flight DL2138

Throughout the flight CS Ho overheard a loud voice from an Unidentified Male (UM1) talking behind him. Approximately halfway through the flight, CS Ho took a break from his activities and heard another voice having a conversation with UM1. CS Ho recognized the voice belonging to Paige Thompson. CS Ho turned around and visually identified Paige Thompson sitting in seat 19B and UM1 in seat 19C. CS Ho began listening to the conversation and took notes. The notes are attached in a digital 1A package.

**Author's Note:** *The following information from their conversation is listed in order as they were discussed between Paige Thompson and UM1. This conversation was captured by CS Ho and is not verbatim.*

- Thompson and UM1 talked about their experiences at DEFCON. Thompson and UM1 began talking about looking into vulnerability research and flaws within Linux operating systems.
- Thompson talked about connecting to the "DEFCON Wi-FI"
- Thompson asked if UM1 attended other conventions like DEFCON. UM1 responded no, and Thompson stated that she would provide UM1 with some links to other conventions and meet-ups later.
- Thompson and UM1 began talking about malware analysis. Thompson and UM1 talked about packing malware in order to evade AV detection, and to stay hidden within a system.

UNCLASSIFIED//FOUO

Investigation on  08/15/2022  at  Seattle, Washington, United States (In Person)

File #  288A-SE-3142461                                              Date drafted  08/19/2022

by  Waymon Ho

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

**UNCLASSIFIED//FOUO**

288A-SE-3142461

Continuation of FD-302 of (U//FOUO) To document conversations between Paige Thompson and Unidentified Male on Delta Flight DL2138 , On 08/15/2022 , Page 2 of 3

- UM1 mentioned the FBI a few times during the conversation. During this time CS Ho was unable to hear the context surrounding the usage of the term "FBI".
- Thompson indicated that she was heading back to Seattle. UM1 mentioned that they are doing a layover in Seattle to another state.
  **(Author's Note:** *UM1 may have possibly mentioned their final destination as "UT" or Utah.)*
- UM1 mentioned that they live in a relatively small town. UM1 also mentioned they try to go to Vegas every year for DEFCON.

- Thompson indicated that she lives about 5 minutes away from SEATAC. Thompson also told UM1 that she has a cat.
- Thompson and UM1 talked about the DEFCON badge, which is an electronic badge that contains technical challenges to solve.

- Thompson gave UM1 a sticker, which referenced a meme that Thompson created, and includes the words "Abandon" and "Internet".

- Thompson told UM1 her "old job" was "scanning the Internet". Thompson also said that she found it fascinating that there are some servers on the Internet that seem to be "abandoned", but are still connected to the Internet.
- UM1 identified the "trans" sticker that Thompson was wearing. UM1 and Thompson talked about "furries" at DEFCON.
- Thompson told UM1 she was around the "Red Team Village" section at DEFCON. Thompson mentioned her "boss" was well known at the Red Team Village and that he actually was called up during one of their closing ceremonies.

- Thompson mentioned that she uses teamspeak, and plays a lot of Counter-Strike and Minecraft.

- Thompson told UM1 that if he makes it out to Seattle, he should reach out to her online and they can meet up. Thompson talked to UM1 about forming a Capture The Flag (CTF) team for the next DEFCON. UM1 and Thompson talked about meeting up again next year at DEFCON.

- UM1 mentioned now that they've established an online relationship, maybe later down the line they can exchange phone numbers. UM1 mentioned how easy it is to do "OSINT" (**NOTE:** Open Source Intelligence) on phone numbers to identify a person's real name. UM1 referenced "White page" as a tool to look up phone numbers.

**UNCLASSIFIED//FOUO**

288A-SE-3142461

Continuation of FD-302 of (U//FOUO) To document conversations between Paige Thompson and Unidentified Male on Delta Flight DL2138, On 08/15/2022, Page 3 of 3

- UM1 started talking about his distrust with the government. UM1 also mentioned that since he went to DEFCON he feels like he might be on a list with the FBI or somebody else. UM1 was concerned that the government may use his attendance at DEFCON for potential charges later down the line.

- UM1 said they were interested in the IRC chat that Thompson provided earlier. Thompson said it is a small community of people she talks with on IRC.

- Thompson talked about the DEFCON badge, and the challenges that were on the device.

- UM1 mentioned that if they joined the IRC channel, their nickname would be "majora" or "zero" or "blindzero". UM1 said they use "majora" because of the Zelda video game, and that he always used the "blindzero' name.

- UM1 mentioned they were concerned about his bag going through TSA with all of the electronics he has from DEFCON. Thompson mentioned her girlfriend also went to DEFCON and had a lot of electronics that she brought with her.

The flight landed in Seattle, WA at approximately 1:20 PM. CS Ho obtained his luggage and left the airport 1:50 PM.

FD-302 (Rev. 5-8-10)

**FEDERAL BUREAU OF INVESTIGATION**



Date of entry: 09/15/2022

Z.S., date of birth [redacted], telephone number [redacted], email address [redacted], was interviewed at his residence, [redacted]. After being advised of the identity of the interviewing Agents and the nature of the interview, Z.S. provided the following information:

Z.S. is an amateur technology enthusiast and enjoys looking for coding flaws in devices such as IP cameras. He has made a hobby of finding such bugs and reporting his findings to manufacturers in order to improve data privacy.

Z.S. met Paige Thompson aboard their flight from Las Vegas, NV to Seattle, WA as they both returned from attending DEFCON 2022. Z.S. happened to sit next to Thompson and struck up a conversation after noticing that Thompson was trying to connect to the airplane's WiFi from a laptop running the openSUSE Linux operating system. Thompson was frustrated with having to pay to get online and Z.S. suggested trying to spoof the laptop's MAC Address to circumvent the fee. The pair went on to further discuss Linux and hacking and eventually realized that they had both been in Las Vegas for the same event.

Z.S. and Thompson discussed the various exploits, vulnerabilities, and presentations highlighted at DEFCON and shared their opinions on the conference's badges and closing ceremony. Z.S. advised that he had also gone to DEFCON 2021 but 2022 was Thompson's first time in attendance.

As the pair talked, Z.S. was invited to an IRC channel that Thompson was running and Thompson offered to connect with him via Discord once they returned home. Thompson also gave Z.S. a meme sticker that read "Abandoned Internet" and stated that it referred to efforts to find accessible and unused servers online. Z.S. understood the Abandoned Internet project to be at least one of the activities actively worked by Thompson and others within Thompson's IRC channel. Intrigued, Z.S. gave Thompson his contact information and requested a message with a link to the channel/group when convenient.

| | |
|---|---|
| Investigation on 09/14/2022 at [redacted], United States (In Person) | |
| File # 288A-SE-3142461 | Date drafted 09/15/2022 |
| by Joel Martini, SUTTLES TIMOTHY W | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

288A-SE-3142461

Continuation of FD-302 of (U) Interview of Z.S. , On 09/14/2022 , Page 2 of 2

Upon landing in Seattle, Thompson exited the plane and Z.S. continued to his final destination of Portland, OR. To date, Z.S. has not had further contact with Thompson.