# EXHIBIT 6

September 19, 2022

Dear Judge Lasnik:

My name is Darin Smith and I am a Senior Cloud Security Researcher at a leading information security company.  I submit this statement to the Court to illustrate how Paige Thompson's criminal conduct caused severe impact to the cloud security industry.

Information security is the practice of reducing the risk of a compromise while enabling organizational priorities. There are no perfectly secure systems, due to the immense complexity of modern technology infrastructure and the inventiveness of attackers. The goal of security in my professional opinion is therefore to make the cost (perceived and real) of compromising a given organization's infrastructure higher than the benefit obtained by doing so in as many cases as possible. This can be partly achieved using security tools, security practitioners, user training and policies within an organization, but the legal system also plays an important role in raising the perceived cost of an intrusion. This helps the rest of the security field tremendously.

Through this broader view, the direct consequence (financial, reputational, or otherwise) of a particular security incident is less important than the message it sends to other potential attackers about the difficulty and consequences of a particular method of compromise. Information security teams and products strive to increase the difficulty of compromising systems, but there are also tremendously skilled and resourced attackers constantly developing new techniques. However, even the most highly resourced attackers consider the consequences if they are identified and apprehended.

Cloud computing services such as Amazon Web Services are still relatively new compared to traditional infrastructure, and the security of the cloud is also still being established. The actions of Paige Thompson showed other criminal actors a path to compromise cloud systems and may have even made it seem simple to do for some, lowering the perceived cost of an intrusion and therefore negatively impacting overall security. The techniques first made public in this incident have now unfortunately become relatively widespread.

The Court has the opportunity to help the broader cloud security industry by altering that risk calculation on whether these criminal techniques are worth their potential cost again, this time in a positive direction. In turn this would help secure society as the cloud becomes more and more prevalent for high value tasks such as medical and climate research, national security and more. I hope that the Court will take all of this into consideration at her sentencing.

Darin H. Smith

*[signature]*