

# Law Enforcement Referral
# July 20, 2019

July 20, 2019    **TLP: RED**

**Ex 5, p. 1**

USA-00000003

# Key Points

- On 17 July 2019, Capital One Financial was notified about a misconfiguration of its cloud infrastructure and a malicious actor has shared the results of exploiting this misconfiguration with many unidentified individuals on a Github data repository https://gist.github[.]com/paigeadelethompson/.

    - Capital One's investigations determined that the actor exploited the misconfiguration to steal data from Capital One's non-public data storage.

    - The Github data repository is linked to an individual by the name of Paige Adele Thompson. Based on the user identification (ID) and associated email of the repository, Capital One was able to determine the actor's identity, including other online IDs and emails, and observe public discussions admitting to the actions mentioned.

- On 19 July 2019, Capital One was able to determine that the reporter of the misconfiguration is not cooperating with the malicious actor. Capital One representative spoke directly with the reporter, facilitated through our responsible disclosure vendor, to obtain additional background on the situation and the actor. The reporter noted that Thompson is aware of the illegal nature of her actions and noted to others that people can "call the FBI on me."

- On 20 July 2019, Capital One learned of a Twitter post in which the actor stated an intention to share certain Capital One information she purportedly obtained.

- Capital One's review of online posts indicates that Thompson has an AWS scanning tool looking for open or easy to access instances, so she can illegally install a cryptocurrency mining software on identified instances. In the process, as she exploits these instances, she obtains permissions on these instances to be able to download data. (Appendix 2)

    - Thompson has professional experience at Amazon AWS, specifically as a Systems Engineer on S3, which includes automation and security. (Appendix 1)

    - Thompson claims to have victimized at least several additional companies. (Appendix 4)

# Identified Actor

| | |
|---|---|
| **Name** | Paige Adele Thompson *(Appendix 1)* (DOB: 1986)<br>*Possible Alternative Name:* Trevor A. Thompson (DOB: 1986) |
| **Title** | CTO of Netcrave Communications |
| **Email** | Current email - erratic@yourstruly[.]sx, paigeadele@gmail[.]com, paige.adele.thompson@gmail[.]com<br>Old email - erratic@devel[.]ws |
| **Online Handles & Presence** | https://twitter[.]com/erraticfake<br>https://twitter[.]com/@0xA3A97B6C<br>http://gitlab[.]com/netcrave<br>https://gist.github[.]com/paigeadelethompson/<br>https://gist.github.com/paigeadelethompson/1d046e22a54995ebf82040d9279317cc<br>https://gist.github.com/paigeadelethompson/9edf57dc3b10f72db5c8dc8e6ce16b9b<br>https://gist.github.com/paigeadelethompson/b8cc49efffb2949857ccc60d3e3d8fa3<br>https://gist.github.com/paigeadelethompson/3bbb3f7fc187f83264455f51ce18525e<br>https://twitter[.]com/paigethylamine {suspended}<br>https://www.gitmemory[.]com/paigeadelethompson<br>https://peegeepee.com/35A2274AAD8F627531F9A923581559E73563B9D1<br>paigeadele - Netcrave Slack |
| **Reported Addresses** | Current: 6520 28th Ave S, Seattle, Washington 98108<br>Old: 4343 NE Woodinville Duvall Rd, Woodinville, Washington 98072<br>Old: 226 Eastlake Ave E #80, Seattle, Washington 98109 |
| **Phone Number** | 206-946-2468 |




# Observed Unauthorized Activities

| Date | Activity Observed | Comments: |
|---|---|---|
| March 12, 2019<br>March 22, 2019<br>March 23, 2019 | After an initial probe on March 12, a unauthorized user gained access to Capital One's AWS infrastructure by exploiting a misconfiguration on a web application firewall (WAF). The unauthorized actor was able to gain access to a server and enumerated the names of 746 S3 buckets on March 22 and March 23.. | An unauthorized user exfiltrated 816.6GB of data from 229 of those buckets on March 22/23. |
| April 19, 2019<br>April 21, 2019<br>May 26, 2019 | An unauthorized user made additional access attempts. | An unauthorized user unsuccessfully attempted to determine the privileges associated with the role by testing functions available (e.g. creating a key pair, describing the existing key pair). |
| June 26, 2019 | The actor held discussions about Capital One ISRM WAF Role and data to other individuals. | Netcrave Slack is a place where hackers talk about various topics that include coding, devices, illegal activities, drug use, cryptocurrency mining, and others. |
| | Screenshot (                                                                                                                                                                                 m/a/YegJBUx<br><br>paigeadele 9:23 PM<br>thi sis going to take days to complete https://imgur.com/a/YegJBUx<br><br>imgur.com<br>Imgur<br>Post with 0 views. (818 kB)<br><br>[screenshot image]<br><br>im going to sleep | |
| July 17, 2019 | Capital One was notified about the possible proxy misconfiguration on a COF application hosted in AWS. The reporting party shared a 'secret' GitHub Gist containing proof of concept code which contained an enumerated list of S3 bucket names. | Investigations determined that successful exploitation enabled an authorized user to gain access to the server, including the ability to run commands and access the back-end AWS metadata service. |

# Appendix

1. June 26, 2019 - Screenshot of Resume from an IRC channel

- *Note: AWS - Simple Storage Service experience*

# Paige **Thompson**

SYSTEMS ENGINEER

*6520 28th ave S. Seattle WA 98108*

(+1) 206-946-2468 | paigeadele@gmail.com | paigeat.info | paigeadelethompson | paige-t-704a29188

## Technologies

| | |
|---|---|
| **Programming** | Python, PHP, C#, LINQ, MySQL, MSSQL, Javascript |
| **IDEs** | Emacs, Vim, Visual Studio |
| **Command-line scripting** | Zsh/Bash, GNU Parallel/xargs, sed/awk, jq, XPath, pcre, cpio/tar, rsync, cURL, xxd, dd, hexdump, binwalk |
| **Web** | JQuery, Highcharts.js, ASP.NET, SOAP/WCF/WSDL, WebRTC, react.js, Symfony, Laravel |
| **Operating Systems** | Windows Server, Gentoo Linux, CentOS/RHEL, Amazon Linux, Debian, Ubuntu, NixOS, OpenSuSE 15.0 |
| **Virtualisation** | KVM/QEmu/libvirt, openvswitch, Vagrant, Docker, docker-compose |
| **Networking** | TCP/IP, IPv6, radvd, PowerDNS, OpenVPN, socat, tcpdump, iptables, iputils |
| **AWS** | IAM, EC2, S3, CloudFront, CloudFormation, Route53, aws-cli/boto |
| **Other** | chef-client, ansible, terraform, Nagios, rsyslog |

## Experience

**Amazon Inc. - Simple Storage Services** — *Seattle, WA*
SYSTEMS ENGINEER LVL. 4 — *May 2015 - Sep 2016*
- Assisted in the build-out and deployment of new front-end capacity for S3.
- Automation development, security updates, and implementation of continuous integration and delivery pipelines.

**ATG Stores Inc.** — *Kirkland, WA*
SOFTWARE ENGINEER — *Jan 2014 - May 2015*
- Developed applications in .NET for the internal tools team
- Assisted in porting several legacy applications using Microsoft GP from VB to C#
- Worked with the website team on backlog items

**ConnectXYZ LLC.** — *Woodinville, WA*
SYSTEMS ARCHITECT / SOFTWARE ENGINEER — *Mar 2011 - Jan 2013*
- Built deployment automation with Opscode Chef, PHP 5, HAProxy, nginx, Percona XtraDB cluster, Couchbase in Rackspace
- Assisted in the development of a scalable, cloud-based inventory management system written in PHP and JavaScript

**Acronym Media Inc.** — *telecommute*
SOFTWARE ENGINEER — *Jan 2011 - Mar 2011*
- Assisted in the development of an analytics platform using PHP Symfony, Highcharts.js, MySQL/Propel

**The Branning Group** — *telecommute*
SOFTWARE ENGINEER — *Jan 2010 - Jan 2011*
- Site maintenance and development for several clients in PHP / MySQL / Javascript

**Onvia Inc** — *Seattle, WA*
SOFTWARE ENGINEER — *Nov 2008 - Mar 2009*
- Worked with C#, LINQ, MSSQL, LINQ-to-SQL, WCF, and WPF to develop a data migration platform used transitionally to move data from an older SQL 2000 database to a newer production environment.

**Zion Preparatory Academy** — *Seattle, WA*
SYSTEMS ADMINISTRATOR — *Dec 2007 - Nov 2008*
- Managed Active Directory, Exchange Server 2007, accounting software, networking, and security for a small 100 user K-6 school
- Migrated and managed mail services on the Google Apps platform for many accounts

**Seattle Software Systems** — *Seattle, WA*
SOFTWARE ENGINEER / SYSTEMS ADMINISTRATOR — *Oct 2005 - Mar 2007*
- Developed an inventory management application on PalmOS 4.x in Metrowerks CodeWarrior for a Symbol SPT 1846 PalmOS-based PDA in C/C++
- Worked with Java, PHP, HTML, CSS, and JavaScript for several of Seattle Software System's clients



# Appendix

2. Actor's AWS Scanning/Mining Tool:
https://gist.github[.]com/paigeadelethompson/4555c7de22cc4e6749ad90ef976a54f9

3. Primary screenshot shared by reporter with Capital One on July 20, 2019.

4. 26 June 2019, Screenshots showing Thompson downloaded data from other companies' data storage, including Capital One's ISRM-WAF-Role.

Ex 5, p. 6

USA-00000008




# Appendix

4. Continued:

**<erratic>** APP 12:00 PM
@neoice: https://termbin.com/6v7c
msu = michigan state uni
vodafone == vodafone

**<neoice>** APP 12:00 PM
ohio-crash\

**<erratic>** APP 12:00 PM
ISRM-WAF-Webrole == capitol one

**<neoice>** APP 12:00 PM
go spelunking on govcloud lol

**<erratic>** APP 12:00 PM
ohio crash == ohio.gov dept of transportation

**<neoice>** APP 12:01 PM
oof

**<erratic>** APP 12:01 PM
yeah....

**<neoice>** APP 12:01 PM
sketchy shit
don't go to jail plz

**<erratic>** APP 12:01 PM
wa wa wa wa, wa wa wa wa wa wa wawaaaaaaaaaaaa
Im like > ipredator > tor > s3 on all this shit ..
I wanna get it off my server thats why Im archiving all of it lol
its all encrypted
I just dont want it around though
I gotta find somewhere to store it
that infobloxcto one is interesting
they have > 500 docker containers

they have > 500 docker containers
copied
need to archive those
weird shit though all written in go
like they make shitty stuff imho

5. Full recording of screenshots shared by the reporter

ERRATIC
@0xA3A97B6C

Get an archive of my twitter if you can and remember my name make a note somewhere you'll eventually find it you don't know now but you will understand later
Jun 17, 2019, 11:44 PM

Im gonna dox myself
Jun 17, 2019, 11:45 PM

GitHub Gist
gist:1d046e22a54995ebf82040d9279317cc
gist.github.com

Jacked gist.github.com/paigeadelethom... all avail s3









**ERRATiC**
@0xA3A97B6C

Are we there yet
Jun 17, 2019, 11:52 PM

GitHub Gist
gist:b8cc49efffb2949857ccc60d3e3d8fa3
gist.github.com

And im swatting other wizards botnets on mother fucking efnet
Jun 17, 2019, 11:56 PM

Come on i deserve to get exposed, dont let this neoliberal cuck world destroy me without at least having the truth
Jun 17, 2019, 11:57 PM

**ERRATiC**
@0xA3A97B6C

Come on i deserve to get exposed, dont let this neoliberal cuck world destroy me without at least having the truth
Jun 17, 2019, 11:57 PM

They're gonna destroy me regardless that much is clear
Jun 18, 2019, 12:00 AM

At least give me a dignified end the likes of which will inspire self doubt
Jun 18, 2019, 12:02 AM

Ive basically strapped myself with a bomb vest, fucking dropping capitol ones dox and admitting it

I wanna distribute those buckets i think first
Jun 18, 2019, 12:04 AM

There ssns...with full name and dob
Jun 18, 2019, 12:06 AM

I am ready for this to end, im gonna keep doing this until i die



ERRATiC
@0xA3A97B6C

I am ready for this to end, im gonna keep doing this until i die im sick of this b.s dude im gonna give it all to this desperate chinese dude who scams people for research chems on reddit and drug forums..

I dont care anymore

Jun 18, 2019, 12:11 AM

Okay, I gotta ask. This Claire?

Jun 19, 2019, 2:59 PM ✓

who?

Jun 19, 2019, 5:12 PM

Someone named Claire that would speak in a similar fashion

What made you wanna drop dox on yourself to someone you don't know?

Jun 19, 2019, 6:29 PM ✓

Im ready to check the fuck out

ERRATiC
@0xA3A97B6C

Im ready to check the fuck out

I dont care if its jail or death

Jun 20, 2019, 9:57 AM

Prefer to die , and something to make it easy

Or you know jail

Jun 20, 2019, 9:59 AM

I can settle for that

Jun 20, 2019, 10:03 AM

So someone i dont know, i have nothing to lose

I mean im taking my time to pick off a few that deserve to go down but its going to come back to me sooner or later and thats part of the plan

Not you, im just saying because you asked

Jun 20, 2019, 10:07 AM

**ERRATIC**
@0xA3A97B6C

> I spend most of my time baiting skids, using their names, collecting and using their dox and hacking shit my life was over 3 years ago
>
> Almost 4
>
> Gonna be 5
>
> Im ok with that, it was my choice
>
> I just need to be free

Jun 20, 2019, 10:10 AM

**ERRATIC**
@0xA3A97B6C

**create s3 log bucket**
gist.github.com

> Go ahead and ddos my r5.large gist.github.com/paigeadelethom... while im asleep, i don't have to do anything the work is already done for me

Jun 20, 2019, 10:21 AM

> Lam3r

Jun 21, 2019, 10:57 AM

> Or not a snitch. Go snitch on yourself, fbi dot gov big homie

Jun 21, 2019, 10:59 AM ✓

You can no longer send messages to this person. Learn more