**From:** Connelly, Laura (CRM) <​███​>
**Sent:** Friday, January 28, 2022 1:04 PM
**To:** Thomas Hall <​███​>
**Cc:** Cipolletti, Mark (CRM) <​███​>; Helen V. Cantwell <​███​>; Pastore, James J. <​███​>
**Subject:** RE: [External Sender] RE: [EXTERNAL] Check-In

Hi Thomas,

Thanks for the call today. I can confirm that our investigation is closed. Please let me know if you have any questions.

Best,
Laura

**From:** Thomas Hall <​███​>
**Sent:** Thursday, January 27, 2022 9:28 PM
**To:** Connelly, Laura (CRM) <​███​>
**Cc:** Cipolletti, Mark (CRM) <​███​> Helen V. Cantwell <​███​>; Pastore, James J. <​███​>
**Subject:** Re: [External Sender] RE: [EXTERNAL] Check-In

That works — I will send a dial-in. Thanks and talk soon.

Thomas

On Thu, Jan 27, 2022 at 5:26 PM Connelly, Laura (CRM) <​███​> wrote:

> Hi Thomas,
>
> Nice to hear from you. I am free tomorrow at 3:30pm if that works for you all. Will you circulate a dial in?
>
> Thanks,
> Laura
>
> **From:** Thomas Hall <​███​>
> **Sent:** Thursday, January 27, 2022 5:23 PM
> **To:** Cipolletti, Mark (CRM) <​███​>; Connelly, Laura (CRM) <​███​>
> **Cc:** Pastore, James J. <​███​>; Helen V. Cantwell <​███​>
> **Subject:** [EXTERNAL] Check-In
>
> Hi Mark and Laura,
>
> Hope you're both doing well. Mark, great to see you last month at the Fraud Section party.
>
> We had a subject we wanted to raise with you briefly if you had a moment tomorrow or early next week. We could be available between 2-5 ET tomorrow. If that doesn't work, let me know and we can propose some times Monday. Shouldn't take more than 15-20 minutes.
>
> Thanks,
> Thomas
>
> --

Ex 6, p. 1
USA-00015379



**Thomas Hall**
Senior Associate General Counsel, Litigation

The information contained in this e-mail is confidential and/or proprietary to Capital One and/or its affiliates and may onl be used solely in performance of work or services for Capital One. The information transmitted herewith is intended only for use by the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, you are hereby notified that any review, retransmission, dissemination, distribution, copying or other use of, or taking of any action in reliance upon this information is strictly prohibited. If you have received this communication in error, please contact the sender and delete the material from your computer.

--



**Thomas Hall**
Senior Associate General Counsel, Litigation

The information contained in this e-mail is confidential and/or proprietary to Capital One and/or its affiliates and may only be used solely in performance of work or services for Capital One. The information transmitted herewith is intended only for use by the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, you are hereby notified that any review, retransmission, dissemination, distribution, copying or other use of, or taking of any action in reliance upon this information is strictly prohibited. If you have received this communication in error, please contact the sender and delete the material from your computer.