| | |
|---|---|
| **From:** | Culbertson, Tania (USAWAW) <​> |
| **Sent:** | Friday, August 26, 2022 4:10 PM |
| **To:** | Clint Popetz <​> |
| **Cc:** | Martini, Joel (SE) (FBI) <​>; Friedman, Andrew (USAWAW) <​> Manca, Jessica (USAWAW) <​> |
| **Subject:** | RE: [EXTERNAL] Re: United States v. Paige Thompson |

Hi Clint,

Thank you for getting back to us. We really appreciate the time you devoted to prepare for and appear at trial, and wish you the best with everything.

-Tania

---

**From:** Clint Popetz <​>
**Sent:** Wednesday, August 24, 2022 10:52 AM
**To:** Culbertson, Tania (USAWAW) <​>
**Cc:** Martini, Joel (SE) (FBI) <​> Friedman, Andrew (USAWAW) <​>; Manca, Jessica (USAWAW) <​>
**Subject:** [EXTERNAL] Re: United States v. Paige Thompson

Hi everyone,

I am sorry to be late getting back to you on all this.  My company is in crisis mode, I've laid off 2/3rds of my staff, I am working long days to keep things afloat without them.  The truth is that there was zero impact on 42 lines from the intrusion in question, and the only negative impact on us has been through my time spent on the trial and on the negative publicity from being associated with the trial, which has so far been very minimal, thankfully.  While I was ok to devote the time to prepare and testify because I believe it was the right thing to do, I would really much prefer not to spend more time on this with regard to sentencing.   I don't need any restitution.  If I'm required to make an impact statement of some sort, please send me something to serve as a template and I can sign it.

You have all been very kind, professional, and accommodating throughout this process and I don't have any regrets about participating, but I'd just rather not devote further time to it now, because I'm already a bit overwhelmed.

Thanks,
-Clint

---

On Mon, Aug 15, 2022 at 2:54 PM Culbertson, Tania (USAWAW) <​> wrote:

> Hi Clint,
>
> Thank you again for the time you spent on this case before and during trial.  As we get closer to sentencing, I wanted to reach out to you to discuss the sentencing process, as well as 42Lines's rights, which include the opportunity to submit materials, among them a victim impact statement and/or a request for restitution.  These materials can be an important part of sentencing, and they can be submitted publicly or privately, depending on your preference.

Do you have time for a call later this week to discuss the sentencing process?


I hope all is well, and we look forward to speaking with you.


-Tania

Tania M. Culbertson (she/her/hers)
Assistant United States Attorney
U.S. Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, WA 98101

**Ex 7, p. 2**

USA-00016212