The Hon. Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAIGE A. THOMPSON,<br><br>Defendant. | NO. CR19-159-RSL<br><br>**MOTION FOR ENTRY OF A COMBINED PRELIMINARY ORDER OF FORFEITURE AND ORDER OF FORFEITURE** |

The United States, by and through its undersigned counsel, moves pursuant to Federal Rule of Criminal Procedure ("Fed. R. Crim. P.") 32.2(b) for entry of a Combined Preliminary Order of Forfeiture and Order of Forfeiture, seeking to forfeit, to the United States, Defendant Paige A. Thompson's interest in the following property (collectively, the "Subject Property"):

1. A sum of money in the amount of approximately $10,014.00, reflecting the proceeds the Defendant obtained from the following two offenses:

    a. The *Wire Fraud* scheme, in violation of Title 18, United States Code, Section 1343 (Count 1). All proceeds of the *Wire Fraud* scheme are

Motion for Combined Orders of Forfeiture - 1
*United States v. Thompson,* CR19-159-RSL

UNITED STATES ATTORNEY
700 STEWART STREET. SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

forfeitable pursuant to Title 18, United States Code, Section 981(a)(1)(C), by way of Title 28, United States Code, Section 2461(c); and

    b. The *Transmitting a Program, Information, Code, or Command to a Computer, Intending to Cause Damage* offense, in violation of Title 18, United States Code, Sections 1030(a)(5)(A) and (c)(4)(B)(i) (Count 8). All proceeds of this offense are forfeitable pursuant to Title 18, United States Code, Sections 982(a)(2)(B) and 1030(i).

Counts 1 and 8 cover the same time period and encompass the same proceeds. The United States seeks forfeiture of a single sum of money of approximately $10,014.00 ("Subject Property 1").

2. Any property used or intended to be used to commit or to facilitate the commission of *Unlawfully Obtaining Information of a Card Issuer (Capital One)*, in violation of Title 18, United States Code, Sections 1030(a)(2)(A) and (C), and (c)(2)(A) and (B)(iii) (Count 2); *Unlawfully Obtaining Information from a Protected Computer*, in violation of Title 18, United States Code, Sections 1030(a)(2)(C), and (c)(2)(A) and (B)(iii) (Counts 4-5); *Unlawfully Obtaining Information from a Protected Computer*, in violation of Title 18, United States Code, Sections 1030(a)(2)(C), and (c)(2)(A) (Counts 6-7); and *Transmitting a Program, Information, Code, or Command to a Computer, Intending to Cause Damage*, in violation of Title 18, United States Code, Sections 1030(a)(5)(A) and (c)(4)(B)(i) (Count 8). This property is forfeitable pursuant to Title 18, United States Code, Sections 982(a)(2)(B) and 1030(i), and includes:

//

Motion for Combined Orders of Forfeiture - 2
*United States v. Thompson,* CR19-159-RSL

UNITED STATES ATTORNEY
700 STEWART STREET. SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

      a.    A Dell Laptop S/N: JKQKJM2 with power cord ("Subject Property 2"); and

      b.    A white Desktop Computer Custom Built ("Subject Property 3").

The parties agreed to waive a jury determination of forfeiture and to submit this matter to the Court. *See* Dkt. No. 331. This motion is based on the following facts, which are reflected in the record.

## I. Order of Forfeiture

The United States submits that entry of an Order of Forfeiture of a sum of money in the amount of approximately $10,014.00 (Subject Property 1) is appropriate because:

    A.    *Wire Fraud*:

- The Defendant has been convicted of *Wire Fraud*, in violation of Title 18, United States Code, Section 1343, as charged in Count 1 (Dkt. Nos. 166, 355);
- Property that constitutes or is traceable to proceeds of a *Wire Fraud* scheme is subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C), by way of Title 28, United States Code, Section 2461(c);
- The evidence presented at trial established the Defendant obtained proceeds from the *Wire Fraud* scheme of approximately $10,014.00;
- The evidence in the record established the requisite nexus between the sum of money of approximately $10,014.00 (Subject Property 1) and the offense of conviction (*Wire Fraud*), pursuant to Federal Rule of Criminal Procedure ("Fed. R. Crim. P.") 32.2.(b)(1)(A)-(B).

    B.    *Transmitting a Program, Information, Code, or Command to a Computer, Intending to Cause Damage*:

- The Defendant has been convicted of *Transmitting a Program, Information, Code, or Command to a Computer, Intending to Cause*

Motion for Combined Orders of Forfeiture - 3
*United States v. Thompson,* CR19-159-RSL

UNITED STATES ATTORNEY
700 STEWART STREET. SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

*Damage*, in violation of Title 18, United States Code, Section 1030(a)(5), as charged in Count 8 (Dkt. Nos. 166, 335);

- Property that constitutes or is traceable to proceeds of *Transmitting a Program, Information, Code, or Command to a Computer, Intending to Cause Damage* is subject to forfeiture pursuant to Title 18, United States Code, Sections 982(a)(2)(B) and 1030(i);

- The evidence presented at trial established the Defendant obtained proceeds from the *Transmitting a Program, Information, Code, or Command to a Computer, Intending to Cause Damage Wire Fraud* offense of approximately $10,014.00;

- The evidence in the record established the requisite nexus between the sum of money of approximately $10,014.00 (Subject Property 1) and the offense of conviction (*Transmitting a Program, Information, Code, or Command to a Computer, Intending to Cause Damage*), pursuant to Fed. R. Crim. P. 32.2.(b)(1)(A)-(B).

C.   *Evidence Presented at Trial*

At trial, Federal Bureau of Investigation ("FBI") Computer Scientists ("CS") Waymon Ho and Vincent Kenney testified about the cryptomining computer scripts located on Thompson's computers. *See* Trial Tr. Vol. 4, 6/10/22, pp. 57-75, 183-189 (Dkt. No. 342). These scripts were admitted in evidence. *See* Trial Exhibits 800-802. The scripts were designed to deposit cryptojacking proceeds into a specific cryptocurrency wallet identified as: "Ox5a86a65521aac657ca820e245185065b915ea745." *See* Trial Exhibit 800.

FBI CS Kenney analyzed the deposits into the wallet and determined that that total amount of deposits was $10,014.03. Vol. 4, 6/10/22, p. 75 (Dkt. No. 342); *see also* Trial Exhibit 855. This amount is consistent with statements the Defendant made regarding the amount of money she was making through cryptojacking. *See* Trial Exhibit 502 (text

Motion for Combined Orders of Forfeiture - 4
*United States v. Thompson,* CR19-159-RSL

UNITED STATES ATTORNEY
700 STEWART STREET. SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

messages indicating that she was making approximately $5,000 per month in cryptojacking, which she referred to as "hacker money"); *see also* Vol. 4, 6/10/22, p. 55 (Dkt. No. 342).

## II. Preliminary Order of Forfeiture

The United States submits that entry of a Preliminary Order of Forfeiture regarding Subject Properties 2 and 3 is appropriate because:

    A.   *Unlawfully Obtaining Information of a Card Issuer (Capital One)*:

- The Defendant has been convicted of *Unlawfully Obtaining Information of a Card Issuer (Capital One)*, in violation of Title 18, United States Code, Section 1030(a)(2), as charged in Count 2 (Dkt. Nos. 166, 335);
- Property that was used or intended to be used to commit or to facilitate the commission of *Unlawfully Obtaining Information of a Card Issuer* is subject to forfeiture pursuant to Title 18, United States Code, Sections 982(a)(2)(B) and 1030(i);
- The evidence presented at trial established that Subject Properties 2 and 3 were used or intended to be used to commit or to facilitate the Defendant's commission of *Unlawfully Obtaining Information of a Card Issuer*;
- The evidence in the record established the requisite nexus between Subject Properties 2 and 3 and the offense of conviction, *Unlawfully Obtaining Information of a Card Issuer*, pursuant to Fed. R. Crim. P. 32.2.(b)(1)(A)-(B).

    B.   *Unlawfully Obtaining Information from a Protected Computer*:

- The Defendant has been convicted of *Unlawfully Obtaining Information from a Protected Computer*, in violation of Title 18,

Motion for Combined Orders of Forfeiture - 5
*United States v. Thompson,* CR19-159-RSL

UNITED STATES ATTORNEY
700 STEWART STREET. SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

United States Code, Section 1030(a)(2), as charged in Counts 4 – 7 (Dkt. Nos. 166, 335);

- Property that was used or intended to be used to commit or to facilitate the commission of *Unlawfully Obtaining Information from a Protected Computer* is subject to forfeiture pursuant to Title 18, United States Code, Sections 982(a)(2)(B) and 1030(i);
- The evidence presented at trial established that Subject Properties 2 and 3 were used or intended to be used to commit or to facilitate the Defendant's commission of one or more of the *Unlawfully Obtaining Information from a Protected Computer* offenses;
- The evidence in the record established the requisite nexus between Subject Properties 2 and 3 and the offenses of conviction (*Unlawfully Obtaining Information from a Protected Computer*), pursuant to Fed. R. Crim. P. 32.2.(b)(1)(A)-(B).

C. *Transmitting a Program, Information, Code, or Command to a Computer, Intending to Cause Damage*:

- The Defendant has been convicted of *Transmitting a Program, Information, Code, or Command to a Computer, Intending to Cause Damage*, in violation of Title 18, United States Code, Section 1030(a)(5), as charged in Count 8 (Dkt. Nos. 166, 335);
- Property that was used or intended to be used to commit or to facilitate the commission of *Transmitting a Program, Information, Code, or Command to a Computer, Intending to Cause Damage* is subject to forfeiture pursuant to Title 18, United States Code, Sections 982(a)(2)(B) and 1030(i);

//

Motion for Combined Orders of Forfeiture - 6
*United States v. Thompson,* CR19-159-RSL

UNITED STATES ATTORNEY
700 STEWART STREET. SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- The evidence presented at trial established that Subject Properties 2 and 3 were used or intended to be used to commit or to facilitate the Defendant's commission of the Defendant's *Transmitting a Program, Information, Code, or Command to a Computer, Intending to Cause Damage* offense;

- The evidence in the record established the requisite nexus between Subject Properties 2 and 3 and the offense of conviction (*Unlawfully Obtaining Information from a Protected Computer*), pursuant to Fed. R. Crim. P. 32.2.(b)(1)(A)-(B).

D. *Evidence Presented at Trial*

The evidence presented at trial proved that the two computers identified as Subject Properties 2 and 3 were used or intended to be used to commit or to facilitate the Defendant's offenses. FBI CS Waymon Ho testified about the hacking evidence that he analyzed on Subject Properties 2 and 3 – two digital devices that were seized from the Defendant's bedroom on July 29, 2019: (1) a large custom-built, white, desktop computer assigned FBI evidence number 1B-52; and (2) a laptop assigned FBI evidence number 1B-2. *See* Trial Tr. Vol. 4, 6/10/22, pp. 97-105; *see also* Trial Exhibits 601-612. CS Ho testified extensively about the hacking evidence that he located on these devices, including, but not limited to, hacking scripts, bash history, and victim data. *See* generally Trial Tr. Vol. 4, 6/10/22, p. 104; *see also* Trial Exhibits 601-612.

//

//

//

Motion for Combined Orders of Forfeiture - 7
*United States v. Thompson,* CR19-159-RSL

UNITED STATES ATTORNEY
700 STEWART STREET. SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

To comply with the timing requirements of Fed. R. Crim. P. 32.2(b)(2)(B), the United States now moves for entry of an Order of Forfeiture forfeiting the Defendant's interest in Subject Property 1 and a Preliminary Order of Forfeiture forfeiting the Defendant's interest in Subject Properties 2 and 3. A proposed Combined Order is submitted with this motion.

DATED this 3rd day of October, 2022

Respectfully submitted,

NICHOLAS W. BROWN
United States Attorney

  *s/ Krista K. Bush*
ANDREW C. FRIEDMAN
JESSICA M. MANCA
TANIA M. CULBERTSON
KRISTA K. BUSH
Assistant United States Attorneys
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: (206) 553-7970
Fax: (206) 553-6934
Andrew.Friedman@usdoj.gov
Jessica.Manca@usdoj.gov
Tania.Culbertson@usdoj.gov
Krista.Bush@usdoj.gov

Motion for Combined Orders of Forfeiture - 8
*United States v. Thompson,* CR19-159-RSL

UNITED STATES ATTORNEY
700 STEWART STREET. SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2022, I electronically filed the foregoing Motion with the Clerk of the Court using the CM/ECF system, which automatically serves the parties of record.

    *s/ Donna R. Taylor*
DONNA R. TAYLOR
FSA Paralegal III, Contractor
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: (206) 553-4132
Fax: (206) 553-6934
Donna.R.Taylor@usdoj.gov

Motion for Combined Orders of Forfeiture - 9
*United States v. Thompson,* CR19-159-RSL

UNITED STATES ATTORNEY
700 STEWART STREET. SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970