THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR19-159-RSL |
| Plaintiff, | ) | |
| v. | ) | MS. THOMPSON'S NOTICE OF CRIMINAL APPEAL |
| PAIGE THOMPSON, | ) | |
| Defendant. | ) | |

NOTICE IS GIVEN that Paige Thompson, defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from; the Order Denying Judgement of Acquittal on June 15, 2022 (raised after the government rested and renewed after the defense rested); her judgment in a criminal case entered on October 4, 2022; and the Order Denying Motion for a New Trial entered on October 5, 2022.

DATED this 7th day of October, 2022.

Respectfully submitted,

s/ *Mohammad Hamoudi*
s/ *Nancy Tenney*
Assistant Federal Public Defenders
Attorneys for Paige Thompson
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
Phone: (206) 553-1100
Fax: (206) 553-0120
mo_hamoudi@fd.org
nancy_tenney@fd.org

MS. THOMPSON'S NOTICE
OF CRIMINAL APPEAL
(*U.S. v. Paige Thompson*, CR19-159-RSL) - 1

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

Name of court reporter: Debbie Zurn
Transcript required: Yes
Date transcript ordered or to be ordered: October 7, 2022

MS. THOMPSON'S NOTICE
OF CRIMINAL APPEAL
(*U.S. v. Paige Thompson*, CR19-159-RSL) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**