The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAIGE A. THOMPSON<br><br>Defendant. | NO. CR19-159 RSL<br><br>**GOVERNMENT'S NOTICE OF CROSS-APPEAL** |

Under Federal Rule of Appellate Procedure 4(b), to preserve the government's appellate rights in this matter, notice is hereby given that, pursuant to 18 U.S.C. § 3742 and 28 U.S.C. § 1291, the United States appeals to the United States Court of Appeals for the Ninth Circuit from the orders and sentence pronounced by the court during the sentencing hearing on October 4, 2022. The defendant filed a notice of appeal on October 7, 2022 (Dkt. No. 389).

//
//
//

GOVERNMENT'S NOTICE OF APPEAL - 1
*United States v. Thompson*, CR19-159 RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

DATED: November 3, 2022

Respectfully submitted,

NICHOLAS W. BROWN
United States Attorney

*s/ Andrew C. Friedman*
*s/ Jessica M. Manca*
*s/ Tania M. Culbertson*
ANDREW C. FRIEDMAN
JESSICA M. MANCA
TANIA M. CULBERTSON
Assistant United States Attorneys
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: (206) 553-7970
E-mail: Andrew.Friedman@usdoj.gov
 Jessica.Manca@usdoj.gov
 Tania.Culbertson@usdoj.gov

GOVERNMENT'S NOTICE OF APPEAL - 2
*United States v. Thompson*, CR19-159 RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970