THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | ) No. CR19-159-RSL |
|---|---|
| Plaintiff, | ) |
| v. | ) WAIVER OF APPEARANCE AT HEARING |
| PAIGE A. THOMPSON, | ) |
| Defendant. | ) |

I have been advised by my attorney, Assistant Federal Public Defender Mohammad Ali Hamoudi, that I have a right to be present for the forfeiture and restitution hearing currently scheduled for December 1, 2022, under Federal Rule of Criminal Procedure 43 and the United States Constitution. After discussing these rights in detail with my attorney, I knowingly, intelligently, and voluntarily wish to waive my right to be present at the hearing. I give permission to my attorney, Mohammad Ali Hamoudi, to digitally sign this waiver on my behalf and file it with the Honorable Robert S. Lasnik.

DATED this 18th day of November 2022.

s/ *Mohammad Ali Hamoudi*, signed on behalf of
Paige Thompson, Defendant

Presented by:
s/ *Mohammad Ali Hamoudi*
Assistant Federal Public Defender
Attorney for Paige Thompson

WAIVER OF APPEARANCE AT HEARING
(*U.S. v. Thompson*; CR19-159-RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100