The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> PAIGE A. THOMPSON, <br><br> Defendant. | NO. CR19-159 RSL <br><br> **GOVERNMENT'S SUPPLEMENTAL MEMORANDUM REGARDING RESTITUTION AND FORFETURE HEARING** |

During today's hearing concerning restation and forfeiture, defense counsel referred to a new decision from the United States Court of Appeals for the Third Circuit, *United States v. Banks,* Nos. 19-3812 & 20-2235 (Nov. 29, 2022).  The Court invited the parties to submit short briefs concerning the relevance of that case to the present case.

The government has reviewed *Banks*.  As stated by government counsel during the hearing, *Banks* addresses whether "intended loss" should be included, along with "actual loss," when calculating loss under Section 2B1.1 of the Sentencing Guidelines.  (In *Banks*, there was no actual loss; therefore, the district court used intended loss to calculate Banks' Guidelines range.  *Id.* at pp. 13.)

Ms. Thompson's restitution is not dependent upon the calculation of loss under the Sentencing Guidelines.  In addition, the loss that the government is asking be included in

GOVERNMENT'S SUPPLEMENTAL MEMORANDUM REGARDING
RESITUTION AND FORFEITURE HEARING - 1
*United States v. Thompson*, CR19-159 RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

the restitution award is actual loss, not intended loss. For both reasons, *Banks* is not relevant to the issue before the Court.

DATED: December 1, 2022.

        Respectfully submitted,

        NICHOLAS W. BROWN
        United States Attorney

        *s/ Andrew C. Friedman*
        *s/ Jessica M. Manca*
        *s/ Tania M. Culbertson*
        ANDREW C. FRIEDMAN
        JESSICA M. MANCA
        TANIA M. CULBERTSON
        Assistant United States Attorneys
        700 Stewart Street, Suite 5220
        Seattle, Washington 98101
        Phone: (206) 553-7970
        E-mail: Andrew.Friedman@usdoj.gov
                Jessica.Manca@usdoj.gov
                Tania.Culbertson@usdoj.gov

GOVERNMENT'S SUPPLEMENTAL MEMORANDUM REGARDING
RESITUTION AND FORFEITURE HEARING - 2
*United States v. Thompson*, CR19-159 RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970