THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>PAIGE A. THOMPSON,<br><br>          Defendant. | No. CR19-159-RSL<br><br>AMENDED NOTICE OF CRIMINAL APPEAL |

Paige Thompson, through undersigned counsel, respectfully submits this amended notice of appeal to include her appeal of the District Court's Preliminary Order of Forfeiture (Dkt. 399) and Order of Restitution (Dkt. 400), both of which were filed on December 6, 2022, after counsel for Ms. Thompson and counsel for the government filed their respective appeal and cross-appeal to the Ninth Circuit. *See* Ninth Cir. Nos. 22-30168 & 22-30179. All other issues on appeal remain. *See* Dkt. 389.

Undersigned counsel confirms that all required transcripts have been ordered. Furthermore, counsel is not requesting an extension or amendment to the existing briefing schedule in the Ninth Circuit.

DATED this 21st day of December 2022.

Respectfully submitted,

s/ *Vicki Lai*
Chief Appellate Attorney
Attorney for Paige Thompson

AMENDED NOTICE OF CRIMINAL APPEAL
(*United States v. Thompson*, CR19-159-RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100