PROB 12D-MOD
(05/21)

# UNITED STATES DISTRICT COURT
for
Western District of Washington

Request for Summons and
Modification of the Conditions or Term of Supervision

| | |
|---|---|
| **Name:** Paige Thompson | **Case Number:** 2:19CR00159RSL |
| **Name of Judicial Officer:** The Honorable Robert S. Lasnik, United States District Judge | |
| **Date of Original Sentence:** 10/04/2022 | **Date of Report:** 05/09/2023 |

**Original Offense:**
Count 1: Wire Fraud
Count 2: Unlawfully Obtaining Information of a Card Issuer
Count 4: Unlawfully Obtaining Information from a Protected Computer
Count 5: Unlawfully Obtaining Information from a Protected Computer
Count 6: Unlawfully Obtaining Information from a Protected Computer
Count 7: Unlawfully Obtaining Information from a Protected Computer
Count 8: Transmitting a Program, Information, Code, or Command to a Computer, Intending to Cause Damage

**Original Sentence:**
Count 1: Credit for time served; no supervision
Count 2, 4, 5, 8: five years' probation
Count 6 & 7: one year probation

| | |
|---|---|
| **Type of Supervision:** Probation | **Date Supervision Commenced:** 10/04/2022 |
| | **Date Supervision Expires:** 10/03/2027 |
| **Assistant United States Attorney:** Andrew Friedman | **Defense Attorney:** Nancy Tenney |

**Special Conditions Imposed:**

| | | |
|---|---|---|
| ☐ Substance Abuse | ☒ Financial Disclosure | ☒ Restitution: $40,745,000.00 |
| ☒ Mental Health | ☐ Fine | ☒ Community Service 50 hours a year |

☒ Other: Allow probation officer to inspect any personal computer owned or operated by defendant; comply with requirements of computer monitoring program as directed; notify probation officer of all computer software owned and operated by defendant; disclose all assets and liabilities; shall surrender, make available all documents and records for any business or enterprise defendant has interest in; maintain single checking account; prohibited from incurring new credit charges or opening additional lines of credit without approval; submit to search; complete 50 hours community service each year for five years; home detention location monitoring for three years.

## PETITIONING THE COURT

Paige Thompson has not waived a hearing. I request a summons be issued and a hearing held to modify the conditions of supervision as follows:

**ADD:**
Restitution in the amount of $40,745,000.00 (less any paid) is due immediately. Any unpaid amount is to be paid during the period of supervision in monthly installments of not less than $50 or 10% of the defendant's gross monthly income whichever is greater. Interest on the restitution shall be waived

## CAUSE

The action requested above is necessary for the following reasons:

Ms. Thompson commenced her five-year term of probation on October 4, 2022, and at that time she was directed by the Court to complete 50 community service hours each year for five years, engage in mental health treatment,

The Honorable Robert S. Lasnik, United States District Judge   Page 2
Request for Summons and
Modification of the Conditions or Term of Supervision   5/9/2023

be gainfully employed or obtaining education and pay restitution. On December 2, 2022, the Court issued the order of restitution, directing Ms. Thompson to begin making payments toward the restitution amount of $40,745,00.00

Since her release, Ms. Thompson has not made attempts to obtain gainful employment or provide proof of community service hours, and disengaged from mental health treatment. When I've questioned Ms. Thompson about employment opportunities, she states she is looking for work but only wants to work in the technology industry to make use of her degree where she will be appreciated and valued. She reports occasionally "networking" with people for job purposes but has not described what this means or entails. Furthermore, she states her physical and mental health are barriers to obtaining employment but has not described how she is attempting to mitigate these issues through treatment; however, she has stated that she feels she is no longer in need of mental health treatment at this time.

During discussions with Ms. Thompson regarding her restitution obligation, she states she is unable to make payments because she is financially dependent on her roommate, Maxine Filcher. Ms. Filcher has been financially supporting Ms. Thompson since prior to sentencing. During a recent home visit when I again questioned her about making restitution payments, she asked Ms. Filcher what amount she would be willing to begin paying towards restitution on her behalf. I have suggested she apply for entry level jobs while seeking work in the technology industry but she has disregarded my suggestions.

Ms. Thompson reports she has begun completing community service hours at the SeaTac Botanical Gardens but has not provided any documentation to support her claim. I have requested she provide proof of performed hours, information for the site coordinator, or a schedule which she has failed to do. She states she will provide the requested information at a later date and fails to do so.

I believe modifying the conditions of probation and setting a required monthly payment amount, will motivate Ms. Thompson to obtain gainful employment that will assist her with properly reintegrating into the community. According to location monitoring, she rarely submits passes to leave her residence for treatment and has not submitted any pass requests for job searches or interviews. However, she has submitted passes to utilize her earned leave to go to the movies, attend a party, and visit a recreational venue.

I consulted with Assistant United States Attorney Andrew Friedman and he concurs with my recommendation.

| | |
|---|---|
| I swear under penalty of perjury that the foregoing is true and correct. | APPROVED:<br>Monique D. Neal<br>Chief United States Probation and Pretrial Services Officer |
| Executed on this 11th day of May, 2023. | BY: |
| *[signature]*<br>Nicole Speckhals<br>United States Probation Officer | *[signature]*<br>Patrick E. Robertson<br>Supervising United States Probation Officer |

| | |
|---|---|
| The Honorable Robert S. Lasnik, United States District Judge | Page 3 |
| Request for Summons and | |
| Modification of the Conditions or Term of Supervision | 5/9/2023 |

**THE COURT FINDS PROBABLE CAUSE AND ORDERS:**

☐ No Action Approved
☒ The Issuance of a Summons
  (conditions of supervision shall remain in effect pending final adjudication)
☐ Other

_____
Signature of Judicial Officer
May 15, 2023
_____
Date