THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR19-159-RSL |
| Plaintiff, | ORDER GRANTING MOTION FOR OUT OF DISTRICT TRAVEL |
| v. | (PROPOSED) |
| PAIGE THOMPSON, | |
| Defendant. | |

The Court has considered the defendant's motion for permission to travel out of the district along with all the records in this case.

IT IS NOW ORDERED that the defendant may travel to Las Vegas from August 9, 2023 until August 13, 2023.

All other conditions of supervision remain in place.

DATED this ____ day of June 2023.

_____
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Nancy Tenney*
Assistant Federal Public Defender
Attorney for Paige Thompson

ORDER GRANTING MOTION
FOR OUT OF DISTRICT TRAVEL
(*U.S. v. Thompson*, CR19-159-RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, WA  98101
(206) 553-1100