PROB 12C-SUM
(05/21)

# UNITED STATES DISTRICT COURT
for
Western District of Washington

Petition for Warrant or Summons for Person Under Supervision

| | |
|---|---|
| **Name:** Paige Thompson | **Case Number:** 2:19CR00159RSL |
| **Name of Judicial Officer:** The Honorable Robert S. Lasnik, United States District Judge | |
| **Date of Original Sentence:** 10/04/2022 | **Date of Report:** 08/07/2023 |

**Original Offense:**
Count 1: Wire Fraud
Count 2: Unlawfully Obtaining Information of a Card Issuer
Count 4-7: Unlawfully Obtaining Information from a Protected Computer
Count 8: Transmitting a Program, Information, Code, or Command to a Computer Intending to Cause Damage

**Original Sentence:**
Count 1: Credit for time served; no supervision
Count 2, 4, 5, & 8: Five years' probation
Count 6 & 7: One year probation

| | |
|---|---|
| **Type of Supervision:** Probation | **Date Supervision Commenced:** 10/04/2022 |
| | **Date Supervision Expires:** 10/03/2027 |
| **Assistant United States Attorney:** Jessica Manca | **Defense Attorney:** Nancy Tenney |

**Special Conditions Imposed:**

☐ Substance Abuse   ☒ Financial Disclosure   ☒ Restitution: $40,745,000.00
☒ Mental Health     ☐ Fine                   ☒ Community Service

☒ Other: Allow probation officer to inspect any personal computer owned or operated by defendant; comply with requirements of computer monitoring program as directed; notify probation officer of all computer software owned and operated by defendant; disclose all assets and liabilities; shall surrender, make available all documents and records for nay business or enterprise defendant has interest in; maintain single checking account; prohibited from incurring new credit charges or opening additional lines of credit without approval; submit to search; complete 50 hours community service each year for five years; home detention location monitoring for three years.

## PETITIONING THE COURT

☐ To issue a warrant under seal
☒ To issue a summons

I allege Paige Thompson has violated conditions of supervision by:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | Failing to comply with the requirements of the computer monitoring program as directed by using a computer without computer monitoring software installed, on or before July 28, 2023, in violation of a special condition of supervised release. |
| 2. | Failing to notify the probation office of a change in employment, on or before July 28, 2023, in violation of a standard condition of supervised release. |
| 3. | Failing to pay restitution, on or about and since June 15, 2023, in violation of a special condition of supervised release. |

I incorporate by reference the information contained in the attached memorandum.

The Honorable Robert S. Lasnik, United States District Judge  Page 2
Petition for Warrant or Summons for Person Under Supervision  August 7, 2023

United States Probation Officer Recommendation:

☒ The term of supervision should be
  ☒ revoked.
  ☐ extended for ___ years, for a total term of ___ years.
☐ The conditions of supervision should be modified as follows:

☐ Detention pending final adjudication due to
  ☐ risk of flight.
  ☐ danger to community.

I swear under penalty of perjury that the foregoing is true and correct.

Executed on this 7th day of August, 2023.

_____
Nicole Speckhals
United States Probation Officer

APPROVED:
Monique D. Neal
Chief United States Probation and Pretrial Services Officer

BY:

_____
Jennifer Van Flandern
Supervising United States Probation Officer

**THE COURT FINDS PROBABLE CAUSE AND ORDERS:**

☐ The Issuance of a Warrant under seal
   (conditions of supervision shall remain in effect pending final adjudication)
☒ The Issuance of a Summons
   (conditions of supervision shall remain in effect pending final adjudication)
☐ Other

_____
Signature of Judicial Officer
August 7, 2023
Date