## United States District Court – Western District of Washington
### TRANSCRIPT ORDER FORM

Court Reporter: Marci Chatelain

Judicial Officer: Robert S. Lasnik

Case No. CR19-159RSL

Case Name: U.S. v. Paige Thompson

| Date(s): | Proceedings to be transcribed: | Court Reporter (if different from selection above): |
|---|---|---|
| 8/10/2023 | Initial Appearance Revocation Supervised Rel | |
| | | |
| | | |
| | | |

For Appeal? [ ] No  [✓] Yes    Court of Appeals Case No. 22-30179

If you are submitting this form to designate transcripts for appeal only, and do not wish to request the preparation of any transcripts, please skip to, and complete, the Additional Comments and Contact Information sections, sign, date, and submit this form via CM/ECF.

| Please choose one: | Maximum Transcript Fees – Per Page | | | Requested Delivery Date* |
|---|---|---|---|---|
| | Original | 1st Copy | 2nd Copy | 08/25/2023 |
| [ ] Ordinary Transcript (30 day) | $3.65 | $ .90 | $ .60 | |
| [✓] 14-Day Transcript (14 day) | $4.25 | $ .90 | $ .60 | *Before filing this form, you MUST first contact the individual court reporter to secure your requested delivery date. Requests for delivery of less than 30 days will be honored when possible.* |
| [ ] Expedited Transcript (7 day) | $4.85 | $ .90 | $ .60 | |
| [ ] 3-Day Transcript (3 day) | $5.45 | $1.05 | $ .75 | |
| [ ] Daily Transcript (next morning) | $6.05 | $1.20 | $ .90 | |
| [ ] Hourly Transcript (same day) | $7.25 | $1.20 | $ .90 | |
| [ ] Realtime Transcript | $3.05 | ------- | ------- | |

[✓] PDF (default delivery format)

Email address for delivery of PDF transcript: Anna.Chang@usdoj.gov

Additional Comments:

| Contact Information | |
|---|---|
| Name: | Anna Chang |
| Phone: | (206) 553-7970    Email: anna.chang@usdoj.gov |
| Firm: | U.S. Attorney's Office |
| Street Address: | 700 Stewart Street, Suite 5220 |
| City/State/Zip: | Seattle, WA 98101 |
| Billing Reference # (if applicable): | |

/s/ Anna Chang

**Signature**

08/14/2023

**Date**

[PRINT]    [SAVE AS]    [RESET]