FILED

AUG 14 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> PAIGE A. THOMPSON, <br><br> Defendant-Appellant. | No. 22-30168 <br><br> D.C. No. 2:19-cr-00159-RSL-1 <br> Western District of Washington, Seattle <br><br> ORDER |
| UNITED STATES OF AMERICA, <br><br> Plaintiff-Appellant, <br><br> v. <br><br> PAIGE A. THOMPSON, <br><br> Defendant-Appellee. | No. 22-30179 <br><br> D.C. No. 2:19-cr-00159-RSL-1 |

Thompson's unopposed motion for voluntary dismissal of Appeal No. 22-30168 (Docket Entry No. 21) is granted. Appeal No. 22-30168 is dismissed. *See* Fed. R. App. P. 42(b); 9th Cir. R. 27-9.1.

The following briefing schedule governs Appeal No. 22-30179: the government's opening brief and excerpts of record are due September 11, 2023; Thompson's answering brief is due October 11, 2023; and the government's optional reply brief is due within 21 days after service of the answering brief.

This order served on the district court acts as the mandate of this court for Appeal No. 22-30168.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT