UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>PAIGE A. THOMPSON,<br><br>                    Defendant. | CASE NO. 2:19-cr-00159-RSL<br><br>MINUTE ORDER |

The following Minute Order is made and entered at the direction of the Honorable Robert S. Lasnik, United States District Judge:

The final hearing on revocation of supervised release for the above-named defendant previously scheduled for Thursday, September 7, 2023 at 9:30 a.m., is rescheduled for **Thursday, October 19, 2023 at 10:30 a.m.**, in Room 15106, before the Honorable Robert S. Lasnik.

DATED this 30th day of August, 2023.

RAVI SUBRAMANIAN,
Clerk of Court

 */s/ Victoria Ericksen*
Deputy Clerk to Hon. Robert S. Lasnik

MINUTE ORDER - 1