THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAIGE A. THOMPSON,<br><br>Defendant. | No. CR19-159-RSL<br><br>UNOPPOSED MOTION TO WITHDRAW AS COUNSEL<br><br>Noting Date: September 7, 2023 |

Pursuant to Cr5(g)(4)(B) of the Western District of Washington, I, Alexandra Swain, respectfully move to withdraw as counsel for Capital One Bank (USA), N.A./Capital One Financial Corp. ("Capital One") in the above-captioned matter. This motion is unopposed. I will be leaving the firm, Debevoise & Plimpton, LLP, in the coming days to enter public service. I also respectfully request the Court's permission to have my name removed from the Court's docket and electronic mailing distribution list.

John Gleeson and James Pastore from Debevoise & Plimpton, and

Motion To Withdraw As Counsel
Case No.: CR19-159-RSL

DEBEVOISE & PLIMPTON LLP
650 California Street
San Francisco, California 94108
(415) 738-5700

attorneys from Orrick, Herrington, & Sutcliffe and Capital One continue to serve as counsel of record for Capital One.

Respectfully submitted this 6th day of September, 2023.

DEBEVOISE & PLIMPTON LLP

*/s/ Alexandra P. Swain*
Alexandra P. Swain
650 California Street
San Francisco, California 94108
(415) 738-5700
*apswain@debevoise.com*

Motion To Withdraw As Counsel
Case No.: CR19-159-RSL

- 2 -

DEBEVOISE & PLIMPTON LLP
650 California Street
San Francisco, California 94108
(415) 738-5700

# CERTIFICATE OF SERVICE

I electronically filed this Motion to Withdraw with the Clerk of Court using the Court's CM/ECF system, which will send a notice of docketing activity to all parties who are registered through CM/ECF including counsel for the Defendant.

Date: September 6, 2023

DEBEVOISE & PLIMPTON LLP

*/s/ Alexandra P. Swain*
Alexandra P. Swain
650 California Street
San Francisco, California 94108
(415) 738-5700
*apswain@debevoise.com*

Motion To Withdraw As Counsel
Case No.: CR19-159-RSL

- 3 -

DEBEVOISE & PLIMPTON LLP
650 California Street
San Francisco, California 94108
(415) 738-5700

THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAIGE A. THOMPSON,<br><br>Defendant. | No. CR19-159-RSL<br><br>PROPOSED ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW AS COUNSEL<br><br>Noting Date: September 7, 2023 |

The Court has considered counsel for Capital One Bank (USA), N.A./Capital One Financial Corp. ("Capital One") Alexandra P. Swain's motion for to withdraw as counsel in the above captioned case.

Capital One continues to be represented by counsel. Ms. Swain's motion is, therefore, GRANTED.

The Clerk shall disconnect Ms. Swain from EM/ECF in this matter.

IT IS SO ORDERED.

Dated this ____ day of September, 2023

_____
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE