THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

PAIGE A. THOMPSON,

Defendant.

No. CR19-159-RSL

ORDER GRANTING
UNOPPOSED MOTION TO
WITHDRAW AS COUNSEL

The Court has considered counsel for Capital One Bank (USA),

N.A./Capital One Financial Corp.  ("Capital One") Alexandra P. Swain's  motion

for to withdraw as counsel in the above captioned case.

Capital One continues to be represented by counsel. Ms. Swain's motion

is, therefore, GRANTED.

The Clerk shall disconnect Ms. Swain from EM/ECF in this matter.

1

2      IT IS SO ORDERED.

3

4      Dated this _7th_ day of September, 2023

5

6

7      _____

8      ROBERT S. LASNIK

9      UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28