THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>       Plaintiff, )<br>  )<br>       v. )<br>  )<br> PAIGE THOMPSON, )<br>  )<br>       Defendant. )<br>  ) | No. CR19-159-RSL<br><br>NOTICE OF APPEARANCE<br>OF COUNSEL |

NOTICE IS GIVEN that Assistant Federal Public Defender Gregory Murphy appears as counsel for Paige Thompson. It is requested that notice of all filings be served upon the undersigned.

DATED this 27th day of September 2023.

Respectfully submitted,

s/ *Gregory T. Murphy*
WSBA # 36733
Assistant Federal Public Defender
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
Phone: (206) 553-1100
Fax: (206) 553-0120
gregory_murphy@fd.org

NOTICE OF APPEARANCE
(*U.S. v. Thompson*, CR19-159-RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100