PROB 12C-SUP
(05/21)

# UNITED STATES DISTRICT COURT
for
Western District of Washington

## Supplemental Violation

| | | |
|---|---|---|
| **Name:** Paige Thompson | | **Case Number:** 2:19CR00159RSL |
| **Name of Judicial Officer:** The Honorable Robert S. Lasnik, United States District Judge | | |
| **Date of Original Sentence:** 10/04/2022 | | **Date of Report:** 10/11/2023 |

**Original Offense:**
Count 1: Wire Fraud
Count 2: Unlawfully Obtaining Information of a Card Issuer
Count 4-7: Unlawfully Obtaining Information from a Protected Computer
Count 8: Transmitting a Program, Information, Code, or Command to a Computer Intending to Cause Damager

**Original Sentence:**
Count 1: Credit for time served; no supervision
Count 2,4, 5, & 8: Five years' probation
Count 6 & 7: One year probation

**Type of Supervision:** Probation              **Date Supervision Commenced:** 10/04/2022
**Assistant United States Attorney:** Andrew Friedman        **Defense Attorney:** Gregory Murphy

**Special Conditions Imposed:**

☐ Substance Abuse     ☒ Financial Disclosure     ☒ Restitution: $40, 754, 000.00
☒ Mental Health       ☐ Fine                    ☒ Community Service

☒ Other: Allow probation officer to inspect any personal computer owned or operated by defendant; comply with requirements of computer monitoring program as directed; notify probation officer of all computer software owned and operated by defendant; disclose all assets and liabilities; shall surrender, make available all documents and records for any business or enterprise defendant has interest in; maintain a single checking account; prohibited from incurring new credit charges or opening additional lines of credit without approval; submit to search; complete 50 hours community service each year for five years; home detention location monitoring for three years.

## PETITIONING THE COURT

☐   To issue a warrant under seal
☐   To issue a summons
☒   To incorporate the violation(s) contained in this petition in all future proceedings with the violation(s) previously reported to the court on August 7, 2023.

I allege Paige Thompson has violated conditions of supervision by:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4. | Failing to complete five hours community service as directed, on or before September 1, 2023, in violation of a special condition of supervised release. |
| 5. | Failing to complete five hours community service as directed, on or before October 1, 2023, in violation of a special condition of supervised release. |

I incorporate by reference the information contained in the attached memorandum.

United States Probation Officer Recommendation:

☒   The term of supervision should be
    ☒ revoked.
    ☐ extended for ___ years, for a total term of ___ years.

The Honorable Robert S. Lasnik, United States District Judge  Page 2
Supplemental Violation  October 11, 2023

☐ The conditions of supervision should be modified as follows:

☐ Detention pending final adjudication due to
    ☐ risk of flight.
    ☐ danger to community.

I swear under penalty of perjury that the  APPROVED:
foregoing is true and correct.  Monique D. Neal
  Chief United States Probation and Pretrial Services Officer

Executed on this 11th day of October, 2023.  BY:

_____  _____
Nicole Speckhals  Patrick E. Robertson
United States Probation Officer  Supervising United States Probation Officer

**THE COURT FINDS PROBABLE CAUSE AND ORDERS:**

☐ The Issuance of a Warrant under seal
   (conditions of supervision shall remain in effect pending final adjudication)
☐ The Issuance of a Summons
   (conditions of supervision shall remain in effect pending final adjudication)
☒ To incorporate the violation(s) contained in this petition in all future proceedings with the violation(s) previously reported to the court
☐ Other

_____
Signature of Judicial Officer
October 11, 2023
Date