THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR19-159-RSL |
| Plaintiff, | DEFENDANT'S RESPONSE REGARDING PROBATION VIOLATIONS |
| v. | |
| PAIGE A. THOMPSON, | |
| Defendant. | |

Paige Thompson, through counsel, respectfully agrees with U.S. Probation and the government that the Court need take no action at this time on the violations of supervision. She agrees, also, that this hearing provides a valuable opportunity to assess what is working and what is not.

Dated this 16th day of October 2023.

Respectfully submitted,

s/ *Gregory Murphy*
s/ *Nancy Tenney*
Assistant Federal Public Defenders
Attorneys for Paige Thompson

DEFENDANT'S RESPONSE REGARDING
PROBATOIN VIOLATIONS
(*U.S. v. Thompson*, CR19-159-RSL) - 1

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100