| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | DEC 1 2023 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

UNITED STATES OF AMERICA,

    Plaintiff-Appellant,

v.

PAIGE A. THOMPSON,

    Defendant-Appellee.

No.   22-30179

D.C. No. 2:19-cr-00159-RSL-1
Western District of Washington,
Seattle

ORDER

Before:  Lisa B. Fitzgerald, Appellate Commissioner.

Appellee's motion (Docket Entry No. 40) to seal Volume 2 of the supplemental excerpts of record is granted.  *See* 9th Cir. R. 27-13.  The Clerk will file publicly the motion to seal and certificate of service (Docket Entry Nos. 40-1 and 40-3), the answering brief (Docket Entry No. 38), and Volume 1 of the supplemental excerpts of record (Docket Entry No. 39).  The Clerk will file under seal Volume 2 of the supplemental excerpts of record (Docket Entry No. 40-2).

The existing briefing schedule remains in effect.

OSA158