PROB 12B
(05/21)

# UNITED STATES DISTRICT COURT
for
Western District of Washington

Request for Modifying the Conditions or Term of Supervision with
Consent of the Person Under Supervision

(Probation Form 49, Waiver of Hearing is Attached)

| | | |
|---|---|---|
| **Name:** Paige Thompson | | **Case Number:** 2:19CR00159RSL-001 |
| **Name of Judicial Officer:** The Honorable Robert S. Lasnik, United States District Judge | | |
| **Date of Original Sentence:** 10/04/2022 | | **Date of Report:** 01/08/2024 |

**Original Offense:**  Count 1: Wire Fraud
Count 2: Unlawfully Obtaining Information of a Card Issuer
Counts 4-7: Unlawfully Obtaining Information from a Protected Computer
Count 8: Transmitting a Program, Information, Code, or Command to a Computer Intending to Cause Damage

**Original Sentence:**  Count 1: Credit for time served; no supervision
Counts 2, 4, 5, & 8: 5 years' probation
Count 6 & 7: 1 year probation

**Type of Supervision:** Probation     **Date Supervision Commenced:** 10/04/2022
**Assistant United States Attorney:** Jessica Manca     **Defense Attorney:** Gregory Murphy

**Special Conditions Imposed:**

☐ Substance Abuse       ☒ Financial Disclosure       ☒ Restitution: 40,745,000.00
☒ Mental Health           ☐ Fine                              ☒ Community Service

☒ Other: Allow probation officer to inspect any personal computer owned or operated by defendant; comply with requirements of computer monitoring program as directed; notify probation officer of all computer software owned and operated by defendant; disclose all assets and liabilities; shall surrender, make available all documents and records for any business or enterprise defendant has interest in; maintain single checking account; prohibited from incurring new credit charges or opening additional lines of credit without approval; submit to search; complete 50 hours of community service each year for five years; and home detention location monitoring for 3 years.

## PETITIONING THE COURT

☐ To extend the term of supervision for ___ years, for a total term of ___ years.
☒ To modify the conditions of supervision as follows:

The defendant shall complete 250 hours of community service as approved and directed by the probation officer, to be completed within the first 5 years of probation.

## CAUSE

At the time of sentencing, Ms. Thompson was ordered to complete 250 hours of community service at a rate of no more than 50 hours per year of probation. She was also ordered to comply with home detention through location monitoring and is not permitted to leave her residence outside of court-approved passes. Ms. Thompson is currently permitted to go to SeaTac Botanical Gardens to complete community service hours and enjoys the service she provides. She has requested permission to complete more than 50 hours per year in hopes of completing early and starting her job search. This will provide her an opportunity to be prosocial and fulfill her responsibility to the Court.

I consulted with Assistant United States Attorney Jessica Manca, as well as defense counsel, Gregory Murphy, and they concur with my recommendation.

The Honorable Robert S. Lasnik, United States District Judge  
Request for Modifying the Conditions or Term of Supervision with Consent of the Person Under Supervision

Page 2

January 8, 2024

I swear under penalty of perjury that the foregoing is true and correct.

APPROVED:  
Monique D. Neal  
Chief United States Probation and Pretrial Services Officer

Executed on this 8th day of January, 2024.

BY:

*/s/ Darcell Prescott*

---
Darcell Prescott  
United States Probation Officer

*/s/ Analiese D. Johnson*

---
Analiese D. Johnson  
Supervising United States Probation Officer

**THE COURT FINDS PROBABLE CAUSE AND ORDERS:**

☐ The Extension of Supervision as noted above  
☒ The Modification of Conditions as noted above  
☐ Other

*/s/ Robert S. Lasnik*

---
Signature of Judicial Officer  
January 8, 2024

Date