PROB 49
(05/97)

# UNITED STATES DISTRICT COURT
## Western District of Washington

### Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

I, Paige Thompson, have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

> The defendant shall complete 250 hours of community service as approved and directed by the probation officer, to be completed within five years of probation.

Witness: _____    Signed: _____
United States Probation Officer                    Probationer/Supervised Releasee

*Paige Thompson (Jan 5, 2024 13:49 PST)*

Jan 5, 2024
Date