UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>          v.<br><br>PAIGE A. THOMPSON,<br><br>                          Defendant. | CASE NO. 2:19-cr-00159-RSL<br><br>MINUTE ORDER |

The following Minute Order is made and entered at the direction of the Honorable Robert S. Lasnik, United States District Judge:

A status hearing for the above-named defendant is scheduled for **Thursday, June 13, 2024 at 11:00 a.m.**, in Room 15106, before Judge Robert S. Lasnik.

DATED this 14th day of March, 2024.

RAVI SUBRAMANIAN,
Clerk of Court

 */s/ Victoria Ericksen*
Deputy Clerk to Hon. Robert S. Lasnik

MINUTE ORDER - 1