PROB 12C-SUM

(05/21)

# UNITED STATES DISTRICT COURT
for
## Western District of Washington

### Petition for Warrant or Summons for Person Under Supervision

**Name:**          Paige Thompson                                                    **Case Number:** 2:19CR00159RSL

**Name of Judicial Officer:**   The Honorable Robert S. Lasnik, United States District Judge

**Date of Original Sentence:**    10/04/2022                                    **Date of Report:** 04/22/2024

**Original Offense:**        Count 1: Wire Fraud
Count 2: Unlawfully Obtaining Information of a Card Issuer
Count 4-7: Unlawfully Obtaining Information from a Protected Computer
Count 8: Transmitting a Program, Information, Code, or Command to a Computer
Intending to Cause Damage

**Original Sentence:**       Count 1: Credit for time served; no supervision
Count 2, 4, 5, & 8: Five years' probation
Count 6 & 7: One year probation

**Type of Supervision:**   Probation                               **Date Supervision Commenced:** 10/04/2022

**Date Supervision Expires:** 10/03/2027

**Assistant United States Attorney:**  Jessica Manca                   **Defense Attorney:** Gregory Murphy

**Special Conditions Imposed:**

☐ Substance Abuse          ☒ Financial Disclosure          ☒ Restitution: $40,745,000.00

☒ Mental Health              ☐ Fine                              ☒ Community Service

☒ Other: Allow probation officer to inspect any personal computer owned or operated by defendant; comply with requirements of computer monitoring program as directed; notify probation officer of all computer software owned and operated by defendant; disclose all assets and liabilities; shall surrender, make available all documents and records for nay business or enterprise defendant has interest in; maintain single checking account; prohibited from incurring new credit charges or opening additional lines of credit without approval; submit to search; complete 50 hours community service each year for five years; home detention location monitoring for three years.

## PETITIONING THE COURT

☐          To issue a warrant under seal

☒          To issue a summons

I allege Paige Thompson has violated conditions of supervision by:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | Failing to pay towards restitution, since October 26, 2023, in violation of a special condition of probation. |
| 2. | Failing to obtain and/or maintain employment, since October 26, 2023, in violation of a standard condition of probation. |
| 3. | Failing to complete community service hours, since November 25, 2023, in violation of a special condition of probation. |

I incorporate by reference the information contained in the attached memorandum.

The Honorable Robert S. Lasnik, United States District Judge                                      Page 2
Petition for Warrant or Summons for Person Under Supervision                           April 22, 2024

United States Probation Officer Recommendation:

☒  The term of supervision should be
    ☒  revoked.
    ☐  extended for ___ years, for a total term of ___ years.
☐  The conditions of supervision should be modified as follows:

☐  Detention pending final adjudication due to
    ☐  risk of flight.
    ☐  danger to community.

I swear under penalty of perjury that the
foregoing is true and correct.

APPROVED:
Monique D. Neal
Chief United States Probation and Pretrial Services Officer

Executed on this 22nd day of April, 2024.

BY:

_____
Darcell Prescott
United States Probation Officer

_____
Analiese D. Johnson
Supervising United States Probation Officer

**THE COURT FINDS PROBABLE CAUSE AND ORDERS:**

☐  The Issuance of a Warrant under seal
   (conditions of supervision shall remain in effect pending final adjudication)
☒  The Issuance of a Summons
   (conditions of supervision shall remain in effect pending final adjudication)
☐  Other

_____
Signature of Judicial Officer

April 22, 2024
Date