UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:19-cr-00159-RSL |
| Plaintiff, | MINUTE ORDER |
| v. | |
| PAIGE A. THOMPSON, | |
| Defendant. | |

The following Minute Order is made and entered at the direction of the Honrable Robert S. Lasnik, United States District Judge:

The supervised release evidentiary revocation hearing for the above-named defendant previously scheduled for Thursday, June 13, 2024 at 11:00 a.m., is rescheduled for **Thursday, August 8, 2024 at 11:00 a.m.**, in Room 15106, before Judge Robert S. Lasnik.

DATED this 3rd day of June, 2024.

RAVI SUBRAMANIAN,
Clerk of Court

*/s/ Victoria Ericksen*
Deputy Clerk to Hon. Robert S. Lasnik