UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAIGE A. THOMPSON,<br><br>Defendant. | CASE NO. 2:19-cr-00159-RAJ<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Robert S. Lasnik:

The status hearing scheduled for Thursday, June 13, 2024 at 11:00 a.m., before Judge Robert S. Lasnik, is STRICKEN.

DATED this 3rd day of June, 2024.

RAVI SUBRAMANIAN,
Clerk of Court

 */s/ Victoria Ericksen*
Deputy Clerk to Hon. Robert S. Lasnik

MINUTE ORDER - 1