

United States Probation and Pretrial Services
*Western District of Washington*

| **Monique D. Neal** | **Brenda L. Amundson** |
| *Chief* | *Deputy Chief* |

# MEMORANDUM

| Date: | July 30, 2024 |
|---|---|
| To: | The Honorable Robert S. Lasnik, United States District Judge |
| From: | Darcell Prescott<br>Senior United States Probation Officer |
| Subject: | Paige Thompson<br>Case Number: 2:19CR00159RSL |
| | **STATUS REPORT** |

**STATUS**:
On April 22, 2024, I submitted a violation report and request for summons alleging Ms. Thompson violated the conditions of supervised release by failing to pay towards restitution, failing to obtain and/or maintain employment, and failing to complete community service hours.

On May 17, 2024, Ms. Thompson made an initial appearance before The Honorable Paula L. McCandlis, United States Magistrate Judge. She denied all allegations and is scheduled to appear before Your Honor for disposition on August 8, 2024, at 11:00 a.m.

**ADJUSTMENT AND EVALUATION**:
Since requesting the summons April 2024, Ms. Thompson has made significant progress. Prior to my request for a summons, Ms. Thompson had not made a payment towards restitution and was unemployed. She has since obtained employment through her roommate/friend's startup business and has made two payments totaling $570.00. She has agreed to pay $20.00 per month moving forward which will be reassessed as her employment wage increases. Ms. Thompson is engaged in mental health counseling bi-monthly in addition to medication management.

Ms. Thompson continues to struggle with advocating for herself and requesting passes from Location Monitoring to leave her residence. We have discussed the reasons for this, and she states it is a combination of not wanting to take the steps to request passes and possibly being denied her requests. She is aware of the process to request passes; although has asked her attorney to assist her instead of following the protocol. It is unclear why she avoids reaching out to Location Monitoring. I continue to encourage her to request passes for activities like going for walks or other prosocial outlets. Ms. Thompson has not completed community service hours since prior to my request for summons. She states she is looking into a different agency to complete her hours an intends to resume her hours soon. She maintains regular communication with me and has been receptive to feedback.

The Honorable Robert S. Lasnik, United States District Judge  Page 2
RE: Paige Thompson, 2:19CR00159RSL  July 30, 2024

**RECOMMENDATION**:
Given Ms. Thompson's progress, engagement in services, and overall stability, I respectfully recommend the Court take no action on the violation and strike the hearing scheduled for August 8, 2024. Assistant United States Attorney Jessica Manca, and Defense Attorney Gregory Murphy concur with my recommendation.

I swear under penalty of perjury that the foregoing is true and correct.

APPROVED:
Monique D. Neal
Chief United States Probation and Pretrial Services Officer

Executed on this 30th day of July, 2024.

BY:

Darcell Prescott
United States Probation Officer

Jennifer Van Flandern
Supervising United States Probation Officer

## THE COURT FINDS PROBABLE CAUSE AND ORDERS:

☒ No formal action; strike hearing on August 8, 2024
☐ Retain scheduled hearing on August 8, 2024
☐ Other

Signature of Judicial Officer

July 30, 2024
Date