| | | |
|---|---|---|
| UNITED STATES COURT OF APPEALS | | **FILED** |
| FOR THE NINTH CIRCUIT | | JUL 28 2025 |
| | | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

UNITED STATES OF AMERICA,

    Plaintiff-Appellant,

 v.

PAIGE A. THOMPSON,

    Defendant-Appellee.

No. 22-30179

D.C. Nos.
2:19-cr-00159-RSL-1
2:19-cr-00159-RSL

ORDER

Before: RAWLINSON, FORREST, and SUNG, Circuit Judges.

    Judge Rawlinson and Judge Forrest voted to deny the petition for panel rehearing and the petition for rehearing en banc. Judge Sung voted to grant both petitions. The full court has been advised of the petition for rehearing en banc and no judge has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 40.

    The petition for panel rehearing and the petition for rehearing en banc are DENIED.