# Exhibit 4

No. 22-30179
[NO. 2:19-cr-00159-RSL, USDC, W.D. Washington]

_____

# IN THE UNITED STATES COURT OF APPEALS

# FOR THE NINTH CIRCUIT
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellant,

v.

PAIGE A. THOMPSON,

Defendant-Appellee.
_____

**EXCERPTS OF RECORD**
**Volume 2 of 5**
_____

Appeal from the United States District Court
for the Western District of Washington at Seattle
The Honorable Robert S. Lasnik
United States District Judge

_____

TESSA M. GORMAN
Acting United States Attorney
Western District of Washington

TANIA M. CULBERTSON
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Telephone: 206-553-7970

**Ex. 4, p. 1**

# ERRATiC
@0xA3A97B6C



Come on i deserve to get exposed, dont let this neoliberal cuck world destroy me without at least having the truth

Jun 17, 2019, 11:57 PM



They're gonna destroy me regardless that much is clear

Jun 18, 2019, 12:00 AM



At least give me a dignified end the likes of which will inspire self doubt

Jun 18, 2019, 12:02 AM

Ive basically strapped myself with a bomb vest, fucking dropping capitol ones dox and admitting it



I wanna distribute those buckets i think first

Jun 18, 2019, 12:04 AM



There ssns...with full name and dob

Jun 18, 2019, 12:06 AM

I am ready for this to end, im gonna keep doing this until i die

USA-00004339
203-005

# ERRATiC
@0xA3A97B6C



I dont care if its jail or death

Im ready to check the fuck out

Jun 20, 2019, 9:57 AM



Prefer to die , and something to make it easy

Or you know jail

Jun 20, 2019, 9:59 AM



I can settle for that

Jun 20, 2019, 10:03 AM

So someone i dont know, i have nothing to lose

I mean im taking my time to pick off a few that deserve to go down but its going to come back to me sooner or later and thats part of the plan



Not you, im just saying because you asked

Jun 20, 2019, 10:07 AM