The Hon. Robert S. Lasnik

1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10  UNITED STATES OF AMERICA,                 NO. CR19-159-RSL

11                  Plaintiff,

12          v.                                 **DECLARATION OF
                                               AUSA KRISTA K. BUSH
13  PAIGE A. THOMPSON,                         IN SUPPORT OF FINAL ORDER
                                               OF FORFEITURE**
14                  Defendant.

15

16

17          I, KRISTA K. BUSH, declare and say:

18          1.      I am a duly appointed Assistant United States Attorney ("AUSA") for the

19  Western District of Washington, assigned to this case for the purpose of forfeiture.

20          2.      After reviewing the relevant investigative materials, the United States

21  determined that the electronics forfeited by Defendant Paige A. Thompson in the

22  Preliminary Order of Forfeiture (Dkt. No. 399) appeared to have been owned and used

23  solely by Defendant Thompson. In an abundance of caution, however, the United States

24  decided to send notice to twelve identified individuals who appeared to have also resided

25  in the building from which the electronics were seized. On August 23, 2023, using means

26  reasonably calculated to reach these twelve individuals, the United States sent direct

27

Declaration of AUSA Bush in Support of - 1
Motion for Final Order of Forfeiture
*United States v. Thompson*, CR19-159-RSL

notice of the pending forfeiture, as required by Fed. R. Crim. P. 32.2(b)(6)(A), via U.S. Certified Mail, to **D.E.**, **J.E.**, **D.F.**, **J.G.**, **E.I.**, **A.P.**, **T.P.**, **P.H.Q.**, **S.W.Q.**, **W.J.S.**, **A.S.**, and **J.L.W.** at their last known addresses. As provided by 21 U.S.C. § 853(n)(2), these notices advised that if the recipients wanted to assert an interest in the electronics, they were required to file a petition within 30 days of receiving notice.

3.      At least one notice letter was successfully delivered to six of the identified individuals: **D.E.**, **J.E.**, **E.I.**, **A.P.**, **P.H.Q.**, and **S.W.Q.**  Specifically:

a.      Notice was sent on August 22, 2023, to **D.E.** at their last known address, identified through a review of investigative materials and a search of public records. Per USPS tracking, the notice letter was delivered on August 24, 2023. True and correct copies of the notices and associated delivery records, redacted to protect the privacy of the individual, are attached as **Exhibit A.**

b.      Notice was sent on August 22, 2023, to **J.E.** at two last known addresses identified through a review of investigative materials and a search of public records. The first notice letter was delivered on August 24, 2023 and the second notice letter was delivered on August 28, 2023. True and correct copies of the notice and associated delivery records, redacted to protect the privacy of the individual, are attached as **Exhibit B.**

c.      Notice was sent on August 22, 2023, to **E.I.** at two last known addresses identified through a review of investigative materials and a search of public records. Per USPS tracking, one notice letter was delivered on August 24, 2023, and one notice letter the notice letter was returned, marked "Return to Sender"[,] "Not Deliverable as Addressed"[,] "Unable to Forward", and bears "Return to Sender" in large handwritten print. True and correct copies of the notice and associated delivery records, redacted to protect the privacy of the individual, are attached as **Exhibit E.**

d.      Notice was sent on August 22, 2023, to **A.P.** at two last known addresses identified through a review of investigative materials and a search of public

Declaration of AUSA Bush in Support of - 2
Motion for Final Order of Forfeiture
*United States v. Thompson*, CR19-159-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

records. Per USPS tracking, one notice letter was delivered on August 28, 2023. The other notice letter was returned, marked "Return to Sender"[,] "Not Deliverable as Addressed"[,] "Unable to Forward", and bears "Return to Sender" in large handwritten print. True and correct copies of the notice and associated delivery records, redacted to protect the privacy of the individual, are attached as **Exhibit F.**

e.      Notice was sent on August 22, 2023, to **P.H.Q.** at two last known addresses identified through a review of investigative materials and a search of public records. Per USPS tracking, one notice letter was delivered on August 24, 2023. The other notice letter was returned, marked "Return to Sender"[,] "Unclaimed"[,] "Unable to Forward". True and correct copies of the notice and associated delivery records, redacted to protect the privacy of the individual, are attached as **Exhibit H.**

f.      Notice was sent on August 22, 2023, to **S.W.Q.** at their last known address, identified through a review of investigative materials and a search of public records. Per USPS tracking, the notice letter was delivered on August 24, 2023. True and correct copies of the notices and associated delivery records, redacted to protect the privacy of the individual, are attached as **Exhibit I.**

4.      All notice letters sent to **D.F.**, **J.G.**, **T.P.**, **W.J.S.**, **A.S.**, and **J.L.W.** were returned as undeliverable. The United States has no alternative current contact information for these individuals and has exhausted all available means of providing direct notice to them.  Specifically:

a.      Notice was sent on August 22, 2023, to **D.F.** at their last known address, identified through a review of investigative materials and a search of public records. Per USPS tracking, the notice letter was returned, marked "Return to Sender"[,] "Not Deliverable as Addressed"[,] "Unable to Forward", and bears "Return to Sender" in large handwritten print. True and correct copies of the notice and associated delivery records, redacted to protect the privacy of the individual, are attached as **Exhibit C.**

Declaration of AUSA Bush in Support of - 3
Motion for Final Order of Forfeiture
*United States v. Thompson,* CR19-159-RSL

b.      Notice was sent on August 22, 2023, to **J.G.** at their last known address, identified through a review of investigative materials and a search of public records. Per USPS tracking, the notice letter was returned, marked "Return to Sender"[,] "Not Deliverable as Addressed"[,] "Unable to Forward", and bears "Return to Sender" in large handwritten print. True and correct copies of the notice and associated delivery records, redacted to protect the privacy of the individual, are attached as **Exhibit D.**

c.      Notice was sent on August 22, 2023, to **T.P.** at two last known addresses identified through a review of investigative materials and a search of public records. Per USPS tracking, one notice letter was returned, marked "Return to Sender"[,] "Not Deliverable as Addressed"[,] "Unable to Forward". The second notice letter was returned, marked "Return to Sender"[,] "Unable to Forward'. True and correct copies of the notice and associated delivery records, redacted to protect the privacy of the individual, are attached as **Exhibit G.**

d.      Notice was sent on August 22, 2023, to **W.J.S.** at their last known address, identified through a review of investigative materials and a search of public records. Per USPS tracking, the notice letter was returned, marked "Return to Sender"[,] "Not Deliverable as Addressed"[,] "Unable to Forward", and bears "Return to Sender" in large handwritten print. True and correct copies of the notice and associated delivery records, redacted to protect the privacy of the individual, are attached as **Exhibit J.**

e.      Notice was sent on August 22, 2023, to **A.S.** at their last known address, identified through a review of investigative materials and a search of public records. Per USPS tracking, the notice letter was returned, marked "Return to Sender"[,] "Not Deliverable as Addressed"[,] "Unable to Forward", and bears "Return to Sender" in large handwritten print. True and correct copies of the notices and associated delivery records, redacted to protect the privacy of the individual, are attached as **Exhibit K.**

f.      Notice was sent on August 22, 2023, to **A.L.W.** at their last known address, identified through a review of investigative materials and a search of public

Declaration of AUSA Bush in Support of - 4
Motion for Final Order of Forfeiture
*United States v. Thompson*, CR19-159-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   records. Per USPS tracking, the notice letter was returned, marked "Return to Sender"[,]

2   "Not Deliverable as Addressed"[,] "Unable to Forward", and bears "Return to Sender" in

3   large handwritten print. True and correct copies of the notice and associated delivery

4   records, redacted to protect the privacy of the individual, are attached as **Exhibit L.**

5       5.    The United States has used all available efforts to send notice by means

6   reasonably calculated to reach these individuals, as required by Fed. R. Crim. P.

7   32.2(b)(6) and Supp. Rule G(4)(b).

8

9       I declare under penalty of perjury that the foregoing is true and correct.

10

11       Executed on this 19th day of November, 2025, at Seattle, Washington.

12                   *s/ Krista K. Bush*

13                   KRISTA K. BUSH

14                   Assistant United States Attorney
                       United States Attorney's Office

15                   700 Stewart Street, Suite 5220
                       Seattle, Washington 98101

16                   Phone: (206) 553-2242
                       Fax: (206) 553-6934

17                   Krista.Bush@usdoj.gov

18

19

20

21

22

23

24

25

26

27

Declaration of AUSA Bush in Support of - 5
Motion for Final Order of Forfeiture
*United States v. Thompson,* CR19-159-RSL

UNITED STATES ATTORNEY
700 STEWART STREET. SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1

## <u>CERTIFICATE OF SERVICE</u>

2

3      I hereby certify that on November 19, 2025, I electronically filed the foregoing

4  Declaration with the Clerk of the Court using the CM/ECF system, which sends notice of

5  the filing to all ECF participants of record.

6

7          *s/ Donna R. Taylor*
           DONNA R. TAYLOR
8          FSA Paralegal IV Contractor
           United States Attorney's Office
9          700 Stewart Street, Suite 5220
           Seattle, Washington 98101
10         Phone: (206) 553-4132
           Fax: (206) 553-6934
11         Donna.R.Taylor@usdoj.gov

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

Declaration of AUSA Bush in Support of - 6
Motion for Final Order of Forfeiture
*United States v. Thompson,* CR19-159-RSL

# EXHIBIT A

**U.S. Department of Justice**

*United States Attorney*
*Western District of Washington*

_____

*Please reply to:*
*Krista K. Bush*                                          *700 Stewart Street, Suite 5220    Tel:  (206) 553-7970*
*Assistant United States Attorney*                        *Seattle WA, 98101-1271    Fax: (206) 553-6934*
*Information Line: (206) 553-2242*                         *www.usdoj.gov/usao/waw*

August 22, 2023

**_Via Priority U.S. Mail with Tracking_**
**Tracking Number: 9114 9022 0085 2044 4058 28**

D████   E███████████

Seattle, Washington   98108-3711

      **RE:**    **Notice of Property Preliminarily Forfeited in**
                    ***United States v. Paige A. Thompson,* Case No. CR19-159-RSL**
                    **United States District Court for the Western District of Washington**

Dear D████   E███████,

This letter is to notify you that the property identified in the enclosed Preliminary Order of
Forfeiture, is subject to forfeiture to the United States in the above-captioned federal prosecution.
We are sending you this notice pursuant to Federal Rule of Criminal Procedure 32.2(b)(6) and
21 United States Code ("U.S.C.") § 853(n)(1).

Before the property is finally forfeited, the Court will adjudicate any third-party petitions that are
filed claiming an interest in it.  The recognized bases for stating an interest in criminally
forfeitable property are outlined at 21 U.S.C. § 853(n)(6)(A) & (B).  If you believe you have
such an interest in this property and want to contest the final forfeiture, you must file a petition
within **30 days** of receiving this letter.  *See* 21 U.S.C. § 853(n)(2).  Your petition must be signed
under penalty of perjury, must state the nature and extent of your interest in the property
(including the time and circumstances under which you acquired your interest and any additional
facts to support it), and must be filed with the Court.  *See* 21 U.S.C. § 853(n)(2) & (3).  We also
recommend you reference the case title and number in your petition.  You can file your petition

by sending it to: Clerk's Office, United States District Court, Western District of Washington, 700 Stewart Street, Suite 2310, Seattle, WA 98101 (Telephone: (206) 553-2242).

If you do file a petition, please also send a copy to me at the address at the top of this letter. Thank you.

Sincerely,

TESSA M. GORMAN
Acting United States Attorney


  *s/ Krista K. Bush*
KRISTA K. BUSH
Assistant United States Attorney




KKB/dt
Enclosure

**Track Packages
Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**

(https://reg.usps.com/xsell?app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

**Tracking Number:**

**Remove ✕**

## 9114902200852044405828

Copy        **Add to Informed Delivery (https://informeddelivery.usps.com/)**

### Latest Update

Your item was delivered in or at the mailbox at 4:28 pm on August 24, 2023 in SEATTLE, WA 98108.

Get More Out of USPS Tracking:

USPS Tracking Plus®

● **Delivered**
**Delivered, In/At Mailbox**
SEATTLE, WA 98108
August 24, 2023, 4:28 pm

● **Departed USPS Regional Origin Facility**
SEATTLE WA DISTRIBUTION CENTER
August 24, 2023, 1:58 am

● **Arrived at USPS Regional Origin Facility**
SEATTLE WA DISTRIBUTION CENTER
August 22, 2023, 11:16 pm

● **USPS picked up item**
SEATTLE, WA 98101
August 22, 2023, 2:35 pm

● **Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**
(https://faq.usps.com/s/article/Where-is-my-package)

Feedback

| Text & Email Updates | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

**See Less ⌃**

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

# EXHIBIT B



**U.S. Department of Justice**

*United States Attorney*
*Western District of Washington*

_____

*Please reply to:*
*Krista K. Bush*                                                   *700 Stewart Street, Suite 5220    Tel:  (206) 553-7970*
*Assistant United States Attorney*                                 *Seattle WA, 98101-1271    Fax: (206) 553-6934*
*Information Line: (206) 553-2242*                                 *www.usdoj.gov/usao/waw*

August 22, 2023

**_Via Priority U.S. Mail with Tracking_**
**Tracking Number: 9114 9022 0085 2044 4058 59**

J█████ E█████████
████████████████
Seattle, Washington   98108-3711

**_Via Priority U.S. Mail with Tracking_**
**Tracking Number: 9114 9022 0085 2044 4058 66**

J█████ E███████
████████
Wilmington, North Carolina   28412-1801

**RE:    Notice of Property Preliminarily Forfeited in**
**_United States v. Paige A. Thompson,_ Case No. CR19-159-RSL**
**United States District Court for the Western District of Washington**

Dear J█████ E█████,

This letter is to notify you that the property identified in the enclosed Preliminary Order of Forfeiture, is subject to forfeiture to the United States in the above-captioned federal prosecution. We are sending you this notice pursuant to Federal Rule of Criminal Procedure 32.2(b)(6) and 21 United States Code ("U.S.C.") § 853(n)(1).

Before the property is finally forfeited, the Court will adjudicate any third-party petitions that are filed claiming an interest in it.  The recognized bases for stating an interest in criminally forfeitable property are outlined at 21 U.S.C. § 853(n)(6)(A) & (B).  If you believe you have such an interest in this property and want to contest the final forfeiture, you must file a petition within **30 days** of receiving this letter.  *See* 21 U.S.C. § 853(n)(2).  Your petition must be signed

under penalty of perjury, must state the nature and extent of your interest in the property (including the time and circumstances under which you acquired your interest and any additional facts to support it), and must be filed with the Court.  *See* 21 U.S.C. § 853(n)(2) & (3).  We also recommend you reference the case title and number in your petition.  You can file your petition by sending it to: Clerk's Office, United States District Court, Western District of Washington, 700 Stewart Street, Suite 2310, Seattle, WA 98101 (Telephone: (206) 553-2242).

If you do file a petition, please also send a copy to me at the address at the top of this letter. Thank you.

Sincerely,

TESSA M. GORMAN
Acting United States Attorney


  *s/ Krista K. Bush*
KRISTA K. BUSH
Assistant United States Attorney



KKB/dt
Enclosure

**Track Packages
Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**

(https://reg.usps.com/xsell?app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

**Tracking Number:**

**9114902200852044405859**

**Remove ✕**

Copy     **Add to Informed Delivery (https://informeddelivery.usps.com/)**

**Latest Update**

Your item was delivered in or at the mailbox at 4:28 pm on August 24, 2023 in SEATTLE, WA 98108.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

● **Delivered**
**Delivered, In/At Mailbox**
SEATTLE, WA 98108
August 24, 2023, 4:28 pm

● **Departed USPS Regional Origin Facility**
SEATTLE WA DISTRIBUTION CENTER
August 24, 2023, 1:58 am

● **Arrived at USPS Regional Origin Facility**
SEATTLE WA DISTRIBUTION CENTER
August 22, 2023, 11:16 pm

● **USPS picked up item**
SEATTLE, WA 98101
August 22, 2023, 2:35 pm

● **Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**
(https://faq.usps.com/s/article/Where-is-my-package)

Feedback

| Text & Email Updates | ⌄ |
|---|---|
| USPS Tracking Plus® | ⌄ |
| Product Information | ⌄ |

**See Less ⌃**

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

# USPS Tracking

FAQs ›

**Track Packages
Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More** (https://reg.usps.com/xsell?
app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

**Remove ✕**

**Tracking Number:**

## 9114902200852044405866

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered in or at the mailbox at 8:04 pm on August 28, 2023 in WILMINGTON, NC 28412.

Get More Out of USPS Tracking:

USPS Tracking Plus®

● **Delivered**
**Delivered, In/At Mailbox**
WILMINGTON, NC 28412
August 28, 2023, 8:04 pm

**Departed USPS Regional Facility**
FAYETTEVILLE NC DISTRIBUTION CENTER ANNEX
August 28, 2023, 3:34 am

**Arrived at USPS Regional Facility**
FAYETTEVILLE NC DISTRIBUTION CENTER ANNEX
August 26, 2023, 1:27 pm

**In Transit to Next Facility**
August 25, 2023

**Departed USPS Regional Facility**
SEATTLE WA DISTRIBUTION CENTER
August 23, 2023, 7:17 am

**Arrived at USPS Regional Origin Facility**
SEATTLE WA DISTRIBUTION CENTER
August 22, 2023, 11:16 pm

**USPS picked up item**
SEATTLE, WA 98101
August 22, 2023, 2:35 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**
**(https://faq.usps.com/s/article/Where-is-my-package)**

Feedback

| Text & Email Updates | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

See Less ⌃

# EXHIBIT C

**U.S. Department of Justice**

*United States Attorney*
*Western District of Washington*

_____

*Please reply to:*
*Krista K. Bush*                                    *700 Stewart Street, Suite 5220*    *Tel:  (206) 553-7970*
*Assistant United States Attorney*          *Seattle WA, 98101-1271*        *Fax: (206) 553-6934*
*Information Line: (206) 553-2242*          *www.usdoj.gov/usao/waw*

August 22, 2023

***Via Priority U.S. Mail with Tracking***
**Tracking Number: 9114 9022 0085 2044 4058 11**

D████ F████
████████████

Seattle, Washington   98108-3711

      **RE:    Notice of Property Preliminarily Forfeited in**
            ***United States v. Paige A. Thompson,* Case No. CR19-159-RSL**
            **United States District Court for the Western District of Washington**

Dear D████ F████,

This letter is to notify you that the property identified in the enclosed Preliminary Order of
Forfeiture, is subject to forfeiture to the United States in the above-captioned federal prosecution.
We are sending you this notice pursuant to Federal Rule of Criminal Procedure 32.2(b)(6) and
21 United States Code ("U.S.C.") § 853(n)(1).

Before the property is finally forfeited, the Court will adjudicate any third-party petitions that are
filed claiming an interest in it.  The recognized bases for stating an interest in criminally
forfeitable property are outlined at 21 U.S.C. § 853(n)(6)(A) & (B).  If you believe you have
such an interest in this property and want to contest the final forfeiture, you must file a petition
within **30 days** of receiving this letter.  *See* 21 U.S.C. § 853(n)(2).  Your petition must be signed
under penalty of perjury, must state the nature and extent of your interest in the property
(including the time and circumstances under which you acquired your interest and any additional
facts to support it), and must be filed with the Court.  *See* 21 U.S.C. § 853(n)(2) & (3).  We also
recommend you reference the case title and number in your petition.  You can file your petition

by sending it to: Clerk's Office, United States District Court, Western District of Washington, 700 Stewart Street, Suite 2310, Seattle, WA 98101 (Telephone: (206) 553-2242).

If you do file a petition, please also send a copy to me at the address at the top of this letter. Thank you.

Sincerely,

TESSA M. GORMAN
Acting United States Attorney


  *s/ Krista K. Bush*
KRISTA K. BUSH
Assistant United States Attorney




KKB/dt
Enclosure

# USPS Tracking

**Track Packages
Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**

(https://reg.usps.com/xsell?app=UspsTools&ref=ho nepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

**Tracking Number:**

**Remove ✕**

## 9114902200852044405811

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

● **Delivered**

**Latest Update**

Your item was delivered to the front desk, reception area, or mail room at 1:52 pm on August 30, 2023 in SEATTLE, WA 98101.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Delivered, Front Desk/Reception/Mail Room**

SEATTLE, WA 98101
August 30, 2023, 1:52 pm

● **Departed USPS Regional Facility**

SEATTLE WA DISTRIBUTION CENTER
August 29, 2023, 5:33 pm

● **Forwarded**

SEATTLE, WA
August 26, 2023, 4:12 pm

● **Arrived at USPS Regional Origin Facility**

SEATTLE WA DISTRIBUTION CENTER
August 22, 2023, 11:16 pm

● **USPS picked up item**

SEATTLE, WA 98101
August 22, 2023, 2:34 pm

● **Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**
(https://faq.usps.com/s/article/Where-is-my-package)

Feedback

| Text & Email Updates | ⌄ |
|---|---|
| USPS Tracking Plus® | ⌄ |
| Product Information | ⌄ |

**See Less ⌃**

Track Another Package

Enter tracking or barcode numbers



**U.S. Department of Justice**

United States Attorney's Office
*Western District of Washington*

*700 Stewart Street, Suite 5220*
*Seattle, Washington 98101-1271*

Official Business
Penalty for Private Use $300

UNITED STATES
POSTAL SERVICE ®

**USPS TRACKING #**

9114 9022 0085 2044 4058 11

Label 400  Jan. 2013
7680-16-000-7948

US OFFICIAL MAIL PENALTY FOR PRIVATE USE $300
**US POSTAGE** PITNEY BOWES

ZIP 98101
02 4W
0001131800 AUG 22 2023
$ 009.65⁰

RECEIVED

AUG 3 0 2023

UNITED STATES ATTORNEY
SEATTLE, WASHINGTON

Return To
Sender

D___ F_____
Seattle, Washington  9810

Bus 4

NIXIE      980  DE 1       0008/29/23
        RETURN TO SENDER
     NOT DELIVERABLE AS ADDRESSED
          UNABLE TO FORWARD
BC: 98101443820     *0626-06675-22-46

# EXHIBIT D

**U.S. Department of Justice**

*United States Attorney*
*Western District of Washington*

_____

*Please reply to:*
*Krista K. Bush*                                          *700 Stewart Street, Suite 5220   Tel:  (206) 553-7970*
*Assistant United States Attorney*          *Seattle WA, 98101-1271        Fax: (206) 553-6934*
*Information Line: (206) 553-2242*            *www.usdoj.gov/usao/waw*

August 22, 2023

**_Via Priority U.S. Mail with Tracking_**
**Tracking Number: 9114 9022 0085 2044 4058 80**

J░░░░ G░░░░
░░░░░░░░░░░
Seattle, Washington   98108-3711

>   **RE:   Notice of Property Preliminarily Forfeited in**
>   ***United States v. Paige A. Thompson,* Case No. CR19-159-RSL**
>   **United States District Court for the Western District of Washington**

Dear J░░░ G░░,

This letter is to notify you that the property identified in the enclosed Preliminary Order of Forfeiture, is subject to forfeiture to the United States in the above-captioned federal prosecution. We are sending you this notice pursuant to Federal Rule of Criminal Procedure 32.2(b)(6) and 21 United States Code ("U.S.C.") § 853(n)(1).

Before the property is finally forfeited, the Court will adjudicate any third-party petitions that are filed claiming an interest in it. The recognized bases for stating an interest in criminally forfeitable property are outlined at 21 U.S.C. § 853(n)(6)(A) & (B). If you believe you have such an interest in this property and want to contest the final forfeiture, you must file a petition within **30 days** of receiving this letter. *See* 21 U.S.C. § 853(n)(2). Your petition must be signed under penalty of perjury, must state the nature and extent of your interest in the property (including the time and circumstances under which you acquired your interest and any additional facts to support it), and must be filed with the Court. *See* 21 U.S.C. § 853(n)(2) & (3). We also recommend you reference the case title and number in your petition. You can file your petition

by sending it to: Clerk's Office, United States District Court, Western District of Washington, 700 Stewart Street, Suite 2310, Seattle, WA 98101 (Telephone: (206) 553-2242).

If you do file a petition, please also send a copy to me at the address at the top of this letter. Thank you.

Sincerely,

TESSA M. GORMAN
Acting United States Attorney


  *s/ Krista K. Bush*
KRISTA K. BUSH
Assistant United States Attorney




KKB/dt
Enclosure

# USPS Tracking

FAQs >

**Track Packages
Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**

(https://reg.usps.com/xsell?app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

**Remove** ✕

**Tracking Number:**

## 9114902200852044405880

Copy        **Add to Informed Delivery (https://informeddelivery.usps.com/)**

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 1:52 pm on August 30, 2023 in SEATTLE, WA 98101.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

● **Delivered**
**Delivered, Front Desk/Reception/Mail Room**
SEATTLE, WA 98101
August 30, 2023, 1:52 pm

● **Departed USPS Regional Facility**
SEATTLE WA DISTRIBUTION CENTER
August 29, 2023, 5:32 pm

● **Forwarded**
SEATTLE, WA
August 26, 2023, 4:12 pm

● **Arrived at USPS Regional Origin Facility**
SEATTLE WA DISTRIBUTION CENTER
August 22, 2023, 11:16 pm

● **USPS picked up item**
SEATTLE, WA 98101
August 22, 2023, 2:34 pm

● **Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**
**(https://faq.usps.com/s/article/Where-is-my-package)**

Feedback

| Text & Email Updates | ⌄ |
|---|---|
| USPS Tracking Plus® | ⌄ |
| Product Information | ⌄ |

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers



**U.S. Department of Justice**

United States Attorney's Office
*Western District of Washington*

*700 Stewart Street, Suite 5220*
*Seattle, Washington 98101-1271*

Official Business
Penalty for Private Use $300

UNITED STATES
POSTAL SERVICE®

USPS TRACKING #

9114 9022 0085 2044 4058 80

US OFFICIAL MAIL PENALTY FOR PRIVATE USE $400
US POSTAGE
ZIP 98101 $ 009.65⁰
02 4W
0131800 AUG 22 2023

RECEIVED

AUG 30 2023

UNITED STATES ATTORNEY
SEATTLE, WASHINGTON

Return To Sender

J████ G████████
Seattle, Washington   98108-

NIXIE        980   FE 1        0008/29/23
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 98101127100    *0626-06703-22-46

# EXHIBIT E

**U.S. Department of Justice**

*United States Attorney*
*Western District of Washington*

---

*Please reply to:*
Krista K. Bush                                    *700 Stewart Street, Suite 5220*    *Tel:  (206) 553-7970*
*Assistant United States Attorney*               *Seattle WA, 98101-1271*            *Fax: (206) 553-6934*
*Information Line: (206) 553-2242*               *www.usdoj.gov/usao/waw*

August 22, 2023

***Via Priority U.S. Mail with Tracking***
**Tracking Number: 9114 9022 0085 2044 4058 35**

E    I

Seattle, Washington   98108-3711

***Via Priority U.S. Mail with Tracking***
**Tracking Number: 9114 9022 0085 2044 4058 42**

E    I

Olympia, Washington   98502-4072

**RE:**    **Notice of Property Preliminarily Forfeited in**
**_United States v. Paige A. Thompson_, Case No. CR19-159-RSL**
**United States District Court for the Western District of Washington**

Dear E    I ,

This letter is to notify you that the property identified in the enclosed Preliminary Order of Forfeiture, is subject to forfeiture to the United States in the above-captioned federal prosecution. We are sending you this notice pursuant to Federal Rule of Criminal Procedure 32.2(b)(6) and 21 United States Code ("U.S.C.") § 853(n)(1).

Before the property is finally forfeited, the Court will adjudicate any third-party petitions that are filed claiming an interest in it.  The recognized bases for stating an interest in criminally forfeitable property are outlined at 21 U.S.C. § 853(n)(6)(A) & (B).  If you believe you have

such an interest in this property and want to contest the final forfeiture, you must file a petition within **30 days** of receiving this letter. *See* 21 U.S.C. § 853(n)(2). Your petition must be signed under penalty of perjury, must state the nature and extent of your interest in the property (including the time and circumstances under which you acquired your interest and any additional facts to support it), and must be filed with the Court. *See* 21 U.S.C. § 853(n)(2) & (3). We also recommend you reference the case title and number in your petition. You can file your petition by sending it to: Clerk's Office, United States District Court, Western District of Washington, 700 Stewart Street, Suite 2310, Seattle, WA 98101 (Telephone: (206) 553-2242).

If you do file a petition, please also send a copy to me at the address at the top of this letter. Thank you.

Sincerely,

TESSA M. GORMAN
Acting United States Attorney


  *s/ Krista K. Bush*
KRISTA K. BUSH
Assistant United States Attorney




KKB/dt
Enclosure

**Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**

(https://reg.usps.com/xsell?app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

**Remove ✕**

**Tracking Number:**

## 9114902200852044405842

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered in or at the mailbox at 2:58 pm on August 24, 2023 in OLYMPIA, WA 98502.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

● **Delivered**
**Delivered, In/At Mailbox**
OLYMPIA, WA 98502
August 24, 2023, 2:58 pm

**Departed USPS Regional Facility**
TACOMA WA DISTRIBUTION CENTER
August 24, 2023, 10:11 am

**Arrived at USPS Regional Origin Facility**
TACOMA WA DISTRIBUTION CENTER
August 23, 2023, 3:12 pm

**Departed USPS Regional Facility**
SEATTLE WA DISTRIBUTION CENTER
August 23, 2023, 7:17 am

**Arrived at USPS Regional Origin Facility**
SEATTLE WA DISTRIBUTION CENTER
August 22, 2023, 11:16 pm

**USPS picked up item**
SEATTLE, WA 98101
August 22, 2023, 2:34 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**
(https://faq.usps.com/s/article/Where-is-my-package)

| Text & Email Updates | ⌄ |
|---|---|
| USPS Tracking Plus® | ⌄ |
| Product Information | ⌄ |

**See Less ⌃**

Track Another Package

Enter tracking or barcode numbers

**Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More** (https://reg.usps.com/xsell?app=UspsTools&ref=ho nepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

Tracking Number:                                                                              Remove ✕

# 9114902200852044405835

Copy        **Add to Informed Delivery (https://informeddelivery.usps.com/)**

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 1:52 pm on August 30, 2023 in SEATTLE, WA 98101.

Get More Out of USPS Tracking:

USPS Tracking Plus®

● **Delivered**
**Delivered, Front Desk/Reception/Mail Room**
SEATTLE, WA 98101
August 30, 2023, 1:52 pm

● **Departed USPS Regional Facility**
SEATTLE WA DISTRIBUTION CENTER
August 29, 2023, 5:33 pm

● **Forwarded**
SEATTLE, WA
August 26, 2023, 4:12 pm

● **Arrived at USPS Regional Origin Facility**
SEATTLE WA DISTRIBUTION CENTER
August 22, 2023, 11:16 pm

● **USPS picked up item**
SEATTLE, WA 98101
August 22, 2023, 2:35 pm

● **Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**
**(https://faq.usps.com/s/article/Where-is-my-package)**

| Text & Email Updates | ⌄ |
|---|---|
| USPS Tracking Plus® | ⌄ |
| Product Information | ⌄ |

**See Less ⌃**

Track Another Package

Enter tracking or barcode numbers

Feedback



**U.S. Department of Justice**

United States Attorney's Office
*Western District of Washington*

*700 Stewart Street, Suite 5220*
*Seattle, Washington 98101-1271*

Official Business
Penalty for Private Use $300

UNITED STATES
POSTAL SERVICE

**USPS TRACKING #**

9114 9022 0085 2044 4058 35

Label 400 Jan. 2013
7690-16-000-7448

US OFFICIAL MAIL PENALTY FOR PRIVATE USE $100
US POSTAGE PITNEY BOWES
ZIP 98101  $ 009.65⁰
02 4W
0001131800 AUG 22 2023

RECEIVED
AUG 30 2023
UNITED STATES ATTORNEY
SEATTLE, WASHINGTON

Return To
Sender

E█████
Seattle, Washington  981██

NIXIE      980    FE 1        0008/29/23
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 98101443820    *0626-06663-22-46

UTF

# EXHIBIT F

**U.S. Department of Justice**

*United States Attorney*
*Western District of Washington*

_____

*Please reply to:*
*Krista K. Bush*                                          *700 Stewart Street, Suite 5220    Tel:  (206) 553-7970*
*Assistant United States Attorney*                        *Seattle WA, 98101-1271          Fax: (206) 553-6934*
*Information Line: (206) 553-2242*                        *www.usdoj.gov/usao/waw*

August 22, 2023

**<u>*Via Priority U.S. Mail with Tracking*</u>**
**Tracking Number : 9114 9022 0085 2044 4058 04**

A     P

Seattle, Washington   98108-3711

**<u>*Via Priority U.S. Mail with Tracking*</u>**
**Tracking Number: 9114 9022 0085 2044 4057 98**

A     P

Hampton Falls, New Hampshire   03844-2224

> **RE:** **Notice of Property Preliminarily Forfeited in**
> ***United States v. Paige A. Thompson,* Case No. CR19-159-RSL**
> **United States District Court for the Western District of Washington**

Dear A   P  ,

This letter is to notify you that the property identified in the enclosed Preliminary Order of Forfeiture, is subject to forfeiture to the United States in the above-captioned federal prosecution. We are sending you this notice pursuant to Federal Rule of Criminal Procedure 32.2(b)(6) and 21 United States Code ("U.S.C.") § 853(n)(1).

Before the property is finally forfeited, the Court will adjudicate any third-party petitions that are filed claiming an interest in it.  The recognized bases for stating an interest in criminally forfeitable property are outlined at 21 U.S.C. § 853(n)(6)(A) & (B).  If you believe you have such an interest in this property and want to contest the final forfeiture, you must file a petition

within **30 days** of receiving this letter.  *See* 21 U.S.C. § 853(n)(2).  Your petition must be signed under penalty of perjury, must state the nature and extent of your interest in the property (including the time and circumstances under which you acquired your interest and any additional facts to support it), and must be filed with the Court.  *See* 21 U.S.C. § 853(n)(2) & (3).  We also recommend you reference the case title and number in your petition.  You can file your petition by sending it to: Clerk's Office, United States District Court, Western District of Washington, 700 Stewart Street, Suite 2310, Seattle, WA 98101 (Telephone: (206) 553-2242).

If you do file a petition, please also send a copy to me at the address at the top of this letter.  Thank you.

Sincerely,

TESSA M. GORMAN
Acting United States Attorney


  *s/ Krista K. Bush*
KRISTA K. BUSH
Assistant United States Attorney



KKB/dt
Enclosure

# USPS Tracking

FAQs ›

**Track Packages
Anytime, Anywhere**

Get the free Informed Delivery® feature to receive
automated notifications on your packages

**Learn More**

(https://reg.usps.com/xsell?
app=UspsTools&ref=ho nepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

**Tracking Number:**

**Remove** ✕

## 9114902200852044405798

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered in or at the mailbox at 9:51 am on August 28,
2023 in YORK, ME 03909.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

● **Delivered**
**Delivered, In/At Mailbox**
YORK, ME 03909
August 28, 2023, 9:51 am

● **Arrived at Post Office**
YORK, ME 03909
August 28, 2023, 7:10 am

● **Departed USPS Regional Facility**
SOUTHERN ME DISTRIBUTION CENTER
August 28, 2023, 2:03 am

● **Arrived at USPS Regional Facility**
SOUTHERN ME DISTRIBUTION CENTER
August 27, 2023, 12:57 pm

● **In Transit to Next Facility**
August 25, 2023

● **Departed USPS Regional Origin Facility**
SEATTLE WA DISTRIBUTION CENTER
August 23, 2023, 6:04 pm

● **Arrived at USPS Regional Origin Facility**
SEATTLE WA DISTRIBUTION CENTER
August 22, 2023, 11:16 pm

● **USPS picked up item**
SEATTLE, WA 98101
August 22, 2023, 2:34 pm

● Hide Tracking History

**What Do USPS Tracking Statuses Mean?**
(https://faq.usps.com/s/article/Where-is-my-
package)

Feedback

---

**Text & Email Updates**                                                    ⌄

---

**USPS Tracking Plus®**                                                      ⌄

---

**Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**
(https://reg.usps.com/xsell?app=UspsTools&ref=ho nepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

**Tracking Number:**                                                                 **Remove ✕**

**9114902200852044405804**

Copy        **Add to Informed Delivery (https://informeddelivery.usps.com/)**

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 1:52 pm on August 30, 2023 in SEATTLE, WA 98101.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

● **Delivered**
**Delivered, Front Desk/Reception/Mail Room**
SEATTLE, WA 98101
August 30, 2023, 1:52 pm

● **Departed USPS Regional Facility**
SEATTLE WA DISTRIBUTION CENTER
August 29, 2023, 5:33 pm

● **Forwarded**
SEATTLE, WA
August 26, 2023, 4:12 pm

● **Arrived at USPS Regional Origin Facility**
SEATTLE WA DISTRIBUTION CENTER
August 22, 2023, 11:16 pm

● **USPS picked up item**
SEATTLE, WA 98101
August 22, 2023, 2:34 pm

● **Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**
**(https://faq.usps.com/s/article/Where-is-my-package)**

---

**Text & Email Updates**                                                              ⌄

---

**USPS Tracking Plus®**                                                                ⌄

---

**Product Information**                                                                ⌄

---

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

Feedback



**U.S. Department of Justice**

United States Attorney's Office
*Western District of Washington*

*700 Stewart Street, Suite 5220*
*Seattle, Washington 98101-1271*

Official Business
Penalty for Private Use $300

**USPS TRACKING #**

9114 9022 0085 2044 4058 04

Label 400  Jan. 2013
7690-16-000-7948

US OFFICIAL MAIL PENALTY FOR PRIVATE USE $300
US POSTAGE $009.65
$009.65
131800 AUG 22 2023

RECEIVED
AUG 30 2023
UNITED STATES ATTORNEY
SEATTLE, WASHINGTON

Return To Sender

A▮▮ P▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮
Seattle, Washington

NIXIE        980   DE 1        0009/29/23
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 98101443820    *0626-06680-22-46

# EXHIBIT G

**U.S. Department of Justice**

*United States Attorney*
*Western District of Washington*

---

*Please reply to:*
Krista K. Bush
*Assistant United States Attorney*
*Information Line: (206) 553-2242*

*700 Stewart Street, Suite 5220    Tel: (206) 553-7970*
*Seattle WA, 98101-1271    Fax: (206) 553-6934*
*www.usdoj.gov/usao/waw*

August 22, 2023

***Via Priority U.S. Mail with Tracking***
**Tracking Number: 9114 9022 0085 2044 4059 03**

T█████P██████
Seattle, Washington   98108-3711

***Via Priority U.S. Mail with Tracking***
**Tracking Number: 9114 9022 0085 2044 4059 10**

T█████P██████████
Silverdale, Washington   98383-8602

> **RE:    Notice of Property Preliminarily Forfeited in**
> ***United States v. Paige A. Thompson,* Case No. CR19-159-RSL**
> **United States District Court for the Western District of Washington**

Dear T█████P████,

This letter is to notify you that the property identified in the enclosed Preliminary Order of Forfeiture, is subject to forfeiture to the United States in the above-captioned federal prosecution. We are sending you this notice pursuant to Federal Rule of Criminal Procedure 32.2(b)(6) and 21 United States Code ("U.S.C.") § 853(n)(1).

Before the property is finally forfeited, the Court will adjudicate any third-party petitions that are filed claiming an interest in it. The recognized bases for stating an interest in criminally forfeitable property are outlined at 21 U.S.C. § 853(n)(6)(A) & (B). If you believe you have such an interest in this property and want to contest the final forfeiture, you must file a petition

within **30 days** of receiving this letter. *See* 21 U.S.C. § 853(n)(2). Your petition must be signed under penalty of perjury, must state the nature and extent of your interest in the property (including the time and circumstances under which you acquired your interest and any additional facts to support it), and must be filed with the Court. *See* 21 U.S.C. § 853(n)(2) & (3). We also recommend you reference the case title and number in your petition. You can file your petition by sending it to: Clerk's Office, United States District Court, Western District of Washington, 700 Stewart Street, Suite 2310, Seattle, WA 98101 (Telephone: (206) 553-2242).

If you do file a petition, please also send a copy to me at the address at the top of this letter. Thank you.

Sincerely,

TESSA M. GORMAN
Acting United States Attorney


  *s/ Krista K. Bush*
KRISTA K. BUSH
Assistant United States Attorney



KKB/dt
Enclosure

# USPS Tracking

FAQs >

**Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More** (https://reg.usps.com/xsell?app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

Remove ✕

**Tracking Number:**

## 9114902200852044405903

Copy        **Add to Informed Delivery (https://informeddelivery.usps.com/)**

● **Delivered**

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 1:52 pm on August 30, 2023 in SEATTLE, WA 98101.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Delivered, Front Desk/Reception/Mail Room**

SEATTLE, WA 98101
August 30, 2023, 1:52 pm

● **Departed USPS Regional Facility**

SEATTLE WA DISTRIBUTION CENTER
August 29, 2023, 5:33 pm

● **Forwarded**

SEATTLE, WA
August 26, 2023, 4:12 pm

● **Arrived at USPS Regional Origin Facility**

SEATTLE WA DISTRIBUTION CENTER
August 22, 2023, 11:16 pm

● **USPS picked up item**

SEATTLE, WA 98101
August 22, 2023, 2:34 pm

● **Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**
(https://faq.usps.com/s/article/Where-is-my-package)

Feedback

| Text & Email Updates | ⌄ |
|---|---|
| USPS Tracking Plus® | ⌄ |
| Product Information | ⌄ |

**See Less** ∧

Track Another Package

Enter tracking or barcode numbers

**U.S. Department of Justice**

United States Attorney's Office
*Western District of Washington*

*700 Stewart Street, Suite 5220*
*Seattle, Washington 98101-1271*

Official Business
Penalty for Private Use $300



**UNITED STATES POSTAL SERVICE**

**USPS TRACKING #**

9114 9022 0085 2044 4059 03

US POSTAGE PITNEY BOWES

ZIP 98101 $ 009.65
02 4W
0001131800 AUG 22. 2023

RECEIVED

AUG 30 2023

UNITED STATES ATTORNEY
SEATTLE, WASHINGTON

*Return To Sender*

T___ P_____
Seattle, Washington  98108-3

NIXIE      980   FE 1        0008/29/23
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 98101443820    *0626-06658-22-46

**Track Packages**
**Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**

(https://reg.usps.com/xsell?app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

**Remove ✕**

**Tracking Number:**

## 9114902200852044405910

Copy      **Add to Informed Delivery (https://informeddelivery.usps.com/)**

### Latest Update

Your item has been delivered to the original sender at 3:21 pm on August 28, 2023 in SEATTLE, WA 98101.

Get More Out of USPS Tracking:

USPS Tracking Plus®

● **Delivered**
**Delivered, To Original Sender**
SEATTLE, WA 98101
August 28, 2023, 3:21 pm

● **Arrived at Post Office**
SEATTLE, WA 98101
August 26, 2023, 4:34 am

● **Departed USPS Facility**
KENT, WA 98035
August 25, 2023, 10:57 pm

● **Arrived at USPS Facility**
KENT, WA 98035
August 25, 2023, 9:01 pm

● **Return to Sender Processed**
SILVERDALE, WA 98383
August 25, 2023, 9:24 am

● **Moved, Left no Address**
SILVERDALE, WA 98383
August 25, 2023, 9:23 am

● **Forward Expired**
SILVERDALE, WA 98383
August 24, 2023, 9:19 am

● **Departed USPS Regional Origin Facility**
TACOMA WA DISTRIBUTION CENTER
August 23, 2023, 6:59 pm

● **Arrived at USPS Regional Origin Facility**
TACOMA WA DISTRIBUTION CENTER
August 23, 2023, 4:05 pm

● **Departed USPS Regional Facility**
SEATTLE WA DISTRIBUTION CENTER
August 23, 2023, 7:17 am

● **Arrived at USPS Regional Origin Facility**
SEATTLE WA DISTRIBUTION CENTER
August 22, 2023, 11:16 pm

Feedback



**USPS picked up item**

SEATTLE, WA 98106
August 22, 2023, 2:34 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?
(https://faq.usps.com/s/article/Where-is-my-package)**

| Text & Email Updates | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

**See Less ⌃**

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

**U.S. Department of Justice**

United States Attorney's Office
*Western District of Washington*

*700 Stewart Street, Suite 5220*
*Seattle, Washington 98101-1271*

Official Business
Penalty for Private Use $300



**UNITED STATES POSTAL SERVICE**

**USPS TRACKING #**

9114 9022 0085 2044 4059 10

Label 400 Jan. 2013
7690-16-000-7848

US POSTAGE PITNEY BOWES

ZIP 98101 $ 009.65⁰
02 4W
0001131800 AUG 22 2023

RECEIVED

AUG 28 2023

UNITED STATES ATTORNEY
SEATTLE WASHINGTON

T▇▇▇ P▇▇▇
▇▇▇▇▇▇▇▇▇▇
Silverdale, Washington  983

-R-T-S-  98383-RFS-1N   *91 08/25/23

RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER

✳ R F S ✳

98383‡8602 R003

# EXHIBIT H

**U.S. Department of Justice**

*United States Attorney*
*Western District of Washington*

---

*Please reply to:*
Krista K. Bush
*Assistant United States Attorney*
*Information Line: (206) 553-2242*

*700 Stewart Street, Suite 5220*    *Tel: (206) 553-7970*
*Seattle WA, 98101-1271*    *Fax: (206) 553-6934*
*www.usdoj.gov/usao/waw*

August 22, 2023

**<u>*Via Priority U.S. Mail with Tracking*</u>**
**Tracking Number: 9114 9022 0085 2044 4057 67**

P   H. Q

Seattle, Washington   98108-3711

**<u>*Via Priority U.S. Mail with Tracking*</u>**
**Tracking Number: 9114 9022 0085 2044 4057 74**

P   H. Q

Sultan, Washington   98294-9758

> **RE:    Notice of Property Preliminarily Forfeited in**
> ***United States v. Paige A. Thompson,* Case No. CR19-159-RSL**
> **United States District Court for the Western District of Washington**

Dear P   H. Q   ,

This letter is to notify you that the property identified in the enclosed Preliminary Order of Forfeiture, is subject to forfeiture to the United States in the above-captioned federal prosecution. We are sending you this notice pursuant to Federal Rule of Criminal Procedure 32.2(b)(6) and 21 United States Code ("U.S.C.") § 853(n)(1).

Before the property is finally forfeited, the Court will adjudicate any third-party petitions that are filed claiming an interest in it. The recognized bases for stating an interest in criminally forfeitable property are outlined at 21 U.S.C. § 853(n)(6)(A) & (B). If you believe you have such an interest in this property and want to contest the final forfeiture, you must file a petition within **30 days** of receiving this letter. *See* 21 U.S.C. § 853(n)(2). Your petition must be signed

under penalty of perjury, must state the nature and extent of your interest in the property (including the time and circumstances under which you acquired your interest and any additional facts to support it), and must be filed with the Court.  *See* 21 U.S.C. § 853(n)(2) & (3).  We also recommend you reference the case title and number in your petition.  You can file your petition by sending it to: Clerk's Office, United States District Court, Western District of Washington, 700 Stewart Street, Suite 2310, Seattle, WA 98101 (Telephone: (206) 553-2242).

If you do file a petition, please also send a copy to me at the address at the top of this letter. Thank you.

Sincerely,

TESSA M. GORMAN
Acting United States Attorney


  *s/ Krista K. Bush*
KRISTA K. BUSH
Assistant United States Attorney



KKB/dt
Enclosure

FAQs >

**Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

Learn More (https://reg.usps.com/xsell?app=UspsTools&ref=ho nepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

**Tracking Number:**

Remove ✕

# 9114902200852044405767

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

● **Delivered**

**Latest Update**

Your item was delivered in or at the mailbox at 4:28 pm on August 24, 2023 in SEATTLE, WA 98108.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Delivered, In/At Mailbox**

SEATTLE, WA 98108
August 24, 2023, 4:28 pm

● **Departed USPS Regional Origin Facility**

SEATTLE WA DISTRIBUTION CENTER
August 24, 2023, 1:58 am

● **Arrived at USPS Regional Origin Facility**

SEATTLE WA DISTRIBUTION CENTER
August 22, 2023, 11:16 pm

● **USPS picked up item**

SEATTLE, WA 98101
August 22, 2023, 2:34 pm

● **Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**
(https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates      ⌄

USPS Tracking Plus®      ⌄

Product Information      ⌄

Feedback

ALERT: SEVERE WEATHER CONDITIONS ACROSS THE U.S. MAY DELAY FINAL DELIVERY OF YOUR MAIL AND PACKAGES. READ ...

# USPS Tracking®

FAQs ›

Remove ✕

Tracking Number:

## 9114902200852044405774

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered in or at the mailbox at 1:34 pm on February 14, 2024 in SEATTLE, WA 98101.

Get More Out of USPS Tracking:

USPS Tracking Plus®

### Delivered
**Delivered, In/At Mailbox**
SEATTLE, WA 98101
February 14, 2024, 1:34 pm

**Out for Delivery**
SEATTLE, WA 98101
February 14, 2024, 6:10 am

**Arrived at Post Office**
SEATTLE, WA 98101
February 14, 2024, 5:53 am

**Return to Sender Processed**
SULTAN, WA 98294
February 2, 2024, 10:10 am

**Moved, Left no Address**
SULTAN, WA 98294
February 2, 2024, 9:32 am

**Moved, Left no Address**
SULTAN, WA 98294
February 1, 2024, 3:51 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Feedback

**U.S. Department of Justice**

United States Attorney's Office
*Western District of Washington*

700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271

Official Business
Penalty for Private Use $300



USPS TRACKING #

9114 9022 0085 2044 4057 74

Label 400 Jan. 2013
7690-16-000-7948

ZIP 98101 $ 009.65
02 4W

RECEIVED

FEB 14 2024

UNITED STATES ATTORNEY
SEATTLE, WASHINGTON

P█ H. Q█████
████████████
Sultan, Washington 9████ 0758

NIXIE        980    DC 1        0002/12/24

RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD

BC: 98101443820    *0626-06679-22-46

Krista Bush

_. 9327000062643063        UNC

# EXHIBIT I

**U.S. Department of Justice**

*United States Attorney*
*Western District of Washington*

_____

*Please reply to:*
*Krista K. Bush*                                                    *700 Stewart Street, Suite 5220*   *Tel:  (206) 553-7970*
*Assistant United States Attorney*                        *Seattle WA, 98101-1271*        *Fax: (206) 553-6934*
*Information Line: (206) 553-2242*                       *www.usdoj.gov/usao/waw*

August 22, 2023

***Via Priority U.S. Mail with Tracking***
**Tracking Number: 9114 9022 0085 2044 4058 97**

S░░ W. Q░░░░

Seattle, Washington   98108-3711

      **RE:**    **Notice of Property Preliminarily Forfeited in**
             ***United States v. Paige A. Thompson,*** **Case No. CR19-159-RSL**
             **United States District Court for the Western District of Washington**

Dear S░░ W. Q░░░,

This letter is to notify you that the property identified in the enclosed Preliminary Order of Forfeiture, is subject to forfeiture to the United States in the above-captioned federal prosecution. We are sending you this notice pursuant to Federal Rule of Criminal Procedure 32.2(b)(6) and 21 United States Code ("U.S.C.") § 853(n)(1).

Before the property is finally forfeited, the Court will adjudicate any third-party petitions that are filed claiming an interest in it.  The recognized bases for stating an interest in criminally forfeitable property are outlined at 21 U.S.C. § 853(n)(6)(A) & (B).  If you believe you have such an interest in this property and want to contest the final forfeiture, you must file a petition within **30 days** of receiving this letter.  *See* 21 U.S.C. § 853(n)(2).  Your petition must be signed under penalty of perjury, must state the nature and extent of your interest in the property (including the time and circumstances under which you acquired your interest and any additional facts to support it), and must be filed with the Court.  *See* 21 U.S.C. § 853(n)(2) & (3).  We also recommend you reference the case title and number in your petition.  You can file your petition

by sending it to: Clerk's Office, United States District Court, Western District of Washington, 700 Stewart Street, Suite 2310, Seattle, WA 98101 (Telephone: (206) 553-2242).

If you do file a petition, please also send a copy to me at the address at the top of this letter. Thank you.

Sincerely,

TESSA M. GORMAN
Acting United States Attorney


_s/ Krista K. Bush_
KRISTA K. BUSH
Assistant United States Attorney



KKB/dt
Enclosure

# USPS Tracking

FAQs ›

**Track Packages
Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More** (https://reg.usps.com/xsell?app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

**Remove ✕**

**Tracking Number:**

**9114902200852044405897**

Copy       Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered in or at the mailbox at 4:28 pm on August 24, 2023 in SEATTLE, WA 98108.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

● **Delivered**
**Delivered, In/At Mailbox**
SEATTLE, WA 98108
August 24, 2023, 4:28 pm

● **Departed USPS Regional Origin Facility**
SEATTLE WA DISTRIBUTION CENTER
August 24, 2023, 1:58 am

● **Arrived at USPS Regional Origin Facility**
SEATTLE WA DISTRIBUTION CENTER
August 22, 2023, 11:16 pm

● **USPS picked up item**
SEATTLE, WA 98101
August 22, 2023, 2:34 pm

● **Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**
(https://faq.usps.com/s/article/Where-is-my-package)

Feedback

| Text & Email Updates | ⌄ |
|---|---|
| USPS Tracking Plus® | ⌄ |
| Product Information | ⌄ |

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

# EXHIBIT J

**U.S. Department of Justice**

*United States Attorney*
*Western District of Washington*

_____

*Please reply to:*
*Krista K. Bush*                                                    *700 Stewart Street, Suite 5220   Tel:  (206) 553-7970*
*Assistant United States Attorney*                  *Seattle WA, 98101-1271         Fax: (206) 553-6934*
*Information Line: (206) 553-2242*                  *www.usdoj.gov/usao/waw*

August 22, 2023

<u>***Via Priority U.S. Mail with Tracking***</u>
**Tracking Number: 9114 9022 0085 2044 4059 27**

W J    S

Seattle, Washington   98108-3711

　　　　　　**RE:     Notice of Property Preliminarily Forfeited in**
　　　　　　　　　　　　*United States v. Paige A. Thompson,* **Case No. CR19-159-RSL**
　　　　　　　　　　　　**United States District Court for the Western District of Washington**

Dear W　　　 J　　 S　　　,

This letter is to notify you that the property identified in the enclosed Preliminary Order of
Forfeiture, is subject to forfeiture to the United States in the above-captioned federal prosecution.
We are sending you this notice pursuant to Federal Rule of Criminal Procedure 32.2(b)(6) and
21 United States Code ("U.S.C.") § 853(n)(1).

Before the property is finally forfeited, the Court will adjudicate any third-party petitions that are
filed claiming an interest in it.  The recognized bases for stating an interest in criminally
forfeitable property are outlined at 21 U.S.C. § 853(n)(6)(A) & (B).  If you believe you have
such an interest in this property and want to contest the final forfeiture, you must file a petition
within **30 days** of receiving this letter.  *See* 21 U.S.C. § 853(n)(2).  Your petition must be signed
under penalty of perjury, must state the nature and extent of your interest in the property
(including the time and circumstances under which you acquired your interest and any additional
facts to support it), and must be filed with the Court.  *See* 21 U.S.C. § 853(n)(2) & (3).  We also
recommend you reference the case title and number in your petition.  You can file your petition

by sending it to: Clerk's Office, United States District Court, Western District of Washington, 700 Stewart Street, Suite 2310, Seattle, WA 98101 (Telephone: (206) 553-2242).

If you do file a petition, please also send a copy to me at the address at the top of this letter. Thank you.

Sincerely,

TESSA M. GORMAN
Acting United States Attorney


  *s/ Krista K. Bush*
KRISTA K. BUSH
Assistant United States Attorney




KKB/dt
Enclosure

# USPS Tracking™

FAQs ›

**Track Packages
Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**

(https://reg.usps.com/xsell?app=UspsTools&ref=ho nepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

**Remove ✕**

**Tracking Number:**

## 9114902200852044405927

Copy        **Add to Informed Delivery (https://informeddelivery.usps.com/)**

● **Delivered**

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 1:52 pm on August 30, 2023 in SEATTLE, WA 98101.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

**Delivered, Front Desk/Reception/Mail Room**

SEATTLE, WA 98101
August 30, 2023, 1:52 pm

**Departed USPS Regional Facility**

SEATTLE WA DISTRIBUTION CENTER
August 29, 2023, 5:33 pm

**Forwarded**

SEATTLE, WA
August 26, 2023, 4:12 pm

**Arrived at USPS Regional Origin Facility**

SEATTLE WA DISTRIBUTION CENTER
August 22, 2023, 11:16 pm

**USPS picked up item**

SEATTLE, WA 98101
August 22, 2023, 2:34 pm

● **Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**
**(https://faq.usps.com/s/article/Where-is-my-package)**

Feedback

---

**Text & Email Updates**                                                    ⌄

---

**USPS Tracking Plus®**                                                      ⌄

---

**Product Information**                                                      ⌄

---

**See Less ⌃**

Track Another Package

Enter tracking or barcode numbers

**U.S. Department of Justice**

United States Attorney's Office
*Western District of Washington*

700 Stewart Street, Suite 5220
Seattle. Washington 98101-1271

Official Business
Penalty for Private Use $300



**UNITED STATES POSTAL SERVICE ®**

**USPS TRACKING #**

9114 9022 0085 2044 4059 27

Label 400  Jan. 2013
7690-16-000-7948

US OFFICIAL MAIL PENALTY FOR PRIVATE USE $300
**US POSTAGE** PITNEY BOWES

ZIP 98101
02 4W     **$ 009.65⁰**
0001131600 AUG 22 2023

RECEIVED
AUG 30 2023
UNITED STATES ATTORNEY
SEATTLE, WASHINGTON

*Return To Sender*

W___ J___ S___

Seattle, Washington 98___

UTF
98108___

NIXIE    920  FE 1      2023/30/23
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 98101443820    *0626-06673-22-46

# EXHIBIT K

**U.S. Department of Justice**

*United States Attorney*
*Western District of Washington*

_____

*Please reply to:*
*Krista K. Bush*                                          *700 Stewart Street, Suite 5220    Tel:  (206) 553-7970*
*Assistant United States Attorney*              *Seattle WA, 98101-1271        Fax: (206) 553-6934*
*Information Line: (206) 553-2242*              *www.usdoj.gov/usao/waw*


August 22, 2023


***Via Priority U.S. Mail with Tracking***
**Tracking Number: 9114 9022 0085 2044 4057 81**

A▒▒▒ S▒▒▒
▒▒▒▒▒▒▒▒▒▒
Seattle, Washington   98108-3711


     **RE:    Notice of Property Preliminarily Forfeited in**
           ***United States v. Paige A. Thompson,* Case No. CR19-159-RSL**
           **United States District Court for the Western District of Washington**

Dear A▒▒▒ S▒▒▒,

This letter is to notify you that the property identified in the enclosed Preliminary Order of
Forfeiture, is subject to forfeiture to the United States in the above-captioned federal prosecution.
We are sending you this notice pursuant to Federal Rule of Criminal Procedure 32.2(b)(6) and
21 United States Code ("U.S.C.") § 853(n)(1).

Before the property is finally forfeited, the Court will adjudicate any third-party petitions that are
filed claiming an interest in it.  The recognized bases for stating an interest in criminally
forfeitable property are outlined at 21 U.S.C. § 853(n)(6)(A) & (B).  If you believe you have
such an interest in this property and want to contest the final forfeiture, you must file a petition
within **30 days** of receiving this letter.  *See* 21 U.S.C. § 853(n)(2).  Your petition must be signed
under penalty of perjury, must state the nature and extent of your interest in the property
(including the time and circumstances under which you acquired your interest and any additional
facts to support it), and must be filed with the Court.  *See* 21 U.S.C. § 853(n)(2) & (3).  We also
recommend you reference the case title and number in your petition.  You can file your petition

by sending it to: Clerk's Office, United States District Court, Western District of Washington, 700 Stewart Street, Suite 2310, Seattle, WA 98101 (Telephone: (206) 553-2242).

If you do file a petition, please also send a copy to me at the address at the top of this letter. Thank you.

Sincerely,

TESSA M. GORMAN
Acting United States Attorney


  *s/ Krista K. Bush*
KRISTA K. BUSH
Assistant United States Attorney




KKB/dt
Enclosure

**Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More** (https://reg.usps.com/xsell?app=UspsTools&ref=ho nepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

**Remove ✕**

**Tracking Number:**

## 9114902200852044405781

Copy    **Add to Informed Delivery (https://informeddelivery.usps.com/)**

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 1:52 pm on August 30, 2023 in SEATTLE, WA 98101.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

● **Delivered**
**Delivered, Front Desk/Reception/Mail Room**
SEATTLE, WA 98101
August 30, 2023, 1:52 pm

● **Departed USPS Regional Facility**
SEATTLE WA DISTRIBUTION CENTER
August 29, 2023, 5:33 pm

● **Forwarded**
SEATTLE, WA
August 26, 2023, 4:12 pm

● **Arrived at USPS Regional Origin Facility**
SEATTLE WA DISTRIBUTION CENTER
August 22, 2023, 11:16 pm

● **USPS picked up item**
SEATTLE, WA 98101
August 22, 2023, 2:34 pm

● **Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**
**(https://faq.usps.com/s/article/Where-is-my-package)**

Feedback

---

**Text & Email Updates** ⌄

---

**USPS Tracking Plus®** ⌄

---

**Product Information** ⌄

---

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers



**U.S. Department of Justice**

United States Attorney's Office
*Western District of Washington*

*700 Stewart Street, Suite 5220*
*Seattle, Washington 98101-1271*

Official Business
Penalty for Private Use $300

**UNITED STATES POSTAL SERVICE.**

USPS TRACKING #

9114 9022 0085 2044 4057 81

Label 400 Jan. 2013
7690-16-000-7948

US POSTAGE

ZIP 98101   $ 009.65
0000131800 AUG 22 2023

*Return To Sender* (handwritten)

RECEIVED
AUG 30 2023
UNITED STATES ATTORNEY
SEATTLE, WASHINGTON

A▓▓ S▓▓
Seattle, Washington  9810

NIXIE        980    DE 1        0008/29/23
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 98101443820    *0626-06705-22-46

# EXHIBIT L

**U.S. Department of Justice**

*United States Attorney*
*Western District of Washington*

_____

*Please reply to:*
*Krista K. Bush*                                                        *700 Stewart Street, Suite 5220    Tel:  (206) 553-7970*
*Assistant United States Attorney*                         *Seattle WA, 98101-1271      Fax: (206) 553-6934*
*Information Line: (206) 553-2242*                        *www.usdoj.gov/usao/waw*


August 22, 2023


**<u>*Via Priority U.S. Mail with Tracking*</u>**
**Tracking Number: 9114 9022 0085 2044 4058 73**

J██ L. W██
███████████
Seattle, Washington    98108-3711


      **RE:    Notice of Property Preliminarily Forfeited in**
                **United States v. Paige A. Thompson, Case No. CR19-159-RSL**
                **United States District Court for the Western District of Washington**


Dear J██ L. W██,

This letter is to notify you that the property identified in the enclosed Preliminary Order of Forfeiture, is subject to forfeiture to the United States in the above-captioned federal prosecution. We are sending you this notice pursuant to Federal Rule of Criminal Procedure 32.2(b)(6) and 21 United States Code ("U.S.C.") § 853(n)(1).

Before the property is finally forfeited, the Court will adjudicate any third-party petitions that are filed claiming an interest in it.  The recognized bases for stating an interest in criminally forfeitable property are outlined at 21 U.S.C. § 853(n)(6)(A) & (B).  If you believe you have such an interest in this property and want to contest the final forfeiture, you must file a petition within **30 days** of receiving this letter.  *See* 21 U.S.C. § 853(n)(2).  Your petition must be signed under penalty of perjury, must state the nature and extent of your interest in the property (including the time and circumstances under which you acquired your interest and any additional facts to support it), and must be filed with the Court.  *See* 21 U.S.C. § 853(n)(2) & (3).  We also recommend you reference the case title and number in your petition.  You can file your petition

by sending it to: Clerk's Office, United States District Court, Western District of Washington, 700 Stewart Street, Suite 2310, Seattle, WA 98101 (Telephone: (206) 553-2242).

If you do file a petition, please also send a copy to me at the address at the top of this letter. Thank you.

Sincerely,

TESSA M. GORMAN
Acting United States Attorney


   *s/ Krista K. Bush*
KRISTA K. BUSH
Assistant United States Attorney




KKB/dt
Enclosure

**Track Packages
Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**

(https://reg.usps.com/xsell?
app=UspsTools&ref=ho nepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

**Tracking Number:**

Remove ✕

## 9114902200852044405873

Copy        **Add to Informed Delivery (https://informeddelivery.usps.com/)**

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 1:52 pm on August 30, 2023 in SEATTLE, WA 98101.

---

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

● **Delivered**
**Delivered, Front Desk/Reception/Mail Room**
SEATTLE, WA 98101
August 30, 2023, 1:52 pm

● **Departed USPS Regional Facility**
SEATTLE WA DISTRIBUTION CENTER
August 29, 2023, 5:33 pm

● **Forwarded**
SEATTLE, WA
August 26, 2023, 4:12 pm

● **Arrived at USPS Regional Origin Facility**
SEATTLE WA DISTRIBUTION CENTER
August 22, 2023, 11:16 pm

● **USPS picked up item**
SEATTLE, WA 98101
August 22, 2023, 2:34 pm

● **Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**
(https://faq.usps.com/s/article/Where-is-my-package)

Feedback

---

**Text & Email Updates**          ⌄

---

**USPS Tracking Plus®**          ⌄

---

**Product Information**          ⌄

---

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers



**U.S. Department of Justice**

United States Attorney's Office
*Western District of Washington*

*700 Stewart Street, Suite 5220*
*Seattle, Washington 98101-1271*

Official Business
Penalty for Private Use $300

**USPS TRACKING #**

9114 9022 0085 2044 4058 73

US POSTAGE
ZIP 98101 $ 009.65
02.4W
0001131800 AUG 22 2023

RECEIVED
AUG 30 2023
UNITED STATES ATTORNEY
SEATTLE, WASHINGTON

Return To Sender

Ja___ L. W___
Seattle, Washington   98108-37__

NIXIE      980   FE 1         0002/29/23
          RETURN TO SENDER
     NOT DELIVERABLE AS ADDRESSED
          UNABLE TO FORWARD
BC: 98101443820   *0626-06704-22-4 6